UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | 1:08-wp-65000<br>MDL No. 2001<br>Class action<br>Judge:  James S. Gwin |

### DEFENDANT'S NOTICE OF APPEARANCE OF JOEL NECKERS

Pursuant to Multidistrict Litigation Rule 1.4, Joel Neckers hereby enters his appearance on behalf of Defendant Whirlpool Corporation.  Mr. Neckers's contact information is set forth below:

    Joel Neckers (Illinois Bar No. 6283609)
    Wheeler Trigg Kennedy LLP
    1801 California Street, Suite 3600
    Denver, Colorado  80202
    (303) 244-1846 – Telephone
    (303) 244-1879 – Facsimile
    neckers@wtklaw.com

Dated:  February 17, 2009

                                              Respectfully submitted,

                                              /s/ Gregory R. Farkas
                                              Gregory R. Farkas (0069109)
                                              Lindsey A. Carr (0074182)
                                              Frantz Ward LLP
                                              2500 Key Center
                                              127 Public Square
                                              Cleveland, Ohio  44114-1230
                                              (216) 515-1660 – Telephone
                                              (216) 515-1650 – Facsimile
                                              gfarkas@frantzward.com
                                              lcarr@frantzward.com

                                              Attorneys for Defendant Whirlpool Corporation

**CERTIFICATE OF SERVICE**

I do hereby certify that, on this 17th day of February, 2009, a copy of the foregoing Defendant's Notice of Appearance of Joel Neckers was filed electronically with the District Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Gregory R. Farkas
One of the Attorneys for
Defendant Whirlpool Corporation