## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION** | **1:08-wp-65000**<br><br>**MDL No. 2001**<br><br>**Class Action**<br><br>**Judge:  James S. Gwin**<br>        **United States District Judge** |

## ORDER: REVISED CASE SCHEDULE

**CASE MANAGEMENT DEADLINES:**

1) Deadline for Whirlpool to complete rolling productions of documents: July 14, 2009;

2) Plaintiffs' depositions to be completed:  August 11, 2009;

3) Parties to identify experts, if any, and provide Rule 26(a)(2) reports: September 15, 2009;

4) Identification of rebuttal experts or rebuttal opinions and provide or supplement any Rule 26(a)(2) reports:  October 16, 2009;

5) Deadline to depose experts:  November 17, 2009;

**CLASS CERTIFICATION BRIEFING:**

1) Plaintiffs' motion brief for class certification in *Glazer v. Whirlpool*: November 30, 2009;

2) Defendant's response to motion/brief:  December 30, 2009;

3) Plaintiffs reply supporting motion/brief for class certification: January 14, 2010;

4) Class certification hearing and status conference:  January 29, 2010, at 12:00 noon, Courtroom 18A (Cleveland);

5) Deadline for filing all class certification motions for remaining MDL cases: March 19, 2010;

820186.2

6)      Opposition to class certification motions for remaining MDL cases: April 19, 2010;

7)      Replies supporting all class certification motions for remaining MDL cases: May 3, 2010;

8)      Class certification hearing on remaining MDL cases:  May 10, 2010, at 12:00 noon, Courtroom 18A Cleveland);

## MISCELLANEOUS DATES: (DISPOSITIVE MOTIONS. FINAL DISCOVERY, ETC.)

1)      Deadline to complete discovery to support/defend dispositive motion:  March 1, 2010;

2)      Deadline for parties to conduct mediation, if mutually agreeable:  March 30, 2010;

3)      Dispositive motion deadline:  March 12, 2010;

4)      Opposition to dispositive motion:  April 8, 2010;

5)      Replies supporting dispositive motion:  April 16, 2010;

6)      Final discovery deadline:  June 29, 2010;

7)      Deadline for Glazer parties to meet and confer regarding stipulations of fact or law:  July 6, 2010;

8)      Remand of non-Ohio actions to transferor courts:  July 6, 2010;

9)      Deadline for Glazer parties to file joint stipulation and trial order, witness lists and exhibit lists: July 13, 2010;

10)      Status conference set for October 26, 2009 and January 4, 2010, at 12:00 noon each date in Chambers 18A (Cleveland);

11)      Final pretrial conference in Glazer:  July 9, 2010, at 3:00 p.m., Chambers 18A (Cleveland);

12)      Jury trial in Glazer:  July 26, 2010, at 8:00 a.m., Courtroom 18A (Cleveland).

IT IS SO ORDERED.

Dated: June 29, 2009                      s/   James S. Gwin
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE

820186.2