**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION** | **1:08-wp-65000**<br><br>**MDL No. 2001**<br><br>**Class action**<br><br>**Judge:  James S. Gwin** |

## DEFENDANT'S NOTICE OF APPEARANCE OF THERESA R. WARDON

Pursuant to Multidistrict Litigation Rule 1.4, Theresa R. Wardon hereby enters her

appearance on behalf of Defendant Whirlpool Corporation.  Ms. Wardon's contact information is

set forth below:

Theresa R. Wardon (Colorado Bar. No. 41510)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
(303) 244 1968 - Telephone
(303) 244 1879 – Facsimile
wardon@wtotrial.com

Dated:  November 12, 2009

Respectfully submitted,


/s/Michael T. Williams
Michael T. Williams
Malcolm E. Wheeler
Galen D. Bellamy
Allison R. Cohn
Evan B. Stephenson
Joel S. Neckers
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone:  (303) 244-1800
Facsimile:   (303) 244-1879
E-mail: williams@wtotrial.com

and

Anthony J. O'Malley (0017506)
Heather M. Lutz (0082237)
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone:  (216) 479-6159
Facsimile:   (216) 937-3735
E-mail: ajomalley@vorys.com

Attorneys for Defendant Whirlpool Corporation

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 12, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Galen D. Bellamy**
  bellamy@wtotrial.com
- **Natalie Finkelman Bennett**
  nfinkelman@sfmslaw.com
- **Brian D. Brooks**
  briandbrooks@gmail.com
- **Richard J. Burke**
  rich@richardjburke.com,debs@richardjburke.com
- **Lindsey A. Carr**
  lcarr@frantzward.com,dlbeatrice@frantzward.com
- **Mark P. Chalos**
  mchalos@lchb.com,schase@lchb.com
- **Allison R. Cohn**
  cohn@wtotrial.com
- **Gregory R. Farkas**
  gfarkas@frantzward.com,dlbeatrice@frantzward.com
- **Scott A. George**
  sgeorge@seegerweiss.com
- **Steven R. Jaffe**
  sjaffe@rra-law.com,mfistos@rra-law.com,slehrman@rra-law.com,bwilliamson@rra-law.com
- **George K. Lang**
  george@freedweiss.com
- **Karen M. Leser-Grenon**
  kleser@sfmslaw.com
- **Heather M. Lutz**
  hmlutz@vorys.com,kshowe@vorys.com
- **Peter L. Masnik**
  pmasnik@aol.com
- **James E. Miller**
  jmiller@sfmslaw.com
- **Joel Neckers**
  neckers@wtotrial.com
- **Anthony J. O'Malley**
  ajomalley@vssp.com,dmkamp@vorys.com

- **Kara J. Rosenthal**
  rosenthal@wtotrial.com

- **Brian G. Ruschel**
  bruschel@aol.com

- **Jacqueline Sailer**
  jsailer@murrayfrank.com

- **Mark Schlachet**
  mschlachet@clevelandnet.com

- **Steven A. Schwartz**
  sas@chimicles.com

- **Jonathan D. Selbin**
  jselbin@lchb.com

- **James C. Shah**
  jshah@sfmslaw.com

- **Jonathan Shub**
  jshub@seegerweiss.com

- **Evan B. Stephenson**
  stephenson@wtotrial.com,wallace@wtotrial.com

- **Paul M. Weiss**
  paul@freedweiss.com,ecf@freedweiss.com,george@freedweiss.com,sherrie@freedweiss.com

- **Malcolm E. Wheeler**
  wheeler@wtotrial.com

- **Michael Timothy Williams**
  williams@wtotrial.com,mallett@wtotrial.com,kemezis@wtotrial.com

- **Steven L. Wittels**
  swittels@nydclaw.com,amelzer@nydclaw.com,sgarcia@nydclaw.com,jpark@nydclaw.com,
  jjulie@nydclaw.com,jheisler@nydclaw.com,dsanford@nydclaw.com,hpark@nydclaw.com

and the following list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).  Notification of such filing will be sent via U.S. Mail (postage prepaid) to the following addresses:

Matthew B. Borden
Liner, Yankelevitz, Sunshine
& Regenstreif
199 Fremont Street, 20th Floor
San Francisco, CA 94105

Kevin B. Cartledge
Wilson & Coffey
110 Oakwood Drive, Ste. 400
Winston-Salem, NC 27103

Mark S. Fistos
Aronovitz Jaffee
150 West Flager Street, Ste. 2700
Miami, FL 33130

Glenn Edward Orr
Shea Law Group
2400 N. Western Ave., Second
Floor
Chicago, IL 60647

Jeremy Heisler
Sanford Wittels & Heisler
950 Third Avenue, 10th Floor
New York, NY 10022

Brad Eric Rago
Barnes & Thornburg LLP
One North Wacker Drive, #4400
Chicago, IL 60606

David R. Kott
McCarter & English
Four Gateway Center
PO Box 652
100 Mulberry Street
Newark, NJ 07101-0652

Joseph P. Shea
2400 North Western Ave., Ste. 205
Chicago, IL 60647

James K. Leader
Leader & Berkon
630 Third Avenue, 17th Floor
New York, NY 10017

Lindsey H. Taylor
Friedman & Siegelbaum
7 Becker Farm Road
Roseland, NJ 07068-1757

3

*s/ Michael T. William*s

Michael T. Williams, Esq.
Attorney for Defendant Whirlpool Corp.
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: williams@wtotrial.com

913684v.1