LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

JONATHAN D. SELBIN
PARTNER

250 HUDSON STREET, 8TH FLOOR
NEW YORK, NEW YORK  10013-1413
TELEPHONE: (212) 355-9500
FACSIMILE: (212) 355-9592
mail@lchb.com
www.lchb.com

SAN FRANCISCO
NASHVILLE

November 16, 2009

*Via ECF*

Honorable James S. Gwin, U.S.D.J.
United States District Court, Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Ave.
Cleveland, Ohio  44113-1830
(216) 357-7000

      Re:    ***In re Whirlpool Corp. Front-Loading Washer Products Liability Litigation***,
             MDL No. 2001, Civ. No. 1:08-wp-65000

Your Honor:

      For the Court's convenience, enclosed as Exhibit 1 please find a document comparing Plaintiffs' Third Amended Master Class Action Complaint with Plaintiffs' Second Amended Master Class Action Complaint.  The changes reflect the Court's rulings and instructions in the Opinion and Order issued on November 4, 2009, and include minor edits and corrections.

                        Respectfully submitted,

                        Jonathan D. Selbin

847903.1