# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | 1:08-wp-65000<br><br>MDL No. 2001<br><br>Class action<br><br>Judge: James S. Gwin |

## [PROPOSED] CASE MANAGEMENT ORDER

The parties have informed the Court that they have conferred regarding, and have agreed to, proposed modifications to the Court's August 28, 2009, case management order (Docket No. 63). For the reasons stated in the parties' December 21, 2009, joint letter to the Court, the Court hereby enters the following schedule:

1) The status conference currently set for January 4, 2010, is canceled;

2) Deadline for Plaintiffs to disclose their Rule 26(a)(2) rebuttal expert reports: January 4, 2010;

3) Deadline for Whirlpool to disclose its Rule 26(a)(2) sur-rebuttal expert reports: January 15, 2010;

4) Plaintiffs' motion/brief for class certification in *Glazer v. Whirlpool*: January 29, 2009;

5) Deadline to depose experts: February 15, 2009;

6) Defendant's response to motion/brief for class certification: March 1, 2009;

    7)    Plaintiffs' reply supporting motion for class certification:  March 15, 2009;

    8)    Class certification motion hearing and status conference:  April 1, 2009, at 12:00 noon;

    9)    Plaintiffs' opening motions/briefs on class certification for non-Ohio putative classes are due 30 days after the Court's ruling on the certification of the proposed Ohio (*Glazer*) class;

    10)    Dispositive motions in *Glazer* are due 60 days after the Court's ruling on the certification of the proposed Ohio (*Glazer*) class; oppositions, limited to 40 pages, will be due 3 weeks later, and replies, limited to 20 pages, will be due 2 weeks later.

The deadlines provided in paragraphs 4 and 6-10 are incorporated from the Court's previous orders entered on August 28 and October 21, 2009, and remain unchanged.

    IT IS SO ORDERED.

Dated:  December __, 2009                        _____
                                                            JAMES S. GWIN
                                                            UNITED STATES DISTRICT JUDGE