UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | 1:08-wp-65000<br><br>MDL No. 2001<br><br>Class Action<br><br>Judge:  James S. Gwin |

**APPENDIX TO PLAINTIFFS' MEMORANDUM OF LAW
IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

1. Attached as Exhibit 1 is a true and correct copy of a Whirlpool memorandum dated June 24, 2004.

2. Attached as Exhibit 2 is a true and correct copy of the Supplemental Report to Expert Report on Whirlpool Front-Loading Washer by Dr. R. Gary Wilson dated January 4, 2009.

3. Attached as Exhibit 3 is a true and correct copy of a Whirlpool "Biofilm Quickfix" presentation dated 2005.

4. Attached as Exhibit 4 is a true and correct copy of a Whirlpool "Affresh" presentation dated September 2008.

5. Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition of Joseph Zahrn dated October 7, 2009.

6. Attached as Exhibit 6 is a true and correct copy of an affidavit by Anthony Hardaway dated August 19, 2008.

7. Attached as Exhibit 7 is a true and correct copy of the Expert Report on Whirlpool Front-Loading Washer by Dr. R. Gary Wilson dated November 16, 2009.

855879.2

8. Attached as Exhibit 8 is a true and correct copy of a Whirlpool memorandum dated September 20, 2007.

9. Attached as Exhibit 9 is a true and correct copy of excerpts from the deposition of Anthony Hardaway dated September 15-16, 2009.

10. Attached as Exhibit 10 is a true and correct copy of a Whirlpool "Bio Film and Corrosion" presentation dated March 1, 2006.

11. Attached as Exhibit 11 is a true and correct copy of a Whirlpool memorandum dated November 5, 2004.

12. Attached as Exhibit 12 is a true and correct copy of the Rebuttal Report of Dr. Chin S. Yang dated January 4, 2010.

13. Attached as Exhibit 13 is a true and correct copy of a Whirlool "Biofilm in Washers" presentation dated January 24, 2005.

14. Attached as Exhibit 14 is a true and correct copy of a Whirlpool letter dated November 24, 2004.

15. Attached as Exhibit 15 is a true and correct copy of a Whirlpool email dated October 18, 2004.

16. Attached as Exhibit 16 is a true and correct copy of Whirlpool minutes dated October 26, 2004.

17. Attached as Exhibit 17 is a true and correct copy of a Whirlpool "Biofilm in HE Washers" presentation dated September 22, 2004.

18. Attached as Exhibit 18 is a true and correct copy of a Whirlpool email dated September 23, 2004.

855879.2

19. Attached as Exhibit 19 is a true and correct copy of Whirlpool minutes dated October 26, 2004.

20. Attached as Exhibit 20 is a true and correct copy of a Whirlpool email dated April 29, 2004.

21. Attached as Exhibit 21 is a true and correct copy of a Whirlpool email dated April 28, 2004.

22. Attached as Exhibit 22 is a true and correct copy of the Report on Communication of Mold Problems Regarding Whirlpool Front Load Washers by Todd B. Hilsee dated November 16, 2009.

23. Attached as Exhibit 23 is a true and correct copy of excerpts from the deposition of Gina Glazer dated June 17, 2009.

24. Attached as Exhibit 24 is a true and correct copy of excerpts from the deposition of Trina Allison dated June 10, 2009.

25. Attached as Exhibit 25 is a true and correct copy of the Declaration of Plaintiff Gina Glazer In Support of Plaintiffs' Motion to Certify an Ohio Class dated January 27, 2010.

26. Attached as Exhibit 26 is a true and correct copy of the Declaration of Plaintiff Trina Allison In Support Of Plaintiffs' Motion For Class Certification dated January 27, 2010.

27. Attached as Exhibit 27 is a true and correct copy of a Whirlpool memorandum dated February 7, 2005.

28. Attached as Exhibit 28 is a true and correct copy of a Whirlpool phone survey.

855879.2

29. Attached as Exhibit 29 is a true and correct copy of the Rule 26 Report of Richard L. Oliver dated November 16, 2009.

30. Attached as Exhibit 30 is a true and correct copy of Whirlpool Corporation's First Supplemental Responses To Consolidated Plaintiffs' First Set of Interrogatories dated May 11, 2009.

By: */s/ Mark P. Chalos*
       Mark P. Chalos

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN  37219
Telephone:  (615) 313-9000
Facsimile:   (615) 313-9965

- 4 -

855879.2