# EXHIBIT 1

## New meeting request from Anthony H Hardaway

Begins: 06/24/2004 08:00 AM Local Time
Ends: 06/24/2004 10:00 AM Local Time

Title: Access Odor Update / Planning Meeting
Location: SJTC481/BH area St. Joe Tech Center

Chair: Anthony H Hardaway/BentonHarbor/US/E/Whirlpool

To (required): Casey J Tubman/BentonHarbor/US/E/Whirlpool@WhirlpoolP1, Deborah D Van Drasek/BentonHarbor/US/E/Whirlpool@WHIRLPOOLP1, Gregory P Smith/BentonHarbor/US/E/Whirlpool@WHIRLPOOLP1, Karl-Dieter Klingenstein/Schorndorf/DE/E/Whirlpool@WhirlpoolP1, Raveendran Vaidhyanathan/BentonHarbor/US/E/Whirlpool@WHIRLPOOLP1, Stephen M Groppel/BentonHarbor/US/E/Whirlpool@WhirlpoolP1

cc (optional): Michael Laue/Schorndorf/DE/E/Whirlpool
wilson_g_moura@whirlpool.com

### Description
I would like to meet, show inputs todate, discuss options, and establish a plan to go forward. I have included a summary as food for thought before our meeting.

Summary:
Mold & mildew are common on nearly everything around us. Once moisture and elevated temperatures are added in a low ventilation area (the inside of an low temperarue HA washer or a closed dryer) the mold spore multiply rapidly. The presense of any soil buildup further aggravates the situation. Significant cases are documented in washers, dryers and dishwashers since the late 1950's. Consumers' habits and practices data gathered on 'Access Odor/Mold Problem' show this can occur in as little as 24 hours or take months to start. It occurs with both HE and regular detergents. It re-occurs with hot wash / regular bleach cleanout cycles. It re-occurs after service call cleanouts. Over simplified it occurs under all/any common laundry conditions. The Maytag problem appears to be a significant GLS problem that is compounded with secondary mold and bacterial growths in addition to other mechanical problems.
★ The Japanese and Koreans are begining to incorporate anti-mold and anti-bacterial fillers in the plastic and rubber parts exposed to the wash bath.

As both a biologist and a chemist this problem is very trobling in that we are fooling ourselves if we think that we can eliminate mold and bacterial when our HA wash platforms are the ideal environment for molds and bacterial to flurish. Perhaps we should shift our focus to 'handling'/ 'controlling' mold & bacterial levels in our products. This begs several questions;

1) Can we control/eliminate/limit the growth in the HA washers,
2) Why have we not seen this problem in European washers? Does the standard 60C cycle minimize the effects?, Will this become a problem with the 40C BOND cycle?
3) With more low water / low temperature HA and VA washers on the horizon, is the Access issue a snapshot of things to come? HORIZON? OASIS?
4) If we can not eliminate the mold and bacteria (A GIVEN), then how can we better handle the mold in our washers?

Our first is to develop an accelerated test protocol to reproduce this in the laboratory. After our last meeting it was decided to look at Consumer habits and practices as a vehile to suggest patterns how the mold starts. Data to date show Consumer habits are of little help since mold (always present) flurished under all conditions seen in the Access platform. The question of what do we measure in any give protocol is a difficult problem. In-house we can not quantify mold levels on laboratory washer tests. This would require a rapid turn-around microbiological laboratory assessment. The closest thing we Whirlpool can measure would be something like the GLS buildup test. While this problem is NOT GLS (no fabric softer component), GLS buildup would suggest areas where mold growth would begin. If I recall correctly, the original Access GLS tests showed "VERY LIGHT" to "Light" GLS buildup. From a GLS view point this is good. But in newer, lower temperature wash platforms, perhaps we need to refine the GLS test to "ZERO" GLS?

The team needs to look at next steps. So your participation would be greatly appreciated.
Thanks
Tony

Confidential W0017310