# EXHIBIT 3

Case: 1:08-wp-65000-JG  Doc #: 93-5  Filed: 01/29/10  2 of 16.  PageID #: 2022



# CET TDP Package

# Bio Film Quick Fix

**Preview Team:** Thomas Groß (Leader)
Frank Prüter
Klaus Teigelkamp
Gismar Eck
Ronald Weis

**Project Team:** Florian Eckardt
Martin Csipke
Ulrich Grotz
Tony Hardaway
Martin Lerke
Claudia Michel
Reinhold Pöhler

Confidential                                                                                                                       W0159324

Bio Film
EPT602915

# Key Considerations and Deliverables of a Concept Evaluation Tollgate

* **Key Considerations of a Concept Evaluation Tollgate**
  - Have you proven the technical feasibility of the selected concept to deliver the product level specifications (performance, safety, reliability, cost, etc)?
  - Have you evaluated the robustness of the concept to anticipated variation?

* **Global Robust Design Deliverables for CET**
  .Customer needs frozen [impact of change form required after CET]
  .Critical subsystem level characteristics identified.
  .Proof of technical feasibility of selected concept vs. customer requirements
  .Preliminary evaluation of performance vs. claims / key selling stories
  .Product FMEA complete and product approval test plan "finalized". Subsystem FMEAs and component FMEAs started through first 5 columns (list columns specifically).
  .Concept Safety Audit complete with action plans identified to address findings
  .Sources of variation quantified, $Cp >= 2.0$; evaluated (expert opinion OK) on critical subsystem characteristics
  .Description of basic physics [$Y=f(y)$] at subsystem level
  .Product / subsystem architecture final
  .Global technology agreement / engagement
  .Results from advanced field test functional mock-ups of selected concept (typically less than 10 units). Plan for additional field testing defined.
  .Patent search complete. Invention Disclosure Sheets (IDS) or Patent Application on file.
  .Plan to reach DRM / BET

# Bio Film

EPT602915

**TDP for CET**

**Subject**
**Specification**
**Decisions done**
**Concepts**
Customer Needs
FMEA & Critical Characteristics
Perf. versus Claims
Approval Test-Plan
Quality Plan
CUFT contribution
**Prelim. Cost**
**Critical Issues**
**Decisions to do**
**Plan for BET**

## Subject of TDP

* Bio Film describes a variety of biological phenomena. For example the plaque that forms on your teeth and causes tooth decay is a type of bacterial biofilm. The "gunk" that clogs your drains is also biofilm. If you have ever walked in a stream or river, you may have slipped on the biofilm coated rocks. The buildup of inorganic and organic materials on washer surfaces is biofilm.

* Bio Film forms when bacteria adhere to surfaces in aqueous environments and begins to excrete a slimy, glue-like substance that can anchor them to all kinds of materials such as metals, plastics, soil particles, medical implant materials, and tissue. A Bio Film can be formed by a single bacterial species, but more often biofilms consist of many species of bacteria, as well as fungi, algae, protozoa, debris and corrosion products.

* In washing machines the growth of Bio Film is encouraged by contemporary usage trends, decreased wash temperatures, lower water levels and use of liquid detergents. This can lead to odors developing and other effects.

* This TDP evaluates the first step of remedial action, a program cycle specifically designed to suppress odors and remove Bio Film deposits.

Bio Film
EPT602915

TDP for CET

Subject
**Specification**
**Decisions done**
**Concepts**
Customer Needs
FMEA & Critical Characteristics
Perf. versus Claims
Approval Test-Plan
CUFT contribution
**Prelim. Cost**
**Critical Issues**
**Decisions to do**
**Plan for BET**

# Specification

* Project Objective: Determine the cause and extent of the buildup/odor problems in ACCESS washers and offer recommendations to reduce/eliminate the problem a.s.a.p. Breakthrough Quality

  * Identification of source and cause of problem.
  * Document with analytical assessments,
  * Make short and long term recommendations for resolution

* Meet these Customer Needs:
  * No odors or build up of deposits in either tub or bellows
  * Clean-up process for exisiting problems
  * Prevention process for consumers

Bio Film
EPT602915

# Decisions done to define Concept

**TDP for CET**

Subject
Specification
Decisions done
Concepts
Customer Needs
FMEA & Critical Characteristics
Perf. versus Claims
Approval Test-Plan
CUFT contribution
Prelim. Cost
Critical Issues
Decisions to do
Plan for BET

| Decision already taken | when | who |
|---|---|---|
| Problem analysis done | 4/04 - 1/05 | StJo |
| Different cleaning cycle options analysed & concept selected | Dec. 04 | StJo/SD |
| Change cross piece material | 13.1.05 | SD |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

