# EXHIBIT 4



## The brand that built the category

*Sept 2008*

 

New Business Development - Whirlpool Confidential - Do not  Distribute
Whirlpool Confidential - Do Not  Distribute

Confidential

W0180808

DEPOSITION
EXHIBIT
28 CAM
10-7-09

# affresh
### Washer Cleaner

# Built the washer cleaning category

■ **History**

- Currently there are 14 million High Efficiency (HE) washers in consumers' homes
- Over 2.7 million new HE washers are placed in consumers' homes each year
- All manufacturers of HE washers tell their consumers that HE washers need special care to prevent residue and odor – 'Use bleach and leave the door open'
  - Bleach is a topical solution that does not reach the core issue. Thus, the odor may come back in avg. 2 weeks and dissatisfaction from consumers may be high.
- Affresh washer cleaner is the ONLY product co-developed and recommended by the largest manufacturers of HE washing machines in the U.S. – Whirlpool and Maytag
  - Effective in all HE washers Whirlpool, Maytag, LG, GE, Samsung, Kenmore, Frigidaire

■ **New washer cleaning category established by Affresh brand**

- **$50 million - $195 million revenue NEW category**
  - 14 million current HE washer owners – assume 50% may have odor concerns
  - 7 million potential consumer in NEED of solution to odor causing residue in their HE washer
    - Will need to use product monthly to assure the recommended maintenance of the machine
  - MSRP of current affresh™ washer cleaner = $6.99

■ **Affresh brand - strong sales velocity** *(even without food and mass distribution)*

- Launched Sept 2007
- Achieved 3.6/store/week in 12 months
- National distribution through Best Buy, Sears, Lowes and Home Depot

**Whirlpool and Maytag brands saw the need and co developed THE solution to odor causing residue in HE washers.**

Confidential



**Washer Cleaner**

*The only brand that captures the consumer IN THEIR HOME EVERYDAY.*

**HE washer samples**



*Over 800,000 sample pouches in 12 months!*

*Use & Care Guide –HE Washers*

*New logo on Whirlpool and Maytag HE washing machines*



Most trusted brands in laundry

■ Affresh brand is <u>the only brand of washer cleaner</u> that has captured the consumer in their home everyday

– **Samples in all HE washers_**
  • **800,000** samples of affresh washer cleaner in all Whirlpool and Maytag HE washer since Aug 2007

– **Manufacturer recommendation**
  • **1.4 million** use and care guides for Whirlpool, Maytag and Amana HE washers indicate to use Affresh washer cleaner for the FIRST cycle to clean out manufacturer oil and greases.  This instills a behavior at the moment of first use.
  • Use and care guides for Whirlpool, Maytag and Amana indicates "Primary maintenance procedure for your new washer is affresh washer cleaner." This instills a monthly behavior.
  • On package and on shelf recommendation / co-developed by the most trusted brands in laundry – Maytag and Whirlpool – powerful messaging on shelf.
  • Whirlpool, Maytag and Amana service techs and call centers all recommend using affresh washer cleaner

– **Brand logo and branded cycle on all HE washers**
  • Affresh brand logo AND dedicated affresh washer cleaning cycle on all Whirlpool, Maytag and Amana HE washers
    – **1.4 million per year**
    – consumer will see and be reminded of the affresh brand EVERYDAY they do laundry

Whirlpool Confidential - Do Not  Distribute

Confidential

W0180810



## *The only brand that offers consumers MULTIPLE SOLUTIONS*

| Maintenance | Remediation |
|---|---|
| **New Washer Owner** | **Installed Base** |
| *"I have a new washer and want to keep it like new."* | *"I have an odor issue and want solutions - NOW."* *"I don't have an odor issue, but maybe I should clean my washer before I do."* |




<u>In market NOW</u>

MSRP $6.99-$7.99

Trade cost $5.24

**3 pucks to keep the new machine (0-12 months) maintained**

•3 pucks – cleans where you can't reach - behind the drum



<u>In market NOW</u>

MSRP $10.99-$11.99

Trade cost $8.24

**3 pucks PLUS 6 cleaning cloths to keep the experienced (12+ months) machine cleaner and fresher**

•3 pucks – cleans where you can't reach - behind the drum

•6 cleaning cloths – cleans where you can reach - the rubber door seal

**The NEW affresh™ washer cleaning kit is the TOTAL solution for HE washer cleaning.**
*Consumer want to clean the entire machine - behind the drum AND the rubber door seal!*

Whirlpool Confidential - Do Not Distribute

Confidential

W0180811

# Affresh washer cleaner - 2 years of development with past and future washers in mind

- **Whirlpool tests efficacy in 8 areas of the washer**
  - Tub
  - Plastics
  - Metal basket
  - Support crossing bars
- **Affresh formulated into "Puck"** format and placed into the drum of the washer based on <u>washer research</u>
  - Powders and liquids placed in the dispenser will not work with washers that have a clean wash cycle
  - Any substance placed in the dispenser in a clean wash cycle will be washed down the drain during the clean & purge pre-cycle
- **Affresh outperforms Tide** washer cleaner (2xs as effective)   *Whirlpool testing labs*
  - Per Tide washer cleaner instructions: <u>*Run washer in "normal" cycle with the hot washer setting*</u>
  - Normal/hot cycle
  - 1 application / 1 wash
- **Independent lab chemical analysis:**
  - Affresh has 3x the oxidizing power
  - Affresh has a stronger alkalinity index
  - Tide fragrance levels are excessive which may help "mask" the odor causing residue that is not removed

| Puck format | Powder format |
|---|---|



| Characterisitics | Affresh | Tide |
|---|---|---|
| Oxygenated Cleaner Content (Measured in Percent Hydroge Peroxide by Weight of Product) | 17+ | 5 |
| Alkaline Cleaning Power (Measured in milligrams KOH per gram of Sample) | 28 | 19 |

**Only Affresh washer cleaner works in ALL washer cycles – Normal and Clean Wash**
*12 months of sales success indicate NO CONSUMER DISSATISFACTION WITH AFFRESH*

Whirlpool Confidential - Do Not Distribute

Confidential

# Summary






- ▪ **Affresh brand is the washer cleaner to have on shelf**
  - – Affresh is co-developed with the top brands in laundry and has been formulated to work in all HE washers
- ▪ **Affresh brand will utilize all consumer touch points to become the brand of choice for washer cleaning**
  - – 1.4 million samples annually
  - – 1.4 million HE washer consoles with an Affresh cycle
  - – Daily consumer recommendations
    - • HE washer service tech
    - • Whirlpool, Maytag, Amana call center
    - • Appliance sales floor associates
    - • Whirlpool, Maytag, Amana use and care guides
  - – Print, coupons, web and PR marketing efforts continue in 2009

**Affresh washer cleaner WORKS in all HE washers (new and old) and consumers have been telling their friends for the past 12 months!**

Whirlpool Confidential - Do Not Distribute

Confidential

W0180813

# Thanks.



*Remember...*
*A clean washer is a happy washer!*

- ■ Contact Information
    - – Chuck Martin, 269-923-2975, charles_a_martin@whirlpool.com
    - – Ryan Kilcoyne, 269-923-7462, ryan_c_kilcoyne@whirlpool.com

Whirlpool Confidential - Do Not Distribute

Confidential

W0180814