# EXHIBIT 7

# EXPERT REPORT ON WHIRLPOOL FRONT-LOADING WASHER

BY

DR. R. GARY WILSON, PH.D., P.E.

NOVEMBER 16, 2009

IN SUPPORT OF

WHIRLPOOL FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION

1:08-wp-65000
MDL No. 2001
Class Action

United States District Court
Northeastern District of Ohio
Eastern Division

(Expert Report on Whirlpool Front Loading Washer Continued)

# TABLE OF CONTENTS

Signature Page ........................................................................................................................... 3

Abstract ................................................................................................................................... 4

Introduction ............................................................................................................................. 5

    Background ............................................................................................................................ 6

    General washer Operation ..................................................................................................... 7

The Problem ............................................................................................................................ 7

    Description of the problem ..................................................................................................... 8

    Why it happens ..................................................................................................................... 8

        Design Issues .................................................................................................................. 9

        Sump Area ..................................................................................................................... 9

        Pump Strainer and drain hose ........................................................................................ 9

        Door gasket ................................................................................................................... 9

    Managing the problem ........................................................................................................... 9

Summary ............................................................................................................................... 10

Appendix A: Qualifications and Experience .............................................................................. 11

Appendix B: Materials Reviewed ............................................................................................. 12

    Depositions ......................................................................................................................... 12

    Teardowns .......................................................................................................................... 12

    Plantiff visit ........................................................................................................................ 12

Appendix C: New ACCESS Reference Photographs ................................................................... 13

Appendix D: Photographs, Contanimated washers ................................................................... 19

    Teardown at Whirlpool in Benton Harbor ............................................................................. 19

    Teardown in Charlotte, North Carolina ................................................................................ 56

Appendix E: ACCESS vs HORIZON ......................................................................................... 80

Appendix F: Plantiff Visit ....................................................................................................... 83

Appendix G: Resume .............................................................................................................. 84

## SIGNATURE PAGE

I was asked to examine the Whirlpool Access and Horizon automatic front loading clothes washers. As a result of these examinations and inspections, I have reached certain opinions to a reasonable degree of mechanical engineering and design of major home cleaning appliances area of expertise certainty relating to front loading automatic washers, including the Whirlpool Access and Horizon. All of the opinions expressed herein are to a reasonable degree of mechanical engineering and design of major home cleaning appliances certainty, unless otherwise stated.

Experts in the field of mechanical engineering and design of major home cleaning appliances reasonably rely upon laboratory operation and teardown of new machines, teardowns, inspections and evaluation of washers that have been used in consumers' homes, photographs of contaminated machines, and visits to consumers' homes to inspect machines, alone or in combination, to form opinions.  In this case, I relied on each of these sources and in reaching opinions to a reasonable degree of certainty within my area of expertise.

The following report is respectfully submitted by:

*R. Gary Wilson* 11-16-09

Dr. R. Gary Wilson, Ph.D., P.E

(Expert Report on Whirlpool Front Loading Washer Continued)

## ABSTRACT

The following report summarizes the evaluation of the front loading (horizontal axis) automatic washers, Access and Horizon, manufactured and sold by Whirlpool Corporation.  These horizontal axis washers uniformly fail to self-clean.  This results in the accumulation of the by-products of the washing process (Biofilm) which eventually supports the growth of mold and bacteria in various parts of the machine such as:  The tub back wall and sump area (Figures 1&2), the basket bracket (Figure 3), and the pump strainer (Figure 4).



Figure 1: Tub Back Wall and Sump Area

Figure 2: Tub Back Wall Close-up





Figure 3: Basket Bracket

Figure 4: Pump Strainer

Once the bacteria and mold begin to grow a pronounced foul odor occurs that infiltrates the articles being washed and often the area surrounding the machine.  After the Biofilm begins to accumulate it cannot be completely removed or eliminated by the machine or the consumer.  Chemical washes may temporally reduce the amount of mold and bacteria but since the Biofilm remains this organic matter simply feeds on the Biofilm and grows back resulting in a systemic, persistent problem.

