# EXHIBIT 17



# Biofilm in HE Washers
## Update to P&G

**Tony Hardaway**

**22 September 2004**

**R&E - Benton Harbor, MI**

Confidential       W0149905

# AGENDA

- **Welcome and Introductions**
- **Introduction of problem**
- **Laboratory Visit**
- **Review of findings to date**
- **Whirlpool action plan**
- **Brainstorm for possible solutions**
- **Summary and Next Steps**
- **Other - IEC in Beijing**

Confidential

W0149906

# Problem – WHAT?

- **Stage 1 Buildups**
  - Soils
  - Detergent components
  - Softener components
  - Water minerals
- **Stage 2 Buildups**
  - Bacteria
  - Mold




Confidential

W0149907

# Problem - WHERE?

- **Initial depositions**
  - **HA**
    - Bellows
    - Dispenser
    - Tub
    - Hoses  
  - **VA**
    - Tub
    - Hoses
    - Dome Plate   
- **Secondary depositions EVERYWHERE!**

Confidential W0149908

# Problem – WHEN?

- **Depends on environment**
  - Found in all States in summer
  - Found in South and West even in winter
  - Warm, Humid, Low Air Flow
- **1st Occurrence**
  - As soon as 30 days
  - As late as 2-3 years
- **Reoccurrence**
  - As short as 1 day

Confidential

W0149909

# Whirlpool Approach

- **Analyze Biofilm**
- **Search for commonalties**
  - Consumer habits & practices
  - Hardware / Software issues
  - Industry issues
- **Identify potential causes**
- **Establish Field Fix for existing washers**
- **Develop a method to recreate in lab**

Confidential                                                                                                                                   W0149910

# Findings To Date

- Appears to be industry wide
- Problem worsens with high suds levels
- In all Whirlpool HE Washer Platforms
- Possibly inherent to HE Systems?
- Potential heath risk
- Occurs with all habits & practices
- Dissatisfied consumers
- Warm, Humid, low water/air flow areas

Confidential  W0149911

# Whirlpool Specific Issues

- **Access & Horizon - 3 problems**
  - **Heavy Soils, Detergent, & Water Minerals**
  - **Thin tenacious coatings**
  - **Subsequent growths of mold & odors**
- **Calypso**
  - **Class Action Law Suit against Whirlpool**
  - **Heavy Soils, Detergent, & Water Minerals**
  - **Subsequent growths of mold & odors**

Confidential W0149912

# Conclusion

- **Highest level Whirlpool concern**
  - 1st - Develop a Field Fix - ASAP
  - 2nd - Recreate problem in laboratory - ASAP
  - 3rd - Design preventive future measures - '05
- **Steps**
  - DOEs to chemically clean washer
  - Identify habits that aggravate problems

Confidential W0149913