# EXHIBIT 28

# Survey



Return to Menu
**Cleaning Your Washer**



Mollie Garberg
Whirlpool is considering offering a new feature to keep your washer interior clean. Check it out and let us know what you think!

**Respondents:** 157

**Question 1:** Have you ever noticed a smell or odor in your washer?
*Branching - 157 Respondents*

**Votes**

103    No

54     Yes

**Question 2:** What do you think caused the odor in the washer?
*Essay - 54 Respondents*

**Entries**

3      Standing water

2      mold

2      Stale water

1      Accumulated clothing fuzz and pet hair

1      bleach, detergent and possibly mildew

1      build up of the soap on the edges of the machine

1      Built up residue and soap and food.

1      Food droppings left in the drain.  Food odors absorbed in the walls of the dishwasher.

1      food in pockets

1      food stuck in the washer, water not draining completely and left sitting in the washer

1      gasoline

1      grime above the water line.

1      I don't really know.

W0021005

| | |
|---|---|
| 1 | i think it was from water that didnt go completely out of the spin cycle, and from the left over detergent in the hoses. |
| 1 | I think the water left in the washer get stale, stagnant and moldy |
| 1 | I washed some oily rags. |
| 1 | i'm not sure how the previous owners were using the machine. but maybe there is water left behind that allows mold to grow. |
| 1 | I'm not sure, a mixture of dirt,detergent, and smells from clothes. |
| 1 | It was there when we moved in.  It's a relatively new washer so I wiped the inside with pinesol and then washed some rags.  Now it's ok. |
| 1 | Leaving it closed too long with clothes inside after the wash was done. |
| 1 | leaving wet clothes in there too long |
| 1 | left over dirt and bacteria |
| 1 | leftover food? |
| 1 | lint build up in the automatic softner container in the spinner |
| 1 | mildew. or old water |
| 1 | Mildew/mold in the gasket, keeping the door shut between loads (usually a week) |
| 1 | mildew? |
| 1 | Mold from the washer being wet in hot weather - not completely dry and then closing the lid |
| 1 | Moldy clothes |
| 1 | my husband left the clothes in the washer instead of putting them in the dryer.  it was a musty smell |
| 1 | not sure |
| 1 | not taking the clean clothes out right away,,,, |
| 1 | old clothes |
| 1 | old soap & fabric softener |
| 1 | probably bacteria |
| 1 | Seems like a musty smell both from being in our basement and also from the remaining water on the inside just sitting there with the lid closed. |
| 1 | something on a dish or pot |
| 1 | the dirty water exiting the washer |
| 1 | the odor from the clothes or the water, like chlorine smell |
| 1 | the terry cloths that I use to clean the kitchen floor |
| 1 | The type of water we have laying still inside of it and the hoses until the next usage. |
| 1 | the water itself...or leaving the clothes to long in the washer after cycle |

W0021006

1    Uh - clothes washer or dishwasher?

1    unsure

1    urine from my bathroom rug

1    Using it improperly for a year... the wrong detergent.

1    Washing dog beds

1    water left in tub

1    Water that is not drained out of the machine and begins to grow bacteria or mold.

1    We are on a well so I assumed it was the water.

**Question 3:** Have you ever noticed any mold or mildew in or on your washer?
*Voting - 157 Respondents*

**Votes**

143    No

14    Yes

**Question 4:**

Whirlpool is considering offering a way of cleaning and sanitizing the inside of your washer. To perform this task, it would require you to add 1-3 cups of bleach to a designated compartment once a month. The cleaning feature could be offered as a special cycle on your washer, a button you would press or a series of buttons to press.

Please rate how appealing each means of cleaning your washer is.
[Rating 5=Very appealing to 1=Not Very Appealing]
*Rating - 156 Respondents*

| Total | | Not Very Appealing 1 | 2 | 3 | 4 | Very Appealing 5 |
|---|---|---|---|---|---|---|
| 4.07 | A Special Button | 11 | 8 | 20 | 37 | 80 |
| 3.87 | A Cycle | 11 | 10 | 29 | 44 | 62 |
| 2.15 | A Series of Buttons | 63 | 40 | 30 | 13 | 10 |

**Question 5:** What would be the benefits, if any, of being able to clean and sanitize your washer?
*Essay - 156 Respondents*

W0021007

**Entries**

3    cleaner clothes

1    Washer would be virtually bacteria-free

1    ??

1    Any time you clean something you feel that the whole family is being saved from vicous germs.

1    as described, no benefits. we have a septic system, and this would kill the beneficial bacteria and cost us to have septic pumped out. whirlpool should definitely have warnings for anyone on a septic that this would be severely deleterious to them

1    bactrea gone

1    cleaner clothes, fesher smelling clothes

1    cleaner interior surface I suppose

1    clothes would smell cleaner

1    decrease spread of germs

1    definitely would be a good idea to keep the inside of my washer as clean as possible.

1    dk

1    dont know

1    Eliminate lingering smells. Eliminate any leftover bacteria/germs.

1    feel better about the cleaning

1    First and foremost the comfort of knowing you and your family are safe from bacteria and odor. It will be great not to have to bend down into the appliance to wipe down and just guessing that you have taken care of the problem plus it just keeps your hands free from bacteria and chemicals which could do harm to your skin.

