**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION<br><br>Gina Glazer v. Whirlpool Corporation | 1:08-wp-65001<br>1:08-wp-65000<br><br>MDL No. 2001<br><br>Class action<br><br>Judge:  James S. Gwin |

**DEFENDANT WHIRLPOOL CORPORATION'S
EVIDENTIARY SUBMISSION IN SUPPORT OF OPPOSITION
TO PLAINTIFFS' MOTION TO CERTIFY AN OHIO CLASS**

1. Attached as Exhibit 1 is a true and correct copy of a Table Summarizing Defendant's Appendix of Key Facts Showing the Differences Among Plaintiffs' and Owners' Experiences with Their Washers.

2. Attached as Exhibit 2 is a true and correct copy of the Declaration of Richard J. Conrad, dated March 15, 2010.

3. Attached as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Joseph Zarhn, taken on October 7, 2009.

4. Attached as Exhibit 4 is a true and correct copy of the Declaration Anthony H. Hardaway, dated March 15, 2010.

5. Attached as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of R. Gary Wilson, taken on February 25 and 26, 2010.

6. Attached as Exhibit 6 is a true and correct copy of the Expert Rebuttal Report of Paul M. Taylor, dated December 16, 2009.

7. Attached as Exhibit 7 is a true and correct copy of the Sur-Rebuttal Expert Report of Paul M. Taylor, dated January 15, 2010.

8. Attached as Exhibit 8 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Chin S. Yang, Ph.D., taken on February 23, 2010.

9. Attached as Exhibit 9 is a true and correct copy of the Declaration of Charles A. Martin, dated March 15, 2010.

10. Attached as Exhibit 10 is a true and correct copy of the slip opinion in *Gentek Building Prods., Inc. v. Sherwin-Williams Co.*, No. 1: No. 1:02CV00013 (N.D. Ohio Feb. 22, 2005).

11. Attached as Exhibit 11 is a true and correct copy of the Declaration of Christine Piersol, dated February 1, 2010.

12. Attached as Exhibit 12 is a true and correct copy of the Expert Report of M. Laurentius Marais, Ph.D., dated December 16, 2009.

13. Attached as Exhibit 13 is a true and correct copy of the Sur-Rebuttal Expert Report of M. Laurentius Marais, Ph.D., dated January 19, 2010.

14. Attached as Exhibit 14 is a true and correct copy of the Declaration of Megan Connell, dated February 24, 2010.

15. Attached as Exhibit 15 is a true and correct copy of the Declaration of Chris Dow, dated March 3, 2010.

16. Attached as Exhibit 16 is a true and correct copy of the Declaration of Sandy Perry, dated March 2, 2010.

17. Attached as Exhibit 17 is a true and correct copy of the Declaration of Mark L. Rodio, dated March 2, 2010.

18. Attached as Exhibit 18 is a true and correct copy of the Declaration of Phyllis Yates, dated February 22, 2010.

19. Attached as Exhibit 19 is a true and correct copy of excerpts from the transcript of the deposition of Trina Allison, taken on June 10, 2009.

20. Attached as Exhibit 20 is a true and correct copy of Plaintiff Gina Glazer's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Gina Glazer, dated May 22, 2009.

21. Attached as Exhibit 21 is a true and correct copy of excerpts from the transcript of the deposition of Gina Glazer, taken on June 17, 2009.

22. Attached as Exhibit 22 is a true and correct copy of Plaintiff Bonnie Beierschmitt's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Bonnie Beierschmitt.

23. Attached as Exhibit 23 is a true and correct copy of excerpts from the transcript of the deposition of Bonnie Beierschmitt, taken on June 17, 2009.

24. Attached as Exhibit 24 is a true and correct copy of Plaintiff Sylvia Bicknell's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Sylvia Bicknell, dated April, 23, 2009.

25. Attached as Exhibit 25 is a true and correct copy of excerpts from the transcript of the deposition of Sylvia Bicknell, taken on June 23, 2009.

26. Attached as Exhibit 26 is a true and correct copy of Plaintiff Paula Call's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Paula Call, dated July 13, 2009.

27. Attached as Exhibit 27 is a true and correct copy of excerpts from the transcript of the deposition of Paula Call, taken on August 11, 2009.

28. Attached as Exhibit 28 is a true and correct copy of Plaintiff Mara Cohn's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Mara Cohen, dated May 20, 2009.

29. Attached as Exhibit 29 is a true and correct copy of excerpts from the transcript of the deposition of Mara Cohn, taken on August 13, 2009.

30. Attached as Exhibit 30 is a true and correct copy of Plaintiff Pramila Gardner's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Pramila Gardner, dated May 1, 2009.

31. Attached as Exhibit 31 is a true and correct copy of excerpts from the transcript of the deposition of Pramila Gardner, taken on July 31, 2009.

32. Attached as Exhibit 32 is a true and correct copy of Plaintiff Jeff Glennon's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Jeff Glennon, dated May 20, 2009.

33. Attached as Exhibit 33 is a true and correct copy of excerpts from the transcript of the deposition of Jeff Glennon, taken on June 15, 2009.

34. Attached as Exhibit 34 is a true and correct copy of Plaintiff Karen Hollander's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Karen Hallander, dated May 14, 2009.

