## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | 1:08-wp-65000<br><br>MDL No. 2001<br><br>Class action<br><br>Judge: James S. Gwin |

### NOTICE OF WITHDRAWAL OF ALLISON R. COHN, ESQ.

Defendant Whirlpool Corporation, by and through its counsel, notifies this Court of a withdrawal of attorney Allison R. Cohn. As of March 16, 2010, Ms. Cohn will no longer be associated with the law firm of Wheeler Trigg O'Donnell, thereby requiring her withdrawal as one of the co-counsel of record on behalf of Whirlpool Corporation.

Michael T. Williams, Malcolm E. Wheeler, Galen D. Bellamy, Joel S. Neckers, Theresa R. Wardon and Evan B. Stephenson of Wheeler Trigg O'Donnell LLP remain counsel of record in this matter.

Dated: March 16, 2010

Respectfully submitted,

*/s/ Michael T. Williams*
Michael T. Williams (Colorado #33172)
Malcolm E. Wheeler (Colorado #21200)
Galen D. Bellamy (Colorado #31705)
Joel S. Neckers (Colorado #40886)
Allison R. Cohn (Colorado #39748)
Theresa R. Wardon (Colorado #41510)
Evan B. Stephenson (Colorado #37183)
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
E-mail: williams@wtotrial.com

F. Daniel Balmert (#0013809)
Anthony J. O'Malley (#0017506)
Vorys, Sater, Seymour and Pease LLP

2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio  44114-1724
Telephone:  (216) 479-6159
Facsimile:   (216) 937-3735
E-mail:   ajomalley@vorys.com

*Attorneys for Defendant Whirlpool Corporation*

-3-

## CERTIFICATE OF SERVICE

    I do hereby certify that, on this 16th day of March, 2010, a copy of the foregoing NOTICE OF WITHDRAWAL OF ALLISON R. COHN was filed electronically.  Notice of this filing will be sent to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                  */s/ Allison R. Cohn*
                                  *One of the Attorneys for Defendant*
                                  *Whirlpool Corporation*