UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: WHIRLPOOL FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION** | : Case No. 1:08-wp-65000<br>: MDL No. 2001<br>: Class Action<br>:<br>: Judge: James S. Gwin<br>**MOTION FOR PROTECTIVE ORDER OF THE PROCTER & GAMBLE COMPANY** |

Pursuant to Ohio Revised Code 1333.65 and Rule 26(c) of the Federal Rules of Civil Procedure, The Procter & Gamble Company ("P&G"), a <u>nonparty</u> to this action, moves this Court to enter a protective order to preserve the confidentiality of P&G's trade secrets and other confidential or proprietary business information, which the parties may attempt to introduce in these proceedings. Specifically, P&G requests that the Court hold an in camera hearing when evidence or testimony is presented, as identified in the Affidavit of Noelle Fitzgerald, which threatens the disclosure P&G's trade secrets and/or confidential or proprietary business information. Participation in the in camera hearing would be limited to essential courtroom personnel and counsel for the parties and P&G. This Motion is supported by the accompanying Memorandum in Support and the Affidavits of Amanda P. Lenhart, Esq. and Noelle Fitzgerald.

Respectfully submitted,

/s/ Amanda P. Lenhart
Amanda P. Lenhart (0072517)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Phone: 513-977-8200
Facsimile: 513-977-8141
Email: amanda.lenhart@dinslaw.com

Attorney for Non-Party
The Procter & Gamble Company

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been duly served upon all counsel of record by the Court's CM/ECF Electronic Filing System this 26th day of May 2010.

/s/ Amanda P. Lenhart