MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 5/27/10 |
| Judge: | James S. Gwin |
| Case No.: | 1:08wp65000 |
| Court Reporter: | George Staiduhar |

IN RE: WHIRLPOOL CORP.        )
FRONT-LOADING WASHER      )
PRODUCTS LIABILITY              )

MATTERS CONSIDERED: Oral arguments on class certification motion; in-chambers conference.

TOTAL TIME: 1 hr. 35 min.                    *s/     Gwen Mackey*
                                                              Courtroom Deputy Clerk