Motion denied 7/12/10.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | 1:08-wp-65000<br><br>MDL No. 2001<br><br>Class Action<br><br>Judge: James S. Gwin |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S SUBMISSIONS IN EXCESS OF THE COURT'S PAGE LIMITS AND MEMORANDUM IN SUPPORT THEREOF**

**I.     INTRODUCTION**

In clear violation of this Court's express orders and the Local Rules, and in the guise of an "Appendix of Key Facts" (Dkt. #101), an "Appendix B: Summary of Individual Questions of Law and Fact" (Dkt. #102), and Exhibit 1 to its "Evidentiary Submission" (Dkt. #103), Defendant Whirlpool Corporation ("Whirlpool") has accreted to itself an additional 89 pages of briefing beyond the 30 pages permitted by the Court in its opposition to Plaintiffs' motion to certify an Ohio class. Plaintiffs are prejudiced by Whirlpool's self-authorized excusal from the briefing parameters set by this Court.

Plaintiffs have complied in good faith with the Court's orders and the Local Rules governing briefing in this case. Whirlpool has not done so. Accordingly, Plaintiffs respectfully move to strike those portions of Whirlpool's submissions that (1) exceed the Court's 30-page limit and (2) are not evidence.

862985.1