Motion granted 7/23/10.
s/   James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | 1:08-wp-65000<br>MDL No. 2001<br>Class action<br>Judge:  James S. Gwin |

### FRANTZ WARD LLP'S MOTION TO WITHDRAW

Pursuant to Local Rule 83.9 Gregory R. Farkas and Lindsey A. Carr of the law firm Frantz Ward LLP hereby move to withdraw as counsel for defendant Whirlpool Corporation ("Whirlpool").  Whirlpool has been given written notice of Frantz Ward's intention to withdraw and Whirlpool will continue to be represented by the remaining counsel who have entered appearances on its behalf in this matter.

Dated:  March 27, 2009

Respectfully submitted,

/s/ Gregory R. Farkas
Gregory R. Farkas        (0069109)
Lindsey A. Carr           (0074182)
Frantz Ward LLP
2500 Key Center
127 Public Square
Cleveland, Ohio  44114-1230
(216) 515-1660 – Telephone
(216) 515-1650 – Facsimile
gfarkas@frantzward.com
lcarr@frantzward.com

Attorneys for Defendant Whirlpool Corporation