# TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION, Cleveland | District Court No.　　　　1:08wp65000<br>USCA No.　**10-4188** |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| | NAME:  Allen Wong |
| | FIRM NAME: Lieff, Cabraser, Heimann |
| In re: Whirlpool Corp. Front-Loading Washer | 　　　　　　& Bernstein - New York |
| Products Liability Litigation | ADDRESS:　8th Floor |
| | 　　　　　　250 Hudson Street |
| 　　　　PLAINTIFF - __Appellees__ | 　　　　　　New York, NY. 10013 |
| | TELEPHONE:　212-355-9500 |
| 　　　　　v. | |
| | CURRENT COUNSEL FOR DEFENDANT |
| WHIRLPOOL CORPORATION | NAME:　Anthony J. O'Malley |
| | FIRM NAME: Vorys, Sater, Seymour & Pease |
| 　　　　DEFENDANT - __APPELLANT__ | ADDRESS:　2100 One Cleveland Center |
| | 　　　　　　1375 East Ninth Street |
| | 　　　　　　Cleveland, OH. 44114 |
| | TELEPHONE:　216-479-6159 |

If Habeas Corpus, Certificate of Appealability is:　( ) granted　　( ) denied　　( ) pending

Criminal Defendant:  ( ) on bond　　( ) incarcerated　　( ) on probation

Fees:　District Court & USCA Fee Paid:　( ) yes　　(X) no　　( ) not required
　　　　Pauper Status:　　　( ) granted　　( ) denied　　( ) pending
　　　　Affidavit of Financial Status Filed:　( ) yes　　( ) no

Counsel:　　( ) appointed　　(X) retained　　( ) pro se

District Court Judge: __Gwin__　　Court Reporter: __Judith Gage and George Staiduhar.__

Any hearing or trial　(X) yes　( ) no　　If yes, dates __3/23/09; 3/27/09; 5/1/09; 10/19/09 & 5/27/10.__

DATE　　__SEPTEMBER 29, 2010__

---

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

---

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2010**. Clerk, GERI M. SMITH, U.S. District Court