**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION** | 1:08-wp-65000 |
| | MDL No. 2001 |
| | Class action |
| | Judge: James S. Gwin |

**NOTICE OF WITHDRAWAL OF ALLEN WONG**

    Plaintiffs notify this Court of a withdrawal of attorney Allen Wong.  Mr. Wong is no longer associated with the law firm of Lieff Cabraser Heimann & Bernstein, LLP, thereby requiring his withdrawal as one of the counsel of record on behalf of the Plaintiffs.

    Jonathan D. Selbin, Mark. P Chalos, and Jason L. Lichtman remain counsel of record in this matter.

Dated:  May 8, 2012

Respectfully submitted,

LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP

       /s/ Jonathan D. Selbin
       Jonathan D. Selbin

Jonathan D. Selbin
Jason L. Lichtman
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
jselbin@lchb.com
jlichtman@lchb.com

Mark P. Chalos
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN  37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
mchalos@lchb.com

Jamie E. Weiss
COMPLEX LITIGATION GROUP LLC
513 Central Avenue, Suite 300
Highland Park, IL 60035
Telephone: (847) 433-4500
Facsimile:  (847) 433-2500
jamie@complexlitgroup.com

Richard J. Burke
COMPLEX LITIGATION GROUP LLC
1010 Market Street, Suite 660
St. Louis, MO 63101
Telephone:  (314) 800-7000
Facsimile:  (847) 433-2500
richard@complexlitgroup.com

James C. Shah
Natalie Finkelman
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
35 East State Street
Media, PA  19063
Telephone:  (610) 891-9880
Facsimile:  (610) 891-9883
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

Steven A. Schwartz
CHIMICLES & TIKELLIS LLP
One Haverford Centre
Haverford, PA  19041
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633
sas@chimicles.com

Scott A. George
SEEGER WEISS LLP
1515 Market Street
Philadelphia, PA  19102
Telephone:  (215) 564-2300
Facsimile:  (215) 851-8029
jshub@seegerweiss.com

Brian Ruschel
925 Euclid Avenue, Suite 660
Cleveland, OH  44115
Telephone:  (216) 621-3370
Facsimile:  (216) 621-3371
bruschel@aol.com

Mark Schlachet
LAW OFFICE OF MARK SCHLACHET
3637 South Green Road, 2nd Floor
Beachwood, OH  44122
Telephone:  (216) 896-0714
Facsimile:  (216) 514-6406
mschlachet@clevelandnet.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that, on this 8th day of May, 2012, a copy of the foregoing NOTICE OF WITHDRAWAL OF ALLEN WONG was filed electronically.  Notice of this filing will be sent to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Jason L. Lichtman
Jason L. Lichtman
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

*Counsel for Plaintiffs*