No. 10-4188

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |
|---|---|
| IN RE: WHIRLPOOL CORPORATION FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION, | ) ) ) ) |
| GINA GLAZER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL., | ) ) ) ) |
| Plaintiffs-Appellees, | ) ) |
| v. | ) ) |
| WHIRLPOOL CORPORATION, | ) ) ) |
| Defendant-Appellant. | ) ) ) |

FILED
**Jun 01, 2012**
LEONARD GREEN, Clerk

O R D E R

Upon consideration of the motions of the Business Roundtable, Chamber of Commerce of the United States, National Association of Manufacturers, DRI-The Voice of the Defense Bar, Association of Home Appliance Manufacturers, Ohio Manufacturers' Association, Ohio Business Roundtable, Product Liability Advisory Council, the Ohio Chamber of Commerce, and Ohio Council of Retail Merchants for leave to file a brief as amicus/amici curiae in support of Whirlpool Corporation's petition for rehearing en banc,

It is ORDERED that the motions be and they hereby are DENIED.

**ENTERED BY ORDER OF THE COURT**

*[signature]*

**Leonard Green, Clerk**