MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 8/7/12 |
| Judge: | James S. Gwin |
| Case No.: | 1:08wp65000 |
| Court Reporter: | None |

IN RE: WHIRLPOOL CORP. FRONT-     )
LOADING WASHER PRODUCTS         )
LIABILITY LITIGATION,                       )
                                                          )

MATTERS CONSIDERED: Status conference.

TOTAL TIME: 30 min.                                        *s/     Gwen Mackey*
                                                                         Courtroom Deputy Clerk