UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                        :
                                                        :
In re: WHIRLPOOL CORP.                  :    CASE NO. 1:08-WP-65000
FRONT-LOADING WASHER              :
PRODUCTS LIABILITY LITIGATION  :
                                                        :    OPINION & ORDER
                                                        :    [Resolving Doc. No. 147]
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiffs move to replace Heather Stutzman, the former putative Michigan-class representative, with new putative Michigan-class representative Laurie Fletcher. *See* [Doc. 147]. Defendant does not oppose the substitution. Because the Court finds good cause to permit the substitution, it **GRANTS** Plaintiffs' motion to substitute the putative Michigan-class representative.

IT IS SO ORDERED.


Dated: September 5, 2012                     s/      *James S. Gwin*
                                                               JAMES S. GWIN
                                                               UNITED STATES DISTRICT JUDGE