# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | 1:08-wp-65000 <br><br> MDL No. 2001 <br><br> Class Action <br><br> Judge: James S. Gwin |

# EXPERT REPORT OF SARAH BUTLER

# EXPERT REPORT OF SARAH BUTLER

In connection with

Whirlpool Corp. Front-loading Washer Products

Liability Litigation

## Table of Contents

I. QUALIFICATIONS ...................................................................................3

II. DOCUMENTS REVIEWED.......................................................................4

III. ASSIGNMENT AND SUMMARY OF OPINIONS.....................................4

IV. BACKGROUND ........................................................................................6

V. METHODOLOGY .....................................................................................7

  A. Definition of the Relevant Population ...............................................8

  B. Sampling of the Relevant Population ................................................8
   Table 1: Distribution of Respondents by Age and Sex.......................9

  C. Preliminary Survey Questions and Procedures..................................9

  D. Discrete Choice Exercise ...............................................................10

VI. RESULTS ...............................................................................................15
  Table 2: Coefficients for Conditional Logit Regression......................17
  Table 3: Discount Required for Maintenance.....................................18
  Table 4: Resampling Analysis: Discount Calculation.........................20

VII. CONCLUSIONS.....................................................................................21

## I.    QUALIFICATIONS

1.    I am a Vice President at NERA Economic Consulting ("NERA") where I participate in the Product Liability, Intellectual Property, Antitrust, and Labor Practices.  My business address is 1 Front Street, San Francisco, CA 94111.  NERA is a firm providing expert statistical, survey, economic, and financial research analysis.

2.    Among my responsibilities, I conduct survey research, market analysis, and sampling analysis on a wide range of topics regarding business and consumer decision making, consumer choice, and consumer behavior.  In the course of my career, I have conducted numerous studies for leading corporations and government agencies involving research on consumers, employees, and businesses.  My work has been included in numerous lawsuits involving issues of trademark and trade dress, false advertising, secondary meaning, as well as antitrust and employment related litigation.  I am a member of the American Association of Public Opinion Research, the American Statistical Society, the Intellectual Property Section of the American Bar Association, and the International Trademark Association (INTA).

3.    I have also worked as a market researcher conducting focus groups, in-depth interviews, and surveys of physicians and patients.  I worked as an independent consultant conducting research for the Department of Environment and Rural Affairs in the United Kingdom.  I have taught courses focused on or involving research methodologies in both the United States and Europe.  I hold a Master's Degree from Trinity College, Dublin and another Master's Degree from Temple University.

4.    I have substantial experience conducting and using surveys and focus groups to measure consumer opinions and behaviors regarding products and services including purchase processes, product attributes, branding and positioning, market segmentation, new product

research, and communications strategies.  During my career in academic and commercial research, I have personally facilitated focus groups and conducted in-depth interviews.  I have submitted expert reports, been deposed, and have testified at trial within the last five years. A list of testimony is included on the copy of my current resume attached as Exhibit A.

5.  NERA is being compensated for my services in this matter at my standard rate of $440 per hour.  Other NERA consultants assisted me in this engagement and are being compensated at rates less than $440 per hour.  No part of NERA's or my compensation depends on the outcome of this litigation.  Throughout this report, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction.

## II.   DOCUMENTS REVIEWED

6.  As part of my work, I reviewed a number of documents filed in this lawsuit.  I was provided the opportunity to request any documents from the case that I wished to see, and all documents that I requested were provided to me.  A list of the specific materials I or my staff reviewed can be found in Exhibit B.

## III.   ASSIGNMENT AND SUMMARY OF OPINIONS

7.  I was retained by counsel for Plaintiffs to design research to estimate the impact on the price consumers would be willing to pay for Whirlpool's front-loading washers, if any, if Whirlpool had disclosed certain information prior to sale of its washing machines.  In particular, I was asked to test the pre-sale disclosure of certain maintenance steps recommended by Whirlpool in its "Use & Care" guides.  Whirlpool indicates in its "Use & Care" guides that consumers can undertake a number of maintenance tasks to "maintain washer freshness" and

4

thus deter the growth of mildew and mold.[1] I have been asked to assume that Whirlpool did not adequately communicate these maintenance tasks to consumers prior to purchase.

