# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | **1:08-wp-65000**<br><br>**MDL No. 2001**<br><br>**Class Action**<br><br>**Judge: Christopher A. Boyko** |

# REPLY REPORT OF SARAH BUTLER

1

# REPLY REPORT OF SARAH BUTLER

In connection with

## Whirlpool Corp. Front-loading Washer Products

## Liability Litigation

## Table of Contents

| | | |
|---|---|---|
| I. | QUALIFICATIONS | 4 |
| II. | DOCUMENTS REVIEWED | 4 |
| III. | SUMMARY OF OPINIONS | 4 |
| IV. | MEASURING THE DISCOUNT FOR BIOFILM ASSOCIATED MAINTENANCE | 7 |
| 1. | Discrete Choice Survey Tests the Appropriate Information | 10 |
| 2. | Surveying the Correct Population | 16 |
| 2.1. | Respondents with Preference for Front Loading Machines Require Larger Discount | 18 |
| 2.2. | Defendant Surveys a Similar Population | 21 |
| 3. | Survey Design and Stimuli Shown are Appropriate and Reliable | 22 |
| 3.1. | Biofilm Maintenance is Described Using Whirlpool's Language | 24 |
| 3.2. | Efficiency Description in Choice Survey is from the EPA | 30 |
| 3.3. | Prices in Choice Survey are Reliable | 31 |
| 4. | Choice Survey Adheres to the Standards for Conjoint Research | 35 |
| 4.1. | Choice Survey Results Demonstrate Validity | 36 |
| V. | DEFENDANT'S SURVEY EVIDENCE DOES NOT ADDRESS KEY ISSUES | 38 |
| 5. | Dr. Simonson's Satisfaction Survey Does Not Address Issues in this Case | 39 |
| 6. | Whirlpool Data Indicate Biofilm is an Issue for Consumers | 44 |
| 7. | Dr. Simonson's Mall Study Does Not Measure the Impact of Biofilm Disclosure | 46 |
| 7.1. | Dr. Simonson Does Not Ask Respondents About Biofilm-Related Maintenance | 47 |

7.2.        Demand Effects in Dr. Simonson's Study                              50

VI.        CONCLUSION                                                            52

## I.  QUALIFICATIONS

1.  I am a Vice President at NERA Economic Consulting ("NERA") where I participate in the Product Liability, Intellectual Property, Antitrust, and Labor Practices.  My business address is 1 Front Street, San Francisco, CA 94111.  NERA is a firm providing expert statistical, survey, economic, and financial research analysis.  On November 2, 2012, I submitted my initial report in this matter.[1]

2.  NERA is being compensated for my services in this matter at my standard rate of $495 per hour.  Other NERA staff assisted me in this engagement and are being compensated at rates less than $495 per hour.  No part of NERA's or my compensation depends on the outcome of this litigation.  Throughout this report, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction.  My current CV is attached as Exhibit A.

## II.  DOCUMENTS REVIEWED

3.  As part of my work, I reviewed the reports of Dr. Bresnahan and Dr. Simonson and the materials associated with those reports.  I was provided the opportunity to request any documents from the case that I wished to see, and all documents that I requested were provided to me.  A list of the specific materials I or my staff reviewed can be found in Exhibit B.

## III.  SUMMARY OF OPINIONS

4.  Two of Defendant's experts, Dr. Timothy Bresnahan and Dr. Itamar Simonson, responded to the discrete choice survey I conducted and my conclusions in the Butler Report. Generally, the criticisms of my work made by Dr. Bresnahan and by Dr. Simonson misrepresent

---

[1] Expert Report of Sarah Butler, dated November 2, 2012 (hereafter, "Butler Report").

and misinterpret the research I have conducted in this matter. Both sets of criticisms are dependent on assumptions which are matters of law to be determined by the courts. The research I conducted adheres to standard and generally accepted research and survey practices, and it uses a methodology that major corporations, market researchers and Whirlpool itself uses to understand the market for products and the drivers of consumer preferences.

5. The study I conducted was carefully designed to avoid the introduction of bias, was analyzed using appropriate techniques, and provides reliable results. The discrete choice survey appropriately measures the discount Ohio consumers would have required had they been provided with information on biofilm and the associated maintenance prior to purchase. The survey and my conclusions based on these data are reliable for the following reasons:

- The type of survey (discrete choice) ensures that respondents articulate their preferences in a choice based format which replicates the trade-offs consumers make in the marketplace.

- The research was conducted with over 300 Ohio consumers who intend to purchase a washing machine in the next year. These individuals appropriately represent class members *prior* to purchasing the Whirlpool washing machines at issue in this case.

- The survey was designed carefully to avoid the introduction of bias. The maintenance attributes tested were described using Whirlpool's own language. The other attributes included (price, brand, efficiency, capacity) were based on purchase drivers identified in Whirlpool's own market research.

- The survey tested five distinct maintenance requirements. My report includes a discount rate for each individual maintenance task, as well as a rate for a combination of tasks.

5

- The survey included as a benchmark a "no maintenance" condition.  This condition mimics the status quo or maintenance expectations consumers would have had prior to purchasing and experiencing a front loading washer which required tasks associated with biofilm.

- Respondents were asked which types of washing machines they would consider.  While I collected data from individuals who were not likely to consider a front loading washer, the reported results were limited to those respondents indicating that they were considering the purchase of a front loading washer.

- The results were analyzed using a technique (maximum likelihood) which yields parameters (here, utilities for the different attributes tested) for a model that "best fits" or "most agrees" with the underlying data.  In other words, this estimation technique allows the researcher to estimate parameters that best explain the choices that consumers made.  This technique is widely accepted and frequently used and provides a robust estimate.  There are a number of articles and tutorials explaining the maximum likelihood technique.  For example see, In Jae Myung (2003).  "Tutorial on maximum likelihood estimation" in *Journal of Mathematical Psychology.* Vol. 47 p. 90 – 100.  Also see Kenneth Train (2009) *Discrete Choice Methods with Simulation* Cambridge University Press:  New York.[2]

- The survey and the results were peer reviewed by colleagues at NERA who also have experience and expertise in the fields of surveys, statistics and economics.

---

[2] In particular, see Chapter 6: Mixed Logit.  Also see, Lohr, Sharon (1999). *Sampling Design and Analysis.* Chapter entitled "Regression with Complex Survey Data". Pacific Grove, CA: Duxbury Press. Also see Borhrnstedt, George and David Knoke (1994). Statistics for Social Data Analysis: Third Edition, Itasca, IL.:F.E. Peacock Publishers, Inc. pgs. 191 – 205 and 383 – 389

6.      The remainder of this report contains my responses to the criticisms posed by Dr. Bresnahan and Dr. Simonson.  In addition, this report will demonstrate that a number of the analyses presented by Defendant's experts are incorrect or mischaracterize the data available. Finally, I present a detailed examination of Dr. Simonson's phone survey on satisfaction and his mall intercept study, and demonstrate that these two studies cannot be used to support the conclusions drawn by the Defendant's experts in this matter.

## IV.   MEASURING THE DISCOUNT FOR BIOFILM ASSOCIATED MAINTENANCE

7.      As stated in the Butler Report, the discrete choice survey follows the principles of design as set forth in the Reference Guide on Survey Research.  The Reference Guide on Survey Research is commonly relied upon by researchers and the courts, and provides a framework of best practices to be followed when conducting surveys for litigation.  Specifically, I used a discrete choice survey to determine the discount consumers would require to retain the same level of preference had they understood the biofilm related maintenance associated with Whirlpool's front loading washing machines.

8.      While Dr. Bresnahan and Dr. Simonson argue with particular aspects of my survey design, neither expert asserts in his rebuttal report that, as a methodological approach, discrete choice or choice based surveys are inappropriate.[3]  Choice methodologies are commonly used in the course of market research and business decision making.  The American Marketing

---

[3] In his deposition, Dr. Simonson indicates that he is unaware of conjoint studies that are performed to derive price estimates. A number of examples of surveys used in this manner are provided above.  Dr. Simonson does acknowledge that conjoint is often used to assess the relative importance of a product's attributes. See Deposition of Itamar Simonson, dated April 22, 2013, p. 25 - 28. (Hereafter "Simonson Deposition"). Dr. Simonson has authored a number of conjoint studies in his academic research, and some of these are referenced below.  Dr. Bresnahan indicates he has not done conjoint surveys himself, but has advised students using such techniques and  has commented on conjoint methods.  See Deposition of Timothy Bresnahan, dated April 18, 2013, p. 125.  (Hereafter, "Bresnahan Deposition").

Association offers several courses for professionals on how to use choice based methods when performing pricing research.  Business schools and graduate programs also offer course work on survey based choice techniques and how these approaches can be used in pricing research.[4]  In his primer on choice based survey research, Orme states that "[i]t is likely that well over 14,000 conjoint analysis projects are conducted worldwide per year when considering all the professionals that employ conjoint-related techniques."[5]

9.      Choice based methods are also used outside of academics, and many companies use conjoint methods to identify the importance of product attributes and inform pricing decisions.  For example, Procter and Gamble has historically used discrete choice modeling to understand the interaction of attributes and differing price sensitivities across products, stating that "the number of discrete choice models run for pricing research has grown steadily in the past decade."[6]  General Motors, Microsoft, and McDonalds are also among the many companies that have used conjoint analysis to inform the prices of new vehicle features, software, and menu items, respectively.[7]

10.      Choice based methods are also used by Whirlpool to help the company determine pricing for new product features.  For example, Whirlpool conducted a choice experiment that displayed 29 washers and nine dryers to respondents, revealing attributes like brand, pricing, and

---

[4] The American Marketing Association's 2013 Conference on Applied Research Methods offered a course on survey based methods and pricing research.  A variation of such a course has been offered frequently in the past five years.  Courses in discrete choice survey methods are offered at prestigious schools such as N.Y.U., M.I.T., and University of California at Berkeley.  See Exhibit C for additional examples.

[5] Orme, Bryan. (2010), *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research.* Second Edition, Madison, WI.: Research Publishers LLC., p. 127.

[6] Orme (2010), p. 128.

[7] For General Motors and Microsoft, see Orme (2010), p. 130-131 and p. 136-139, respectively.  For McDonalds, see Lang, Michael (2011) "Conjoint Analysis in Marketing Research.  GRIN Verlag, p. 12.

8

features in layers.[8] Respondents viewed the washers in four stages based on price and type of washer, viewing top loaders with a mid-price point ($499), top loaders with a high price point ($799), front loaders with a mid-price point ($599-799), and front loaders with a high price point ($999 - $1299).[9] Conditioned on various attributes, respondents were asked which washer they would be most interested in purchasing. Similarly, Whirlpool's Washer Optimization Study surveyed 2,505 respondents to, "determine feature value at specific price points."[10] Respondents viewed descriptions of different washing machines varying across type (top or front loading), efficiency, capacity, detergent dispensers, and price, and chose the machine that they would be most likely to purchase. There are numerous additional examples in the market research conducted by Whirlpool that I have reviewed.[11]

11. Choice based methods are also used in litigation, particularly in cases in which the value of particular aspects or attributes of a product is needed. Dr. Seenu Srinivasan, professor emeritus at Stanford's Graduate School of Business, submitted a conjoint survey to the United States District Court for Northern District of California in *TV Data Interactive Corporation v. SONY Corporation* (Case No. 4:10-cv-00475-JCS) and noted therein that "[c]onjoint analysis is routinely and heavily relied on by businesses in product development, pricing, and in litigation, among other areas. I authored a peer-reviewed article back in 1990, in fact, which identified an

---

[8] Competitive Laundry Research Quantitative/Qualitative, April 2004, Smith-Dahmer Associates, LLC. See Bates W0478736.

[9] Competitive Laundry Research Quantitative/Qualitative, April 2004, Smith-Dahmer Associates, LLC. Bates W0478740.

[10] Washer Optimization Study, January 24, 2008, Bates W0057273.

[11] Ortiz, Wendeline and Cari Groppel, Laundry Innovation Update, July 2008, see Bates W0105638. Competitive Laundry Research Quantitative/Qualitative, April 2004, Smith-Dahmer Associates, LLC, see Bates W0478736. Groppel, Cari, Alpha Project i-box, December 2008, see Bates W0221183. Martin, Julie, Alpha Claims Summary Report, January 2009, see Bates W0050835.

increased reliance on conjoint analysis in litigation."[12]  Surveys using choice methods have also been accepted by many courts, including the United States District Court for Northern District of California in *Apple, Inc. v. Samsung Electronics, Co.* (Case No. 11-CV-01846-LHK) and the United States District Court for Eastern District of Texas in *Convolve, Inc. v. Dell, Inc.* (Case No. 2:08-cv-244).[13]

12.     As demonstrated above, survey based choice methods (including discrete choice) are a common, and generally accepted, approach used in academic and commercial market research to help companies determine price points for features or attributes of products.  In addition, these methods have been used in a number of cases and have been accepted by the courts.  My research used these well-known methods to evaluate washing machines with a variety of features and included the key issue in this litigation; an explanation of biofilm and its associated maintenance.

## 1.     Discrete Choice Survey Tests the Appropriate Information

13.     Dr. Bresnahan argues that my discrete choice survey measures willingness to pay as the difference between a machine "*affirmatively* described as requiring no additional maintenance"[14] (emphasis in original) and a machine requiring maintenance and that this test represents a shift from my initial assumption.  This characterization confuses the intent of my research.

14.     It is important here to understand the nature of the inadequate disclosure being tested.  Plaintiffs argue that it is the omission of *any* affirmative disclosure prior to the purchase

---

[12] See Declaration of Professor V. Seenu Srinivasan dated January 21, 2013.

[13] Additional examples include the United States District Court for the Western District of Washington in *Microsoft Corp. v. Motorola, Inc.*, (Case No. C10-1823JLR) and the United States District Court for the Eastern District of New York in *Schwab v. Philip Morris USA, Inc.*, (Case No. 04-CV-1945 (JBW)).

[14] Bresnahan Report, p. 39.

of a front loading Whirlpool washing machine which has harmed consumers.  The Use and Care guides describing the possibility of biofilm and the maintenance required to avoid mold are provided to consumers after a purchase.  Defendants present no evidence that consumers look for, or review, Use and Care guides prior to purchase.  While Dr. Bresnahan suggests in his report that the Use and Care guides were available on the internet, I have seen no research indicating that consumers reviewed these materials prior to purchase.[15]  Furthermore, Dr. Bresnahan cites no research or documents indicating that consumers look for maintenance information prior to purchase, and agreed in his deposition that "consumer surveys show that many more consumers read the Use and Care guide after they get it home than before they buy the product".[16]  Defendant's other expert, Dr. Simonson, points out, "[m]issing information is ubiquitous.  Product alternatives at the store, in catalogs, and on the Internet are seldom fully described, and detailed specifications are often hidden in manuals that are not easily accessible".[17]  In his deposition, when asked whether a consumer is presented with information on caring for the washer at the point of purchase, Dr. Simonson responded, "I think — I think the answer is no.  That was done in the survey — I mean, it might in the manual, as we discussed earlier.  You know, probably most people don't read it before purchase."[18]

15.     In this specific case, both named Plaintiffs indicate that they did not review any description of biofilm or its associated maintenance prior to purchase.  Gina Glazer distinctly recalls reading a Use and Care guide only after she purchased her washing machine, while Trina

---

[15] In fact, Whirlpool's own market research suggests that 61 percent of washing machine owners *never* look at Use and Care guides online. See Bates W0532595, p. 191.

[16] Bresnahan Deposition, p. 146.

[17] Kivetz, Ran and Itamar Simonson (2000). "The Effects of Incomplete Information on Consumer Choice," in *Journal of Marketing Research.* Vol. XXXVII, pgs. 427 – 448.

[18] Simonson Deposition, p. 164.

Allison received a copy of her Use and Care guide after the machine was delivered, and she read through it once, post-delivery.[19]

16.     The "inadequacy" my research tests is not a refinement of wording or a test comparing "some respondents with accurate information about front-loading washers and present(ing) other survey respondents with the 'supposedly' inadequate disclosures."[20]  Instead, the discrete choice survey provides respondents with accurate information about the maintenance required and evaluates consumers' responses to their baseline expectations about mold and biofilm.[21]  This baseline, the assumption of no maintenance related to biofilm (and no prior understanding of the potential for biofilm), is the status quo option, a standard approach or measure to include in research evaluating willingness to pay.[22]

17.     Contrary to Defendant's representations, the discrete choice survey does not compare a machine with no maintenance at all to a machine with maintenance for biofilm and other types of maintenance.  The survey clearly instructs respondents that some machines require "additional maintenance" associated with biofilm.  In other words, the "no maintenance" condition is only being associated with biofilm related maintenance, not all maintenance possible for a washing machine.

18.     It is essential to include the baseline of "no maintenance" associated with biofilm to appropriately determine the discount consumers would require to purchase a front loading machine with biofilm related maintenance.  The inclusion of the "no maintenance" option

---

[19] Glazer Deposition, p. 75 and Allison Deposition, p.24.

[20] Bresnahan Report, p. 40.

[21] Some respondents in my survey may have already been aware of the maintenance required, prior to survey participation.

[22] See Aguilar, Francisco and Zhen Cai (2010).  "Conjoint effect of environmental labeling, disclosure of forest of origin and price on consumer preferences for wood products in the US and UK" in *Ecological Economics*. Vol. 70, pgs. 308-316.

12

replicates consumer expectations prior to purchase and is a key assumption in Plaintiffs' case. Plaintiffs assume that consumers, prior to purchasing the Whirlpool front loading machine, expect a market in which there exist machines which have no maintenance associated with biofilm; e.g., conventional, top-loading washing machines.

19.　　In fact, there is ample evidence indicating that consumers would not have anticipated maintenance associated with biofilm.  First, the majority of consumers during the class period (and even now) own top loading machines. Top loading machines do not describe maintenance connected to biofilm.  A review of 145 top loading washing machine Use and Care guides from machines available between 2001 and 2008 indicates that none of these guides mention biofilm.[23]  See Exhibit D.

20.　　Second, Whirlpool's own documents (including those cited by Dr. Bresnahan) indicate that owners of top loading machines have no experience of mold or mildew related issues connected to biofilm.[24]  For example one study indicates that, "top loader respondents had little or no experience with malodors or mildew associations with their washing machines"[25] and another study noted, "[t]he top loader consumers were skeptical about the [b]iofilm issue ever occurring in their washer."  Whirlpool even indicated that maintenance behavior would be "new," stating in one study, "[w]asher cleaning is a new behavior consumers will need to adopt."[26]

---

[23] Machines included Maytag, Whirlpool, and Electrolux.

[24] See Bates W0054748. This internal Whirlpool document addresses the development of Affresh tablets (W0054751).  The document also indicates that according to a 2006 Whirlpool study, one third of HE (High Efficiency) front loading washer owners have had a mold or mildew issue.

[25] See Bates W0368081.

[26] See Bates W0368082 and Bates W0373381.  Also, "[m]ost of the top loader consumers are skeptical and do not believe they have any issues of cleanliness or build-up in their top-loading machines." (Bates W0368084).

13

21.     Whirlpool's documents further suggest that consumers would need to be educated about biofilm and the required maintenance.  For example, research conducted for Whirlpool indicates that "[t]he build-up of residual dirt and detergent is becoming a bigger concern in washing machines. It causes bad odors and impacts washer performance.  This is really an HE issue; *top load consumers had little or no experience with this issue*."[27] (Emphasis added).

22.     Even consumers who had purchased a front loading washing machine may be unaware of biofilm or the required maintenance until odors or mold become apparent problems.[28] In fact, Whirlpool's market research suggests that some consumers are still unaware of the maintenance requirements associated with their front loading machines.[29]

23.     Dr. Bresnahan suggests that the "no maintenance" machine does not exist, but, in fact, it does in two important ways for this survey.[30]  First, an actual no (biofilm associated) maintenance, top loading, standard efficiency machine does exist and did exist in the marketplace during the class period.  In fact, this is the type of machine most consumers were likely to own prior to purchasing a front loading Whirlpool machine.[31]  Moreover, a washing machine which requires no maintenance represents the baseline expectation the majority of

---

[27] See Bates W0373381.  In discussing the distribution strategy for Affresh, an internal email suggests there are three areas of focus for the product marketing: 1) marketing to those consumers with a "tangible biofilm" issue; 2) "education of consumers new to market" but seeking to maintain the machine; and, 3) the "installed base without an understanding of future (or not-noticed issue)."  See Bates W0373399.  Also see Bates W0364131, discussing the need for education, including a reference to "[c]alling 800# to inquire re: washer odor is a 'teachable moment'." (Bates W0364134).  Also, "[c]onsumers will need to be educated to the unseen problem of bio-film, and motivated to do what they need to prevent/control it."  (Bates W0373390).

[28] See Glazer Deposition, p. 96, lines 5-18 and p. 181, lines 5-9, and Allison Deposition, p.85, lines 4-19.

[29] Only 84% of recent purchasers of Kenmore HE2 washers use HE detergent regularly (W0066521).  Only 63% of Horizon owners use HE detergent (W0144608).  Also see a 2012 report indicating that 4 out of 10 owners never clean the interior of their washing machines (Bates W0532595, p. 192).

[30] Dr. Simonson also briefly suggests that I have provided no evidence a no maintenance machine exists. Simonson Report, p. 14.

[31] See paragraph 29 of this report.

14

consumers would have had prior to making a purchase.  This is confirmed by Whirlpool's own market research.

24.     Owners of top loading machines would likely have had no experience with biofilm associated maintenance and would have likely carried this assumption of no maintenance into a purchase of a front loading machine.  Dr. Bresnahan himself assumes that the use and care requirements are vastly different for front and top loaders.  In his Exhibit 7, Dr. Bresnahan assumes "a monthly use and care cycle for front loaders, and an annual cycle for top loaders."[32] His calculation assumes a ten times difference in the expected maintenance associated between a top loader and a front loader.[33]  Dr. Bresnahan does not explain how he arrived at this assumption; regardless, his report suggests that very different maintenance assumptions should be made about top and front loaders.

