PRINCIPLES OF

# Economics

### FIFTH EDITION



## N. GREGORY MANKIW

HARVARD UNIVERSITY



SOUTH-WESTERN
CENGAGE Learning

Australia • Brazil • Japan • Korea • Mexico • Singapore • Spain • United Kingdom • United States



**SOUTH-WESTERN**
CENGAGE Learning

**Principles of Economics, 5e**
N. Gregory Mankiw

Vice President of Editorial, Business:
Jack W. Calhoun

Vice President/Editor-in-Chief:
Alex von Rosenberg

Executive Editor: Mike Worls

Developmental Editor: Jane Tufts

Contributing Editors: Jennifer E. Thomas and
Katie Yanos

Executive Marketing Manager: Brian Joyner

Marketing Coordinator: Suellen Ruttkay

Senior Content Project Manager:
Colleen A. Farmer

Marketing Communications Manager:
Sarah Greber

Manager of Technology, Editorial: Pam Wallace

Media Editor: Deepak Kumar

Senior Frontlist Buyer, Manufacturing:
Sandee Milewski

Production Service: Lachina Publishing
Services

Senior Art Director: Michelle Kunkler

Internal and Cover Designer: Red Hangar
Design, LLC

Internal Paintings: © Michael Steirnagle/
Munro Campagna Artistic Representatives

Cover Painting: © Fine Art Photographic
Library/CORBIS

Photography Manager: Deanna Ettinger

Photo Researcher: Charlotte Goldman

© 2009, 2007 South-Western, a part of Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, Web distribution, information storage and retrieval systems, or in any other manner—except as may be permitted by the license terms herein.

For product information and technology assistance, contact us at
**Cengage Learning Customer & Sales Support, 1-800-354-9706**

For permission to use material from this text or product,
submit all requests online at **www.cengage.com/permissions**
Further permissions questions can be emailed to
**permissionrequest@cengage.com**

ExamView® is a registered trademark of eInstruction Corp. Windows is a registered trademark of the Microsoft Corporation used herein under license. Macintosh and Power Macintosh are registered trademarks of Apple Computer, Inc. used herein under license.

© 2008 Cengage Learning. All Rights Reserved.
Cengage Learning WebTutor™ is a trademark of Cengage Learning.

Library of Congress Control Number: 2008934555
ISBN-13: 978-0-324-58997-9
ISBN-10: 0-324-58997-2
Instructor's Edition ISBN 13: 978-0-324-59133-0
Instructor's Edition ISBN 10: 0-324-59133-0

**South-Western Cengage Learning**
5191 Natorp Boulevard
Mason, OH 45040
USA

Cengage Learning products are represented in Canada by
Nelson Education, Ltd.

For your course and learning solutions, visit **academic.cengage.com**

Purchase any of our products at your local college store or at our preferred online store **www.ichapters.com**

Printed in the United States of America
1  2  3  4  5  6  7  12  11  10  09  08

**economics**
the study of how society manages its scarce resources

**Economics** is the study of how society manages its scarce resources. In most societies, resources are allocated not by an all-powerful dictator but through the combined actions of millions of households and firms. Economists therefore study how people make decisions: how much they work, what they buy, how much they save, and how they invest their savings. Economists also study how people interact with one another. For instance, they examine how the multitude of buyers and sellers of a good together determine the price at which the good is sold and the quantity that is sold. Finally, economists analyze forces and trends that affect the economy as a whole, including the growth in average income, the fraction of the population that cannot find work, and the rate at which prices are rising.

The study of economics has many facets, but it is unified by several central ideas. In this chapter, we look at *Ten Principles of Economics*. Don't worry if you don't understand them all at first or if you aren't completely convinced. We will explore these ideas more fully in later chapters. The ten principles are introduced here to give you an overview of what economics is all about. Consider this chapter a "preview of coming attractions."

## HOW PEOPLE MAKE DECISIONS

There is no mystery to what an economy is. Whether we are talking about the economy of Los Angeles, the United States, or the whole world, an economy is just a group of people dealing with one another as they go about their lives. Because the behavior of an economy reflects the behavior of the individuals who make up the economy, we begin our study of economics with four principles of individual decision making.

