Case: 1:08-wp-65000-CAB  Doc #: 312-4  Filed:  06/02/14  1 of 2.  PageID #: 13859

# A GUIDE TO ECONOMETRICS

## SIXTH EDITION

**PETER KENNEDY**
Simon Fraser University



**Blackwell**
Publishing

# Dedication

To Anna and Red who, until they discovered what an econometrician was, were very impressed that their son might become one. With apologies to K. A. C. Manderville, I draw their attention to the following, adapted from *The Undoing of Lamia Gurdleneck.*

"You haven't told me yet," said Lady Nuttal, "what it is your fiancé does for a living."

"He's an econometrician," replied Lamia, with an annoying sense of being on the defensive.

Lady Nuttal was obviously taken aback. It had not occurred to her that econometricians entered into normal social relationships. The species, she would have surmised, was perpetuated in some collateral manner, like mules.

"But Aunt Sara, it's a very interesting profession," said Lamia warmly.

"I don't doubt it," said her aunt, who obviously doubted it very much. "To express anything important in mere figures is so plainly impossible that there must be endless scope for well-paid advice on how to do it. But don't you think that life with an econometrician would be rather, shall we say, humdrum?"

Lamia was silent. She felt reluctant to discuss the surprising depth of emotional possibility which she had discovered below Edward's numerical veneer.

"It's not the figures themselves," she said finally, "it's what you do with them that matters."

xii

# Chapter 1
# Introduction

## 1.1   What is Econometrics?

Strange as it may seem, there does not exist a generally accepted answer to this question. Responses vary from the silly, "Econometrics is what econometricians do," to the staid, "Econometrics is the study of the application of statistical methods to the analysis of economic phenomena," with sufficient disagreements to warrant an entire journal article devoted to this question (Tintner, 1953).

This confusion stems from the fact that econometricians wear many different hats. First, and foremost, they are *economists*, capable of utilizing economic theory to improve their empirical analyses of the problems they address. At times they are *mathematicians*, formulating economic theory in ways that make it appropriate for statistical testing. At times they are *accountants*, concerned with the problem of finding and collecting economic data and relating theoretical economic variables to observable ones. At times they are *applied statisticians*, spending hours with the computer trying to estimate economic relationships or predict economic events. And at times they are *theoretical statisticians*, applying their skills to the development of statistical techniques appropriate to the empirical problems characterizing the science of economics. It is to the last of these roles that the term "econometric theory" applies, and it is on this aspect of econometrics that most textbooks on the subject focus. This guide is accordingly devoted to this "econometric theory" dimension of econometrics, discussing the empirical problems typical of economics and the statistical techniques used to overcome these problems.

What distinguishes an econometrician from a statistician is the former's preoccupation with problems caused by violations of statisticians' standard assumptions; owing to the nature of economic relationships and the lack of controlled experimentation, these assumptions are seldom met. Patching up statistical methods to deal with situations frequently encountered in empirical work in economics has created a large battery of extremely sophisticated statistical techniques. In fact, econometricians are

1