Case: 1:08-wp-65000-CAB Doc #: 312-5 Filed: 06/02/14 1 of 9. PageID #: 13861

# MICROECONOMICS

## FIFTH EDITION

## Robert S. Pindyck
## Daniel L. Rubinfeld

# MICROECONOMICS

## FIFTH EDITION

# Robert S. Pindyck
*Massachusetts Institute of Technology*

# Daniel L. Rubinfeld
*University of California, Berkeley*



Prentice Hall, Upper Saddle River, New Jersey 07458

Library of Congress Cataloging-in-Publication Data
Pindyck, Robert S.
   Microeconomics/Robert S. Pindyck, Daniel L. Rubinfeld.—
   5th ed.
      p. cm. — (Prentice-Hall series in economics)
      Multi-media teaching aids available to supplement the text.
      Includes bibliographical references and index.
      ISBN 0-13-016583-2
      1.  Microeconomics.      I.  Rubinfeld, Daniel L.      II.  Title.      III.  Series.

HB172.P53 2000
338.5—dc21                                                        00-035995


**Senior Editor:** Rod Banister
**Managing Editor (Editorial):** Gladys Soto
**Editor-in-Chief:** PJ Boardman
**Editorial Assistant:** Marie McHale
**Assistant Editor:** Holly Brown
**Media Project Manager:** Bill Minick
**Senior Marketing Manager:** Lori Braumberger
**Managing Editor (Production):** Cynthia Regan
**Production Coordinator:** Elena Barnett
**Manufacturing Supervisor:** Paul Smolenski
**Manufacturing Buyer:** Lisa Babin
**Senior Prepress/Manufacturing Manager:** Vincent Scelta
**Design Manager:** Patricia Smythe
**Cover/Interior Design:** Lorraine Castellano
**Cover Art:** Steven Gagliostro
**Composition:** York Graphic Services, Inc.
**Project Management:** York Production Services


**Copyright © 2001, 1998, 1995 by Prentice-Hall, Inc., Upper Saddle River, New
Jersey, 07458.** All rights reserved. Printed in the United States of America. This publica-
tion is protected by Copyright and permission should be obtained from the publisher
prior to any prohibited reproduction, storage in a retrieval system, or transmission in
any form or by any means, electronic, mechanical, photocopying, recording, or likewise.
For information regarding permission(s), write to: Rights and Permissions Department.



10  9  8  7  6  5  4  3  2
ISBN 0-13-016583-2

# CHAPTER 1

# Preliminaries

## Chapter Outline

1.1 The Themes of Microeconomics 4

1.2 What Is a Market? 7

1.3 Real versus Nominal Prices 11

1.4 Why Study Microeconomics? 15

## List of Examples

1.1 Markets for Prescription Drugs 10

1.2 The Price of Eggs and the Price of a College Education 12

1.3 The Minimum Wage 13

Economics is divided into two main branches: microeconomics and macroeconomics. **Microeconomics** deals with the behavior of individual economic units. These units include consumers, workers, investors, owners of land, business firms—in fact, any individual or entity that plays a role in the functioning of our economy.[1] Microeconomics explains how and why these units make economic decisions. For example, it explains how consumers make purchasing decisions and how their choices are affected by changing prices and incomes. It also explains how firms decide how many workers to hire and how workers decide where to work and how much work to do.

Another important concern of microeconomics is how economic units interact to form larger units—markets and industries. Microeconomics helps us to understand, for example, why the American automobile industry developed the way it did and how producers and consumers interact in the market for automobiles. It explains how automobile prices are determined, how much automobile companies invest in new factories, and how many cars are produced each year. By studying the behavior and interaction of individual firms and consumers, microeconomics reveals how industries and markets operate and evolve, why they differ from one another, and how they are affected by government policies and global economic conditions.

By contrast, **macroeconomics** deals with aggregate economic quantities, such as the level and growth rate of national output, interest rates, unemployment, and inflation. But the boundary between macroeconomics and microeconomics has become less and less distinct in recent years. The reason is that macroeconomics also involves the analysis of markets—for example, the aggregate markets for goods and services, labor, and corporate bonds. To understand how these aggregate markets operate, we must first understand the behavior of the firms, consumers, workers, and investors who constitute them. Thus macroeconomists have become increasingly concerned with the microeconomic foundations of aggregate economic phenomena, and much of macroeconomics is actually an extension of microeconomic analysis.

