Case: 1:08-wp-65000-CAB Doc #: 312-10 Filed: 06/02/14 1 of 38. PageID #: 13951

# Economic Valuation of Product Features*

Greg M. Allenby

*Fisher College of Business*

*Ohio State University*

Jeff D. Brazell

*The Modellers*

John R. Howell

*Smeal College of Business*

*Pennsylvania State University*

Peter E. Rossi

*Anderson School of Management*

*UCLA*

September 2013

revised, January 2014

**Abstract**

We develop a market-based paradigm to value the enhancement or addition of features to a product. We define the market value of a product or feature enhancement as the change in the equilibrium profits that would prevail with and without the enhancement. In order to compute changes in equilibrium profits, a valid demand system must be constructed to value the feature. The demand system must be supplemented by information on competitive offerings and cost. In many situations, demand data is either not available or not informative with respect to demand for a product feature. Conjoint methods can be used to construct the demand system via a set of designed survey-based experiments. We illustrate our methods using data on the demand for digital cameras and demonstrate how the profits-based metric provides very different answers than the standard welfare or Willingness-To-Pay calculations.

---

*Rossi would like to acknowledge the Collins Chair, Anderson School of Management, UCLA for research funding. Allenby thanks the Fisher College of Business at Ohio State University for generous research support. All correspondence may be addressed to the authors at the UCLA, Anderson School of Management, 110 Westwood Plaza, Los Angeles, CA 90095; or via e-mail at `perossichi@gmail.com`.

1

# 1   Introduction

Valuation of product features is a critical part of the development and marketing of products and services.[1] Firms continuously seek to improve existing products by adding new features. Many "new products" are essentially old products which have been enhanced with features previously unavailable.  For example, consider the smartphone category of products.  As new generations of smartphones are produced and marketed, existing features such as screen resolution/size or cellular network speed are enhanced to new higher levels.  In addition, features are added to enhance the usability of smartphone. These new features might include integration of social networking functions into the camera application of the smartphone or increasing battery life. New and enhanced features often involve substantial development costs and sometimes also require new components which drive up the marginal cost of production.

The decision to develop new features is a strategic decision involving not only the cost and revenue potential of adding the feature but also the possible competitive response. The development and marketing costs of feature enhancement must be weighed against the expected increase in profits which will accrue if the product feature is added or enhanced. Expected profits in the marketplace in which the firm competes using the enhanced product should be compared to expected profits in the marketplace in which the firm's product is not enhanced. Computing this change in expected profits involves predicting not only demand for the feature but also assessing the new industry equilibrium that will prevail with a new set of products and competitive offerings.

To undertake equilibrium computations, we must build a valid demand system, obtain cost information, and add assumptions regarding the nature of competition. For many product features, informative demand data are difficult to come by.  For example, if a product feature is genuinely new to the market, there is no existing data that can be used to estimate

---

[1]Valuation of product features is also critical in patent disputes.  In particular, damages from patent infringement are typically assessed as either royalty payments or lost profits. In either case, a valuation of the patented feature in terms of incremental profits should be a the heart of any valid damages calculation.  In a companion paper, we consider the problem of patent damage calculations and provide explicit methods for using conjoint data to undertake these calculations (see Allenby et (2013), "How to Value Patented Product Features.")

the demand for this product characteristic. In other situations where features have been introduced into the market, we do not see sufficient price variation or we may have concerns regarding the endogeneity of prices due to the standard omitted characteristics argument (see, for example, (Berry, Levinsohn, and Pakes, 1995)). Conjoint-based surveys can be thought of an experimental approach to assessing demand for products. As has long been recognized, the virtue of conjoint analysis is that product features can be experimentally manipulated to tease out the demand for specific product features. Data obtained from randomized experiments or simulated markets do not suffer from the endogeneity and other measurement concerns that sometimes compromise market data. All of the variation in price and characteristics in conjoint data can be used to estimate data, instead of a smaller fraction identified through the use of instruments or other measures.

While conjoint analysis has long been appreciated as a valuable tool for estimating consumer preferences, the use of conjoint data for equilibrium calculations has not been considered. Valuation of product features is typically conducted via market share simulations and Willingness To Pay (hereafter WTP) calculations. Obviously, these calculations do not directly relate to the value of the product feature to the firm. The only sensible metric for assessing firm value is profit. In calculating changes in profits that can be ascribed to the product feature, competitive response must be considered, necessitating some sort of equilibrium computation. To compute equilibrium outcomes, we will have to make assumptions about cost and the nature of competition and the set of competitive offers. Conjoint studies will have to be designed with this in mind. In particular, greater care to include an appropriate set of competitive brands, handle the outside option appropriately, and estimate price sensitivity precisely must be exercised.

Our work should be distinguished from the work on the valuation of new products (see, for example, Trajtenberg (1989) and Petrin (2002)) in two critical aspects. First, the emphasis of the economics literature on new products is, not surprisingly, on the welfare effects of the new product introduction, while our emphasis is on the profit consequences for the firms adding a new product feature. Second, we do not add an new logit error for the products with feature

enhancement as is common in the new product literature. It is well known that the infinite support of the logit error creates consumer surplus even for products which are dominated on observable features. Since we focus on feature enhancement, we are able to observe exactly what the "new product" is compromised of and do not have to assume there are unobservable aspects of the new product which create value through horizontal differentiation.

In the marketing literature, Ofek and Srinivasan (2002) have considered the problem of what they term "the market value of an attribute improvement (MVAI)." They define the MVAI for a feature enhancement as that increase in price that can be made to an enhanced product while keeping its share constant (p. 401 see text above equation (9)). This is similar to the "market simulation" approach to computing WTP in the conjoint literature. However, the MVAI measure does not consider the competitive response of other firms and is based exclusively on conjoint-derived demand parameters without any consideration of costs or a competitive equilibrium. We believe that the economic value of a feature enhancement must be based on what profits a firm can earn on the enhanced product which is not measured by MVAI.

We illustrate our profit-based approach to valuing product features using the digital camera survey. We designed and fielded a conjoint survey for the purpose of undertaking equilibrium calculations to value a particular camera feature. We contrast our equilibrium results to purely demand-based measures such as WTP and show that there are economically large differences between these approaches.

## 2  Economic Valuation of Features

The goal of feature enhancement is to improve profitability of the firm by introducing product with feature enhancement into an existing market. For this reason, we believe that the only sensible measure of the economic value of feature enhancement is the incremental profits that the feature enhancement will generate.

$$\Delta \pi = \pi \left( p^{eq}, m^{eq} | A^* \right) - \pi \left( p^{eq}, m^{eq} | A \right) \tag{2.1}$$

$\pi$ is the profits associated with the industry equilibrium prices and shares given a particular set of competing products which is represented by the choice set defined by the attribute matrix. $A^*$ denotes the set of products where one of the products has been enhanced by adding or improving a product feature. $A$ represents the set of products without feature enhancement. The set of products in the market is defined via their vector of characteristics.

The equilibrium depends on the set of products offered in the market place. $(p^{eq}, m^{eq})$ is the outcome of a price equilibrium with $m$ denoting the vector of market shares. An equilibrium is defined as a set of prices and accompanying market shares which satisfy the conditions specified by a particular equilibrium concept. We use the standard Nash Equilibrium concept for differentiated products.

