Case: 1:08-wp-65000-CAB  Doc #: 312-13  Filed:  06/02/14  1 of 4.  PageID #: 13999

# MICROECONOMIC THEORY

## BASIC PRINCIPLES *and* EXTENSIONS

*Seventh Edition*

WALTER NICHOLSON

*Amherst College*



THE DRYDEN PRESS

Harcourt Brace College Publishers

Fort Worth   Philadelphia   San Diego   New York   Orlando   Austin   San Antonio
Toronto   Montreal   London   Sydney   Tokyo

| | |
|---|---|
| *Publisher* | George Provol |
| *Acquisitions Editors* | Emily Barrosse and Gary Nelson |
| *Product Manager* | Kathleen Sharp |
| *Developmental Editor* | Anita Fallon |
| *Project Editor* | Sandy Walton |
| *Art Director* | Jeanette Barber |
| *Production Manager* | Lois West |

ISBN: 0-03-024474-9

Library of Congress Catalog Card Number: 97-67941

Copyright © 1998, 1995, 1992, 1989, 1985, 1978, 1972 by The Dryden Press

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Requests for permission to make copies of any part of the work should be mailed to: Permissions Department, Harcourt Brace & Company, 6277 Sea Harbor Drive, Orlando, Florida 32887-6777.

*Address for Orders*
The Dryden Press, 6277 Sea Harbor Drive, Orlando, FL 32887-6777
1-800-782-4479

*Address for Editorial Correspondence*
The Dryden Press, 301 Commerce Street, Suite 3700, Fort Worth, TX 76102

*Web Site Address*
http://www.hbcollege.com

THE DRYDEN PRESS, DRYDEN, and the DP LOGO are registered trademarks of Harcourt Brace & Company.

Printed in the United States of America

7 8 9 0 1 2 3 4 5 6   039   9 8 7 6 5 4 3 2

The Dryden Press
Harcourt Brace College Publishers

those economic phenomena that are observed. Positive economics seeks to determine how resources are *in fact* allocated in an economy. A somewhat different use of economic theory is *normative*, taking a definite stance about what *should be* done. Under the heading of normative analysis, economists have a great deal to say about how resources *should be* allocated. For example, an economist engaged in positive analysis might investigate why and how the American health care industry uses the quantities of capital, labor, and land that are currently devoted to providing medical services. The economist might also choose to measure the costs and benefits of devoting even more resources to health care. But when economists advocate that more resources *should* be allocated to health, they have implicitly moved into normative analysis.

Some economists believe that the only proper economic analysis is positive analysis. Drawing an analogy with the physical sciences, they argue that "scientific" economics should concern itself only with the description (and possibly prediction) of real-world events. To take moral positions and to plead for special interests are considered to be outside the competence of an economist acting as an economist. Other economists, however, believe strict application of the positive-normative distinction to economic matters is inappropriate. They believe that the study of economics necessarily involves the researchers' own views about ethics, morality, and fairness. According to these economists, searching for scientific "objectivity" in such circumstances is hopeless. Despite this ambiguity, this book adopts a mainly positivist tone, leaving normative concerns to the student.

## DEVELOPMENT OF THE ECONOMIC THEORY OF VALUE

Although economic activity has been a central feature of all societies, it is surprising that these activities were not studied in any detail until fairly recently. For the most part, economic phenomena were treated as a basic aspect of human behavior that was not sufficiently interesting to deserve specific attention. It is, of course, true that individuals have always studied economic activities with a view toward making some kind of personal gain. Roman traders were certainly not above making profits on their transactions. But investigations into the basic nature of these activities did not begin in any depth until the eighteenth century.[3] Since this book is about economic theory as it stands today, not about the history of economic thought, our discussion of the evolution of economic theory will be brief. Only one area of economic study will be examined in its historical setting: the *theory of value*.

---

[3] For a detailed treatment of early economic thought, see the classic work by J. A. Schumpeter, *History of Economic Analysis* (New York: Oxford University Press, 1954), pt. II, chaps. 1, 2, and 3.

The theory of value, not surprisingly, concerns the determinants of the "value" of a commodity. The study of this subject is at the center of modern microeconomic theory and is closely intertwined with the subject of the allocation of scarce resources for alternative ends. The logical place to start is with a definition of the word *value*. Unfortunately, the meaning of this term has not been consistent throughout the development of the subject. Today we regard "value" as being synonymous with the "price" of a commodity.[4] Earlier philosopher-economists, however, made a distinction between the market price of a commodity and its value. The term "value" was then thought of as being in some sense synonymous with "importance," "essentiality," or (at times) "godliness." Since "price" and "value" were separate concepts, they could differ, and most early economic discussions centered on these divergences. For example, St. Thomas Aquinas believed value to be divinely determined. Since prices were set by humans, it was possible for the price of a commodity to differ from its value. A person accused of charging a price in excess of a good's value was guilty of charging an "unjust" price. For example, St. Thomas believed the "just" rate of interest to be zero. Any lender who demanded a payment for the use of money was charging an unjust price and could be—and often was—prosecuted by church officials.

During the latter part of the eighteenth century, philosophers began to take a more "scientific" approach to economic questions. The publication of *The Wealth of Nations* by Adam Smith (1723–1790) in the eventful year 1776 is generally considered the beginning of modern economics. In his vast, all-encompassing work, Smith laid the foundation for thinking about market forces in an ordered and systematic way. Still, Smith and his immediate successors, such as David Ricardo (1772–1823), continued to distinguish between value and price. To Smith, for example, the value of a commodity meant its "value in use," whereas the price represented its "value in exchange." The distinction between these two concepts was illustrated by the famous water-diamond paradox. Water, which obviously has great value in use, has little value in exchange (it has a low price); diamonds are of little practical use but have a great value in exchange. The paradox with which early economists struggled derives from the observation that some very "useful" items have low prices whereas certain "nonessential" items have high prices.

---

[4] This is not completely true when "externalities" are involved and a distinction must be made between private and social value (see Chapter 24).

**Early Economic Thought**

**The Founding of Modern Economics**