Case: 1:08-wp-65000-CAB  Doc #: 312-14  Filed:  06/02/14  1 of 3.  PageID #: 14003

ELEVENTH EDITION

# MARKETING MANAGEMENT

## Philip Kotler
### Northwestern University

*"The marketer's watchwords
are quality, service, and value."*

**— Philip Kotler**



Prentice
Hall

Upper Saddle River, New Jersey 07458

Library of Congress Cataloging-in-Publication Data
Kotler, Philip.
  Marketing management / Philip Kotler.–11th ed.
  Various multi-media instructional aids, including a web site, are available to
  supplement the text.
   Includes bibliographical references and indexes.
   ISBN 0-13-033629-7 (alk. paper)
    1. Marketing—Management. I. Title.
HF5415.13.K64      2003
658.8—dc21

**Senior Editor:** Wendy Craven
**Editor-in-Chief:** Jeff Shelstad
**Assistant Editor:** Melissa Pellerano
**Editorial Assistant:** Danielle Serra
**Senior Developmental Editor:** Jeannine Ciliotta
**Media Project Manager:** Anthony Palmiotto
**Senior Marketing Manager:** Michelle O'Brien
**Marketing Assistant:** Christine Genneken
**Managing Editor (Production):** Judy Leale
**Production Editor:** Cindy Spreder
**Production Assistant:** Dianne Falcone
**Permissions Supervisor:** Suzanne Grappi
**Associate Director, Manufacturing:** Vinnie Scelta
**Production Manager:** Arnold Vila
**Manufacturing Buyer:** Diane Peirano
**Design Manager:** Patricia Smythe
**Art Directror:** Kevin Kall
**Interior Design:** Amanda Kavanagh
**Cover Design:** Fong Yoo
**Illustrator (Interior):** Accurate Art
**Manager, Print Production:** Christy Mahon
**Page Formatter:** Ashley Scattergood
**Composition:** Carlisle Communications
**Full-Service Project Management:** Lynn Steines, Carlisle Communications
**Printer/Binder:** Courier

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on appropriate page within text and on page C1.

Reprinted with corrections July, 2003.

Copyright © 2003, 2000, 1997, 1994, 1991 by Pearson Education, Inc., Upper Saddle River, New Jersey, 07458. All rights reserved. Printed in the United States of America. This publication is protected by Copyright and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. For information regarding permission(s), write to: Rights and Permissions Department.

Pearson Education LTD.
Pearson Education Australia PTY, Limited
Pearson Education Singapore, Pte. Ltd
Pearson Education North Asia Ltd
Pearson Education, Canada, Ltd
Pearson Educacion de Mexico, S.A. de C.V.
Pearson Education–Japan
Pearson Education Malaysia, Pte. Ltd



10 9 8 7 6 5 4 3 2
ISBN 0-13-0336297

## postpurchase behavior

After purchasing the product, the consumer will experience some level of satisfaction or dissatisfaction. The marketer's job does not end when the product is bought. Marketers must monitor postpurchase satisfaction, postpurchase actions, and postpurchase product uses.

POSTPURCHASE SATISFACTION    What determines whether the buyer will be highly satisfied, somewhat satisfied, or dissatisfied with a purchase? The buyer's satisfaction is a function of the closeness between the buyer's expectations and the product's perceived performance.[49] If performance falls short of expectations, the customer is *disappointed*; if it meets expectations, the customer is *satisfied*; if it exceeds expectations, the customer is *delighted*. These feelings make a difference in whether the customer buys the product again and talks favorably or unfavorably about it to others.

Consumers form their expectations on the basis of messages received from sellers, friends, and other information sources. The larger the gap between expectations and performance, the greater the consumer's dissatisfaction. Here the consumer's coping style comes into play. Some consumers magnify the gap when the product is not perfect, and they are highly dissatisfied; others minimize the gap and are less dissatisfied.[50]

The importance of postpurchase satisfaction suggests that product claims must truthfully represent the product's likely performance. Some sellers might even understate performance levels so that consumers experience higher-than-expected satisfaction with the product.

POSTPURCHASE ACTIONS    Satisfaction or dissatisfaction with the product will influence a consumer's subsequent behavior. If the consumer is satisfied, he or she will exhibit a higher probability of purchasing the product again. For example, data on automobile brand choice show a high correlation between being highly satisfied with the last brand bought and intention to buy the brand again. One survey showed that 75 percent of Toyota buyers were highly satisfied and about 75 percent intended to buy a Toyota again; 35 percent of Chevrolet buyers were highly satisfied and about 35 percent intended to buy a Chevrolet again. The satisfied customer will also tend to say good things about the brand to others. Marketers say: "Our best advertisement is a satisfied customer."[51]

Dissatisfied consumers may abandon or return the product. They may seek information that confirms its high value. They may take public action by complaining to the company, going to a lawyer, or complaining to other groups (such as business, private, or government agencies). Private actions include making a decision to stop buying the product (*exit option*) or warning friends (*voice option*).[52] In all these cases, the seller has done a poor job of satisfying the customer.[53]

Postpurchase communications to buyers have been shown to result in fewer product returns and order cancellations.[54] Computer companies, for example, can send a letter to new owners congratulating them on having selected a fine computer. They can place ads showing satisfied brand owners. They can solicit customer suggestions for improvements and list the location of available services. They can write intelligible instruction booklets. They can send owners a magazine containing articles describing new computer applications. In addition, they can provide good channels for speedy redress of customer grievances.

POSTPURCHASE USE AND DISPOSAL    Marketers should also monitor how buyers use and dispose of the product (Figure 7.7). If consumers store the product in a closet, the product is probably not very satisfying, and word of mouth will not be strong. If they sell or trade the product, new-product sales will be depressed. Consumers may also find new uses for the product:

**Avon**    For years Avon's customers have been spreading the word that Skin-So-Soft bath oil and moisturizer is a terrific insect repellent. Whereas some consumers sim-