2005
Confidential

TDP for CET

Slide
W0159328

# Bio Film

EPT602915

## Concept for Bio Film Quick Fix

**TDP for CET**

Subject
Specification
Decisions done
Concepts
Customer Needs
FMEA & Critical Characteristics
Perf. versus Claims
Approval Test-Plan
CUFT contribution
Prelim. Cost
Critical Issues
Decisions to do
Plan for BET

To be in a position to meet customer requirements:

* The washing machine should not emit unpleasant smells
* Provide means to remove deposits and supress odors
* Adapt the machines programs to changing useage patterns

as quickly as possible it was decided to develop and implement a special cleaning cycle with increase hydro-mechanical action to loosen and remove deposits and add bleach to eliminate bacteria

This first step will be implemented for the current production. It will also be used in a modified form by service personal to thoroughly clean the machine should this be required.

If immediate action is required a concept has been proposed which is suitable for service use only.

Analysis of parts shows that the copper content of the alloy used for the drum cross piece should be decreased. This has been selected and the drawing modified.

Bio Film
EPT602915

# FMEA & Critical Characteristics, Safety Audit

* FMEA for cleaning cycle done 27.1.05.

* Critical Issues:

  * Effectiveness of the the proposed cleaning cycle to control odors

  * Risk of forseeable misuse

  * Does the proposed cycle increase the risk of corrosion.

Bio Film
EPT602915

# Performance versus Claims

* The service cycle is said to remove 80% of existing deposits

* Carry over after 2 rinse cycles approx. 5 ppm for the Service Cycle, 1 ppm for Customer Cycle

* A monthly run of the cleaning cycle by the customer will keep the the machine clean.

Bio Film
EPT602915

# Test Plan to prove Robust Design

* Various cleaning cycle concepts have been proposed and evaluated through DOE using existing deposits

* Test procedures to evaluate the affinity to build up deposits have been proposed and are being tested.

* Efficiency of Quick Fix Cycle will be tested using Kleenex method

Bio Film
EPT602915

# Quality Plan

* Extend Quick Fix to Access

* Latest data available indicates that 35% of Duet customers complain of odors

* Complaints are increasing from all other markets

* The Quick Fix will not reduce this figure. So it is necessary to make basic design changes on all existing FL platforms.

* Design Guidelines for the drum and for the tub have been started. Guidelines for hydraulics and wash programmes will follow

* Improve basic understanding by involving experts:

    * Aluminium alloy (ALCAN) - initiated

    * Bio Film Research Institute

    * Detergent industry

Bio Film
EPT602915

# CUFT contribution

Make Field Test with service version and with customers

Bio Film

EPT602915

# Cost Impact

TDP for CET

Subject
Specification
Decisions done
Concepts
Customer Needs
FMEA & Critical Characteristics
Perf. versus Claims
Approval Test-Plan
CUFT contribution
Prelim. Cost
Critical Issues
Decisions to do
Plan for BET

* Cost increase for crosspiece:

  * Mid range: + 0,20 Euro/pc on current STD

  * High range: + 0,28 Euro/pc on current STD

* Cost impact for Matador CCU

  * tbd

* Cost impact Access CCU

  * CCU plus pressure switch: tbd

Bio Film
EPT602915

# Critical Issues

**TDP for CET**

Subject
Specification
Decisions done
Concepts
Customer Needs
FMEA & Critical Characteristics
Perf. versus Claims
Approval Test-Plan
CUFT contribution
Prelim. Cost
Critical Issues
Decisions to do
Plan for BET

* Critical issues as listed for FMEA

   * Effectiveness of the the proposed cleaning cycle to control odors

   * Risk of forseeable misuse

   * Does the proposed cycle increase the risk of corrosion

* Timing

   * Project has been included with several other for a digit change in 6/05. Serious risk that loops in any of these projects will delay the complete package. Fall back option:
   Manual cleaning cycle has been defined.

* Resources

   * Allocated for Quick Fix, but not for follow up activities

   * Lab resources for EMPA/UL under discussion

2005
Confidential

TDP for CET

Slide
W0159336

Bio Film

EPT602915

# Decisions to be taken until BET

## TDP for CET

**Subject**

**Specification**

**Decisions done**

**Concepts**
Customer Needs
FMEA & Critical Characteristics
Perf. versus Claims
Approval Test-Plan
CUFT contribution

**Prelim. Cost**

**Critical Issues**

Decisions to do

**Plan for BET**

2005     TDP for CET     Slide
Confidential     W0159337

Bio Film

EPT602915

# Plan to reach BET

## TDP for CET

**Subject**
**Specification**
**Decisions done**
**Concepts**
Customer Needs
FMEA & Critical Characteristics
Perf. versus Claims
Approval Test-Plan
CUFT contribution
**Prelim. Cost**
**Critical Issues**
**Decisions to do**
**Plan for BET**

2005      TDP for CET      Slide
Confidential      W0159338