(Expert Report on Whirlpool Front Loading Washer Continued)

# INTRODUCTION

In the North American automatic clothes washer market today there are both vertical and horizontal axis (front loading) washers.  Both types of washers consist of the same major components which are:

  

- The "Clothes Basket" or just "Basket" in which the clothes are held during the wash process.  It is the orientation of the spin axis of the basket that determines the type of washer (horizontal or vertical axis).

  

- The "Tub" surrounds the basket and contains the water/detergent mixture.  During extraction of the wash water the basket spins within the tub and the water that is extracted from the clothes exits the basket through holes in the basket wall and is collected in the tub sump area and pumped to drain.

- The "Spin Motor" (right) which is either directly or indirectly attached to the basket and an electronic controller which can drive the motor at various speeds and in some cases in both a counter clockwise and clockwise direction.

- The "Drain Pump" or "Drain Pump/Motor" combination which may also be used as a recirculation pump if a diverter valve is included in the design.  The ACCESS and HORIZON pump systems utilize a strainer.

  

(Expert Report on Whirlpool Front Loading Washer Continued)

- The "<u>Cabinet, Suspension system</u>" (shocks and springs) and balance ring (vertical axis) or ballast (horizontal axis).
- The "<u>Washer Control System</u>" which may be either an electromechanical or electronic control.

## BACKGROUND

The subject of this report is the Whirlpool horizontal axis washers known as the ACCESS and the slightly smaller version which is referred to as the HORIZON.  The axis of the ACCESS is tilted (canted) a few degrees up from the horizontal but the axis of the HORIZON is not canted.  Other than this difference and the slightly smaller over-all size of the unit and components, the design of the two washers is identical (see Appendix E).

The plastic tub is supported in the cabinet by two springs and four shock absorbers.  The stainless steel basket is cantilevered in the tub by a shaft that passes through a bearing set in the back of the tub (see Figure 5).  On the outside back of the tub the shaft is attached to a large pulley that is connected to the spin motor by a flat drive belt.  The shaft is attached to the back side of the basket by a three arm heavy cast aluminum bracket that is screwed to the basket.



Figure 5: Access Wash System Schematic

At the six-o'clock position of the tub there is a flat recessed sump area where a rubber boot is attached that leads to the drain pump inlet.  A ball that floats is contained in the boot and acts as a one-way or check valve that seals against the tub when the drain pump is not operating and therefore seals off the pump inlet and prevents detergent from entering the boot before it can be

(Expert Report on Whirlpool Front Loading Washer Continued)

dissolved into the wash water. Since the pump cannot completely empty the sump, water remains in the boot up to the tub and in the pump and in the lower portion of the drain hose. The pump has a built-in strainer at the suction port where the boot attaches to the pump.

In order to seal the tub and keep water from splashing or leaking out of the washer a rubber gasket is attached to the tub by a steel band and to the front of the cabinet by a steel ring of wire. When the washer door is closed it seals against the gasket providing a water tight system. The gasket also allows relative motion to occur between the tub and cabinet during the wash process. There is an air vent in the rear of the tub which vents out the back upper right corner of the cabinet.

## GENERAL WASHER OPERATION

When clothes are placed in the washer and the detergent dispenser is charged with detergent the wash process begins by bringing water in through the detergent dispenser to flush the detergent into the washer tub and the basket begins to rotate at a low speed. Based on a water level control signal and the wash program in the computer controller, enough water is added to soak or saturate the clothes. As the clothes soak-up the water additional water is added until the water level stops changing. The clothes are initially in contact with a concentrated detergent water mixture which enhances the chemical energy input to the wash process. The tumbling of the clothes adds the mechanical energy necessary to loosen particulate soils and also assists in exposing all of the fabric surfaces to the wash liquor.

Thermal energy may be added to the wash process by the use of warm water from the water inlet and or in some models of the ACCESS and HORIZON by a heater element that is located in the sump. Depending on the wash program selected by the consumer the controller will begin to drain some of the wash water and add fresh water. In the case of the ACCESS and HORIZON the wash water is not recirculated. As the wash part of the process is completed more detergent laden water is drained and fresh water is added until eventually the vast majority of the detergent in the clothes is removed which marks the end of the rinse cycle.

At this point the washer begins a spin program which is designed to gently extract water from the clothes as the spin speed increases without damaging the fabrics by extruding them through the basket holes or plastering the clothes to the basket wall which may make wrinkles hard to remove.