1    for parent's with small children that have "accidents" they would know the washer has been CLEANED!

1    fresher smelling wash

1    freshness and clean clothes

1    getting rid of any bacteria that may be lurking in the wash tub.

1    getting rid of germs

1    Good for after cleaning the dogs bed or really dirty, greasy work clothing. Great benefit to me.

1    Having a guaranty that my clothes will not smell or stain from anmy mildow.

1    Honestly I never thought about cleaning my washer. However, I can see where it would be a good idea!

1    I already clean mine occasionally but a cycle or routine would be better.

1    I already do this by pouring bleach into all three compartments (detergent, bleach, and fabric softener). I have a front load washer. I run the a complete cycle every couple of months or so. more frequently if I am washing alot of laudry containing waste matter.

W0021008

| | |
|---|---|
| 1 | I definitely would like to clean and sanitize my washer, my son works as a welder, and sometimes his work clothes leave much to be desired,depending what and where he worked on...I always run an empty complete cycle after washing his clothes... no one else wants any residue left over from his icky stuff !!! |
| 1 | I don't have any problems with mine, so none |
| 1 | I don't know- you can do this by running a bleach wash anyway |
| 1 | I don't see any.  How can a washer that is constantly in hot water and bleach get dirty or moldy? |
| 1 | I don't think it is necessary. The inside of my washer, like all the washers I've had in the past, stay pretty clean - that is, at least, all the interior/water accessible areas do. The parts that get dirty and look disgusting for me are the areas around the door -just outside the gasket or seal, and near the hinge - where the food often drops as you're loading the washer but which isn't apparent when the door is closed. My detergents already contain bleach and I abhor the odor enough as it is when the washer runs - for me to put stronger bleach in there? No way! And totally unecessary. The whole idea and process of the washer is to clean and sanitize the dishes - and if the interior is not clean and sanitary from it's own process - then I'd worry that my dishes weren't clean! |
| 1 | I dont really see the need myself, but some might think ifs more sanitized. |
| 1 | I get a buildup of "crap" in there.  I think it's mostly in the bleach tub.  Have never really figured out how to clean it.  Maybe that would be a start! |
| 1 | I get build-up of fabric softner and detergent over time. I would love to be able to clean my washer without so much effort. It is difficult to get into the fabric softner dispenser and a solution would do better than I could. |
| 1 | i guess if you had washed something completely gross, then it woudl be nice to do a clean cycle. |
| 1 | I guesss it would keep germs from growing, but it seems like if it's let ti dry out between washes it should be fine. |
| 1 | i have a dark ring around the agitator, and hopefully it would clean it off good. |
| 1 | I have no idea.  I have never had to clean my washer.  In fact, it sounds like an oxymoron to me. |
| 1 | I have well water and although I have a water softener my water has minerals in it that can cause rust. I would like to stop it before it gets bad. This would also be better for my clothes with less chance of getting rust stains on them. |
| 1 | I know that when I was underware that all the stuff doesn't exit the washer along with the rinse cycle.  I usually do a load of towels, sheets or white tee shirts with bleach afterwards, but never dish clothes or table linens!  Also, when cleaning up after the kids when they've been ill it would be nice to be able to sanitize the washer.  I currently clean the washer about twice a year, with hot water and vinegar.  The vinegar dissolves soap scum that builds up inside the machine. |
| 1 | I like to kno weverything is clean and I can tell that by a good bleach smell |
| 1 | I love anything that is truely clean! |
| 1 | I really dislike having to clean the fabric softener compartment. If a feature existed avoiding to remove any part, I would be very interested. |
| 1 | I really don't have any problems because I am sure to leave the lid open to air it out and dry the inside after use. |
| 1 | I sanitize mine now with vinegar. It would be nice to have a self-clean cycle on our washer as well so that it would be a quick and easy button to get the job done. |
| 1 | I think it would assure you that you are getting your clothes as clean as possible.  I do not like the thought of having mold or mildew |