35. Attached as Exhibit 35 is a true and correct copy of excerpts from the transcript of the deposition of Karen Hollander, taken on June 17, 2009.

36. Attached as Exhibit 36 is a true and correct copy of Plaintiff Rebecca Nordan's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Rebecca Nordan, dated May 12, 2009.

37. Attached as Exhibit 37 is a true and correct copy of excerpts from the transcript of the deposition of Rebecca Nordan, taken on June 10, 2009.

38. Attached as Exhibit 38 is a true and correct copy of Plaintiff Maggie O'Brien's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Maggie O'Brien, dated May 6, 2009.

39. Attached as Exhibit 39 is a true and correct copy of excerpts from the transcript of the deposition of Maggie O'Brien, taken on June 9, 2009.

40. Attached as Exhibit 40 is a true and correct copy of Plaintiff Victoria Poulsen's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Victoria Poulsen, dated June 5, 2009.

41. Attached as Exhibit 41 is a true and correct copy of excerpts from the transcript of the deposition of Victoria Poulsen, taken on July 1, 2009.

42. Attached as Exhibit 42 is a true and correct copy of excerpts from the transcript of the deposition of Henrik Poulsen, taken on August 3, 2009.

43. Attached as Exhibit 43 is a true and correct copy of Plaintiff Sonja Sandholm-Pound's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Sonja Sandholm-Pound, dated May 30, 2009.

44. Attached as Exhibit 44 is a true and correct copy of excerpts from the transcript of the deposition of Sonja Sandholm-Pound, taken on June 11, 2009.

45. Attached as Exhibit 45 is a true and correct copy of Plaintiff Shannon Schaeffer's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Shannon Schaeffer, dated May 15, 2009.

46. Attached as Exhibit 46 is a true and correct copy of excerpts from the transcript of the deposition of Shannon Schaeffer, taken on June 18, 2009.

47. Attached as Exhibit 47 is a true and correct copy of Plaintiff Tracie Snyder's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Tracie Snyder, dated May 6, 2009.

48. Attached as Exhibit 48 is a true and correct copy of excerpts from the transcript of the deposition of Tracie Snyder, taken on June 9, 2009.

49. Attached as Exhibit 49 is a true and correct copy of Plaintiff Andrea Strong's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Andrea Strong, dated May 19, 2009.

50. Attached as Exhibit 50 is a true and correct copy of excerpts from the transcript of the deposition of Andrea Strong, taken on June 19, 2009.

51. Attached as Exhibit 51 is a true and correct copy of Plaintiff Phillip Torf's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Phillip Torf, dated May 22, 2009.

52. Attached as Exhibit 52 is a true and correct copy of excerpts from the transcript of the deposition of Phillip Torf, taken on June 29, 2009.

53. Attached as Exhibit 53 is a true and correct copy of Plaintiff Jane Werman's Responses to Whirlpool Corporation's First Set of Interrogatories to Plaintiff Jane Werman.

54. Attached as Exhibit 54 is a true and correct copy of excerpts from the transcript of the deposition of Jane Werman, taken on June 12, 2009.

55. Attached as Exhibit 55 is a true and correct copy of the Declaration of Ken and Lorna Benson, dated January 29, 2010.

56. Attached as Exhibit 56 is a true and correct copy of the Declaration of Ericka Englert, dated August 31, 2009.

57. Attached as Exhibit 57 is a true and correct copy of the Declaration of Shirley Hand, dated November 24, 2009.

58. Attached as Exhibit 58 is a true and correct copy of the Declaration of Christine Piersol, dated February 1, 2010.

59. Attached as Exhibit 59 is a true and correct copy of the Declaration of Lauren Piersol, dated March 2, 2010.

60. Attached as Exhibit 60 is a true and correct copy of the Declaration of Janisa Tharp, dated September 1, 2009.

61. Attached as Exhibit 61 is a true and correct copy of the Expert Report of Paul M. Taylor, dated November 16, 2009.

Dated:  March 15, 2010

Respectfully submitted,

s/ Michael T. Williams
Michael T. Williams (Colorado #33172)
Malcolm E. Wheeler (Colorado #21200)
Galen D. Bellamy (Colorado #31705)
Allison R. Cohn (Colorado #39748)
Theresa R. Wardon (Colorado #41510)
Joel S. Neckers (Colorado #40886)
Evan B. Stephenson (Colorado #37183)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado  80202
Telephone:  (303) 244-1800
Facsimile:   (303) 244-1879
E-mail:  williams@wtotrial.com

F. Daniel Balmert (#0013809)
Anthony J. O'Malley (#0017506)
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio  44114-1724
Telephone:  (216) 479-6159
Facsimile:   (216) 937-3735
E-mail:   ajomalley@vorys.com

Attorneys for Defendant Whirlpool Corporation

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2010, a copy of the foregoing Defendant Whirlpool Corporation's Evidentiary Submission in Support of Opposition to Plaintiffs' Motion to Certify an Ohio Class was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      s/ Michael T. Williams
Michael T. Williams, Esq. (Colorado #33172)
Attorney for Defendant Whirlpool Corp.
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: williams@wtotrial.com