8.     I designed a survey to measure the change, if any, in the value of front-loading washing machines if consumers understood the maintenance recommended by Whirlpool as necessary to deter the growth of mold and mildew. For example, if consumers were to express that they would pay a lower price, the reduction in value could be understood as the discount in price a consumer would require to maintain the same utility or preference for that machine given the need to perform this recommended maintenance.

9.     I designed and conducted a survey of Ohio residents. As described below in greater detail, my survey consisted of 309 completed interviews with Ohio consumers. Qualified respondents were those considering the purchase of a new washing machine in the next year and who do not currently own or have not ever owned a front-loading Whirlpool machine at issue in this matter.

10.     Based on my work in this case, I have formed the following opinions:

- Consumers view all maintenance necessary to deter the growth of mold in Whirlpool's front-loading machines negatively.

- The magnitude of the discount varies by the type of maintenance required. This reduction ranges from approximately $143 to $402 per machine for any individual type of maintenance tested.

- If consumers would need to undertake all of the maintenance strategies suggested by Whirlpool (leaving the machine door open after every wash; running a cleaning/empty cycle with bleach or an approved cleaning product monthly; and inspecting the door seal and cleaning if stained), the reduction in value is approximately $419 per machine.

---

[1] For a detailed discussion of the "Use & Care" guides, see paragraphs 12, 13, and 14 of this report and Exhibit C. Also see Exhibit D.

These results demonstrate that consumers, if made aware of the maintenance recommended to deter mold and mildew, would require a $419 discount to retain the same level of preference for the Whirlpool front-loading washing machines.

## IV.    BACKGROUND

11.    I understand that Whirlpool manufactures, distributes, and sells front-loading washing machines under the brand names Duet, Duet HT, and Duet Sport Front-Loading Washers.[2] These machines are sold at a variety of outlets including Sears, Lowes, Best Buy, and other outlets.[3]

12.    It is my understanding that Whirlpool provides maintenance instructions to consumers after they have purchased their front-loading washing machines.  In general, these instructions do not specifically mention "mold" or "mildew", but do indicate that certain maintenance tasks should be undertaken once a month to avoid "odor".  While the specific language used by Whirlpool in its maintenance instructions varies somewhat by model of machine, these instructions generally indicate that consumers should:  leave the washer door open after each use, run an empty or cleaning cycle with a solution of bleach and water monthly, and manually inspect the door seal monthly and, if stained areas are found, clean with a solution of bleach and water or an approved product.[4]

13.    I also understand that Whirlpool manufactures and sells a product called Affresh®, which is specifically designed to reduce the odor and mildew in its front-loading washing machines.  A number of Whirlpool's "Use & Care" maintenance guides suggest this

---

[2] Third Amended Complaint, dated November 16, 2009, p. 1. (hereafter "Complaint")

[3] Complaint, p. 5.

[4] See Exhibit C for the Use & Care guides reviewed.

6

product as an alternative to running an empty/cleaning cycle with bleach, and Whirlpool suggests that Affresh® is more effective than bleach.[5]

14.    For the purposes of my research here, I have been asked by counsel to assume that the maintenance described in Whirlpool's "Use & Care" guides for its front-loading washing machines is not indicated for at least some other widely-available washing machines.

## V.    METHODOLOGY

15.    The design of this research follows generally accepted principles for the design of a survey to be used as evidence in litigation.[6] In general, the design of a reliable study requires careful attention to the following key areas:

- The definition of the relevant population;

- The procedures for sampling from the relevant population;

- The survey questions used;

- The nature of the specific stimuli shown to respondents; and,

- The protocol for calculating the results from the survey.

The following discussion is organized around these key areas.

---

[5] See Exhibit D for PDF of Affresh® page. Also see Complaint p. 11-134.  "Whirlpool Front-loading Automatic Washer Use and Care Guide", p. 9-10

[6] See  Diamond, S. (2011) "Reference Guide on Survey Research" in the *Reference Manual on Scientific Evidence Second Edition,* Federal Judicial Center at: http://www.fjc.gov/public/pdf.nsf/lookup/sciman00.pdf/$file/sciman00.pdf;  Federal Judicial Center (2004); *Manual for Complex Litigation, Fourth.*  Section 11.493, p. 102.