25.     The discrete choice survey I conducted did not confine the "no maintenance" condition to top loaders.  Instead, "no maintenance" (for biofilm) could have appeared to respondents as an attribute associated with front or top loading machines.  Again, Defendant's experts argue that this misrepresents the marketplace reality.  This may or may not be the case, but providing respondents with a front loading machine that had "no maintenance" is also important for proper survey methodology.  First, like providing the "no maintenance" associated with biofilm option generally, this option conforms to consumer expectations during the class period.  Additionally, the "no maintenance" associated with biofilm for a front loader ensures that respondents were not biased by the survey design.  In other words, the inclusion of a "no maintenance" front loading machine provides a status quo option and helps to avoid presenting

---

[32] Bresnahan Report, Exhibit 7, Note 1.

[33] He assumes a top loader must be cleaned once a year over a 12 year period and a front loader must be cleaned 120 times over the course of a 12 year period.

15

to respondents a choice exercise which would seem to simply compare a "good" top loader and a "bad" front loader.[34]

## 2.      Surveying the Correct Population

26.      One of the key components of designing a reliable survey is defining the correct population for the study.  The population of interest reflects the understanding of the research problem.  Both Dr. Simonson and Dr. Bresnahan suggest that I excluded both class members and those "respondents most similar to class members."[35]  Dr. Simonson goes on to suggest that "excluding prior owners of Whirlpool front-load washers was a fatal mistake."[36]

27.      Similar to the assumption that consumers would have known about biofilm associated maintenance, Defendant's experts again make assumptions about the class and class behaviors that are simply not supported by the data available.

28.      First, it would not be appropriate to survey class members as they have *already purchased* the machine(s) at issue in this litigation and measuring the discount required for these individuals could yield biased results.  Class members would potentially be aware of the litigation and may have provided responses based on an understanding or awareness of the pending action.  The exclusion of class members, in this case, is therefore good survey practice and conforms to appropriate survey methodology which suggests that respondents should not be aware of the actual intent of the survey.  As Shari Diamond points out in her chapter on survey research in the Reference Manual on Scientific Evidence, "[t]o ensure objectivity in the administration of the survey, it is standard interview practice in surveys conducted for litigation

---

[34] Most standard descriptions of choice based surveys suggest that only the "most absurd" product combinations be removed from the survey design. Exclusions limit the statistical efficacy of a model.  See, Johnson, Rich and Bryan Orme (2003), "Getting the most from CBC" Sawtooth Software white paper.

[35] Bresnahan Report, p. 44.

[36] Simonson Report, p. 13.

to do double-blind research whenever possible:  Both the interviewer and the respondent are blind to the sponsor of the survey and its purpose.  Thus, the survey instrument should provide no explicit or implicit clues about the sponsorship of the survey or the expected responses." [37]

29.     My survey excluded owners of front loading washing machines made by Whirlpool.  I did not exclude *all* owners of front loading washing machines.  As explained below, it is reasonable to assume that the majority of class members owned top loading washing machines when they decided to purchase their front-loading Whirlpool washing machine.  In fact, data cited by Dr. Bresnahan indicates that the overwhelming majority of front loading washer owners were previously owners of top loading machines.[38]  This is particularly true during the class period (2001 – 2008) when front loading machines, according to the data cited, had on average only 28 percent of the total market share and Whirlpool front loading machines had only 18 percent of the total market share.  Thus, the fact that the large majority of my survey respondents currently own a top loading machine is not likely to be substantially different from the class. See Exhibit E.[39]

30.     Class members were likely to have owned a top loading washer prior to purchasing their front loading Whirlpool machine.  Additionally, there is evidence in Whirlpool's market research indicating that consumers are not particularly "brand loyal" when

---

[37] See Diamond, S. (2011) "Reference Guide on Survey Research" in the *Reference Manual on Scientific EvidenceThird Edition,* Federal Judicial Center (hereafter "Diamond") p. 410-411.

[38] For example, a WP study of Horizon front loader owners and purchasers of competitive front loading brands indicates that approximately 85% of these consumers owned a top loader previously.  (Bates W0144599).

[39] In Exhibit 9 to his report, Dr. Bresnahan displays market shares over time of Whirlpool, LG, Samsung, Maytag, Kenmore, GE, Frigidaire, and "Other" brands.  He includes Maytag, Amana, Admiral, Crosley, Danby, and Jenn-air under "Maytag" brands. Research into Whirlpool subsidiaries has indicated that Admiral, Amana, Crosley, Danby, Jenn-Air, Kelvinator, Kenmore, Whirlpool, Maytag, RCA, RCA Whirlpool, Estate, Inglis, KitchenAid, Magic Chef, and Roper are all brands affiliated with Whirlpool.  Dr. Bresnahan appears to include several of these brands as "Other."  I include these brands as "Whirlpool" brands in my market share calculations.

17

purchasing washing machines.  In other words, class members were also not necessarily prior owners of Whirlpool branded front loading machines.  For example, a study conducted by Whirlpool indicates that between only 12 and 18 percent of current Whirlpool owners said they would only buy a Whirlpool washing machine in the future.[40]  In fact, many respondents in the discrete choice survey are owners of a Whirlpool brand washing machine.

31.     I researched the appropriate population of consumers who could be used to evaluate class members' behavior *prior* to the purchase of their front loading Whirlpool washing machine.  Moreover, contrary to Defendant's experts' assertions, consumers who have strong preferences for front loading washing machines are, in fact, *more* sensitive to issues of biofilm related maintenance.

## 2.1.    Respondents with Preference for Front Loading Machines Require Larger Discount

32.     The discrete choice survey included a question which asked respondents which type of washing machine they would consider purchasing; a front loading machine, a top loading machine, or a combination washer and dryer.  Respondents could indicate that they were considering multiple types of machines.  Respondents who indicated that they were not considering a front loading washing machine were excluded from the main analysis.

33.     Dr. Bresnahan argues that a comparison between the utility values for individuals who have owned front loading washing machines in the past and those who have not demonstrates that I incorrectly defined the survey population.  In his Exhibit 9, Dr. Bresnahan compares the utilities from 28 respondents in the survey who previously owned a front loading washer and those who own top loading washers.  The chart in Exhibit 9 indicates that, according

---

[40] See Bates W0101691.  Also see Bates W0101689, which indicates the percent of those saying that they would definitely buy the same brand again as between 34 and 47 percent for Whirlpool brands.

18

to Dr. Bresnahan's calculations, owners of front loading washing machines *want* to pay more money to have to leave their door open and *want* to pay more money to run an empty cycle on their machine.[41]

34.     Dr. Bresnahan also claims that current owners of front loaders are substantively different than owners of top loaders and that past owners of front loaders (which he incorrectly asserts are a more appropriate proxy for the class) value efficiency more than owners of top loaders.  Yet, using an interaction term, just as Dr. Bresnahan has done in his Exhibit 9, I find that there is no significant interaction between owning a front loading machine and preference for a high efficiency machine.  In other words, preference for efficiency varies independently of whether or not a respondent owned a front loading machine in the past.  See Exhibit F.

35.     Rather than analyze the small number of individuals who owned a front loading washing machine in the past, we can examine the preferences of individuals who indicated that they were only considering purchasing a front loading machine.  According to Dr. Bresnahan and Dr. Simonson, these should be the individuals most like class members prior to purchase, since these respondents have decided that they will purchase only a front loading washing machine. When I confine the results to these respondents, I find that the discount associated with biofilm related maintenance actually increases.  The results shown below in Table 1 demonstrate that if we examine the utilities for respondents who say they are only interested in purchasing a front loading washing machine (and would not consider a top loading machine or a combination machine) the discount required for all maintenance is $580.85.

---

[41] Bresnahan Report, Exhibit 9.

19

**Table 1**
**Discount Required for Maintenance:**
**Respondents Only Willing to Purchase**
**a Front Loading Washing Machine**

| Variables | Coefficient | Discount |
|---|---|---|
| | (a) | (b) |
| | | (a)/-0.0017[1] |
| | | |
| Maintenance[2] | | |
| Leave Open | -0.5088 | $      295.30 |
| Bleach | -0.3347 | 194.27 |
| Run Empty | -0.2414 | 140.11 |
| Buy Product | -0.8942 | 518.96 |
| All Options | -1.0008 | 580.87 |
| | | |
| Log Likelihood: | | -965.4310 |
| | | |
| Number of Observations: | | 3,168 |

Note: 1. -0.0017 references the value of the price coefficient
from the conditional logit regression model.
2. "None" is excluded.

Source: Washer Survey Data.

36.     The discrete choice survey appropriately excluded class members to avoid biased results and to replicate consumer behavior *prior* to the actual purchase of the front loading Whirlpool washing machines.  Survey respondents included individuals who owned front loading washing machines and top loading machines made by Whirlpool.  There is no evidence to suggest that the respondents I surveyed are substantially or meaningfully different from members of the class.  Additionally, when the data are limited to those who have strong preferences for front loading machines, the discount required increases.

20

## 2.2.        Defendant Surveys a Similar Population

37.       Dr. Bresnahan assumes that because my survey qualifies respondents on the basis of a purchase in the next year, survey respondents were necessarily a year away from purchase. There is no basis for this assumption.  Some respondents were likely considering a purchase in the near future, while others may have been considering a purchase later in time.

38.       To support his argument, Dr. Bresnahan cites data regarding the total time spent researching washing machines, but this research does not specify whether the time spent is hours before going to a store to purchase, weeks before going to purchase, or is possibly spread out over a longer period of time before determining which product to purchase.  In fact, Whirlpool's market research demonstrates that while some consumers are in the market for a new washer because their existing machine broke (and are therefore likely to have a condensed shopping period), the majority of those surveyed provide some other reason for wanting or needing to purchase a new washing machine.[42]

39.       Dr. Bresnahan also suggests, without any supporting data, that class members differ from survey respondents in the type and extent of information gathered prior to purchase. But, as Dr. Simonson's data show, some consumers do not look for *any* information prior to purchase and others draw on a number of sources.[43]  In fact, despite Dr. Bresnahan's frequent references to shoppers' reliance on Consumer Reports magazine,[44] Dr. Simonson's data demonstrate that only 34 respondents, or 8.3 percent, indicate that they would use Consumer Reports as a source of information about washing machines.  Whirlpool's research indicates that

---

[42] See Bates W0101697 and W0144593.

[43] A total of 16 percent of Dr. Simonson's respondents indicate that they wouldn't look for information or don't know if they would.  See W0543547.

[44] See Bresnahan Report, p. 5, 8, 11, 12, 13, 15, 18, 20, 21, 22, 24, 27, 30, 31, 34, 35, 42, and 47.

71 percent of consumers rely on their own experience to guide their purchase of a new washing machine.[45]

40.    Contrary to the criticism posed by Dr. Bresnahan, Dr. Simonson also screens for individuals looking to purchase a washing machine in the next year.[46] Dr. Simonson also surveys individuals outside of Ohio. Unlike the respondents in the discrete choice survey, it is unknown whether or not respondents in his survey include any current owners of front loaders or whether it includes any current Whirlpool owners. While Dr. Simonson argues that my exclusion of class members (current owners of Whirlpool front loaders) is a "fatal flaw", he did not think it was important enough to ask his own respondents whether they own a Whirlpool or front loading machine. Thus, it is unknown how many, if any, front loading Whirlpool owners are part of his survey population.

## 3.    Survey Design and Stimuli Shown are Appropriate and Reliable

41.    While washing machines may have a number of features that a researcher could test, the discrete choice survey includes the essential features that appear most commonly in the advertising of these products. Both Dr. Simonson and Dr. Bresnahan criticize the number of, the selection of, and the wording of the attributes shown to respondents in the discrete choice survey. Dr. Simonson suggests in his deposition that an appropriate study in this case should have included "between 20 and 30" attributes and further suggests that given the complexity of the product the need to include so many features indicates that "conjoint was the wrong approach."[47] But Dr. Simonson's suggestion is incorrect, and, as indicated in paragraph eight above, choice

---

[45] See Bates W0215923.

[46] Simonson Report, Exhibit F, p. 2.

[47] Simonson Deposition, p. 29.

22

surveys are often used to evaluate complex products.  Moreover, this research typically does not include all possible product attributes and instead presents consumers with the most important features.  Finally, research on choice studies indicates that when making purchase decisions, consumers typically attend to only a select number of features in a product.[48]

42.     The attributes selected for testing in the discrete choice survey are those found in the advertising and market research conducted by Defendants.  A number of Whirlpool market research studies demonstrate that the attributes I tested are those valued or considered important by consumers.  For example, a study of individuals who purchased a Horizon front loading washing machine (or a competitive product), lists energy efficiency, water efficiency, price, and capacity as the top five most important attributes with price and capacity as the most important.[49]  Another Whirlpool study surveyed owners of H-Axis front loading machines and listed energy efficiency, capacity, brand and price as the top four most influential factors when purchasing a washing machine.[50]

43.     Dr. Simonson's data also indicate that washer type, price, efficiency, and capacity/size are commonly mentioned as factors which are the most important in buying a washing machine.[51]  See Table 2 below.

---

[48] As an example see, Hauser, John R., Ely Dahan, Michael Yee, and James Orlin (2006) "'Must Have' Aspects vs. Tradeoff Aspects in Models of Customer Decisions," Sawtooth Software Conference Proceedings, 169-181.

[49] See Bates W0144595 and Bates W0144596.

[50] See Bates W0170420.

[51] Other features referenced are aspects of the machine experience after use (such as "ease of use") or miscellaneous codes. See codes listed at W0538077.

**Table 2**
**Most Important Factors**
**in Buying a Washing Machine**

| Attributes | Mentions (Count) (a) | Mentions (Percent) (b) |
|---|---|---|
| Efficiency[1] | 204 | 19.86 % |
| Price[2] | 129 | 12.56 |
| Washer Type[3] | 110 | 10.71 |
| Capacity[4] | 76 | 7.40 |
| Size[5] | 28 | 2.73 |
| **Subtotal** | 547 | 53.26 % |
| **Total Mentions** | 1027 | |

1. Count of codes 15 through 20 in response to question 2.
2. Count of codes 39 through 41 in response to question 2.
3. Count of codes 21 through 23 in response to question 2.
4. Count of codes 9 through 11 in response to question 2.
5. Count of codes 12 through 14 in response to question 2.

Source: Simonson Satisfaction Survey Data

44.     These studies demonstrate that the discrete choice survey included the attributes or features of washing machines that consumers consider to be important when purchasing a washing machine.  Each of the attributes I tested is discussed in detail below.

### 3.1.     Biofilm Maintenance is Described Using Whirlpool's Language

45.     Both Dr. Bresnahan and Dr. Simonson suggest that the maintenance attribute was the most prominent[52] and a received disproportionate emphasis in the discrete choice survey.[53] This premise assumes that which it attempts to prove; in other words, Defendant's experts assume maintenance is not important and therefore argue that the discrete choice survey's

---

[52] Simonson Report, p. 11.

[53] Bresnahan Report, p. 53.

description of maintenance unduly emphasizes this attribute.  As an example, Dr. Simonson suggests that a finding that consumers would want a $200 discount for leaving the door open is not believable because research indicates that front loading owners leave their doors open.[54]  Dr. Simonson's argument assumes that behavior post purchase can be used to interpret preferences prior to purchase.  This is a fundamental error in Dr. Simonson's conclusion.  The simple fact that front loading washing machine owners have learned to leave the door open to avoid mold and mildew associated odors does not necessarily mean that undertaking such a task would not have affected their preference prior to purchase.  In fact, many individuals with limited space or small children or pets cannot or do not want to leave the door open.  A number of respondents in Dr. Simonson's own survey indicate that they dislike having to leave the door open.  One individual comments, "[a]nything has room for improvement, the thing I don't like is when your (sic) not using it you have to keep the door open or it will smell and make the clothes smell" and another commented, "I don't like it cause it is a front loader & you have to keep the door open to get rid of the smell."[55]

46.     Other than arguing that the dollar values calculated in the discrete choice survey for biofilm associated maintenance are "unrealistic," Defendant's experts present no evidence that the manner in which I have presented the maintenance attribute has created demand effects or has resulted in consumers placing undue emphasis on this attribute relative to any of the other attributes shown in the survey. [56]  In fact, as indicated in Table 3 below, a machine with

---

[54] It should be noted that this market research specifically states that "nearly half 'often' or 'always' leave their washer lid/door open when not in use,  indicating that odor may be a concern." See Bates W0532595, p. 169. Additionally, this market research indicates that less than half of owners of front loading machines *always* leave their doors open (p. 195), but the Use and Care guides instruct owners that the door should *always* be left open.

[55] See W0568150.

[56] Dr. Simonson argues that his mall intercept study demonstrates that my results are biased, but as I discuss in section 7.1 of this report, his study does not reliably measure the impact of maintenance associated with biofilm.

25

maintenance is selected half of the time and a machine without maintenance is selected half of the time.  These results demonstrate that respondents were not subject to demand effects and were not avoiding maintenance in all circumstances, but rather were making trade-offs between machines with maintenance and the other product features as they would in the real world.

**Table 3**

**Average Number of Times Machine Was Selected With or Without Maintenance[1]**

| Respondents who saw… | Average Times Selected Machine With Maintenance (a) | Average Times Selected Machine Without Maintenance (b) | Total (c) (a) + (b) |
|---|---|---|---|
| Machines With Any Maintenance[2] | 5.28 | 5.72 | 11.00 |

Note: 1. These averages are calculated among respondents willing to consider purchasing a front-loading washing machine.
2. This excludes choice sets containing only machines without maintenance.

Source: Washer Survey Data.

47.     The language used to describe the maintenance comes directly from the Use and Care guides supplied by Whirlpool to its customers after they have made a purchase.  To test the importance of biofilm associated maintenance this attribute was presented along with a number of other attributes.  Respondents in the survey would have seen washers with a number of attributes that varied throughout their survey choices and would not have been aware that the intention of the research was to evaluate the impact of the maintenance variable.

48.     The results of the discrete choice survey demonstrate that consumers care about almost all of the attributes I tested, with the exception of brand.  In fact, consumers in my survey valued capacity and efficiency as much as or more than some of the discounts required for some of the biofilm related maintenance.  For example, consumers were willing to pay $464 for an

26

extra-large capacity machine.  Thus, while Dr. Bresnahan and Dr. Simonson suggest that demand effects have occurred, the actual survey data demonstrate that consumers weighed a number of attributes when considering their preferences and did not focus exclusively on the maintenance variable.  See Table 4 below.

## Table 4
## Discount Required for Attributes

| Variables | Coefficient | Discount |
|---|---|---|
| | (a) | (b) |
| | | (a)/-0.0019[1] |
| **Efficiency[2]** | | |
| Efficiency | 0.6246 | -328.73 |
| **Capacity[3]** | | |
| Medium | 0.4501 | -236.90 |
| Large | 0.7328 | -385.68 |
| Extra Large | 0.8824 | -464.42 |
| **Maintenance[4]** | | |
| Leave Open | -0.4074 | 214.42 |
| Bleach | -0.4350 | 228.95 |
| Run Empty | -0.2721 | 143.21 |
| Buy Product | -0.7629 | 401.51 |
| All Options | -0.7952 | 418.52 |

| | | |
|---|---|---|
| **Log Likelihood:** | -1939.7028 | |
| **Number of Observations:** | 6512 | |

1. -0.0019 references the value of the price coefficient from the conditional logit regression model.
2. Efficiency refers to high efficiency (1) or standard efficiency (0).
3. "Compact" is excluded.
4. "None" is excluded.

Source: Washer Survey Data

49.    Dr. Bresnahan argues that the undue emphasis placed on the maintenance variable is evident because "nearly half of the background information supplied, as measured by word

28

count, relates to washer use and care".[57]  The number of words used to describe the attributes in the survey was largely dependent on the attribute itself.  For example, it doesn't take many words to articulate the difference between a top and a front loading washer.  Additionally, Dr. Bresnahan's argument here seems to suggest that consumers evaluated the difference in wording, for example between a description of machine capacity at 99 words and maintenance at 153 words and that this calculation affected their choice selections.  There is no evidence that survey respondents made this type of calculation.

50.    Dr. Bresnahan is also incorrect when he states that the maintenance steps are described twice.  The maintenance is not described twice – the "second" description provided is for a machine that might require all three steps.  The survey was carefully designed to test varying levels of maintenance required and then also test consumer preferences if *all* biofilm related maintenance was required.[58]  Dr. Bresnahan also states that the survey does not include information on the frequency of biofilm related problems.[59]  It is my understanding that Whirlpool recommends that the maintenance be performed for all machines.  Moreover, no Use and Care guide I have seen indicates how often mold occurs, but instead, these guides indicate that tasks must be done monthly.  This is the language I adopted in the discrete choice survey.

---

[57] Bresnahan Report, p. 53.

[58] Dr. Bresnahan suggests that the value of disutility for "all maintenance" should be the same as the sum of the disutility for the "four individual use and care steps," (Bresnahan Report, p.54).  This is incorrect on two counts; first the cumulative is actually three steps (leave door open, run empty cycle and wipe machine down) and, more importantly it is incorrect to simply add the utilities together as there can be gains or losses in utility when tasks are combined.  For example, a consumer may find that doing two tasks is acceptable but three is overly burdensome or that two tasks is less onerous than the burden of each individual task alone.

[59] Bresnahan Report, p. 54.

29

### 3.2.	Efficiency Description in Choice Survey is from the EPA

51.	The efficiency description used in the discrete choice survey comes directly from information provided on the EPA website regarding the difference between high and standard efficiency machines.  Despite criticisms from Dr. Bresnahan and Dr. Simonson that survey respondents were overly focused on maintenance, and did not or could evaluate the difference in efficiencies as presented, the discrete choice survey results demonstrate respondents are willing to pay $329 more to have a high efficiency machine compared to a standard efficiency machine. This finding indicates that respondents understood and valued the efficiency attribute.

52.	Dr. Bresnahan argues that my survey mischaracterizes energy efficiency and he presents data that compares efficiencies for top and front loaders between 2007 and 2012 sold in California.  His calculation of cost savings is dependent on a series of assumptions and is based on data from California.  It is unclear how these complicated calculations relate to information Ohio consumers would know or use when making purchase decisions.