### PRINCIPLE 1: PEOPLE FACE TRADE-OFFS

You may have heard the old saying, "There ain't no such thing as a free lunch." Grammar aside, there is much truth to this adage. To get one thing that we like, we usually have to give up another thing that we like. Making decisions requires trading off one goal against another.

Consider a student who must decide how to allocate her most valuable resource—her time. She can spend all her time studying economics, spend all of it studying psychology, or divide it between the two fields. For every hour she studies one subject, she gives up an hour she could have used studying the other. And for every hour she spends studying, she gives up an hour that she could have spent napping, bike riding, watching TV, or working at her part-time job for some extra spending money.

Or consider parents deciding how to spend their family income. They can buy food, clothing, or a family vacation. Or they can save some of the family income for retirement or the children's college education. When they choose to spend an extra dollar on one of these goods, they have one less dollar to spend on some other good.

When people are grouped into societies, they face different kinds of trade-offs. The classic trade-off is between "guns and butter." The more a society spends on national defense (guns) to protect its shores from foreign aggressors, the less it can spend on consumer goods (butter) to raise the standard of living at home. Also important in modern society is the trade-off between a clean environment and a high level of income. Laws that require firms to reduce pollution raise the

22    PART I     INTRODUCTION

# THE ECONOMIST AS SCIENTIST

Economists try to address their subject with a scientist's objectivity. They approach the study of the economy in much the same way a physicist approaches the study of matter and a biologist approaches the study of life: They devise theories, collect data, and then analyze these data in an attempt to verify or refute their theories.

To beginners, it can seem odd to claim that economics is a science. After all, economists do not work with test tubes or telescopes. The essence of science, however, is the *scientific method*—the dispassionate development and testing of theories about how the world works. This method of inquiry is as applicable to studying a nation's economy as it is to studying the earth's gravity or a species' evolution. As Albert Einstein once put it, "The whole of science is nothing more than the refinement of everyday thinking."

Although Einstein's comment is as true for social sciences such as economics as it is for natural sciences such as physics, most people are not accustomed to looking at society through the eyes of a scientist. Let's discuss some of the ways in which economists apply the logic of science to examine how an economy works.

## THE SCIENTIFIC METHOD: OBSERVATION, THEORY, AND MORE OBSERVATION

Isaac Newton, the famous 17th-century scientist and mathematician, allegedly became intrigued one day when he saw an apple fall from a tree. This observation motivated Newton to develop a theory of gravity that applies not only to an apple falling to the earth but to any two objects in the universe. Subsequent testing of Newton's theory has shown that it works well in many circumstances (although, as Einstein would later emphasize, not in all circumstances). Because Newton's theory has been so successful at explaining observation, it is still taught in under-graduate physics courses around the world.

This interplay between theory and observation also occurs in the field of eco-nomics. An economist might live in a country experiencing rapidly increasing prices and be moved by this observation to develop a theory of inflation. The the-ory might assert that high inflation arises when the government prints too much money. To test this theory, the economist could collect and analyze data on prices and money from many different countries. If growth in the quantity of money were not at all related to the rate at which prices are rising, the economist would start to doubt the validity of this theory of inflation. If money growth and inflation were strongly correlated in international data, as in fact they are, the economist would become more confident in the theory.

Although economists use theory and observation like other scientists, they face an obstacle that makes their task especially challenging: In economics, conduct-ing experiments is often difficult and sometimes impossible. Physicists studying gravity can drop many objects in their laboratories to generate data to test their theories. By contrast, economists studying inflation are not allowed to manipu-late a nation's monetary policy simply to generate useful data. Economists, like astronomers and evolutionary biologists, usually have to make do with whatever data the world happens to give them.

To find a substitute for laboratory experiments, economists pay close atten-tion to the natural experiments offered by history. When a war in the Middle East interrupts the flow of crude oil, for instance, oil prices skyrocket around the world.



"I'M A SOCIAL SCIENTIST, MICHAEL. THAT MEANS I CAN'T EXPLAIN ELECTRICITY OR ANYTHING LIKE THAT, BUT IF YOU EVER WANT TO KNOW ABOUT PEOPLE, I'M YOUR MAN."

CARTOON: © 2002 THE NEW YORKER COLLECTION FROM CARTOONBANK.COM. ALL RIGHTS RESERVED.