[1] The prefix *micro-* is derived from the Greek word meaning "small." However, many of the individual economic units that we will study are small only in relation to the U.S. economy as a whole. For example, the annual sales of General Motors, IBM, or Exxon are larger than the gross national products of many countries.

## 1.1 The Themes of Microeconomics

**microeconomics** Branch of economics that deals with the behavior of individual economic units—consumers, firms, workers, and investors—as well as the markets that these units comprise.

**macroeconomics** Branch of economics that deals with aggregate economic variables, such as the level and growth rate of national output, interest rates, unemployment, and inflation.

The Rolling Stones once said: "You can't always get what you want." This is true. For most people (even Mick Jagger), that there are limits to what you can have or do is a simple fact of life learned in early childhood. For economists, however, it can be an obsession.

Much of microeconomics is about limits—the limited incomes that consumers can spend on goods and services, the limited budgets and technical know-how that firms can use to produce things, and the limited number of hours in a week that workers can allocate to labor or leisure. But microeconomics is also about *ways to make the most of these limits*. More precisely, it is about *the allocation of scarce resources*. For example, microeconomics explains how consumers can best allocate their limited incomes to the various goods and services available for purchase. It explains how workers can best allocate their time to labor instead of leisure, or to one job instead of another. And it explains how firms can best allocate limited financial resources to hiring additional workers versus buying new machinery, and to producing one set of products versus another.

In a planned economy such as that of Cuba, North Korea, or the former Soviet Union, these allocation decisions are made mostly by the government. Firms are told what and how much to produce, and how to produce it; workers have little flexibility in choice of jobs, hours worked, or even where they live; and consumers typically have a very limited set of goods to choose from. As a result, many of the tools and concepts of microeconomics are of limited relevance in those countries.

In modern market economies, consumers, workers, and firms have much more flexibility and choice when it comes to allocating scarce resources. Microeconomics describes the *trade-offs* that consumers, workers, and firms face, and *shows how these trade-offs are best made*.

The idea of making optimal trade-offs is an important theme in microeconomics—one that you will encounter throughout this book. Let's look at it in more detail.

**Consumers** Consumers have limited incomes, which can be spent on a wide variety of goods and services, or saved for the future. *Consumer theory*, the subject matter of Chapters 3, 4, and 5 of this book, describes how consumers, based on their preferences, maximize their well-being by trading off the purchase of more of some goods with the purchase of less of others. We will also see how consumers decide how much of their incomes to save, thereby trading off current consumption for future consumption.

**Workers** Workers also face constraints and make trade-offs. First, people must decide whether and when to enter the workforce. Because the kinds of jobs—and corresponding pay scales—available to a worker depend in part on educational attainment and accumulated skills, one must trade off working now (and earning an immediate income) with continued education (and the hope of earning a higher future income). Second, workers face trade-offs in their choice of employment. For example, while some people choose to work for large corporations that offer job security but limited potential for advancement, others prefer to work for small companies where there is more opportunity for advancement but less security. Finally, workers must sometimes decide how many hours per week they wish to work, thereby trading off labor for leisure.

# CHAPTER 3

# Consumer Behavior

## Chapter Outline

3.1   Consumer Preferences  62

3.2   Budget Constraints  75

3.3   Consumer Choice  79

3.4   Revealed Preference  86

3.5   Marginal Utility and
      Consumer Choice  89

*3.6  Cost-of-Living Indexes  92

## List of Examples

3.1   Designing New
      Automobiles (I)  71

3.2   Designing New
      Automobiles (II)  81

3.3   Decision Making and
      Public Policy  82

3.4   A College Trust Fund  85

3.5   Revealed Preference for
      Recreation  88

3.6   Gasoline Rationing  91

3.7   The Bias in the CPI  97

A few years ago, General Mills decided to introduce a new product. The new brand, Apple-Cinnamon Cheerios, offered a sweetened and more flavorful variant on General Mills' classic Cheerios product. But before Apple-Cinnamon Cheerios could be extensively marketed, the company had to resolve an important problem: *How high a price should it charge?* No matter how good the cereal was, its profitability would be affected considerably by the company's pricing decision. Knowing that consumers would pay more for a new product with added ingredients was not enough. The question was *how much more.* General Mills, therefore, had to conduct a careful analysis of consumer preferences to determine the demand for Apple-Cinnamon Cheerios.