In the abstract, our definition of economic value of feature enhancement seems to be the only relevant measure for the firm that seeks to enhance a feature. All funds have an opportunity cost and the incremental profits calculation is fundamental to deploying product development resources optimally. In fairness, industry practitioners of conjoint analysis also appreciate some of the benefits of an incremental profits orientation. Often, marketing research firms construct "market simulators" that simulate market shares given a specific set of products in the market. Some even go further as to attempt to compute the "optimal" price by simulating different market shares corresponding to different "pricing scenarios." In these exercises, practitioners fix competing prices at a set of prices that may include their informal estimate of competitor response. This is not the same as computing a marketing equilibrium but moves in that direction.

## 2.1 Assumptions

Once the principle of incremental profits is adopted, the problem becomes one of defining the nature of competition, the competitive set and to choose an equilibrium concept. These assumptions must be added to the assumptions of a specific parametric demand system (we will use a heterogeneous logit demand system which is flexible but still parametric) as well as a linear utility function over attributes and the assumption (implicit in all conjoint analysis)

that products can be well described by bundles of attributes. Added to these assumptions, our valuation method will also require cost information.

Specifically, we will assume

1. Demand Specification: A standard heterogenous logit demand that is linear in the attributes (including price)

2. Cost Specification: Constant marginal cost

3. Single product firms

4. Feature Exclusivity: The feature can only be added to one product

5. No Exit: Firms cannot exit or enter the market after product enhancement takes place

6. Static Nash Price Competition

Assumptions 2, 3, 4 can be easily relaxed. Assumption 1 can be replaced by any valid or integrable demand system. Assumptions 5 and 6 cannot be relaxed without imparting considerable complexity to the equilibrium computations.

## 2.2  A Standard Logit Model for Demand

Valuation of product features depends on a model for product demand. In most marketing and litigation contexts, a model of demand for differentiated products is appropriate. We briefly review the standard choice model for differentiated product demand. In many contexts, any one customer purchases at most a single unit of the product. While it is straightforward to extend our framework to consider products with a variable quantity purchases, we limit attention to the unit demand situation. The demand system then becomes a choice problem in which customers have $J$ choice alternatives, each with characteristics vector, $a_j$, and price, $p_j$. The standard random utility model (McFadden (1981)) postulates that the utility for the $j$th alternative consists of a deterministic portion (driven by $a$ and $p$) and an unobservable

6

portion which is modeled, for convenience, as a Type I extreme value distribution.

$$u_j = \delta' a_j - \delta_p p_j + \varepsilon_j \qquad (2.2)$$

$a_j$ is a $k \times 1$ vector of attributes of the product, including the feature that requires valuation. $x_f$ denotes the focal feature.[2]

Feature enhancement is modeled as alternative levels of the focal feature, $a_f$ (one element of the vector $a$), while additional features would simply have $a_f$ as a dummy or indicator variable. There are three important assumptions regarding the model in (2.2) that are important for feature valuation: 1. this is a compensatory model with a linear utility, 2. we enter price linearly into the model instead of using the more common dummy variable coding used in the conjoint literature,[3] 3. there is a random utility error with infinite support. The random utility error, $\varepsilon_j$, represents the unobservable (to the investigator) part of utility. This means that actual utility received from any given choice alternative depends not only on the observed product attributes, $x$, and price but also on realizations from the error distribution. In the standard random utility model, there is the possibility of receiving up to infinite utility from the choice alternative. This means that in evaluating the option to make choices from a set of products, we must consider the contribution not only of the observed or deterministic portion of utility but also the distribution of the utility errors. The possibilities for realization from the error distribution provide a source of utility for each choice alternative.

To derive the standard choice model, we must calculate the probability that the $j$th alternative has the maximum utility, employing the assumption that the error terms have a specific distribution. As is well known, the utility index in (2.2) is arbitrary and is preserved under both a location and scale shift. That is, if any number is subtracted from the utility of all choice alternatives, then the index of the maximum remains unchanged. Another way of

---

[2]In choice models used for demand data, it is now common to include an aggregate demand shock, a la Berry, Levinsohn, and Pakes (1995). In the conjoint design, we explicitly delineate the relevant set of characteristics and instruct respondents to assume that all other characteristics are held constant across choice alternatives. This breaks any possible correlations between observed and unobserved characteristics.

[3]That is, if price takes on K values, $p_1, \ldots, p_K$, then many conjoint investigators include $K - 1$ dummy variables for each of the values. In equilibrium calculations, we will want to consider prices at any value in some relevant range in order to use first order conditions which assume a continuum of possible prices.

saying this is that utility can only be expressed in a relative sense and that utility is not on a ratio scale. This is also true that the index of the maximum utility is not changed if each alternative scaled by the same positive number. In conjoint applications with dummy variable coding the attributes (each level except one is introduced via dummy variables), there is one level of all variables (the "default" or base level) which is assigned a utility of zero. This means that, in conjoint designs, there is no location invariance problem. However, there is still a scaling problem. Typically, researchers set the scale parameter of the Type I extreme value distribution to 1. Another approach to the scaling invariance problem is to set the price coefficient to the value $-1.0$ and estimate the scale parameter. This later approach may have some advantages as Sonnier, Ainslie, and Otter (2007) point out. However, all of the conjoint studies we are familiar with use the conventional restriction of setting the scale parameter to 1 and allowing for a price coefficient. This means that absolute value of the price coefficient should be interpreted as the reciprocal of the error scale parameter.

Assuming that every consumer has sufficient budget to purchase any alternative, the random utility model yields that standard logit specification commonly used to analyze choice-based conjoint setting the scale parameter to 1.0.

$$\Pr\left(j\right) = \frac{\exp\left(\delta' a_j - \delta_p p_j\right)}{\sum_{j=1}^{J} \exp\left(\delta' a_j - \delta_p p_j\right)} \tag{2.3}$$

To simplify notation, we will combine both $\delta$ and $\delta_p$ into one vector, denoted $\beta$. In the conjoint literature, the $\beta$ coefficients are called part-worths. It should be noted that the part-worths are expressed in a utility scale which has an arbitrary origin (as defined by the base alternative) and an equally arbitrary scaling (somewhat like the temperature scale). This means that we cannot compare elements of the $\beta$ vector in ratio terms or utilizing percentages. In addition, if different consumers have different utility functions (which is almost a truism of marketing) then we cannot compare part-worths across individuals. For example, suppose that one respondent gets twice as much utility from feature A as feature B, while another respondent gets three times as much utility from feature B as A. All we can say is that the first respondent ranks A over B and the second ranks B over A; no statements can be made

8

regarding the relative "liking" of the various features.

The aggregate demand facing the firm is simply the integral of 2.3 over the distribution of preferences.

$$q_j\left(p\right) = M \int \Pr\left(j|\beta, A, p\right) p\left(\beta|h\right) d\beta$$

Here $\beta$ refers to the entire vector part-worths (including the price coefficient). $M$ is the size of the market. $p$ is the vector of prices for all $J$ products. $A$ is the current choice set of competitive offerings in the market. That is, $j$th row of $A$ contains the attributes/characteristics of the $j$th product in the market.

$$A = \begin{bmatrix} a'_1 \\ a'_2 \\ \vdots \\ a'_J \end{bmatrix}$$

Our equilibrium calculations will depend on the demand for products in a market place in which one of the products is enhanced or augmented with a specific feature. We denote the set of products in the world with feature enhancement by $A^*$ and the set without any feature enhancement as $A$.