The careful management of the water input, which is, only adding enough water to saturate the clothes and the judicious management of the energy input and relying heavily on the chemical energy allows the wash process to use a minimum amount of warm and/or cold water.

## THE PROBLEM

Regardless of the type of washer (vertical or horizontal axis) there are certain fundamentals which must be observed in order to have a commercially successful cleaning product in the home. The four most important are:

- The product must be safe to operate and be safe to have present in the home.
- The product must be able to keep itself-clean and if necessary the consumer must be able to easily clean the product.
- The product must clean and not damage the clothes.

- The energy input (thermal, mechanical, chemical) must be managed in order to minimize the amount of warm or cold water that is required.

<u>In the case of the ACCESS and HORIZON products that were evaluated, they uniformly fail to self-clean which often leads to a severe odor not only from the washer itself but also from the clothes and towels that have been washed in the machines.</u>

## DESCRIPTION OF THE PROBLEM

Within a matter of months and often only within a few weeks the ACCESS and HORIZON begin to produce an offensive order which not only emanates from the washer but also may permeate the clothes and towels that have been washed in the machine.  The odor may be especially bad when the washer door is just opened or it may become noticeable when the washer is draining.  If the washer door is left open the odor can actually drift out of the machine.  The odor is a symptom of the actual problem which is, the machines uniformly fail to self-clean.  Therefore a Biofilm forms and bacteria and mold begin to feed and grow on the Biofilm and eventually produce the offensive odor.

## WHY IT HAPPENS

Because the ACCESS and HORIZON do not adequately clean or rinse the following components and areas:

- The tub walls, especially the back of the tub
- The Aluminum bracket that attaches to the basket
- The sump area
- The pump strainer and drain hose
- The door gasket area
- The air vent duct
- The detergent dispenser duct

Not adequately cleaning or rinsing results in a build-up of:

- suds that have dried out
- fabric softener
- soils of all types,
- lint
- body oils
- flakes of skin
- hair

and all the other debris that result from washing clothes collect in the areas that are not well rinsed and results in what is referred to today as "Biofilm" but may also be known as "Scrud."  Eventually bacteria and mold begin to feed on this Biofilm and it is the excretions of these living organisms that produce the offensive odors.

## DESIGN ISSUES

## THE TUB

The plastic tub is a major structural component that supports the basket by a shaft that runs through the back of the tub.  This shaft with a heavy basket and bracket on one end is supported or cantilevered by the back of the tub (see Figure 5).  The weight of the basket when it is full of wet clothes, the dynamic forces that are present when the basket is spinning and the off-balance forces that can occur requires a well designed wall in the back of the tub.  As can be seen in the photographs in Appendix D, the inside back wall of the tub is clearly engineered for strength and minimum material usage.  The deep cavities and ribs all help to strengthen the tub so that it can support the basket.  However, the cavities and structure are on the water side and in locations where rinse water cannot adequately reach the cavities to flush them out.  As can be seen in the photographs in Appendix C the newer ACCESS has what appears to be a different plastic and the ribbing and cavities are placed on the back side of the tub out of contact with the wash water.  The new HORIZON still has cavities on the water side.

## BASKET BRACKET

The heavy cast Aluminum bracket that is attached to the back of the basket has cavities which cannot be rinsed out to prevent the collection of material similar to that of the back wall of the tub (See Appendix D).  Even with the spinning motion of the bracket severe amounts of debris still collect on the bracket.  The photographs in Appendix C show that the newer ACCESS has basket brackets that have been redesigned to remove the cavities.

## SUMP AREA

The sump area, while not as severe a collection point as the tub back wall and bracket, does collect debris and Biofilm in spite of the fact that this area experiences rinsing.  But this is an area where water is collected and not completely drained at the end of the wash process (see Appendix D).

## PUMP STRAINER AND DRAIN HOSE

As the photographs in Appendix D and F show, the strainer can be a severe collection point and the drain hose with the corrugations also traps debris.  This is probably one source of the odors that occur when the washer drains.