W0021009

| | |
|---|---|
| 1 | growing in my machine.  We put them in the machine to make them clean. |
| 1 | I think it would be a great benefit, I dislike cleaning Downey from my fabric softner dispenser. |
| 1 | I think it would be nice toi know it is free of germs and mildew. I have never personally smelled anything but we keep our lid open while not in use. |
| 1 | I think it would make you feel better, just knowing that your washer is sanitized! And if you washed something really dirty….You would know there would be no residue. I think it's a great idea! |
| 1 | I think that it is rather odd to "clean" clothes in a washer that is dirty. It always bothers me how my washer is dirty on top |
| 1 | I think that would be a nice benefit, particularly if you have any of the problems mentioned. |
| 1 | I use baking soda in mine. I wouldn't mind having a special compartment to put the cleaning stuff in, I just cannot use bleach because we have a septic tank and bleach kills the bacteria needed for the septic to do it's job. |
| 1 | I wash all kinds of things in my washer, including dog beds and my daugther's clothes.  It would be nice to wash in between. |
| 1 | I would be assured that my clothes are getting as clean as they can be by washing them in a clean machine. |
| 1 | I would feel better about the efficiency of my appliances |
| 1 | I would feel better about the germs in the washer.  I have read that the laundry room has more germs than the bathroom! |
| 1 | I would feel much better about having cleaner clothes if I knew my washer itself was clean |
| 1 | i would feel that i was keeping my family healthier |
| 1 | I would feel that my clothes were cleaner |
| 1 | I would hope that it would get the Gook off the agitator.  Mine has an accumulation of what appears to be soap scum/dirt fairly high up, about where the full load water mark is. |
| 1 | I would imagine there would be less chance of getting some kind of dirt on the clothes or spreading germs. |
| 1 | I would not have to clean it myself, such as wearing gloves and using bleach.  And my clothes would be cleaner. |
| 1 | I would think clothes might get cleaner. |
| 1 | I would think that this would make your clothes cleaner and more sanitized. |
| 1 | I wouldn't be afraid to wash my cat's bedding or carwash towels in the washer. |
| 1 | I wouldn't have to worry about any smells, or mold in my washer.  My clothes would smell better..... |
| 1 | I'd have certainty that there was no mold or mildew, especially important because there is a baby in the house. |
| 1 | I'm not sure what the benefits would be.  If I should want to sanitize it, I could just run an empty washer with bleach but I've never done it and don't know that I have any need to do it. |
| 1 | I've always run bleach through a cycle and two rinses periodically to be sure the washer is clean so a cycle or button would be nice. |
| 1 | If I had an especially dirty load, I could clean out the washer before the residue got into any other loads. |
| 1 | If it could clean soap scum from hard water I would really like it. Sanitizing isn't that high on my list |
| 1 | If it got dirty you would have a easy way of cleaning it instead of scrubbing and trying to clean it. |

W0021010

| | |
|---|---|
| 1 | If you are dying an item you would be certain that the washer is free of the agents used to dye the previous load.  Or if you have a particular load that is especially dirty or that leaves a residue you would be sure the washer is clean before starting your next load. |
| 1 | if you washed something very soiled, or if there was a health issue in the household |
| 1 | it could be optional. I have never had any problemin 30 years |
| 1 | It is just a good idea. |
| 1 | it may get rid of the offensive smell inbetween loads |
| 1 | It might be helpfiue, but the center of the agitator is really what stays dirty. |
| 1 | It seems that you could just add bleach to a regular cycle and do the same. |
| 1 | It seems to me, if a person is washing their clothes properly so that they really get clean, then the washer gets clean also. I like a clean, sanitized washer all the time, and I already have that through proper clothes washing. I do not need a special cycle to accomplish this. |
| 1 | It would be germ free. |
| 1 | it would be nice to have after washing diapers ..ect |
| 1 | It would be nice to know that your appliance can be cleaned thoroughly, especially after a load that was particularly soiled or when I plan to wash baby diapers. |
| 1 | It would be sanitary! |
| 1 | It would be so nice to have it clean to keep my family from germs and such.  With clothes worn to tend to livestock, I would REALLY like a once a month button or cycle to sanitize my washer.  Then I wouldn't forget as easily. |
| 1 | It would keep any bacteria or mold out of my clothes. |
| 1 | It would keep it fresh and make the washer last longer. |
| 1 | It would kill the germs inside the washer as well as any mold or mildew that builds up.  It would prevent the germs from transferring to the clothes and keep the family healthier. |
| 1 | it would make me feel like I was doing a better job cleaning my clothes if my washer was cleaner. |
| 1 | It would make you feel like your laundry was cleaner with a sanitized washer. |
| 1 | It would probably help maintain the life of your washer. |
| 1 | It would probably make my clothes smell better. |
| 1 | It would stay fresh. |
| 1 | Just for the peace of mind knowing that your clothes are the "cleanest" they can be. |
| 1 | Just that! Keeping the washer clean and sanitized.  I keep mine cleaned out by using bleach in it and running it when I am done with my laundry at least once every two weeks.  Then I dry it out when it is done.  Sounds nuts but I don't have any smell or trouble. |
| 1 | Just the fact of knowing it was cleaner more sanitary - safer for my family.  I have never experienced odors, mold or mildew - so I don't see it as a big plus or problem solver personally. |
| 1 | keep allergens out of clothes |