## A.    Definition of the Relevant Population

16.    I understand that at issue in this case are Ohio consumers who allegedly have been harmed by Whirlpool's failure to disclose certain required maintenance prior to purchase of its front-loading washing machines.

17.    The task of this research is to determine whether there is any change in the value that consumers place on a washing machine (and if so, what that change is) if they are informed, prior to purchase, that the machine requires the particular maintenance that Whirlpool indicates is required for all of the washing machines involved in this litigation. Thus, for this research it would not be appropriate to survey those who have already purchased a Whirlpool machine. Rather, the research should model consumer purchasing preferences if they had information about the required maintenance before the purchase. It is for this reason the relevant population is Ohio consumers who are considering purchasing a washing machine in the near future and who are not current (or past) owners of one of the allegedly defective Whirlpool machines.

## B.    Sampling of the Relevant Population

18.    In this case, potential survey respondents were contacted using an internet panel. The panel used for this study complies with the standards for survey research set forth by the Council of American Survey Research Organizations (CASRO). The panel uses a variety of quality control measures to ensure the reliability and integrity of the responses it provides.[7]

19.    To ensure that panel respondents were part of the relevant population as defined for this case, a series of screening questions was asked. First, potential respondents were asked to indicate whether they would consider purchasing a washing machine in the next year.

---

[7] For example, the panel confirms the identity of respondents using digital fingerprinting and requires a home address upon registration. See http://www.harrisinteractive.com/vault/HI_Corp_ESOMAR26_QandA.pdf for a detailed description.

8

Individuals currently owning or who had owned a front-loading washing machine made by Whirlpool were screened out.[8] Qualified respondents were men and women living in Ohio. Of the 309 respondents, 72.49% percent were women. The age distribution and sex distribution of the qualified respondents is shown below in Table 1.

### Table 1
### Distribution of Respondents
### by Age and Sex

| Age | Men | Women |
|---|---|---|
| | (a) | (b) |
| 18 - 29 | 21.18% | 18.30% |
| 30 - 39 | 20.00% | 20.54% |
| 40 - 49 | 21.18% | 20.54% |
| 50 - 59 | 22.35% | 22.77% |
| 60 - 69 | 14.12% | 15.63% |
| 70 plus | 1.18% | 2.23% |

Source: Washer Survey Data.

### C.     Preliminary Survey Questions and Procedures

20.     Panel respondents were sent an email invitation to participate in a study by the panel vendor.[9] Respondents began the online interview by completing the screening questions as described above. If they did not meet the screening criteria, they were thanked and the survey was terminated. Respondents who completed the screening questions continued to the main questionnaire.

---

[8] This includes individuals who owned a Whirlpool, Sears or Kenmore or Maytag front-loading washing machine. See Affidavit of Anthony Hardaway, dated August 19th, 2008. p. 1.

[9] As is standard practice, neither the panel vendor nor the respondents knew the purpose of the study.

9

21.     Respondents were asked what type of washing machine (front-loading, top-loading, or combination) they would consider purchasing.  Those who said they would not consider a front-loading machine were asked why.

### D.     Discrete Choice Exercise

22.     Once qualified, respondents were then taken to the introduction to the discrete choice exercise (DCE).[10]  A DCE is an exercise in which the survey respondent is asked to select among several options with different attributes.  Discrete choice methods are used in a number of fields (including economics, marketing, and market research) to understand people's preferences for certain things given a particular framework.  Since most things consumers purchase are products and products are bundles of attributes or features, choice modeling allows the researcher to examine the extent to which a particular feature of a product is driving the consumer's preference.

23.     For example, imagine we needed to understand how consumers choose which ice cream to purchase in an ice cream shop.  We could ask what makes them purchase ice cream – is it the flavor (chocolate, strawberry, etc.), the toppings, or the cost?  The data from these answers may be helpful in telling us which feature *seems* most important, but it will not quantify how important a particular feature is, nor will it tell us how important one feature is relative to the others.  Instead of asking consumers directly about how they make their ice cream choices, imagine a study in which we asked consumers to evaluate a series of choices like the one below.