53.	Whirlpool's advertising also has described efficiency in terms of energy and water usage as opposed to dollars.[60]  Moreover, data from the EPA indicate that Whirlpool's energy and water saving factors for top loading washing machines are comparable to the factors for its front loading machines.  See Table 5 below.  Whirlpool documents also indicate comparable water and energy savings for front and top loading machines.  For example, the Cabrio HE top loading washer is described as using 51%  less water and 62% less energy as

---

[60] See W0482862 which describes the efficiency of the Duet Sport model as using 60% less water and 67% less energy as compared with a conventional top load washer.

compared to a conventional top loader and a Duet Sport front loader described as using 60% less water and 67% less energy as compared with a conventional top load washer.[61]

**Table 5**
**Average Energy and Water Factors**
**Currently Certified Residential Clothes Washers**

| Brand | Energy Factor | | Water Factor | |
|---|---|---|---|---|
| | Front Loader | Top Loader | Front Loader | Top Loader |
| | (a) | (b) | (c) | (d) |
| Whirlpool | 2.57 | 2.43 | 3.58 | 4.06 |
| Maytag | 2.64 | 2.38 | 3.51 | 4.08 |
| Kenmore | 2.69 | 2.38 | 3.52 | 4.13 |

Source: Energy Star Certified Residential Clothes Washer Data.

### 3.3.     Prices in Choice Survey are Reliable

54.     In Exhibits 12 and 13 of Dr. Bresnahan's report, he argues that my survey results are unrealistic given the prices paid for washing machines as recorded by NPD.  First, it is unclear what the exact nature of the NPD data are, how these data are collected, and what they can be said to measure.[62]  Dr. Bresnahan has simply used the total units sold by the total dollars recorded to arrive at an average price.  It is unclear if the price calculated in this manner is in any way a reliable measure.  The NPD data contains significant oddities including 1) partial units (in other words, counts that appear to be a portion of a washing machine), 2) front loading washing machines estimated to cost $300 or less 3) and other machines costing $2,400 or more.  Dr.

---

[61] See Bates W0482870 and W0482862.

[62] Dr. Bresnahan does not provide any additional description of these data in the material submitted and while I have made numerous attempts to contact representatives at NPD and clarify the manner in which the data were collected, whether they were weighted, and how to interpret the findings, no response has been forthcoming.  It is my understanding that NPD no longer collects data on washing machines.

Bresnahan attempts to use these exhibits to suggest that consumers in my survey were not attentive to price, but it is unclear that these data are reliable or that they can be used to accurately calculate average price for such a comparison.[63]

55.     Respondents in the discrete choice survey were attending to price and carefully considered cost, as well as the other attributes, for each machine shown.  My data show that the rate at which a top loading machine is selected decreases as the price of the machine increases. The results shown below in Table 6 demonstrate that the rate of selection for a top loading washer drops almost 25% between the $699 and $1,499 price points (36.76 – 12.82 = 23.95 percent).  Similar results are seen for front loading machines; as the price increases, the rate of selection decreases by approximately 30 percent, as shown in Table 7.

## Table 6
## Rate of Selecting Top Loading Washer by Price Level

| Variables | Total Who Selected Top Loading Washer (a) | Total Shown Top Loading Washer (b) | Rate of Selection (c) (a)/(b) | Total (d) |
|---|---|---|---|---|
| **Price Level** | | | | |
| $ 699 | 193 | 525 | 36.76 % | 1,305 |
| $ 899 | 188 | 527 | 35.67 | 1,295 |
| $ 1099 | 113 | 516 | 21.90 | 1,308 |
| $ 1299 | 87 | 520 | 16.73 | 1,300 |
| $ 1499 | 66 | 515 | 12.82 | 1,304 |
| **Total** | 647 | 2,603 | 24.86 % | 6,512 |

Source:  Washer Survey Data.

---

[63] Moreover, it is unclear that "average" price is an appropriate comparison since the average may obscure variation in prices paid and may be affected by very low or discounted prices that are unusual.

32

**Table 7**
**Rate of Selecting Front Loading Washer by Price Level**

| Variables | Total Who Selected Front Loading Washer | Total Shown Front Loading Washer | Rate of Selection | Total |
|---|---|---|---|---|
| | (a) | (b) | (c) (a)/(b) | (d) |
| **Price Level** | | | | |
| $ 699 | 316 | 780 | 40.51 % | 1,305 |
| $ 899 | 263 | 768 | 34.24 | 1,295 |
| $ 1099 | 172 | 792 | 21.72 | 1,308 |
| $ 1299 | 150 | 780 | 19.23 | 1,300 |
| $ 1499 | 80 | 789 | 10.14 | 1,304 |
| **Total** | 981 | 3,909 | 25.10 % | 6,512 |

Source: Washer Survey Data.

56.     There are a number of sources indicating that the prices used in the discrete choice survey are realistic and correspond to prices consumers would encounter in the marketplace.  The prices for front loading washers listed on the Whirlpool website yield an average price of $1,325 with the lowest price listed as $799 and the highest price listed as $1,699.  The average taking into account the seven high efficiency top loaders on Whirlpool's website is $1,190.  The average of the prices used in the discrete choice survey was $1,099.[64]

57.     The prices listed on the Home Depot website, the website that Dr. Simonson uses in his mall intercept study, indicate that the average price for a Whirlpool or Maytag, high efficiency, front loading washing machine is $1,063.  See Table 8 below, and see Exhibit G for the Home Depot website used to compile these prices.

---

[64] For additional examples of Whirlpool prices see the reported purchase price from a survey of 10,081 front loading washing machine owners in 2003, when Whirlpool had an average of $867, and in 2004, when the average was $1,000.  (Bates W0101683).

33

**Table 8**
**Front-Loading Washing Machine Prices**
**and Models at the Home Depot**

| Model | Price |
|---|---:|
| Maytag 2 cu. ft. High-Efficiency Front Load Washer | $ 749 |
| Whirlpool 2.0 cu. ft. Front Load Washer | 749 |
| Maytag Performance Series 3.5 cu. ft. High-Efficiency Front Load Washer | 799 |
| Whirlpool Duet 3.5 cu. ft. High-Efficiency Front Load Washer | 799 |
| Maytag Performance Series 3.5 cu. ft. High-Efficiency Front Load Washer | 899 |
| Whirlpool Duet 3.5 cu. ft. High-Efficiency Front Load Washer | 899 |
| Maytag Performance Series 3.9 cu. ft. HE Front Load Washer with Steam | 999 |
| Whirlpool Duet 3.8 cu. ft. High-Efficiency Front Load Washer with Steam | 999 |
| Maytag Maxima XL 4.3 cu. ft. High-Efficiency Front Load Washer with Steam | 1199 |
| Maytag Maxima 4.3 cu. ft. High-Efficiency Front Load Washer with Steam | 1299 |
| Whirlpool Duet 4.3 cu. ft. High Efficiency Front Load Washer with Steam | 1299 |
| Maytag Maxima XL 4.3 cu. ft. High-Efficiency Front Load Washer with Steam | 1349 |
| Whirlpool Duet 4.3 cu. ft. High-Efficiency Front Load Washer with Steam | 1349 |
| Whirlpool Duet 4.3 cu. ft. High Efficiency Front Load Washer with Steam | 1499 |
| **Average Price** | $ 1063.29 |

Note: Models with same attributes and price that differ in color are excluded.

Source: Home Depot Website

58.     In addition, the data that Dr. Simonson used to draw the sample for his telephone "satisfaction" survey demonstrate that the average price consumers paid for a front loading Whirlpool washer manufactured in 2010 or 2011 was $1,035.41 (for the Alpha Duet Steam) and $933.14 (for the Alpha Duet).  The prices of the Whirlpool front loading machines Dr. Simonson shows consumers in his mall intercept study also confirm that the price points I used are reasonable.  The average price point for the front loading machines shown in the mall study was $949.

59.     While it is unclear what the NPD data relied upon by Dr. Bresnahan actually represent and whether or not these data can be used to reliably estimate an average price paid,

34

numerous published sources and data relied upon by Defendant's own expert indicate that the price points used in my survey are realistic and reliable.

## 4. Choice Survey Adheres to the Standards for Conjoint Research

60. Designing a discrete choice experiment involves a number of important research decisions including, what attributes to test, how many attributes to show, and how many levels to provide for each of the attributes tested. Generally, many choice based surveys include only three or four attributes. Too many attributes are burdensome to respondents and can cause the respondent to make inaccurate choices.[65]

61. Dr. Bresnahan suggests that "academic economics literature and conjoint analysis practitioners recommend"[66] that a "none of the above" option should be included in each of the choice sets presented to respondents. Whether or not to include a "none of the above" or "no option" depends on the research being conducted. A number of studies indicate that the utility of including a "no-choice" option depends on what the study is designed to test and how the "no-choice" option will be handled in the data analysis. In fact, Dr. Simonson indicates in his own writings that, "it should be noted that studies based on both forced choice and free choice have limitations, and marketing researchers must select the methodology that is best suited for each study…In particular, choosing not to choose in the context of a survey may reflect the desire to save time and effort or the need to avoid making difficult choices."[67]

---

[65] "We reiterate our warning regarding using too many attributes in full-profile conjoint analysis. The success of full-profile conjoint studies depends on the complexity of the task and the knowledge and interest level of the respondents. If the tasks become too complicated, respondents may provide data of questionable value." *The CBC Advanced Design Module: Sawtooth Technical Paper Series*.  June 2008.

[66] Bresnahan Report, p. 58.

[67] Dhar, Ravi and Itamar Simonson (2003). "The Effect of Forced Choice on Choice" in *Journal of Marketing Research*. Vol. XL, pgs. 146 – 160.  Also see Parker, Jeffrey R. and Rom Y. Schrift (2011).  "Rejectable Choice Sets: How Seemingly Irrelevant No Choice Options Affect Consumer Decision Processes" in *Journal of Marketing Research*. Vol. XLVIII, pgs. 840 – 854.

### 4.1.  Choice Survey Results Demonstrate Validity

62.    Consumers demonstrate reasonable choices in the discrete choice survey.  For example, as shown earlier in Tables 6 and 7, the rate at which a machine is selected decreases as price increases.  Additionally, as shown below in Table 9, those who indicated that they would purchase a top loading machine in the survey are more likely to select a top loader than those who indicated that they would consider either a top or front loader.  These results demonstrate that survey respondents were making reasonable choices based on their preferences.

### Table 9
### Average Number of Times Front or Top-Loading Machine
### Was Selected by Type of Respondent

| Willing to Consider Purchasing… | Average Times Selected Top Loading Option[3] | Average Times Selected Front Loading Option[4] | Total |
|---|---|---|---|
| | (a) | (b) | (c) (a) + (b) |
| Front Loading Machine | 4.37 | 6.63 | 11.00 |
| Only Front Loading Machine[1] | 3.78 | 7.22 | 11.00 |
| Top Loading Machine[2] | 6.95 | 4.05 | 11.00 |
| All Respondents | 5.97 | 5.03 | 11.00 |

Note:  1. This refers to respondents who are only willing to purchase a front-loading machine and did not multi-select any other type of machine.
2. This excludes choice sets that did not contain any top-loading machines.
3. This refers to the average number of times a respondent selected a top loading option within eleven choice sets.
4. This refers to the average number of times a respondent selected a front-loading option within eleven choice sets.

Source:    Washer Survey Data.

63.    Finally, the discount associated with biofilm found in the discrete choice survey is not unlike the range of other values Whirlpool's own research has uncovered.  For example, Whirlpool's market research indicates that consumers are willing to pay $100 for a "color

36

finishing" and that those individuals selecting a "front-load high efficiency washing machine are also more likely to choose extras at least $350 over the base price."[68]  Additional documents indicate that Whirlpool has tested a range of other attributes with price points at $150 (quiet washer), and $250 (removable baskets and bulk laundry detergent dispensers).[69]

64.     While Defendant's experts argue that the discounts ranging between $142 and $419 are unrealistic, Whirlpool's own research indicates that it tests attributes like color finishing, baskets, and bulk dispensers at similar ranges and finds willingness to pay for these "add-ons" at similar price points.

65.     Consumers exhibit variety in their preferences, but the discrete choice model and the maximum likelihood estimation technique allows the researcher to estimate the most reasonable result based on the data collected.  Consumers in my study do have variable preferences and these are taken into account in the model.  My study includes both men and women, across Ohio, and across a variety of age groups.  Each respondent was allowed to select based on his or her own preferences and these are taken into account.  Performing a hold-out analysis, as suggested by Dr. Bresnahan, is not necessary here as the estimation method, maximum likelihood, already identifies the best model or best fit for the data.[70]  As noted above, this type of research, using a variety of consumers, is similar to the process that Whirlpool's own market research team undertakes when it attempts to price or value a new feature.

---

[68] See Bates W0057278.

[69] See Bates W0206663 – W0206714. Also see Bates W0050479.

[70] See paragraph 5 of this report.

## V.    DEFENDANT'S SURVEY EVIDENCE DOES NOT ADDRESS KEY ISSUES

66.    Dr. Bresnahan and Dr. Simonson assert that my opinions are unreliable because the discrete choice survey demonstrates that "routine washer maintenance accounts for half of the value of a front loader washer and is by far the most important consideration when buying a washer."[71]  As explained above, both Dr. Bresnahan and Dr. Simonson assume that the maintenance required in a front loading washer is "routine" for consumers, but whether or not consumers knew of, or anticipated maintenance associated with biofilm is at the heart of this case.  By *assuming* (not proving), that consumers knew or anticipated the maintenance, both  Dr. Bresnahan and Dr. Simonson suggest that my results lack validity because informed consumers would have no need for a discount.  Studies relying on this assumption cannot evaluate the extent to which a discount would be required, had this information been available. As Dr. Bresnahan states in his deposition, a test of the harm associated with an alleged defect would need to evaluate the product with and without the feature at issue.

> The next thing you need is valuation, you know, this morning we were talking about consumer surplus or compensation, *you need a way to measure the specific consumers' willingness to pay in different scenarios with and without this product feature* with and without the consumer undertaking her role and avoiding the problems of the product feature, you know and with and without any repairs that might be possible.[72]

67.    The evidence relied upon by Defendant's experts does not undertake such a valuation, nor does it address consumer awareness of biofilm issues prior to purchase, or

---

[71] Simonson Report, p. 4. Dr. Simonson's assertion here is factually incorrect.  The total results from my logit model indicate that large capacity is actually the most valued attribute and consumers are willing to pay $464 for an extra-large washer.  Moreover, the discount associated with maintenance depends on the level of maintenance required.  For example, a high efficiency machine is valued more than the discount required for running the machine on an empty cycle, for leaving the door open, or for wiping the machine down with a bleach solution.

[72] Bresnahan Deposition. p. 108 (emphasis added).

38

measure consumers' maintenance expectations.  Instead, both experts attempt to argue that measures of *post* purchase behavior are reliable indicators of pre-purchase expectations and intentions.  Indeed, as a result of this assumption, the surveys as designed by Dr. Simonson never ask respondents any direct questions about mold, odor or biofilm related maintenance.

68.    As opposed to asking consumers about the key issues in this case and the issues raised in my survey, both Dr. Bresnahan and Dr. Simonson suggest that measures of consumer "satisfaction" demonstrate consumer awareness of biofilm and biofilm related maintenance.  Again, the assumption that consumer satisfaction, after purchase, directly addresses the discount consumers may or may not require prior to purchase, is unreliable.  A consumer may be generally satisfied with the washing machine and may have learned over time to conduct the necessary maintenance to avoid biofilm, but may also have selected a different machine or have paid less for the machine they selected, had they been aware of the maintenance required prior to purchase.

69.    Measures of satisfaction do not take such alternatives into account, particularly when there are no direct questions asked about expectations, biofilm related maintenance, or the price paid.  Moreover, as Dr. Simonson's own results demonstrate, measures of "satisfaction" are often unreliable and do not directly address the issues in this matter.  The problems with Dr. Simonson's telephone survey are discussed below.

## 5.    Dr. Simonson's Satisfaction Survey Does Not Address Issues in this Case

70.    Dr. Simonson conducted a telephone study of 515 current Whirlpool owners, in the five surrounding states contiguous to Ohio, who have owned their machines for at least a

39

year.  Potential respondents were drawn from the warranty registration records submitted to

Whirlpool for Duet owners.  Once contacted, a respondent was asked two key questions:

> Using a scale from one to ten, where 1 means <u>not at all satisfied</u> and 10
> means <u>very satisfied</u>, rate how satisfied you are with your current washing
> machine.
>
> If you were buying a washing machine today, what factors would be the
> most important in your buying decision?

71.     Dr. Simonson (and Dr. Bresnahan) uses the results indicating that 78 percent of

respondents provided a positive (8 or higher) rating to claim that my conclusion that consumers

would require a discount cannot be correct.

72.     There are a number of factors which affect measures of "satisfaction" and render

this concept a difficult one to test with reliability.  For example, measures of satisfaction can be

correlated with non-response such that individuals who are dissatisfied are less likely to

participate in the survey.[73]  Scales can be difficult for respondents to interpret and distributions

can be distorted by respondents who systematically use the ends of the scale.[74]  As Dr. Simonson

points out in his own writings, scale rating is not a common task for consumers and this is likely

---

[73] There is a large body of literature on the difficulty in using and interpreting scale measurements from survey data. R. Tourangeau, et. al. (2007) list the following; "*Positivity or leniency bias* (in which respondents shun the negative end of a scale); *Scale label effects* (in which negative numbers are interpreted as implying more extreme judgments than low positive numbers); *Response contraction bias* (in which respondents avoid extreme response categories); *Reference point effects* (in which specific numbers convey specific meanings that may encourage or discourage respondents from selecting a given response option); *Scale range effects* (in which the range changes beliefs about the object being rated or about the population distribution)," *The Psychology of Survey Response*.  Cambridge University Press: New York. p. 248-249.

[74] See, Mueller, Karsten, M. Voelkle, and K. Hattrup (2011).  "On the relationship between job satisfaction and non-response in employee attitude surveys," in *Journal of Occupational and Organizational Psychology*, no. 84 pgs. 780- 798.

40

to make relying on a post-purchase satisfaction scale for an interpretation of pre-purchase behavior unreliable.[75]

73.     There are a number of examples in Dr. Simonson's data that demonstrate that his "satisfaction" measure is ambiguous and unreliable.  First, there are approximately a quarter of respondents in Dr. Simonson's data who state they are "satisfied" but are coded (by Dr. Simonson's own analysts) as providing negative reasons for their satisfaction.  Of the 403 respondents who provided a satisfaction value of 8, 9, or 10 (very satisfied), 90 (or 22 percent) provided some answer that was coded as a negative response.[76]

74.     Satisfaction also does not necessarily predict future purchasing behavior, and this is a well-known challenge in market research.[77]  In Dr. Simonson's study, of those who rate their satisfaction as a "6" or more, 20 percent indicate that they will purchase a top loading washer or indicate that they do not know what type of machine they will purchase in the future.

75.     Additionally, of the 515 respondents in Dr. Simonson's satisfaction survey, 11 percent of respondents say something about mold, odor, mildew, or preference for a top loader. In other words, even without a direct question on biofilm, respondents indicate that they have experienced these issues or are considering a top loading machine instead.  Moreover, of the respondents mentioning mold or odor, approximately 61 percent provide a rating of 7 or more, thus indicating that "satisfaction" does not preclude individuals who have mold or mold related

---

[75] "For example, outside the context of market research, consumers rarely rate brands, service, or attribute importance on a 10-point or any other scale."  See Simonson, Ofir, and Yoon (2007) "Customer Compliance with Presumed Market Research Goals: Motivational Drivers of Negative  Service Evaluations."  Research Paper No. 1962. Stanford Graduate School of Business Research Paper Series, p. 24.

[76] See Simonson Report, Exhibit E, Table 10.

[77] See Mittel, Vikas and Wagner A. Kamakura (2001). "Satisfaction, Repurchase Intent, and Repurchase Behavior: Investigating the Moderating Effects of Customer Characteristics," in *Journal of Marketing Research.* Vol. XXXVIII, pgs. 131-142.

41

odors.  For example, Respondent 101444 rates their satisfaction an 8, but when asked why states "I do not like the smell that the front load produces and I would go back to the top load." Respondent 100927 rates their satisfaction a 9, and when asked why says "[s]ometimes towels come out smelling musty. Not fresh."  Respondent 100156 rates their satisfaction an 8, and responds "[t]here's odor it's in the tub basin."  Respondent 101534 also rates their satisfaction an 8 but states "[t]he seal smells unless you keep the door open or wipe it down and dry it." Respondent 101683 rates their satisfaction an 8 and says "[i]t stinks from time to time."

### *5.1.1.  Sample Population*

76.     In his survey, Dr. Simonson includes a number of respondents whose washers were produced outside of the class period, including owners of the Alpha Duet and Alpha Duet Steam (manufactured beginning in the fall of 2010).  While the sample information included actual year of purchase, this information is not recorded for survey respondents and, therefore, it is unclear which respondents own washing machines that are part of the class as currently defined.[78]

77.     Additionally, Dr. Simonson's data indicate that 82 percent of respondents in the phone survey are 45 years or older.  The age distribution of Dr. Simonson's phone survey does not comport with the age distribution of his shopping mall survey respondents.  In the mall survey, half of Dr. Simonson's respondents were between 18 and 44.  It is possible that the warranty population list was skewed towards older respondents or that younger respondents were less likely to answer their phone or participate in the survey.

---

[78] I understand from discussions with counsel for Plaintiffs that the class no longer includes any machines with steam and any machine manufactured after 2008.

42

78.     Furthermore, using the sample disposition provided, I calculate that Dr. Simonson's survey has a response rate of approximately 7 percent.[79]  While Dr. Simonson acknowledges in his deposition that the response rate in his phone survey is likely to be low,[80] a response rate of less than 10 percent means that the results here are of questionable reliability. As Diamond explains, "[e]ven when a sample is drawn randomly from a complete list of elements in the target population, responses or measures may be obtained on only part of the selected sample.  If this lack of response is distributed randomly, valid inferences about the population can be drawn with assurance using the measures obtained from the available elements in the sample. The difficulty is that nonresponse often is not random."[81]  Given the very low response rate and the skewed age distribution, Dr. Simonson's phone survey results are likely to be unreliable.