General Mills' problem in determining consumer preferences mirrors the more complex problem faced by the U.S. Congress in evaluating the federal Food Stamps program. The goal of the program is to give to low-income households coupons that can be exchanged for food. But there has always been a problem in the program's design that complicates its assessment: To what extent do food stamps provide people with *more* food, as opposed to simply subsidizing the purchase of food that they would have bought anyway? In other words, has the program turned out to be little more than an income supplement that people spend largely on nonfood items instead of a solution to the nutritional problems of the poor? As in the cereal example, an analysis of consumer behavior is needed. In this case, the federal government must determine how spending on food, as opposed to spending on other goods, is affected by changing income levels and prices.

Solving these two problems—one involving corporate policy and the other public policy—requires an understanding of the **theory of consumer behavior:** the explanation of how consumers allocate incomes to the purchase of different goods and services.

## Consumer Behavior

How can a consumer with a limited income decide which goods and services to buy? This is a fundamental issue in microeconomics—one that we address in this chapter and the next. We will see how consumers allocate their incomes across goods and explain how these allocation decisions determine

**62  Part 2**  Producers, Consumers, and Competitive Markets

**theory of consumer behavior** Description of how consumers allocate incomes among different goods and services to maximize their well-being.

the demands for various goods and services. In turn, understanding consumer purchasing decisions will help us to understand how changes in income and prices affect demands for goods and services and why the demands for some products are more sensitive than others to changes in prices and income.

Consumer behavior is best understood in three distinct steps:

1. **Consumer Preferences:** The first step is to find a practical way to describe the reasons people might prefer one good to another. We will see how a consumer's preferences for various goods can be described graphically and algebraically.

2. **Budget Constraints:** Of course, consumers also consider *prices*. In Step 2, therefore, we take into account the fact that consumers have limited incomes which restrict the quantities of goods they can buy. What does a consumer do in this situation? We find the answer to this question by putting consumer preferences and budget constraints together in the third step.

3. **Consumer Choices:** Given their preferences and limited incomes, consumers choose to buy combinations of goods that maximize their satisfaction. These combinations will depend on the prices of various goods. Thus understanding consumer choice will help us understand *demand*—i.e., how the quantity of a good that consumers choose to purchase depends on its price.

These three steps are the basics of consumer theory, and we will go through them in detail in the first three sections of this chapter. Afterward, we will explore a number of other interesting aspects of consumer behavior. For example, we will see how one can determine the nature of consumer preferences from actual observations of consumer behavior. Thus if a consumer chooses one good over a similarly priced alternative, we can infer that he or she prefers the first good. Similar kinds of conclusions can be drawn from the actual decisions that consumers make in response to changes in the prices of the various goods and services that are available for purchase.

At the end of this chapter, we will return to the discussion of real and nominal prices that we began in Chapter 1. We saw that the Consumer Price Index can provide one measure of how the well-being of consumers changes over time. In this chapter, we delve more deeply into the subject of purchasing power by describing a range of indexes that measure changes in purchasing power over time. Because they affect the benefits and costs of numerous social-welfare programs, these indexes are significant tools in setting government policy in the United States.

# 3.1  Consumer Preferences

Given both the vast number of goods and services that our industrial economy provides for purchase and the diversity of personal tastes, how can we describe consumer preferences in a coherent way? Let's begin by thinking about how a consumer might compare different groups of items available for purchase. Will one group of items be preferred to another group? Or will the consumer be indifferent between the two groups?

## Market Baskets

**market basket (or bundle)** List with specific quantities of one or more goods.

We use the term *market basket* to refer to such a group of items. Specifically, a **market basket** is a list with specific quantities of one or more commodities. A market basket might contain the various food items in a grocery cart. It might

Case: 1:08-wp-65000-CAB  Doc #: 312-5  Filed:  06/02/14  8 of 9.  PageID #: 13868

the degree of reduction in air pollution. Likewise, instead of referring to asbestos as a bad, we will refer to the corresponding good, the removal of asbestos.