## 2.3   Computing Equilibrium Prices

The standard static Nash equilibrium in a market for differentiated products is a set of prices such that simultaneously satisfy all firms profit-maximization conditions. Each firm chooses price to maximize firms profits, given the prices of all other firms. These conditional demand curves are sometimes called the "best response" of the firm to the prices of other firms. An equilibrium, if it exists,[4] is a set of prices that is simultaneously the best response or profit maximizing for each firm given the others.

---

[4]There is no guarantee that a Nash equilibrium exists for heterogeneous logit demand.

In a choice setting, the firm demand[5] is

$$\pi\left(p_j|p_{-j}\right) = M\mathbb{E}\left[Pr\left(j|p, A\right)\right]\left(p_j - c_j\right).\tag{2.4}$$

M is the size of the market, $p$ is the vector of the prices of all $J$ firms in the market, $c_j$ is the marginal cost of producing the firms product. The expectation is taken with respect to the distribution of choice model parameters. In the logit case,[6]

$$\mathbb{E}\left[\Pr\left(j|p, A\right)\right] = \int \frac{\exp\left(\delta' a_j - \delta_p p_j\right)}{\sum_j \exp\left(\delta' a_j - \delta_p p_j\right)} p\left(\delta, \delta_p\right) d\delta d\delta_p.\tag{2.5}$$

The first order conditions of the firm are

$$\frac{\partial \pi}{\partial p_j} = \mathbb{E}\left[\frac{\partial}{\partial p_j}\Pr\left(j|p, A\right)\right]\left(p_j - c_j\right) + \mathbb{E}\left[\Pr\left(j|p, A\right)\right]\tag{2.6}$$

The Nash equilibrium price vector is a root of the system of nonlinear equations which define the F.O.C. for all $J$ firms. That is if we define

$$h\left(p\right) = \begin{bmatrix} h_1\left(p\right) = \frac{\partial \pi}{\partial p_1} \\ h_2\left(p\right) = \frac{\partial \pi}{\partial p_2} \\ \vdots \\ h_J\left(p\right) = \frac{\partial \pi}{\partial p_J} \end{bmatrix}\tag{2.7}$$

then the equilibrium price vector, $p^*$, is a zero of the function $h\left(p\right)$.

There are two computational issues that arise in the calculation of Nash equilibrium prices.

---

[5]Again, we do not have an aggregate demand shock in the model. We think of the firm problem as setting prices given the observed characteristics and prices of all products in the marketplace. There is no sense in which firms are setting prices as a function of some unobserved characteristic as this is explicitly ruled out by the nature of the conjoint randomized experiment.

[6]We do not include a market wide shock to demand as we are not trying to build an empirical model of market shares. We are trying to approximate the firm problem. In a conjoint setting, we abstract from the problem of omitted characteristics as the products we use in our market simulators are defined only in terms of known and observable characteristics. Thus, the standard interpretation of the market wide shock is not applicable here. Another interpretation is that the market wide shock represents some sort of marketing action by the firms (e.g. advertising). Here we are directly solving the firm pricing problem holding fixed any other marketing actions. This means that the second interpretation of the market wide shock as stemming from some unobservable firm action is not applicable here.

First, both the firm profit function (2.4) and the FOC conditions for the firm (2.6) require the computation of integrals to compute the expectation of the market share (market demand) and expectation of the derivative of market share in the FOC. Second, an algorithm must be devised for calculating the equilibrium price, given a method of approximating the integrals. The most straightforward method to approximate the requisite integrals is a simulation method. Given a distribution of demand parameters over consumers, we can approximate the expectations by simple average of draws from this distribution. Given that both the market share and the derivatives of market share are virtually costless to evaluate, an extremely large number of draws can be used to approximate the integrals (we routinely use in excess of 50,000 draws).

Given the method for approximating the integral, we must choose an iterative method for computing equilibrium prices. There are two methods available. The first is an iterative method where we start from some price vector, compute the optimal price for each firm given other other prices, updating the price vector as we progress from the 1st to the Jth firm. After one cycle thru the J firms, we have updated the price vector to a second guess of the equilibrium. We continue this process until $\left\| p^r - p^{r-1} \right\| < tol$. The method of iterative firm profit maximization will work if there is a stable equilibrium. That is, if we perturb the price vector away from the equilibrium price, the iterative process will return to the equilibrium (at least in a neighborhood of the equilibrium). This is not guaranteed to occur even if there is exists a unique equilibrium.

The second method for computing equilibrium prices is to find the root of set of FOCs (2.7). The optimization problem

$$\min_p \left\| h\left( p \right) \right\|$$

can be solved via a quasi-Newton method which is equivalent to finding the roots directly using Newton's method with line search. This provides a more robust way of finding equilibria, if they exist, but does not provide a way of finding the set of equilibria if multiple equilibria exist. The existence of multiple equilibria would have to be demonstrated by construction via starting the optimizer/root finder from different starting points. In our experience with

heterogeneous logit models, we have not found any instance of multiple equilibria; however we have found situations where we cannot find any equilibria (though only rarely and for extreme parameter values).

## 2.4   WTP

Willingness to Pay (WTP) is a demand-based measure of social welfare used to value product features.  We introduce it here for comparisioin to our equilibrium-based profits mearuse. WTP is a measure of social welfare derived from the principle of compensating variation. That is, WTP for a product is the amount of income that will compensate for the loss of utility obtained from the product; in other words, a consumer should be indifferent between having the product or not having the product with an additional income equal to the WTP. Indifference means the same level of utility.  For choice sets, we must consider the amount of income (called the compensating variation) that must be paid to a consumer faced with a diminished choice set (either an alternative is missing or diminished by omission of a feature) so that consumer attains the same level of utility as a consumer facing a better choice set (with the alternative restored or with the feature added). Consumers evaluate choices *a priori* or before choices are made.  Features are valuable to the extent to which they enhance the attainable utility of choice.  Consumers do not know the realization of the random utility errors *until* confronted with the specific choice tasks and the description of the choice alternatives. Addition of the feature shifts the deterministic portion of utility or the mean of the random utility. Variation around the mean due to the random utility errors is equally important as a source of value.

The random utility model was designed for application to revealed preference or actual choice in the marketplace.  The random errors are thought to represent information unobservable to the researcher.  This unobservable information could be omitted characteristics that make particular alternatives more attractive than others.  In a time series context, the omitted variables could be inventory which affects the marginal utility of consumption. In a conjoint survey exercise, respondents are explicitly asked to make choices solely on the basis

of attributes and levels presented and to assume that all other omitted characteristics are to be assumed to be the same. It might be argued, then that there role of random utility errors is different in the conjoint context. Random utility errors might be more the result of measurement error rather than omitted variables that influence the marginal utility of each alternative.