## DOOR GASKET

The door gasket is often a location of severe build-up of Biofilm and other debris.  The consumer can at least reach the outer surface of the gasket to clean it.  However, the interior surface of the gasket and the immediate tub areas are prime collection points for Biofilm which supports the growth of bacteria and mold.  The gasket can be easily replaced (easy compared to the tub) and the immediate area can then be accessible for cleaning.

## MANAGING THE PROBLEM

All of the areas mentioned in the last section represent design flaws resulting from the neglect of the fundamental principle that a cleaning appliance must be able to clean itself or at the very least

<u>provide a means where by the consumer can easily clean the washer</u>.  Once the Biofilm collects in locations where water cannot easily rinse out the cavities, then bacteria and mold begin to grow and multiply.  Chemical washes may destroy some or even most of the living organisms where it comes into direct contact with them.  However, the remaining organisms simply recontaminate the Biofilm and multiply until they produce enough by-products that the odor reoccurs.  In addition, chemical washes cannot adequately reach all of the locations on the back wall of the tub.

## SUMMARY

The North American washing machine market today has both vertical and horizontal axis washing machines.  Historically the North American market has been primarily vertical axis machines with effective self-cleaning approaches in the design.  American consumer expectations, habits, and practices are based on decades of using machines that effectively self-clean.  The ACCESS and HORIZON models that were evaluated from the 2002-2008 time period uniformly failed to self-clean which often lead to a severe odor from the machine and the clothes that were washed.

Uniformly Inherent in the design of these machines are areas, such as the cavities in the tub back wall and the basket bracket, where rinse water cannot adequately reach.  Once the Biofilm builds up and the bacteria and mold begin to grow, there is no effective way to permanently or completely eliminate the problem and the resulting odor.

Newer models of the ACCESS and HORIZON have some design modifications, such as the ribs and cavities on the ACCESS tub which have been moved to the back side of the tub out of contact with the wash water.  The basket brackets of the ACCESS and HORIZON have been redesigned to reduce collection points.  In addition, consumer instructions for cleaning processes and special cleaning cycles have been added to the washers.  Whirlpool has also made special cleaning tablets available.  The effectiveness of these changes have not been evaluated.  Consumers with ACCESS or HORIZON models from the time period that was evaluated (2002-2008) do not have solutions available to resolve or eliminate the containments and the resulting odor.

###

# APPENDIX A: QUALIFICATIONS AND EXPERIENCE

My name is Raymond Gary Wilson.  At present I am on the Mechanical Engineering and Engineering Science faculty at the University of North Carolina at Charlotte in Charlotte, North Carolina.  I also provide consulting services under the company name RGW Research and Engineering.

In 1975 I received a Bachelor of Science degree in Mechanical Engineering from Tennessee Technological University and in 1976 I received a Master of Science in Mechanical Engineering from the University of Illinois at Urbana-Champaign.  After a 25 year career in industry I returned to school as a full time Ph.D. candidate.  In 2004 I received a Ph.D. in Mechanical Engineering from Case Western Reserve University in Cleveland, Ohio.

I am a licensed Professional Engineer in the state of Michigan (No. 27261) and the state of South Carolina (No. 27489).  In addition I am licensed as a Model Law Engineer (No. 37207) by the National Council of Examiners for Engineering and Land Surveying.

I began my industrial career when I joined Whirlpool Corporation in 1976 as an Engineer in the Mechanical Systems Research Department, Thermal Fluids Analysis Group located at the Research and Engineering Center in Benton Harbor, Michigan.  I conducted applied research on refrigeration and air conditioning products until 1984 when I transferred to the Evansville Indiana division to manage a refrigerator and air conditioner compressor group.

In 1985 I transferred back to Benton Harbor as a team leader for the development of a refrigerator, dishwasher, and combination clothes washer/dryer microgravity operable ground test units for the Space Station.  At the completion of these contracts I became in charge of an Advance Development group that developed prototypes of a high performance clothes washing system also known as a concentrated wash system.  We also developed water saving spray rinse technology.

In 1989 I transferred to the St. Joseph Technology Center as a Manager of the Kenmore Dishwasher Model line.  In 1992 I became the Manager of the Dishwasher Cost & Quality department.  Then in 1994 I was promoted to the Director of Dishwasher Technology in charge of the entire dishwasher design organization and I ran the design teams that did a complete redesign of the KitchenAid dishwasher.