W0021011

| | |
|---|---|
| 1 | Keep clean clothes fresh |
| 1 | keep clothes cleaner |
| 1 | Keep germs off your clothes. |
| 1 | keep it clean smelling, remove any remaining debris |
| 1 | keep it smelling fresh allowing all clothes to be put into a fresh washer and if you have hard water or lime etc. it would help to keep that down inside the washer. |
| 1 | Keeping it cleaner, fresher smelling |
| 1 | Keeping the inside of your washing machine clean is important since that is where you wash your clothes. I think it would be great because sometimes my dog pees on the small rug I have on the front door and I just throw it into the washer. It would be great to run a cycle to clean the inside of the washing machine after doing this particular load. I usually end up wiping it clean with a clorox wipe after the load. |
| 1 | kill any lingering germs |
| 1 | know it is fresh and clean every month |
| 1 | knowing its clean |
| 1 | Knowing that I have that option if ever needed |
| 1 | Knowing that it's completely clean after washing or soaking items which may contain grease, oil, or pet hair. |
| 1 | Knowing you were getting rid of any standing germs that might be there due to it always being damp |
| 1 | less germs |
| 1 | Longer use of applicance and better treatment of clothing |
| 1 | Make it cleaner |
| 1 | make sure my clothes always turn out fresh and clean |
| 1 | might get out tomato red stains (if we're talking about the dishwasher) |
| 1 | My washer doesn't get dirty because I use it so often.  The only thing I really clean is the fabric softener and bleach dispensers, which seem to get a build up of dirt.  I could see needing to san=nitize a washer if you were doing soiled bedding or diapers, but don't see a need for the average consumer. |
| 1 | n/a |
| 1 | no germs |
| 1 | No Germs Allowed !! |
| 1 | no more mold or odor |
| 1 | No more odors and feeling that your close are really getting clean |
| 1 | no odor |
| 1 | no smell |

| | |
|---|---|
| 1 | None I can think of. |
| 1 | Not having any residue in the washer to get on any clothes in the next load. |
| 1 | not having to try and bend/twist/reach in to places in the washer to clean by hand |
| 1 | Obviously then my washer would be clean and sanitized!! |
| 1 | Overall, the clothes would be cleaner and fresher smelling.  Also would be less "wear and tear" on the machine |
| 1 | Perhaps cleaner clothes. I often wonder if the smell lingers into the clothes if I don't get to them right away. |
| 1 | Reduce odors.  Also good to run the cycle after you have washed something icky like pet bedding, poopy baby clothes, etc. |
| 1 | Since I do not have any problems currently, I do not see any value in this feature. |
| 1 | Since we have moved out west we don't have the mold and mildew issues we had back in the Midwest. I do 2 loads of laundry daily, my washer doesn't have time to grow stuff!! |
| 1 | smell better, no worries about what I put in it |
| 1 | the cleaner your washer is the cleaner your clothes will be.... and smell fresher, too. |
| 1 | The only thing I can think of is that perhaps stuff from one dirty load wouldn't transfer to the next load. |
| 1 | the smell would be gone or it would be sanitized |
| 1 | this would be great.  any time you can clean an appliance, I think it is usefull.  The biggest benefit would be feeling that you're cleaning your clothes in a clean machine. |
| 1 | To be sure that my washer is truly clean and therefore, my clothes are also clean. |
| 1 | To eleminate mold and stain problems. I also hope that it would help that gunk that forms from the fabric softener |
| 1 | To keep everything clean and free of germs. |
| 1 | To keep it clean, it is where you put your clothes for cleaning, so you want the washer itself to be clean as well. |
| 1 | To know that is just what you said clean and sanitized would make me feel good. |
| 1 | to make sure you have remove any dirt from a  previous dirty load.  Or if someone has been sick and you need to wash clothes from that person and you want to make sure all germs are removed from the washer before doing more laundry |
| 1 | Top loaders seem to hold some residual water under the agitator? Or in the lines? Would clean this out. I don't notice this with the front loader. |
| 1 | Well, I think it's sort of ridiculous to have to be "washing" a washer!!  I use all natural cleaning products and do not have a problem with ANYTHING in my washer's interior.  No build-up, no mold, no nothing. |
| 1 | Would be especially nice after washing dirty work clothes or rags. |
| 1 | Would make me feel better knowing that it is clean inside. My husband has a lot of muddy clothes as we live on a farm. Would be nice to know I could flush all the residue out on a regular basis |
| 1 | you know that your dishes are being rinsed with clean water |
| 1 | You would have the satisfaction of knowing that your family is safe from potential disease spread by an unsanitized machine. |

W0021013

1  You would know for certain it was clean.

1  You would know it was clean and your clothes would be clean and smell good.

1  you would no longer have a smell inside your washer, and when you did your clothes you would know that the tub was sanitized.

1  You're putting dirty clothes and soap in there, I would think that even the soap would accumulate, especially with cold rinses

1  Your clothes would not take on the smell of the washer.  Also, if you do really dirty or greasy clothes, you could get that out of there before washing something else.

**Question 6:**  What concerns, if any, would you have about cleaning and sanitizing your washer?
*Essay - 156 Respondents*
**Entries**

47  none

3  None.

2  I wouldn't have any concerns.

2  n/a

2  wasting water

1  I would not be concerned at all.

1  None.

1  If I really thought I needed to do it, I could run an empty load with bleach, without paying extra for something elkse to break down.

1  the use of that much bleach is not good for a septic. one is to minimize use of bleach and we use less than 1/4 cup in any given month, to soak dishcloths or anything really needing bleach.  our septic system is not designed for large amounts of bleach.

1  second, increasing evidence for bleach being bad for the environment, so this is also potentially going to make whirlpool much less environmentally friendly and have negative impact in consumer reports

1  0

1  As long as I can use something other than bleach. Baking soda works great. Just run an empty small load with just water & baking soda and the baking soda cleans the washer and makes it smell good.