---

[10] For a general description of choice based surveys, see Green, Paul E., Abba M. Krieger, and Yoram Wind (2001), "Thirty Years of Conjoint Analysis: Reflections and Prospects," *Interfaces,* 31, 3 (May-June). Also see Bryan Orme (2010), *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research.* Second Edition, Madison, WI.: Research Publishers LLC.

| Discrete Choice Example: Ice Cream | | | |
|---|---|---|---|
| Attribute | Option A | Option B | Option C |
| Flavor | Chocolate | Strawberry | Chocolate |
| Cup or Cone | Cup | Cup | Cone |
| Topping | Sprinkles | Chocolate Sauce | Sprinkles |
| Cost | $1.25 | $1.00 | $1.50 |

24.     Using the example above, suppose the consumer selects "Option C", a chocolate cone with sprinkles for $1.50. From this choice we know that the consumer values having a cone by at least $0.25 because the only difference between "Option A" and "Option C" is the cone and the difference in cost between these two options is 25 cents. In a full choice experiment, we present the consumer with multiple choice sets such that we can evaluate the choice made based on many combinations of attributes and can, as with the example above, determine the value of each attribute. That is, because we include price as one of the attributes, we can determine how much consumers are willing to pay for each feature.

25.     Once we have collected the data in a choice study, we use what is known as logit modeling (a type of statistical analysis) to determine how each attribute affects the probability or likelihood that a particular preference selection will be made. Generally speaking, logit modeling is a tool that allows us to estimate the likelihood that a choice or preference is made (or not made) given a set of factors. Returning to our prior ice cream example, using logit regression, we could estimate the probability or likelihood that consumers pick "chocolate" given the serving type (cone, cup), cost, and topping.

26.     The particular logistic regression used in my report is a conditional logit model, because the preference is "conditioned" on the choices provided to the consumer in each set. In other words, the preference for a particular product with a particular set of attributes depends on the other choices of products and attributes being shown.

11

27.     A conditional logit model yields what are known as "regression coefficients." To understand regression coefficients in the conditional logit model, it is helpful background to understand the "standard" regression model, a liner regression model, and how a conditional logit model differs.[11]

    a.  In a linear regression, regression coefficients indicate how much one unit change in an independent (also known as "predictor") variable affects the dependent variable.  Linear regression can be used in research when the dependent variable is a continuous measure.  For example, one might perform this type of analysis to measure the impact of years of education (independent) on salary (dependent), or age in years (independent) on height (dependent).

    b.  In this case, linear regression is not appropriate because the dependent variable is binary, not continuous.  In other words, we are trying to measure the impact of a variety of independent variables on a dependent variable that has only two possible outcomes — a consumer either does or does not choose to purchase the washing machine based on the information he or she is presented.

28.     The coefficients that result from a logit regression are not interpreted as they would be in a linear regression.  Instead, for this research, we can use the price coefficient to

---

[11] "Many damages studies use statistical regression analysis. Specific training is required to apply regression analysis. Damages studies sometimes use field surveys. In this case, the damages expert should be trained in survey methods or should work in collaboration with a qualified survey statistician." See, Allen, Mark A., Robert E. Hall, and Victoria A. Lazear (2011) "Reference Guide on Estimation of Economic Damages" in the *Reference Manual on Scientific Evidence Second* Edition p. 431. For a general description of liner and logit regression see, Lohr, Sharon (1999). *Sampling Design and Analysis.* Chapter entitled "Regression with Complex Survey Data". Pacific Grove, CA: Duxbury Press. Also see Borhrnstedt, George and David Knoke (1994). Statistics for Social Data Analysis: Third Edition, Itasca, IL.:F.E. Peacock Publishers, Inc. pgs. 191 – 205 and 383 – 389.

help interpret the coefficients for the other variables.[12] By dividing the coefficient of whatever attribute we seek to measure by the price coefficient, we can estimate the dollar value impact of that particular attribute.