79.     Even presuming the results from the phone survey can provide some evidence of consumer experiences with their Whirlpool washing machines (some unknown number of which are machines that are not part of the class), Dr. Simonson never asks respondents a direct question about biofilm related maintenance or about experiences with mold or odor.  In fact, any consumer who no longer owned the Whirlpool machine or had gotten rid of their front loading machine due to mold or mildew issues would not, by design, be a part of Dr. Simonson's survey.[82]  Instead, he relies on an ambiguous measure of "satisfaction" to determine that no

---

[79] See W0546250.  I have used the standard Response Rate calculator provided by the American Association for Public Opinion Research available at http://www.aapor.org/For_Researchers/5850.htm. I have conservatively assumed that 60 percent of all non-contacted homes were eligible for the survey.

[80] Simonson Deposition, p. 62.

[81] Diamond, p. 383.

[82] Dr. Simonson screens out any respondent who no longer owns a Whirlpool washing machine.  Additionally, respondents could have purchased a new or different Whirlpool machine and may have been offering satisfaction ratings for a machine other than the machine recorded in the warranty registration data.

discount would have been required.  But, his own data indicate that mold may be an issue obscured by a "satisfied" rating. In fact, there is other evidence in the record that odor and mold associated with biofilm is a concern for consumers.

## 6.      Whirlpool Data Indicate Biofilm is an Issue for Consumers

80.      Dr. Bresnahan relies on the data from Dr. Simonson's satisfaction survey to argue that the results of my study are unreliable.  He also suggests that, "other surveys show that washer odor or mold does not rank high among the reasons why consumers call for service."[83] The two studies he cites include only 30 and 39 individuals who had made service calls and the studies themselves indicate that they are very small sample sizes.[84] In addition, these results were from a "launch study" and therefore it is unclear how soon after purchase these data were collected, but presumably they were gathered shortly after the products "launched."

81.      Dr. Bresnahan also suggests that repair and service rates are indicators of the extent to which consumers experienced mold or had concerns with odors.  It should be noted that this comparison again misconstrues the intent of the choice survey – the survey does not measure the discount consumers would require if they experienced mold or mildew.  The survey measures the discount consumers require if they understood the maintenance associated with biofilm and what tasks would need to be undertaken to avoid mold and mildew.  Moreover, it is my understanding that the repair rates are unreliable because: 1) biofilm was not a repair issue covered under Whirlpool warranty; and, 2) because Whirlpool only recorded service calls within

---

[83] Bresnahan Report, p. 27.

[84] Horizon Launch Satisfaction Kenmore HE2 Washer and Dryer, January 2006, p. 23; HE5t Launch Satisfaction, May 2007, p. 20.

44

the first year of purchase, thus any calls regarding odor or biofilm made outside of the warranty period would not be recorded.[85]

82.  Contrary to the satisfaction data relied upon by Dr. Bresnahan and Dr. Simonson, Whirlpool's market research demonstrates that mold and mildew was a concern for its front load washing machine owners.  Internal Whirlpool documents show that one third of front loading consumers experience mold and malodors associated with mold,[86] and 31 percent of front loading machine owners say they occasionally, frequently or always experience visible mold and mildew in their machine.[87]  In another study, Whirlpool noted that for owners of front loading washing machines costing more than $900, "bad odor" was the second most common complaint, and in November, 2011, odor was the third most common complaint.[88]

83.  Additionally, Whirlpool tracked complaints about odor and mildew in front loading washers appearing on a variety of websites[89] and developed a training brochure indicating that service personnel may receive complaints about odor and mold and mildew stains.[90]

84.  Other Whirlpool market research conducted during the class period demonstrates that washing machine odor was something consumers cared about.  These studies indicate that; "'Bad odors never come from my washer when I open the lid or door' is one of the Top 10 most

---

[85] See Deposition of Anthony Hardaway, September 16, 2009 p. 431-2, 435-6, and 438.

[86] See Bates W0368081 and Bates W0054748.

[87] See Bates W0373387.

[88] See Bates W0488887.

[89] See Bates W0050440.

[90] See Bates W0471715.

important needs for all of all laundry" and "`Bad odors never come from my washer when I open the lid or door' is one of the Top 5 most important needs of Washer".[91]

85.     While Defendant's experts cite to satisfaction studies in an attempt to demonstrate that satisfaction rates are high and consumers do not mention biofilm, Dr. Simonson's data cannot be used to affirmatively demonstrate that consumers do not have biofilm or that they would not have wanted a discount given their understanding of the maintenance required.

## 7.     Dr. Simonson's Mall Study Does Not Measure the Impact of Biofilm Disclosure

86.     Dr. Simonson also designed and implemented a mall intercept study to supposedly test the impact of biofilm maintenance prior to purchase.  In this study, Dr. Simonson selected survey respondents who were considering purchasing a washing machine in the next year and would consider purchasing a front loading machine.  Qualified respondents were brought back to the mall facility and were shown a series of eight print outs of front and top loading machines from the Home Depot website.  After reviewing these print outs, respondents were taken to a separate room and were shown an actual Duet washer, the only actual machine they were exposed to during the survey, and a Whirlpool Duet marketing piece.  Respondents were assigned to one of two groups; one group was given the opportunity to review the marketing piece with a brief description of maintenance on the back of the brochure and one group was given the opportunity to review a brochure with no description of maintenance.  After looking at the machine, all respondents were then asked the following:

> Assuming you were buying a new washing machine today and the price of this washing machine is comparable to the price of other front-loading washing machines on the market, like the front-load washing machines you saw in the other room. How likely would you be to buy this washing machine? Would you

---

[91] See Bates W0373384 and Bates W0373385.

say that you would *Definitely* buy it, you would *Probably* buy it, you *May or May Not* buy it, you would *Probably Not* buy it or you would *Definitely Not* buy it?

87.     Respondents were then asked a series of follow up questions to evaluate why they said they would make the purchase decision indicated, what they liked most about machine and what they liked least about the machine, and finally what sources of information they would use to find out about washing machines.

88.     Dr. Simonson's test does not address the relevant issues in this case. His survey does not directly ask respondents to evaluate the maintenance, does not provide any evidence that consumers read the maintenance disclosure he provided, does not provide any cost information about the required maintenance, and does not provide consumers alternative purchasing choices other than the machine they are shown.  In addition, the survey as designed is subject to demand effects and therefore cannot provide a reliable estimate of consumer purchasing intentions.  These issues are discussed below.

## 7.1.     Dr. Simonson Does Not Ask Respondents About Biofilm-Related Maintenance

89.     Dr. Simonson's experiment as designed primes respondents to overlook the maintenance information disclosed.  First, respondents are shown eight print outs for washing machines.  None of these print outs includes any description of maintenance; therefore respondents are placed in the mindset of comparing machines with no maintenance and are

47

unlikely to attend to the description provided on the back of a brochure.[92]  These "signaling"

effects are well known in survey research and are often called context effects.[93]

90.     Next, respondents are shown one actual machine.  Unlike the previous print outs

(which presumably Dr. Simonson intends to provide as a comparative basis for the Whirlpool

machine),[94] respondents are now focused on a physical object.  This design is likely to have had

two effects; first, respondents are more likely to view the machine independently, not relative to

any of the previous machines in the print outs shown; and, second, respondents are likely to

focus on the physical attributes and are less likely to reference the brochure at all.  In fact,

interviewers were told to place the brochure "with the front side of the brochure facing up"

which would obscure the maintenance information on the back.[95]  These effects are apparent in

Dr. Simonson's data.  Not a single respondent, of the 408, mentions care or maintenance of the

machine.  Additionally, of the fifteen respondents that are coded as mentioning front loading

washing machines for why they "dislike" the machine, five of them see the brochure with the

maintenance description and ten do not.  In other words, no one mentioning front loading

washing machines as a "dislike" refers to the brochure.

91.     Additionally, the maintenance information on the brochure is included under the

heading "Caring for Your Washer," information that consumers are unlikely to attend to until

*after* purchase, given that most consumers are likely to assume the machine requires no

---

[92] The portrayal of "no maintenance" machines comports with the survey I designed and Whirlpool's own research on consumer expectations.

[93] Presser, Stanley, Jennifer Rothgeb, Mick Couper, Judith Lessler, Elizabeth Martin, Jean Martin, and Eleanor Singer. (2004) *Methods for Testing and Evaluating Survey Questionnaires.* Hoboken, New Jersey: Wiley Interscience, p. 442.

[94] In his report, Dr. Simonson never indicates why the print outs are shown, why Home Depot print outs were chosen, or why he selected the eight machines he did.

[95] See Simonson Report, Exhibit H, Main Questionnaire.

particular maintenance.[96]  Finally, the maintenance information is only a small section of a two page brochure that includes detailed summary charts of the product's features.

92.     Dr. Simonson could have asked respondents a direct question at the end of the survey to confirm whether or not they had seen the maintenance information.  This question would have allowed him to make conclusions about whether or not the information, once read, was important or unimportant to consumers.  Instead, Dr. Simonson's results simply demonstrate that respondents do not read maintenance information that is contained in a marketing piece when looking at an actual washing machine.

93.     Dr. Simonson's survey, as designed, does not directly evaluate the impact of biofilm associated maintenance.  In addition, he does not provide any price information associated with this maintenance.  Even if consumers had attended to the maintenance information, Dr. Simonson does not include the cost of Affresh, so consumers have no way in which to evaluate maintenance related costs.  Moreover, Dr. Simonson simply asks respondents to assume that the Whirlpool Duet is priced "comparably" to other front loading machines on the market.  The absence of actual price information renders Dr. Simonson's results unreliable and unrelated to actual marketplace conditions consumers would encounter.  In fact, numerous respondents indicate that while they "definitely" or "probably" would purchase the Whirlpool Duet, they would in reality need to know more about the price.  Respondent 711044, for example, states that they would probably buy the machine, but when asked what they like least about the machine, mentions "[t]hat nobody talks about, or mentions the price."  Respondent 817040 says that they would probably buy the machine, but when asked what makes them say

---

[96] In reviewing the actual paper copy surveys, there only 36 respondents who seem to indicate that they are referring to or comparing the brochure or the print-outs in making their purchase decisions.

they would, responds "[w]ell, actually depends on what the wife says. For me it depends on the price." Respondent 002003 says that they would definitely buy the machine, but when asked what they like least about the machine, says "[t]he price would probably be too high." Respondent 061042 says that they would probably buy the machine, but when asked why they would responds "[i]f it's at the right price." Respondent 061004 says they would probably buy the machine, and responds "[p]robably buy it if I had the money."

94.  Dr. Simonson argues in his deposition that he is simply interested in the magnitude of difference in purchase intentions between the two groups,[97] but this is insufficient evidence for the matter at issue. It is possible that both groups of consumers could indicate that they "definitely" would buy the washer shown, and that one group would require a discount. In other words, since he has not posed any question about maintenance nor any question about how much a respondent would be willing to pay, he has no way of knowing whether or not the two groups are actually expressing the same purchase intention or not.

95.  Defendant's experts argue that my results are unreliable because they disagree with the price points I used, but Dr. Simonson provides *no* price information for the machine being evaluated and then makes conclusions about the likelihood of consumers' purchases. This omission indicates a key misunderstanding of, or attempt to avoid addressing, the issues in this case – that is, what price would consumers have paid had they understood the biofilm related maintenance requirements for Whirlpool front-load washing machines.

## 7.2.  Demand Effects in Dr. Simonson's Study

96.  The procedures used by Dr. Simonson were likely to create demand effects that undermine the reliability of his findings and render his measure of "likelihood of purchase"

---

[97] Simonson Deposition, p. 30.

50

irrelevant for the issues in this matter.  In showing respondents one product (as opposed to the print outs for other models seen), the survey was likely to suggest to respondents that the Whirlpool machine was "better" and that they should offer positive feedback.  In fact, Dr. Simonson's own writings indicate that such a method creates these positive biases or demand effects: "[h]owever, the notion that experimental cues may suggest research hypotheses (i.e., demand characteristics) and thereby generate response bias (i.e., demand artifacts) is not limited to lab experiments and may also apply to various other forms of customer research.  For example, customers who are shown an ad for a new product and asked if they intend to buy it may assume that they are expected to respond favorably to the advertised product."[98]  In another article, Dr. Simonson indicates that, "consumers who are shown an advertisement for a new product and asked if they intend to buy it may, in some cases, assume that they are expected to respond favorably to the advertised product."[99]

97.    There are numerous other demand effects present in Dr. Simonson's study that render his conclusions based on purchase intention between the two groups unreliable.  First, when asked "[h]ow likely would you be to buy this washing machine?" interviewers read and presented respondents with a card with answer choices in the following order - "definitely," "probably," "may or may not," "probably not," or "definitely not."  It is standard practice in survey research to randomize or at least rotate the order of agree/disagree scales to avoid order or

---

[98] Simonson, Ofir, and Yoon (2007) "Customer Compliance with Presumed Market Research Goals: Motivational Drivers of Negative  Service Evaluations".  Research Paper No. 1962.  Stanford Graduate School of Business Research Paper Series, p. 5.

[99] Simonson, Itamar and Ran Kivetz, (2012)  "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law Science and Design* edited by S. Diamond and J. Swann.  ABA Section of Intellectual Property Law.

primacy effects.[100]  By presenting "definitely" and "probably" buy to all respondents first, Dr. Simonson's survey suggested to consumers that the "correct" answer is "buy."  It is not surprising then that consumers in both groups overwhelmingly indicated that they would purchase the machine; the survey as designed would have suggested to respondents that this was the appropriate response.

98.     Given the demand effects present in Dr. Simonson's study, it is not surprising that such a large majority of consumers indicate that they would definitely or probably buy the Whirlpool machine.  The fact that 30 percent of Dr. Simonson's respondents say they definitely would buy the Whirlpool Duet machine does not reflect actual marketplace purchasing which puts *all* Whirlpool front loading washing machines at 11 percent of the total market for washing machines.  In other words, if Dr. Simonson's survey were an accurate predictor of marketplace choices, the single Whirlpool machine he showed consumers would have approximately three times the market share of all Whirlpool front loading machines.

## VI.   CONCLUSION

99.     The discrete choice survey I conducted is a valid and reliable measurement of the discount Ohio consumers would require had they known about maintenance associated with biofilm prior to purchasing a Whirlpool front loading washing machine.  The discrete choice methodology used in the survey is generally accepted in this field, commonly used in market research, and has been used by Whirlpool to determine the value consumers place on particular product features.  The attributes presented to consumers in the survey are shown in Defendant's

---

[100] S. Sudman et. al. (1996).  "If a visual presentation format is used, respondents are more likely to elaborate on the items presented early in the list…Accordingly, a given plausible item should elicit more agreeing thoughts and be more likely to be endorsed when presented early rather than late in the list resulting in a primacy effect," *Thinking About Answers: The Application of Cognitive Processes to Survey Methodology.* Jossey-Bass Publishers: San Francisco. p. 141.

own research to be those that are considered important by consumers when evaluating a washing machine purchase.  The language used to describe the attributes tested either came directly from Whirlpool, or other reliable sources, such as the EPA.  The results are valid and demonstrate that consumers made sensible trade-offs between the options shown and that features, such as size and efficiency, were valued as much or more than the maintenance feature.

100.    In contrast to the results discussed in the Butler Report, which directly address the issues in the case, Defendant's experts rely on evidence which is tangential at best and never directly ask consumers to respond to biofilm related maintenance.  Defendant's experts rely on a theory of "satisfaction" to argue that consumers, post purchase, do not overwhelmingly exhibit a generalized unhappiness with their purchase, and that this must mean that prior to purchase consumers were informed.  This argument is incorrect and rather than ask direct questions (did you know about the maintenance prior to purchase, were you aware of biofilm issues, etc.), Defendant's experts instead elect to conduct research which does not address pre-purchase behavior or determine what price consumers would be willing to pay had they been provided with information on biofilm and biofilm related maintenance.  Moreover, Defendant's experts suggest that the discrete choice survey which directly addresses the key issue in this matter and allows consumers to make trade-offs with a complete understanding of the biofilm related maintenance, as well as the other key washing machine attributes, is biased because it fully provides consumers with the information that is at issue in this matter.  There is no evidence that providing consumers with the information at issue here does, in and of itself, generate bias; this is simply Defendant's position. As a contrast, Dr. Simonson proposes to test the similar information on biofilm (without price) yet has no evidence that any consumer in his survey saw or reviewed the maintenance related information.  While his test may demonstrate that

53

consumers are unlikely to read maintenance instructions prior to purchase, this does not speak to the research question I was asked to undertake. Even assuming that every respondent shown the brochure containing maintenance instructions read this information and incorporated it into their decision to purchase, Dr. Simonson's experiment provides no way to quantify, in terms of price, the impact of biofilm associated maintenance.

101. The discrete choice study I conducted was designed to specifically address the issues in this case: what discount, if any, would consumers require if they had an understanding of the biofilm related maintenance tasks associated with the Whirlpool front loading washing machines. The discrete choice study provides a range of estimates that can be attributed to the maintenance tasks, and an analysis of the data demonstrates that the estimates are sensible, reliable, and indicate that consumers acted on their preferences and made reasonable trade-offs throughout the survey process.

102. My opinions and conclusions as expressed in this report are to a reasonable degree of professional and scientific certainty. I have "good grounds" for my conclusions, which have been reached through proper application of the survey methods and using methodology reasonably relied upon by experts in the field of survey and market and consumer research. My work is ongoing and my opinions will continue to be informed by any additional material that becomes available to me.

I declare under penalty of perjury that the foregoing is true and correct.

Sarah Butler, Vice President.

April 26, 2013.

54

# Exhibit A

# NERA
Economic Consulting

**Sarah Butler**
Vice President

National Economic Research Associates, Inc
1 Front Street, Suite 2600
San Francisco, CA 94111
+ 1 415 291 1000 Fax + 1 415 291 1010
Direct dial: + 1 415 291 1022
sarah.butler@nera.com
www.nera.com

# SARAH BUTLER, M.A.
## VICE PRESIDENT

Ms. Butler is an expert in survey research, market research, sampling, and statistical analysis. She has applied her expertise in a wide range of litigation and strategic business cases. Her litigation and project experience includes survey research, market research, the design of samples, and the statistical and demographic analysis of large data files in a number of areas including:

Intellectual Property
- Trademark and Trade Dress Infringement:  Design, analysis, and critique of surveys used to measure consumer confusion, secondary meaning, and dilution in trademark and trade design infringement cases.

- False and Misleading Advertising: Design, analysis and critique of surveys used to measure consumer perceptions and the materiality of advertising claims.

- Patent Infringement:  Sample designs and surveys to the value of patented feature of a larger product and to establish rates at which infringing material exist in populations of products.

- Copyright infringement:  Sampling plans and analysis of the rates of infringing material in populations of shared information (such as through websites or other sharing medium).

Mass Torts/Class Actions
- Conduct surveys and design samples providing evidence on issues of commonality and consumers' awareness of key documents or facts and reliance on representations.

- Analyze large databases of claims files to generate invoices, estimate future liabilities and calculate policy shares for insurer liabilities in asbestos, tobacco and pharmaceuticals.

- Design, analyze and critique surveys and sampling plans used to evaluate employment and promotion records. Review and design surveys for purposes of estimating key facts

Sarah Butler

in labor class actions including time to complete activities, exempt/nonexempt activities, and meal and rest break issues.

Antitrust

- Design, analysis and critique of surveys and other market research used as evidence of consumer purchasing and switching behavior in the areas of CPG, entertainment, automobiles, public transportation, sports and consumer electronics.

- Design, analysis and critique of surveys used to demonstrate consumer price sensitivities and willingness to pay.

Prior to joining NERA, Ms. Butler worked in market research, conducting survey research, focus groups and in-depth interviews. She has recently completed an article for the ABA Trial Practice Newsletter and has written on trademark infringement and the internet and surveys in litigation.

## Education

**Temple University**
ABD Applied Sociology, coursework, exams and dissertation proposal complete (2005).

**Temple University**
M.A. Sociology, (2000).

**Trinity College, Dublin Ireland**
M.Phil. (1997).

**Wellesley College**
B.A. Sociology and History (with honors). (1995).

## Professional Experience

July 2006 - Present            **Senior Consultant – Vice President**
                               NERA Economic Consulting
                               San Francisco, California, USA

Oct 2005 – May 2006            **Special Consultant**
                               NERA Economic Consulting
                               London, England

Jan 2003 – Oct 2005           **Senior Analyst - Consultant**
                               NERA Economic Consulting
                               Philadelphia, Pennsylvania, USA

Sarah Butler

| | |
|---|---|
| 2002 - 2003 | **Consultant**<br>Integrated Marketing Associates<br>Bryn Mawr, PA, USA |
| Oct 1998 - Jan 2002 | **Research Associate – Analyst**<br>NERA Economic Consulting<br>Philadelphia, Pennsylvania, USA |
| Sept 1998 – May 2003 | **Adjunct Professor**<br>Temple University<br>Philadelphia, Pennsylvania, USA |
| Jan 1997 – Feb 1998 | **Manager of Member Research**<br>Society for Neuroscience<br>Washington DC, USA |

## Expert Analysis and Testimony

Eastman Chemical Company vs. PlastiPure, Inc. and Certichem, Inc.* United States District Court, Western District of Texas, Austin Division. Design and implement survey for evidence in a false advertising case. [Expert Report: February 27, 2013. Deposition: March 15, 2013]

In re: Whirlpool Corp. Front-Loading Washer Products Liability Litigation, United States District Court, For the Northern District of Ohio, Eastern Division. Designed and implemented a survey to evaluate the discount consumers would require if disclosures regarding front-loading washing machines were made prior to purchase. [Expert Report: November 2, 2012, Deposition December 13, 2012]

Economic Analysis of Home Improvement Demand and Preferences in Mexico Using Survey Data: On behalf of Lowe's Mexico. Report submitted to Federal Competition Commission of Mexico (CFC). Designed survey and aided in data analysis for research on consumer preferences and willingness to pay for home improvement supplies. [October 2012]

Apple Inc.* vs. Samsung Electronics Co. LTD et al, United States District Court, Northern District of California, San Jose Division. Consulting expert on surveys related to confusion and dilution in a trade dress infringement matter involving smart phones and tablet computers. [March 2012]

Daniel Taheri, M.D. and Valencia Dermatology and Laser Center and Parviz Taheri vs. Aetna U. S. Healthcare, Inc. and Aetna U. S. Healthcare and Aetna Health of California, Inc. American Arbitration Association. Statistical expert appointed by Association to design sample to estimate amounts owed on claims. [Work and Testimony conducted September 2010 – September 2011]

Sarah Butler

Children Without Borders, Inc. vs. Mèdecins Sans Frontiéres d/b/a Doctors Without Borders* United States District Court for the District of Massachusetts. Design and implement survey for evidence in a likelihood of confusion case. [Expert Report: July 25, 2011]

Merck Eprova AG vs. Brookstone Pharmaceuticals, L.L.C. a/k/a Acella Pharmaceuticals*, United States District Court, Southern District of New York. Expert report on issues of false advertising and survey used as evidence of misleading and materiality claims. [Expert Report: July 18, 2011. Deposition: September 13, 2011. Trial Testimony: November 18, 2011]

Georgia-Pacific Consumer Products LP vs. Global Tissue Group, Inc.* United States Patent and Trademark Office, Trademark Trial and Appeal Board. Expert report on issues of trademark confusion and secondary meaning. [Expert Report: July 8th, 2011. Deposition: September 9, 2011]

CHEK-MED Systems, Inc.* vs. PMT Corp. and Permark, Inc. United States District Court, Middle District of Pennsylvania. Design and implement survey for evidence in false and misleading advertising claims. [Expert Report: June 22nd, 2011. Deposition: August 11, 2011]

National Association of Independent Housing Professionals, Inc.* vs. Board of Governors of the Federal Reserve System. et. al. United States District Court, District of Columbia. Expert report on issues of false and misleading advertising and materiality claims. [Expert Report: March 24th, 2011]

Sciele Pharma, Inc. vs. Brookstone Pharmaceuticals, L.L.C. a/k/a Acella Pharmaceuticals*, United States District Court, Northern District of Georgia, Atlanta Division. Expert report on issues of false advertising and survey used as evidence of misleading and materiality claims. [Expert Report: September 22nd, 2010. Deposition: December 1st, 2010]

PamLab, L.L.C. and Metabolite Laboratories, Inc. vs. Brookstone Pharmaceuticals, L.L.C. a/k/a Acella Pharmaceuticals*, United States District Court, Eastern District of Louisiana. Expert report on issues of false advertising and survey used as evidence of misleading and material claims. [Expert Report: September 14th, 2010. Deposition: September 29th, 2010]

Confidential client. Design and implement survey used to determine market shares and price elasticity for brands of hair relaxers [2010].