With this simple adaptation, all four of the basic assumptions of consumer theory continue to hold, and we are ready to move on to an analysis of consumer budget constraints.

## EXAMPLE 3.1 Designing New Automobiles (I)

If you were an automobile company executive, how would you decide when to introduce new models and how much money to invest in restyling? You would know that two of the most important attributes of a car are *styling* (e.g., design and interior features) and *performance* (e.g., gas mileage and handling). Both are desirable attributes: The better the styling and the performance, the greater will be the demand for a car. However, it costs money to restyle a car, and it also costs money to improve its performance. How much of each attribute should you include in your new model?

The answer depends in part on the costs of production, but it also depends on consumer preferences. Two characterizations of consumer preferences are shown in Figure 3.7. People with preferences shown in Figure 3.7(a) place greater value on performance than styling: They have a high MRS and are willing to give up quite a bit of styling to get better performance. Compare these preferences to those of a different segment of the population shown in Figure 3.7(b). These low-MRS people prefer styling to performance and will put up with poor gas mileage or handling to get a more stylish car.



## FIGURE 3.7 Preferences for Automobile Attributes

Preferences for automobile attributes can be described by indifference curves. Each curve shows the combinations of performance and styling that give the same satisfaction. Consumers in (a) are willing to give up a considerable amount of styling for additional performance. The opposite is true for consumers in (b).

Knowing which preference group is most prevalent can help executives make strategic production decisions. One way to obtain such information is by conducting surveys in which individuals are asked about their preferences for a number of automobiles with differing combinations of styling and performance. Another way is to analyze statistically past consumer purchases of cars that varied in styling and performance. By relating to their attributes the prices paid for different cars, we can determine the relative value attached to each attribute by various groups of consumers.[3] Either approach can help determine whether the larger group more highly values performance (as in Figure 3.7a) or styling (as in Figure 3.7b). You can also determine the extent to which people in each group are willing to trade off one attribute for the other.

One study of automobile demand in the United States shows that over the past two decades, most consumers have preferred styling over performance.[4] The study divided all cars sold in the United States into nine market classes, ranging from subcompact to luxury sport. Within each class, the degree of styling change was indexed from 1 (no visible exterior change) to 5 (a complete sheet metal change) to 9 (a completely new body, a change in size, and a conversion from rear-wheel to front-wheel drive). The study found that companies which emphasized style changes grew more rapidly than those that emphasized performance. In particular, cars undergoing major style changes enjoyed significantly higher sales growth than cars not undergoing such changes. (The major effect occurred immediately after the style change, but smaller effects were felt in subsequent years.)

The importance of styling helps explain the historic growth of Japanese imports in the United States: During the 1970s and 1980s, while U.S. domestic sales grew at 1.3 percent per year, import sales grew at 6.4 percent. On average, 15 percent of all domestic U.S. cars underwent a major style change each year, as compared to 23.4 percent of all imports. Although the market share of imports stabilized in the past decade, it is clear that styling changes (along with improvements in performance and reliability) spurred the growth of imported cars.

**Utility** You may have noticed a convenient feature of the theory of consumer behavior as we have described it so far: *It has not been necessary to associate a numerical level of satisfaction with each market basket consumed.* For example, with respect to the three indifference curves in Figure 3.3, we know that market basket $A$ (or any other basket on indifference curve $U_3$) gives more satisfaction than any market basket on $U_2$, such as $B$. Likewise, we know that the market baskets on $U_2$ are preferred to those on $U_1$. The indifference curves simply allow us to describe consumer preferences graphically, building on the assumption that consumers can rank alternatives.

We will see that consumer theory relies only on the assumption that consumers can provide relative rankings of market baskets. Nonetheless, it is often useful to assign *numerical values* to individual baskets. Using this numerical

[3] For an example, see Vladimir Bajic, "Automobiles and Implicit Markets: An Estimate of a Structural Demand Model for Automobile Characteristics," *Applied Economics* 25 (1993): 541–551.

[4] See Edward L. Millner and George E. Hoffer, "A Reexamination of the Impact of Automotive Styling on Demand," *Applied Economics* 25 (1993): 101–110.