However, even in conjoint setting, we believe it is still possible to interpret the random utility errors as representing a source of unobservable utility. For example, conjoint studies often include brand names as attributes. In these situations, respondents may infer that other characteristics correlated with the brand name are present even though the survey instructions tell them not to make these attributions. One can also interpret the random utility errors as arising from functional form mis-specification. That is, we know that the assumption of a linear utility model (no curvature and no interactions between attributes) is a simplification at best. We can also take the point of view that a consumer is evaluating a choice set prior to the realization of the random utility errors which occurs during the purchase period. For example, consider the value of choice in the smartphone category at some point prior to a purchase decision. At the point, the consumers knows the distribution of random utility errors which will depend on features not yet discovered or from demand for features which is not yet realized (i.e. the benefit from a better browser is not known with certainty prior to choice). When the consumer actually purchases a smartphone, he/she will know the realization of these random utility errors.

To evaluate the utility afforded by a choice set, we must consider the distribution of the maximum utility obtained across all choice alternatives. This maximum has a distribution because of the random utility errors. For example, suppose we add the feature to a product configuration that is far from utility maximizing. It may still be that, even with the feature, the maximum deterministic utility is provided by a choice alternative without the feature. This does not mean that feature has no value simply because the product it is being added to is dominated by other alternatives in terms of deterministic utility. The alternative with the featured added can be chosen after realization of the random utility errors if the realization

of the random utility error is very high for the alternative that is enhanced by addition of the feature.

More formally, we can define WTP from a feature enhancement by using the indirect utility function associated with the choice problem. Let $A$ be a matrix which defines the set of products in a choice set. $A$ is a $J \times K$ matrix, where $J$ is the number of choice alternatives and $K$ is the number of attributes which define each choice alternative (other than price). The rows of the choice set matrix, $a_j$, show the configuration of attributes for the $j$th product in the choice set. That is, the $j$th row of A defines a particular product – a combination of attribute levels for each of $K$ attributes. If the $k$th attribute is the feature in question, then $a_{j,k} = 1$ implies that the feature has been added to the $j$th product. Let $A$ denote a set of products which represent the marketplace without the new feature and $A^*$ denotes the same set of products but where one of the products has been enhanced by adding the feature. We define the indirect utility function for a given choice set as

$$V\,(p,y|A) = \max_{x} U\,(x|A) \quad \text{subject to } p'x \leq y \tag{2.8}$$

WTP is defined as the compensating variation required to make the utility derived from the "feature-poor" choice set, $A$, equal to the utility obtained from the feature-rich choice set, $A^*$.

$$V\,(p,y+WTP|A) = V\,(p,y|A^*) \tag{2.9}$$

As such, WTP is a measure of the social welfare conferred by the feature enhancement expressed in dollar terms. The choice set may include not only products defined by the $K$ product attributes but also an outside option which is coded as row of zeroes in the feature matrix and a price of 1.0. Thus, a consumer receives utility from three sources: 1. observed characteristics of the set of products in the market, 2. expenditure on a possible outside alternative and 3. the random utility error.

For the logit demand system, the indirect utility function is obtained by finding the ex-

14

pectation of the maximum utility (see, for example, McFadden (1981)).

$$
\begin{aligned}
V\left(p, y|A\right) &= E\left[max_j U_j|A\right] \\
&= \beta_p y + ln \sum_{j=1}^{J} \exp\left(a_j'\beta - \beta_p p_j\right)
\end{aligned}
\tag{2.10}
$$

To translate this utility value into monetary terms, we divide by the marginal utility of income. In these models, the price coefficient is viewed as the marginal utility of income. We can then transform the utility value in (2.10) in to monetary terms, resulting in the "social surplus" (Trajtenberg (1989)).

$$
W\left(A|p, \beta, \beta_p\right) = y + ln\left[\sum_{j=1}^{J} \exp\left(\beta'a_j - \beta_p p_j\right)\right] / \beta_p
\tag{2.11}
$$

We can then solve for WTP using the (2.9).

$$
WTP = ln\left[\sum_{j=1}^{J} \exp\left(\beta'a_j^* - \beta_p p_j\right)\right] / \beta_p - ln\left[\sum_{j=1}^{J} \exp\left(\beta'a_j - \beta_p p_j\right)\right] / \beta_p
\tag{2.12}
$$

In the conjoint literature (Orme (2001)), another "WTP" measure is often used. If we simply scale the part-worth corresponding to the feature enhancement by the price coefficient, a monetary measure of the incremental utility afforded by the feature enhancement is obtained. This measure does not take into account the utility value afforded by the omitted characteristics represented by the random utility errors. In addition, this measure, which we term a "pseudo-WTP" measure is invariant to which product the feature enhancement is applied to a property not shared by either a true WTP measure or the incremental profits measure proposed here. Thus, while the "pseudo-WTP" measure might be useful as a way of interpreting and comparing coefficients in conjoint models, there is no rigorous basis for the use of this measure as a measure of social surplus.

15

# 3   Using Conjoint Designs for Equilibrium Calculations

Economic valuation of feature enhancement requires a valid and realistic demand system as well as cost information and assumptions about the set of competitive products. If conjoint studies are to be used to calibrate the demand system, then particular care must be taken to design a realistic conjoint exercise. The low cost of fielding and analyzing a conjoint design makes this method particularly appealing. However, there is no substitute for careful conjoint design. Many designs fielded today are not useful for economic valuation of feature enhancement. For example, conjoint studies in which there is no outside option, only one brand, and only a small subset of product features are often used in commercial applications. A study with any of these limitations is of questionable value for true economic valuation.

Careful practitioners of conjoint have long been aware that conjoint is appealing because of it's simplicity and low cost but that careful studies make all the difference between realistic predictions of demand and useless results. We will not repeat the many prescriptions for careful survey analysis which include thorough crafting questionnaires with terminology that is meaningful to respondents, thorough and documented pre-testing and representative (projectable) samples.[7] Furthermore, many of the prescriptions for conjoint design including well-specified and meaningful attributes and levels are extremely important. Instead, we will focus on the areas we feel are especially important for economic valuation and not considered carefully enough.

## 3.1   Set of Competing Products

The guiding principle in conjoint design for economic valuation of feature enhancement is that the conjoint survey must closely approximate the marketplace confronting consumers. In industry applications, the feature enhancement has typically not yet been introduced into the marketplace (hence the appeal of a conjoint study).

Most practitioners of conjoint are aware that, for realistic market simulations, the major

---

[7]For a general discussion of surveys and sampling, see Rossi, Wright, and Anderson For specific guidelines on the development of conjoint surveys see Orme

competing products must be used.  This means that the product attributes in the study should include not only functional attributes such as screen size, memory etc but also the major brands. This point is articulated well in Orme (2001).

In a highly competitive product category with many highly substitutable products, the economic value or increment profits that could accrue to any one competitor would typically be very small.  However, in an isolated part of the product space (that is a part of the attribute space that is not densely filled in with competing products), a firm may capture more of the value to consumers of a feature enhancement.  Therefore, it is important to design the study to consider the major competing products both in terms of brands and the attributes used in the conjoint design.  It is not required that the conjoint study exactly mirror the complete set of products and brands that are in the marketplace but that the main exemplars of competing brands and product positions must be included.