In 1997 I became the Director of Laundry Technology in charge of a new technology out-of-water concentrated wash system project that was behind schedule and not on specification.  While restructuring this project I also managed a second team that implemented the new technology of concentrated wash onto an existing vertical axis platform that was put into production in order to secure a key customer and to test the new technology.

In 1999 I took an educational leave of absence and entered Case Western Reserve University as a Ph.D. candidate.  Two years later I resigned from Whirlpool Corporation and completed the degree in 2004.  In August of 2005 I joined the Mechanical engineering department at the University of North Carolina at Charlotte.

My complete resume is attached as Appendix G.  I am being compensated for my time on this case at a rate of $500/hour and I have not been involved in any other cases.

(Expert Report on Whirlpool Front Loading Washer Continued)

## APPENDIX B: MATERIALS REVIEWED

### DEPOSITIONS

The following depositions were reviewed:

1) Tracy Snyder, Harrisburg, North Carolina, June 9, 2009
2) Gina Glazer, Cleveland, Ohio, June 17, 2009
3) Rebecca A. Nordan, Davidsonville, Maryland, June 10, 2009
4) Jeffrey Glennon, E. Hills, New York, June 15, 2009
5) Karen Hollander, Boca Raton, FL, June 17, 2009
6) Shannon Schaeffer, Murrieta, CA, June 18, 2009
7) Anthony Hardaway, Stevensville, MI, September 15, 2009

### TEARDOWNS

1) I participated in a joint teardown and evaluation with Whirlpool representatives of seven ACCESS washers at the Whirlpool Research and Engineering Center in Benton Harbor Michigan on October 29, 2009.  The serial numbers and models numbers of the machines that were torn down are (see Appendix D):

   |   | | | | | |
   |---|---|---|---|---|---|
   | a. | CSW0306789 | WFW9500TW01 | Whirlpool | Schorndorf | 2008 |
   | b. | CSW291?042 | 110 42926 | Kenmore | Schorndorf | 2008 |
   | c. | CSP3502234 | GHW925ML0 | Whirlpool | Schorndorf | 2003 |
   | d. | CSS4913466 | KHWS02RMT0 | KitchenAid | Schorndorf | 2005 |
   | e. | CSN0308222 | GHW9100LW1 | Whirlpool | Schorndorf | ?????? |
   | f. | CSM4712021 | GHW9100LW1 | Whirlpool | Schorndorf | 2002 |
   | g. | CSR3103260 | GHW9150PW0 | Whirlpool | Schorndorf | 2004 |

2) I hosted and participated in a joint teardown and evaluation with Whirlpool representatives of four ACCESS washers on November 5, 2009 in Charlotte, North Carolina.  The serial numbers and models numbers of the machines that were torn down are (see Appendix D):

   |   | | | | | |
   |---|---|---|---|---|---|
   | a. | CSR0407232 | GHW9250MT1 | Whirlpool | Schorndorf | 2004 |
   | b. | CSR3701615 | GHW9150PW0 | Whirlpool | Schorndorf | 2004 |
   | c. | CSS1208971 | GHW9150PW0 | Whirlpool | Schorndorf | 2005 |
   | d. | CSR1910188 | GHW9100LW2 | Whirlpool | Schorndorf | 2004 |

### PLANTIFF VISIT

I visited Tracy Snyder in Harrisburg, North Carolina and partially disassembled and reviewed her machine (see Appendix F)

(Expert Report on Whirlpool Front Loading Washer Continued)

# APPENDIX C: NEW ACCESS REFERENCE PHOTOGRAPHS

IMG_1425


IMG_1411


IMG_1412


IMG_1413


IMG_1414


IMG_1415


IMG_1416


IMG_1417


New DUET Reference Pictures
Serial No. HLW3292761 Build Date: week 39 of 2008
1 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1418



IMG_1419



IMG_1420



IMG_1421



IMG_1426



IMG_1430



IMG_1431



IMG_1433



New DUET Reference Pictures
Serial No. HLW3292761 Build Date: week 39 of 2008
2 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1434