1  bleach left in the washer could damage clothes

1  bleach remaining to stain clothes

1  Bleach residue getting on my clothes, using excess water, putting bleach into my septic tank.

1  Bleach would be left in the machine and ruin the next load of clothes that go in.

1  Bleaching my colored clothes accidently.

1  Can't think of any.

W0021014

1   change of condition of clothes, like bleach marks or something.

1   Cost for something unnecessary and something else to break.

1   damaging the drum

1   Don't want to use harsh chemicals

1   dont see a big need for it.

1   ease of doing so

1   Harsh chemicals remaining in the wash tub for the next wash cycle; deterioration of washing machine parts

1   How much energy would it take to do this

1   how often it should be done

1   I am concern about the cleanliness of my washer because if my washer is dirty my clothes will be also.

1   I can not think of anything negative by having this feature.

1   I don't have any concerns, but my daughter is going to be a nurse soon.  I might want to sanitize her uniforms if she were working with a highly contagious patient.

1   I don't have any concerns.

1   I don't know, if I'd have any concerns... can't hurt to try ...it doesn't seem like it would damage the machine ...

1   I don't think that there would be any draw backs of cleaning your washer.

1   I refuse to use bleach as it is ALWAYS a disaster.  If there was another product other than bleach I would consider cleaning the washer.

1   I would be concerned about left over bleach in the machine.

1   I would be concerned about the chemicals used spotting or ruining my clothes.

1   i would be concerned that bleach would leak into the regular cycle and ruin clothes

1   I would be concerned that residue may be left behind that would discolor my clothes.

1   I would just want to assured that everything would be thoroughly rinsed.  I would want to put a load of colors in after using the clean cycle and have them be ruined.

1   i would want to know that there was no bleach left in my washer that could ruin my dark clothes.

1   I wouldn't have any concerns about cleaning my washer....I would consider it an asset to be able to keep it clean.

1   I wouldn't want left over bleach on the wrong clothes.

1   I'd be concerned that not all the bleach was rinsed from the washer, and the next load of laundry I'd do would produce bleach stains.

1   I'd love to know the technology involved before deciding that.

1   if it actually sanitized it.

1   if it used bleach I would worry about some bleach staying in the washer and ruining clothes that I washed later.

W0021015

| 1 | If it uses a lot of bleach, it might smell bad. If it didn't rinse well, it could damage clothes put in afterwards. |
| 1 | if its the water causing the odor, nothing would get rid of it |
| 1 | if the cleaner would get on the clothes. |
| 1 | If the cleaning product would stay in the mashine and be dangerous to the next load of laundry. |
| 1 | if the wrong button was pressed cloths may be ruined. If all the "cleaner" wasn't washed out it may come in contact with other cloths. |
| 1 | if you do it with the new way whirlpool is offering then no worries at all. If you do it with your hands you run the risk of getting the bacteria in your skin or under nails etc and of course putting bleach directly on the machine might do harm to your skin, being to close to the chemical you can injest some of the chemicals into your lungs which I have done. |
| 1 | If you have to wash your washer, then your clothes are probably not getting clean in the first place. I do not see why this is necessary if you are washing your clothes properly. |
| 1 | is it necessary? |
| 1 | It doesn't bleach or stain my clothes. |
| 1 | Just concern for the interior finish of the washer |
| 1 | Just something else to put on the "to-do" list |
| 1 | Just that I would wonder if there was bleach residue in my washer and would it bleach my clothes. |
| 1 | Just that it would not harm the machine in anyway! |
| 1 | Leaving bleach sitting in a special cup would make me nervous that it might leak on to a regular load of clothes. |
| 1 | Left over bleach that would ruin my clothes |
| 1 | Making sure it didn't leave a bleach residue that could harm the next load of clothes to be washed |
| 1 | Making sure that all the bleach was out before putting in colored clothing. |
| 1 | My only concern would be a problem with the bleach totally being cleaned out so that I don't get bleach spots on my darks. |
| 1 | No concerns about the function, but environmentally that much chlorine in the sewer system bothers me. |
| 1 | no concerns at all |
| 1 | No concerns at all - it is a great idea! |
| 1 | No concerns, except for the fact that I do not use chemicals in my home. My washer is perfectly clean. |
| 1 | No concerns, other than you can do it now w/o any special cycles or buttons |
| 1 | None - I'm not exactly sure if you mean dishwasher or clothes washer though. |
| 1 | None come to mind. |
| 1 | None that I can think of. |
| 1 | None, as long as none of the bleach remained in the machine after cycle was complete. |
| 1 | None, I think it would be a great feature. |