29.    In this study, respondents were asked to select a preferred washing machine for purchase based on six different attributes: type of machine (front or top loading), brand, price, efficiency, capacity, and maintenance required.  Respondents were first provided with the following set of instructions:

> Imagine now you are planning on buying a new washing machine. You have a number of options to consider when choosing which washing machine is the best for your household.
>
> In the next series of questions you will be shown a number of different washing machines that you might consider purchasing.
>
> Each washing machine will have a description that includes the following: whether the washer is front or top loading, the brand name, the maintenance required, the energy efficiency rating, the machine capacity and the cost. Each alternative is different so please consider each one carefully.

30.    After this introduction, five of the six attributes and associated attribute levels were described in greater detail for the respondent.[13] The order in which the attribute descriptions were shown was randomized, such that the attributes appeared in different orders for different respondents.  Each attribute included a range of options like those a consumer would see in the real world when purchasing a machine.[14] A detailed description of the attributes can be found in the questionnaire in Exhibit E.

---

[12] The odds ratios can also be used to interpret the coefficients. Exhibit F also includes the odds ratios for the key results.

[13] No additional attribute description was provided for the brand of machine.

[14] For example, the Whirlpool website lists washer type, price and capacity and efficiency as features. http://www.whirlpool.com/Laundry-1/Laundry_Laundry_Washers-3/102110047+4294966820/. See also Lowes which lists capacity, type, efficiency and price http://www.lowes.com/Washers-

13

31.    For the maintenance attribute, there were six different possibilities.  Both top and front-loading machines could have no additional required maintenance.  For front-loading machines, there were an additional five possible levels of required maintenance.  The maintenance attribute was not tied to any particular brand so that this variable could be estimated independent of the brand variable.  The detailed description provided to respondents for the maintenance attribute is below.

> Washing machines can develop biofilm, a build-up of dirt, detergent, and other biological material in the machine, which can lead to the growth of mold or mildew. This build-up can lead to an odor in the interior of the machine and odor in your clothes. To avoid this problem some machines require additional care or maintenance.  Depending on the machine, the additional maintenance can include: 1) leaving the door open between washes; 2) inspecting under the door seal monthly and, if stained, cleaning with a bleach solution or; 3) running a cleaning or empty cycle (i.e., a cycle without clothing) using bleach or an approved product at least once a month.
>
> For some machines, the additional maintenance may include three steps 1) leaving the door open between washes; 2) running an empty cycle using bleach or an approved product once a month; and 3) inspecting under the door seal monthly and, if stained, cleaning with a bleach solution.

32.    After viewing the attribute descriptions, respondents were taken to the choice exercise.  Respondents were then shown eleven choice sets, each of which contained four different washing machine options with different attributes.  Respondents were asked to examine the machines offered and select which was the most preferred.  An example of how the choices appeared to respondents is below.

---

Dryers/Washers/Front-Load-Washers/_/N-1z11pmf/pl?cm_cr=Washers+and+Dryers-_-Web+Activity-_-Washers+TF+Popular+Categories-_-SC_Washers++Dryers_TopFlexible_Area-_-96123_1_washer_dryer_Pop_Cat-1.

| | Option A | Option B | Option C | Option D |
|---|---|---|---|---|
| Washer Type | Front Loading | Front Loading | Top Loading | Top Loading |
| Brand Name | Whirlpool | LG | GE | Samsung |
| Efficiency | High | High | Standard | High |
| Capacity | Medium 3.1 to 3.5 cu ft. | Large 3.6 to 4.2 cu ft. | Compact 3.0 cu ft. or less | Large 3.6 to 4.2 cu ft. |
| Additional maintenance to avoid biofilm | Must purchase cleaning product that costs $2.33 a month for use in empty wash cycle | Must leave washer door open after every wash | No additional maintenance required | No additional maintenance required |
| Cost | $1,099 | $1,299 | $699 | $899 |

33.     After completing the eleven choice set exercises, respondents were asked to provide their gender, date of birth, and zip code.

## VI.   RESULTS

34.     A total of 309 respondents completed the survey.  Of these respondents, 297 respondents have owned or currently own a top-loading washer and 28 have owned or currently own a front-loading washing machine.[15]

35.     A total of 161 respondents did not indicate that they were willing to purchase a front-loading washing machine in the next year.  These respondents were then asked why they would not consider a front-loading machine.  Of these respondents, six said in fact they would consider a front-loading machine and another 26 said they simply were not sure whether they would or would not consider a front-loading machine.  Of the remaining 131 respondents who said they would not consider a front-loading machine, the reasons varied; some indicated that

---

[15] Again owners of front-loading Whirlpool, Sears, Kenmore, or Maytag washers were screened out.