DirecTV, Inc.* vs. Elephant Group, Saveology.com et al., United States District Court, Central District of California, Western Division. Consulting expert on likelihood of confusion in a trademark dispute over sale of trademarks as keywords. [2010]

Confidential client. Design and implement survey used to establish family of marks claim for not-for-profit agency [2010].

ConsumerInfo.com vs. J Willims and Edirect*, United States District Court, Central District of California, Western Division. Design and implement survey testing confusion and misleading advertising in a trademark dispute [2010].

Rosetta Stone LTD.* vs. Google, Inc. United States District Court, Eastern District of Virginia, Alexandra Division. Assist in design of a likelihood of confusion survey with regard to trademark or branded keyword searches using the Google search engine. [2010]

Sarah Butler

Confidential client. Advise and consult on rebuttal strategies in internet keyword case [2009].

Confidential client. Design and implement research used in false advertising suit for pre-paid international telephone calling cards [2009].

Mary Kay, Inc.* vs. Amy Weber, Scott Weber, and Touch of Pink Cosmetics, United States District Court, Nothern District of Texas, Dallas Division. Consulting expert on likelihood of confusion with regard to sale of branded products on a website [2008].

American Airlines, Inc.* vs. Google, Inc. United States District Court, Northern District of Texas, Fort Worth Division. Consulting expert in likelihood of confusion with regard to trademark or branded keyword searches using Google [2008].

Rocky Brands, Inc. and Rocky Brands Wholesale, LLC.* vs. Glen Bratcher, Westwood Footwear and Accessories, LLC and Nantong Hong Yi Wang Shoes Co., LTD., United States District Court, Southern District of Ohio, Eastern Division. Consulting expert on likelihood of confusion with regard to trade dress of footwear [2008].

Jack Branning et al. vs. Apple Computer, Inc.* Expert analysis on issues of sampling records in a consumer class action. [Testimony before judge, April 2008].

Real Estate Disposition Corporation* vs. National Home Auction Corporation, United States District Court, Central District of California. Consulting expert report on survey addressing materiality, confusion and misleading advertising [2008].

Faloney et al. vs. Wachovia Bank*, United States District Court, Eastern District of Pennsylvania. Assist in reports on issues related to common representations allegedly made to consumers in a precertification class action lawsuit [2008].

Redwood Fire and Casualty Insurance Company* vs. Personnel Plus et al. Superior Court of California, County of Los Angeles. Assist in expert report and sample design to estimate workman's compensation premiums from employee payroll records [2008].

BAA Scottish Airports Market Inquiry, U.K. Competition Commission. Expert review of sample design and survey commissioned by the U.K. Competition Commission to determine price sensitivities and potential switching to alternative airports for an inquiry into BAA ownership of airports in Glasgow and Edinburgh [2008].

Lulu Enterprises, Inc.* vs. Hulu, LLC a/k/a N-F Newsite LLC et al. Eastern District of North Carolina, Western Division. Design qualitative research to evaluate consumer confusion between two website names in trademark infringement case [2007].

Federal Trade Commission* vs. Whole Foods Market, Inc and Wild Oats Markets, Inc., United States District Court, District of Columbia. Assist in preparing rebuttal report on sampling and survey design issues in an antitrust proceeding related to a preliminary injunction to block a proposed merger of Whole Foods Markets Inc and Wild Oats [2007].

<u>Zill et. al vs. Sprint Spectrum L.P. and Wireless Co. LP\*, Superior Court of California, County of Alameda.</u> Review the sampling, survey design, survey implementation, and the use of contingent valuation survey to estimate damages in a wireless communications class action. Design focus group guides and telephone survey to understand consumer perception of handset locking [2007].

<u>CRP Project 4c/d Water Framework Directive Benefits Study</u> <u>Department for Environment, Food and Rural Affairs</u> – Expert member of multistage study involving consulting firms, corporate interests and academics. Survey expert asked to design cognitive interview guides, focus group guides and stated preference questionnaire to test consumer willingness to pay for environmental improvements to water bodies across the U.K. Results used to inform policy decisions on how to comply with EU regulations [2006 – 2007].

\* Retaining party

## Publications and Presentations

ABA Webinar "The Use of Surveys in Advertising Substantiation" (June 23, 2011).

"Meeting the New Standards for Reasonable Royalties," (February, 2011) with Mario Lopez. *Law360.*

"Survey Evidence in False Advertising Cases," (Winter, 2010). *The Antritrust Trial Practice Newsletter.*

"The Use of Surveys in Litigation: Recent Trends," (April, 2010) with Kent Van Liere. National Economic Research Associates, Inc.

"Emerging Issues in the Use of Surveys in Trademark Infringement on the Web," with Kent Van Liere. Paper published in the *Advanced Trademark & Advertising Law Conference* proceedings, September 2007, Seattle, WA.

"An Analysis of the Hypothetical Situations in Willingness to Pay Studies." Paper presented at the July 2006 Thematic Seminar "Quality Criteria in Survey Research," hosted by World Association for Public Opinion Research, Lake Como, Italy.

"Use of Surveys in Intellectual Property Disputes," (2005) with Eugene P. Ericksen, in *Economic Approaches to Intellectual Property Policy, Litigation and Management Issues,* Gregory K. Leonard and Lauren J. Stiroh (eds.) National Economic Research Associates, Inc.

"Response Rate Standards: Lessons from the 2004 Presidential Polls." Paper presented at the 2005 Annual Meeting of American Association of Public Opinion Research, Miami Beach, FL.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, March 2004 Charlotte, NC.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, January 2004 San Diego, CA.

Sarah Butler

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, June 2003, McLean, VA .

## Professional Associations

Member, American Association of Public Opinion Research and World Association for Public Opinion Research, Member, American Statistical Association, Member, American Bar Association, Intellectual Property Section, Member, International Trademark Association (INTA), Reviewer for *Trademark Reporter*, Member, American Marketing Association.

# Exhibit B

PRIVILEGED AND CONFIDENTIAL

**Exhibit B**
**Materials Considered**

## Court Documents

- Affidavit of Anthony H. Hardaway, dated August 19, 2008

- Third Amended Complaint, dated November 16, 2009

- Declaration of Professor V. Seenu Srinivasan dated January 21, 2013. Case No. 4:10-cv-00475-JCS

- *Apple, Inc. v. Samsung Electronics, Co.* Case No. 11-CV-01846-LHK

- United States District Court for Eastern District of Texas in *Convolve, Inc. v. Dell, Inc.* Case No. 2:08-cv-244

## Depositions

- Deposition Transcript of Gina Glazer, dated June 10, 2009

- Deposition Transcript of Tracy L. Allison, dated June 17, 2009

- Deposition Transcript of Anthony Hardaway, dated September 16, 2009

- Deposition Transcript of Sarah Butler, dated December 12, 2012

- Deposition Transcript of Dr. Timothy Bresnahan, dated April 18, 2013

- Deposition Transcript of Itamar Simonson, dated April 22, 2013

## Reports

- Expert Report of Sarah Butler and affiliated exhibits, dated November 2, 2012

- Rebuttal Expert Report of Dr. Timothy Bresnahan and affiliated exhibits, dated March 8, 2013

- Rebuttal Expert Report of Dr. Itamar Simonson and affiliated exhibits, dated March 22, 2013

- Rebuttal Expert Report of Dr. Itamar Simonson and affiliated exhibits, dated December 16, 2009

## Data

- Washing Machine Prices on Home Depot Websites

- Simonson Satisfaction Survey Data, W0568150

- Simonson Satisfaction Survey Codes, W0538077

- Simonson Appliance Data, W0543547

- Simonson Appliance Data Codes, W0543548

1

PRIVILEGED AND CONFIDENTIAL

- Stevenson Traqline Data, W0539513 – W0539518

- Energy Star Certified Residential Clothes Washer Data, available at https://data.energystar.gov/products/find-a-product/certified-clothes-washers

## **Documents from Whirlpool**

- Laundry Habits & Practices, dated January 2000, W0215665 - W0215968

- H-Axis Improvements:Quantitative Research, dated November 2002, W0170306 - W0170443

- Competitive Laundry Research Quantitative/Qualitative, Smith-Dahmer Associates, dated April 2004, LLC, W0478736 - W0478915

- Customer Value Added: Front Load Clothes Washer, June 2004, W0101651 - W0101734

- Sears Training Bulletin, dated December 2005, W0471715 - W0471716

- Horizon Launch Satisfaction: Kenmore HE2 Washer and Dryer, dated January 2006, W0066497 - W0066544

- Whirlpool Clean-Out Qualitative Topline Report, dated December 5 2006, W0368079 - W0368085

- "CleanOut" CET Tollgate, dated March 28, 2007, W0054743 - W0054770

- Email between Kathy Henderson and Charles Martin regarding Affresh, dated June 8 2007, W0373398 - W0373401

- Affresh: Marketing Programs & Executional Considerations, dated June 14th, 2007, W0364128 - W0364142

- Washer Optimization Study, dated January 24, 2008, W0057270 - W0057345

- Alpha Features - Consumer Insights, dated July 2008, W0050414 - W0050500

- Wendeline Ortiz and Cari Groppel, Laundry Innovation Update,  dated July 2008, W0105638

- Alpha Project I-box, Cari Groppel, dated December 2008, W0221183 - W0221249

- Alpha Features, Julie Martin, dated January 2009, W0050835 - W0050867

- Horizon Purchase Drivers and Buyers, dated January 2008, W0144580 - W0144624

- TDP for TFE: Temperature-enhanced Clean Washer cycle, dated December 6, 2011, W0488882 - W0488894

- General Cleanout document, W0373381 - W0373391

- Laundry Habits & Practices, dated September 2012, W0532595 - W0532822

2

PRIVILEGED AND CONFIDENTIAL

- Whirlpool Market Research on Additional Washer Features, W0206663 - W0206714

- Whirlpool Fabric Care Guide, W0482862 - W0482895


**Research Publications**

- Aguilar, Francisco and Zhen Cai (2010). "Conjoint effect of environmental labeling, disclosure of forest of origin and price on consumer preferences for wood products in the US and UK," in *Ecological Economics*, vol. 70(2), p. 308-316.

- Borhrnstedt, George and David Knoke (1994), *Statistics for Social Data Analysis: Third Edition*, Itasca, IL.:F.E. Peacock Publishers, Inc.

- Dhar, Ravi and Itamar Simonson (2003), "The Effect of Forced Choice on Choice" in *Journal of Marketing Research.* Vol. 40(2), p.146-160.

- Diamond, S. (2011), "Reference Guide on Survey Research" ,*Reference Manual on Scientific Evidence Third Edition*, Federal Judicial Center .

- Hauser, John R., Ely Dahan, Michael Yee, and James Orlin (2006), "'Must Have Aspects vs. Tradeoff Aspects in Models of Customer Decisions." Sawtooth Software Conference Proceedings, p.169-181.

- Johnson, Rich and Bryan Orme (2003), "Getting the most from CBC." Sawtooth Software White Paper.

- Kivetz, Ran and Itamar Simonson (2000), "The Effects of Incomplete Information on Consumer Choice," in *Journal of Marketing Research,* Vol. 37(4), p. 427 – 448.

- Lang, Michael. (2011), "Conjoint Analysis in Marketing Research".  GRIN Verlag,  p. 12

- Lohr, Sharon (1999). *Sampling Design and Analysis.* Pacific Grove, CA: Duxbury Press.

- Mittal, Vikas and Wagner A. Kamakura (2001), "Satisfaction, Repurchase Intent, and Repurchase Behavior: Investigating the Moderating Effects of Customer Characteristics," in *Journal of Marketing Research,* Vol. 38(1), p. 131-142.

- Mueller, Karsten, M. Voelkle, and K. Hattrup (2011), "On the relationship between job satisfaction and non-response in employee attitude surveys," in *Journal of Occupational and Organizational Psychology*, Vol 84(4),  p. 780-798.

- Orme,  Bryan (2010), *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research.* Second Edition, Madison, WI.: Research Publishers LLC.

PRIVILEGED AND CONFIDENTIAL

- Parker, Jeffrey R. and Rom Y. Schrift (2011), "Rejectable Choice Sets: How Seemingly Irrelevant No Choice Options Affect Consumer Decision Processes" in *Journal of Marketing Research,* Vol. 48(5), p.840-854.

- Presser, Stanley, Jennifer Rothgeb, Mick Couper, Judith Lessler, Elizabeth Martin, Jean Martin, and Eleanor Singer. (2004), Methods for Testing and Evaluating Survey Questionnaires. Hoboken, New Jersey: Wiley Interscience.

- Simonson, Itamar and Ran Kivetz, (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, edited by S. Diamond and J. Swann. ABA Section of Intellectual Property Law.

- Simonson, Itamar; Chezy Ofir, and Song-Oh Yoon (2007), "Customer Compliance with Presumed Market Research Goals: Motivational Drivers of Negative  Service Evaluations". Research Paper No. 1962. Stanford Graduate School of Business Research Paper Series.

- Sudman, Seymour, Norman Bradburn, and Norbert Schwartz (1996), *Thinking About Answers: The Application of Cognitive Processes to Survey Methodology.* Jossey-Bass Publishers: San Francisco.

- "The CBC Advanced Design Module: Sawtooth Technical Paper Series", dated June, 2008.

- Tourangeau, Roger, Lance Rips, and Kenneth Rasinski (2007), *The Psychology of Survey Response*. Cambridge University Press: New York.

# Exhibit C

Case: 1:08-wp-65000-CAB  Doc #: 302-7  Filed:  05/02/14  70 of 106.  PageID #: 10761

April 8 –10, 2013 | W Hotel, Atlanta, GA

# ARM 2013

## Applied Research Methods



**CHOOSE YOUR FOCUS » ALL-TUTORIAL TRAINING**

MarketingPower.com/ARM

AMERICAN MARKETING ASSOCIATION

Connecting.
Informing.
Advancing.

## 2013 Spring ARM Schedule

| Monday April 8, 2013 | | | Registration Open: 7:15am |
|---|---|---|---|
| 7:45 am - 8:15 am | **Continental Breakfast** | | |
| 8:15am – 12:15noon (4-Hour Tutorials) | **A. Basic Statistics for Marketing Research** Neil Helgeson, Director, TNS | **B.  Online Research Evolution: Panel Management and Community Research** Jeffrey Henning, Editor-in-Chief, Researchscape.com | |
| 12:15pm – 1:15pm   Lunch | | | |
| 1:15pm – 5:15pm (4-Hour Tutorials) | **E.  Online Research Essentials** Jeff Miller, Chief Executive Officer, Burke, Inc. | **F.  Market Segmentation Basics** Jackie Dawley, President, Insight Analysis | n/a |
| 1:00pm – 3:00pm (2-Hour Tutorial) | **H.  Presenting Results: How to Speak Marketing Research with a  Management Accent** Richard Chay, Co-Founder, Chay McQueen LLC | n/a | n/a |
| 3:15pm – 5:15pm (2-Hour Tutorial) | **I. Measurement and Questionnaire Design** Michael Zicha, President, Zicha & Associates | n/a | n/a |
| 5:30pm – 6:30pm   Networking Hour | | | |
| **Tuesday April 9, 2013** | | | Registration Open: 7:15am |
| 7:45 am - 8:15 am | **Continental Breakfast** | | |
| 8:15am – 12:15pm (4-Hour Tutorials) | n/a | **EE.  Online Research Essentials** Jeff Miller, Chief Executive Officer, Burke, Inc. | **J.  Analyzing Customer Satisfaction Surveys** Susan Devlin, Principal, The Artemis Group, LLC |
| 8:00am – 10:00am (2-Hour Tutorial) | **K.  Solving Problems with Marketing Research** Lawrence Gibson, Consultant | n/a | n/a |
| 10:15am – 12:15pm (2-Hour Tutorial) | **II. Measurement and Questionnaire Design** Michael Zicha**,** President, Zicha & Associates | n/a | n/a |
| 12:15pm – 1:15pm   Lunch | | | |

| Time | | | |
|---|---|---|---|
| 1:15pm – 5:15pm (4-Hour Tutorial) | n/a | **M. Introduction to Multivariate Analysis** Chuck Chakrapani, Ted Rogers School of Management, Ryerson University | n/a |
| 1:00pm – 3:00pm (2-Hour Tutorials) | **N. Balancing Data and Dialogue: Cultivating Insights that Matter** Susan Spaulding, EVP/Principal, The Pert Group | **O. Advanced Segmentation: Selected Topics** Jackie Dawley, President, Insight Analysis | n/a |
| 3:15pm – 5:15pm (2-Hour Tutorials) | **P. Weighting the Data: Principles, Peril and Pitfalls** David Lyon, Principal, Aurora Market Modeling, LLC | **Q. Leveraging Social Communities and Market Research** Paul Janowitz, CEO & Founder, icanmakeitbetter | n/a |
| **Wednesday April 10, 2013** | | | Registration Open: 7:15am |
| 7:45 am - 8:15 am | **Continental Breakfast** | | |
| 8:15am – 12:15noon (4-Hour Tutorials) | **R. Survey-Based Approaches to Pricing Research** David Lyon, Principal, Aurora Market Modeling, LLC | n/a | n/a |
| 8:00am – 10:00am (2-Hour Tutorial) | **U. A Pragmatic Approach to Social Media Market Research** Jeffrey Henning, Editor-in-Chief, Researchscape.com | n/a | n/a |
| 10:15am – 12:15pm | **V. Making Smarter Decisions with Google Analytics** Caleb Whitmore, CEO and Founder, Analytics Pros | n/a | n/a |
| 12:30pm – 1:30pm   Lunch | | | |

# Applied Research Methods: Tutorial Descriptions

## Tutorial A: Basic Statistics for Marketing Research

**Neil Helgeson,** *Director, TNS*

Statistical analyses are widely used (and misused) throughout marketing research. This tutorial is designed to explain the use and interpretation of common descriptive and inferential statistics in marketing research. Throughout the discussion, the emphasis will be on the rationale for using the techniques and their applications, interpretation and communication, rather than the mechanics of calculation or the underlying mathematical theory.

Key Take-Aways:
- An understanding of the basic principles behind descriptive and inferential statistics
- The ability to correctly interpret and use statistical tests
- An awareness of the common pitfalls and mistakes in the use of statistical tests
- An understanding of the concept of statistical power and how it can be used to determine the proper sample size for a study

## Tutorial B: Online Research Evolution: Panel Management and Community Research

**Jeffrey Henning,** *Editor-in-Chief, Researchscape.com*

In the past 10 years, online surveys have become the most used quantitative research method. Organizations are using surveys so frequently that they are over surveying and missurveying their customers and employees. Custom panel management is emerging as an important discipline to enable central coordination of research. Unfortunately, organizations that incorrectly set up their panel and research processes can end up producing data that is not representative of their audience. This tutorial will provide best practices in panel management and will share case studies so that you can conduct more online research while surveying individual panel members less often. While quantitative research has moved online, qualitative research has remained predominantly offline. MROCs (Market Research Online Communities), sometimes in conjunction with panel management, have emerged as the preferred method of conducting qualitative research through the Internet. MROC methods are in a state of experimentation; this tutorial will share case studies and best practices and will provide a taxonomy of different types of online communities with their corresponding strengths and weaknesses.

Key Take-Aways:
Attendees will leave with:
- Enough knowledge to set up and maintain their own custom panel
- A blueprint for launching a market research online community



Connect With Us: #AMAArm


## TUTORIALS E & EE: Online Research Essentials

**Jeff Miller,** *Chief Executive Officer, Burke, Inc.*

The Internet continues to transform how marketing research is being conducted and reported, offering the promise of better, faster and cheaper data collection. However, misuse of the medium could produce results that are of no benefit to your organization. Additionally, as the research community becomes increasingly reliant on online panels, some data quality problems have emerged. This tutorial will explore the reality of today's online research environment, including important pitfalls to avoid. We will explore current industry best practices in conducting online survey research.