## 3.2   Outside Option

There is considerable debate as to the merits of including an outside option in conjoint studies. Many practitioners use a "forced-choice" conjoint design in which respondents are forced to choose one from the set product profiles in each conjoint choice task.  The view is that "forced-choice" will elicit more information from the respondents about the tradeoffs between product attributes.  If the "outside" or "none of the above" option is included, advocates of forced choice argue that respondents may shy away from the cognitively more demanding task of assessing tradeoffs and select the "none" option to reduce cognitive effort.  On the opposite side of the argument, some practitioners advocate inclusion of the outside option in order to assess whether or not the product profiles used in the conjoint study are realistic in the sense of attracting considerable demand.  The idea being that if respondents select the "none of the above" option too frequently then the conjoint design has offered very unattractive hypothetical products.  Others (see, for example, Brazell, Diener, Karniouchina, Moore, Severin, and Uldry (2006)) argue the opposite side of the argument for forced choice.  They argue that there is a "demand" effect in which respondents select at least one product to "please" the

investigator. There is also a large literature on how to implement the "outside" option.

Whether or not the outside option is included depends on the ultimate use of the conjoint study. Clearly, it is possible to measure how respondents trade-off different product attributes against each other without inclusion of the outside option. For example, it is possible to estimate the price coefficient in a conjoint study which does not include the outside option. Under the assumption that all respondents are NOT budget constrained, the price coefficient should theoretically measure the trade-offs between other attributes and price. The fact that respondents might select a lower price and pass on some features means that they have an implicit valuation of the dollar savings involved in this trade-off. If all respondents are standard economic agents, then this valuation of dollar savings is a valid estimate of the marginal utility of income.

While demand parameters can, in principle, be measured from a conjoint study conducted without the outside option, valid equilibrium calculations do require an outside alternative. In order to compute valid equilibrium prices, we need to explicitly consider substitution from and to other goods including the outside good. For example, suppose we enhance a product with a very valuable new feature. We would expect to capture sales from other products in the category as well as to expand the category sales; the introduction of the Apple iPad dramatically grew the tablet category due, in part, to the features incorporated in the iPad. Chintagunta and Nair make a related observation that price elasticities will be biased if the outside option is not included.

We conclude that an outside option is essential for economic valuation of feature enhancement as the only way to incorporate substitution in and out of the category is by the addition of the outside option. At this point, it is possible to take the view that if respondents are pure economic actors that they should select the outside option corresponding to their true preferences and that their choices will properly reflect the marginal utility of income. However, there is a growing literature which suggests that different ways of expressing or allowing for the outside option will change the frequency with which it is selected. In particular, the so-called "dual response" way of allowing for the outside option (see Uldry, Severin, and Diener

18

(2002) and Brazell, Diener, Karniouchina, Moore, Severin, and Uldry (2006)) has been found to increase the frequency of selection of the outside option. The "dual-response" method asks the respondent first to indicate which of the product profiles (without the outside option) are most preferred and then asked if the respondent would actually buy the product at the price posted in the conjoint design. Our own experience confirms that this mode of including the outside option greatly increases the selection of the outside option. Our experience has also been that the traditional method of including the outside option often elicits a very low rate of selection which we view as unrealistic. The advocates of the "dual response" method argue that the method helps to reduce a conjoint survey bias toward higher purchase rates than in the actual marketplace.

Another way of reducing bias toward higher purchase rates is to design a conjoint using an "incentive-compatible" scheme in which the conjoint responses have real monetary consequences. There are a number of ways to do this (see, for example, Ding, Grewal, and Liechty (2005)) but most suggestions (an interesting exception is Dong, Ding, and Huber (2010)) use some sort of actual product and a monetary allotment. If the products in the study are actual products in the marketplace, then the respondent might actually receive the product chosen (or, perhaps, be eligible for a lottery which would award the product with some probability). If the respondent selects the outside option, they would receive a cash transfer (or equivalent lottery eligibility).

## 4   Statistical Inference for Economic Valuation

Bayesian Hierarchical models are now by far the dominant method for use in analysis of choice-based conjoint data. The reason for the widespread use of Bayesian methods is the ability to conduct inference at both the individual consumer or respondent level as well as on the aggregate level. All inferences are made without resort to asymptotic approximations which can be very poor for highly nonlinear models and functions of model parameters. For example, the posterior distribution of equilibrium profits involves computing Nash Equilibrium prices. Equilibrium prices are a highly nonlinear function of the distribution of preferences

19

in the marketplace, an expression which is not available in closed form. As is well known, a simulation-based Bayesian approach can compute the finite sample distribution of any function (in closed form or not) of model parameters. In our case, we must compute the posterior predictive distribution of market share and use this distribution to simulate the posterior distribution of equilibrium prices and profits.

We employ a standard hierarchical Multinomial Logit model. This consists of a MNL model for each respondent's data (denoted $y_i$) given preference parameters, $\beta_i$, coupled with a two-stage prior. The first stage of the prior is a multivariate normal distribution for the model parameters and the second stage is a set of priors on the parameters of the random coefficient distribution parameters. In non-Bayesian literature it is common to restrict heterogeneity to only a subset of the model parameters or to assume that the model parameters do not have a full co-variance matrix, something that is unnecessary in a full Bayesian treatment. Our hierarchical model is specified as

$$
\begin{aligned}
y_i & \mid & A_i, \beta_i \\
\beta_i & \sim & N\left(\mu, V_\beta\right) \\
\mu, V_\beta & \sim & p\left(h\right)
\end{aligned}
\tag{4.1}
$$

The second-stage prior is the standard Normal-Inverted-Wishart conditionally conjugate prior (see Rossi, Allenby, and McCulloch (2005), section 2.12).

## 4.1   Individual or Market Quantities?

The appeal of Bayesian methods is based primarily on the ability to produce inferences at the respondent level as well as to free statistical inference from asymptotic approximations which are dubious at best in conjoint exercises where very few (invariably less than 20) observations are collected per respondent. However, there has been a great deal of confusion as to how to develop and use respondent-level inferences. Many simply compute Bayesian estimates at the respondent level based on averages of the MCMC draws of the parameter vector at the

respondent level.

$$\hat{\beta}_i = \frac{1}{R} \sum_r \beta_i^r \qquad (4.2)$$

Here $i$ is the index of the respondent and $r$ is the index of the MCMC draws for that respondent. While there is nothing inherently wrong with this estimate, the distribution of these estimates across respondents is not a valid estimate of true distribution of preference or part-worth parameters than constitutes the market. Intuitively, we all know that there is a great deal of uncertainty in the respondent level parameter estimates as they are based only on a handful of observations and the Bayes procedures do not borrow a great deal of strength from other observations unless the distribution of heterogeneity is inferred to be very tight. These problems are magnified for the WTP measure. One cannot simply plug in estimates of respondent-level parameters into the equation defining WTP (2.9) and then compute the average of these estimated WTP as an estimate of the population average WTP. A coherent full Bayesian approach requires the definition of the population object of interest (here is is the population average of the WTP measure) and then compute the full posterior distribution of this measure.