IMG_1435



IMG_1436



IMG_1437



IMG_1438



IMG_1439



IMG_1440



IMG_1442



New DUET Reference Pictures
Serial No. HLW3292761 Build Date: week 39 of 2008
3 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1443



IMG_1444



IMG_1448



IMG_1451



IMG_1454



IMG_1455



IMG_1457



IMG_1458



New DUET Reference Pictures
Serial No. HLW3292761 Build Date: week 39 of 2008
4 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1459



IMG_1460



IMG_1464



IMG_1466



IMG_1469



IMG_1471



IMG_1473



IMG_1481



New DUET Reference Pictures
Serial No. HLW3292761 Build Date: week 39 of 2008
5 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1482



IMG_1483



IMG_1484



IMG_1489



IMG_1490



New DUET Reference Pictures
Serial No. HLW3292761 Build Date: week 39 of 2008
6 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)

# APPENDIX D: PHOTOGRAPHS, CONTANIMATED WASHERS

## TEARDOWN AT WHIRLPOOL IN BENTON HARBOR

Serial No. CSW0306789  Model No. WFW9500TW01   Whirlpool Build Date: Week 03 of 2008



Serial No. CSW0306789 Build Date: week 03 of 2008
1 of 4

(Expert Report on Whirlpool Front Loading Washer Continued)



IMG_1573  IMG_1574

IMG_1575  IMG_1576

IMG_1577  IMG_1578

IMG_1579  IMG_1580

Serial No. CSW0306789 Build Date: week 03 of 2008
2 of 4

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1581


IMG_1582


IMG_1583


IMG_1584


IMG_1585


IMG_1586


IMG_1587


IMG_1588


Serial No. CSW0306789 Build Date: week 03 of 2008
3 of 4

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1589



IMG_1590



IMG_1591



IMG_1592



IMG_1593



IMG_1594



Serial No. CSW0306789 Build Date: week 03 of 2008
4 of 4

(Expert Report on Whirlpool Front Loading Washer Continued)

Serial No. CSW291?042  Model No. 110 42926     Kenmore     Build Date week 29 of 2008

IMG_1602


IMG_1603


IMG_1604


IMG_1605


IMG_1606


IMG_1607


IMG_1608


IMG_1609


Serial No. CSW291?042 Build Date: week 29 of 2008
1 of 9

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1610


IMG_1611


IMG_1612


IMG_1613


IMG_1614


IMG_1615


IMG_1616


IMG_1617


Serial No. CSW291?042 Build Date: week 29 of 2008
2 of 9

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1618


IMG_1619


IMG_1620


IMG_1621


IMG_1622


IMG_1623


IMG_1624


IMG_1625


Serial No. CSW291?042 Build Date: week 29 of 2008
3 of 9

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1626


IMG_1627


IMG_1628


IMG_1629


IMG_1630


IMG_1631


IMG_1632


IMG_1633


Serial No. CSW291?042 Build Date: week 29 of 2008

4 of 9

(Expert Report on Whirlpool Front Loading Washer Continued)



IMG_1635　　　　　　　　　　　　IMG_1636

IMG_1637　　　　　　　　　　　　IMG_1638

IMG_1639　　　　　　　　　　　　IMG_1640

IMG_1641　　　　　　　　　　　　IMG_1642

Serial No. CSW291?042 Build Date: week 29 of 2008
5 of 9

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1643


IMG_1644


IMG_1645


IMG_1646


IMG_1647


IMG_1648


IMG_1649


IMG_1650


Serial No. CSW291?042 Build Date: week 29 of 2008
6 of 9

(Expert Report on Whirlpool Front Loading Washer Continued)



IMG_1651

IMG_1652

IMG_1653

IMG_1654

IMG_1655

IMG_1656

IMG_1657

IMG_1658

Serial No. CSW291?042 Build Date: week 29 of 2008

7 of 9

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1659



IMG_1660



IMG_1661



IMG_1662



IMG_1663



IMG_1664



IMG_1665



IMG_1666



Serial No. CSW291?042 Build Date: week 29 of 2008
8 of 9

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1668



IMG_1669



IMG_1670



IMG_1671



IMG_1672



IMG_1673



IMG_1674



IMG_1675



Serial No. CSW291?042 Build Date: week 29 of 2008

9 of 9

(Expert Report on Whirlpool Front Loading Washer Continued)