W0021016

| | |
|---|---|
| 1 | None, it won't hurt anything |
| 1 | None, other than water useage. |
| 1 | not getting every place |
| 1 | Not happy about the chlorine bleach unless it guarantees there is none left in the washer.  Would hate to ruin a load of dark clothes. |
| 1 | one more hassle in  my cleaning tasks |
| 1 | One more thing to add to a busy schedule |
| 1 | Only concern would be the bleach getting on dark clothing when it is washed right after the cleaning and sanitizing of the washer. |
| 1 | Only that the bleach residue might stick in the washer. |
| 1 | really none that come to mind... |
| 1 | Remembering to do it. |
| 1 | residual bleach affecting darks. |
| 1 | residual bleach that could stain clothes. |
| 1 | Some of the bleach would leak into my color loads when I don't want them to. |
| 1 | That it is necessary and if so, is it thorough. |
| 1 | that it would completely wash through and not appear or smell in the next load of wash |
| 1 | that it would leave bleach if not thoroughly rinsed |
| 1 | That it would waste my time. |
| 1 | that the bleach wouldn't be thoroughly rinsed away |
| 1 | The added bleach would need to be rinsed away thoroughly to prevent staining clothes washed after the special cleaning.  I typically run an extra rinse cycle after using bleach in my washer. |
| 1 | The bleach may be messy to deal with and may break down the dishwasher walls over time.  May also smell too strong in the kitchen. |
| 1 | the cleaning solution might get on the next load of clothes |
| 1 | The cost of the energy to run the cycles that often without any clothes in the washer.  I would hope it doesn't have to be done very often. |
| 1 | The odor of bleach. The extra time and energy it takes - I run my washer sometimes more than once a day as it is. |
| 1 | the smell would get in the clothes or stain the clothes |
| 1 | using bleach... sadly I'm very good at getting it on me :-) |
| 1 | Waste of water and electricity; unnecessary wear on machine |
| 1 | we have  a septic tank and are really careful not to overdo the bleaches and too much detergent |
| 1 | Whether the regular use of bleach would cause any deterioration of plastic or rubber gaskets or components. |
| 1 | Will it hurt the plumbing parts of the washer in any way. Prolonged use of bleach. |

W0021017

1    Would it affect the cleaning capabilities of the washer

1    Would it take a long time to run?  Would it be a terrible waste of water?

1    would there be leftover bleach from the sanitizing that would harm my clothes in the next batch

1    Would want to be sure the cleaner was thoroughly rinsed away so that no chance of any residue from it ends up on my dishes.  It would also mean I have to purpose to allow extra washing time for the machine when I would normally be doing dishes.  Not so sure that I would ever use this feature.

**Question 7:** How often would you consider cleaning and sanitizing your washer if this feature were available?
*Voting - 156 Respondents*

**Votes**

73   Once a month

55   Once every few months

28   Once a week

0    Daily

**Question 8:** What name would you give a feature that allows you to clean and sanitize your washer?
*Essay - 156 Respondents*

**Entries**

13   Sanitizer

5    Saniclean

5    sanicycle

5    sanitize

4    not sure

4    The Sanitizer

4    Washer Sanitizer

3    sani-clean

3    Sanitizing cycle

2    don't know

2    sani-cycle

2    santiclean

2    Self Cleaning

2    washer cleaner

W0021018

Case: 1:08-wp-65000-JG  Doc #: 93-31  Filed:  01/29/10  16 of 24.  PageID #: 2573

| | |
|---|---|
| 1 | "clean machine" |
| 1 | Sanitizer |
| 1 | / |
| 1 | not sure sani-cycle suggest sanitizing the laundry not the machine. |
| 1 | self clean like an oven perhaps |
| 1 | Stay Clean |
| 1 | Sanitizing Cycle |
| 1 | Agitator cleaning Cycle. |
| 1 | was not given a choice to "refuse use" in last question. "septic poison" ... |
| 1 | do you realize you could do the same thing with a combo of vinegar and baking soda? i do that myself. and whirlpool could make an environmentally friendly cleaning system with baking soda and vinegar. |
| 1 | Washer Sanitizer |
| 1 | Washer "Washer" |
| 1 | ??? - Everything sounds like what a washer already does - "self-cleaning", etc. |
| 1 | Auto-clean or self-clean? |
| 1 | AutoClean Machine Cleaner |
| 1 | Can't think of anything |
| 1 | cant think of any |
| 1 | clean |
| 1 | clean cycle |
| 1 | clean machine |
| 1 | Clean machine cycle |
| 1 | Clean Machine Cycle. |
| 1 | clean wash |
| 1 | Cleaner Clean |
| 1 | Cleaning cycle |
| 1 | cleanwash |
| 1 | Cleanz |

W0021019

| | |
|---|---|
| 1 | cycle sanitizer |
| 1 | de-gooper |
| 1 | deodorizer cycle |
| 1 | dk |
| 1 | do not know |
| 1 | Don't know - not very creative with names |
| 1 | Don't know. |
| 1 | empty wash |
| 1 | Fresh Smell |
| 1 | Freshen up |
| 1 | Freshener |
| 1 | Germ freak's paradise. |
| 1 | germ free laundry |
| 1 | Germinator, germblaster, the sanitizer |
| 1 | I can't think of a name for this feature..... |
| 1 | I can't think...it would have to be something that you knew it wasn't for cleaning dishes/clothes but the washer itself. |
| 1 | I don't know. |
| 1 | i would just put sanitize on either the dial or on a button feature. |
| 1 | I'm not sure. |
| 1 | Just make a clean/sanitize button. |
| 1 | Machine Sanitize Cycle |
| 1 | Machine sanitizer |
| 1 | Maintenance Cleaning |
| 1 | maintenance cycle |
| 1 | Mold/Mildew Eliminator |
| 1 | Not really sure, maybe cleaning and sanitizing of your washer. |
| 1 | Not sure. |
| 1 | Nothing printable ;-) The last question didn't allow for someone like myself, who doesn't feel that it would be a useful feature. |
| 1 | Oh, I don't know ... Sanaclean?  Clean & Shine?  Germ Free? |
| 1 | one shot sanitizer |