15

they were simply used to a top loading machine or that front-loading machines were more expensive than they could afford. All of the respondents who did not indicate that they would consider a front-loading washing machine have been removed the analysis.[16]

36. After indicating the type and brand of machine owned and what types of machines they would generally consider, each respondent was shown eleven choice sets with four possible washing machines in each set. This yields a total of 6,512 observations with each observation being whether the respondent did or did not select the washing machine in that option.

37. Table 2 below shows the estimation results for the relevant variables.[17] The coefficients for the maintenance attributes and price are shown in the table. All of the maintenance coefficients are negative. With the exception of a single set of variables (brand of machine), all are statistically significant from zero at the 95 percent level. In this model, the omitted variable is "no additional maintenance". Thus, the coefficients indicate that relative to no maintenance, consumers have a strong, negative, reaction to a machine that requires additional maintenance.

---

[16] While these respondents indicated that they would not consider a front-loading machine they may actually be considered to be part of the market since for many their preference is price dependent. In other words, their preference for a front-loading machine may change if the price of machine is acceptable. The results presented here can also be calculated including these respondents and these results can be found in Exhibit F.

[17] The full model results can be found in Exhibit F. The survey data are attached as Exhibit G.

## Table 2
## Coefficients for
## Conditional Logit Regression

| Variables | Coefficient |
|---|---|
| | (a) |
| | |
| Machine Type[1] | -0.4279 |
| Efficiency[2] | 0.6246 |
| Price | -0.0019 |
| | |
| **Brand**[3] | |
| General Electric | 0.1023 |
| Kenmore | 0.0737 |
| LG | 0.1624 |
| Maytag | 0.1586 |
| Samsung | 0.0715 |
| Sears | 0.0215 |
| | |
| **Capacity**[4] | |
| Medium | 0.4501 |
| Large | 0.7328 |
| Extra Large | 0.8824 |
| | |
| **Maintenance**[5] | |
| Leave Open | -0.4074 |
| Bleach | -0.4350 |
| Run Empty | -0.2721 |
| Buy Product | -0.7629 |
| All Options | -0.7952 |

| | |
|---|---|
| **Log Likelihood:** | -1,939.7028 |
| **Number of Observations:** | 6,512 |

1. Machine type refers to top-loading (1) or front-loading (0).
2. Efficiency refers to high efficiency (1) or standard efficiency (0).
3. "Whirlpool" is excluded.
4. "Compact" is excluded.
5. "None" is excluded.

Source: Washer Survey Data

17

38.    These results can be used to quantify the discount consumers would require to maintain the same preferences for front-loading washing machines.  We can calculate this value by simply dividing the maintenance coefficient by the price coefficient. These results are shown below in Table 3.

## Table 3
## Discount Required for Maintenance

| Variables | Coefficient (a) | Discount (b) (a)/-0.0019[1] |
|---|---|---|
| Maintenance[2] | | |
| Leave Open | -0.4074 | $ 214.42 |
| Bleach | -0.4350 | 228.95 |
| Run Empty | -0.2721 | 143.21 |
| Buy Product | -0.7629 | 401.51 |
| All Options | -0.7952 | 418.52 |

| | |
|---|---|
| Log Likelihood: | -1,939.7028 |
| Number of Observations: | 6,512 |

Note: 1. -0.0019 references the value of
the price coefficient from the
conditional logit regression
model.
2. "None" is excluded.

Source: Washer Survey Data.

39.    These results indicate the discount consumers purchasing a front-loading washing machine would need to compensate them for the associated maintenance required.  Said another way, these are the amounts it would take to "make whole" or provide the same utility for consumers as the utility provided by a machine without the additional maintenance.  For

18

example, if, before purchasing, a consumer understood she needed to: 1) leave the machine door open between washes; 2) run a cleaning/empty cycle with bleach or an approved cleaning product once a month; and 3) inspect under seal monthly and, if stained, clean with a bleach solution, she would require a discount or reduction in price of approximately $419 on that same washer to maintain her preference and purchase intent for that machine.