Specific topics will include:

- Overview of the online research environment
- Validation issues
- Online sampling
- Panel quality issues
- Online questionnaire issues
- Best practices in executing online research
- Online qualitative research
- Emerging online research environments and technology

### Key Take-Aways:

Attendees will leave with:

- A heightened awareness of the pitfalls of online research
- A framework to help them better design and implement online research projects

## TUTORIAL F: Market Segmentation Basics

**Jackie Dawley, PhD,** *President, Insight Analysis*

This tutorial will introduce you to the process of market segmentation, a key part of modern strategic marketing. We will discuss criteria for effective segmentation, designing segmentation studies, choosing segmentation measures, and techniques to develop segments. A conceptual explanation of common segmentation tools, including tree analysis and cluster analysis, will be included. Common problems encountered in segmentation studies will also be discussed. Case studies will be used to illustrate major points and analysis techniques.

### Key Take-Aways:

- After attending this tutorial, users of market segmentation studies will be able to design improved segmentation studies that provide useful and actionable results
- Both buyers and sellers of research services will achieve a better understanding of the segmentation process, alternative techniques, common problems and solutions





Connect With Us: #AMAArm

## TUTORIAL H: Presenting Results: How to Speak Marketing Research with a Management Accent

**Richard Chay,** *Co-Founder, Chay McQueen LLC*

This tutorial focuses on impactful tips, tools and techniques to use when presenting to upper management and clients. Short cases, examples and stories bring the ideas to life.

Key Take-Aways:
- Convert research results into financial outcomes
- Deal with the tough questions that often arise when presenting
- Manage web-based presentation tools
- Give even better presentations

## TUTORIALS I & II: Measurement and Questionnaire Design

**Michael A. Zicha,** *President, Zicha & Associates*

This seminar operates on two levels. Those with limited marketing research experience will be exposed to several ideas they can use in their daily work, while more experienced researchers will gain new insights into the research design process. An interdisciplinary approach is used integrating material from psychological measurement, consumer behavior, marketing strategy and statistical analysis. Attendees will learn to better conceptualize the research problem and develop a questionnaire that truly addresses the study objectives.

Key Take-Aways:
- The concept of using a reverse engineering approach to questionnaire development
- Relative (comparative) versus absolute (non-comparative) scales
- Question wording, order, flow, context, etc.
- Questionnaire design issues related to frequently used applications, such as segmentation, trade-off methods (e.g. discrete choice modeling, conjoint analysis, etc.), customer satisfaction, brand image/positioning and attribute importance

## TUTORIAL J: Analyzing Customer Satisfaction Surveys

**Susan J. Devlin,** *Principal, The Artemis Group, LLC*

Many companies use satisfaction and relationship surveys to track customers' perceptions of their products and services, and to measure the strength of their relationship with customers compared with their competitors. This tutorial moves beyond routine reporting of results to introduce and compare in-depth analytical techniques that help support business decisions. The information will be presented in the context of typical business questions, such as:

- How strong is my competitive position?
- What are the major themes in customers' opinions?
- What should my company's priorities be?
- What process thresholds trigger customer dissatisfaction or delight?
- What objectives should I set to achieve a strong competitive position and motivate employees?



Connect With Us: #AMAArm

Key Take-Aways:
- Using case studies focused on these questions, the class will explore the following analytical issues:
- Verbatim coding as a tool for scale interpretation
- Integrating sampling error in allocating corporate objectives
- Using factor analysis to identify/define latent variables driving customer responses
- Using CVA to compare competitors
- Reviewing standard tests for the difference in means and proportions, and introducing trellis plots for multivariate comparisons
- Comparing linear least squares regression, classification trees, and logit modeling and structured equations as tools for computing "importance" and modeling "opportunity"
- Addressing multicolinearity and missing data effectively
- Demonstrating the use of simple two-way tables, moving averages and classification trees to link customer survey data to internal customer records

## TUTORIAL K: Solving Problems with Marketing Research

**Lawrence Gibson, Consultant**

We discuss a different approach to marketing research--an approach which starts with what we are trying to accomplish—solve problems—rather than what we do, "gather, record, and analyze data."

As we examine, with real cases, the individual problem solving steps—problem identification and definition, idea generation and evaluation—we see how the character of the step dictates the character of the most useful research for that step.

## TUTORIAL M: Introduction to Multivariate Analysis

**Chuck Chakrapani, PhD, *Ted Rogers School of Management, Ryerson University***

Multivariate techniques offer powerful solutions to marketing problems. Unfortunately, most books on the subject are far too technical for the average researcher. The purpose of this tutorial is to go beyond a superficial description of the techniques, to the extent a non-technical course would allow. Give us your complete attention for four short hours and we will teach six important techniques: factor analysis, cluster analysis, perceptual mapping, regression analysis, discriminant analysis and conjoint analysis. You will know what these techniques are, what problems they are designed to solve, what programs are commonly used, how to interpret the basic outputs and the pitfalls you should be aware of. You will never look at the data the same way — ever again! A fun, non-superficial and painless first introduction.

Key Take-Aways:
You will:
- Understand the power of multivariate techniques
- Be able to use the right technique in the right context
- Be able to communicate your results to others more effectively



Connect With Us: #AMAArm


## TUTORIAL N: Balancing Data and Dialogue: Cultivating Insights that Matter

**Susan Spaulding**, *EVP/Principal, The Pert Group*

Data often surfaces the issues or challenges your organization may face as it relates to customer acquisition or retention, but it takes a dialogue with the customer to really understand the reasons behind the issues. Most organizations fail to leverage the combined power of transactional data and customer voice to glean relevant and actionable insights that truly shape and drive successful marketing strategy. From product development to brand positioning, the session is designed to get you thinking outside the "data box."

This interactive think tank will focus on identifying:
- Barriers to accessing relevant customer data
- The most effective methodologies to facilitate worthwhile dialogue
- A process for bringing data and dialogue together to develop actionable insights
- Potential cost drivers and ways to overcome them

## TUTORIAL O: Advanced Market Segmentation: Selected Topics

**Jackie Dawley, PhD**, *President, Insight Analysis*

Market segmentation is an integral part of modern strategic marketing, but the process of developing a useful segmentation scheme is often difficult, requiring a substantial investment of resources, and is fraught with potential for failure. Despite the substantial challenges inherent in market segmentation analysis, it can give a company a substantial competitive advantage for many years to come. Building an actionable segmentation scheme is an iterative, dynamic and time-consuming process. This session will include in-depth discussion of some of the measurement and analysis issues involved in the process of developing market segments.

Using case examples as illustrations, topics that will be covered include:
- Basis variable measurement, selection and standardization
- Segment homogeneity
- Determining the number of segments
- Segmentation reliability
- Performance on a criterion measure

The session will include discussion of new developments in segmentation, including cluster ensembles and concurrent segmentation. An introduction to latent class-based segmentation will be included, as well as a comparison of segmentations produced using the alternative methods of latent class and cluster analysis. Prior knowledge required: A basic understanding of market segmentation terms and concepts will be useful. In addition, some familiarity with cluster analysis would be helpful.

Key Take-Aways:
Attendees will leave with:
- A better understanding of the issues involved in designing and implementing successful market segmentation studies
- Knowledge of how to use the latent class analysis as a market segmentation tool



 

## TUTORIAL P: Weighting the Data: Principles, Perils and Pitfalls

**David W. Lyon,** *Principal, Aurora Market Modeling, LLC*

Some researchers act as if any weighting scheme amounts to fudging the data, while others seem to think weighting can easily fix every possible problem in their sample or data. The truth, of course, is somewhere in between. This tutorial will clarify the upsides and downsides of weighting, its relationship to sample design, when it is required and when it is optional. It will stress using the notion of the "effective sample size" as a key indicator of how much downside there may be. It will also survey the basic principles and calculations of weighting, including coverage of "rim weighting" (also known as "raking" or "iterative proportional fitting"), and weight on multiple variables at once.

Key Take-Aways:
- Understanding of when weighting is required vs. "nice" vs. unneeded
- Understanding effective sample size as a way to evaluate weighting effects
- Basic templates and methods for weighting calculations
- How to structure samples to avoid weighting problems

## Tutorial Q: Leveraging Social Communities and Market Research

**Paul Janowitz,** *CEO & Founder, icanmakeitbetter*

This interactive discussion will explore the intersection of social, innovation and traditional market research. It will look closely at crowdsourced innovation and research and how it has been applied globally at Dell and with other organizations. We will present case studies of our innovation and research conducted on www.icanmakeitbetter.com - the first integrated social innovation and research platform. We will look at how to use social media not just as a marketing channel but a channel that can drive business intelligence and action (market research and marketing intelligence) back into organizations.

We will explore how to leverage online insights and social communities to drive product innovation, improve marketing strategies, build custom MROCs, and generate valid research insights. Best practices will be discussed along with "do's and don'ts", external validation with traditional methods and more. These case studies and innovations in research will discuss and show the ROI, and organizational change globally brought about by these new research methodologies.

## TUTORIAL R: Survey-Based Approaches to Pricing Research

**David W. Lyon,** *Principal, Aurora Market Modeling LLC*

This tutorial will describe various methods of measuring price-demand relationships in surveys. Methods covered will range from direct questioning approaches, including the van Westendorp PSM technique, to trade-off techniques, including standard conjoint analysis and some choice based techniques. Each approach will be briefly introduced, followed by a discussion of its advantages, disadvantages, limitations and any special considerations.

Key Take-Aways:
- Better knowledge of how to select and evaluate techniques for specific pricing problems
- An understanding of the strengths and limitations of several popular approaches





Connect With Us: #AMAArm

## Tutorial U: A Pragmatic Approach to Social Media Market Research

**Jeffrey Henning,** *Editor-in-Chief, Researchscape.com*

Social media sites like Twitter provide an excellent qualitative source of market research on your prospects, customers and competitors. This presentation reviews the strengths and weaknesses of social media research and gives examples of how to integrate such research into your traditional survey projects.

Topics covered include:
- Social media as a source of ethnographic research
- The advantages of social media over surveys
- Where social media can lead you astray
- How to fuse social media and survey research together
- Social media market research ethics

### Key Take-Aways:
This session will give you practical, real-world guidance that you can immediately begin applying to your organization or your clients' brands as you seek to understand and serve customers better.

## Tutorial V: Making Smarter Decisions with Google Analytics

**Caleb Whitmore,** *CEO & Founder, Analytics Pros; Founder of Conferences GAUGE and BEST Practices; Author of "Performance Marketing with Google Analytics: Strategies and Techniques for Maximizing Online ROI"*

If you've used Google Analytics, you know it gives you access to a lot of data. But you also know how overwhelming all that data can be. Attend this session to learn how you can maximize your marketing efforts and website effectiveness by using Google Analytics to measure and optimize each component of your digital landscape. During this keynote, we will explore how Google Analytics can play a pivotal role in your organization's digital strategy and form the foundational component of a platform of tools and processes needed to turn the idea of analytics and optimization into a reality.

### Key Take-Aways:
- Best practices for creating a strategically driven digital analytics solution based on work with hundreds of companies worldwide.
- The seven causes of failure with Google Analytics, and how to avoid them.
- A four-pillar model for strategic success with your digital analytics efforts.
- What skill-sets you need in your team in order to implement and use Google Analytics effectively.
- Seven Google Analytics essentials you should be doing.
- A rundown of the latest and greatest features in Google Analytics and how you can best take advantage of them.



 

Case: 1:08-wp-65000-CAB  Doc #: 302-7  Filed:  05/02/14  80 of 106.  PageID #: 10771

## Kenneth E. Train

### University of California, Berkeley

HOME
PAPERS
BOOKS
SOFTWARE
COURSES
WORKSHOPS
RESUME

# A Distant Learning Course on Discrete Choice Methods with Simulation

This distant learning course is based on the in-person course that I taught at UC Berkeley in Spring semester 2001. The distant learning course includes videotapes of the lectures that I gave, readings, and problem sets. Starting in Spring 2008, I have been giving a revised version of the course, with somewhat different schedule and problem sets. However, the lectures of the revised course were not video-taped. You can examine the revised version of the course by clicking here. If you are watching the video-taped lectures, be sure to use the schedule and problem sets given below (rather than for the revised course), since the video-taped lectures follow this schedule and discuss these problem sets.

- Syllabus
- Textbook
- Lectures
- Problem Sets

Nonprofit Org.
U.S. Postage
**PAID**
Permit No. 3602
Berwyn, IL 60402

**American Marketing Association**
311 South Wacker Drive #5800
Chicago IL 60606-2266

AMERICAN **MARKETING** ASSOCIATION

TRAINING SERIES

CONJOINT ANALYSIS AND
DISCRETE CHOICE MODELING:

*Introduction, Comparison, and Evolution*

BOSTON, MA  JANUARY 29-30

SAN DIEGO, CA  FEBRUARY 12-13

CHICAGO, IL  FEBRUARY 26-27

To register visit www.MarketingPower.com/tsconjointanalysis
or call 800.AMA.1150.



# CONJOINT ANALYSIS AND DISCRETE CHOICE MODELING:
*Introduction, Comparison, and Evolution*

AMERICAN MARKETING ASSOCIATION
## TRAINING SERIES

BOSTON  JAN 29-30  |  SAN DIEGO  FEB 12-13  |  CHICAGO  FEB 26-27

Market driven organizations focus on the buyer when making crucial strategic decisions. Conjoint analysis and discrete choice modeling capture buying processes and provide considerable insight into how buyers are likely to act. These techniques not only allow researchers to describe and explain buyer behavior, but also enable us to accurately predict these behaviors.

AMERICAN **MARKETING** ASSOCIATION



TRAINING SERIES

# CONJOINT ANALYSIS AND DISCRETE CHOICE MODELING:

*Introduction, Comparison, and Evolution*

This tutorial will introduce you to two unique, state-of-the-art survey research approaches, conjoint analysis and discrete choice modeling. These techniques are most frequently used to design new products and services, estimate price sensitivity, segment markets, measure brand equity, and develop competitive strategies.

The information will be presented from a non-technical, managerial perspective and these techniques will be described in the context of the research process; from research design to data collection and data analysis. Case studies from the instructor's consulting practice and group exercises will be used to illustrate the major points. Learning when to apply each technique as well as similarities and differences between the methodologies will be emphasized.

## LEARNING OBJECTIVES:

• To help your organization develop a superior ability to understand, attract, and keep valuable customers.

• To provide you with tools to shift the perception of marketing research from merely a data provider to a valued strategic business partner.

• To understand the similarities and differences between these methods so you can assess whether this set of methods is of value when addressing the management issue at hand.

• To better match your client's current research need to the plethora of conjoint design, data collection, and analysis options available.

• To improve the quality of your participation in the research process by understanding the assumptions, strengths, weaknesses, and caveats of the conjoint and choice modeling approaches used by researchers today.

• To enable you to develop more accurate models of consumer choice so you can help enhance management decision quality.

*Knowledge of the survey research process is required. A basic understanding of statistics and experimental design would be helpful but not essential.*

## BENEFITS OF ATTENDING:

As users of these methods, you will be able to provide actionable results in the areas of:

• Product and service design
• Loyalty program design
• Pricing
• Market segmentation
• Brand equity
• Competitive strategy

If you are a buyer of these techniques, more informed decisions will result from attending this tutorial. If you are a seller of these techniques, you will be able to more accurately represent these methods to prospects and clients.

## ABOUT THE INSTRUCTOR

MICHAEL G. MULHERN, Ph.D. is President of Mulhern Consulting, which he founded in 1981. Mulhern Consulting provides clients with two sets of services: 1) custom survey research and 2) marketing database modeling. Product design and positioning, pricing, segmentation, brand equity, customer satisfaction and retention, and demand forecasting are the marketing issues most often addressed with his clients. Prior to starting his consulting firm, Dr. Mulhern earned his Ph.D. in Marketing from the University of Washington where he specialized in Marketing Strategy, Research Design, and Applied Statistics. Dr. Mulhern has been teaching practitioner workshops on conjoint analysis and discrete choice modeling since 1994.

## DAY 1   8:00 AM – 5:00 PM

| CONTINENTAL BREAKFAST | LUNCH 12:00 - 1:00 PM |
|---|---|
| **Morning: Introduction and Essentials** | **Afternoon: Comparison** |
| • *Background and Rationale* | • *Case Studies—Ratings vs. Choice Based Conjoint* |
| • *Concepts and Terminology* | • *Comparing Ratings and Choice Based Conjoint* |
| • *Measuring Attribute Importance* | • *Caveats* |
| • *Buyer Decision Processes* | • *Rules of Thumb* |
| • *Conducting a Conjoint Study* | • *Summary* |
| • *Group Exercise* | • *Group Exercise* |

## DAY 2   8:00 AM – 5:00 PM

| CONTINENTAL BREAKFAST | LUNCH 12:00 - 1:00 PM |
|---|---|
| **Morning: Evolution** | **Afternoon: Evolution** |
| • *Quick Review of Day 1 Material* | • *Making Conjoint Strategic* |
| • *Expanding the Conjoint Toolset* | • *Group Exercise* |
| • *Improving the Quality of Conjoint Studies* | • *Challenging Conjoint's Assumptions* |
|  | • *Communicating Conjoint's Value to Management* |
|  | • *Group Exercise* |
|  | • *Summary and Conclusion* |

## LOCATIONS

**JANUARY 29-30**
BOSTON
*The Batterymarch
Conference Center
60 Batterymarch Street
2nd Floor
Boston, MA 02110
Phone: 617.556.8000
www.ahl-batterymarch.com*

**FEBRUARY 12-13**
SAN DIEGO
*The Westin Horton Plaza
San Diego
910 Broadway Circle
San Diego, CA 92101
Phone: 619.239.2200
www.westin.com/hortonplaza*

**FEBRUARY 26-27**
CHICAGO
*Gleacher Center
450 N Cityfront Plaza Drive
Chicago, IL 60611
Phone: 312.464.8787
www.gleachercenter.com*

## PRICING

| | |
|---|---|
| MEMBER | $1375 |
| NEW MEMBER PLUS* | $1610 |
| NON-MEMBER | $1660 |

*Join the AMA today and save! Your AMA New Member Plus registration will include a one-year AMA membership.*

## EARLY REGISTRATION DEADLINES**

| | |
|---|---|
| BOSTON | DECEMBER 29 |
| SAN DIEGO | JANUARY 12 |
| CHICAGO | JANUARY 26 |

**Please add an additional $100 to price after early registration deadline(s).*

## TO REGISTER VISIT

www.MarketingPower.com/tsconjointanalysis or call 800.AMA.1150.

Case: 1:08-wp-65000-CAB  Doc #: 302-7  Filed:  05/02/14  83 of 106.  PageID #: 10774



## DISCRETE CHOICE ANALYSIS: PREDICTING DEMAND AND MARKET SHARES

**Date: June 17-21, 2013 | Tuition: $3,900 | Continuing Education Units (CEUs): 2.8**
**Application Deadline »**

Share  |

Overview  |  Learning Objectives  |  Who Should Attend  | Program Outline  |  Schedule  |
Participants' Comments  |  About the Presenters  |  Scholarships  |  Location

REGISTER NOW  >    STATUS OPEN   This course is still accepting registrations.

### OVERVIEW

This one-week program undertakes an in-depth study of discrete choice models (logit, nested logit, generalized extreme value, probit, logit mixtures), data collection, specification, estimation, statistical testing, forecasting, and application. The covered topics include analysis of revealed and stated preferences data, sampling, simulation-based estimation, discrete panel data, Bayesian estimation, discrete-continuous models, menu choice, and models with latent variables. The course includes practical application sessions where participants will be provided with discrete choice software to learn how to use real databases to estimate and test discrete choice models taught in lecture and gain hands on experience in using new discrete choice techniques for practical applications. By examining actual case studies of discrete choice methods, students will be familiarized with problems of model formulation, testing, and forecasting.

Discrete choice models are widely used for the analysis of individual choice behavior and can be applied to choice problems in many fields such as economics, environmental management, urban planning, etc. For example, discrete choice modeling is used in marketing research to guide product positioning, pricing, product concept testing, and many other areas of strategic and tactical interest. Recent applications to predict changes in demand and market shares include areas such as choice of travel mode, coffee brand, telephone service, soft drinks and other foods, and choice of durables such as automobiles, air conditioners, and houses.

**Content**

0%                                                    100%

◼ **Fundamentals:** Core concepts, understandings and tools **(40%)**

◼ **Latest Developments:** Recent advances and future trends **(30%)**

◼ **Industry Applications:** Linking theory and real-world **(30%)**

**Delivery Methods**

0%                                                    100%

◼ **Lecture:** Delivery of material in a lecture format **(75%)**

◼ **Labs:** Demonstrations, experiments, simulations **(25%)**

**Level**

0%                                                    100%

◼ **Introductory:** Appropriate for a general audience **(25%)**

◼ **Specialized:** Assumes experience in practice area or field **(50%)**

◼ **Advanced:** In-depth explorations at the graduate level **(25%)**

### LEARNING OBJECTIVES

- Understand discrete choice models and their applications.
- Learn to apply new discrete choice techniques.

- Understand problems of data collection, model formulation, testing, and forecasting, as learned through case studies of discrete choice methods.
- Utilize commonly available software to estimate and test discrete choice models from real data bases.
- Evaluate theories of choice, random utility models, probabilistic choice models, alternative model formulations, statistical estimation procedures appropriate for alternative data sources, currently available computer software, tests of validity, and forecasting procedures.

**WHO SHOULD ATTEND**
This program is intended for academics and professionals interested in learning new discrete choice techniques and how to predict choice and forecast demand. They will gain hands-on experience in applying discrete choice software in real-world case studies. Participants need only have a basic working knowledge of statistical methods.

**PROGRAM OUTLINE**
The course consists of a series of lectures and labs that develop discrete choice concepts and techniques and demonstrate their applications. The labs offer hands-on experience in applying the material covered in the lectures using discrete choice software and real-world data sets. Please note that laptops are required for this course.

**Topics Covered Include the Following**:

Theories of choice, random utility models, probabilistic choice models, alternative model formulations, statistical estimation procedures appropriate for alternative data sources, currently available computer software, tests of validity, forecasting procedures, and examples of empirical applications.