Instead of focusing on individual estimates and exposing the attendant problems with these estimates, economic valuation forces the investigator to estimate the distribution of tastes which is then used to compute market demand. To review, if we know the distribution of part-worths (preferences) over respondents we can compute market demand for any firm's product as

$$\mathrm{MS}\left(j|p, A\right) = \int \mathrm{Pr}\left(j|\beta, p, A\right) p\left(\beta\right) d\beta. \qquad (4.3)$$

Here MS(j) is the market share of product j. However, we do not know the exact distribution of preferences. What we have is a model for preferences (the first stage of the hierarchical model) and inferences about the parameters of this model. We assume that the model parameters (or some transform of them) is normally distributed.

$$p\left(\beta\right) = \phi\left(\beta|\mu, V_\beta\right) \qquad (4.4)$$

Here $\phi(\bullet)$ is the multivariate normal density. This means that market share defined in (4.3) is function of the hyper-parameters that govern the normal, first-stage or random coefficient, distribution.

$$\text{MS}(j|\mu, V_\beta) = \int \Pr(j|\beta) \phi(\beta|\mu, V_\beta) \, d\beta \tag{4.5}$$

The posterior predictive distribution of market share is obtained from the posterior distribution of the normal distribution hyper-parameters, $p(\mu, V_\beta|data)$ used in conjunction with (4.5). We simply draw from the multivariate normal density given each draw of the hyper-parameters to obtain a draw from the relevant posterior predictive distribution.

$$\text{MS}(j)^r = \int \Pr(j|\beta) \phi\left(\beta|\mu^r, V_\beta^r\right) d\beta \tag{4.6}$$

This idea can be used to compute the posterior distribution of any quantity including the posterior distribution of equilibrium prices as equilibrium prices are also a function of the random coefficient parameters. In the illustration of our method, we will take draws of the normal hyper-parameters and then for each draw we will solve for the equilibrium prices. This will build up the correct posterior distribution of equilibrium quantities.

## 4.2   Estimating Price Sensitivity

Equilibrium prices are sensitive to inferences regarding the price coefficient. If the distribution of prices puts any mass at all on positive values, then there does not exist a finite equilibrium price. All firms will raise prices infinitely, effectively firing all consumers with negative price sensitivity and make infinite profits on the segment with positive price sensitivity. Most investigators regard positive price coefficients as inconsistent with rational behavior. However, it will be very difficult for a normal model to drive the mass over the positive half line for price sensitivity to a negligible quantity if there is mass near zero on the negative side. We must distinguish uncertainty in posterior inference from irrational behavior. If a number of respondents have posteriors for price coefficients that put most mass on positive values, this suggests a design error in the conjoint study; perhaps, respondents are using price an

22

a proxy for the quality of omitted features and ignoring the "all other things equals" survey instructions. In this case, the conjoint data should be discarded and the study re-designed. On the other hand, we find considerable mass on positive values simply because of the normal assumption and the fact that we have very little information about each respondent. In these situations, we have found it helpful to change the prior or random effect distribution to impose a sign constraint on the price coefficient.

$$\begin{bmatrix} \beta \\ \beta_p^* = \ln\left(-\beta_p\right) \end{bmatrix} \sim N\left(\mu, V_\beta\right) \tag{4.7}$$

Given that a RW-Metropolis step is used to draw logit parameters, this re-parameterization can be implemented trivially in the evaluation of the likelihood function only. The only change that should be made is in the assessment of the IW prior on $V_\beta$. In the default settings, we use a relatively diffuse prior, $V_\beta \sim IW\left(\nu, \nu V\right)$, with $V = I$. We must recognize that the price element of $\beta$ is now on a log-scale and it would be prudent to lower the prior diffusion to a more modest level such as .05 rather than leaving that diagonal element at 1.0. It should be noted that the prior outlined here will have a zero probability of a price coefficient which is $\geq 0$. This is not true for more ad hoc methods such as the method of "tie-breaking" used in Sawtooth Software.

Even with a prior that only puts positive mass only on negative values, there may still be difficulties in computing sensible equilibrium prices due to a mass of consumers with negative but very small price sensitivities. Effectively this will flatten out the profit function for each firm and make it difficult to find an equilibrium solution. The lower the curvature of the profit function, the more sensitive the profit function (or first order conditions) will be to simulation error in the approximation of the integrals. In our illustration in section 5, we do not find this problem but it is a potential problem that will arise in situations in which there are respondents who exhibit very low price sensitivity.

In many conjoint studies, the goal is to simulate market shares for some set of products. Market shares can be relatively insensitive to the distribution of the price coefficients when

prices are fixed to values typically encountered in the marketplace. It is only when one considers relative prices that are unusual or relatively high or low prices that the implications of a distribution of price sensitivity will be felt. By definition, price optimization will stress-test the conjoint exercise by considering prices outside the small range usually consider in market simulators. For this reason, the quality standards for design and analysis of conjoint data have to be much higher when used from economic valuation than for many of the typical uses for conjoint. Unless the distribution of price sensitivity puts little mass near zero, the conjoint data will not be useful for economic valuation using either our equilibrium approach or for the use of the more traditional and flawed pseudo-WTP methods.

## 5    An Illustration Using the Digital Camera Market

To illustrate our proposed method for economic valuation and to contrast our method with standard WTP methods, we consider the example of the digital camera market. We designed a conjoint survey to estimate the demand for features in the point and shoot submarket. We considered the following seven features with associated levels:

1. Brand: Canon, Sony, Nikon, Panasonic

2. Pixels: 10, 16 mega-pixels

3. Zoom: 4x, 10x optical

4. Video: HD (720p), Full HD (1080p) and mike

5. Swivel Screen: No, Yes

6. WiFi: No, Yes

7. Price: $79-279

We focused on evaluating the economic value of the swivel screen feature which is illustrated in Figure 1. The conjoint design was a standard fractional factorial design in which each respondent viewed sixteen choice sets, each of which featured four hypothetical products.

24

A dual response mode was used to incorporate the outside option. Respondents were first asked which of the four profiles presented in each choice task was most preferred. Then the respondent was asked if they would buy the preferred profile at the stated price. If no, then this response is recorded as the "outside option" or "none of the above." Respondents were screened to only those who owned a point and shoot digital camera and who considered themselves to be a major contributor to the decision to purchase this camera.

The survey was fielded to the Sampling Surveys International internet panel in August 2013. We received 501 completed questionnaires.[8] We recorded time to complete the conjoint portion of the survey. The median time to complete is 220 seconds or about 14 seconds per conjoint task. The 25th percentile is 151 seconds and the 75th percentile is 333 seconds. To check sensitivity to time spent on the survey, we conducted analyses deleting the bottom quartile of the respondents and found little change. It is a common and well-accepted practice to remove respondents who "straight-line" or always select the same option (such as the left most choice). The idea is that these "straight-liners" are not putting sufficient effort into the choice task. Of our 501 complete questionnaires, only 2 respondents displayed straight-line behavior and were eliminated. We also eliminated 6 respondents who always selected the same brand and two respondents who always selected the high price brand. Our reasoning is that these respondents did not appear to be taking the trade-offs conjoint exercise seriously. We also eliminated 23 respondents who always selected the outside option as their part-worths are not identified without prior information. Thus, our final sample size was 468 out of an original size of 501.

To analyze the conjoint data, we use the *bayesm* routine `rhierMnlMixture`. We employed standard diffuse prior settings as discussed in section 4 and 50,000 MCMC draws were made. The first 10,000 draws were discarded for burn-in purposes. The hierarchical model we employed assumes that the conjoint price-worths are normally distributed. We can compute the

---

[8]This study was part of a wave of four other very similar conjoint studies on digital cameras each with the same screening criteria. For all studies in the wave, 16,185 invitations were sent to panelists, 6,384 responded. Of those who responded to the invitation, 2,818 passed screening and of those passing screening 2,503 completed the questionnaire. Thus, the overall completion rate is 89 per cent which is good by survey standards.