Serial No. CSP3502234  Model No. GHW925ML0          Whirlpool          Build Date: Week 35 of 2003



Serial No. CSP3502234 Build Date: week 35 of 2003
1 of 8

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1684



IMG_1685



IMG_1686



IMG_1687



IMG_1688



IMG_1689



IMG_1690



IMG_1692



Serial No. CSP3502234 Build Date: week 35 of 2003
2 of 8

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1693


IMG_1694


IMG_1695


IMG_1696


IMG_1697


IMG_1698


IMG_1699


IMG_1700


Serial No. CSP3502234 Build Date: week 35 of 2003
3 of 8

(Expert Report on Whirlpool Front Loading Washer Continued)



IMG_1701  IMG_1702

IMG_1703  IMG_1704

IMG_1705  IMG_1706

IMG_1707  IMG_1708

Serial No. CSP3502234 Build Date: week 35 of 2003
4 of 8

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1709



IMG_1710



IMG_1711



IMG_1712



IMG_1713



IMG_1714



IMG_1715



IMG_1716



Serial No. CSP3502234 Build Date: week 35 of 2003
5 of 8

(Expert Report on Whirlpool Front Loading Washer Continued)



Serial No. CSP3502234 Build Date: week 35 of 2003
6 of 8

(Expert Report on Whirlpool Front Loading Washer Continued)



Serial No. CSP3502234 Build Date: week 35 of 2003

7 of 8

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1733



IMG_1734



IMG_1735



Serial No. CSP3502234 Build Date: week 35 of 2003
8 of 8

(Expert Report on Whirlpool Front Loading Washer Continued)

Serial No. CSS4913466  Model No. KHWS02RMT0      KitchenAid      Build Date: Week 49 of 2005

IMG_1736


IMG_1737


IMG_1738


IMG_1739


IMG_1740


IMG_1741


IMG_1742


IMG_1743


Serial No. CSS4913466 Build Date: week 49 of 2005
1 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1744


IMG_1745


IMG_1746


IMG_1747


IMG_1748


IMG_1749


IMG_1750


IMG_1751


Serial No. CSS4913466 Build Date: week 49 of 2005
2 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1752



IMG_1753



IMG_1754



IMG_1755



IMG_1756



IMG_1757



IMG_1763

IMG_1764



Serial No. CSS4913466 Build Date: week 49 of 2005
3 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)



IMG_1765

IMG_1766

IMG_1767

IMG_1768

IMG_1769

IMG_1770

IMG_1771

IMG_1772

Serial No. CSS4913466 Build Date: week 49 of 2005

4 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)



IMG_1773     IMG_1774

IMG_1775     IMG_1776

IMG_1777     IMG_1778

IMG_1779     IMG_1780

Serial No. CSS4913466 Build Date: week 49 of 2005
5 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1781



IMG_1782



Serial No. CSS4913466 Build Date: week 49 of 2005
6 of 6

(Expert Report on Whirlpool Front Loading Washer Continued)

Serial No. CSM4712021  Model No. GHW9100LW1      Whirlpool        Build Date: Week 47 of 2002

IMG_1784


IMG_1785


IMG_1786


IMG_1787


IMG_1788


IMG_1789


IMG_1790


IMG_1791


Serial No. CSM4712021 Build Date: week 47 of 2002
1 of 5

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1792



IMG_1793



IMG_1794



IMG_1795



IMG_1796



IMG_1797



IMG_1798



IMG_1799



Serial No. CSM4712021 Build Date: week 47 of 2002
2 of 5

(Expert Report on Whirlpool Front Loading Washer Continued)



IMG_1800

IMG_1801

IMG_1802

IMG_1803

IMG_1804

IMG_1805

IMG_1806

IMG_1807

Serial No. CSM4712021 Build Date: week 47 of 2002
3 of 5

(Expert Report on Whirlpool Front Loading Washer Continued)

IMG_1808


IMG_1809


IMG_1810


IMG_1811


IMG_1812


IMG_1813


IMG_1814


IMG_1815


Serial No. CSM4712021 Build Date: week 47 of 2002
4 of 5