| | |
|---|---|
| 1 | refresher--  freshen cycle  -- |
| 1 | Refreshing between washing. |
| 1 | sani cycle |
| 1 | sani-appliance |
| 1 | Sani-Rinse |
| 1 | sani-washer |
| 1 | saniclean cycle. |
| 1 | sanitization |
| 1 | Sanitization cycle |
| 1 | Sanitize Cycle |
| 1 | sanitize cycle, sanitize washtub |
| 1 | sanitize feature |
| 1 | sanitize wash |
| 1 | Sanitizer cylce |
| 1 | Sanitizer Plus, Machine Clean |
| 1 | sanitizer would be simple enough |
| 1 | Sanitizer? |
| 1 | Sanitwash |
| 1 | Saniwash |
| 1 | self clean |
| 1 | Self Cleaner? |
| 1 | Self Cleaning Washer, Sanitizing Washer |
| 1 | Self-Clean |
| 1 | self-cleaning feature |
| 1 | Self-cleaning or automatic sanitizing |
| 1 | something with "fresh" and/or "clean" in the name. |
| 1 | sparkle clean |
| 1 | Steam clean? |
| 1 | the "sani-clean cycle" |
| 1 | the clean cycle |

| | |
|---|---|
| 1 | The Freshener. Or have a Fresh cycle. |
| 1 | The Sanitizer! |
| 1 | the sanitizing feature |
| 1 | The Washer Sanitizer |
| 1 | the washer sanitizer.? |
| 1 | The Worthless Cycle |
| 1 | Total clean |
| 1 | tub sanitizer |
| 1 | ultra clean |
| 1 | ultra clean? |
| 1 | Unit sanitizer |
| 1 | Washer Maintenance cycle. |
| 1 | washer sanitizer button or cycle |
| 1 | Washer Sanitizer, Clean Machine |
| 1 | washer sanitizer?? |
| 1 | Washer washer |
| 1 | WashSanitizer |
| 1 | Whirl Cleaner |

**Question 9:** What words or phrases come to mind when you think of the word "Biofilm"?
*Essay - 156 Respondents*
**Entries**

| | |
|---|---|
| 9 | none |
| 5 | Nothing |
| 2 | don't know |
| 2 | not sure |
| 1 | A film that forms from bacteria growing on a surface. |
| | Biology and slimy. |
| 1 | jargon unintelligible to 85% of the populace. |
| | this means a film left behind by/from living organisms, such as mold, milk scum in an unrinsed glass, algae in a pond, etc |

W0021022

Case: 1:08-wp-65000-JG  Doc #: 93-31   Filed:  01/29/10  20 of 24.  PageID #: 2577

| | |
|---|---|
| 1 | the first things I thought about and couldn't seem to get away from was |
| 1 | biography and movies.  the only time i think those words seems only to be connected to movies etc. |
| 1 | ??? |
| 1 | A "layer" that would be biodegradable. |
| 1 | a coating or layer of cells - bacteria or molds |
| 1 | a coating that you can't see. |
| 1 | a film of dirt and grime |
| 1 | a film of growth - like mold or lichens - bacteria - viruses - nothing good |
| 1 | a film that you'd see in biology class (and probably fall asleep) |
| 1 | a fish tank |
| 1 | a labrotory |
| 1 | A layer of biological stuff |
| 1 | a layer of residue |
| 1 | A layer of some kind of organic germs. |
| 1 | a movie |
| 1 | A movie about germs.  (Sorry, it's late.) |
| 1 | A movie, not something related to my washer. |
| 1 | a pauly shore movie |
| 1 | A sci-fi flick about bacterial goo invading Tokyo. |
| 1 | a science fiction movie?? |
| 1 | a thin film of skum |
| 1 | A thin layer with lots of organisms. |
| 1 | a yucky layer of something |
| 1 | A film (dirt) made up of biological things like body soil, bacteria, etc. deposited on the inside of the washer. |
| 1 | A thin 'film' of disolvable chemicals. |
| 1 | adventure movie |
| 1 | bacteria |
| 1 | Bacteria_scum |
| 1 | bacteria, dead skin |
| 1 | bacteria, microorganisms, |

https://whirlpool.communispace.com/polling.asp?OBJTYPE=POLL&OBJID=415&ACTION=resu... 1/3/2005