40.     The discount of $419 is the estimated discount consumers would require given the need to perform all of the suggested maintenance tasks. While this is the estimated discount, it is also possible to calculate the range of the discount expected given the survey results if we could instead, survey the entire population. Survey results are often presented with a confidence interval to indicate the range of possible results. One way to create confidence intervals for the measures we have here is to use a statistical resampling method.[18] Unlike calculating confidence intervals using assumptions about the population distribution (usually the assumption that the data are normally distributed),[19] resampling assumes that the results of our survey provide the best estimate of what the population actually looks like. This method is appropriate here because the discount is a ratio of two separate variables, each with their own variation. Resampling allows us to account for the variation in the joint distribution (i.e., the variation in the ratio of price and maintenance). This statistical procedure takes repeated samples from the survey results, allowing for the selection of duplicates and then uses the estimates from these samples to calculate error bands around the parameter of interest.

---

[18] The method used here is called bootstrapping. See, http://www.americanscientist.org/issues/num2/2010/3/the-bootstrap/1 for an explanation of bootstrapping.

[19] This usually assumes that the population distribution of the parameter of interest is normally distributed.

41.     The results of the resampling analysis are shown below in Table 4. These results show that for the 95% confidence interval the discount consumers would require to maintain their preference for front-loading washing machines with all maintenance required is between $284 and $554 dollars. Said another way, we are 95% confident that the true value in the population for the discount is somewhere between $284 and $554. The confidence interval is created by using approximately two times (1.96) the standard error,[20] plus or minus the parameter estimated (i.e. the discount). While this range is useful because it indicates the tail ends or extremes of where the estimate might fall if we could actually survey the entire population, our best estimate for the discount is $419. For example, if we calculate the 25th and 75th percentiles for this confidence interval, we get an interval approximately between $368 and $460. In other words, we would expect that if we could survey the whole population, we would be 50% confident that the true discount value is between $368 and $460. If we calculate the 90 percent confidence interval, the value is between $296 and $593.

## Table 4
### Resampling Analysis: Discount Calculation

| Variables | Coefficient | Discount | Standard Error | z-statistic | p-value | Confidence Interval | |
|---|---|---|---|---|---|---|---|
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| **Maintenance Dummies**[1] | | | | | | | |
| Leave Open | -0.4074 | $ 214.61 | 71.3915 | 3.0100 | 0.0030 | 74.6808 | 354.5305 |
| Bleach | -0.4350 | 229.16 | 73.7445 | 3.1100 | 0.0020 | 84.6189 | 373.6922 |
| Run Empty | -0.2721 | 143.34 | 62.0749 | 2.3100 | 0.0210 | 21.6764 | 265.0057 |
| Buy Product | -0.7629 | 401.87 | 70.5865 | 5.6900 | 0.0000 | 263.5244 | 540.2186 |
| All Options | -0.7952 | 418.89 | 68.7284 | 6.0900 | 0.0000 | 284.1893 | 553.5995 |

| Log Likelihood: | -1,939.7028 |
|---|---|
| Number of Observations: | 6,512 |

Note: 1. "None" is excluded.

Source: Washer Survey Data.

---

[20] The standard error is the standard deviation of the estimate divided by the square root of the sample size.

## VII.  CONCLUSIONS

42.     The results shown here demonstrate that Ohio consumers have a strong, negative, opinion of the maintenance that Whirlpool describes as necessary to reduce accumulation of mold and mildew.  Consumers would require a discount of between $143 and $419 to retain the same purchase preference for a front-loading machine after being made aware of the maintenance required.

43.     My opinions and conclusions as expressed in this report are to a reasonable degree of professional and scientific certainty.  I have "good grounds" for my conclusions, which have been reached through proper application of the survey methods and using methodology reasonably relied upon by experts in the field of survey and market and consumer research. My work is ongoing and my opinions will continue to be informed by any additional material that becomes available to me.

I declare under penalty of perjury that the foregoing is true and correct.

November 2, 2012.

_____

Sarah Butler, Vice President.

21