More specifically, the following subjects will be addressed during the course:

- Choice Behavior
- Binary Choice Models
- Stated Preference Surveys
- Multinomial Choice Models: Properties of Probit, Logit and Discriminant Analysis
- Specification and Estimation of Discrete Choice Models
- Statistical Tests of Discrete Choice Models
- Forecasting and Micro-Simulation
- Nested Logit Models
- Multi-variate (Generalized) Extreme Value Models
- Mixture Models, such as Logit Kernel or Mixed Logit
- Simulation-based Estimation
- Bayesian Estimation
- Discrete Panel Data
- Combining Revealed and Stated Preferences
- Sampling Strategies for Discrete Choice Analysis
- Joint Discrete / Continuous Models
- Choice from a Menu
- Choice Models with Latent Variables

On the first day of class, participants will receive a copy of *Discrete Choice Analysis* by Moshe Ben-Akiva and Steven R. Lerman (MIT Press) and a set of additional reading materials covering recent developments and new applications.

**COURSE SCHEDULE, REGISTRATION TIMES, AND SPECIAL EVENTS**
View 2012 Course Schedule

2013 schedule will be posted in early spring.

Class runs 9:30 am - 5:00 pm every day.

Registration is on Monday morning from 8:45 - 9:15 am.

Special events include a reception for course participants and faculty on Monday night and a dinner on Thursday evening. All evening activities are included in tuition.

Please note that laptops are required for this course.

**PARTICIPANTS' COMMENTS**

Case: 1:08-wp-65000-CAB  Doc #: 302-7  Filed:  05/02/14  85 of 106.  PageID #: 10776

"Discrete choice analysis is one of the most valuable new tools available to marketers interested in understanding and predicting consumers' choices ... It goes beyond current textbook treatments of discrete choice analysis with discussions of state-of-the-art developments in the area and experimental applications." *Colleen Collins-Dodd, Assistant Professor of Marketing, Simon Fraser University, British Columbia*

"The MIT Summer Session in Discrete Choice Analysis is without doubt the most valuable course on the topic offered anywhere. Being taught by the very persons who have developed and implemented the field, the course strikes a perfect balance between theory and practice. To me, it was an intellectual thrill." *Lasse Fridstrom, Research Economist, Institute of Transport Economics, Norway*

"Discrete choice analysis is an effective way to evaluate a new service and forecast future demand. I have applied it to the estimation of userÆs preference ... in order to develop new telecommunication services." *Akiya Inoue, Senior Research Engineer, NTT Telecommunications Networks Laboratories*

"This course is an excellent review and introduction to discrete analysis theory, ... provides opportunities for hands-on applications. Further, the instructors are major contributors to this area. I highly recommend it." *Terence J. La Du, Member of Technical Staff, Bellcore*

### ABOUT THE PRESENTERS
The course director and principal lecturer is Moshe Ben-Akiva. Lab sessions are led by Dr. Carmine Gioia (Visiting Associate Professor, MIT; Ext. Associate Professor in Statistics, Copenhagen Business School; Senior Director Global Intelligence, Oticon AS; and CEO, Choice Science ApS).

### SCHOLARSHIPS
One full-tuition scholarship will be awarded to an outstanding doctoral student. Half-tuition scholarships are also available for doctoral students. Scholarship applications must include a CV and a letter stating the relevance of the course to the applicant's research.

Please contact Katie Rosa at krosa@mit.edu with any questions. The deadline to apply is **May 1, 2013**.

### Discounts for Faculty
In addition, a limited number of partial-tuition scholarships are available for teaching faculty, rank of instructor or higher, at other educational institutions. You may submit a scholarship request by filling out a Scholarship Request Form after your application to the course has been submitted. Please note that these scholarships are only for tuition and do not cover travel, lodging, or other expenses associated with the course.

If you have any questions please contact the Short Programs office.

### LOCATION
This course takes place on the MIT campus in Cambridge, Massachusetts. We can also offer this course for groups of employees at your location. Please contact the Short Programs office for further details.

© 2012 Massachusetts Institute of Technology | About this site

Case: 1:08-wp-65000-CAB  Doc #: 302-7  Filed:  05/02/14  86 of 106.  PageID #: 10777

# William Greene

# Stern School of Business

# New York University

# Discrete Choice Modeling

## Professor

Professor William. Greene
 e-mail: wgreene@stern.nyu.edu
Professor�s Home Page: http://www.stern.nyu.edu/~wgreene

## Abstract

This course will survey techniques used in modeling discrete data. Discrete choice models have become an essential tool in modeling individual behavior. The techniques are used in all social sciences, health economics, medical research, marketing research, transport research, and in a constellation of other disciplines. This course will examine a large number of models and techniques used in these studies. We will begin with a brief review of regression modeling concepts, then turn to the fundamental building block in discrete choice modeling, the binary choice model. Several variants and extensions will be discussed before we turn attention to multiple equation binary choice models, ordered choice models and models for counts. The second half of the course will be devoted to multinomial choice models of the sort used, e.g., in modeling brand choice in marketing, travel mode choice in transport, and a huge variety of applications in the social and behavioral sciences.

The course will include lectures that develop the relevant theory and extensive practical, laboratory applications. Emphasis in the laboratory sessions will be on estimation of discrete choice models and using them to describe behavior and to predict discrete outcomes. Course participants will apply the techniques on their own computers using the *NLOGIT* computer program and several �real� data sets that have been used in applications already in the literature. *NLOGIT* is the leading computer program for this type of estimation, so students will have also studied the applications of the techniques using the modeling tools familiar to researchers in the area.

## Prerequisites

Prior knowledge is assumed to include calculus at the level assumed in the first year of a Ph.D. program in economics and a course in econometrics at the beginning Ph.D. level out of a textbook such as Greene, W., *Econometric Analysis,* 6th edition. Familiarity with *NLOGIT* will

Case: 1:08-wp-65000-CAB  Doc #: 302-7  Filed:  05/02/14  87 of 106.  PageID #: 10778

be helpful, but is not necessary. Another useful reference book for the course is the primer *Applied Choice Analysis* by David Hensher, John Rose and William Greene (Cambridge University Press, 2005).

Students in this course will obtain background in both the theory and methods of estimation for discrete choice modeling. This course will provide a gateway to the professional literature as well as practical application of the methods at the level of the contemporary research in the field.

Students are assumed to have had a previous course in Econometrics at the graduate level, using a text at the level of Greene, W., *Econometric Analysis*.

# **<u>Course Outline</u>**

This is a course in econometric analysis of discrete data. There are a huge variety of models that are used in this context. We will focus on four which arguably comprise the foundation for the area: the fundamental model of binary choice (and a number of variants); models for ordered choices; the Poisson regression model for count data; and the fundamental model for multinomial choice, the multinomial logit model. The course will consist of discussions and laboratory sessions which will apply the techniques to �live� data sets and some time devoted to topics, discussions and laboratory work on student projects. Discussions will cover the topics listed below. Lab sessions will apply the techniques discussed in the preceding sessions. Practicals will consist of directed exercises and student assignments to be completed singly or in groups.

No specific textbook is assigned for the course. A useful reference is

*Applied Choice Analysis* by Hensher, D., Rose, J. and Greene, W., (Cambridge University Press,2005).

Some of the presentation will be based on *Econometric Analysis, 6th ed.*, by Greene, W. (Prentice Hall, 2003). 6 chapters are included with the course materials: **<u>Left click to activate. Right click to download</u>**

Chapter 9: Estimation Methods **<u>Greene-Chapter-9.pdf (Panel data methods)</u>**
Chapter 14: Estimation Methods **<u>Greene-Chapter-14.pdf (Estimation methods)</u>**
Chapter 16: Maximum Likelihood **<u>Greene-Chapter-16.pdf (Maximum likelihood estimation)</u>**
Chapter 17: Simulation Based Estimation and Inference **<u>Greene-Chapter-17.pdf (Simulation based estimation)</u>**
Chapter 23: Models for Discrete Data **<u>Greene-Chapter-23.pdf (Discrete choice models)</u>**
Chapter 25: Models for Count Data and Duration **<u>Greene-Chapter-25.pdf (Count data models)</u>**

The received literature on discrete choice models is vast � one could easily compose a list of thousands of articles. Your course materials include a small handful of articles, mainly for the purpose of illustrating particular techniques or ideas. (Working papers are attached. Most of these have been published elsewhere.) These are:

Economic Choices, *American Economic Review*, McFadden, D. (2001). McFadden�s Nobel Prize lecture.

Case: 1:08-wp-65000-CAB   Doc #: 302-7   Filed:  05/02/14  88 of 106.  PageID #: 10779

Mixed MNL Models for Discrete Response, McFadden, D. and Train, K., *Journal of Applied Econometrics*, 2000.

The Behaviour of the Maximum Likelihood Estimator of Limited Dependent Variable Model in the Presence of Fixed Effects, Greene, W., *Econometric Journal*, 2004.

Discrete Choice Models, W. Greene, (a survey of discrete choice models) forthcoming, *Palgrave Handbook of Applied Econometrics*, 2009.

Functional Form and Heterogeneity in Models for Count Data, W. Greene, (a survey of models for count data); *Foundations and Trends in Econometrics*, 2007..

Modeling Ordered Choices, (W. Greene, 2008) A survey of the literature on ordered choice models. Published as *Modeling Ordered Choices*, Greene, W. and Hensher, D., Cambridge University Press, 2010.

### Session
_____

**Introduction:** Course description and overview

**1:** Methodology, software, modeling concepts, regression basics

**2:** Standard models for binary choice

**3:** Analysis of binary choice. marginal effects, fit measures, prediction, hypothesis tests

**4:** Panel data models for binary choice, random effects, fixed effects, Mundlak formulation, incidental parameters problem, dynamic probit model

**5:** Bivariate probit models, simultaneous equations, sample selection, multivariate probit model marginal effects, prediction and analysis of bivariate choices

**6:** Panel data, heterogeneity, simulation and latent class models,

**7:** Ordered choice models, ordered outcomes, estimation and inference, generalized models, recent developments, models for counts

**8**: Models for count data

**9:** The multinomial logit model, random utility models, IIA, logit modeling. fit and prediction, marginal effects, model simulation

**10:** Extensions of the MNL model, multinomial probit, heteroscedasticity, model simulation, use of the MNL model

**11:** Nested logit model and generalized nested logit models,

**12:** Modeling heterogeneity of preferences, simulation based estimation, error components

**13**. Latent class models

**14**. Mixed logit and random parameter models, simulation, generalizations of the mixed logit model

**15:** Repeated observations, panel data, revealed vs. stated preference data

**End:** Observations and closing remarks

# Course Materials and Resources

## I.� Course Timetable

**II. Readings:** Reading materials. These are all PDF files

Articles about discrete choice modeling: **Left click to activate. Right click to download**.

**CountDataSurvey.pdf**

**DiscreteChoiceSurvey.pdf**
**OrderedChoiceSurvey.pdf**
**FixedEffects.pdf**
**McFadden-EconomicChoices.pdf**
**McFadden-Train.pdf**

**III. Assignments:** Exercises and Practicals for Discrete Choice Modeling. **Left click to activate. Right click to download**. Note there are two parts to each, the .pdf file for the assignment and the .lim file that contains the NLOGIT commands.

**Assignment 1: Basic Regression (NLOGIT Commands for Assignment 1)**
**Assignment 2: Binary Choice Modeling (NLOGIT Commands for Assignment 2)**
**Assignment 3: Binary Choice Modeling with Panel Data (NLOGIT Commands for Assignment 3)**
**Assignment 4: Bivariate Probit and Extensions (NLOGIT Commands for Assignment 4)**
**Assignment 5: Heterogeneity in Binary Choice Models (NLOGIT Commands for Assignment 5)**
**Assignment 6: Ordered Choice Models (NLOGIT Commands for Assignment 6)**
**Assignment 7: Models for Count Data (NLOGIT Commands for Assignment 7)**
**Assignment 8: Multinomial Logit Model (NLOGIT Commands for Assignment 8)**
**Assignment 9: Latent Class and Random Parameters (NLOGIT Commands for Assignment 9)**
**Assignment 10: Revealed and Stated Preference Data (NLOGIT Commands for Assignment 10)**
**Assignment 11: Student Project: Model for Moral Hazard**

**IV. Class Notes:** These are Powerpoint slide presentations for use during the class sessions. **Left click to activate. Right click to download**.

**Part 0: Introduction**
**Part 1: Methodology**
**Part 2: Binary Choice Estimation**
**Part 3: Binary Choice Inference**
**Part 4: Panel Data Models for Binary Choice**
**Part 5: Bivariate and Multivariate Probit**
**Part 6: Modeling Heterogeneity**
**Part 7: Ordered Choices**
**Part 8: Count Data**
**Part 9: Multinomial Logit**
**Part 10: Multinomial Logit Extensions**
**Part 11: Nested Logit Model**
**Part 12: Modeling Heterogeneity in Multinomial Choice Models**
**Part 13: Latent Class Models**
**Part 14: Mixed Logit Models**
**Part 15: Stated Preference Data**

**V. Lab Notes:** These are Powerpoint slide presentations that explain using NLOGIT and how to do the assignments with NLOGIT. **Left click to activate. Right click to download**.

**Lab 1: Getting Started**
**Lab 2: Binary Choice**
**Lab 3: Binary Choice with Panel Data**
**Lab 4: Bivariate Probit**
**Lab 5: Models with Heterogeneity**
**Lab 6: Ordered Choice Models**
**Lab 7: Models for Count Data**
**Lab 8: Multinomial Logit**

Case: 1:08-wp-65000-CAB   Doc #: 302-7   Filed:   05/02/14   90 of 106.   PageID #: 10781

**Lab 9: Multinomial Probit and MNL Extensions**
**Lab 10: Revealed and Stated Preference**

**VI. Data Sets:** These are NLOGIT project (.lpj) files. **Left click to activate. Right click to download**.

**American Express Credit Data**
**Spector and Mazzeo Basic Probit Data**
**Shoe Brand Choices, Stated Preference, Multinomial Choice**
**Multinomial Choice, Travel Mode**
**Dairy Farms, Panel Data**
**Health Care Panel Data**
**Labor Supply Data (Mroz Study)**
**Panel Data on Innovation for Probit Models**
**Stated Preference Data on Automobile Choices**

**VII. NLOGIT Software:** This section contains a brief introduction and two manuals: The short introduction is a �getting started.� The LIMDEP manual explains the basics of using LIMDEP and NLOGIT. (LIMDEP is embedded in NLOGIT). The NLOGIT manual contains descriptions of how to use the special features for discrete choice modeling with NLOGIT (as well as some additonal material on other discrete choice models that are also contained in LIMDEP). The setup file contains an installation kit for installing a copy of NLOGIT made specially for this course on your own computer. You should download the setup file to your own computer and execute it there, rather than launching it from your web browser. **Left click to activate. Right click to download**.

**Short Introduction to NLOGIT**
**LIMDEP Student User�s Manual**
**NLOGIT Student User�s Manual**
**NLOGIT Software Setup for Installing NLOGIT on Your Computer**

# Exhibit D

**Exhibit D**
**Top-Loading Use & Care Guides Reviewed**

| | Model Name (a) | Company (b) | Year (c) | Link (d) |
|---|---|---|---|---|
| 1. | Amana Automatic Washer  NTW5400TQ0/NTW5400TQ1 | Maytag | 2006 | http://www.youserguide.com/wiki/Amana_Use_and_Care_Guide_-_W10092679-001 |
| 2. | Amana Automatic Washer NTW5245TQ, NTW5245T | Maytag | 2006 | http://www.youserguide.com/wiki/Amana_Use_and_Care_Guide_-_W10092679-001 |
| 3. | Amana Automatic Washer NTW5400TQ2 | Maytag | 2008 | http://www.youserguide.com/wiki/Amana_Installation_Instructions_-_W10192179-001 |
| 4. | Amana Top Load Washer RAS6233P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 5. | Amana Top Load Washer RAS7133R | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 6. | Amana Top Load Washer RAS8333R | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 7. | Amana Top Load Washer  RAX4233 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 8. | Amana Top Load Washer  TAWS850P | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578235-001 |
| 9. | Amana Top Load Washer 1CWTW5100SQ0 | Whirlpool | 2006 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955884-001 |
| 10. | Amana Top Load Washer 1CWTW5300SQ0 | Whirlpool | 2006 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955884-001 |
| 11. | Amana Top Load Washer 1CWTW5500S | Whirlpool | 2006 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955884-001 |
| 12. | Amana Top Load Washer 1CWTW5505SQ0 | Whirlpool | 2006 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955884-001 |
| 13. | Amana Top Load Washer 1CWTW5520SQ0 | Whirlpool | 2006 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955884-001 |
| 14. | Amana Top Load Washer 1CWTW5590S | Whirlpool | 2006 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955884-001 |
| 15. | Amana Top Load Washer 1CWTW5790S | Whirlpool | 2006 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955884-001 |
| 16. | Amana Top Load Washer 1CWTW5800SG0 | Whirlpool | 2006 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955884-001 |
| 17. | Amana Top Load Washer IAS5000R | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578238-001 |
| 18. | Amana Top Load Washer IP41003 | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578236-001 |
| 19. | Amana Top Load Washer IP42003 | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578236-001 |
| 20. | Amana Top Load Washer IP43004 | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578236-001 |
| 21. | Amana Top Load Washer IP44004 | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578236-001 |
| 22. | Amana Top Load Washer IP45004 | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578236-001 |
| 23. | Amana Top Load Washer ITW4100S | Whirlpool | 2007 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10151599-001 |
| 24. | Amana Top Load Washer LBR4132PQ0 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955869-001 |
| 25. | Amana Top Load Washer LBR4132PQ2 | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578232-001 |
| 26. | Amana Top Load Washer LBR5432P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955869-001 |
| 27. | Amana Top Load Washer LSB6000P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955869-001 |
| 28. | Amana Top Load Washer LSB6200P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955869-001 |
| 29. | Amana Top Load Washer LSB6300P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955869-001 |
| 30. | Amana Top Load Washer LSB6500P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955869-001 |
| 31. | Amana Top Load Washer LSC5000P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955869-001 |
| 32. | Amana Top Load Washer LSC9000P | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578241-001 |
| 33. | Amana Top Load Washer LXR7244P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955869-001 |
| 34. | Amana Top Load Washer NAV2330AWW | Maytag | 2004 | http://www.youserguide.com/wiki/Whirlpool_2201045AmanaWasher-001 |
| 35. | Amana Top Load Washer NAV2335AJW | Maytag | 2005 | http://www.youserguide.com/wiki/Whirlpool_2205440_-001 |
| 36. | Amana Top Load Washer NAV2335AWW | Maytag | 2006 | http://www.youserguide.com/wiki/Whirlpool_2201432-001 |
| 37. | Amana Top Load Washer NAV3330AWW | Maytag | 2003 | http://www.youserguide.com/wiki/Whirlpool_2200967_amana_washer-001 |
| 38. | Amana Top Load Washer NAV3330EWW | Maytag | 2004 | http://www.youserguide.com/wiki/Whirlpool_2201045AmanaWasher-001 |
| 39. | Amana Top Load Washer NAV3335AWW | Maytag | 2006 | http://www.youserguide.com/wiki/Whirlpool_2201432-001 |
| 40. | Amana Top Load Washer NAV5800AWW | Maytag | 2004 | http://www.youserguide.com/wiki/Whirlpool_2201045AmanaWasher-001 |
| 41. | Amana Top Load Washer NAV5805AWW | Maytag | 2006 | http://www.youserguide.com/wiki/Whirlpool_2201432-001 |
| 42. | Amana Top Load Washer NAV6800AWW | Maytag | 2004 | http://www.youserguide.com/wiki/Whirlpool_2201045AmanaWasher-001 |
| 43. | Amana Top Load Washer NAV8800AWW | Maytag | 2003 | http://www.youserguide.com/wiki/Whirlpool_2200967_amana_washer-001 |
| 44. | Amana Top Load Washer NAV8800EWW | Maytag | 2004 | http://www.youserguide.com/wiki/Whirlpool_2201045AmanaWasher-001 |
| 45. | Amana Top Load Washer NAV8805AWW | Maytag | 2006 | http://www.youserguide.com/wiki/Whirlpool_2201432-001 |
| 46. | Amana Top Load Washer NAV8805EWW | Maytag | 2003 | http://www.youserguide.com/wiki/Whirlpool_2201432-001 |
| 47. | Amana Top Load Washer RAB2121P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 48. | Amana Top Load Washer RAX4232 | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578234-001 |
| 49. | Amana Top Load Washer RAX7244 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 50. | Amana Top Load Washer TAWB300R | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955873-001 |
| 51. | Amana Top Load Washer TAWB600P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955873-001 |
| 52. | Amana Top Load Washer TAWS700R | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955873-001 |
| 53. | Amana Top Load Washer TAWS750P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955873-001 |
| 54. | Crosley To Load Washer CW20T5 | Maytag | 2005 | http://www.youserguide.com/wiki/Whirlpool_CW20T5A-001 |
| 55. | Crosley To Load Washer CW20T6A | Maytag | 2005 | http://www.youserguide.com/wiki/Whirlpool_CW20T6A-001 |
| 56. | Crosley To Load Washer CW20T6W | Maytag | 2005 | http://www.youserguide.com/wiki/Whirlpool_CW20T6A-001 |
| 57. | Crosley Top Load Washer CTW100F | Maytag | 2007 | http://www.youserguide.com/wiki/Electrolux_134894000en-001 |
| 58. | Estate Appliances TAWB600J | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955163-001 |
| 59. | Estate Appliances TAWB600P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955873-001 |
| 60. | Estate Appliances Top Load Washer TAWB300R | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955873-001 |
| 61. | Frigidaire Top Load Washer LWS3312D | Electrolux | 2004 | http://www.youserguide.com/wiki/Electrolux_131956900en-001 |
| 62. | Frigidaire Top Load Washer LWS9313D | Electrolux | 2004 | http://www.youserguide.com/wiki/Electrolux_131956900en-001 |
| 63. | Frigidaire Top Load Washer SGWS1349A | Electrolux | 2004 | http://www.youserguide.com/wiki/Electrolux_131956900en-001 |
| 64. | GE Top Load Washer LW2600 | Maytag | 2005 | http://www.youserguide.com/wiki/Whirlpool_31988R1-001 |
| 65. | GE Top Load Washer TAA200 | Maytag | 2005 | http://www.youserguide.com/wiki/Whirlpool_29114-001 |
| 66. | Inglis Top Load Washer IM46000 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955875-001 |
| 67. | Inglis Top Load Washer  IP41000 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 68. | Inglis Top Load Washer  IP41001 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 69. | Inglis Top Load Washer  IP41002 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 70. | Inglis Top Load Washer  IP41003 | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578236-001 |
| 71. | Inglis Top Load Washer  IP42000 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 72. | Inglis Top Load Washer  IP42001 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 73. | Inglis Top Load Washer  IP42002 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 74. | Inglis Top Load Washer  IP42003 | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578236-001 |
| 75. | Inglis Top Load Washer  IP43003 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 76. | Inglis Top Load Washer  IP44000 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 77. | Inglis Top Load Washer  IP44001 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 78. | Inglis Top Load Washer  IP44002 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 79. | Inglis Top Load Washer  IP44003 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 80. | Inglis Top Load Washer  IP45000 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 81. | Inglis Top Load Washer  IP45001 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 82. | Inglis Top Load Washer  IP45002 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 83. | Inglis Top Load Washer  ITW4100S | Whirlpool | 2007 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10151599-001 |
| 84. | Inglis Top Load Washer  ITW4200S | Whirlpool | 2007 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10151599-001 |
| 85. | Inglis Top Load Washer IK45000 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 86. | Inglis Top Load Washer IM41000 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 87. | Inglis Top Load Washer IM41001 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |

**Exhibit D**
**Top-Loading Use & Care Guides Reviewed**

| | Model Name | Company | Year | Link |
|---|---|---|---|---|
| | (a) | (b) | (c ) | (d) |
| 88. | Inglis Top Load Washer IM43000 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 89. | Inglis Top Load Washer IM44000 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 90. | Inglis Top Load Washer IM45000 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 91. | Inglis Top Load Washer IM45001 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 92. | Kirkland Top Load Washer SAWS800MQ0 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955870-001 |
| 93. | Kirkland Top Load Washer SAWS900JQ0 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955870-001 |
| 94. | Kirkland Top Load Washer SAWS900MQ0 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955870-001 |
| 95. | Kirkland Top Load Washer SAWX650M | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955870-001 |
| 96. | Magic Chef Top Load Washer 4KHTW4505TQ0 | Maytag | 2007 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10117888A-001 |
| 97. | Magic Chef Top Load Washer W204K | Maytag | 2005 | http://www.youserguide.com/wiki/Whirlpool_W204KA-001 |
| 98. | Maytag Top Load Washer 3RMTW4905T | Maytag | 2007 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10131567-001 |
| 99. | Maytag Top Load Washer AAV7000AWW | Maytag | 2006 | http://www.youserguide.com/wiki/Whirlpool_2206665-001 |
| 100. | Maytag Top Load Washer MVWB700VQ0 | Maytag | 2008 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10092788-001 |
| 101. | Maytag Top Load Washer MVWB800V | Maytag | 2008 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10240446-001 |
| 102. | Maytag Top Load Washer MVWC300V | Maytag | 2008 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10092796-001 |
| 103. | Maytag Top Load Washer MVWC400V | Maytag | 2008 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10092796-001 |
| 104. | Maytag Top Load Washer NAV2330AWW | Maytag | 2004 | http://www.youserguide.com/wiki/Whirlpool_2201045AmanaWasher-001 |
| 105. | Maytag Top Load Washer NAV5805AWW | Maytag | 2006 | http://www.youserguide.com/wiki/Whirlpool_2206664-001 |
| 106. | Maytag Top Load Washer PAV3250AWW | Maytag | 2001 | http://www.youserguide.com/wiki/Whirlpool_21001718-001 |
| 107. | Maytag Top Load Washer PAV3300AWW | Maytag | 2001 | http://www.youserguide.com/wiki/Whirlpool_PAV1000AAEII-001 |
| 108. | Maytag Top Load Washer PAV3360AWW | Maytag | 2001 | http://www.youserguide.com/wiki/Whirlpool_PAV1000AAEII-001 |
| 109. | Maytag Top Load Washer PAV4960AWW | Maytag | 2002 | http://www.youserguide.com/wiki/Whirlpool_PAV-2_Performa_Washer552D3-001 |
| 110. | Maytag Top Load Washer PAV5000AW | Maytag | 2002 | http://www.youserguide.com/wiki/Whirlpool_PAV-2_Performa_Washer552D3-001 |
| 111. | Maytag Top Load Washer W204K | Maytag | 2005 | http://www.youserguide.com/wiki/Whirlpool_W204KA-001 |
| 112. | Roper Top Load Washer RAB2121K | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 113. | Roper Top Load Washer RAB2121P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 114. | Roper Top Load Washer RAS7133K | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 115. | Roper Top Load Washer RAS8244K | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 116. | Whirlpool Top Load Washer  GVW9959K | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955179-001 |
| 117. | Whirlpool Top Load Washer  GVW9959P | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955179-001 |
| 118. | Whirlpool Top Load Washer  1CWTW5100SQ0 | Whirlpool | 2006 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955884-001 |
| 119. | Whirlpool Top Load Washer  IM46000 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955875-001 |
| 120. | Whirlpool Top Load Washer  IP41001 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 121. | Whirlpool Top Load Washer  IP41002 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 122. | Whirlpool Top Load Washer  IP42003 | Whirlpool | 2005 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_8578236-001 |
| 123. | Whirlpool Top Load Washer  IP43001 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 124. | Whirlpool Top Load Washer  IP44000 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 125. | Whirlpool Top Load Washer  IP45000 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 126. | Whirlpool Top Load Washer  IP45002 | Whirlpool | 2004 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955877-001 |
| 127. | Whirlpool Top Load Washer  ITW4200S | Whirlpool | 2007 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10151599-001 |
| 128. | Whirlpool Top Load Washer  ITW4300S | Whirlpool | 2007 | http://www.youserguide.com/wiki/Whirlpool_Installation_Instructions_-_W10200890-001 |
| 129. | Whirlpool Top Load Washer  WTW5100S | Whirlpool | 2006 | http://www.youserguide.com/wiki/Whirlpool_W10150595-001 |
| 130. | Whirlpool Top Load Washer IJ41001 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 131. | Whirlpool Top Load Washer IJ43001 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 132. | Whirlpool Top Load Washer IJ45001 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 133. | Whirlpool Top Load Washer IL44000 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 134. | Whirlpool Top Load Washer IL44001 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 135. | Whirlpool Top Load Washer IL45000 | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955167-001 |
| 136. | Whirlpool Top Load Washer MVWC300V | Whirlpool | 2008 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10092796-001 |
| 137. | Whirlpool Top Load Washer MVWC400V | Whirlpool | 2008 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10092796-001 |
| 138. | Whirlpool Top Load Washer MVWC500V | Whirlpool | 2008 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_W10092796-001 |
| 139. | Whirlpool Top Load Washer RAB2121K | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 140. | Whirlpool Top Load Washer RAB2121P | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955872-001 |
| 141. | Whirlpool Top Load Washer SAWX650M | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955870-001 |
| 142. | Whirlpool Top Load Washer TAWB300R | Whirlpool | 2003 | http://www.youserguide.com/wiki/Whirlpool_Use_and_Care_Guide_-_3955873-001 |
| 143. | White-Westinghouse Top Load Washer SWS1339C | Electrolux | 2004 | http://www.youserguide.com/wiki/Electrolux_137037000en-001 |
| 144. | White-Westinghouse Top Load Washer SWS1339H | Electrolux | 2008 | http://www.youserguide.com/wiki/Electrolux_137037000en-001 |
| 145. | White-Westinghouse Top Load Washer SWX703HS | Electrolux | 2008 | http://www.youserguide.com/wiki/Electrolux_137037000en-001 |

# Exhibit E

**Exhibit E**
**Top Loading and Front Loading Washing Machine Market Shares**
**2002 - 2012**



Source: Stevenson Traqline Data

# Exhibit F

**Exhibit F**
**Conditional Logit Regression**
**Including Efficiency Interaction Term**

| Variables | Coefficient | Standard Error | z-statistic | p-value |
|---|---|---|---|---|
| | (a) | (a) | (a) | (a) |
| Machine Type[1] | -0.4246 | 0.0971 | -4.3724 | 0.0000 |
| Efficiency[2] | 0.6606 | 0.0594 | 11.1256 | 0.0000 |
| Efficiency * Front Load Owner[3] | -0.2769 | 0.1620 | -1.7091 | 0.0874 |
| Price | -0.0019 | 0.0001 | -17.5515 | 0.0000 |
| **Brand[4]** | | | | |
| General Electric | 0.1080 | 0.1082 | 0.9983 | 0.3182 |
| Kenmore | 0.0810 | 0.1109 | 0.7309 | 0.4648 |
| LG | 0.1679 | 0.1097 | 1.5307 | 0.1258 |
| Maytag | 0.1655 | 0.1094 | 1.5134 | 0.1302 |
| Samsung | 0.0779 | 0.1107 | 0.7034 | 0.4818 |
| Sears | 0.0248 | 0.1106 | 0.2239 | 0.8229 |
| **Capacity[5]** | | | | |
| Medium | 0.4515 | 0.0881 | 5.1251 | 0.0000 |
| Large | 0.7327 | 0.0859 | 8.5281 | 0.0000 |
| Extra Large | 0.8818 | 0.0848 | 10.3981 | 0.0000 |
| **Maintenance[6]** | | | | |
| Leave Open | -0.4038 | 0.1262 | -3.1993 | 0.0014 |
| Bleach | -0.4328 | 0.1280 | -3.3804 | 0.0007 |
| Run Empty | -0.2679 | 0.1243 | -2.1545 | 0.0312 |
| Buy Product | -0.7595 | 0.1358 | -5.5921 | 0.0000 |
| All Options | -0.7910 | 0.1370 | -5.7726 | 0.0000 |

**Log Likelihood:** -1938.2564

**Pseudo R-squared:** 0.141

**Number of Observations:** 6,512

1. Machine type refers to top-loading (1) or front-loading (0).
2. Efficiency refers to high efficiency (1) or standard efficiency (0)
3. Efficiency is interacted with having previously owned a front-loading washing machine.
4. "Whirlpool" is excluded.
5. "Compact" is excluded.
6. "None" is excluded.

Source: Washer Survey Data

# Exhibit G

Case: 1:08-wp-65000-CAB Doc #: 302-7 Filed: 05/02/14 99 of 106. PageID #: 10790



HAVE APPLIANCE QUESTIONS? CALL 1-800-455-3869    SEVEN DAYS A WEEK: 6:00 AM - 2:00 AM

Tool & Truck Rental | Get It Installed | For the Pros | Gift Cards | Help     Cart

Your Store: Lemmon Ave #589 (Change)     Store Finder | Local Ad | Credit Center | Savings Center

## Front Load Washers

Print



10% OFF APPLIANCES $397 OR MORE
Plus, save even more with Special Buys

| All PRODUCTS (44) | ONLINE ONLY | IN MY STORE: Lemmon Ave #589 |

View: ▦Grid | ☰List     Sort By: Top Sellers     Results Per Page: 96     1

Select up to 4 items to compare.

---

LG Electronics 4.0 cu.ft. High-Efficiency Front Load Washer in White, ENERGY STAR

**$889.20**
WAS $1,099.00
Free Shipping

Model # WM3470HWA

(215)

---

LG Electronics 5.1 DOE cu. ft. High-Efficiency Front Load Washer with Steam in White, ENERGY STAR

**$1,132.20**
WAS $1,399.00
Free Shipping

Model # WM8000HWA

(52)

---

Maytag Maxima 4.3 cu. ft. High-Efficiency Front Load Washer with Steam in White, ENERGY STAR

**$899.10**
WAS $1,299.00
Free Shipping

Model # MHW7000XW

(36)

---

Maytag Maxima 4.3 cu. ft. High-Efficiency Front Load Washer in Granite, ENERGY STAR

**$899.10**
WAS $1,299.00
Free Shipping

Model # MHW6000XG

(123)

---



LG Electronics 2.3 cu. ft. High Efficiency Front Load Washer in White, ENERGY STAR

**$899.10**
WAS $999.00
Free Shipping

Model # WM1355HW

(52)



LG Electronics 3.6 DOE cu. ft. High-Efficiency Front Load Washer in White, ENERGY STAR

**Model #** WM2250CW

(302)

**$719.10**
WAS $799.00
Free Shipping



LG Electronics 4.3 cu. ft. High-Efficiency Front Load Washer with TurboWash in Grapite Steel, ENERGY STAR

**Model #** WM4070HVA

(14)

**$1,259.10**
WAS $1,399.00
Free Shipping



Maytag Performance Series 3.9 cu. ft. HE Front Load Washer with Steam in White, ENERGY STAR

**Model #** MHWE950WW

(94)

**$764.10**
WAS $999.00
Free Shipping



Whirlpool Duet 4.3 cu. ft. High-Efficiency Front Load Washer with Steam in White, ENERGY STAR

**Model #** WFW96HEAW

(7)

**$1,214.10**
WAS $1,349.00
Free Shipping



GE 2.2 cu. ft. DOE Front Load Washer in White

**Model #** WCVH4800KWW

(20)

**$899.10**
WAS $999.00
Free Shipping



Electrolux 4.3 cu. ft. High-Efficiency Front Load Washer with Steam in Silver Sands, ENERGY STAR

**Model #** EIFLS60LSS

(3)

**$988.20**
WAS $1,299.00
Free Shipping

Case: 1:08-wp-65000-CAB  Doc #: 302-7  Filed:  05/02/14  101 of 106.  PageID #: 10792



Samsung 4.5 cu. ft. High-Efficiency Front Load Washer with Steam in White, ENERGY STAR and CEE Tier 3

**$1,299.00**

Free Shipping

**Model #** WF455ARGSWR

(1)



Samsung 4.5 cu. ft. High-Efficiency Front Load Washer with Steam in Onyx, ENERGY STAR and CEE Tier 3

**$1,499.00**

Free Shipping

**Model #** WF457ARGSGR

(1)



LG Electronics 3.6 DOE cu.ft. Large Front Load Steam Washer in Wild Cherry Red, ENERGYSTAR

**$899.10**
~~WAS $999.00~~
Free Shipping

**Model #** WM2650HRA

(136)



GE 4.1 DOE cu. ft. Front Load Washer with Steam in White, ENERGY STAR

**$899.10**
~~WAS $999.00~~
Free Shipping

**Model #** GFWS1500DWW

(1)



Maytag Performance Series 3.5 cu. ft. High-Efficiency Front Load Washer in White, ENERGY STAR

**$799.00**

Free Shipping

**Model #** MHWE201YW

(163)




GE 4.1 DOE cu. ft. Front Load Washer in White, ENERGY STAR

**$809.10**
~~WAS $899.00~~
Free Shipping

**Model #** GFWH1400DWW

(30)



Whirlpool 2.0 cu. ft. Front Load Washer in White, ENERGY STAR

**Model #** WFC7500VW

(15)

**$674.10**
~~WAS $749.00~~
Free Shipping



Whirlpool Duet 3.8 cu. ft. High-Efficiency Front Load Washer with Steam in White, ENERGY STAR

**Model #** WFW9550WW

(60)

**$764.10**
~~WAS $999.00~~
Free Shipping



Frigidaire Affinity 3.26 cu. ft. High-Efficiency Front Load Washer in White, ENERGY STAR

**Model #** FAFW3801LW

(9)

**$601.20**
~~WAS $699.00~~
Free Shipping



Samsung 3.9 cu. ft. High-Efficiency Front Load Washer with Steam in White, ENERGY STAR

**Model #** WF393BTPAWR

(5)

**$999.00**

Free Shipping



Samsung 3.6 cu. ft. High-Efficiency Front Load Washer in White, ENERGY STAR

**Model #** WF361BVBEWR

(4)

**$799.00**

Free Shipping

Electrolux 4.22 cu. ft. High-Efficiency Front Load Washer in White, ENERGY STAR

**Model #** EIFLW50LIW

(13)

**$899.10**
~~WAS $999.00~~
Free Shipping



Electrolux 4.2 cu. ft. High-Efficiency Front Load Washer with Steam in Mediterranean Blue

**Model #** EIFLS55IMB

(6)

**$1,079.10**
WAS $1,199.00
Free Shipping



Maytag Maxima XL 4.3 cu. ft. High-Efficiency Front Load Washer with Steam in Granite, ENERGY STAR

**Model #** MHW6000AG

**$1,079.10**
WAS $1,199.00
Free Shipping



GE Profile 4.3 cu. ft. High-Efficiency Front Load Washer with Steam in White

**Model #** PFWS4600LWW

(75)

**$1,259.10**
WAS $1,399.00
Free Shipping



Electrolux 4.4 cu. ft. High-Efficiency Front Load Washer with Steam in Silver Sands, ENERGY STAR

**Model #** EWFLS70JSS

(12)

**$1,394.10**
WAS $1,549.00
Free Shipping



Frigidaire Affinity 3.9 cu.ft. High-Efficiency Front Load Washer with Steam in Classic Silver,ENERGY STAR

**Model #** FAFS4174NA

**$944.10**
WAS $1,049.00
Free Shipping



Maytag Maxima XL 4.3 cu. ft. High-Efficiency Front Load Washer with Steam in White, ENERGY STAR

**Model #** MHW8000AW

**$1,214.10**
WAS $1,349.00
Free Shipping

Case: 1:08-wp-65000-CAB  Doc #: 302-7  Filed:  05/02/14  104 of 106.  PageID #: 10795



GE 3.6 DOE cu. ft. Front Load Washer in White

**Model #** GFWH1200DWW

**(5)**

**$719.10**
WAS $799.00
Free Shipping

---



Maytag 2 cu. ft. High-Efficiency Front Load Washer in White, ENERGY STAR

**Model #** MHWC7500YW

**(12)**

**$749.00**

Free Shipping

---



Electrolux 4.22 cu. ft. High-Efficiency Front Load Washer with Steam in White, ENERGY STAR

**Model #** EIFLS55IIW

**(46)**

**$989.10**
WAS $1,099.00
Free Shipping

---



Electrolux 4.30 cu. ft. High-Efficiency Front Load Washer with Steam in White, ENERGY STAR

**Model #** EIFLS60JIW

**(14)**

**$1,079.10**
WAS $1,199.00
Free Shipping

---



Whirlpool Duet 3.5 cu. ft. High-Efficiency Front Load Washer in White, ENERGY STAR

**Model #** WFW9351YW

**(14)**

**$809.10**
WAS $899.00
Free Shipping

---



Whirlpool Duet 4.3 cu. ft. High-Efficiency Front Load Washer with Steam in White, ENERGY STAR

**Model #** WFW97HEXW

**(2)**

**$1,349.10**
WAS $1,499.00
Free Shipping



Whirlpool Duet 4.3 cu. ft. High-Efficiency Front Load Washer with Steam in Chrome Shadow, ENERGY STAR

**Model #** WFW94HEAC

(48)

**$1,169.10**
WAS $1,299.00
Free Shipping



Whirlpool Duet 3.5 cu. ft. High-Efficiency Front Load Washer in White, ENERGY STAR

**Model #** WFW9151YW

(119)

**$719.10**
WAS $799.00
Free Shipping



Frigidaire Affinity 3.9 cu. ft. High-Efficiency Front Load Washer with Steam in Classic White,ENERGY STAR

**Model #** FAFS4174NW

**$854.10**
WAS $949.00
Free Shipping



Samsung 3.6 cu. ft. High Efficiency Front Load Washer with Steam In White, ENERGY STAR

**Model #** WF365BTBGWR

(6)

**$899.00**

Free Shipping



2 cu.ft. Front Load Washer in White, ENERGY STAR

**Model #** ARWL129

**$719.10**
WAS $799.00

Buy Online,
Ship to Store



LG Electronics 3.7 DOE cu. ft. High Efficiency Front Load Washer with Steam in White, ENERGY STAR

**Model #** WM3070HWA

(54)

**$799.20**
WAS $999.00
Free Shipping



Maytag Performance Series 3.5 cu. ft. High-Efficiency Front Load Washer in White, ENERGY STAR

**$809.10**
WAS $899.00
Free Shipping

**Model #** MHWE301YW

(31)



Frigidaire Affinity 3.7 cu. ft. High-Efficiency Front Load Washer with Steam in Classic White,ENERGY STAR

**$719.10**
WAS $799.00
Free Shipping

**Model #** FAFW3921NW

(2)



Samsung 4.0 cu. ft. High Efficiency Front Load Washer with Steam In White, ENERGY STAR

**$1,099.00**

Free Shipping

**Model #** WF405ATPAWR

(3)

Select up to 4 items to compare.

View: Grid | List        Sort By: Top Sellers        Results Per Page: 96        1

## CUSTOMERS WHO VIEWED THESE PRODUCTS ALSO VIEWED ...



SAVE $228.80

**$970.20**
WAS $1,199.00

LG Electronics 4.0 cu.ft. High-Efficiency Front...

(241)

[ ADD TO CART ]



SAVE $89.90

**$809.10**
WAS $899.00

LG Electronics 3.6 DOE cu. ft. High-Efficiency...

(195)

[ ADD TO CART ]



SAVE $129.90

**$1,169.10**
WAS $1,299.00

LG Electronics 4.3 cu. ft. High-Efficiency Front...

(11)

[ ADD TO CART ]

SAVE $209.80

**$889.20**
WAS $1,099.00

LG Electronics 3.7 DOE cu. ft. High Efficiency...

(33)

[ ADD TO CART ]



**MAKE THE RIGHT APPLIANCE CHOICE ›**

Our appliance buying guides will help you find the perfect refrigerator, washer, dryer and more.



**STEP BY STEP PROJECT HELP ›**

Our project guides make it easy for the do-it-yourself-er to save money, get your installations right the first time and uncover handy ideas.



**TALK TO OUR COMMUNITY ›**

The Home Depot's Community Forum allows you to share your home improvement ideas and pick up installation tips from other do-it-yourself-ers.



**WHAT'S NEW ON OUR BLOG ›**

The Home Depot's Apron Blog offers an excellent one-stop shop for inspiration and useful knowledge for today's do-er.