Figure 1: Swivel Screen Attribute

posterior predictive distribution of part-worths as follows:

$$p\left(\beta|data\right) = \int \phi\left(\beta|\mu, V_\beta\right) p\left(\mu, V_\beta|data\right) d\mu\, dV_\beta \qquad (5.1)$$

(5.1) shows the influence of both the model (the normal random coefficient distribution) and the data through the posterior distribution of the normal hyper-parameters. The resulting distributions will be symmetric but of fatter tails that the normal. Figure 2 shows the posterior predictive distribution of the swivel screen part-worth. Most the mass of this distribution is on positive values. It is difficult to interpret the size of these part-worths without reference to the price coefficient. Figure 2 displays the posterior predictive distribution of the price coefficient. This coefficient has been restricted to only negative values by the reparameterization in 4.7.

Aggregate demand is found by taking the expectation of choice probabilities with respect to the distribution of preference parameters over the population. The distribution of the part-worths shown in Figure 2 is the correct predictive distribution of preferences. In order to shed some light as to the substitution structures found in aggregate demand, we compute the posterior distribution of the market share elasticity matrix. This is obtained by computing the elasticity matrix given the normal distribution hyper-parameters and then constructing the posterior distribution of this quantity using draws from the posterior distribution of the hyper-parameters.

$$\frac{\partial MS(i)}{\partial lnp_j}\left(\mu, V_{beta}\right) = \int Pr\left(i|\beta\right) p\left(\beta|\mu, V_{beta}\right) d\beta \qquad (5.2)$$

26





Figure 2: Posterior Predictive Distribution of Price and Swivel Screen Part-Worths

| Price\Mkt Share | $MS_{Sony}$ | $MS_{Canon}$ | $MS_{Nikon}$ | $MS_{Pansonic}$ |
|:---:|:---:|:---:|:---:|:---:|
| $P_{Sony}$ | -1.69 | .50 | .36 | .34 |
| $P_{Canon}$ | .53 | -1.79 | .37 | .44 |
| $P_{Nikon}$ | .40 | .39 | -1.56 | .28 |
| $P_{Panasonic}$ | .46 | .55 | .34 | -1.73 |

Table 1: Posterior Mean of Aggregate Demand Elasticities

The posterior mean of these elasticities is presented in Table 1. These own price elasticities are quite reasonable and imply a reasonably high markup of two- three times cost. The cross-price elasticities are also quite high, showing a high degree of substitution between these brands.

## 5.1    Changes in Equilibrium Prices, Shares, and Profits

We have argued that economic value should be expressed as incremental profits that accrue to the firm that engages in feature enhancement. It is difficult to provide a realistic base or scaling for firm profits without more information regarding market size and cost. However, we can compute equilibrium prices with and without feature enhancement to provide an idea of how much the focal firm can charge as a price premium and how market shares will adjust in the new industry equilibrium. Here we consider the change in equilibrium outcomes from adding the swivel screen display to the Sony base product (a Sony brand camera with all attributes turned to their "lowest" value except, of course, price which is not constrained). The value conferred by the addition of the swivel screen will also depend on the configuration of other competing products. For illustration purposes only, we considered a competitive set that consists of three other brands (Canon, Nikon, and Panasonic) all similarly configured at the "base" level of attributes. We set the marginal cost of product for all brands to be $75. When the Swivel Screen feature is added, we assume marginal cost is increased by $5 to $80.

Table 2 presents the posterior means of the equilibrium prices computed with and without the swivel screen addition to the Sony product.[9] As we might expect, adding the swivel screen gives the Sony brand more effective market power relative to the other branded competitors who do not have the feature (note: we could have easily simulated a competitive reaction in

---

[9]The numbers displayed in the table are posterior means.

28

|           | Sony     | Canon    | Nikon    | Panasonic |
|-----------|----------|----------|----------|-----------|
| W/O SS    | $173.68  | $188.44  | $211.44  | $182.40   |
| W SS      | $208.64  | $183.77  | $199.63  | $176.53   |
| $\Delta$  | $34.96   | -$4.67   | -$11.81  | -$5.87    |

Table 2: Changes in Equilibrium Prices

which some or all of the other brands adopted the feature). Not only does Sony find it optimal to raise price, the stronger competition and diminished value of the other brands forces them to lower prices in equilibrium.

Figure 3 plots the posterior distribution of the change in equilibrium price as the swivel screen feature is added to the Sony product. This distribution is distributed around the mean of $34.96, represented by the vertical yellow bar. The green vertical bars along the horizontal axis represent a 95 per cent posterior interval.

Table 3 displays the equilibrium market shares for each of the four branded products and the outside good calculated with and without the swivel screen display. Only very minor share changes are observed. The feature enhanced Sony product gains share, primarily from the outside alternative. As we have seen, the other brands reduce their prices in equilibrium, compensating for the greater desirability of the Sony product.

In differentiated markets, competitive forces drive down the profits that the firm with the feature enhanced product can capture from the consumer surplus generated by the feature improvement. For this reason, pure measures of change in consumer surplus are not an appropriate measure of the value to the firm as competition will dissipate rents. To illustrate how competition effects equilibrium profits, we consider reducing the number of competitors, thus, softening competition. With product differentiation, firms will still earn positive equilibrium profits but the market power of any one firm depends not only on the number of competitors but the positions they occupy in the product space. To see this, we conduct a different market simulation in which there are only two competing firms, Sony and Canon, instead of four. The IIA property of the logit demand system at the consumer level allows us to easily compute the new market pricing equilibrium in the market with only two competitors. The IIA property means that, at the individual level, the demand system for a reduced set of

|  | Sony | Canon | Nikon | Panasonic | Outside Good |
|---|---|---|---|---|---|
| W/O SS | 13% | 13% | 11% | 10% | 53% |
| W SS | 14% | 13% | 11% | 10% | 52% |
| Δ | 1% |  |  |  | -1% |

Table 3: Changes in Equilibrium Shares

alternatives (Canon, Sony, and the outside good) can be found simply by re-normalizing the choice probabilities based only the market shares for these three alternatives. We then can form market demand by integrating up over the distribution of preferences.

We find that in a system with only the Sony and Canon products, Sony faces less competition and is able to extract a greater fraction of consumer surplus from adding the swivel screen feature. The equilibrium price goes up by \$37.35, an amount larger than the change in equilibrium prices with four firms and a more densely filled in product space.

Finally, we can compute the posterior predictive distribution of the percentage Sony profits as the Swivel Screen feature is added. This is the ultimate measure of the value to Sony of this product feature. Figure 4 shows this distribution. The posterior mean is about a 25 per cent increase in profits with a 95 per cent posterior interval from 14 to 36 per cent. This represents the true economic value for the feature after accounting for competitive response and cost considerations. Given that, under our cost assumptions (a marginal cost of \$80 to produce the camera with SS), this translates into an increase into an incremental profit of about \$24 per unit sold.[10]

## 5.2   WTP

We have emphasized that economic valuation of product feature enhancement should be done by computing the incremental profits generated by the feature enhancement. Incremental profit calculations will take into account demand, cost, and competitive considerations. In the new products literature in economics (see, for example, Petrin (2002) and Trajtenberg (1989)), welfare based measures are typically used. That is, the new products should create additional consumer surplus and this surplus is monetarized using estimates of the marginal

---

[10]The profits per unit sold are \$173-80 and 25 per cent of this is \$24.