| | |
|---|---|
| 1 | bacteria, slimy, fungi and gunk |
| 1 | bad microorganisms, a slimy layer. |
| 1 | bandaids |
| 1 | Biodegradeable film |
| 1 | Biofilm means nothing to me. |
| 1 | Biography of someone in a movie! |
| 1 | biological film |
| 1 | biological waste in the form of a film |
| 1 | Biological, can't really think of anything else |
| 1 | breakdown of film |
| 1 | camera? |
| 1 | College classes. |
| 1 | Contraception film. |
| 1 | dead skin |
| 1 | Dentistry at first!  Then it sounds like dirt/grime from skin cells, oil, etc. on clothing since we're talking about washers. |
| 1 | dirt and bacteria |
| 1 | Dirt, perspiration, body oil |
| 1 | dirt,grim |
| 1 | Dirty |
| 1 | dirty water??? |
| 1 | disease. |
| 1 | disgusting |
| 1 | disgusting slime |
| 1 | dk |
| 1 | either a biographical movie or a film of some substance made up of germs or bacteria (good or bad) |
| 1 | Ewwww, sounds yucky. Germs, biology, bacteria, flora, hazardous, harmful, coating, film, occlusion, unclear, filmy, dirty, scum. |
| 1 | film for a camera |
| 1 | film that you use in biology class :) |
| 1 | Fish tank, slime |
| 1 | Food particles or residue, slime, grime |

W0021024

| 1 | futuristic sci-fi movie |
| 1 | Greasy residue |
| 1 | greasy ucky feeling |
| 1 | grose |
| 1 | gross |
| 1 | gross - I dont like the sound of anything that says "film" sounds like it leaves a film on something |
| 1 | gross and yucky |
| 1 | gross gunk |
| 1 | gross, something i would not want to think of when thinking of my washer |
| 1 | gunky, germy, dirty, moldy, |
| 1 | hazardous film on an article |
| 1 | I am not familiar with that term |
| 1 | I cant get past the "film" part of the word which leaves a negative vision in my head. |
| 1 | I don't like it. |
| 1 | I don't like this term.  It makes me think of men in big white bio suits fighting off an infectious disease! |
| 1 | I know the word bio means natural.....so I am guessing that the word natural would be part of this phrase. |
| 1 | I think of lab class in chemistry or bio when we would swipe glass plates with samples to test under the microscope. |
| 1 | I would have thought it meant a biodegradeable film for movies or photos if the term weren't being presented to me in the context of sanitizing your washer.  I assume it is a film left in your washer that contains biological germs that should be sanitized. |
| 1 | It sounds more like a documentary to me....sorry. |
| 1 | It sounds very science-fictiony but does not make me think of clean, in fact, just the opposite. It sounds like what you are trying to get rid of by cleaning. |
| 1 | layer of gunk |
| 1 | Maybe residue left by detergents and fabric softeners. |
| 1 | medical |
| 1 | Medical stuff that is used at the hospital |
| 1 | medical term |
| 1 | Microscope with a slide |
| 1 | mold, algae, bacteria |
| 1 | mold, slime |
| 1 | Nastiness - a film of gross scum |

W0021025

| | |
|---|---|
| 1 | natural coating |
| 1 | never heard of it and wouldn't know what to think |
| 1 | No idea!! |
| 1 | None come to mind |
| 1 | Not clean. |
| 1 | Not much - technical |
| 1 | not really sure! |
| 1 | Nothing good. |
| 1 | nothing in particular. |
| 1 | nothing pleasant |
| 1 | nothing really |
| 1 | ooh, yuck, gross - this sounds like the stuff I brush my teeth to get off!!! |
| 1 | picture film, futureistic stuff, biology. |
| 1 | Plastic wrap for a terrarium. |
| 1 | plastic, checmicals |
| 1 | Sanitize |
| 1 | scientific |
| 1 | scientific and new |
| 1 | scum, mildew, grease, filth |
| 1 | Soap scum or something that is in the process of disintegrating in water. |
| 1 | Some kind of bio chemical that leaves a film. |
| 1 | Something dirty left on something - environmentally unsafe |
| 1 | something gross |
| 1 | Something hazardous |
| 1 | Something scientific that belongs in a lab |
| 1 | something that has a film coating on it. |
| 1 | Something that would be dirty. |
| 1 | something very scientific. almost like deadly poisons or something |
| 1 | Sounds gross |
| 1 | sounds kinda of gross to me |

W0021026

| | |
|---|---|
| 1 | sounds like a dirty film on something or some deadly chemical |
| 1 | sounds like a film thta is on everything that is already clean |
| 1 | Sounds like something I would not want in my house. Makes me think of a film of bacteria |
| 1 | Sounds like something in a Sci-Fi movie. |
| 1 | The first think that comes to mind is a move on the Biodome.  LOL  I don't associate it with the washer. |
| 1 | the movie "Biodome" |
| 1 | The stuff in a petri dish that is used to grow bacteria cultures.  Ick ick ick |
| 1 | the ugly filmy brownish colored guck around faucets and tubs areas that tell you that you are in desparate need to clean!!! |
| 1 | think layer of film on glass or clothes |
| 1 | Toxic scum |
| 1 | two films... |
| 1 | two films?? |
| 1 | X-ray, scum on a petrie dish, or something else more related to biochem than to housekeeping |
| 1 | X-rays, the top layer on a glass I found in my husband's bathroom |
| 1 | Yuck! Sounds like germs and organisms that sit in a film in the washer to contaminate the clothes.  I would get the feeling that the laundry isn't really clean. |
| 1 | yucky |
| 1 | yuk! |
| 1 | yuk- soap scum, mildew, icky stuff |

This Survey will expire on: 03-Jan-05

W0021027