Figure 3: Posterior Distribution of the Change in Sony Equilibrium Price



Figure 4: Posterior Distribution of the Change in Sony Equilibrium Profits

utility of income as in (2.11). For example, if we consider the social planner problem of how much to invest in improving trout fishing by stream improvement (see Train (1998)), then it is reasonable to use a social surplus measure to compute the social return on investment in improved recreation. However, in the private sector, the valuation of product features is determined by the firm profits that can be derived from the feature enhancement. The competitive structure of the industry will determined how the total surplus generated by the feature enhancement is divided between the consumers and the firm. However, even in the case of a monopoly, the firm profits will be less than the social surplus if the firm can only charge a uniform price. In this section, we will consider social surplus calculations are implemented via the WTP measure.

In order to compute a valid true WTP measure, we must integrate the WTP measure (shown in 2.11) over the distribution of preferences in the population. In full Bayesian approach, we would compute the posterior predictive distribution of preferences and compute the posterior distribution of the $\mathbb{E}[\text{WTP}]$.

$$\mathbb{E}[\text{WTP}||\mu, V_\beta] = \int \text{WTP}(\beta) \, p(\beta|\mu, V_\beta) \, d\beta \tag{5.3}$$

The posterior distribution of this quantity can easily be computed using the posterior of the hyper-parameters, $p(\mu, V_\beta|Data)$. Figure 5 presents this posterior distribution. The vertical light yellow line is the mean of this distribution and a 95 percent posterior interval is shown by smaller and darker green lines.

The posterior mean of the $\mathbb{E}[WTP]$ is \$12.86. There is considerable uncertainty in this quantity but even the upper limit of a 95 per cent posterior interval is below the change in equilibrium price of about \$34. The reason for this is that the outside good share at the equilibrium prices is about 50 per cent. This means that a substantial portion of the mass of the distribution of WTP is below the market price. $\mathbb{E}[WTP]$ is, of course, an average over all potential customers including those who would decide not to purchase a digital camera at the equilibrium prices. This is the reason why $\mathbb{E}[WTP]$ is below the change in equilibrium price.



Figure 5: Posterior Distribution of $\mathbb{E}[\text{WTP}]$

The total social surplus generated by the feature enhancement will be the average WTP times the total size of the market. By definition, total social surplus will always exceed the firm profits attributed to the feature enhancement, since the firm can only capture part of the total consumer surplus for the subset of the market that purchases the firm's product.

# 6    Conclusions

Valuation of product features is an important part of the development and marketing of new products. We take the position that the only sensible measure of the economic value of a feature enhancement (either the addition of a completely new feature or the enhancement of an existing feature) is incremental profits. That is, we compare the equilibrium outcomes in a marketplace in which one of the products (corresponding to the focal firm) is feature enhanced with the equilibrium profits in the same marketplace but where the focal firm's product is not feature enhanced. This measure of economic value can be used to make decisions about the development of new features or to choose between a set of feature that could be enhanced.

Conjoint studies can play a vital role in feature valuation provided that they are properly designed, analyzed, and supplemented by information on the competitive and cost structure of the marketplace in which the feature-enhanced product is introduced. Conjoint methods can be used to develop a demand system but require careful attention to the inclusion of the outside option and inclusion of the relevant competing brands. Proper negativity constraints must be used to restrict the price coefficients to negative values. In addition, the Nash equilibrium prices computed on the basis of the conjoint-constructed demand system are sensitive to the precision of inference with respect to price sensitivity. This may mean larger and more informative samples than typically used in conjoint applications today.

We illustrate our method by an application in the point and shoot digital camera market. We consider the addition of a swivel screen display to a point and shoot digital camera product. We designed a fielded a conjoint survey with all of the major brands and other major product features. Our equilibrium computations show that the economic value of the swivel screen is substantial and discernible from zero and corresponds to about a 25 per cent increase in

35

firm profits.  Social Surplus calculations which are behind WTP or equivalent measures will overstate the value of the feature enhancement as the firm captures only a fraction of the total consumer surplus generated by the feature enhancement.

# References

BERRY, S., J. LEVINSOHN, AND A. PAKES (1995): "Automobile Prices in Market Equilibrium," *Econometrica*, 63(4), 841–890.

BRAZELL, J., C. DIENER, E. KARNIOUCHINA, W. MOORE, V. SEVERIN, AND P.-F. ULDRY (2006): "The No-Choice Option and Dual Response Choice Designs," *Marketing Letters*, 17(4), 255–268.

CHINTAGUNTA, P. K., AND H. NAIR (2011): "Discrete-Choice Models of Consumer Demand in Marketing," *Marketing Science*, 30(6), 977–996.

DING, M., R. GREWAL, AND J. LIECHTY (2005): "Incentive-Aligned Conjoint," *Journal of Marketing Research*, 42(1), 67–82.

DONG, S., M. DING, AND J. HUBER (2010): "A Simple Mechanism to Incentive-align Conjoint Experiments," *International Journal of Research in Marketing*, 27(25-32).

MCFADDEN, D. L. (1981): "Econometric Models of Probabilistic Choice," in *Structural Analysis of Discrete Choice*, ed. by M. Intrilligator, and Z. Griliches, pp. 1395–1457. North-Holland.

OFEK, E., AND V. SRINIVASAN (2002): "How Much Does the Market Value an Improvement in a Product Attribute," *Marketing Science*, 21(4), 398–411.

ORME, B. K. (2001): "Assessing the Monetary Value of Attribute Levels with Conjoint Analysis," Discussion paper, Sawtooth Software, Inc.

ORME, B. K. (2009): *Getting Started with Conjoint Analysis.* Research Publishers, LLC.

PETRIN, A. (2002): "Quantifying the Benefits of New Products: The Case of the Minivan," *Journal of Political Economy*, 110(4), 705–729.

ROSSI, P. E., G. M. ALLENBY, AND R. E. MCCULLOCH (2005): *Bayesian Statistics and Marketing.* John Wiley & Sons.

ROSSI, P. H., J. D. WRIGHT, AND A. B. ANDERSON (1983): *Handbook of Survey Research.* Academic Press, New York, USA.

SONNIER, G., A. AINSLIE, AND T. OTTER (2007): "Heterogeneity Distributions of Willingness-to-Pay in Choice Models," *Quantitative Marketing and Economics*, 5, 313–331.

TRAIN, K. . E. (1998): "Recreational Demand Models with Taste Differences Over People," *Land Economics*, 74(2), 230–239.

TRAJTENBERG, M. (1989): "The Welfare Analysis of Product Innovations, with an Application to Computed Tomography Scanners," *Journal of Political Economy*, 97(2), 444–479.

ULDRY, P., V. SEVERIN, AND C. DIENER (2002): "Using a Dual Response Framework in Choice Modeling," in *AMA Advanced Research Techniques Forum.*