# EXHIBIT 2

NERA
Economic Consulting

**Sarah Butler**
Vice President

National Economic Research Associates, Inc
1 Front Street, Suite 2600
San Francisco, CA 94111
+ 1 415 291 1000 Fax + 1 415 291 1010
Direct dial: + 1 415 291 1022
sarah.butler@nera.com
www.nera.com

# SARAH BUTLER, M.A.
## VICE PRESIDENT

Ms. Butler is an expert in survey research, market research, sampling, and statistical analysis. She has applied her expertise in a wide range of litigation and strategic business cases. Her litigation and project experience includes survey research, market research, the design of samples, and the statistical and demographic analysis of large data files in a number of areas including:

Intellectual Property

- Trademark and Trade Dress Infringement: Design, analysis, and critique of surveys used to measure consumer confusion, secondary meaning, and dilution in trademark and trade design infringement cases.

- False and Misleading Advertising: Design, analysis and critique of surveys used to measure consumer perceptions and the materiality of advertising claims.

- Patent Infringement: Sample designs and surveys to the value of patented feature of a larger product and to establish rates at which infringing material exist in populations of products.

- Copyright infringement: Sampling plans and analysis of the rates of infringing material in populations of shared information (such as through websites or other sharing medium).

Mass Torts/Class Actions

- Conduct surveys and design samples providing evidence on issues of commonality and consumers' awareness of key documents or facts and reliance on representations.

- Analyze large databases of claims files to generate invoices, estimate future liabilities and calculate policy shares for insurer liabilities in asbestos, tobacco and pharmaceuticals.

- Design, analyze and critique surveys and sampling plans used to evaluate employment and promotion records. Review and design surveys for purposes of estimating key facts

in labor class actions including time to complete activities, exempt/nonexempt activities, and meal and rest break issues.

Antitrust

- Design, analysis and critique of surveys and other market research used as evidence of consumer purchasing and switching behavior in the areas of CPG, entertainment, automobiles, public transportation, sports and consumer electronics.
- Design, analysis and critique of surveys used to demonstrate consumer price sensitivities and willingness to pay.

Prior to joining NERA, Ms. Butler worked in market research, conducting survey research, focus groups and in-depth interviews. She has recently completed an article for the ABA Trial Practice Newsletter and has written on trademark infringement and the internet and surveys in litigation.

## Education

**Temple University**
ABD Applied Sociology, coursework, exams and dissertation proposal complete (2005).

**Temple University**
M.A. Sociology, (2000).

**Trinity College, Dublin Ireland**
M.Phil. (1997).

**Wellesley College**
B.A. Sociology and History (with honors). (1995).

## Professional Experience

| | |
|---|---|
| July 2006 - Present | **Senior Consultant – Vice President**<br>NERA Economic Consulting<br>San Francisco, California, USA |
| Oct 2005 – May 2006 | **Special Consultant**<br>NERA Economic Consulting<br>London, England |
| Jan 2003 – Oct 2005 | **Senior Analyst - Consultant**<br>NERA Economic Consulting<br>Philadelphia, Pennsylvania, USA |

| | |
|---|---|
| 2002 - 2003 | **Consultant**<br>Integrated Marketing Associates<br>Bryn Mawr, PA, USA |
| Oct 1998 - Jan 2002 | **Research Associate – Analyst**<br>NERA Economic Consulting<br>Philadelphia, Pennsylvania, USA |
| Sept 1998 – May 2003 | **Adjunct Professor**<br>Temple University<br>Philadelphia, Pennsylvania, USA |
| Jan 1997 – Feb 1998 | **Manager of Member Research**<br>Society for Neuroscience<br>Washington DC, USA |

## Expert Analysis and Testimony

Economic Analysis of Home Improvement Demand and Preferences in Mexico Using Survey Data :On behalf of Lowe's Mexico. Report submitted to Federal Competition Commission of Mexico (CFC). Designed survey and aided in data analysis for research on consumer preferences and willingness to pay for home improvement supplies. [October 2012]

Apple Inc.* vs. Samsung Electronics Co. LTD et al, United States District Court, Northern District of California, San Jose Division. Consulting expert on surveys related to confusion and dilution in a trade dress infringement matter involving smart phones and tablet computers. [March 2012]

Daniel Taheri, M.D. and Valencia Dermatology and Laser Center and Parviz Taheri vs. Aetna U. S. Healthcare, Inc. and Aetna U. S. Healthcare and Aetna Health of California, Inc. American Arbitration Association. Statistical expert appointed by Association to design sample to estimate amounts owed on claims. [Work and Testimony conducted September 2010 – September 2011]

Children Without Borders, Inc. vs. Mèdecins Sans Frontiéres d/b/a Doctors Without Borders* United States District Court for the District of Massachusetts. Design and implement survey for evidence in a likelihood of confusion case. [Expert Report: July 25, 2011]

Merck Eprova AG vs. Brookstone Pharmaceuticals, L.L.C. a/k/a Acella Pharmaceuticals*, United States District Court, Southern District of New York. Expert report on issues of false advertising and survey used as evidence of misleading and materiality claims. [Expert Report: July 18, 2011. Deposition: September 13, 2011. Trial Testimony: November 18, 2011]

Georgia-Pacific Consumer Products LP vs. Global Tissue Group, Inc.* United States Patent and Trademark Office, Trademark Trial and Appeal Board. Expert report on issues of trademark

confusion and secondary meaning. [Expert Report: July 8th, 2011. Deposition: September 9, 2011]

CHEK-MED Systems, Inc.* vs. PMT Corp. and Permark, Inc. United States District Court, Middle District of Pennsylvania. Design and implement survey for evidence in false and misleading advertising claims. [Expert Report: June 22nd, 2011. Deposition: August 11, 2011]

National Association of Independent Housing Professionals, Inc.* vs. Board of Governors of the Federal Reserve System. et. al. United States District Court, District of Columbia. Expert report on issues of false and misleading advertising and materiality claims. [Expert Report: March 24th, 2011]

Sciele Pharma, Inc. vs. Brookstone Pharmaceuticals, L.L.C. a/k/a Acella Pharmaceuticals*, United States District Court, Northern District of Georgia, Atlanta Division. Expert report on issues of false advertising and survey used as evidence of misleading and materiality claims. [Expert Report: September 22nd, 2010. Deposition: December 1st, 2010]

PamLab, L.L.C. and Metabolite Laboratories, Inc. vs. Brookstone Pharmaceuticals, L.L.C. a/k/a Acella Pharmaceuticals*, United States District Court, Eastern District of Louisiana. Expert report on issues of false advertising and survey used as evidence of misleading and material claims. [Expert Report: September 14th, 2010. Deposition: September 29th, 2010]

Confidential client. Design and implement survey used to determine market shares and price elasticity for brands of hair relaxers [2010].

DirecTV, Inc.* vs. Elephant Group, Saveology.com et al., United States District Court, Central District of California, Western Division. Consulting expert on likelihood of confusion in a trademark dispute over sale of trademarks as keywords. [2010]

Confidential client. Design and implement survey used to establish family of marks claim for not-for-profit agency [2010].

ConsumerInfo.com vs. J Willims and Edirect*, United States District Court, Central District of California, Western Division. Design and implement survey testing confusion and misleading advertising in a trademark dispute [2010].

Rosetta Stone LTD.* vs. Google, Inc. United States District Court, Eastern District of Virginia, Alexandra Division. Assist in design of a likelihood of confusion survey with regard to trademark or branded keyword searches using the Google search engine. [2010]

Confidential client. Advise and consult on rebuttal strategies in internet keyword case [2009].

Confidential client. Design and implement research used in false advertising suit for pre-paid international telephone calling cards [2009].

Mary Kay, Inc.* vs. Amy Weber, Scott Weber, and Touch of Pink Cosmetics, United States District Court, Nothern District of Texas, Dallas Division. Consulting expert on likelihood of confusion with regard to sale of branded products on a website [2008].

American Airlines, Inc.* vs. Google, Inc. United States District Court, Northern District of Texas, Fort Worth Division. Consulting expert in likelihood of confusion with regard to trademark or branded keyword searches using Google [2008].

Rocky Brands, Inc. and Rocky Brands Wholesale, LLC.* vs. Glen Bratcher, Westwood Footwear and Accessories, LLC and Nantong Hong Yi Wang Shoes Co., LTD., United States District Court, Southern District of Ohio, Eastern Division. Consulting expert on likelihood of confusion with regard to trade dress of footwear [2008].

Jack Branning et al. vs. Apple Computer, Inc.* Expert analysis on issues of sampling records in a consumer class action. [Testimony before judge, April 2008].

Real Estate Disposition Corporation* vs. National Home Auction Corporation, United States District Court, Central District of California. Consulting expert report on survey addressing materiality, confusion and misleading advertising [2008].

Faloney et al. vs. Wachovia Bank*, United States District Court, Eastern District of Pennsylvania. Assist in reports on issues related to common representations allegedly made to consumers in a precertification class action lawsuit [2008].

Redwood Fire and Casualty Insurance Company* vs. Personnel Plus et al. Superior Court of California, County of Los Angeles. Assist in expert report and sample design to estimate workman's compensation premiums from employee payroll records [2008].

BAA Scottish Airports Market Inquiry, U.K. Competition Commission. Expert review of sample design and survey commissioned by the U.K. Competition Commission to determine price sensitivities and potential switching to alternative airports for an inquiry into BAA ownership of airports in Glasgow and Edinburgh [2008].

Lulu Enterprises, Inc.* vs. Hulu, LLC a/k/a N-F Newsite LLC et al. Eastern District of North Carolina, Western Division. Design qualitative research to evaluate consumer confusion between two website names in trademark infringement case [2007].

Federal Trade Commission* vs. Whole Foods Market, Inc and Wild Oats Markets, Inc., United States District Court, District of Columbia. Assist in preparing rebuttal report on sampling and survey design issues in an antitrust proceeding related to a preliminary injunction to block a proposed merger of Whole Foods Markets Inc and Wild Oats [2007].

Zill et. al vs. Sprint Spectrum L.P. and Wireless Co. LP*, Superior Court of California, County of Alameda. Review the sampling, survey design, survey implementation, and the use of contingent valuation survey to estimate damages in a wireless communications class action. Design focus group guides and telephone survey to understand consumer perception of handset locking [2007].

CRP Project 4c/d Water Framework Directive Benefits Study Department for Environment, Food and Rural Affairs – Expert member of multistage study involving consulting firms, corporate interests and academics. Survey expert asked to design cognitive interview guides, focus group guides and stated preference questionnaire to test consumer willingness to pay for environmental improvements to water bodies across the U.K. Results used to inform policy decisions on how to comply with EU regulations [2006 – 2007].

* Retaining party

## Publications and Presentations

ABA Webinar "The Use of Surveys in Advertising Substantiation" (June 23, 2011).

"Meeting the New Standards for Reasonable Royalties," (February, 2011) with Mario Lopez. *Law360.*

"Survey Evidence in False Advertising Cases," (Winter, 2010). *The Antritrust Trial Practice Newsletter.*

"The Use of Surveys in Litigation: Recent Trends," (April, 2010) with Kent Van Liere. National Economic Research Associates, Inc.

"Emerging Issues in the Use of Surveys in Trademark Infringement on the Web," with Kent Van Liere. Paper published in the *Advanced Trademark & Advertising Law Conference* proceedings, September 2007, Seattle, WA.

"An Analysis of the Hypothetical Situations in Willingness to Pay Studies." Paper presented at the July 2006 Thematic Seminar "Quality Criteria in Survey Research," hosted by World Association for Public Opinion Research, Lake Como, Italy.

"Use of Surveys in Intellectual Property Disputes," (2005) with Eugene P. Ericksen, in *Economic Approaches to Intellectual Property Policy, Litigation and Management Issues,* Gregory K. Leonard and Lauren J. Stiroh (eds.) National Economic Research Associates, Inc.

"Response Rate Standards: Lessons from the 2004 Presidential Polls." Paper presented at the 2005 Annual Meeting of American Association of Public Opinion Research, Miami Beach, FL.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, March 2004 Charlotte, NC.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, January 2004 San Diego, CA.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, June 2003, McLean, VA .

## Professional Associations

Member, American Association of Public Opinion Research and World Association for Public Opinion Research, Member, American Statistical Association, Member, American Bar Association, Intellectual Property Section, Member, International Trademark Association (INTA), Reviewer for *Trademark Reporter*, Member, American Marketing Association.

# Exhibit B

# Exhibit B
# Materials Considered

## Court Documents

- Affidavit of Anthony H. Hardaway, dated August 19, 2008
- Third Amended Complaint, dated November 16, 2009

## Reports

- Wendeline Ortiz and Cari Groppel, *Laundry Innovation Update,* dated July 21, 2008
- Expert Report of Todd B. Hilsee, dated November 16, 2009
- Rule 26 Report of Richard L. Oliver, dated November 16, 2009
- Rebuttal Expert Report of Dr. Itamar Simonson, dated December 16, 2009
- Exhibits of Dr. Itamar Simonson

## Data

- Pricing and Attribute Data, Copy of W0405177^W0405177.xls

## Use and Care Guides

- Energy Star Front-Loading Automatic Washer Use & Care Guide, W0127504.pdf – W0127527
- Whirlpool ® Front-Loading Automatic Washer Use & Care Guide, SANDHOLM00000019 – SANDHOLM00000071
- Whirlpool ® Front-Loading Automatic Washer Use & Care Guide, W0026735 – W0026810
- Whirlpool ® Front-Loading Automatic Washer Use & Care Guide, W0026811 – W00026862
- Whirlpool ® Front-Loading Automatic Washer Use & Care Guide, W0157932 –W0158007
- Whirlpool ® Front-Loading Automatic Washer Use & Care Guide, W0262582 – W0262621
- Whirlpool ® Front-Loading Automatic Washer Use & Care Guide,W0448391 – W0448442
- Whirlpool ® Front-Loading Automatic Washer Use & Care Guide
- Washer Variations in Manuals.docx

# Exhibit C



Whirlpool®

duet® steam

duet® vapeur

# FRONT-LOADING AUTOMATIC WASHER

## Use & Care Guide

For questions about features, operation/performance, parts, accessories or service call: 1-800-253-1301

In Canada, call: 1-800-807-6777

or visit our website at www.whirlpool.com or www.whirlpool.ca

# LAVEUSE AUTOMATIQUE À CHARGEMENT FRONTAL

## Guide d'utilisation et d'entretien

Au Canada, pour assistance, installation ou service, composez le : 1-800-807-6777

ou visitez notre site Internet à www.whirlpool.ca

Table of Contents/Table des matières .................. 2

Para obtener acceso al manual de uso y cuidado en español, o para obtener información adicional acerca de su producto, visite: www.whirlpool.com.

Tenga listo su número de modelo completo. Podrá encontrar el número de modelo y de serie en la etiqueta ubicada debajo de la tapa de la lavadora.

NSF. Certified to Sanitize
Certifié pour aseptiser

he Designed to use only HE High Efficiency Detergent
Conçue pour l'utilisation d'un détergent haute efficacité seulement

ENERGY STAR

4619 702 40781 / W10158196A

## To be removed by customer only

**IMPORTANT:**

Your washer has a delay at the beginning of the wash cycle that can take up to 5 minutes. During this time, the drain pump will turn on briefly and no water is added. This is a normal part of the wash load sensing feature and ensures your washer is delivering the highest water efficiency possible.

## Para ser retirado solamente por el cliente

**IMPORTANTE:**

Su lavadora tiene un retraso al principio del ciclo de lavado que puede demorar hasta 5 minutos. Durante este tiempo, la bomba de desagüe se encenderá brevemente y no se agregará más agua. Esta es una parte normal de la característica de detección de la carga de lavado, la cual asegura que su lavadora utilice el agua de la manera más eficaz.

## À détacher par le client uniquement

**IMPORTANT :**

Votre laveuse comporte une mise en marche différée au début du programme de lavage - celle-ci peut prendre jusqu'à 5 minutes. Durant cet intervalle, la pompe de vidange sera brièvement activée mais aucune quantité d'eau ne sera ajoutée. Ceci constitue une étape normale de la caractéristique de détection de la charge de lavage et permet de garantir une utilisation optimale de l'eau par votre laveuse.

**461970246291A**
© 2008 Whirlpool Corporation.
Benton Harbor, Michigan 49022

2/08
Printed in Germany
Impreso en Alemania
Imprimé en Allemagne

# TABLE OF CONTENTS


3HER SAFETY ....3
TALLATION REQUIREMENTS ....4
ɔols and Parts ....4
ptions ....4
ɔcation Requirements ....5
rain System ....6
ectrical Requirements ....7
TALLATION INSTRUCTIONS ....7
emove Transport System ....7
onnect the Inlet Hoses ....8
oute the Drain Hose ....8
ecure the Drain Hose ....9
evel the Washer ....9
omplete Installation ....9
TURES AND BENEFITS ....10
SHER USE ....11
tarting Your Washer ....11
Ising the Proper Detergent ....11
Ising the Dispenser ....12
ausing or Restarting ....13
hanging Cycles, Options and Modifiers ....13
tatus Lights ....13
ycles ....14
lormal Washer Sounds ....16
ptions ....16
lodifiers ....16
aundry Guide ....17
UNDRY TIPS ....18
oading ....18
SHER CARE ....19
leaning Your Washer ....19
Vater Inlet Hoses ....20
acation, Storage, and Moving Care ....20
OUBLESHOOTING ....21
SISTANCE OR SERVICE ....24
n the U.S.A. ....24
n Canada ....24
ccessories ....24
RRANTY ....25


# TABLE DES MATIÈRES


SÉCURITÉ DE LA LAVEUSE ....26
EXIGENCES D'INSTALLATION ....27
Outillage et pièces ....27
Options ....27
Exigences d'emplacement ....28
Système de vidange ....29
Spécifications électriques ....30
INSTRUCTIONS D'INSTALLATION ....31
Élimination des accessoires de transport ....31
Raccordement des tuyaux d'alimentation ....31
Acheminement du tuyau de vidange ....32
Immobilisation du tuyau de vidange ....32
Réglage de l'aplomb de la laveuse ....33
Achever l'installation ....33
CARACTÉRISTIQUES ET AVANTAGES ....34
UTILISATION DE LA LAVEUSE ....35
Mise en marche de la laveuse ....35
Utilisation du détergent approprié ....35
Utilisation du distributeur ....36
Pause ou remise en marche ....38
Changement des programmes, options et modificateurs ....38
Témoins lumineux ....38
Programmes ....39
Sons normaux émis par la laveuse ....41
Options ....41
Modificateurs ....42
Guide de lessivage ....43
CONSEILS DE LESSIVAGE ....44
Chargement ....44
ENTRETIEN DE LA LAVEUSE ....45
Nettoyage de la laveuse ....45
Tuyaux d'arrivée d'eau ....46
Précautions à prendre avant les vacances, un entreposage ou un déménagement ....46
DÉPANNAGE ....47
ASSISTANCE OU SERVICE ....50
Aux États-Unis ....50
Au Canada ....50
Accessoires ....50
GARANTIE ....51

# WASHER SAFETY

## Your safety and the safety of others are very important.

We have provided many important safety messages in this manual and on your appliance. Always read and obey all safety messages.

This is the safety alert symbol.

This symbol alerts you to potential hazards that can kill or hurt you and others.

All safety messages will follow the safety alert symbol and either the word "DANGER" or "WARNING." These words mean:

**DANGER** — **You can be killed or seriously injured if you don't immediately follow instructions.**

**WARNING** — **You can be killed or seriously injured if you don't follow instructions.**

All safety messages will tell you what the potential hazard is, tell you how to reduce the chance of injury, and tell you what can happen if the instructions are not followed.

## IMPORTANT SAFETY INSTRUCTIONS

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using the washer, follow basic precautions, including the following:

- Read all instructions before using the washer.
- Do not wash articles that have been previously cleaned in, washed in, soaked in, or spotted with gasoline, dry-cleaning solvents, other flammable, or explosive substances as they give off vapors that could ignite or explode.
- Do not add gasoline, dry-cleaning solvents, or other flammable, or explosive substances to the wash water. These substances give off vapors that could ignite or explode.
- Under certain conditions, hydrogen gas may be produced in a hot water system that has not been used for 2 weeks or more. HYDROGEN GAS IS EXPLOSIVE. If the hot water system has not been used for such a period, before using the washing machine, turn on all hot water faucets and let the water flow from each for several minutes. This will release any accumulated hydrogen gas. As the gas is flammable, do not smoke or use an open flame during this time.
- Do not allow children to play on or in the washer. Close supervision of children is necessary when the washer is used near children.
- Before the washer is removed from service or discarded, remove the door or lid.
- Do not reach into the washer if the drum, tub or agitator is moving.
- Do not install or store the washer where it will be exposed to the weather.
- Do not tamper with controls.
- Do not repair or replace any part of the washer or attempt any servicing unless specifically recommended in this manual or in published user-repair instructions that you understand and have the skills to carry out.
- See "Electrical Requirements" for grounding instructions.

**SAVE THESE INSTRUCTIONS**

# INSTALLATION REQUIREMENTS

## Tools and Parts

Gather the required tools and parts before starting installation. The parts supplied are in the washer drum.

**Tools needed for connecting the water inlet hoses**

- Pliers (that open to 1⁹⁄₁₆" [39.5 mm])
- Flashlight (optional)

**Tools needed for installation**

- Open end wrenches 17 mm and 13 mm
- Level
- Wood block
- Ruler or measuring tape

**Parts supplied:**




*A. Drain hose form*
*B. Inlet hose (2)*
*C. Inlet hose washer (4)*
*D. Transport bolt hole plug (4)*
*E. Beaded strap*

**Alternate Parts**

Your installation may require additional parts. If you are interested in purchasing one of the items listed here, call the toll-free number on the cover or in the "Assistance or Service" section.

| If You Have | You Will Need to Buy |
|---|---|
| Laundry tub or standpipe taller than 96" (2.4 m) | Sump pump system (if not already available) |
| Overhead sewer | Standard 20 gal. (76 L), 30" (76.2 cm) tall drain tub or utility sink and sump pump (available from local plumbing suppliers) |
| Floor drain | Siphon break, Part Number 285834; additional drain hose Part Number 8318155; and connector kit, Part Number 285835 |
| Drain hose too short | 4 ft (1.2 m) drain hose extension kit, Part Number 285863 |
| Water faucets beyond reach of fill hoses | 2 longer water fill hoses: 6 ft (1.8 m) Part Number 76314, 10 ft (3.0 m) Part Number 350008 |

## Options

### Pedestal

You have the option of purchasing pedestals of different heights separately for this washer. You may select a 10" (25.4 cm) or a 15.5" (39.4 cm) pedestal. These pedestals will add to the total height of the washer for a total height of approximately 48" (121.9 cm) or 53.5" (135.9 cm), respectively.




*A. 10" (25.4 cm) pedestal*
*B. 15.5" (39.4 cm) pedestal*

To order, call the dealer from whom you purchased your washer or refer to the "Assistance or Service" section.

| Pedestal Height | Color | Part Number |
|---|---|---|
| 10" (25.4 cm) | White | WHP1000SQ |
| 15.5" (39.4 cm) | White | WHP1500SQ |
| 15.5" (39.4 cm) | Tuscan Chestnut | WHP1500SC |

### Stack Kit

Are you planning to stack your washer and dryer? To do so you will need to purchase a Stack Kit.

To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section. Ask for Part Number 8541503.

# Location Requirements

Selecting the proper location for your washer improves performance and minimizes noise and possible washer "walk."

Your washer can be installed under a custom counter, or in a basement, laundry room, closet, or recessed area. See "Drain System."

Companion appliance location requirements should also be considered. Proper installation is your responsibility.

**You will need**

- A water heater set to deliver 120°F (49°C) water to the washer.
- A grounded electrical outlet located within 6 ft (1.8 m) of where the power cord is attached to the back of the washer. See "Electrical Requirements."
- Hot and cold water faucets located within 4 ft (1.2 m) of the hot and cold water fill valves, and water pressure of 20-100 psi (137.9-689.6 kPa).
- If you live in a hard water area, use of a water softener is recommended to control the buildup of scale in the steamer and other areas of the washer. Over time the buildup of lime scale may clog the steamer, which will reduce steamer efficiency and performance. Excessive buildup of scale may lead to the need for steamer replacement or repair.
- A level floor with a maximum slope of 1" (2.5 cm) under entire washer. Installing the washer on soft floor surfaces, such as carpets or surfaces with foam backing, is not recommended.
- A sturdy and solid floor to support the washer with a total weight (water and load) of 400 lbs (180 kg).

Do not operate your washer in temperatures below 32°F (0°C). Some water can remain in the washer and can cause damage in low temperatures.

## Installation clearances

- The location must be large enough to allow the washer door to be fully opened.
- Additional spacing should be considered for ease of installation and servicing.
- Additional clearances might be required for wall, door, and floor moldings.
- Additional spacing of 1" (2.5 cm) on all sides of the washer is recommended to reduce noise transfer.
- Companion appliance spacing should also be considered.

## Washer Dimensions




## Recommended installation spacing for custom undercounter installation

The dimensions shown are for the recommended spacing.

**Custom undercounter installation - Washer only**




## Recommended installation spacing for recessed or closet installation, with or without a pedestal

The dimensions shown are for the recommended spacing.

**Recessed area or closet installation**




*A. Side view - closet or confined area*
*B. Closet door with vents*

*Min. top and bottom air openings for closet door.

**Recessed or closet installation - Washer on pedestal**




*A. Recessed area*
*B. Side view - closet or confined area*



SANDHOLM00000024

### :commended installation spacing for recessed or set installation, with stacked washer and dryer

imensions shown are for the recommended spacing.




quired spacing




quired spacing

r venting out the side, 1" (2.5 cm) spacing is allowed.

### :commended installation spacing for cabinet stallation

'he dimensions shown are for the recommended spacing.

'or cabinet installation, with a door, the minimum ventilation penings in the top are required.




## Drain System

The washer can be installed using the standpipe drain system (floor or wall), the laundry tub drain system, or the floor drain system. Select the drain hose installation method you need. See "Tools and Parts."

### Standpipe drain system - wall or floor (views A & B)

The standpipe drain requires a minimum diameter standpipe of 2" (5 cm). The minimum carry-away capacity can be no less than 17 gal. (64 L) per minute.

The top of the standpipe must be at least 30" (76.2 cm) high and no higher than 96" (2.4 m) from the bottom of the washer.




A B

### Laundry tub drain system (view C)

The laundry tub needs a minimum 20 gal. (76 L) capacity. The top of the laundry tub must be at least 30" (76.2 cm) above the floor.

### Floor drain system (view D)

The floor drain system requires a siphon break that may be purchased separately. See "Tools and Parts."

The siphon break must be a minimum of 28" (71 cm) from the bottom of the washer. Additional hoses might be needed.




C D

## Electrical Requirements

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

- A 120 volt, 60 Hz., AC only, 15- or 20-amp, fused electrical supply is required. A time-delay fuse or circuit breaker is recommended. It is recommended that a separate circuit serving only this appliance be provided.
- This washer is equipped with a power supply cord having a grounded 3 prong plug.
- To minimize possible shock hazard, the cord must be plugged into a mating, grounded 3 prong outlet, grounded in accordance with local codes and ordinances. If a mating outlet is not available, it is the personal responsibility and obligation of the customer to have the properly grounded outlet installed by a qualified electrician.
- If codes permit and a separate ground wire is used, it is recommended that a qualified electrician determine that the ground path is adequate.
- Do not ground to a gas pipe.
- Check with a qualified electrician if you are not sure the washer is properly grounded.
- Do not have a fuse in the neutral or ground circuit.

### GROUNDING INSTRUCTIONS

**For a grounded, cord-connected washer:**
This washer must be grounded. In the event of a malfunction or breakdown, grounding will reduce the risk of electrical shock by providing a path of least resistance for electric current. This washer is equipped with a cord having an equipment-grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances.

**WARNING:** Improper connection of the equipment-grounding conductor can result in a risk of electric shock. Check with a qualified electrician or serviceman if you are in doubt as to whether the appliance is properly grounded.

Do not modify the plug provided with the appliance – if it will not fit the outlet, have a proper outlet installed by a qualified electrician.

**For a permanently connected washer:**
This washer must be connected to a grounded metal, permanent wiring system, or an equipment grounding conductor must be run with the circuit conductors and connected to the equipment-grounding terminal or lead on the appliance.

# INSTALLATION INSTRUCTIONS

## Remove Transport System

**⚠WARNING**

**Excessive Weight Hazard**

**Use two or more people to move and install washer.**

**Failure to do so can result in back or other injury.**

**IMPORTANT:** Position the washer so that the rear of the washer is within approximately 3 ft (90 cm) of its final location.

There are 4 bolts in the rear panel of the washer that support the suspension system during transportation. These bolts also retain the power cord inside the washer until the bolts are removed.



1. Using a 13 mm wrench, loosen each of the bolts.

Once the bolt is loose, move it to the center of the hole and completely pull out the bolt, including the plastic spacer covering the bolt.



Once all 4 bolts are removed discard bolt and spacers. Then pull the power cord through the opening of the rear panel and close the hole with the attached cap.

Close the bolt holes with the 4 transport bolt hole plugs.

**TE:** If the washer is to be transported at a later date, call your il service center. To avoid suspension and structural damage our washer, it must be properly set up for relocation by a ified technician.

## Connect the Inlet Hoses

Insert new flat washers (supplied) into each end of the inlet hoses. Firmly seat the washers in the couplings.



A B

*A. Coupling*
*B. Washer*

Make sure the washer drum is empty.

Attach the hose with the red color indicator to the Hot (left) inlet valve. Attaching the red coupling first makes it easier to tighten connection with pliers. Screw on coupling by hand until it is seated on the washer.

Attach the hose with the blue color indicator to the Cold (right) water inlet valve. Screw on coupling by hand until it is seated on the washer.




*H. Hot water inlet*
*C. Cold water inlet*

Using pliers, check the tightness of the hose couplings already attached to the washer.

**NOTE:** Do not overtighten. Damage to the coupling can result.

Attach hot water hose to the hot water faucet. Screw on coupling by hand until it is seated on the washer.

Attach cold water hose to the cold water faucet. Screw on coupling by hand until it is seated on the washer.

8. Using pliers, tighten the couplings with an additional two-thirds turn.



**NOTE:** Do not overtighten. Damage to the coupling can result.

9. Turn on the water faucets and check for leaks.

   **NOTE:** Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Record hose installation or replacement dates on the hoses for future reference.

   Periodically inspect and replace hoses if bulges, kinks, cuts, wear, or leaks are found.

## Route the Drain Hose

Proper routing of the drain hose protects your floors from damage due to water leakage. Read and follow these instructions.

**Remove drain hose from washer cabinet**

Gently pull the corrugated drain hose from the shipping clips.



**Laundry tub drain or standpipe drain**

Connect the drain hose form to the corrugated drain hose.



A B

*A. Snap either end of the drain hose form to the drain hose at the point where the corrugation begins.*
*B. Bend drain hose over drain hose form and snap into place.*

**To keep drain water from going back into the washer:**

- Do not straighten the drain hose, and do not force excess drain hose into standpipe. Hose should be secure, but loose enough to provide a gap for air.
- Do not lay excess hose on the bottom of the laundry tub.

**Floor drain**

You may need additional parts. See Floor drain under "Tools and Parts."

## Secure the Drain Hose

1. Drape the power cord over the washer top.
2. Secure the drain hose to the laundry tub leg or standpipe with the beaded strap provided. (See illustrations A and B.)



A B C

If the washer faucets and the drain standpipe are recessed (see illustration C), put the hooked end of the drain hose in the standpipe. Tightly wrap the beaded strap around the water inlet hoses and the drain hose.

Do not force excess drain hose into the standpipe.

## Level the Washer

Properly leveling your washer avoids excessive noise and vibration.

1. Check the levelness of the washer by placing a level on the top edge of the washer, first side to side, then front to back.



If the washer is against a wall, move the washer out slightly before tipping back. If the washer is not level, first prop the front with a wood block and adjust the feet as necessary; then prop the back and adjust feet as necessary. Repeat this step until washer is level.

2. Make sure all four feet are stable and resting on the floor. Then check that the washer is perfectly level (use a level).
3. After the washer is level, use a 17 mm open-end wrench to turn the nuts on the feet tightly against the washer cabinet.

   **IMPORTANT:** All four feet must be tightened. If the nuts are not tight against the washer cabinet, the washer may vibrate.
4. The washer should not move front to back, side to side, or diagonally when pushed on its top edges.
5. Slide the washer to its final location.
6. Confirm the levelness of the washer.

## Complete Installation

1. Check the electrical requirements. Be sure that you have the correct electrical supply and the recommended grounding method. See "Electrical Requirements."
2. Check that all parts are now installed. If there is an extra part, go back through the steps to see which step was skipped.
3. Check that you have all of your tools.
4. Dispose of/recycle all packaging materials.
5. Check that the water faucets are on.
6. Check for leaks around faucets and inlet hoses.

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

7. Plug into a grounded 3 prong outlet.
8. Read "Washer Use."
9. To test and to clean your washer, measure ½ the detergent manufacturer's recommended amount of HE High Efficiency detergent for a medium-size load. Pour the detergent into the detergent dispenser. Select NORMAL/CASUAL, and then select START. Allow the washer to complete one whole cycle.

*Use only HE High Efficiency detergent.*

# FEATURES AND BENEFITS

**ctronic Controls**
‹ible electronic controls are easy to use whether you are a inner or an expert.

**art Dispensers**
Smart Dispensers make your washer truly automatic. This ;her provides a three-compartment dispenser which includes arate compartments for High Efficiency "HE" detergent, fabric ener, and liquid chlorine bleach. The dispenser can easily be oved for cleaning. Laundry products are dispensed ɔmatically at the proper time during the wash cycle, making it ecessary for you to return to the washer during the cycle to them and ensuring that these cleaning products perform r best.

**ɔp Clean with Steam**
; washer has a built-in steaming unit which is combined with DEEP CLEAN option to provide multiple temperatures to help ove a variety of stains from garments.

**an Washer Cycle with Steam**
; cycle uses steam to raise the temperature of the washer and ‹es the washer self-cleaning, flushing the machine's interior of dirt and other residue. The use of AFFRESH™ washer ıner or liquid chlorine bleach with this cycle, will remove and ı avoid odor-causing residue.

**o Water Level**
; washer automatically adjusts water level for optimal cleaning rinsing performance. Two sensors determine load size, load ıposition, and suds level, then the sensors adjust the water ·l to the proper setting. This eliminates guesswork. The water ·l is just right for every wash load size.

**ger Load Size**
:e there is no agitator, you can wash larger, bulkier items such ι king-sized bedspread. You are also able to wash more hes at one time, which means fewer loads.

**inless Steel Drum**
stainless steel drum eliminates corrosion and enables higher ı speeds for more water extraction, helping to reduce drying ; compared to traditional top-load washers.

**h-Efficiency Wash System**
r new front-loading, high-efficiency washer saves time with ɜr, larger loads. It also lowers your water and energy bills by ›ing conserve resources.

**Spin Speeds**
This washer automatically selects the spin speed based on the cycle selected. This factory setting can be changed, however. This washer offers up to four different spin speed choices.

**Heating Element**
This washer has a heating element that automatically heats the water to the optimal temperature on select cycles. This enables stepped cleaning, a process in which warm water is brought in and mixed with detergent first, then the water is heated. Stepped cleaning starts the wash cycle with warm water to remove stains (such as blood and grass).

**6th Sense™ Technology**
Intuitive intelligence "knows every load" determining load sizes, water levels and how much cleaning time is needed.

6th sense™

**Add A Garment**
When this option is available at the beginning of the cycle, the Add a garment Status Light will glow for the first 4-8 minutes. This washer allows an 4-8 minute period in which other garments may be added to a load.

**Direct Injection Wash System**
This washer channels 100% of the water through the dispensers to assure thorough rinse-out and mixture of all the laundry products before they touch any garments. The water is then sprayed from the top front onto the center of the load, providing even distribution and optimum cleaning performance. It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

**Efficient Detergent System with Anti-Escape Valve**
This washer has a specially designed valve that closes during the wash portion of the cycle so that 100% of the water and detergent mixture is used on the load. The Efficient Detergent System ensures that no water or detergent is wasted.

**6-Point Suspension System**
Shock absorbers, 2 springs and electronic controls are specially designed to help redistribute the load automatically and minimize movement of the wash drum during the spin cycle. The 6-Point Suspension System reduces the amount of force transmitted to the floor by the washer, resulting in reduced noise and vibration.

# WASHER USE




**NOTE:** The panel shown above may be different from that of your model.

## Starting Your Washer

**⚠WARNING**



**Fire Hazard**

**Never place items in the washer that are dampened with gasoline or other flammable fluids.**

**No washer can completely remove oil.**

**Do not dry anything that has ever had any type of oil on it (including cooking oils).**

**Doing so can result in death, explosion, or fire.**

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to specific sections of this manual for more detailed information.

Do not store laundry products on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

### First Wash Cycle Without Laundry

Before washing clothes for the first time, if not completed during the final installation step, choose the Normal/Casual cycle and run it without clothes. Use only HE High Efficiency detergent. Use ½ the manufacturer's recommended amount for a medium-size load. This initial cycle serves to ensure the interior is clean before washing clothes.

### For All Wash Cycles

1. Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.
   - The washer can be fully loaded, but not tightly packed. Washer door should close easily.
   - Mix large and small items and avoid washing single items. Load evenly.
   - Wash small items, such as infant socks, in mesh garment bags. It is recommended that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.
   - When unloading garments, check under the gray colored seal at the front of the tub for small items.
2. Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.

   **NOTES:**
   - After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin.
   - The door can be opened only if PAUSE/CANCEL is selected while the Add A Garment light is glowing or if the cycle has been canceled.
   - See "To cancel a cycle" in "Changing, Cycles, Options and Modifiers" section.
3. Open the dispenser drawer and add laundry products to the detergent, bleach, or fabric softener compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."



SANDHOLM00000030

ɴ on the washer by selecting POWER. Select one of the :les by turning the cycle selector. The indicator light for the ected cycle will glow green. When you are selecting a ısh cycle, the preset options and modifiers (such as Water ɱp, Spin Speed, and Soil Level) for the selected cycle will ɔw green. Selectable options will glow amber. If an option modifier is unavailable with a selected cycle, the light will t illuminate. The display shows the estimated time naining. The preset settings provide the recommended ɔric care for the selected cycle. See "Cycles."

ɪlect the desired Options. Not all options are available with cycles. See "Options."

ɪlect the desired modifiers such as Water Temp, Spin Speed ıd Soil Level. Not all modifiers are available with all cycles ıd options. See "Modifiers."

desired, select the CYCLE SIGNAL. The signal is helpful hen you are washing items that should be removed from the asher as soon as it stops. Select Loud, Soft or Off.

desired, select the BUTTON SOUND. This feature makes a ɔund each time a button is pressed. Select Loud, Soft or Off.

9. Select and hold START for approximately 1 second.
   - If you do not select START within 5 minutes of choosing a cycle, the washer automatically shuts off.
   - When the wash cycle is complete, the DONE status light glows, the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 60 minutes after the cycle is complete and the DONE light goes off. To power down the washer manually after the wash cycle is complete, select PAUSE/CANCEL once.
10. To use the same cycle again, press POWER first, then select START.
11. **To begin the wash cycle later**

    Select DELAY WASH until the desired delay time (in hours) shows in the Estimated Time Remaining display. Select START. The countdown to the wash cycle will show in the display window.

    **IMPORTANT:** When delaying a cycle, use only powdered detergents in the High Efficiency "HE" detergent compartment since liquid detergents may seep out of the compartment during Delay Wash, before the wash cycle begins.

## Using the Dispenser

new washer has a dispenser drawer with three separate ɔartments for your laundry products—one is for high ɜncy detergent, one is for liquid chlorine bleach, and one is ɉuid fabric softener. Laundry products are diluted and ɜnsed automatically at the proper time during the wash ı, making it unnecessary for you to return to the washer g the cycle to add them.

ɪormal for small amounts of water to remain in the ɜnsers when the wash cycle is complete.

ot put laundry products directly into the wash tub. Always :he proper dispensers when adding laundry products.

### ɪoosing the Right Detergent

only High Efficiency detergents. The package for this type of rgent will be marked "HE" or "High Efficiency." This wash ɜm, along with less water, will create too much sudsing with a ılar non-HE detergent. Using regular detergent will likely result asher errors, longer cycle times and reduced rinsing ormance. It may also result in component failures and ɜeable mold or mildew. HE detergents are made to produce ɾight amount of suds for the best performance. Follow the ıufacturer's instructions to determine the amount of detergent se.

*Use only HE High Efficiency detergent.*

### ɔ fill dispenser compartments

Pull out the dispenser drawer.

Add the desired laundry product to the proper compartment.

3. Push in the dispenser drawer slowly and completely (to avoid a spill).




**Dispenser**

*A. Dispenser release lever*
*B. Detergent type selector*
*C. High Efficiency "HE" detergent compartment*
*D. Chlorine bleach compartment*
*E. Fabric softener compartment*

### High Efficiency "HE" detergent compartment

(Letters B and C in Dispenser Illustration)

Add liquid or powdered HE detergent to this compartment for your wash cycle. The detergent type selector (B) must always be in the correct position for the detergent type used. Slide the detergent type selector to the correct position.

**IMPORTANT:** If you are using the Delay Wash option, powdered detergent should be used in the compartment since liquid detergents may seep out of the compartment, before the wash begins.

- Use the detergent manufacturer's recommended amount for load size.
- **Liquid detergent:**




*Selector in position for liquid detergent*

*A. Detergent type selector*

- **Powdered detergent:**




*Selector in position for powdered detergent*

*A. Detergent type selector*

### Chlorine bleach compartment

(Letter D in Dispenser Illustration)

Add no more than ⅔ cup (160 mL) liquid chlorine bleach to this compartment. The bleach will be automatically diluted and dispensed at the best time during the first rinse after the wash cycle. This compartment cannot dilute powdered bleach.

- Always measure liquid chlorine bleach. Use a measuring cup with a pour spout; do not guess. Follow the manufacturer's directions for proper use.
- Do not fill beyond the "MAX" level.

  **NOTE:** Overfilling could cause garment damage.

### Fabric softener compartment

(Letter E in Dispenser Illustration)

Pour measured liquid fabric softener into the fabric softener dispenser, if desired.

- Do not overfill. The dispenser holds ¼ cup (60 mL) of fabric softener.
- The fabric softener is dispensed in the rinse cycle. If Extra Rinse is selected, the fabric softener will be dispensed during the Extra Rinse.
- Do not use fabric softener dispensing balls in this washer. Dispensing balls will not operate correctly with this washer.
- Do not spill or drip any fabric softener onto the clothes.
- At the end of the cycle, a small amount of water may be left in the dispenser. This is normal.

**NOTE:** Use only liquid fabric softener in this dispenser.

## Pausing or Restarting

1. To pause the washer at any time, press PAUSE/CANCEL.
2. To continue the cycle, press START (for approximately 1 second).

## Changing Cycles, Options and Modifiers

Not all Options and Modifiers are available with all cycles. Available modifiers will glow amber. If an option or modifier is unavailable with a selected cycle, the light will not illuminate. Cycles, Options and Modifiers can be changed anytime before START is selected.

### To cancel a cycle and select a new cycle

1. Press PAUSE/CANCEL twice.
2. Press POWER.
3. Select desired cycle.
4. Select the desired Options or modifiers such as Water Temp, Spin Speed and Soil Level.
5. Press START (for approximately 1 second) to restart the washer at the beginning of the new cycle.

### To cancel a cycle

1. Press PAUSE/CANCEL twice.
2. The washer powers down, the door unlocks, and clothes can be removed.

**NOTE:** If the water level or the temperature is too high, the washer will drain automatically before the door unlocks.

### To change Options or Modifiers after the cycle has started

1. Press PAUSE/CANCEL once.
2. Select the desired Options or modifiers such as Water Temp, Spin Speed and Soil Level. Available selections will glow amber.
3. Press START (for approximately 1 second) to continue the cycle.

### To drain the washer manually

1. Press PAUSE/CANCEL twice.
2. Press POWER.
3. Select DRAIN/SPIN.
4. Press START (for approximately 1 second) to begin the drain.
5. When the spin is complete, the door unlocks. Items can be removed from the washer.

## Status Lights

These lights show which portion of the cycle the washer is operating. They also indicate when you can add an additional item to the wash cycle and when the controls are locked.



Case: 1:08-wp-65000-CAB Doc #: 320-2 Filed: 06/02/14 25 of 147. PageID #: 16301

## Add a garment

his washer allows an 4-8 minute period in which other garments ıay be added to the load. You can add items to the washer if the dd a garment status light is glowing.

**ɔ add items when Add a garment light is glowing**

. Select PAUSE/CANCEL once. The washer door unlocks after a few seconds, and items can be added.

. To continue the cycle, close the door and select and hold START (for approximately 1 second).

**o add items when the Add a garment light is not glowing**

. You must cancel the current cycle by pressing PAUSE/ CANCEL twice. This will cancel the wash cycle and options. The washer door unlocks, and items can be added.

. Close the door, press POWER and select the new cycle and options. Select and hold START (for approximately 1 second).

## Done

he Done status light stays on for 60 minutes after the cycle is omplete, and then the washer shuts off.

## Sanitized

his washer has a Sanitize water temperature, that is certified by ISF International, an independent third-party testing and ertification organization. The certification verifies that the anitizing cycle reduces 99.9% of bacteria typically found on lothing, bedding and towels, and there is no carryover of acteria between loads after the cycle is complete.

NSF

*Certified to Sanitize*

f the "Sanitize" wash temperature was selected, when the wash ycle is complete, the DONE status light will illuminate, the door ınlocks, and the wash load can be removed from the washer. The washer powers down automatically 60 minutes after the ycle is complete and the DONE status light turns off.

## Controls Lock/Unlock

The Controls Lock avoids unintended use of the washer. You can also use the control lock feature to avoid unintended cycle or option changes during a cycle. When Controls Lock is lit, all buttons are disabled except for Pause/Cancel and Start. You can lock the controls while the washer is operating.

**To lock the controls**
Press and hold CONTROLS LOCK/UNLOCK for 3 seconds after the cycle starts, or when the washer is turned off.




The status light next to the CONTROLS LOCK/UNLOCK button will glow.

**To unlock the controls**
Press and hold CONTROLS LOCK/UNLOCK for 3 seconds until the status light turns off.

**NOTE:** To lock or unlock the controls when the washer is off, press and hold CONTROLS LOCK/UNLOCK for 3 seconds.



## Door Locked

When the status light glows, the door is locked.

## Sensing/Revising Estimated Time

The cycle times vary automatically based on your water pressure, water temperature, detergent, and clothes load.

The washer will automatically sense the progress in the cycle and adjust the Estimated Time Remaining display. While the washer is sensing, the estimated time will flash and the Sensing status light will glow. When the sensing is complete, the flashing stops, the status light goes off and the Estimated Time Remaining display is updated.

The cycle time will be extended if oversudsing occurs or the load is unbalanced. The SUD routine removes extra suds and assures proper rinsing of your garments. See "Troubleshooting." During the unbalance routine the time displayed may pause until this activity is complete, then resume with the remainder of the cycle.

## Clean Washer Reminder

The Clean Washer Reminder light illuminates to remind you to use the Clean Washer cycle regularly. The reminder light will illuminate every 30 cycles. The reminder light may be reset by either running the Clean Washer cycle, or by pressing the CLEAN WASHER RESET button.

# Cycles

Cycles can be selected by turning the Cycle Control knob to the desired cycle. Each cycle is designed for different types of fabric and soil levels. The modifier indicator lights, on the right-hand side of the panel, will change as cycles are selected.




- Each cycle has a preset Soil Level (estimated cycle time), Water Temperature and Spin Speed, and may have preset options. The preset settings provide the recommended fabric care for the selected cycle.
- The preset settings will glow green to show the preselected options and modifiers, and which may be changed anytime before START is pressed. Not all options and modifiers are available with all cycles. Available selections glow amber. (To change settings after the cycle has started, press PAUSE/ CANCEL once, then select the desired settings. Press START to continue the cycle.)
- Powdered detergents may not dissolve well in a slow-speed cycle. For best results, use liquid detergent in slow-speed cycles.

SANDHOLM00000033

### Preset cycle settings

Each cycle has a preset Soil Level (cycle time), Water Temperature, and Spin Speed. The preset settings provide the recommended fabric care for the selected cycle. See chart.

| Cycle | Soil Level (cycle time) | Water Temp | Spin Speed |
|---|---|---|---|
| Whitest Whites | Normal (1:20) | Hot/Cold | High |
| Heavy Duty | Normal (1:10) | Hot/Cold | High |
| Bulky Items | Normal (0:55) | Warm/Cold | Low |
| Normal/ Casual | Normal (0:50) | Warm/Cold | High |
| Delicate | Normal (0:40) | Warm/Cold | Medium |
| Hand Washables | Normal (0:30) | Cold/Cold | Low |
| Clean Washer | | N/A | High |
| Soak | Normal (0:30) | Warm/Cold | No Spin |
| Rinse/Spin | N/A (0:22) | Cold/Cold | High |
| Drain/Spin | N/A (0:13) | N/A | High |

**To change the preset cycle settings**

Press the selector of each available setting until the desired setting glows green.

## Whitest Whites

This cycle is especially designed for cleaning loads of soiled white fabrics with the addition of bleach. Hot washing temperatures assure optimal bleach activity. An additional rinse provides optimal rinse performance to avoid chlorine residues on your laundry. This cycle combines fast-speed tumbling, longer wash time, and High speed spin to shorten drying time.

## Heavy Duty

Use this cycle to wash loads of sturdy, colorfast fabrics and heavily soiled garments. This cycle combines fast-speed tumbling, longer wash time, and High speed spin to shorten drying times. If the water temperature is lower than needed for this cycle, the heater will warm the water to the optimum temperature.

## Bulky Items

Use this cycle to wash large items such as blankets and comforters. This cycle starts with a soak to saturate your large load. This is followed by medium wash action and low-spin speeds to maintain load balance.

## Normal/Casual

Use this cycle to wash loads of no-iron fabrics, such as sport shirts, blouses, casual business clothes, permanent press blends, cottons and linens, and synthetic fabrics. This cycle combines medium-speed tumbling, high-speed spin, and a load cooling process to reduce wrinkling.

**NOTE:** For the best energy performance, use the Normal/Casual Cycle.

## Delicate

Use this cycle to clean hand washable and special-care garments. Similar to the way garments are hand washed in a sink, the wash action of this cycle combines periods of low speed tumbling and soaking. CRADLE CLEAN™ motion offers gentle fabric care for effective cleaning of delicate and hand washable garments. Medium speed spin helps reduce wrinkling.

- Use mesh garment bags to wash undergarments such as underwire bras, items with strings, and small items such as infant socks.

## Hand Washables

Use this cycle to clean hand washable and special-care garments. Similar to the way garments are hand washed in a sink, the wash action of this cycle combines periods of low speed tumbling and soaking. CRADLE CLEAN™ motion offers gentle fabric care for effective cleaning of delicate and hand washable garments. Low speed spin helps reduce wrinkling.

- Use mesh garment bags as necessary.

## Clean Washer

Use the Clean Washer cycle once a month to keep the inside of your washer fresh and clean. This cycle uses a higher water level. Use with AFFRESH™ washer cleaner tablet or liquid chlorine bleach to thoroughly clean the inside of your washing machine. This cycle should not be interrupted. See "Cleaning Your Washer" in the "Washer Care" section.

**IMPORTANT:** Do not place garments or other items in the washer during the Clean Washer cycle. Use this cycle with an empty wash drum.

## Soak

Use the Soak cycle to help remove small spots of set-in stains on fabrics. This cycle provides a soak time with warm or cold water followed by drain. Extra water, a short tumbling phase for equal distribution of the laundry, and a soaking time without drum movement improve the removal of set-in stains. Drain without spin assures gentle treatment, even for delicate articles.

## Rinse/Spin

Use this cycle to get a rinse and spin only. This cycle combines fast-speed tumbling and High speed spin. If desired, you can reduce the spin speed by selecting the speed you want from the SPIN SPEED modifier.

**A Rinse/Spin cycle is useful for**

- Loads that need rinsing only.
- Adding fabric softener to a load.



SANDHOLM00000034

### rain/Spin

this cycle to drain your washer or to drain and spin your h load. The spin speed is preset to High. If desired, you can ıce the spin speed by selecting the speed you want from the N SPEED modifier.

TE: Loads of synthetics, delicate fabrics, hand washables, woolens should be drained with no spin or low spin speed to id fabric stress.

## Normal Washer Sounds

with any new product, you will hear sounds that you are not :ustomed to. You may hear various sounds when the door is ked and unlocked, and during the washing, rinsing, and nning process. Between changes in wash actions, there will momentary pauses. You will hear water spraying and ashing during the wash and rinse cycles. These new sounds d pauses are part of normal washer operation.

## Options

u can customize your wash by adding options to your cycle lections. You can add or change an option after starting a cycle ıytime before the selected option begins. Not all options are ailable with all cycles. Available options will glow amber. ırrent selections will glow green. If an option is unavailable with selected cycle, the light will not illuminate.




- See the "Laundry Guide" for an overview of possible options for each Wash Cycle selection.
- You can select more than one option for a cycle. Some options cannot be added to some cycles. For example, Deep Clean cannot be added to the Quick Wash cycle.
- If an option is unavailable with a selected cycle, there will be 3 short tones, and the light for that option will not glow when selected.

### Delay Wash

To begin the wash cycle later, select DELAY WASH until the desired delay time (in hours) shows in the Estimated Time Remaining display, and then select START. The countdown to the wash cycle will show in the display window, and the button indicator will blink until the cycle begins.

**IMPORTANT:** When delaying a cycle, use only powdered detergents in the high efficiency "HE" detergent compartment since liquid detergents may seep out of the compartment during Delay Wash, before the wash cycle begins.

### Clean Washer Reminder

The Clean Washer Reminder light illuminates to remind you to use the Clean Washer cycle regularly. The reminder light will illuminate every 30 cycles. The reminder light may be reset by either running the Clean Washer cycle, or by pressing the CLEAN WASHER RESET button.

### Deep Clean with Steam

Use this option for heavily soiled loads that need improved stain treatment, loads with multiple types of stains, or loads you suspect as having stains, but are afraid may have been missed (no sorting or searching for stains). When Deep Clean with Steam is selected, the water temperature of the selected wash cycle is automatically set to warm. The water will then be slowly heated to the temperature selected, along with steam, to aid in stain removal. This option will provide optimal removal of organic stains such as blood and grass.

### Extra Rinse

An extra rinse can be used to aid in the removal of detergent or bleach residue from garments. This option provides an additional rinse with the same water temperature as the first rinse.

### Cycle Signal

This signal is helpful when you are removing items from the washer as soon as it stops. Press CYCLE SIGNAL to select Loud, Soft or Off.

### Button Sound

Button sounds are used to notify you of what has been selected or to let you know when something is not available. Press BUTTON SOUND to select Loud, Soft or Off.

## Modifiers

Preset cycle settings of Water Temperature, Spin Speed, and Soil Level can be changed. You can change a modifier after starting a cycle anytime before the selected modifier begins. Not all modifiers are available with all cycles and options. Available options will glow amber. Current selections will glow green. If a modifier is unavailable with a selected cycle, the light will not illuminate.

**NOTE:** The panel shown below may be different from that of your model.




- To change the water temperature, select the WATER TEMP button until the desired setting glows green.
- To change the spin speed, select the SPIN SPEED button until the desired setting glows green.
- To change cycle time, select SOIL LEVEL button until the desired setting glows green.

## Water Temp

Select a water temperature based on the type of load you are washing. Use the warmest wash water safe for fabrics. Follow garment label instructions.

Warm rinses leave the loads dryer than cold rinses. Warm rinses increase wrinkling. In cold climates, a warm rinse makes the load more comfortable to handle. Cold rinses save energy.

- This washer has a Sanitize water temperature, that is certified by NSF International, an independent third-party testing and certification organization. The certification verifies that the sanitizing cycle reduces 99.9% of bacteria typically found on clothing, bedding and towels, and there is no carryover of bacteria between loads after the cycle is complete.

NSF

*Certified to Sanitize*

- The Sanitize temperature provides an extra high temperature to remove 99.9% of certain bacteria. It is recommended that you set your hot water heater to 120°F (49°C) to ensure proper performance during this cycle.
- The Sanitize Water Temp uses high water temperatures. Please check garment care label to avoid garment damage.
- In wash water temperatures colder than 60°F (15.6°C), detergents do not dissolve well. Soils may be difficult to remove.

### 6TH SENSE™ Technology

The 6TH SENSE™ Technology control electronically senses and maintains a uniform water temperature. 6TH SENSE™ Technology control regulates incoming hot and cold water. 6TH SENSE™ Technology control is automatically turned on when a cycle is selected. See "Preset Cycle Settings" in "Cycles." 6TH SENSE™ Technology control ensures consistent cleaning.

- 6TH SENSE™ Technology control works for all wash temperature settings.
- 6TH SENSE™ Technology works for the rinse temperature where the wash temperature setting is marked with an asterisk, such as Warm*. All other rinse temperatures are cold.

# Laundry Guide

Refer to this chart for suggested load types and their corresponding cycles. Listed to the right are the options available to each of these washer cycles.

| CYCLE | SUGGESTED LOAD TYPE | AVAILABLE OPTIONS | | |
|---|---|---|---|---|
| | | Delay Wash | Deep Clean | Extra Rinse |
| **Whitest Whites** | Soiled white fabrics | ✔ | ✔ | ✔ |
| **Heavy Duty** | Sturdy, colorfast fabrics and heavily soiled garments | ✔ | ✔ | ✔ |
| **Bulky Items** | Normally soiled blankets and comforters | ✔ | ✔ | ✔ |
| **Normal/Casual** | Normally soiled blouses, shirts, overalls, etc., made of polyester, nylon, cotton, linen, or cotton blends | ✔ | ✔ | ✔ |
| **Delicate** | Special-care items marked "Hand Washable" | ✔ | | ✔ |
| **Hand Washables** | Special-care items marked "Hand Washable" | ✔ | | ✔ |
| **Clean Washer** | No clothes, use AFFRESH™ washer cleaner tablet or chlorine bleach | | | |
| **Soak** | Fabrics made of cotton, linen, polyester or nylon | ✔ | | |
| **Rinse/Spin** | Fabrics made of cotton, linen, polyester or nylon | ✔ | | ✔ |
| **Drain/Spin** | Fabrics made of cotton, linen, polyester or nylon | ✔ | | |

# LAUNDRY TIPS

## Preparing clothes for washing

Follow these recommendations to help you prolong the life of your garments.

- Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

- Close zippers, snaps, and hooks to avoid snagging other items. Remove pins, buckles, and other hard objects to avoid scratching the washer interior. Remove non-washable trim and ornaments.
- Empty pockets and turn them inside out.
- Turn down cuffs; brush away lint and dirt.
- Turn wool and synthetic knits inside out to avoid pilling.
- Tie strings and sashes so they will not tangle.
- Mend tears, loose hems, and seams.
- Treat spots and stains.
- Stained or wet garments should be washed promptly for best results.
- Mix large and small items, avoid washing single items, and load evenly.
- Wash small items, such as infant socks, in a mesh garment bag. To create a balanced load it is recommended that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

  **NOTE:** If you are washing only small items, it is recommended that more than one mesh garment bag be used, and that each garment bag be filled with equal amounts of material.

## Sorting

- Separate heavily soiled items from lightly soiled ones, even if they would normally be washed together. Separate lint-givers (towels, chenille) from lint-takers (corduroy, synthetics, permanent press). When possible, turn lint-givers inside out.
- Separate dark colors from light colors, colorfast items from noncolorfast items.
- Sort by fabric and construction (sturdy cottons, knits, delicate items).

## Unloading

- Remove clothes from washer after the cycle is completed. Metal objects such as zippers, snaps, and buckles may rust if left in the washer basket for a long time.
- When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

## Loading

### Loading suggestions

| | |
|---|---|
| **Heavy Work Clothes** | |
| 4 jeans<br>4 workpants<br>4 workshirts | 2 sweatpants<br>2 sweatshirts |
| **Towels** | |
| 10 bath towels<br>10 hand towels | 14 washcloths |
| **Mixed Load** | |
| 3 sheets (1 king, 2 twin)<br>4 pillowcases<br>3 shirts<br>3 blouses | 9 T-shirts<br>9 shorts<br>10 handkerchiefs |



SANDHOLM00000037

# WASHER CARE

## Cleaning Your Washer

The Washer Maintenance Procedure should be performed on a monthly basis.

### Cleaning the door seal

1. Open the washer door and remove any clothing or items from the washer.
2. Inspect the gray colored seal between the door opening and the basket for stained areas. Pull back the seal to inspect areas under the seal. Remove any foreign objects.




*A. Seal*

3. If stained areas are found, wipe down these areas of the seal, using the procedure that follows.
   a) Mix a dilute solution, using ¾ cup (177 mL) of liquid chlorine bleach, and 1 gal. (3.8 L) of warm tap water.
   b) Wipe the seal area with the dilute solution, using a damp cloth.
   c) Let stand 5 minutes.
   d) Wipe down area thoroughly with a dry cloth and let the washer interior air dry with door open.

**IMPORTANT:**

- Wear rubber gloves when cleaning for prolonged periods.
- Refer to the bleach manufacturer's instructions for proper use.

### Washer Maintenance Procedure

This washer has a special cycle that uses higher water volumes and steam, in combination with AFFRESH™ washer cleaner or liquid chlorine bleach to thoroughly clean the inside of the washer.

**NOTES:**

- Read these instructions completely before beginning the cleaning process.
- If necessary, the cleaning cycle may be interrupted by pressing the Pause/Cancel button. However, this will not immediately stop the cycle. The machine will display "int" (interrupt) and continue with several rinse and drain steps to ensure that all remaining bleach is rinsed from the washer.

**Begin procedure**

1. Open the washer door and remove any clothing or items from the washer.
2. **Using the AFFRESH™ washer cleaner (Recommended):** Add one AFFRESH™ washer cleaner tablet to the washer drum.

   **If using liquid chlorine bleach:**
   Open the dispenser drawer and immediately add ⅔ cup (160 mL) of liquid chlorine bleach to the bleach compartment.

   **NOTE:** Do not add any detergent to this cycle. Use of more than ⅔ cup (160 mL) of bleach will cause product damage over time.
3. Close the washer door and dispenser drawer.
4. Select the CLEAN WASHER cycle.
5. Press START.

   **NOTE:** The basket will rotate, then the door will unlock, lock again, and then the cycle will continue.
   - The machine will bring in some inlet water, and the basket will rotate while the washer runs a short sensing cycle. This will take approximately 3 minutes.
6. The cycle will determine whether clothing or other items are in the washer.
   a) If no items are detected in the washer, it will proceed to Step 7.
   b) If any items are detected in the washer, "rL" will be displayed, and the WASH and CONTROLS LOCKED lights will remain lit. The door will unlock. Open and remove any garments in the wash drum.
      - Press PAUSE/CANCEL to cancel the failure code. Then repeat steps 3, 4 and 5 to start the cycle again.
7. Once the cycle has begun, allow the cycle to complete.
8. After the cycle is complete, leave the door open slightly, to allow for better ventilation and drying of washer interior.

**Always do the following to maintain washer freshness**

- Use only HE High Efficiency detergent.
- Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.
- Repeat the cleaning procedure monthly or when the CLEAN WASHER REMINDER light illuminates.
- If you are not ready to run the Clean Washer cycle, but the Clean Washer Reminder light is illuminated, press the Clean Washer Reset button.
- If the procedure does not sufficiently improve the machine freshness, evaluate your installation and usage conditions for other causes.

### :leaning the exterior

ı a soft damp cloth or sponge to wipe up any spills. :asionally wipe the outside of your washer to keep it looking /. Use mild soap and water. Do not use abrasive products.

### :leaning the dispenser drawer

ı dispenser drawer is removable for easy cleaning.

Unlock the dispenser drawer by pressing the Release Lever. See "Using the Dispenser." Remove the drawer.

Remove the inserts (the siphon from the softener and bleach compartments and the detergent selector).

Wash the parts under running water.

Replace the inserts and return the dispenser to the drawer.

## Water Inlet Hoses

place inlet hoses after 5 years of use to reduce the risk of hose ilure. Periodically inspect and replace inlet hoses if bulges, ıks, cuts, wear or leaks are found.

ıen replacing your inlet hoses, record the date of replacement.

## Vacation, Storage, and Moving Care

stall and store your washer where it will not freeze. Because ıme water may stay in the hoses, freezing can damage your asher. If storing or moving your washer during freezing weather, nterize it.

### on-use or vacation care:

perate your washer only when you are at home. If you will be on ication or not using your washer for an extended period of time, ɔu should:

Unplug washer or disconnect power.

Turn off the water supply to the washer. This helps avoid unintended flooding (due to a water pressure surge) while you are away.

Slightly open door to provide ventilation.

### o winterize washer:

. Put 1 qt (1 L) of R.V.-type antifreeze in the drum.
. Run washer on a Drain/Spin cycle.
. Unplug washer or disconnect power.
. Shut off both water faucets.
i. Disconnect water inlet hoses from faucets and drain.

### To use washer again:

1. Flush water pipes. Reconnect water inlet hoses to faucets. Turn on both water faucets.

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

2. Plug in washer or reconnect power.
3. Run the washer through the Normal/Casual cycle with ½ the manufacturer's recommended amount of HE detergent for a medium-size load, to clean the washer and remove the antifreeze, if used.

### To transport the washer:

1. If washer will be moved during freezing weather, put in 1 qt (1 L) of R.V.-type antifreeze in the drum. Run washer on a Drain/Spin cycle.
2. Unplug the power cord.
3. Disconnect the drain hose from the drain system and attach to rear panel clips.
4. Shut off both water faucets.
5. Disconnect the water inlet hoses from faucets, then drain the hoses and clip them to the rear panel of the washer.

**IMPORTANT:** Call for service. Do not reuse transport bolts. Washer must be transported in the upright position. To avoid suspension and structural damage to your washer, it must be properly set up for relocation by a certified technician.

### Reinstalling the washer

1. Follow the "Installation Instructions" to locate, level and connect the washer.
2. Run the washer through the Normal/Casual cycle with ½ the manufacturer's recommended amount of HE detergent for a medium-size load, to clean the washer and remove the antifreeze, if used.

# TROUBLESHOOTING

**First try the solutions suggested here or visit our website and reference FAQs (Frequently Asked Questions) to possibly avoid the cost of a service call.**

**In the U.S.A. www.whirlpool.com/help In Canada www.whirlpool.ca**

## Washer displaying code message and tone sounds

- **"F20" (Water Inlet Problem—no water or insufficient water supply)**
  Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Are faucets completely turned on?

  Are screens at inlet hose connection to washer clogged?

  Are water inlet hoses kinked?

  Are water inlet hoses frozen?

  Plug in washer or reconnect power. Re-select cycle and press START. If the problem remains, call for service.

- **"F21" (Drain Problem)**
  Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Is the drain hose kinked?

  Is the drain hose frozen?

  Is the drain hose clogged?

  Is the drain hose more than 96" (2.4 m) above the floor?

  Plug in washer or reconnect power. Re-select cycle and press START. If the problem remains, call for service.

- **"SUD" (Suds Routine)**
  When excessive suds are detected, a suds routine automatically starts. This routine removes extra suds and assures proper rinsing of your garments. "SUD" is displayed during rinsing and at the end of the cycle to inform you that Suds Routine was activated. Use only HE (High Efficiency) detergents.

- **"F22" (Front door lock)**
  Select PAUSE/CANCEL twice to cancel the cycle.

  **Check the following:**
  Is the washer door firmly shut?
  The door must be completely closed for the washer to operate. The door may look closed, but may not be latched. Open the door and close firmly.

  Were you washing a large load?
  Before you close the washer door, check for laundry items sticking out beyond the door opening. Leave enough space in the washer to allow the clothes to tumble freely. An overloaded basket may keep the door from shutting completely. Reduce your load size if needed.

  Press POWER and select START.

- **"F" codes other than F20, F21 or F22**
  Select PAUSE/CANCEL twice to cancel the cycle. Select DRAIN/SPIN if there is excessive water in the washer.

  Re-select cycle and press START. If the problem remains, call for service.

## Washer won't start

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is the washer door firmly closed?

  Has a cycle been selected, but START has not been selected and held for 1 second?

  Was the door open after completion of last cycle?

## Washer won't fill, wash or rinse

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug? Check electrical source or call an electrician.

  Are the hot and cold water faucets turned on?

  Is the water inlet hose kinked?

  Are the water inlet valve screens clogged?
  Turn off the water and remove inlet hoses from the washer. Remove any accumulated film or particles. Reinstall hoses, turn water on and check for leaks.

## Washer stops

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug?
  Check electrical source or call an electrician.

  Has a household fuse blown, or has a circuit breaker tripped?
  Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

  Are you using an extension cord?
  Do not use an extension cord.

## ısher won't drain or spin

**; the drain hose clogged, or the end of the drain hose ıore than 96" (2.4 m) above the floor?**

**; your voltage low?**
:heck electrical source or call electrician. Do not use an xtension cord.

**; the "SUD" routine active?**
:ycle will complete once extra suds are removed.

**; the load balanced?**
. single or bulky item may cause imbalance. Add more items r redistribute the load.

## ısher makes noise or vibrates

**; the washer level?**
he washer must be level. The four feet should be properly ıstalled, and the nuts should be tightened against the /asher cabinet.

**; the washer gurgling or humming?**
ıs water is drained from the washer, you may hear air being ıulled through the pump. This happens during the end of lraining. It is normal.

**ıre you washing items with metal snaps, buckles or ippers?**
'ou may hear metal items touching the washer drum. This is ormal.

**; washer installed on a sturdy and solid floor?**
ıefer to the "Installation Instructions" for flooring equirements. Noise and vibration may be reduced by placing ı piece of ¾" (19.1 mm) plywood underneath your washer. he plywood may extend underneath both washer and dryer o keep them at equal heights.

## asher leaks

**:heck household plumbing for leaks.**

## spensers clogged or leaking

**ıre the laundry products in the correct dispenser :ompartment?**
ıdd the correct amounts of detergent, fabric softener or iquid chlorine bleach to the correct compartments. Add owdered or liquid color-safe bleach to the high efficiency 'HE" detergent compartment. Be sure to match powdered :olor-safe bleach with powdered detergent or match liquid :olor-safe bleach with liquid detergent.

**s the detergent type selector in the correct position?**
Selector should be in the lowered position when using liquid letergent and in the upper position when using powdered letergent.

## Washer odor

- **See "Cleaning Your Washer."**
- **Are you using AFFRESH™ washer cleaner on a regular basis?**
  AFFRESH™ washer cleaner removes and avoids odor-causing residue in all High Efficiency washers. For washers where odor is present, use 3 tablets instead of 1 tablet. After the CLEAN WASHER cycle is complete, wipe away residue if necessary.
- **Are you using HE detergent?**
  Use of non-HE detergent can cause a film residue which can result in odor.
- **Did you leave the door open after use?**
  This washer has a tight seal to avoid water leaks. To avoid odors, leave the door open to allow the washer to dry between uses.

## Load too wet

- **Did you use the right cycle for the load being washed?**
  Select a cycle with a higher spin speed.
- **Did you wash a single item or bulky items or have you overloaded the washer?**
  A single item, bulky items, or overloading may cause imbalance. Add items or try to evenly distribute your wet laundry in the drum, and start a DRAIN/SPIN cycle. If the laundry is still wet, take half of the load out of the washer and try again.

## Residue or lint on load

- **Did you add detergent to the dispenser?**
  For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.
- **Did you sort properly?**
  Sort lint givers (towels, chenille) from lint takers (corduroy, synthetics). Also sort by color.
- **Did you overload the washer?**
  Do not overload the washer. The washer can be fully loaded, but not tightly packed. The wash load must be balanced. Lint can be trapped in the load if the washer is overloaded.
- **Check the following:**
  Was paper or tissue left in pockets?
- **Did you use enough HE detergent?**
  Use enough detergent to remove lint and hold it in suspension. Use only HE detergent. Follow the manufacturer's instructions to determine the amount of detergent to use.
- **Is your water colder than 60°F (15.6°C)?**
  Wash water colder than 60°F (15.6°C) may not completely dissolve the detergent.
- **Are you using a low-speed wash cycle?**
  Powdered detergents may not dissolve well in a slow-speed cycle. For best results, use liquid detergent for slow-speed cycles such as Delicate, and Hand Washables.

## Stains on load

- **Did you add detergent to the dispenser?**
  For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.
- **Did you use enough HE detergent?**
  Use enough detergent to remove soil and hold it in suspension. Use only HE detergent. Follow the manufacturer's instructions to determine the amount of detergent to use.
- **Is there above average iron (rust) in water?**
  You may need to install an iron filter.
- **Did you properly sort the load?**
  Sort dark clothes from whites and lights.
- **Did you unload the washer promptly?**
  To avoid the transfer of dye, unload the washer as soon as it stops.
- **Did you use a fabric softener dispensing ball?**
  Dispensing balls will not operate correctly with this washer. Add liquid fabric softener to the fabric softener compartment.
- **Did you use powdered detergent in a low-speed cycle?**
  Consider using liquid detergent.

## Load is wrinkled

- **Did you unload the washer promptly?**
  Unload the washer as soon as it stops.
- **Did you use the right cycle for the load being washed?**
  Use the Delicate, Hand Washables or another cycle with a low-spin speed to reduce wrinkling.
- **Did you overload the washer?**
  The wash load must be balanced and not overloaded. Loads should tumble freely during washing.

## Gray whites, dingy colors

- **Did you properly sort the load?**
  The transfer of dye can occur when mixing whites and colors in a load. Sort dark clothes from whites and lights.
- **Was the wash temperature too low?**
  Use hot or warm washes if safe for the load. Make sure your hot water system is adequate to provide a hot water wash.
- **Did you use enough detergent, or do you have hard water?**
  Use more detergent for washing heavy soils in cold or hard water.

## Cycle too long

- **Did you choose the Deep Clean with Steam option?**
  In this case, the heater and steamer will be activated to provide maximum cleaning performance. Additional time will be added to the regular cycle to heat the water. This additional time will depend on the load size and the hot water inlet temperature.
- **Is the hot water inlet set to the recommended temperature of 120°F (49°C)?**
  A hot water temperature below the recommended setting will increase heating time.
- **Is "SUD" shown in the display?**
  Excessive sudsing has been detected and a suds routine has been started to reduce excessive suds. This routine will add time to the original cycle.
- **Did the load cause imbalance?**
  When too much imbalance occurs, an imbalance routine will start to redistribute the load. During the imbalance routine, the time displayed may pause until this activity is complete, then resume with the remainder of the cycle.
- **Did you wash a large load using a gentle cycle?**
  When using the Delicate or Hand Washables, cycles you should wash small loads. This ensures a gentle wash for your garments without increasing cycle times.

## Door locked at end of wash cycle

- **Did all of the water drain out of the washer during the spin?**
  Select DRAIN/SPIN to remove any water remaining in the washer. The washer door will unlock at the end of the drain.

# ASSISTANCE OR SERVICE

efore calling for assistance or service, please check roubleshooting." It may save you the cost of a service call. If ɔu still need help, follow the instructions below.

/hen calling, please know the purchase date and the complete ıodel and serial number of your appliance. This information will ɘlp us to better respond to your request.

**you need replacement parts**

you need to order replacement parts, we recommend that you nly use FSP® factory specified parts. These parts will fit right nd work right because they are made with the same precision sed to build every new WHIRLPOOL® appliance.

**o locate FSP® replacement parts in your area:**

ı the U.S.A., call the Customer eXperience Center at **-800-253-1301**, or your nearest designated service center.

ı Canada, call **1-800-807-6777**, or your nearest designated ervice center.

## In the U.S.A.

Call the Whirlpool Customer eXperience Center toll free: **-800-253-1301.**

**Our consultants provide assistance with:**

- Features and specifications on our full line of appliances
- Installation information
- Use and maintenance procedures
- Accessory and repair parts sales
- Specialized customer assistance (Spanish speaking, hearing impaired, limited vision, etc.)
- Referrals to local dealers, repair parts distributors, and service companies

Whirlpool designated service technicians are trained to fulfill the product warranty and provide after-warranty service anywhere in the United States.

To locate the Whirlpool designated service company in your area, you can also look in your telephone directory Yellow Pages.

**For further assistance**

If you need further assistance, you can write to Whirlpool Corporation with any questions or concerns at:

Whirlpool Brand Home Appliances
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Please include a daytime phone number in your correspondence.

## In Canada

Call the Whirlpool Canada LP Customer Interaction Centre toll free: **1-800-807-6777.**

**Our consultants provide assistance with:**

- Use and maintenance procedures
- Accessory and repair parts sales
- Features and specifications on our full line of appliances
- Referrals to local dealers, repair parts distributors, and service companies. Whirlpool Canada LP designated service technicians are trained to fulfill the product warranty and provide after-warranty service anywhere in Canada.

**For further assistance**

If you need further assistance, you can write to Whirlpool Canada LP with any questions or concerns at:

Customer Interaction Centre
Whirlpool Canada LP
1901 Minnesota Court
Mississauga, Ontario L5N 3A7

Please include a daytime phone number in your correspondence.

## Accessories

Enhance your washer with these premium accessories.

For more high-quality items or to order, call **1-800-901-2042**, or visit us at **www.whirlpool.com/accessories**. In Canada, call **1-800-807-6777** or visit us at **www.whirlpoolparts.ca.**

| Part Number | Accessory |
|---|---|
| **8212638RP** | 6 ft (1.8 m) nylon braided space-saving fill hose, 90° elbow, hypro-blue steel couplings. Safer than stainless steel. (2-pack) |
| **8212487RP** | 5 ft (1.5 m) nylon braided fill hose. Safer than stainless steel. (2-pack) |
| **8212526** | Washer drip tray, fits under all |
| **31682** | All purpose appliance cleaner |
| **1903WH** | Laundry supply storage cart |
| **W10135699** | AFFRESH™ Washer Cleaner |
| **8541503** | DUET® stack kit |



SANDHOLM00000043

# WHIRLPOOL CORPORATION MAJOR APPLIANCE WARRANTY

## LIMITED WARRANTY

For one year from the date of purchase, when this major appliance is operated and maintained according to instructions attached to or furnished with the product, Whirlpool Corporation or Whirlpool Canada LP (hereafter "Whirlpool") will pay for Factory Specified Parts and repair labor to correct defects in materials or workmanship. Service must be provided by a Whirlpool designated service company. This limited warranty is valid only in the United States or Canada and applies only when the major appliance is used in the country in which it was purchased. Outside the 50 United States and Canada, this limited warranty does not apply. Proof of original purchase date is required to obtain service under this limited warranty.

## ITEMS EXCLUDED FROM WARRANTY

**This limited warranty does not cover:**

1. Service calls to correct the installation of your major appliance, to instruct you on how to use your major appliance, to replace or repair house fuses, or to correct house wiring or plumbing.
2. Service calls to repair or replace appliance light bulbs, air filters or water filters. Consumable parts are excluded from warranty coverage.
3. Repairs when your major appliance is used for other than normal, single-family household use or when it is used in a manner that is contrary to published user or operator instructions and/or installation instructions.
4. Damage resulting from accident, alteration, misuse, abuse, fire, flood, acts of God, improper installation, installation not in accordance with electrical or plumbing codes, or use of consumables or cleaning products not approved by Whirlpool.
5. Cosmetic damage, including scratches, dents, chips or other damage to the finish of your major appliance, unless such damage results from defects in materials or workmanship and is reported to Whirlpool within 30 days from the date of purchase.
6. Any food loss due to refrigerator or freezer product failures.
7. Costs associated with the removal from your home of your major appliance for repairs. This major appliance is designed to be repaired in the home and only in-home service is covered by this warranty.
8. Repairs to parts or systems resulting from unauthorized modifications made to the appliance.
9. Expenses for travel and transportation for product service if your major appliance is located in a remote area where service by an authorized Whirlpool servicer is not available.
10. The removal and reinstallation of your major appliance if it is installed in an inaccessible location or is not installed in accordance with published installation instructions.
11. Major appliances with original model/serial numbers that have been removed, altered or cannot be easily determined. This warranty is void if the factory applied serial number has been altered or removed from your major appliance.

The cost of repair or replacement under these excluded circumstances shall be borne by the customer.

## DISCLAIMER OF IMPLIED WARRANTIES; LIMITATION OF REMEDIES

CUSTOMER'S SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE PRODUCT REPAIR AS PROVIDED HEREIN. IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO ONE YEAR OR THE SHORTEST PERIOD ALLOWED BY LAW. WHIRLPOOL SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. SOME STATES AND PROVINCES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR LIMITATIONS ON THE DURATION OF IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS, SO THESE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE OR PROVINCE TO PROVINCE.

If outside the 50 United States and Canada, contact your authorized Whirlpool dealer to determine if another warranty applies.

If you need service, first see the "Troubleshooting" section of the Use & Care Guide. After checking "Troubleshooting," you may find additional help by checking the "Assistance or Service" section or by calling Whirlpool. In the U.S.A., call **1-800-253-1301**. In Canada, call **1-800-807-6777**.

9/07

**Keep this book and your sales slip together for future reference. You must provide proof of purchase or installation date for in-warranty service.**

Write down the following information about your major appliance to better help you obtain assistance or service if you ever need it. You will need to know your complete model number and serial number. You can find this information on the model and serial number label located on the product.

**Dealer name** ____________________

**Address** ____________________

**Phone number** ____________________

**Model number** ____________________

**Serial number** ____________________

**Purchase date** ____________________

# SÉCURITÉ DE LA LAVEUSE

## Votre sécurité et celle des autres est très importante.

Nous donnons de nombreux messages de sécurité importants dans ce manuel et sur votre appareil ménager. Assurez-vous de toujours lire tous les messages de sécurité et de vous y conformer.

Voici le symbole d'alerte de sécurité.

Ce symbole d'alerte de sécurité vous signale les dangers potentiels de décès et de blessures graves à vous et à d'autres.

Tous les messages de sécurité suivront le symbole d'alerte de sécurité et le mot "DANGER" ou "AVERTISSEMENT". Ces mots signifient :

**DANGER** — **Risque possible de décès ou de blessure grave si vous ne suivez pas immédiatement les instructions.**

**AVERTISSEMENT** — **Risque possible de décès ou de blessure grave si vous ne suivez pas les instructions.**

Tous les messages de sécurité vous diront quel est le danger potentiel et vous disent comment réduire le risque de blessure et ce qui peut se produire en cas de non-respect des instructions.

## IMPORTANTES INSTRUCTIONS DE SÉCURITÉ

**AVERTISSEMENT :** Pour réduire les risques d'incendie, de choc électrique ou de blessures lors de l'utilisation de la laveuse, suivre les précautions fondamentales dont les suivantes :

- Lire toutes les instructions avant d'utiliser la laveuse.
- Ne pas laver des articles qui ont été nettoyés ou lavés avec de l'essence ou imbibés d'essence, solvants de nettoyage à sec, ou autres substances inflammables ou explosives; ces substances peuvent émettre des vapeurs susceptibles de s'enflammer ou d'exploser.
- Ne pas ajouter d'essence, solvant de nettoyage à sec ou autre produit inflammable ou explosif dans l'eau de lavage. Ces substances peuvent émettre des vapeurs susceptibles de s'enflammer ou d'exploser.
- Dans certaines conditions, de l'hydrogène gazeux peut se former dans un circuit d'eau chaude qui n'a pas été utilisé pendant 2 semaines ou plus. LE GAZ HYDROGÈNE EST EXPLOSIBLE. Si le circuit d'eau chaude n'a pas été utilisé pendant une telle période, avant d'utiliser la laveuse, ouvrir tous les robinets d'eau chaude et laisser l'eau s'écouler pendant plusieurs minutes par chaque robinet. Ceci permettra l'évacuation de l'hydrogène gazeux accumulé. Comme ce gaz est inflammable, ne pas fumer ou utiliser une flamme nue au cours de cette période.
- Ne pas laisser des enfants jouer sur ou à l'intérieur de la laveuse. Bien surveiller les enfants lorsque la laveuse est utilisée à proximité d'enfants.
- Avant de mettre la laveuse au rebut ou hors de service, enlever la porte ou le couvercle.
- Ne pas tenter d'atteindre un article à l'intérieur de la cuve de la laveuse lorsque le tambour, la cuve ou l'agitateur est en mouvement.
- Ne pas installer ou remiser cette laveuse à un endroit où elle serait exposée aux intempéries.
- Ne pas modifier les organes de commande.
- Ne pas réparer ou remplacer un composant quelconque de la laveuse, ni entreprendre une opération de service, si ce n'est spécifiquement recommandé dans ce manuel ou dans un manuel d'instructions de réparations destiné à l'utilisateur; il est alors essentiel que la personne concernée comprenne ces instructions et soit compétente pour les exécuter.
- Voir "Spécifications électriques" pour les instructions de liaison à la terre.

## CONSERVEZ CES INSTRUCTIONS

# EXIGENCES D'INSTALLATION

## Outillage et pièces

Rassembler les outils et pièces nécessaires avant de commencer l'installation. Les pièces fournies se trouvent dans le tambour de la laveuse.

### Outils nécessaires au raccordement des tuyaux d'arrivée d'eau

- Pince (ouverture jusqu'à 1⁹⁄₁₆" [39,5 mm])
- Lampe de poche (facultative)

### Outils nécessaires à l'installation

- Clés plates de 17 mm et de 13 mm
- Niveau
- Cale en bois
- Règle ou mètre ruban

### Pièces fournies :




*A. Bride de retenue pour tuyau de vidange*
*B. Tuyau d'alimentation (2)*
*C. Rondelle pour tuyau d'alimentation (4)*
*D. Bouchon pour les trous des boulons de transport (4)*
*E. Courroie perlée*

### Autres pièces

Il se peut que l'installation nécessite des pièces supplémentaires. Pour acheter l'un des articles indiqués ici, composer le numéro sans frais indiqué sur la couverture ou à la section "Assistance ou service".

| Si vous avez | Vous devrez acheter |
|---|---|
| Évier de buanderie ou tuyau de rejet à l'égout plus haut que 96" (2,4 m) | Système de pompe de puisard (si non déjà disponible) |
| Égout surélevé | Évier de vidange standard de 20 gal. (76 L) de 30" (76,2 cm) de hauteur ou évier utilitaire et pompe de puisard (disponibles chez votre fournisseur local d'articles de plomberie) |
| Égout au plancher | Brise-siphon, Pièce numéro 285834, tuyau de vidange supplémentaire, Pièce numéro 8318155 et kit de connexion, Pièce numéro 285835 |
| Tuyau de vidange trop court | Trousse de rallonge du tuyau de vidange de 4 pi (1,2 m), Pièce numéro 285863 |
| Robinets d'eau hors d'atteinte des tuyaux d'admission | 2 tuyaux d'admission d'eau plus longs : 6 pi (1,8 m) Pièce Numéro 76314, 10 pi (3 m) Pièce Numéro 350008 |

## Options

### Piédestal

Vous pouvez acheter séparément des piédestaux de différentes tailles pour cette laveuse. Vous pouvez choisir un piédestal de 10" (25,4 cm) ou un piédestal de 15,5" (39,4 cm). Ces piédestaux augmenteront la hauteur totale de la laveuse pour une hauteur totale d'environ 48" (121,9 cm) ou 53,5" (135,9 cm), respectivement.




*A. Piédestal de 10" (25,4 cm)*
*B. Piédestal de 15,5" (39,4 cm)*

Pour commander, téléphoner au marchand chez qui la laveuse a été achetée ou se référer à la section "Assistance ou service".

| Hauteur de piédestal | Couleur | Numéro de pièce |
|---|---|---|
| 10" (25,4 cm) | Blanc | WHP1000SQ |
| 15,5" (39,4 cm) | Blanc | WHP1500SQ |
| 15.5" (39,4 cm) | Châtaigne de Toscane | WHP1500SC |

### Ensemble de superposition

Prévoyez-vous de superposer votre laveuse et votre sécheuse? Pour ce faire, vous devrez acheter un ensemble de superposition.

Pour commander, téléphoner au marchand chez qui la sécheuse a été achetée ou consulter la section "Assistance ou service". Demander la pièce n° 8541503.

# Exigences d'emplacement

:hoix d'un emplacement approprié pour la laveuse en èliore le rendement et réduit au minimum le bruit et le placement" de la laveuse.

aveuse peut être installée sous un comptoir personnalisé, ıs un sous-sol, une salle de buanderie, un placard ou un astrement. Voir "Système de vidange".

ut aussi prendre en compte les exigences d'emplacement appareils voisins. C'est à l'utilisateur qu'incombe la ɔonsabilité de réaliser une installation correcte.

**ɔus faudra**

Un chauffe-eau configuré pour fournir de l'eau à 120°F (49°C) à la laveuse.

Une prise électrique reliée à la terre située à moins de 6 pi (1,8 m) de la prise du cordon électrique se trouvant à l'arrière de la laveuse. Voir "Spécifications électriques".

Des robinets d'eau chaude et d'eau froide situés à moins de 4 pi (1,2 m) des robinets d'admission d'eau chaude et d'eau froide, et une pression d'eau de 20 à 100 lb/po² (137,9 à 689,6 kPa).

Si vous habitez dans une région où l'eau est dure, il est recommandé d'utiliser un adoucisseur d'eau afin de contrôler les accumulations de calcaire dans le générateur de vapeur et d'autres parties de la laveuse. Après un certain temps, les accumulations de calcaire peuvent obstruer le générateur de vapeur, ce qui réduira son efficacité et son rendement. Des accumulations excessives de calcaire peuvent engendrer la nécessité de replacer ou de réparer le générateur de vapeur.

Un plancher de niveau ayant une pente maximale de 1" (2,5 cm) sous l'ensemble de la laveuse. L'installation de la laveuse sur des surfaces de sol molles, telles que tapis ou surfaces avec sous-couche en mousse, n'est pas recommandée.

Un plancher robuste et solide capable de soutenir le poids total de la laveuse (eau et charge) de 400 lb (180 kg).

pas faire fonctionner la laveuse à des températures inférieures 2°F (0°C). Une quantité d'eau peut demeurer dans la laveuse causer des dommages à des températures basses.

**:gagements de séparation à respecter**

L'emplacement doit être assez grand pour permettre d'ouvrir complètement la porte de la laveuse.

Prévoir davantage d'espace pour faciliter l'installation et l'entretien.

Un espace supplémentaire peut être requis pour les moulures de porte et de plancher et pour les plinthes.

Un espace supplémentaire de 1" (2,5 cm) de tous les côtés de la laveuse est recommandé pour réduire le transfert du bruit.

Il faut aussi prendre en compte l'espace requis entre les appareils voisins.

**Dimensions de la laveuse**




## Espacement recommandé pour une installation personnalisée sous un comptoir

Les dimensions indiquées correspondent à l'espacement recommandé.

**Installation personnalisée sous un comptoir - laveuse seulement**




## Espacement recommandé pour une installation dans un encastrement ou dans un placard, avec ou sans piédestal

Les dimensions indiquées correspondent à l'espacement recommandé.

**Installation dans un encastrement ou placard**




*A. Vue latérale - placard ou endroit exigu*
*B. Porte de placard avec orifices d'entrée d'air*

*Ouvertures minimums en haut et en bas pour la porte du placard.

SANDHOLM00000047

Case: 1:08-wp-65000-CAB Doc #: 320-2 Filed: 06/02/14 40 of 147. PageID #: 16316

## Installation dans un encastrement ou placard - laveuse sur piédestal




*A. Encastrement*
*B. Vue latérale - placard ou endroit exigu*

## Espacement recommandé pour une installation dans un encastrement ou dans un placard, avec laveuse et sécheuse superposées

Les dimensions indiquées correspondent à l'espacement recommandé.




*Espacement requis




*Espacement requis

**En cas d'évacuation par le côté, un espacement de 1" (2,5 cm) est permis.

## Espacement recommandé pour l'installation dans un placard

- Les dimensions indiquées correspondent à l'espacement recommandé.
- Pour installation dans un placard avec porte, on doit prévoir des ouvertures minimums d'entrée d'air au sommet du placard.




# Système de vidange

La laveuse peut être installée en utilisant le système de vidange avec tuyau de rejet à l'égout (au plancher ou mural), le système de vidange de l'évier de buanderie, ou le système de vidange au plancher. Sélectionner la méthode d'installation du tuyau de vidange selon les besoins. Voir "Outillage et pièces".

### Système de vidange avec tuyau de rejet à l'égout - mural ou au plancher (vues A et B)

Le système de rejet à l'égout nécessite un tuyau de diamètre minimum de 2" (5 cm). La capacité minimale d'acheminement ne doit pas être inférieure à 17 gal. (64 L) par minute.

Le sommet du tuyau de rejet à l'égout doit être au moins à 30" (76,2 cm) de hauteur et au maximum à 96" (2,4 m) de la base de la laveuse.






SANDHOLM00000048

**ˈstème de vidange avec évier de buanderie (vue C)**

ɜvier de buanderie doit avoir une capacité minimale de 20 gal. ɜ L). La partie supérieure de l'évier de buanderie doit être à au ɔins 30" (76,2 cm) au-dessus du plancher.

**ˈstème de vidange au plancher (vue D)**

système de vidange au plancher nécessite un brise-siphon qui ɪut être acheté séparément. Voir "Outillage et pièces".

brise-siphon doit être au moins à 28" (71 cm) de la base de la ɪeuse. Des tuyaux supplémentaires peuvent être requis.




C D

## Spécifications électriques

**⚠ AVERTISSEMENT**

**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

Une alimentation de 120 volts, 60 Hz, CA seulement, de 15 ou 20 ampères, protégée par un fusible est requise. On recommande d'utiliser un fusible ou un disjoncteur temporisé. Il est recommandé de raccorder l'appareil sur un circuit distinct exclusif à cet appareil.

Cette laveuse comporte un cordon d'alimentation électrique à 3 broches pour liaison à la terre.

Pour minimiser les risques de choc électrique, on doit brancher le cordon sur une prise de courant de configuration correspondante, à 3 alvéoles, reliée à la terre et installée conformément aux codes et règlements locaux. Si une prise de courant de configuration correspondante n'est pas disponible, le client a la responsabilité et l'obligation de faire installer par un électricien qualifié une prise de courant correctement reliée à la terre.

Si les codes le permettent et si on utilise un conducteur distinct de liaison à la terre, il est recommandé qu'un électricien qualifié vérifie la qualité de la liaison à la terre.

- Ne pas utiliser une tuyauterie de gaz pour le raccordement à la terre.
- En cas de doute quant à la qualité de la liaison à la terre de la laveuse, consulter un électricien qualifié.
- Ne pas installer un fusible dans le conducteur neutre ou le conducteur de liaison à la terre.

### INSTRUCTIONS DE LIAISON À LA TERRE

**Pour une laveuse reliée à la terre et connectée par un cordon :**
Cette laveuse doit être reliée à la terre. En cas d'anomalie de fonctionnement ou de panne, la liaison à la terre réduira le risque de choc électrique en offrant au courant électrique un itinéraire d'évacuation de moindre résistance. Cette laveuse est alimentée par un cordon électrique comportant un conducteur relié à la terre et une fiche de branchement munie d'une broche de liaison à la terre. La fiche doit être branchée sur une prise de courant appropriée qui est bien installée et reliée à la terre conformément à tous les codes et règlements locaux.

**AVERTISSEMENT :** Le raccordement incorrect de cet appareil au conducteur de liaison à la terre peut susciter un risque de choc électrique. En cas de doute quant à la qualité de la liaison à la terre de l'appareil, consulter un électricien ou technicien d'entretien qualifié.

Ne pas modifier la fiche de branchement fournie avec l'appareil – si la fiche ne correspond pas à la configuration de la prise de courant, demander à un électricien qualifié d'installer une prise de courant convenable.

**Pour une laveuse raccordée en permanence :**
Cette laveuse doit être raccordée à un système de câblage permanent en métal relié à la terre ou un conducteur relié à la terre doit être en fonction avec les conducteurs de circuit et raccordés à la borne de liaison à la terre ou la borne sur l'appareil ménager.

# INSTRUCTIONS D'INSTALLATION

## Élimination des accessoires de transport

**⚠ AVERTISSEMENT**

**Risque du poids excessif**

**Utiliser deux ou plus de personnes pour déplacer et installer la laveuse.**

**Le non-respect de cette instruction peut causer une blessure au dos ou d'autre blessure.**

**IMPORTANT :** Positionner la laveuse de sorte que l'arrière de l'appareil soit à environ 3 pi (90 cm) de son emplacement final.

Sur le panneau arrière de la laveuse, 4 boulons supportent le système de suspension durant le transport. Ces boulons retiennent aussi le cordon d'alimentation à l'intérieur de la laveuse jusqu'à ce qu'on les retire.



1. Au moyen d'une clé de 13 mm, desserrer chaque boulon.
2. Une fois le boulon desserré, le déplacer au centre du trou et le retirer complètement, y compris la cale d'espacement en plastique couvrant le boulon.



3. Une fois que les 4 boulons ont été retirés, jeter les boulons et les cales d'espacement. Puis tirer le cordon d'alimentation à travers l'ouverture du panneau arrière et obturer le trou avec le bouchon fourni.
4. Obturer les trous des boulons avec les 4 bouchons pour les trous des boulons de transport.

**REMARQUE :** Si la laveuse doit être transportée à une date ultérieure, appeler le centre de service local. Pour éviter d'endommager la suspension et la structure de la laveuse, celle-ci doit être correctement réinstallée par un technicien certifié.

## Raccordement des tuyaux d'alimentation

1. Insérer les rondelles plates neuves (fournies) dans chaque extrémité des tuyaux d'arrivée d'eau. Insérer fermement les rondelles dans les raccords.




*A. Raccord*
*B. Rondelle*

2. S'assurer que le tambour de la laveuse est vide.
3. Raccorder le tuyau à indicateur rouge à la valve du tuyau d'alimentation d'eau chaude (à gauche). Le fait d'attacher d'abord le tuyau à raccord rouge permet de resserrer plus facilement la connexion avec une pince. Visser complètement le raccord à la main pour qu'il comprime la rondelle.
4. Raccorder le tuyau à indicateur bleu à la valve du tuyau d'alimentation d'eau froide (à droite). Visser complètement le raccord à la main pour qu'il comprime la rondelle.




*H. Tuyau d'eau chaude*
*C. Tuyau d'eau froide*

5. À l'aide d'une pince, vérifier l'étanchéité des raccords de tuyaux déjà reliés à la laveuse.

   **REMARQUE :** Ne pas serrer excessivement. Le raccord risque d'être endommagé.
6. Raccorder le tuyau d'eau chaude au robinet d'eau chaude. Visser complètement le raccord à la main pour qu'il comprime la rondelle.
7. Raccorder le tuyau d'eau froide au robinet d'eau froide. Visser complètement le raccord à la main pour qu'il comprime la rondelle.
8. Terminer le serrage des raccords - deux tiers de tour avec une pince.



**REMARQUE :** Ne pas serrer excessivement. Le raccord risque d'être endommagé.



SANDHOLM00000050

)uvrir les robinets d'eau et vérifier s'il y a des fuites.

**?EMARQUE :** Remplacer les tuyaux d'arrivée d'eau après ; ans d'utilisation pour réduire le risque de défaillance ıtempestive. Prendre note de la date d'installation ou de emplacement des tuyaux d'arrivée d'eau, pour référence ıltérieure.

nspecter périodiquement les tuyaux; les remplacer en cas de enflement, de déformation, de coupure, d'usure ou si une uite se manifeste.

## Acheminement du tuyau de vidange

on acheminement du tuyau de vidange protège vos :hers contre les dommages liés à une fuite d'eau. Lire et e ces instructions.

**ration du tuyau de vidange fixé sur la caisse de la use**

doucement pour dégager le tuyau d'évacuation (matériau ılé) des agrafes d'arrimage.



**harge de l'eau de lavage dans un évier de buanderie ou u de rejet à l'égout**

necter la bride de retenue pour tuyau de vidange sur le tuyau idange ondulé.



A B

*A. Emboîter une extrémité ou l'autre de la bride de retenue pour tuyau de vidange sur le tuyau de vidange, au point de commencement des ondulations.*

*B. Plier le tuyau de vidange pour le mettre au contact de la bride de retenue du tuyau de vidange, et l'emboîter pour la mise en place.*

**Pour empêcher l'eau de vidange de refluer dans la laveuse:**

- Ne pas redresser le tuyau de vidange ni forcer l'excédent de tuyau dans le tuyau de rejet à l'égout. Le tuyau doit être bien immobilisé, tout en permettant le passage d'air.
- Ne pas mettre l'excédent du tuyau de vidange dans le fond de l'évier de buanderie.

### Égout au plancher

Il vous faudra peut-être des pièces supplémentaires. Voir Égout au plancher dans "Outillage et pièces".

## Immobilisation du tuyau de vidange

1. Faire passer le cordon d'alimentation par-dessus la laveuse.
2. Fixer le tuyau de vidange au pied de l'évier de buanderie ou au tuyau rigide de rejet à l'égout avec la courroie perlée fournie. (Voir les illustrations A et B.)



A B C

Si les robinets d'eau et le tuyau rigide de rejet à l'égout sont placés en retrait (voir illustration C), introduire l'extrémité en col de cygne du tuyau de vidange dans le tuyau rigide de rejet à l'égout. Attacher fermement les tuyaux d'arrivée d'eau et le tuyau de vidange ensemble, avec la courroie perlée.

Ne pas forcer l'excédent du tuyau de vidange dans le tuyau rigide de rejet à l'égout.

## Réglage de l'aplomb de la laveuse

Un bon aplomb de la laveuse évite le bruit et les vibrations excessifs.

1. Utiliser un niveau placé sur le bord supérieur de la laveuse pour contrôler l'aplomb, d'abord transversalement, puis dans le sens avant arrière.



   Si la laveuse est placée contre un mur, on doit l'écarter légèrement du mur avant de l'incliner vers l'arrière. Si la laveuse n'est pas d'aplomb, soulever l'avant de la laveuse avec une cale de bois et ajuster la position des pieds selon le besoin; soulever ensuite l'arrière de la laveuse et ajuster la longueur des pieds selon le besoin. Répéter ces opérations jusqu'à l'obtention d'un aplomb correct de la laveuse.

2. S'assurer que les quatre pieds de nivellement sont bien stables et en contact avec le sol. Puis vérifier que la laveuse est parfaitement d'aplomb (à l'aide d'un niveau).
3. Après avoir établi l'aplomb correct de la laveuse, utiliser une clé plate de 17 mm pour serrer l'écrou de chaque pied contre la caisse de la laveuse.

   **IMPORTANT :** Les 4 pieds doivent être bien serrés. Si les écrous ne sont pas bloqués contre la caisse de la laveuse, la laveuse peut vibrer.
4. La laveuse ne doit pas bouger d'avant en arrière, latéralement ou transversalement lorsqu'on appuie sur les bords supérieurs.
5. Faire glisser la laveuse à son emplacement final.
6. Vérifier le bon aplomb de la laveuse.

## Achever l'installation

1. Consulter les spécifications électriques. Vérifier que la tension électrique disponible est correcte et que la prise de courant est convenablement reliée à la terre. Voir "Spécifications électriques".
2. Vérifier que toutes les pièces sont maintenant installées. S'il reste une pièce, passer en revue les différentes étapes pour découvrir laquelle aurait été oubliée.
3. Vérifier la présence de tous les outils.
4. Jeter/recycler tous les matériaux d'emballage.
5. Vérifier que les robinets d'eau sont ouverts.
6. Vérifier s'il y a des fuites autour des robinets et des tuyaux d'arrivée d'eau.

**⚠ AVERTISSEMENT**



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

7. Brancher sur une prise à 3 alvéoles reliée à la terre.
8. Lire "Utilisation de la laveuse".
9. Pour tester et nettoyer la laveuse, mesurer la moitié de la quantité de détergent HE Haute efficacité recommandée par le fabricant pour une charge de taille moyenne. Verser le détergent dans le distributeur de détergent. Sélectionner NORMAL/CASUAL (normal/tout-aller), puis START (mise en marche). Laisser la machine exécuter le programme complet.

*Utiliser uniquement un détergent HE Haute efficacité.*

# CARACTÉRISTIQUES ET AVANTAGES

**Commandes électroniques**
Les commandes électroniques flexibles sont faciles à utiliser, que vous soyez débutant ou expert.

**Distributeurs intelligents**
Les distributeurs intelligents rendent votre laveuse véritablement automatique. Cette laveuse possède un distributeur à trois compartiments séparés pour le détergent de lavage haute efficacité "HE", l'assouplissant de tissu et l'agent de blanchiment liquide. Le distributeur peut se retirer facilement pour le nettoyage. Les produits de lessive sont dilués et distribués automatiquement au moment approprié durant le programme de lavage, ce qui évite à l'utilisateur de retourner à la laveuse durant le programme pour ajouter ces produits et garantit une efficacité optimale d'action de ces produits.

**Nettoyage en profondeur et vapeur**
Cette laveuse possède un dispositif de vapeur intégré qui est combiné à l'option de NETTOYAGE EN PROFONDEUR pour fournir plusieurs températures permettant de retirer toutes sortes de taches sur les vêtements.

**Programme de nettoyage de la laveuse avec vapeur**
Ce programme utilise de la vapeur pour augmenter la température de la laveuse et permettre un auto-nettoyage de la laveuse; l'intérieur de la laveuse est rincé et libéré des saletés et autres résidus. L'utilisation de l'agent de nettoyage pour laveuse AFFRESH™ ou d'eau de Javel avec ce programme permettra de retirer les saletés et d'éviter les odeurs.

**Niveau d'eau automatique**
Cette laveuse ajuste automatiquement le niveau de l'eau pour un nettoyage et un rinçage parfaits. Deux détecteurs déterminent le volume de la charge, la composition de la charge et le niveau de mousse; ils ajustent ensuite le niveau d'eau au réglage approprié. Ceci supprime la nécessité d'évaluer le niveau d'eau nécessaire. Le niveau d'eau correspond exactement au volume de chaque charge de lavage.

**Volume de charge plus important**
L'absence d'agitateur permet de laver des articles plus grands et plus encombrants tels qu'un couvre-lit de très grande taille. Vous pouvez aussi laver davantage de vêtements à la fois, ce qui signifie moins de charges.

**Tambour en acier inoxydable**
Le tambour en acier inoxydable élimine la corrosion et permet les vitesses d'essorage plus élevées pour une meilleure évacuation de l'eau, laquelle aide à réduire la durée de séchage comparé aux laveuses traditionnelles à chargement par le dessus.

**Système de lavage Haute efficacité**
Votre nouvelle laveuse à chargement frontal, haute efficacité, vous fait économiser du temps grâce à des charges plus importantes moins fréquentes. Elle réduit également les factures d'eau et d'énergie en aidant à préserver les ressources.

**Vitesses d'essorage**
Cette laveuse sélectionne automatiquement la vitesse d'essorage en fonction du programme sélectionné. Ce réglage effectué à l'usine peut toutefois être modifié. Cette laveuse offre jusqu'à 4 choix de vitesses d'essorage différentes.

**Chauffe-eau**
Cette laveuse comporte un chauffe-eau qui chauffe automatiquement l'eau à la température optimale pour le programme sélectionné. Ceci permet un nettoyage par étapes : l'eau tiède est d'abord introduite et mélangée avec le détergent, puis réchauffée. Le nettoyage par étapes débute le programme de lavage avec de l'eau tiède pour éliminer les taches (de sang ou d'herbe par exemple).

**Technologie 6th Sense™**
Un système intuitif "qui connaît chaque charge" déterminant le volume de la charge, les niveaux d'eau et la durée de nettoyage nécessaires.

**Add A Garment (ajouter un vêtement)**
Lorsque cette option est disponible au début du programme, le témoin lumineux Add a Garment s'allume pendant les 4-8 premières minutes. Cette laveuse octroie une période de 4-8 minutes pendant laquelle d'autres vêtements peuvent être ajoutés à la charge.

**Système de lavage par injection directe**
Cette laveuse achemine 100 % de l'eau par le biais des distributeurs pour assurer un rinçage et un mélange complet de tous les produits de lessive avant qu'ils n'entrent en contact avec les vêtements. L'eau est ensuite aspergée du haut à l'avant vers le centre de la charge, fournissant une distribution uniforme et une performance de nettoyage optimale. Il est normal que de petites quantités d'eau demeurent dans les distributeurs lorsque le programme de lavage est achevé.

**Système efficace de détergent avec clapet anti-échappement**
Cette laveuse est équipée d'un clapet spécialement conçu pour se fermer durant l'étape de lavage pour que la totalité du mélange d'eau et de détergent soit utilisée pour la charge. Le système de détergent efficace évite tout gaspillage d'eau ou de détergent.

**Système de suspension à 6 points**
Les amortisseurs de chocs, les 2 ressorts et les commandes électroniques sont spécialement conçus pour aider à redistribuer la charge automatiquement et minimiser le mouvement du tambour de lavage pendant le programme d'essorage. Le système de suspension en 6 points réduit la quantité de force transmise au plancher par la laveuse, ce qui réduit le bruit et les vibrations.

# UTILISATION DE LA LAVEUSE




**REMARQUE :** Le tableau de commande de votre modèle peut différer de celui illustré ci-dessus.

## Mise en marche de la laveuse

**⚠ AVERTISSEMENT**



**Risque d'incendie**

**Ne jamais mettre des articles humectés d'essence ou d'autres fluides inflammables dans la laveuse.**

**Aucune laveuse ne peut complètement enlever l'huile.**

**Ne pas faire sécher des articles qui ont été salis par tout genre d'huile (y compris les huiles de cuisson).**

**Le non-respect de ces instructions peut causer un décès, une explosion ou un incendie.**

**AVERTISSEMENT :** Pour réduire le risque d'incendie, de choc électrique ou de blessures corporelles, lire les INSTRUCTIONS IMPORTANTES DE SÉCURITÉ avant de faire fonctionner cet appareil.

Le texte suivant est un guide pour l'utilisation de la laveuse. Veuillez vous référer aux sections spécifiques de ce manuel pour obtenir des renseignements plus détaillés.

Ne pas remiser de produits de lessive sur le dessus de cette laveuse. Il est normal d'observer des vibrations durant le fonctionnement.

## Utilisation du détergent approprié

Utiliser uniquement des détergents Haute efficacité. Pour ce type de détergent, "HE" ou "Haute efficacité" sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues et une performance de rinçage réduite. Ceci peut aussi entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE Haute efficacité.*

### Premier programme de lavage sans linge

Avant de laver les vêtements pour la première fois, choisir le programme Normal/Casual (normal/tout-aller) et l'exécuter sans linge (si cela n'a pas déjà été fait au cours de l'étape d'installation finale). Utiliser uniquement un détergent HE Haute efficacité. Utiliser la moitié de la quantité recommandée par le fabricant pour une charge de taille moyenne. Ce programme préalable sert à garantir que l'intérieur est propre avant de laver des vêtements.

### Pour tous les programmes de lavage

1. Ouvrir la porte de la laveuse en tirant sur la poignée. Trier le linge d'après la couleur et le type de tissu. Placer une charge de linge trié dans la laveuse. Ne pas surcharger la laveuse. Une surcharge peut causer un nettoyage médiocre.
   - La laveuse peut être bien remplie mais le linge ne doit pas être tassé. La porte de la laveuse doit fermer facilement.
   - Mélanger les gros articles avec les petits articles et éviter de laver des articles seuls. Charger la laveuse uniformément.
   - Laver les petits articles tels que les chaussettes d'enfants dans un sac en filet pour le linge. Il est recommandé d'utiliser plus d'un sac de linge, et de remplir chaque sac avec des quantités similaires de linge.
   - Lorsqu'on retire le linge, vérifier sous le joint de couleur grise à l'avant de la cuve qu'il n'y ait pas de petits articles coincés.
2. Fermer la porte de la laveuse en la poussant fermement jusqu'à ce que le verrou s'enclenche. La porte de la laveuse demeurera verrouillée durant le programme de lavage.

   **REMARQUES :**
   - Lorsqu'un programme de lavage est terminé, la porte doit être ouverte puis refermée avant qu'un nouveau programme puisse commencer.
   - La porte ne peut être ouverte que si PAUSE/CANCEL (pause/annulation) est sélectionné lorsque le témoin lumineux Add A Garment (ajouter un vêtement) est allumé, ou si le programme a été annulé.
   - Voir "Pour annuler un programme" dans la section "Changement de programmes, options et modificateurs".
3. Ouvrir le tiroir distributeur et verser les produits de lessive dans les compartiments de détergent, d'agent de blanchiment ou d'assouplissant de tissu. Fermer le tiroir lentement pour éviter les renversements. Voir "Utilisation du distributeur".
4. Mettre la laveuse en marche en sélectionnant POWER (alimentation). Sélectionner un des programmes en tournant le sélecteur de programme. Le témoin lumineux correspondant au programme sélectionné s'allume en vert. Lors de la sélection d'un programme de lavage, les préréglages d'options et de modificateurs (température d'eau, vitesse d'essorage et niveau de saleté) pour le programme sélectionné s'allument en vert. Les options sélectionnables s'allument d'une couleur ambre. Si une option ou un modificateur est indisponible avec un programme sélectionné, le témoin ne s'allume pas. L'afficheur indique la durée résiduelle estimée. Les préréglages procurent les soins aux tissus recommandés pour le programme sélectionné. Voir "Programmes".
5. Sélectionner les options désirées. Toutes les options ne sont pas disponibles avec tous les programmes. Voir "Options".
6. Sélectionner les modificateurs désirés tels que la température de l'eau, la vitesse d'essorage et le niveau de saleté. Tous les modificateurs ne sont pas disponibles avec tous les programmes et toutes les options. Voir "Modificateurs".
7. Si désiré, sélectionner le CYCLE SIGNAL (signal de programme). Le signal est utile lorsque vous lavez des articles qui doivent être enlevés de la laveuse aussitôt qu'elle s'arrête. Sélectionner Loud (fort), Soft (doux) ou Off (désactivé).
8. Si désiré, sélectionner BUTTON SOUND (son des boutons). Si cette caractéristique est activée, la laveuse émet un son à chaque fois qu'on appuie sur un bouton. Sélectionner Loud (fort), Soft (doux) ou Off (désactivé).
9. Sélectionner START pendant 1 seconde environ.
   - Si vous n'appuyez pas sur START (mise en marche) dans les 5 minutes qui suivent le choix d'un programme, la laveuse s'éteint automatiquement.
   - Lorsque le programme de lavage est terminé, le témoin de l'état d'avancement DONE (terminé) s'illumine, la porte se déverrouille et la charge peut être retirée de la laveuse. La laveuse s'éteint automatiquement 60 minutes après la fin du programme et le témoin DONE s'éteint. Pour éteindre manuellement la laveuse après la fin d'un programme de lavage, sélectionner une fois PAUSE/CANCEL (pause/annulation).
10. Pour réutiliser le même programme, appuyer d'abord sur POWER (alimentation) puis sur START (mise en marche).
11. **Pour commencer le programme de lavage ultérieurement**

    Sélectionner DELAY WASH (lavage différé) jusqu'à ce que la durée de délai désirée (en heures) soit indiquée sur l'afficheur de la durée résiduelle estimée. Sélectionner START (mise en marche). La fenêtre d'affichage indique le compte à rebours jusqu'au programme de lavage.

    **IMPORTANT :** En cas de mise en marche différée d'un programme, utiliser seulement des détergents en poudre dans le compartiment de lavage principal car les détergents liquides risquent de suinter hors du compartiment avant le début du programme de lavage.

## Utilisation du distributeur

Votre nouvelle laveuse comporte un tiroir distributeur avec trois compartiments pour les produits de lessive – un pour le détergent haute efficacité, un pour l'agent de blanchiment liquide et un pour l'assouplissant de tissu liquide. Les produits de lessive sont dilués et distribués automatiquement au moment approprié durant le programme de lavage, ce qui évite à l'utilisateur de retourner à la laveuse durant le programme pour ajouter ces produits.

Il est normal que de petites quantités d'eau demeurent dans les distributeurs lorsque le programme de lavage est achevé.

Ne pas placer de produits de lessive directement dans la cuve de lavage. Toujours utiliser les distributeurs appropriés pour ajouter les produits de lessive.

### Choix du détergent approprié

Utiliser uniquement des détergents Haute efficacité. Pour ce type de détergent, "HE" ou "Haute efficacité" sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues et une performance de rinçage réduite. Ceci peut aussi entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE Haute efficacité.*

### Pour remplir les compartiments du distributeur

1. Tirer le tiroir distributeur.
2. Verser le produit de lessive désiré dans le compartiment approprié.



SANDHOLM00000055

3. Enfoncer le tiroir distributeur lentement et complètement (pour éviter les renversements).




**Distributeur**

*A. Levier de dégagement du tiroir distributeur*
*B. Sélecteur du type de détergent*
*C. Compartiment pour détergent Haute efficacité "HE"*
*D. Compartiment pour agent de blanchiment*
*E. Compartiment pour assouplissant de tissu*

## Compartiment pour détergent Haute efficacité (HE

(Lettres B et C sur l'illustration du distributeur)

Verser le détergent HE liquide ou en poudre dans ce compartiment pour le programme de lavage.Le sélecteur de type de détergent (B) doit toujours être placé dans la bonne position pour le type de détergent utilisé. Faire glisser le sélecteur du type de détergent en position correcte.

**IMPORTANT :** En cas d'utilisation de l'option de mise en marche différée, on doit utiliser un détergent en poudre dans le compartiment car les détergents liquides sont susceptibles de couler hors du compartiment, avant même le début du lavage.

- Utiliser la quantité recommandée par le fabricant en fonction de la taille de la charge.
- **Détergent liquide :**




*Sélecteur en position pour le détergent liquide*

*A. Sélecteur du type de détergent*

- Détergent en poudre :




*Sélecteur en position pour le détergent en poudre*

*A. Sélecteur du type de détergent*

## Compartiment d'agent de blanchiment

(Lettre D sur l'illustration du distributeur)

Ne pas verser plus de ⅔ de tasse (160 mL) d'agent de blanchiment liquide dans ce compartiment. L'agent de blanchiment sera automatiquement dilué et distribué au moment approprié au cours du premier rinçage après le programme de lavage. Ce compartiment ne peut diluer un agent de blanchiment en poudre.

- Toujours mesurer la quantité d'agent de blanchiment liquide. Utiliser une tasse à mesurer avec un bec verseur; ne pas utiliser une quantité approximative. Suivre les instructions du fabricant pour une utilisation en toute sécurité.
- Ne pas remplir au-delà du niveau "MAX".

  **REMARQUE :** Un remplissage excessif pourrait causer des dommages aux vêtements.

## Compartiment pour assouplissant de tissu

(Lettre E sur l'illustration du distributeur)

Verser une quantité mesurée d'assouplissant de tissu liquide dans le distributeur d'assouplissant de tissu, si désiré.

- Ne pas remplir excessivement. La capacité du distributeur d'assouplissant de tissu est de ¼ de tasse (60 mL).
- L'assouplissant de tissu est distribué au cours du programme de rinçage. Si un rinçage supplémentaire est sélectionné, l'assouplissant de tissu sera distribué au cours du rinçage supplémentaire.
- Ne pas utiliser de boules distributrices d'assouplissant de tissu dans cette laveuse. Les boules distributrices ne fonctionnent pas correctement avec cette laveuse.
- Ne pas renverser ou faire couler d'assouplissant de tissu sur les vêtements.
- À la fin du programme, il est possible qu'une petite quantité d'eau reste dans le distributeur. Ceci est normal.

**REMARQUE :** Utiliser seulement un assouplissant de tissu liquide dans ce distributeur.

## Pause ou remise en marche

Pour mettre la laveuse en pause à tout moment, appuyer sur PAUSE/CANCEL (pause/annulation).

Pour poursuivre le programme, appuyer sur START (mise en marche) (pendant environ 1 seconde).

## Changement des programmes, options et modificateurs

tes les options et tous les modificateurs ne sont pas ɔonibles avec tous les programmes. Les modificateurs ɔonibles s'allument d'une couleur ambre. Si une option ou un dificateur est indisponible avec un programme sélectionné, le ıoin ne s'allume pas. Les programmes, options et dificateurs peuvent être changés à tout moment tant que ıRT (mise en marche) n'a pas été sélectionné.

### 'our annuler un programme et en sélectionner un autre

Appuyer deux fois sur PAUSE/CANCEL (pause/annulation).

Appuyer sur POWER (alimentation).

Sélectionner le programme désiré.

Sélectionner les options et modificateurs désirés tels que la température de l'eau, la vitesse d'essorage et le niveau de saleté.

Appuyer sur START (mise en marche) (pendant environ 1 seconde) pour remettre la laveuse en marche au début du nouveau programme.

### 'our annuler un programme

Appuyer deux fois sur PAUSE/CANCEL (pause/annulation).

La laveuse s'éteint, la porte se déverrouille et les vêtements peuvent être retirés.

**ΛARQUE :** Si le niveau d'eau ou la température est trop ·é(e), la laveuse effectuera automatiquement une vidange nt le déverrouillage de la porte.

### our changer les options ou les modificateurs lorsque le rogramme a commencé

Appuyer une fois sur PAUSE/CANCEL (pause/annulation).

Sélectionner les options et modificateurs désirés tels que la température de l'eau, la vitesse d'essorage et le niveau de saleté. Les sélections disponibles s'allument d'une couleur ambre.

Appuyer sur START (mise en marche) (pendant environ 1 seconde) pour poursuivre le programme.

### our vidanger la laveuse manuellement

Appuyer deux fois sur PAUSE/CANCEL (pause/annulation).

Appuyer sur POWER (alimentation).

Sélectionner DRAIN/SPIN (vidange/essorage).

Appuyer sur START (mise en marche) (pendant environ 1 seconde) pour commencer le programme.

Lorsque l'essorage est terminé, la porte se déverrouille. Les articles peuvent être retirés de la laveuse.

## Témoins lumineux

Ces témoins lumineux indiquent quelle partie du programme la laveuse est en train d'effectuer. Ils indiquent également à quel moment vous pouvez ajouter un article supplémentaire dans la laveuse et à quel moment les commandes sont verrouillées.




### Add a garment (Ajouter un vêtement)

Cette laveuse octroie une période de 4-8 minutes pendant laquelle d'autres vêtements peuvent être ajoutés à la charge. Vous pouvez ajouter des articles dans la laveuse tant que le témoin lumineux Add a garment est allumé.

**Pour ajouter des articles lorsque le témoin Add a garment est allumé**

1. Vous devez annuler le programme en cours. Sélectionner une fois PAUSE/CANCEL (pause/annulation). La porte de la laveuse se déverrouille au bout de quelques secondes et les articles peuvent être ajoutés.
2. Pour poursuivre le programme, fermer la porte et sélectionner START(mise en marche) (pendant environ 1 seconde).

**Pour ajouter des articles lorsque le témoin Add a garment n'est pas allumé**

1. Sélectionner deux fois PAUSE/CANCEL (pause/annulation). Ceci annule le programme de lavage et les options. La porte de la laveuse se déverrouille et les articles peuvent être ajoutés.
2. Fermer la porte, appuyer sur POWER (alimentation) et sélectionner le nouveau programme et les nouvelles options. Sélectionner START(mise en marche) (pendant 1 seconde environ).

### Done (linge prêt)

Le témoin Done reste allumé pendant 60 minutes après la fin du programme puis la laveuse s'éteint.

### Assainissement

Cette laveuse comporte une température d'eau Sanitize (assainissement), homologuée par NSF International, une organisation tierce indépendante d'homologation et d'évalution . L'homologation vérifie que le programme d'assainissement réduit de 99,9 % les bactéries généralement présentes dans les vêtements, la literie et les serviettes, et qu'il n'y a pas de transfert de bactéries entre les charges une fois que le programme est achevé.

NSF

*Homologué pour assainir*

Si la température de lavage "Sanitize" (assainissement) est sélectionnée, une fois que le programme de lavage est terminé, le témoin lumineux DONE (linge prêt) s'allume en vert, la porte se déverrouille et la charge peut être retirée de la laveuse. La laveuse s'éteint automatiquement 60 minutes après la fin du programme et le témoin DONE s'éteint.

## Controls Lock/Unlock (verrouillage/déverrouillage des commandes)

La fonction Controls Lock (verrouillage des commandes) évite l'utilisation involontaire de la laveuse. Vous pouvez aussi utiliser la caractéristique de verrouillage des commandes pour éviter des changements involontaires de programme ou d'option durant un programme. Lorsque Controls Lock est allumé, tous les boutons sont désactivés à l'exception de Pause/Cancel (pause/annulation) et Start (mise en marche). Vous pouvez verrouiller les commandes alors que la laveuse est en marche.

**Pour verrouiller les commandes**

Appuyer sur CONTROLS LOCK/UNLOCK (verrouillage des commandes) pendant 3 secondes après le début du programme ou quand la laveuse s'est éteinte.




Le témoin lumineux à côté du bouton CONTROLS LOCK/UNLOCK s'allume.

**Pour déverrouiller les commandes**

Appuyer sur CONTROLS LOCK/UNLOCK (verrouillage des commandes) pendant 3 secondes jusqu'à ce que le témoin lumineux s'éteigne.

**REMARQUE :** Pour verrouiller ou déverrouiller les commandes lorsque la laveuse est éteinte, appuyer sur CONTROLS LOCK/UNLOCK (verrouillage/déverrouillage des commandes) pendant 3 secondes.

## Door Locked (porte verrouillée)

Lorsque le témoin lumineux s'allume, la porte est verrouillée.

## Sensing/Revising Estimated Time (témoin de détection/mise à jour de la durée estimée)

La durée du programme varie automatiquement en fonction de la pression et de la température de l'eau, du détergent et de la charge de linge.

La laveuse détecte automatiquement la progression du programme et ajuste l'affichage de la durée restante estimée. Pendant la détection, la durée estimée clignote et le témoin lumineux de détection s'allume. Quand la détection est terminée, le clignotement s'arrête, le témoin lumineux s'éteint et l'affichage de la durée restante estimée est mis à jour.

La durée du programme sera prolongée en cas d'excès de mousse ou si la charge est déséquilibrée. La procédure contre la mousse élimine l'excès de mousse et permet un rinçage correct de vos vêtements. Voir "Dépannage". L'affichage du temps se mettra en pause pendant la procédure de déséquilibrage jusqu'à ce que cette procédure soit terminée, puis reprendra en même temps que le programme.

## Nettoyage de la laveuse - rappel

Le témoin Clean Washer Reminder s'allume pour rappeler qu'il faut utiliser le programme Clean Washer régulièrement. Le témoin de rappel s'allume après 30 programmes de lavage effectués. Le témoin de rappel peut être réinitialisé, soit en effectuant un programme Clean Washer, soit en appuyant sur le bouton CLEAN WASHER RESET (réinitialisation - nettoyage de la laveuse).

# Programmes

Pour sélectionner un programme, tourner le bouton de commande au programme désiré. Chaque programme est conçu pour différents types de tissu et niveaux de saleté. Les témoins lumineux des modificateurs, situés sur le côté droit du tableau, changent en fonction des programmes sélectionnés.




- Chaque programme comporte un niveau de saleté (durée estimée du programme), une température de l'eau et une vitesse d'essorage préréglés et peut comporter des options préréglées. Les préréglages procurent les soins aux tissus recommandés pour le programme sélectionné.
- Les préréglages de programme s'allument en vert pour indiquer les options et modificateurs présélectionnés; ils peuvent être modifiés à tout moment tant que START (mise en marche) n'a pas été sélectionné. Toutes les options et tous les modificateurs ne sont pas disponibles avec tous les programmes. Les sélections disponibles s'allument d'une couleur ambre. (Pour modifier les réglages après le début du programme, appuyer une fois sur PAUSE/CANCEL (pause/annulation), puis sélectionner les réglages désirés. Appuyer sur START pour continuer le programme.
- Les détergents en poudre peuvent ne pas se dissoudre correctement durant un programme à basse vitesse. Pour des résultats optimaux, utiliser un détergent liquide pour les programmes à basse vitesse.

## Préréglages de programme

Chaque programme comporte un niveau de saleté (durée du programme), une température de l'eau et une vitesse d'essorage préréglés. Les préréglages procurent les soins aux tissus recommandés pour le programme sélectionné. Voir le tableau.

| Programme | Niveau de saleté (durée de programme) | Temp. de l'eau | Vitesse d'essorage |
|---|---|---|---|
| **Whitest Whites (blancs les plus blancs)** | Normal (1:20) | Hot/Cold (chaude/froide) | High (élevée) |
| **Heavy Duty (service intense)** | Normal (1:10) | Hot/Cold (chaude/froide) | High (élevée) |
| **Bulky Items (articles volumineux)** | Normal (0:55) | Warm/Cold (tiède/froide) | Low (basse) |
| **Normal/ Casual (normal/tout-aller)** | Normal (0:50) | Warm/Cold (tiède/froide) | High (élevée) |
| **Delicate (articles délicats)** | Normal (0:40) | Warm/Cold (tiède/froide) | Medium (moyenne) |
| **Hand Washables (articles lavables à la main)** | Normal (0:30) | Cold/Cold (froide/froide) | Low (basse) |
| **Clean Washer (nettoyage de la laveuse)** | | N/A | High (élevée) |
| **Soak (trempage)** | Normal (0:30) | Warm/Cold (tiède/froide) | Pas d'essorage |
| **Rinse/Spin (rinçage/ essorage)** | N/A (0:22) | Cold/Cold (froide/froide) | High (élevée) |
| **Drain/Spin (vidange/ essorage)** | N/A (0:13) | N/A | High (élevée) |

### Modification des préréglages de programme

Appuyer sur le sélecteur de chaque réglage disponible jusqu'à ce que le réglage désiré s'allume en vert.

### Whitest Whites (blancs les plus blancs)

Ce programme est spécialement conçu pour le nettoyage de charges de linge blanc sale avec ajout d'agent de blanchiment. Les températures de lavage élevées assurent un fonctionnement optimal de l'agent de blanchiment. Un rinçage supplémentaire fournit une performance de rinçage optimale pour éviter les résidus de chlore sur votre lessive. Ce programme combine un culbutage à vitesse rapide, une durée de lavage prolongée et un essorage à vitesse élevée pour réduire la durée de séchage.

### Heavy Duty (service intense)

Utiliser ce programme pour laver des charges de vêtements robustes, aux couleurs grand teint et très sales. Ce programme combine un culbutage à vitesse rapide, une durée de lavage prolongée et un essorage à vitesse élevée pour réduire la durée de séchage. Si la température de l'eau est inférieure à celle nécessaire pour ce programme, le chauffe-eau réchauffera l'eau à la température idéale.

### Bulky Items (articles volumineux)

Utiliser ce programme pour laver de gros articles tels que couvertures et édredons. Ce programme commence par un trempage pour bien imbiber la charge. Ceci est suivi d'une action de lavage moyenne et d'un essorage à basse vitesse uniquement pour maintenir l'équilibre de la charge.

### Normal/Casual (normal/tout-aller)

Utiliser ce programme pour laver des charges de tissus qui ne se repassent pas tels que chemises de sport, chemisiers, vêtements de travail tout-aller, mélanges à pressage permanent, coton et linge de maison et tissus synthétiques. Ce programme combine un culbutage à vitesse moyenne, un essorage à vitesse élevée et un processus de refroidissement de la charge pour réduire le froissement.

**REMARQUE :** Pour un meilleur rendement énergétique, utiliser le programme Normal/Casual (normal/tout-aller).

### Delicate (articles délicats)

Utiliser ce programme pour nettoyer les articles lavables à la main et les vêtements nécessitant un soin spécial. Semblable à la façon dont les vêtements sont lavés à la main dans un évier, l'action de lavage de ce programme combine des périodes de culbutage à basse vitesse et de trempage. Le mouvement CRADLE CLEAN™ permet de prendre soin des articles délicats et des articles lavables à la main tout en assurant un nettoyage efficace. L'essorage à moyenne vitesse réduit le froissement.

- Utiliser des sacs en filet pour laver les sous-vêtements tels que les soutiens-gorge à armature, les articles avec ficelles et les articles de petite taille tels que les chaussettes d'enfants.

### Hand Washables (articles lavables à la main)

Utiliser ce programme pour nettoyer les articles lavables à la main et les vêtements nécessitant un soin spécial. Semblable à la façon dont les vêtements sont lavés à la main dans un évier, l'action de lavage de ce programme combine des périodes de culbutage à basse vitesse et de trempage. Le mouvement CRADLE CLEAN™ permet de prendre soin des articles délicats et des articles lavables à la main tout en assurant un nettoyage efficace. L'essorage à basse vitesse réduit le froissement.

- Utiliser des sacs en filet pour le linge au besoin.



SANDHOLM00000059

### Clean Washer (nettoyage de la laveuse)

Utiliser le programme Clean Washer une fois par mois pour conserver l'intérieur de la laveuse frais et propre. Ce programme utilise un niveau d'eau plus élevé. Utiliser une pastille de nettoyant pour laveuse AFFRESH™ ou de l'agent de blanchiment pour nettoyer à fond l'intérieur de la machine à laver. Ce programme ne doit pas être interrompu. Voir "Nettoyage de la laveuse" dans la section "Entretien de la laveuse".

**IMPORTANT :** Ne pas placer de vêtements ou autres articles dans la laveuse pendant le programme Clean Washer. Utiliser ce programme avec un tambour de lavage vide.

### Soak (trempage)

Utiliser le programme de trempage pour enlever les petits points des taches tenaces sur les tissus. Ce programme comporte une période de trempage dans l'eau tiède ou froide, suivie d'une vidange. La quantité supplémentaire d'eau, la courte phase de culbutage pour une distribution uniforme de la lessive, et la période de trempage sans mouvement du tambour permettent une élimination plus efficace des taches incrustées. La vidange sans essorage prend soin des articles, même les plus délicats.

### Rinse/Spin (rinçage/essorage)

Utiliser ce programme pour obtenir un rinçage et un essorage seulement. Ce programme combine un culbutage à vitesse élevée et un essorage à vitesse élevée. On peut réduire la vitesse d'essorage en sélectionnant la vitesse souhaitée à partir du modificateur SPIN SPEED (vitesse d'essorage).

**Le programme Rinse/Spin est utile pour**

- Les charges qui nécessitent un rinçage uniquement.
- L'addition d'assouplissant de tissu à une charge.

### Drain/Spin (vidange/essorage)

Utiliser ce programme pour vidanger la laveuse ou pour vidanger et essorer la charge de lavage. La vitesse d'essorage est préréglée à High (élevée). On peut réduire la vitesse d'essorage en sélectionnant la vitesse souhaitée à partir du modificateur SPIN SPEED (vitesse d'essorage).

**REMARQUE :** Les charges de vêtements synthétiques, tissus délicats, articles lavables à la main et lainages doivent être vidangés sans essorage ou avec essorage à basse vitesse pour ne pas déformer les tissus.

## Sons normaux émis par la laveuse

Comme pour tout appareil neuf, vous entendrez des sons auxquels vous n'êtes pas habitué. Vous pouvez entendre différents sons lors du verrouillage/déverrouillage de la porte et durant les processus de lavage, rinçage et essorage. Entre les changements dans les actions de lavage, la laveuse fera des pauses momentanées. Vous entendrez l'éclaboussement de l'eau pendant les programmes de lavage et de rinçage. Ces nouveaux sons et pauses font partie du fonctionnement normal de la laveuse.

## Options

Vous pouvez personnaliser votre lavage en ajoutant des options à vos sélections de programme. Vous pouvez ajouter ou modifier une option après le début d'un programme à tout moment avant la mise en marche de l'option sélectionnée. Toutes les options ne sont pas disponibles avec tous les programmes. Les options disponibles s'allument d'une couleur ambre. Les sélections en cours s'allument en vert. Si une option est indisponible avec un programme sélectionné, le témoin ne s'allume pas.




- Consulter le "Guide de lessivage" pour un aperçu des options possibles pour chaque sélection de programme de lavage.
- Vous pouvez choisir plusieurs options par programme. Certaines options ne peuvent être sélectionnées avec certains programmes. Par exemple, l'option de Deep Clean (nettoyage en profondeur) est incompatible avec le programme de Quick Wash (lavage rapide).
- Si une option n'est pas disponible avec un programme sélectionné, 3 brefs signaux sonores sont émis et le témoin lumineux de cette option ne s'allume pas au moment de la sélection.

### Delay Wash (lavage différé)

Pour différer la mise en marche d'un programme, sélectionner DELAY WASH (lavage différé) jusqu'à ce que la durée différée désirée (en heures) soit indiquée sur l'afficheur de la durée résiduelle estimée, puis sélectionner START (mise en marche). Le compte à rebours jusqu'au programme de lavage s'affiche sur la fenêtre, et l'indicateur du bouton clignote jusqu'à ce que le programme commence.

**IMPORTANT :** En cas de mise en marche différée d'un programme, utiliser seulement des détergents en poudre dans le compartiment pour détergent Haute efficacité (HE), car les détergents liquides risquent de suinter hors du compartiment avant le début du programme de lavage.

### Clean Washer Reminder (Nettoyage de la laveuse - rappel)

Le témoin Clean Washer Reminder s'allume pour rappeler qu'il faut utiliser le programme Clean Washer régulièrement. Le témoin de rappel s'allume après 30 programmes de lavage effectués. Le témoin de rappel peut être réinitialisé, soit en effectuant un programme Clean Washer, soit en appuyant sur le bouton CLEAN WASHER RESET.

### Deep Clean with Steam (Nettoyage en profondeur avec vapeur)

Utiliser cette option pour les charges de vêtements très sales qui nécessitent un traitement renforcé contre les taches, les charges comportant différents types de taches ou les charges que vous soupçonnez d'être tachées mais qui n'ont peut-être pas été détectées (pas de triage ou de recherche de taches). Lorsque l'option de nettoyage en profondeur avec vapeur est sélectionnée, la température de l'eau du programme de lavage sélectionné est automatiquement réglée à tiède. L'eau est alors lentement chauffée à la température sélectionnée, de même que la vapeur, pour faciliter l'enlèvement des taches. Cette option permettra l'élimination optimale des souillures organiques, telles que le sang ou l'herbe.

### Extra Rinse (rinçage supplémentaire)

Un rinçage supplémentaire peut être effectué pour favoriser l'élimination des résidus de détergent ou d'agent de blanchiment sur les vêtements. Cette option fournit un rinçage supplémentaire avec une eau à la même température que pour le premier rinçage.

### Cycle signal (signal de programme)

Ce signal est utile lorsqu'on retire les articles de la laveuse aussitôt qu'elle s'arrête. Appuyer sur CYCLE SIGNAL pour sélectionner Loud (fort), Soft (faible) ou Off (désactivé).

### Button Sound (son des boutons)

Les sons des boutons sont utilisés pour vous indiquer ce qui a été sélectionné ou vous faire savoir que quelque chose n'est pas disponible. Appuyer sur BUTTON SOUND (son des boutons) pour sélectionner Loud (fort), Soft (faible) ou Off (désactivé).

## Modificateurs

Les préréglages de programme pour la température de l'eau, la vitesse d'essorage et le niveau de saleté peuvent être modifiés. Vous pouvez modifier un modificateur après le début d'un programme à tout moment avant la mise en marche du modificateur sélectionné. Tous les modificateurs ne sont pas disponibles avec tous les programmes et toutes les options. Les options disponibles s'allument d'une couleur ambre. Les sélections en cours s'allument en vert. Si un modificateur est indisponible avec un programme sélectionné, le témoin ne s'allume pas.

**REMARQUE :** Le tableau de commande de votre modèle peut différer de celui illustré ci-dessous.




- Pour modifier la température de l'eau, sélectionner le bouton WATER TEMP (température de l'eau) jusqu'à ce que le réglage désiré s'allume en vert.
- Pour modifier la vitesse d'essorage, sélectionner le bouton SPIN SPEED (vitesse d'essorage) jusqu'à ce que le réglage désiré s'allume en vert.
- Pour modifier la durée du programme, sélectionner le bouton SOIL LEVEL (niveau de saleté) jusqu'à ce que le réglage désiré s'allume en vert.

### Temp. de l'eau

Sélectionner une température de l'eau selon le type de charge à laver. Utiliser l'eau de lavage la plus chaude sans danger pour les tissus. Suivre les instructions figurant sur l'étiquette des vêtements.

Les rinçages à l'eau tiède permettent un meilleur séchage que les rinçages à froid. Les rinçages à l'eau tiède augmentent le froissement. Dans les climats froids, un rinçage à l'eau tiède facilite la manipulation de la charge. Les rinçages à froid économisent de l'énergie.

- Cette laveuse comporte une température d'eau Sanitize (assainissement), homologuée par NSF International, une organisation tierce indépendante d'homologation et d'évaluation. L'homologation vérifie que le programme d'assainissement réduit de 99,9 % les bactéries généralement présentes dans les vêtements, la literie et les serviettes, et qu'il n'y a pas de transfert de bactéries entre les charges une fois que le programme est achevé.

NSF

*Homologué pour assainir*

- La température Sanitize (assainissement ) fournit une température très élevée pour éliminer 99,9 % de certaines bactéries. Il est recommandé de régler le chauffe-eau à 120°F (49°C) pour assurer un rendement efficace pendant ce programme.
- La température d'eau Sanitize utilise des températures d'eau élevées. Veuillez vérifier l'étiquette de soin des vêtements pour éviter tout endommagement.
- Dans les températures d'eau de lavage inférieures à 60°F (15,6°C), les détergents ne se dissolvent pas correctement. Les saletés peuvent être difficiles à enlever.

**Technologie 6TH SENSE™**

La technologie 6TH SENSE™ détecte et maintient électroniquement l'eau à une température constante. La technologie 6TH SENSE™ régule l'arrivée d'eau chaude et d'eau froide. La technologie 6TH SENSE™ est automatiquement activée lorsqu'un programme est sélectionné. Voir "Préréglages de programme" dans "Programmes". La technologie 6TH SENSE™ garantit un nettoyage uniforme.

- La technologie 6TH SENSE™ fonctionne avec tous les réglages de température de l'eau de lavage.
- La technologie 6TH SENSE™ fonctionne pour la température de rinçage lorsque la température de lavage est marquée d'un astérisque, tel que Warm* (tiède). Toutes les autres températures de rinçage sont froides.

6th sense

# Guide de lessivage

Consulter ce tableau pour les types de charges suggérés et le programme correspondant. Pour chacun des programmes de la laveuse, les options disponibles sont indiquées à droite.

| PROGRAMME | TYPE DE CHARGE SUGGÉRÉ | OPTIONS DISPONIBLES | | |
|---|---|---|---|---|
| | | Delay Wash (lavage différé) | Deep Clean (nettoyage en profondeur) | Extra Rinse (rinçage supplémentaire) |
| **Whitest Whites (blancs les plus blancs)** | Tissus blancs sales | ✔ | ✔ | ✔ |
| **Heavy Duty (service intense)** | Vêtements robustes, aux couleurs grand teint et très sales | ✔ | ✔ | ✔ |
| **Bulky Items (articles volumineux)** | Couvertures et édredons normalement sales | ✔ | ✔ | ✔ |
| **Normal/Casual (normal/tout-aller)** | Articles normalement sales tels que chemisiers, chemises, salopettes, etc. en polyester, nylon, coton, lin ou mélanges de coton | ✔ | ✔ | ✔ |
| **Delicate (articles délicats)** | Articles nécessitant un soin particulier étiquetés "Lavable à la main" | ✔ | | ✔ |
| **Hand Washables (articles lavables à la main)** | Articles nécessitant un soin particulier étiquetés "Lavable à la main" | ✔ | | ✔ |
| **Clean Washer (nettoyage de la laveuse)** | Pas de vêtements, utiliser des pastilles de nettoyant pour laveuse AFFRESH™ | | | |
| **Soak (trempage)** | Vêtements en coton, lin, polyester ou nylon | ✔ | | |
| **Rinse/Spin (rinçage/essorage)** | Vêtements en coton, lin, polyester ou nylon | ✔ | | ✔ |
| **Drain/Spin (vidange/essorage)** | Vêtements en coton, lin, polyester ou nylon | ✔ | | |

# CONSEILS DE LESSIVAGE

### Préparation des vêtements pour le lavage

Suivre les recommandations suivantes pour prolonger la vie de vos vêtements.

- Utiliser uniquement des détergents Haute efficacité. Pour ce type de détergent, "HE" ou "Haute efficacité" sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non-HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues et une performance de rinçage réduite. Ceci peut aussi entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE Haute efficacité.*

- Fermer les fermetures à glissière, les boutons pression et les crochets pour éviter d'accrocher d'autres articles. Retirer les épingles, boucles et autres objets durs pour éviter d'égratigner l'intérieur de la laveuse. Ôter les garnitures et les ornements non lavables.
- Vider les poches et les retourner.
- Retourner les revers et enlever la charpie et la poussière avec une brosse.
- Retourner les lainages et tricots synthétiques pour éviter le boulochage.
- Attacher les cordons et les ceintures pour empêcher l'emmêlement.
- Raccommoder les déchirures, les ourlets défaits et les coutures.
- Traiter les taches.
- Les vêtements tachés ou mouillés doivent être lavés sans délai pour obtenir les meilleurs résultats.
- Mélanger les petits articles avec les gros, éviter de laver un article seul et répartir la charge de façon égale dans la laveuse.
- Laver les petits articles tels que les chaussettes d'enfants dans un sac en filet pour le linge. Pour obtenir une charge équilibrée, on recommande d'utiliser plus d'un sac et de remplir chaque sac avec des quantités similaires.

  **REMARQUE :** Si vous lavez uniquement des petits articles, il est recommandé d'utiliser plus d'un sac et de remplir chaque sac avec des quantités similaires.

### Tri

- Séparer les articles très sales des articles légèrement sales, même si on les lave normalement ensemble. Séparer les articles qui forment de la charpie (serviettes, chenille) des articles qui retiennent la charpie (velours côtelé, synthétiques, pressage permanent). Dans la mesure du possible, retourner les articles qui forment de la charpie.
- Séparer les couleurs foncées des couleurs claires et les articles grand teint des articles qui déteignent.
- Trier en fonction des tissus et de la confection (cotons solides, tricots, articles délicats).

### Déchargement

- Retirer les vêtements de la laveuse une fois que le programme est terminé. Des objets en métal comme les fermetures à glissière, les boutons-pression et les boucles peuvent rouiller si on les laisse longtemps dans le panier de la laveuse.
- Lorsqu'on retire le linge, vérifier de temps en temps sous le joint de couleur grise à l'avant de la cuve qu'il n'y ait pas de petits articles coincés.

## Chargement

### Suggestions de chargement

| | |
|---|---|
| **Vêtements de travail lourds** | |
| 4 jeans<br>4 pantalons<br>4 chemises | 2 survêtements (bas)<br>2 survêtements (haut) |
| **Serviettes** | |
| 10 serviettes de bain<br>10 serviettes à main | 14 débarbouillettes |
| **Charge mixte** | |
| 3 draps (1 très grand, 2 simples)<br>4 taies d'oreiller<br>3 chemises<br>3 chemisiers | 9 tee-shirts<br>9 shorts<br>10 mouchoirs |

# ENTRETIEN DE LA LAVEUSE

## Nettoyage de la laveuse

La procédure d'entretien de la laveuse doit être effectuée chaque mois.

### Nettoyage du joint de la porte

1. Ouvrir la porte de la laveuse et retirer tout vêtement ou article de la laveuse.
2. Examiner le joint de couleur grise entre l'ouverture de la porte et le panier pour déceler des zones tachées. Tirer sur le joint pour examiner des zones situées en dessous. Ôter tout objet étranger.




A. Joint

3. Si des zones tachées sont décelées, essuyer ces zones en respectant la procédure indiquée ci-dessous.
   a) Mélanger une solution diluée en utilisant ¾ de tasse (177 mL) d'agent de blanchiment liquide et 1 gal. (3,8 L) d'eau tiède du robinet.
   b) Essuyer la zone du joint avec la solution diluée, en utilisant un chiffon humide.
   c) Laisser agir pendant 5 minutes.
   d) Essuyer la zone complètement avec un chiffon sec et laisser l'intérieur de la laveuse sécher avec la porte ouverte.

**IMPORTANT :**

- Porter des gants en caoutchouc en cas de nettoyage pendant une période prolongée.
- Consulter les instructions du fabricant de l'agent de blanchiment pour une utilisation correcte.

### Procédure d'entretien de la laveuse

Cette laveuse comporte un programme spécial qui utilise des volumes d'eau plus importants et de la vapeur, en combinaison avec le nettoyant pour laveuse AFFRESH™ ou un agent de blanchiment liquide pour nettoyer à fond l'intérieur de la laveuse.

**REMARQUES :**

- Lire ces instructions complètement avant de débuter la procédure de nettoyage.
- Si nécessaire, le programme de nettoyage peut être interrompu en appuyant sur le bouton Pause/Cancel (pause/annulation). Cependant, ceci n'arrêtera pas immédiatement le programme. La machine affichera "int" (interruption) et poursuivra avec plusieurs rinçages et vidanges afin d'évacuer toute trace d'agent de blanchiment de la laveuse.

**Début de la procédure**

1. Ouvrir la porte de la laveuse et retirer tout vêtement ou article de la laveuse.
2. **Utilisation du nettoyant pour laveuse AFFRESH™ (recommandée) :**

   Ajouter une pastille du nettoyant pour laveuse AFFRESH™ dans le tambour de la laveuse.

   **En cas d'utilisation d'un agent de blanchiment :**

   Ouvrir le tiroir distributeur et ajouter immédiatement ⅔ de tasse (160 mL) d'agent de blanchiment liquide au compartiment d'agent de blanchiment.

   **REMARQUE :** Ne pas verser de détergent pour ce programme. L'utilisation de plus de ⅔ de tasse (160 mL) d'agent de blanchiment occasionnera, avec le temps, des dommages au produit.
3. Fermer la porte de la laveuse et le tiroir distributeur.
4. Sélectionner le programme CLEAN WASHER (nettoyage de la laveuse).
5. Appuyer sur START (mise en marche).

   **REMARQUE :** Le panier pivotera, la porte se déverrouillera, se verrouillera à nouveau et enfin le programme se poursuivra.

   - La machine se remplira d'eau et le panier pivotera alors que la laveuse effectuera un court programme de détection. Ceci prendra environ 3 minutes.
6. Le programme déterminera si des vêtements ou d'autres articles se trouvent dans la laveuse.
   a) Si aucun article n'est détecté dans la laveuse, il passera à l'étape 7.
   b) Si des articles sont détectés dans la laveuse, "rL" s'affichera et les témoins WASH (lavage) et CONTROLS LOCKED (commandes verrouillées) resteront allumés. La porte se déverrouillera. Ouvrir la laveuse et retirer tout vêtement du tambour de la laveuse.
      - Appuyer sur PAUSE/CANCEL (pause/annulation) pour annuler le code d'échec. Puis répéter les étapes 3, 4 et 5 pour remettre le programme en marche.
7. Une fois que le programme a commencé, laisser le programme s'achever.
8. À la fin du programme, laisser la porte légèrement ouverte, pour permettre une meilleure ventilation et le séchage de l'intérieur de la laveuse.

**Toujours suivre la procédure qui suit pour préserver la fraîcheur de la laveuse**

- Utiliser uniquement un détergent HE Haute efficacité.
- Laisser la porte légèrement ouverte après chaque programme pour permettre une meilleure ventilation et le séchage de l'intérieur de la laveuse.
- Répéter la procédure d'entretien chaque mois ou lorsque le témoin CLEAN WASHER REMINDER (nettoyage de la laveuse-rappel) s'allume.
- Si vous n'êtes pas prêt à effectuer le programme de nettoyage de la laveuse, mais que le témoin Clean Washer Reminder est allumé, appuyer sur le bouton Clean Washer Reset.
- Si la procédure ne permet pas de remédier suffisamment aux problèmes de fraîcheur de la machine, examiner les conditions d'installation et d'utilisation pour déceler d'autres causes.

### Nettoyage de l'extérieur

Utiliser une éponge ou un chiffon doux humide pour essuyer les renversements. Essuyer occasionnellement les surfaces externes de la laveuse pour maintenir son apparence d'appareil neuf. Utiliser un savon doux et de l'eau. Ne pas utiliser des produits abrasifs.

### Nettoyage du tiroir distributeur

Le tiroir distributeur est amovible pour en faciliter le nettoyage.

1. Déverrouiller le tiroir distributeur en appuyant sur le levier. Voir "Utilisation du distributeur". Retirer le tiroir.
2. Ôter les inserts (le siphon des compartiments de l'assouplissant de tissu et de l'agent de blanchiment et le sélecteur de détergent).
3. Laver les pièces sous l'eau du robinet.
4. Réinstaller les inserts et remettre le distributeur dans le tiroir.

## Tuyaux d'arrivée d'eau

Remplacer les tuyaux d'arrivée d'eau après 5 ans d'utilisation pour réduire le risque de défaillance intempestive. Inspecter périodiquement les tuyaux; les remplacer en cas de renflement, de déformation, de coupure et d'usure ou si une fuite se manifeste.

Lors du remplacement des tuyaux d'arrivée d'eau, inscrire la date du remplacement.

## Précautions à prendre avant les vacances, un entreposage ou un déménagement

Installer et remiser la laveuse à l'abri du gel. L'eau qui peut rester dans les tuyaux risque d'abîmer la laveuse en temps de gel. Si la laveuse doit faire l'objet d'un déménagement ou d'un remisage au cours d'une période de gel, préparer l'appareil pour l'hiver.

### Entretien en cas de non-utilisation ou de période de vacances :

Faire fonctionner la laveuse seulement lorsqu'on est présent. Si vous devez partir en vacances ou si vous comptez ne pas utiliser la laveuse pendant une période prolongée, vous devriez exécuter les opérations suivantes :

- Débrancher la laveuse ou déconnecter la source de courant électrique.
- Fermer l'alimentation d'eau de la laveuse. Ceci aide à éviter les inondations accidentelles (dues à une augmentation de la pression) quand vous êtes absent.
- Ouvrir légèrement la porte pour fournir une ventilation.

### Préparation de la laveuse pour l'hiver :

1. Verser 1 pinte (1 L) d'antigel pour véhicule récréatif dans le tambour.
2. Faire exécuter à la laveuse un programme Drain/Spin (vidange/essorage).
3. Débrancher la laveuse ou déconnecter la source de courant électrique.
4. Fermer les deux robinets d'eau.
5. Débrancher les tuyaux d'arrivée d'eau des robinets et les vider.

### Remise en marche de la laveuse :

1. Vidanger les canalisations d'eau. Reconnecter les tuyaux d'arrivée d'eau aux robinets. Ouvrir les deux robinets d'eau.

**⚠ AVERTISSEMENT**



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

2. Brancher la laveuse ou reconnecter la source de courant électrique.
3. Faire exécuter à la laveuse le programme Normal/Casual (normal/tout-aller) avec la moitié de la quantité normale de détergent HE recommandée par le fabricant pour une charge moyenne, afin de nettoyer la laveuse et d'enlever l'antigel, le cas échéant.

### Transport de la laveuse :

1. Si la laveuse doit être déplacée en temps de gel, verser une pinte (1 L) d'antigel pour véhicule récréatif dans le tambour. Faire exécuter à la laveuse un programme Drain/Spin (vidange/essorage).
2. Débrancher le cordon d'alimentation.
3. Débrancher le tuyau de vidange du système de vidange et le fixer aux pinces du panneau arrière.
4. Fermer les deux robinets d'eau.
5. Déconnecter les tuyaux d'arrivée d'eau des robinets puis vidanger les tuyaux et les fixer au panneau arrière de la laveuse.

**IMPORTANT :** Faire un appel de service. Ne pas réutiliser les boulons de transport. La laveuse doit être transportée en position verticale. Pour éviter d'endommager la suspension et la structure de la laveuse, celle-ci doit être correctement réinstallée par un technicien certifié.

### Réinstallation de la laveuse

1. Suivre les "Instructions d'installation" pour choisir l'emplacement, régler l'aplomb de la laveuse et la raccorder.
2. Faire exécuter à la laveuse le programme Normal/Casual (normal/tout-aller) avec la moitié de la quantité normale de détergent HE recommandée par le fabricant pour une charge moyenne, afin de nettoyer la laveuse et d'enlever l'antigel, le cas échéant.

# DÉPANNAGE

**Essayer d'abord les solutions suggérées ici ou visiter notre site Internet et la FAQ (foire aux questions) pour éviter possiblement le coût d'un appel de service.**

**Aux É.-U., www.whirlpool.com/help Au Canada, www.whirlpool.ca**

## La laveuse affiche un message code et un signal sonore est émis

- **"F20" (problème d'entrée d'eau - approvisionnement en eau nul ou insuffisant)**
  Sélectionner deux fois PAUSE/CANCEL (pause/annulation) pour annuler le programme. Débrancher la laveuse ou déconnecter la source de courant électrique.

  **Vérifier ce qui suit :**
  Les robinets d'eau sont-ils complètement ouverts?

  Les tamis au point de raccordement des tuyaux d'arrivée d'eau à la laveuse sont-ils obstrués?

  Les tuyaux d'arrivée d'eau sont-ils déformés?

  Les tuyaux d'arrivée d'eau sont-ils gelés?

  Brancher la laveuse ou reconnecter la source de courant électrique. Sélectionner à nouveau un programme et appuyer sur START (mise en marche). Si le problème persiste, faire un appel de service.

- **"F21" (problème de vidange)**
  Sélectionner deux fois PAUSE/CANCEL (pause/annulation) pour annuler le programme. Débrancher la laveuse ou déconnecter la source de courant électrique.

  **Vérifier ce qui suit :**
  Le tuyau de vidange est-il déformé?

  Le tuyau de vidange est-il gelé?

  Le tuyau de vidange est-il obstrué?

  Le tuyau de vidange est-il à plus de 96" (2,4 m) au-dessus du plancher?

  Brancher la laveuse ou reconnecter la source de courant électrique. Sélectionner à nouveau un programme et appuyer sur START (mise en marche). Si le problème persiste, faire un appel de service.

- **"SUD" (procédure contre la mousse)**
  Lorsqu'un excès de mousse est détecté, une procédure contre la mousse se met en marche automatiquement. Cette procédure élimine l'excès de mousse et permet un rinçage approprié de vos vêtements. "SUD" s'affiche durant la période de rinçage pour indiquer que la procédure contre la mousse a été activée. Utiliser uniquement des détergents HE (haute efficacité).

- **"F22" (verrouillage de la porte avant)**
  Sélectionner deux fois PAUSE/CANCEL (pause/annulation) pour annuler le programme.

  **Vérifier ce qui suit :**
  La porte de la laveuse est-elle bien fermée?
  La porte doit être fermée complètement pour que la laveuse puisse fonctionner. La porte peut sembler fermée mais ne pas être verrouillée. Ouvrir la porte puis bien la refermer.

  Avez-vous lavé une grosse charge?
  Avant de fermer la porte de la laveuse, vérifier qu'aucun article ne dépasse de l'ouverture de la porte. Laisser suffisamment de place dans la laveuse afin que les vêtements puissent culbuter librement. Un panier surchargé peut empêcher la porte de fermer complètement. Réduire la charge si nécessaire.

  Appuyer sur POWER (alimentation) puis sélectionner START (mise en marche).

- **Codes "F" autres que F20, F21 ou F22**
  Sélectionner deux fois PAUSE/CANCEL (pause/annulation) pour annuler le programme. Sélectionner DRAIN/SPIN (vidange/essorage) en cas d'excès d'eau dans la laveuse.

  Sélectionner à nouveau un programme et appuyer sur START (mise en marche). Si le problème persiste, faire un appel de service.

## La laveuse ne se met pas en marche

**⚠ AVERTISSEMENT**



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

- **Vérifier ce qui suit :**
  Le cordon d'alimentation est-il branché dans une prise à 3 alvéoles reliée à la terre?

  La porte de la laveuse est-elle bien fermée?

  Un programme a-t-il été sélectionné sans que START (mise en marche) ait été sélectionné pendant 1 seconde?

  La porte a-t-elle été ouverte après l'achèvement du dernier programme?

### La laveuse ne se remplit pas, ne lave pas ou ne rince pas

- **Vérifier ce qui suit :**
  Le cordon d'alimentation est-il branché dans une prise à 3 alvéoles reliée à la terre?

  La prise est-elle alimentée par le courant électrique? Vérifier la source de courant électrique ou appeler un électricien.

  Les robinets d'eau chaude et d'eau froide sont-ils ouverts?

  Le tuyau d'arrivée d'eau est-il déformé?

  Les tamis de la valve d'arrivée d'eau sont-ils obstrués? Couper l'arrivée d'eau et retirer les tuyaux d'arrivée d'eau de la laveuse. Ôter toute pellicule ou particules accumulées. Réinstaller les tuyaux, ouvrir l'arrivée d'eau et vérifier s'il y a des fuites.

### La laveuse s'arrête

- **Vérifier ce qui suit :**
  Le cordon d'alimentation est-il branché dans une prise à 3 alvéoles reliée à la terre?

  La prise est-elle alimentée par le courant électrique? Vérifier la source de courant électrique ou appeler un électricien.

  Un fusible est-il grillé ou le disjoncteur s'est-il déclenché? Remplacer le fusible ou réenclencher le disjoncteur. Si le problème persiste, appeler un électricien.

  Utilisez-vous un câble de rallonge? Ne pas utiliser un câble de rallonge.

### La laveuse n'effectue pas de vidange ou d'essorage

- **Le tuyau de vidange est-il obstrué ou l'extrémité du tuyau de vidange se trouve-t-elle à plus de 96" (2,4 m) au-dessus du plancher?**
- **La tension est-elle basse?**
  Vérifier la source de courant électrique ou appeler un électricien. Ne pas utiliser un câble de rallonge.
- **La procédure contre la mousse est-elle activée?**
  Le programme se terminera une fois que l'excès de mousse sera éliminé.
- **La charge est-elle équilibrée?**
  Un seul article ou un article encombrant peuvent provoquer un déséquilibre. Ajouter des articles ou redistribuer la charge.

### La laveuse fait du bruit ou vibre.

- **La laveuse est-elle d'aplomb?**
  La laveuse doit être d'aplomb. Les quatre pieds doivent être installés correctement et les écrous doivent être serrés contre la caisse de la laveuse.
- **La laveuse fait-elle un bruit de gargouillement ou de bourdonnement?**
  Lorsque l'eau est vidangée de la laveuse, on peut entendre le bruit de la succion de l'air par la pompe. Ceci se produit à la fin de la vidange. Ceci est normal.
- **Lavez-vous des articles avec agrafes en métal, boucles ou fermetures à glissière?**
  Vous pouvez entendre le bruit des articles métalliques touchant le tambour de la laveuse. Ceci est normal.
- **La laveuse est-elle installée sur un plancher robuste et solide?**
  Se référer aux "Instructions d'installation" pour les exigences relatives au plancher. Le bruit et les vibrations peuvent être réduits en plaçant une planche de contreplaqué de ¾" (19,1 mm) sous la laveuse. Le contreplaqué peut se prolonger en dessous de la laveuse et de la sécheuse pour les maintenir à des hauteurs égales.

### La laveuse fuit

- **Vérifier la plomberie du domicile pour voir s'il y a des fuites.**

### Distributeurs obstrués ou ayant une fuite

- **Les produits de lessive sont-ils dans le bon compartiment du distributeur?**
  Verser les quantités appropriées de détergent, d'assouplissant de tissu ou d'agent de blanchiment au chlore liquide dans le compartiment adéquat. Verser l'agent de blanchiment en poudre ou liquide sans danger pour les couleurs dans le compartiment du détergent Haute efficacité (HE). Veiller à utiliser un agent de blanchiment en poudre sans danger pour les couleurs avec un détergent en poudre approprié ou un agent de blanchiment liquide sans danger pour les couleurs avec un détergent liquide approprié.
- **Le sélecteur de type de détergent est-il correctement installé?**
  Le sélecteur doit être en position basse en cas d'utilisation de détergent liquide et en position haute en cas d'utilisation de détergent en poudre.

### Mauvaises odeurs de la laveuse

- **Voir "Nettoyage de la laveuse".**
- **Utilisez-vous le nettoyant pour laveuse AFFRESH™ régulièrement?**
  Le nettoyant pour laveuse élimine et prévient les résidus à l'origine d'odeurs dans toutes les laveuses Haute efficacité. Pour les laveuses où des odeurs sont présentes, utiliser 3 pastilles au lieu d'1 pastille. Une fois le programme CLEAN WASHER terminé, enlever les résidus si nécessaire.
- **Utilisez-vous un détergent HE?**

  L'utilisation d'un détergent non HE peut provoquer le dépôt d'un film résiduel à l'origine d'odeurs.
- **Avez-vous laissé la porte ouverte après utilisation?**
  Cette laveuse dispose d'une fermeture étanche pour éviter les fuites d'eau. Pour éviter la formation d'odeurs, laisser la porte ouverte afin de permettre à la laveuse de sécher entre les utilisations.

### Charge trop mouillée

- **Avez-vous utilisé le bon programme pour la charge à laver?**
  Choisir un programme avec une vitesse d'essorage plus élevée.
- **Avez-vous lavé un article seul, des articles encombrants ou avez-vous surchargé la laveuse?**
  Le lavage d'un seul article ou d'un article encombrant, ou une charge excessive peuvent provoquer un déséquilibre. Ajouter des articles ou essayer de distribuer uniformément la lessive mouillée dans le tambour et commencer le programme DRAIN/SPIN (vidange/essorage). Si la lessive est encore mouillée, retirer la moitié de la charge de la laveuse et essayer de nouveau.



SANDHOLM00000067

## Résidus ou charpie sur le linge

- **Avez-vous versé le détergent dans le distributeur?**
  Pour des résultats optimaux, verser le détergent dans le compartiment de détergent. Ne pas verser le détergent dans le tambour de la laveuse.
- **Avez-vous effectué le tri correctement?**
  Séparer les articles causant la charpie (serviettes, chenille) des articles qui retiennent la charpie (velours côtelé, synthétiques). Trier également en fonction des couleurs.
- **Avez-vous surchargé la laveuse?**
  Ne pas surcharger la laveuse. La laveuse peut être bien remplie mais le linge ne doit pas être tassé. La charge doit être équilibrée. De la charpie peut être coincée dans la charge s'il y a surcharge.
- **Vérifier ce qui suit :**
  Avez-vous laissé du papier ou des mouchoirs en papier dans les poches?
- **Avez-vous utilisé suffisamment de détergent HE?**
  Utiliser suffisamment de détergent pour enlever la charpie et la maintenir en suspension. Utiliser uniquement un détergent HE. Suivre les instructions du fabricant afin de déterminer la quantité de détergent à utiliser.
- **La température de l'eau est-elle inférieure à 60°F (15,6°C)?**
  Une eau de lavage dont la température est inférieure à 60°F (15,6°C) peut ne pas dissoudre complètement le détergent.
- **Utilisez-vous un programme de lavage à basse vitesse?**
  Les détergents en poudre peuvent ne pas se dissoudre correctement durant un programme à basse vitesse. Pour obtenir de meilleurs résultats, utiliser un détergent liquide pour les cycles à basse vitesse tels que Delicate (articles délicats), Hand Washables (articles lavables à la main).

## Présence de taches sur le linge

- **Avez-vous versé le détergent dans le distributeur?**
  Pour des résultats optimaux, verser le détergent dans le compartiment de détergent. Ne pas verser le détergent dans le tambour de la laveuse.
- **Avez-vous utilisé suffisamment de détergent HE?**
  Utiliser suffisamment de détergent pour enlever la saleté et la maintenir en suspension. Utiliser uniquement un détergent HE. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.
- **La présence de fer (rouille) dans l'eau est-elle supérieure à la moyenne?**
  Vous aurez peut-être besoin d'installer un filtre à fer.
- **Avez-vous bien trié la charge?**
  Séparer les articles de teinte foncée des articles blancs ou clairs.
- **Avez-vous déchargé la laveuse immédiatement?**
  Pour éviter le transfert de teinture, décharger la laveuse dès qu'elle s'arrête.
- **Avez-vous utilisé une boule distributrice d'assouplissant de tissu?**
  Les boules distributrices ne fonctionnent pas correctement avec cette laveuse. Verser un assouplissant de tissu liquide dans le compartiment d'assouplissant de tissu.
- **Avez-vous utilisé un détergent en poudre pour un programme à basse vitesse?**
  Envisager l'utilisation d'un détergent liquide.

## Linge froissé

- **Avez-vous déchargé la laveuse immédiatement?**
  Décharger la laveuse dès qu'elle s'arrête.
- **Avez-vous utilisé le bon programme pour la charge à laver?**
  Utiliser le programme Delicate (articles délicats), Hand Washables (articles lavables à la main) ou un autre programme avec essorage à basse vitesse pour réduire le froissement.
- **Avez-vous surchargé la laveuse?**
  La charge de lavage doit être équilibrée et pas surchargée. Les charges doivent pouvoir se déplacer librement durant le lavage.

## Blanc grisâtre, couleurs défraîchies

- **Avez-vous bien trié la charge?**
  Le transfert de teinture peut se produire lors du mélange d'articles blancs et de couleur dans une même charge. Séparer les articles de teinte foncée des articles blancs ou clairs.
- **La température de lavage était-elle trop basse?**
  Utiliser les lavages à l'eau tiède ou chaude si celle-ci est sans danger pour la charge. S'assurer que le système d'eau chaude est adéquat pour fournir un lavage à l'eau chaude.
- **Avez-vous utilisé suffisamment de détergent, ou avez-vous une eau dure?**
  Utiliser plus de détergent pour laver la saleté intense à l'eau froide ou dure.

## Programme trop long

- **Avez-vous sélectionné l'option de nettoyage en profondeur avec vapeur?**
  Dans ce cas, le chauffe-eau et le générateur de vapeur seront activés pour fournir le rendement de nettoyage maximal. La durée du programme normal sera prolongée pour chauffer l'eau. Cette durée supplémentaire dépendra du volume de la charge et de la température de l'eau à son entrée dans la laveuse.
- **L'eau chaude au robinet est-elle réglée à la température recommandée de 120°F (49°C)?**
  Une température d'eau chaude inférieure au réglage recommandé prolongera la durée de chauffage.
- **Le mot "SUD" est-il affiché?**
  Un excès de mousse a été détecté et une procédure contre la mousse a commencé. Cette procédure prolongera la durée initiale du programme.
- **La charge a-t-elle causé un déséquilibre?**
  Lorsqu'il y a un trop grand déséquilibre, une procédure de rééquilibrage se met en marche pour redistribuer la charge. Pendant la procédure de rééquilibrage, l'affichage de la durée se mettra en pause jusqu'à ce que cette activité soit terminée, puis se réactivera pour le reste du programme.
- **Avez-vous lavé une grande charge en utilisant un programme délicat?**
  Avec les programmes Delicate (articles délicats), Hand Washables (articles lavables à la main), vous devez utiliser des petites charges. Ceci assure un lavage délicat de vos vêtements sans augmenter les durées de programme.

## Porte verrouillée à la fin du programme de lavage

- **Toute l'eau s'est-elle écoulée de la laveuse durant l'essorage?**
  Sélectionner DRAIN/SPIN (vidange/essorage) pour enlever toute eau restée dans la laveuse. La porte de la laveuse se déverrouillera à la fin de la vidange.



SANDHOLM00000068

# ASSISTANCE OU SERVICE

Avant de téléphoner pour assistance ou service, veuillez vérifier "Dépannage". Ceci pourrait vous éviter le coût d'une visite de service. Si vous avez encore besoin d'aide, veuillez suivre les instructions ci-dessous.

Lors de l'appel, il faut connaître la date d'achat et les numéros de modèle et de série complets de votre appareil ménager. Ces renseignements nous aideront à mieux répondre à votre demande.

### Si vous avez besoin de pièces de rechange

Si vous avez besoin de commander des pièces de rechange, nous vous recommandons d'utiliser seulement des pièces FSP® spécifiées par l'usine. Ces pièces conviendront et fonctionneront bien parce qu'elles sont fabriquées selon les mêmes spécifications précises utilisées pour construire chaque nouvel appareil électroménager WHIRLPOOL®.

**Pour localiser des pièces de rechange FSP® dans votre région :**

Aux États-Unis, téléphoner au Centre pour l'eXpérience de la clientèle au **1-800-253-1301**, ou téléphoner à votre Centre de service désigné le plus proche.

Au Canada, composer le **1-800-807-6777**, ou appeler votre Centre de service désigné le plus proche.

## Aux États-Unis

Téléphoner au Centre pour l'eXpérience de la clientèle de Whirlpool sans frais au : **1-800-253-1301.**

**Nos consultants fournissent l'assistance pour :**

- Caractéristiques et spécifications sur notre gamme complète d'appareils ménagers
- Renseignements d'installation
- Procédés d'utilisation et d'entretien
- Vente d'accessoires et de pièces de rechange
- Assistance spécialisée aux clients (langue espagnole, malentendants, malvoyants, etc.)
- Les références aux concessionnaires, compagnies de service de réparation et distributeurs de pièces de rechange locaux

Les techniciens de service désignés par Whirlpool sont formés pour remplir la garantie des produits et fournir un service après garantie partout aux États-Unis.

Pour localiser la compagnie de service désignée par Whirlpool dans votre région, vous pouvez consulter les Pages jaunes de votre annuaire téléphonique.

### Pour plus d'assistance

Si vous avez besoin de plus d'assistance, vous pouvez écrire à Whirlpool Corporation en soumettant toute question ou tout problème à :

Whirlpool Brand Home Appliances
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Dans votre correspondance, veuillez indiquer un numéro de téléphone où l'on peut vous joindre dans la journée.

## Au Canada

Teléphoner sans frais au Centre d'interaction avec la clientèle de Whirlpool Canada LP au : **1-800-807-6777.**

**Nos consultants fournissent l'assistance pour :**

- Procédés d'utilisation et d'entretien
- Vente d'accessoires et de pièces de rechange
- Caractéristiques et spécifications sur toute notre gamme d'appareils électroménagers.
- Les références aux concessionnaires, compagnies de service de réparation et distributeurs de pièces de rechange locaux. Les techniciens de service désignés par Whirlpool Canada LP sont formés pour satisfaire la garantie des produits et fournissent le service après la garantie, n'importe où au Canada.

### Pour plus d'assistance

Si vous avez besoin de plus d'assistance, vous pouvez écrire à Whirlpool Canada LP en soumettant toute question ou tout problème au :

Centre d'interaction avec la clientèle
Whirlpool Canada LP
1901 Minnesota Court
Mississauga, Ontario L5N 3A7

Veuillez indiquer dans votre correspondance un numéro de téléphone où l'on peut vous joindre durant la journée.

## Accessoires

Vous pouvez faciliter l'utilisation de votre laveuse avec ces accessoires de première qualité.

Pour vous informer au sujet des autres articles de qualité ou pour commander, composez le **1-800-901-2042** ou consultez le site **www.applianceaccessories.com.** Au Canada, composez le **1-800-807-6777** ou consultez le site Internet **www.whirlpoolparts.ca.**

| Produit Numéro | Accessoire |
|---|---|
| **8212638RP** | Tuyau de remplissage compact de 6 pi (1,8 m) en nylon tressé, coude à 90°, raccords hypro-blue en acier. Plus sécuritaire que l'acier inoxydable. (lot de 2) |
| **8212487RP** | Tuyau de remplissage de 5 pi (1,5 m) en nylon tressé. Plus sécuritaire que l'acier inoxydable. (lot de 2) |
| **8212526** | Plateau d'égouttement de la laveuse, convient à tous les modèles |
| **31682** | Produit de nettoyage polyvalent pour appareils ménagers |
| **1903WH** | Casier de rangement de fournitures de buanderieLaundry supply storage cart |
| **W10135699** | Nettoyant pour laveuse AFFRESH™ |
| **8541503** | Ensemble de superposition DUET® |

# GARANTIE DES GROS APPAREILS MÉNAGERS WHIRLPOOL CORPORATION

## GARANTIE LIMITÉE

Pendant un an à compter de la date d'achat, lorsque ce gros appareil ménager est utilisé et entretenu conformément aux instructions jointes à ou fournies avec le produit, Whirlpool Corporation ou Whirlpool Canada LP (ci-après désignées "Whirlpool") paiera pour les pièces spécifiées par l'usine et la main-d'œuvre pour corriger les vices de matériaux ou de fabrication. Le service doit être fourni par une compagnie de service désignée par Whirlpool. Cette garantie limitée est valide uniquement aux États-Unis ou au Canada et s'applique exclusivement lorsque l'appareil est utilisé dans le pays où il a été acheté. À l'extérieur du Canada et des 50 États des États-Unis, cette garantie limitée ne s'applique pas. Une preuve de la date d'achat original est exigée pour obtenir un service dans le cadre de la présente garantie limitée.

## ARTICLES EXCLUS DE LA GARANTIE

**La présente garantie limitée ne couvre pas :**

1. Les visites de service pour rectifier l'installation du gros appareil ménager, montrer à l'utilisateur comment utiliser l'appareil, remplacer ou réparer des fusibles ou rectifier le câblage ou la plomberie du domicile.
2. Les visites de service pour réparer ou remplacer les ampoules électriques de l'appareil, les filtres à air ou les filtres à eau. Les pièces consomptibles ne sont pas couvertes par la garantie.
3. Les réparations lorsque le gros appareil ménager est utilisé à des fins autres que l'usage unifamilial normal ou lorsque les instructions d'installation et/ou les instructions de l'opérateur ou de l'utilisateur fournies ne sont pas respectées.
4. Les dommages imputables à : accident, modification, usage impropre ou abusif, incendie, inondation, actes de Dieu, installation fautive ou installation non conforme aux codes d'électricité ou de plomberie, ou l'utilisation de pièces consomptibles ou de produits nettoyants non approuvés par Whirlpool.
5. Les défauts apparents, notamment les éraflures, les bosses, fissures ou tout autre dommage au fini du gros appareil ménager, à moins que ces dommages soient dus à des vices de matériaux ou de fabrication et soient signalés à Whirlpool dans les 30 jours suivant la date d'achat.
6. Toute perte d'aliments due à une défaillance du réfrigérateur ou du congélateur.
7. Les coûts associés au transport du gros appareil ménager du domicile pour réparation. Ce gros appareil ménager est conçu pour être réparé à domicile et seul le service à domicile est couvert par la présente garantie.
8. Les réparations aux pièces ou systèmes résultant d'une modification non autorisée faite à l'appareil.
9. Les frais de transport pour le service d'un produit si votre gros appareil est situé dans une région éloignée où un service d'entretien Whirlpool autorisé n'est pas disponible.
10. La dépose et la réinstallation de votre gros appareil si celui-ci est installé dans un endroit inaccessible ou n'est pas installé conformément aux instructions d'installation fournies.
11. Les gros appareils ménagers dont les numéros de série et de modèle originaux ont été enlevés, modifiés ou qui ne peuvent pas être facilement identifiés. La présente garantie est nulle si le numéro de série d'usine a été modifié ou enlevé du gros appareil ménager.

Le coût d'une réparation ou des pièces de rechange dans le cadre de ces circonstances exclues est à la charge du client.

## CLAUSE D'EXONÉRATION DE RESPONSABILITÉ AU TITRE DES GARANTIES IMPLICITES; LIMITATION DES RECOURS

LE SEUL ET EXCLUSIF RECOURS DU CLIENT DANS LE CADRE DE LA PRÉSENTE GARANTIE LIMITÉE CONSISTE EN LA RÉPARATION PRÉVUE CI-DESSUS. LES GARANTIES IMPLICITES, Y COMPRIS LES GARANTIES APPLICABLES DE QUALITÉ MARCHANDE ET D'APTITUDE À UN USAGE PARTICULIER, SONT LIMITÉES À UN AN OU À LA PLUS COURTE PÉRIODE AUTORISÉE PAR LA LOI. WHIRLPOOL N'ASSUME AUCUNE RESPONSABILITÉ POUR LES DOMMAGES FORTUITS OU INDIRECTS. CERTAINES JURIDICTIONS NE PERMETTENT PAS L'EXCLUSION OU LA LIMITATION DES DOMMAGES FORTUITS OU INDIRECTS, OU LES LIMITATIONS DE LA DURÉE DES GARANTIES IMPLICITES DE QUALITÉ MARCHANDE OU D'APTITUDE À UN USAGE PARTICULIER, DE SORTE QUE CES EXCLUSIONS OU LIMITATIONS PEUVENT NE PAS S'APPLIQUER DANS VOTRE CAS. CETTE GARANTIE VOUS CONFÈRE DES DROITS JURIDIQUES SPÉCIFIQUES ET VOUS POUVEZ ÉGALEMENT JOUIR D'AUTRES DROITS QUI PEUVENT VARIER D'UNE JURIDICTION À UNE AUTRE.

À l'extérieur du Canada et des 50 États des États-Unis, cette garantie ne s'applique pas. Contactez votre marchand Whirlpool autorisé pour déterminer si une autre garantie s'applique.

Si vous avez besoin de service, voir d'abord la section "Dépannage" du Guide d'utilisation et d'entretien. Après avoir vérifié la section "Dépannage", de l'aide supplémentaire peut être trouvée en vérifiant la section "Assistance ou service" ou en appelant Whirlpool. Aux É.-U., composer le **1-800-253-1301**. Au Canada, composer le **1-800-807-6777**.

9/07

**Conservez ce manuel et votre reçu de vente ensemble pour référence ultérieure. Pour le service sous garantie, vous devez présenter un document prouvant la date d'achat ou d'installation.**

Inscrivez les renseignements suivants au sujet de votre gros appareil ménager pour mieux vous aider à obtenir assistance ou service en cas de besoin. Vous devrez connaître le numéro de modèle et le numéro de série au complet. Vous trouverez ces renseignements sur la plaque signalétique située sur le produit.

**Nom du marchand** ____________________

**Adresse** ____________________

**Numéro de téléphone** ____________________

**Numéro de modèle** ____________________

**Numéro de série** ____________________

**Date d'achat** ____________________



SANDHOLM00000070

461970240781 / W10158196A
SP PN 461970240791 / W10158197A

© 2007 Whirlpool Corporation.
All rights reserved.
Tous droits réservés.

® Registered Trademark/TM Trademark of Whirlpool, U.S.A.,
Whirlpool Canada LP licensee in Canada
®NSF is a registered trademark of NSF International
® Marque déposée/TM Marque de commerce de Whirlpool, U.S.A.,
Emploi sous licence par Whirlpool Canada LP au Canada
®NSF est une marque déposée de NSF International

11/07
Printed in Germany
Imprimé en Allemagne
GA 6307



Whirlpool®

duet® HT

# FRONT-LOADING AUTOMATIC WASHER

## Use & Care Guide

For questions about features, operation/performance, parts, accessories or service call: **1-800-253-1301**

In Canada, call: **1-800-807-6777**

or visit our website at
**www.whirlpool.com** or **www.whirlpool.ca**

# LAVADORA AUTOMÁTICA DE CARGA FRONTAL

## Manual de Uso y Cuidado

Si tiene preguntas respecto a las características, funcionamiento, rendimiento, partes, accesorios o servicio técnico, llame al:
**1-800-253-1301**

o visite nuestro sitio web en
**www.whirlpool.com** o **www.whirlpool.ca**

# LAVEUSE AUTOMATIQUE À CHARGEMENT FRONTAL

## Guide d'utilisation et d'entretien

Au Canada, pour assistance, installation ou service, composer le :
**1-800-807-6777**

ou visitez notre site internet à
**www.whirlpool.ca**

Table of Contents / Índice / Table des matières .... 2

Designed to use only HE High Efficiency Detergent

Diseñada para utilizar solamente detergente de alta eficacia

Conçue pour l'utilisation d'un détergent haute efficacité seulement

ENERGY STAR

461970229031
✔ 8182750

# TABLE OF CONTENTS


**WASHER SAFETY** ... **3**
**INSTALLATION REQUIREMENTS** ... **4**
Tools and Parts ... 4
Options ... 4
Location Requirements ... 5
Drain System ... 6
Electrical Requirements ... 7
**INSTALLATION INSTRUCTIONS** ... **7**
Remove Transport System ... 7
Connect the Inlet Hoses ... 8
Route the Drain Hose ... 8
Secure the Drain Hose ... 9
Level the Washer ... 9
Complete Installation ... 9
**FEATURES AND BENEFITS** ... **10**
**WASHER USE** ... **11**
Starting Your Washer ... 11
Using the Proper Detergent ... 11
Using the Dispenser ... 12
Pausing or Restarting ... 13
Changing Cycles, Options and Modifiers ... 13
Status Lights ... 13
Cycles ... 14
Options ... 16
Modifiers ... 16
Laundry Guide ... 17
**LAUNDRY TIPS** ... **18**
Loading ... 18
**WASHER CARE** ... **19**
Cleaning Your Washer ... 19
Water Inlet Hoses ... 20
Vacation, Storage, and Moving Care ... 20
**TROUBLESHOOTING** ... **21**
**ASSISTANCE OR SERVICE** ... **24**
In the U.S.A. ... 24
In Canada ... 24
**WARRANTY** ... **25**


# ÍNDICE


**SEGURIDAD DE LA LAVADORA** ... **27**
**REQUISITOS DE INSTALACIÓN** ... **28**
Herramientas y piezas ... 28
Opciones ... 28
Requisitos para la ubicación ... 29
Sistema de desagüe ... 30
Requisitos eléctricos ... 31
**INSTRUCCIONES DE INSTALACIÓN** ... **31**
Eliminación del sistema de transporte ... 31
Conexión de las mangueras de entrada ... 32
Tendido de la manguera de desagüe ... 32
Fijación de la manguera de desagüe ... 33
Nivelación de la lavadora ... 33
Complete la instalación ... 33
**CARACTERÍSTICAS Y BENEFICIOS** ... **34**
**USO DE LA LAVADORA** ... **35**
Puesta en marcha de la lavadora ... 35
Uso de detergente adecuado ... 35
Uso del depósito ... 36
Pausa o reanudación de la marcha ... 37
Cambio de ciclos, opciones y modificadores ... 37
Luces de estado ... 38
Ciclos ... 39
Opciones ... 41
Modificadores ... 42
Guía para el lavado ... 43
**CONSEJOS DE LAVANDERÍA** ... **44**
Cómo cargar ... 44
**CUIDADO DE LA LAVADORA** ... **45**
Cómo limpiar su lavadora ... 45
Mangueras de entrada de agua ... 46
Cuidado para las vacaciones, el almacenaje o en caso de mudanza ... 46
**SOLUCIÓN DE PROBLEMAS** ... **47**
**AYUDA O SERVICIO TÉCNICO** ... **50**
En los EE.UU. ... 50
En Canadá ... 50
**GARANTÍA** ... **51**


# TABLE DES MATIÈRES


**SÉCURITÉ DE LA LAVEUSE** ... **52**
**EXIGENCES D'INSTALLATION** ... **53**
Outillage et pièces ... 53
Options ... 53
Exigences d'emplacement ... 54
Système de vidange ... 55
Spécifications électriques ... 56
**INSTRUCTIONS D'INSTALLATION** ... **56**
Enlèvement du système de transport ... 56
Raccordement des tuyaux d'alimentation ... 57
Acheminement du tuyau de vidange ... 57
Immobilisation du tuyau de vidange ... 58
Réglage de l'aplomb de la laveuse ... 58
Achever l'installation ... 58
**CARACTÉRISTIQUES ET AVANTAGES** ... **59**
**UTILISATION DE LA LAVEUSE** ... **60**
Mise en marche de la laveuse ... 60
Utilisation du détergent approprié ... 60
Utilisation du distributeur ... 61
Pause ou remise en marche ... 62
Changement de programmes, options et modificateurs ... 62
Témoins lumineux ... 63
Programmes ... 63
Options ... 65
Modificateurs ... 66
Guide de lessivage ... 67
**CONSEILS DE LESSIVAGE** ... **68**
Chargement ... 68
**ENTRETIEN DE LA LAVEUSE** ... **69**
Nettoyage de la laveuse ... 69
Tuyaux d'alimentation de la laveuse ... 70
Préparation avant des vacances, un entreposage ou un déménagement ... 70
**DÉPANNAGE** ... **71**
**ASSISTANCE OU SERVICE** ... **74**
Aux États-Unis ... 74
Au Canada ... 74
**GARANTIE** ... **75**


Whirlpool® JUST IMAGINE™ Whirlpool® TODO LO QUE IMAGINAS Whirlpool® IMAGINEZ



W0026736

# WASHER SAFETY

## Your safety and the safety of others are very important.

We have provided many important safety messages in this manual and on your appliance. Always read and obey all safety messages.

This is the safety alert symbol.

This symbol alerts you to potential hazards that can kill or hurt you and others.

All safety messages will follow the safety alert symbol and either the word "DANGER" or "WARNING." These words mean:

| | |
|---|---|
| **⚠DANGER** | **You can be killed or seriously injured if you don't immediately follow instructions.** |
| **⚠WARNING** | **You can be killed or seriously injured if you don't follow instructions.** |

All safety messages will tell you what the potential hazard is, tell you how to reduce the chance of injury, and tell you what can happen if the instructions are not followed.

## IMPORTANT SAFETY INSTRUCTIONS

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using the washer, follow basic precautions, including the following:

- Read all instructions before using the washer.
- Do not wash articles that have been previously cleaned in, washed in, soaked in, or spotted with gasoline, dry-cleaning solvents, other flammable, or explosive substances as they give off vapors that could ignite or explode.
- Do not add gasoline, dry-cleaning solvents, or other flammable, or explosive substances to the wash water. These substances give off vapors that could ignite or explode.
- Under certain conditions, hydrogen gas may be produced in a hot water system that has not been used for 2 weeks or more. HYDROGEN GAS IS EXPLOSIVE. If the hot water system has not been used for such a period, before using the washing machine, turn on all hot water faucets and let the water flow from each for several minutes. This will release any accumulated hydrogen gas. As the gas is flammable, do not smoke or use an open flame during this time.
- Do not allow children to play on or in the washer. Close supervision of children is necessary when the washer is used near children.
- Before the washer is removed from service or discarded, remove the door or lid.
- Do not reach into the washer if the drum, tub or agitator is moving.
- Do not install or store the washer where it will be exposed to the weather.
- Do not tamper with controls.
- Do not repair or replace any part of the washer or attempt any servicing unless specifically recommended in this manual or in published user-repair instructions that you understand and have the skills to carry out.
- See "Electrical Requirements" for grounding instructions.

**SAVE THESE INSTRUCTIONS**

# INSTALLATION REQUIREMENTS

## Tools and Parts

Gather the required tools and parts before starting installation. The parts supplied are in the washer drum.

### Tools needed for connecting the water inlet hoses

- Pliers (that open to 1⁹⁄₁₆" [39.5 mm])
- Flashlight (optional)

### Tools needed for installation

- Open end wrench 17 mm and 13 mm
- Level
- Wood block
- Ruler or measuring tape

**Parts supplied:**




*A. Drain hose form*
*B. Inlet hose (2)*
*C. Inlet hose washer (4)*
*D. Transport bolt hole plug (4)*
*E. Beaded strap*

### Alternate Parts

Your installation may require additional parts. If you are interested in purchasing one of the items listed here, call the toll-free number on the cover or in the "Assistance or Service" section.

| If You Have | You Will Need to Buy |
|---|---|
| Laundry tub or standpipe taller than 96" (2.4 m) | Sump pump system (if not already available) |
| Overhead sewer | Standard 20 gal. (76 L), 30" (76.2 cm) tall drain tub or utility sink and sump pump (available from local plumbing suppliers) |
| Floor drain | Siphon break, Part Number 285834; additional drain hose Part Number 8318155; and connector kit, Part Number 285835 |
| Drain hose too short | 4 ft (1.2 m) drain hose extension kit, Part Number 285863 |
| Water faucets beyond reach of fill hoses | 2 longer water fill hoses: 6 ft (1.8 m) Part Number 76314, 10 ft (3.0 m) Part Number 350008 |

## Options

### Pedestal

You may order a pedestal separately for this washer. This pedestal will add about 13" (33 cm) to the height of your unit for a total height of approximately 51" (130 cm).



*Optional pedestal*

To order, call the dealer from whom you purchased your washer or refer to the "Assistance or Service" section of this manual.

**13" (33 cm) Pedestals**

| Color | Part Number |
|---|---|
| White | LAB2700MQ |
| Biscuit | LAB2700MT |
| Pewter | LAB2700ML |

### Stack Kit

Are you planning to stack your washer and dryer? To do so you will need to purchase a Stack Kit.

To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section of this manual. Ask for Part Number 8541503.

## Location Requirements

Selecting the proper location for your washer improves performance and minimizes noise and possible washer "walk."

Your washer can be installed under a custom counter, or in a basement, laundry room, closet, or recessed area. See "Drain System."

Companion appliance location requirements should also be considered. Proper installation is your responsibility.

**You will need**

- A water heater set to deliver 120°F (49°C) water to the washer.
- A grounded electrical outlet located within 6 ft (1.8 m) of where the power cord is attached to the back of the washer. See "Electrical Requirements."
- Hot and cold water faucets located within 4 ft (1.2 m) of the hot and cold water fill valves, and water pressure of 20-100 psi (137.9-689.6 kPa).
- A level floor with a maximum slope of 1" (2.5 cm) under entire washer. Installing the washer on soft floor surfaces, such as carpets or surfaces with foam backing, is not recommended.
- A sturdy and solid floor to support the washer with a total weight (water and load) of 400 lbs (180 kg).

Do not operate your washer in temperatures below 32°F (0°C). Some water can remain in the washer and can cause damage in low temperatures.

### Installation clearances

- The location must be large enough to allow the washer door to be fully opened.
- Additional spacing should be considered for ease of installation and servicing.
- Additional clearances might be required for wall, door, and floor moldings.
- Additional spacing of 1" (2.5 cm) on all sides of the washer is recommended to reduce noise transfer.
- Companion appliance spacing should also be considered.

### Washer Dimensions




### Recommended installation spacing for custom undercounter installation

The dimensions shown are for the recommended spacing.

**Custom undercounter installation - Washer only**




### Recommended installation spacing for recessed or closet installation, with or without a pedestal

The dimensions shown are for the recommended spacing.

**Recessed area or closet installation**




A B

*A. Side view - closet or confined area*
*B. Closet door with vents*

*Min. top and bottom air openings for closet door.

**Recessed or closet installation - Washer on pedestal**




A B

*A. Recessed area*
*B. Side view - closet or confined area*



W0026739

## Recommended installation spacing for recessed or closet installation, with stacked washer and dryer

The dimensions shown are for the recommended spacing.




*Min. top and bottom air openings for closet door.

**External exhaust elbow requires additional space.

***Wall, door and floor molding may require additional spacing.

## Recommended installation spacing for cabinet installation

- The dimensions shown are for the recommended spacing.
- For cabinet installation, with a door, the minimum ventilation openings in the top are required.




# Drain System

The washer can be installed using the standpipe drain system (floor or wall), the laundry tub drain system, or the floor drain system. Select the drain hose installation method you need. See "Tools and Parts."

### Standpipe drain system - wall or floor (views A & B)

The standpipe drain requires a minimum diameter standpipe of 2" (5 cm). The minimum carry-away capacity can be no less than 17 gal. (64 L) per minute.

The top of the standpipe must be at least 30" (76.2 cm) high and no higher than 96" (2.4 m) from the bottom of the washer.




*A* *B*

### Laundry tub drain system (view A)

The laundry tub needs a minimum 20 gal. (76 L) capacity. The top of the laundry tub must be at least 30" (76.2 cm) above the floor.

### Floor drain system (view B)

The floor drain system requires a siphon break that may be purchased separately. See "Tools and Parts."

The siphon break must be a minimum of 28" (71 cm) from the bottom of the washer. Additional hoses might be needed.




*A* *B*

## Electrical Requirements

**⚠WARNING**



Electrical Shock Hazard

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

- A 120 volt, 60 Hz., AC only, 15- or 20-amp, fused electrical supply is required. A time-delay fuse or circuit breaker is recommended. It is recommended that a separate circuit serving only this appliance be provided.
- This washer is equipped with a power supply cord having a 3 prong ground plug.
- To minimize possible shock hazard, the cord must be plugged into a mating, 3 prong, ground-type outlet, grounded in accordance with local codes and ordinances. If a mating outlet is not available, it is the personal responsibility and obligation of the customer to have the properly grounded outlet installed by a qualified electrician.
- If codes permit and a separate ground wire is used, it is recommended that a qualified electrician determine that the ground path is adequate.
- Do not ground to a gas pipe.
- Check with a qualified electrician if you are not sure the washer is properly grounded.
- Do not have a fuse in the neutral or ground circuit.

### GROUNDING INSTRUCTIONS

**For a grounded, cord-connected washer:**
This washer must be grounded. In the event of a malfunction or breakdown, grounding will reduce the risk of electrical shock by providing a path of least resistance for electric current. This washer is equipped with a cord having an equipment-grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances.

**WARNING:** Improper connection of the equipment-grounding conductor can result in a risk of electric shock. Check with a qualified electrician or serviceman if you are in doubt as to whether the appliance is properly grounded.

Do not modify the plug provided with the appliance – if it will not fit the outlet, have a proper outlet installed by a qualified electrician.

**For a permanently connected washer:**
This washer must be connected to a grounded metal, permanent wiring system, or an equipment grounding conductor must be run with the circuit conductors and connected to the equipment-grounding terminal or lead on the appliance.

# INSTALLATION INSTRUCTIONS

## Remove Transport System

**⚠WARNING**

Excessive Weight Hazard

**Use two or more people to move and install washer.**

**Failure to do so can result in back or other injury.**

**IMPORTANT:** Position the washer so that the rear of the unit is within approximately 3 ft (90 cm) of its final location.

There are 4 bolts in the rear panel of the washer that support the suspension system during transportation. These bolts also retain the power cord inside the washer until the bolts are removed.



1. Using a 13 mm wrench, loosen each of the bolts.



W0026741

2. Once the bolt is loose, move it to the center of the hole and completely pull out the bolt, including the plastic spacer covering the bolt.



3. Once all 4 bolts are removed discard bolt and spacers. Then pull the power cord through the opening of the rear panel and close the hole with the attached cap.
4. Close the bolt holes with the 4 transport bolt hole plugs.

**NOTE:** If the washer is to be transported at a later date, call your local service center. To avoid suspension and structural damage to your washer, it must be properly set up for relocation by a certified technician.

## Connect the Inlet Hoses

Make sure the washer drum is empty.

1. Attach the hose with the red color indicator to the Hot (left) inlet valve. Attaching the red coupling first makes it easier to tighten connection with pliers. Screw on coupling by hand until it is seated on the washer.
2. Attach the hose with the blue color indicator to the Cold (right) water inlet valve. Screw on coupling by hand until it is seated on the washer.




*H. Hot water inlet*
*C. Cold water inlet*

3. Using pliers, check the tightness of the hose couplings already attached to the washer.

   **NOTE:** Do not overtighten. Damage to the coupling can result.
4. Attach the hose with the red color indicator to the hot water faucet. Screw on coupling by hand until it is seated on the washer.
5. Attach the hose with the blue color indicator to the cold water faucet. Screw on coupling by hand until it is seated on the washer.
6. Using pliers, tighten the couplings with an additional two-thirds turn.



   **NOTE:** Do not overtighten. Damage to the coupling can result.
7. Turn on the water faucets and check for leaks.

   **NOTE:** Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Record hose installation or replacement dates on the hoses for future reference.

   Periodically inspect and replace hoses if bulges, kinks, cuts, wear, or leaks are found.

## Route the Drain Hose

Proper routing of the drain hose protects your floors from damage due to water leakage. Read and follow these instructions.

**Remove drain hose from washer cabinet**

Gently pull the corrugated drain hose from the shipping clips.



**Laundry tub drain or standpipe drain**

Connecting the drain hose form to the corrugated drain hose.



A B

*A. Snap either end of the drain hose form to the drain hose at the point where the corrugation begins.*
*B. Bend drain hose over drain hose form and snap into place.*

**To keep drain water from going back into the washer:**

- Do not straighten the drain hose, and do not force excess drain hose into standpipe. Hose should be secure, but loose enough to provide a gap for air.
- Do not lay excess hose on the bottom of the laundry tub.

### Floor drain

You may need additional parts. See Floor drain under "Tools and Parts."

## Secure the Drain Hose

1. Drape the power cord over the washer top.
2. Secure the drain hose to the laundry tub leg or standpipe with the beaded strap provided. (See illustrations A and B.)



A B C

If the washer faucets and the drain standpipe are recessed (see illustration C), put the hooked end of the drain hose in the standpipe. Tightly wrap the beaded strap around the water inlet hoses and the drain hose.

Do not force excess drain hose into the standpipe.

## Level the Washer

Properly leveling your washer avoids excessive noise and vibration.

1. Check the levelness of the washer by placing a level on the top edge of the washer, first side to side, then front to back.



If the washer is against a wall, move the washer out slightly before tipping back. If the washer is not level, first prop the front with a wood block and adjust the feet as necessary; then prop the back and adjust feet as necessary. Repeat this step until washer is level.

2. Make sure all four feet are stable and resting on the floor. Then check that the appliance is perfectly level (use a level).
3. After the washer is level, use a 17 mm open-end wrench to turn the nuts on the feet tightly against the washer cabinet.

   **IMPORTANT:** All 4 feet must be tightened. If the nuts are not tight against the washer cabinet, the washer may vibrate.
4. The washer should not move front to back, side to side, or diagonally when pushed on its top edges.
5. Slide the washer to its final location.
6. Confirm the levelness of the washer.

## Complete Installation

1. Check the electrical requirements. Be sure that you have the correct electrical supply and the recommended grounding method. See "Electrical Requirements."
2. Check that all parts are now installed. If there is an extra part, go back through the steps to see which step was skipped.
3. Check that you have all of your tools.
4. Dispose of/recycle all packaging materials.
5. Check that the water faucets are on.
6. Check for leaks around faucets and inlet hoses.

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

7. Plug into a grounded 3 prong outlet.
8. Read "Washer Use."
9. To test and to clean your washer, measure ½ the detergent manufacture's recommended amount of HE High Efficiency detergent for a medium size loads. Pour the detergent into the detergent dispenser. Select NORMAL/CASUAL, and then select HOLD TO START. Allow the washer to complete one whole cycle.

*Use only HE High Efficiency detergent.*



W0026743

# FEATURES AND BENEFITS

### Woolmark

The wool wash cycle of this machine has been approved by Woolmark for the washing of machine washable Woolmark products provided that the products are washed according to the instructions on the garment label and those issued by the manufacturer of this washing machine, M0301.

### Electronic Controls
Flexible electronic controls are easy to use whether you are a beginner or an expert.

### Smart Dispensers
The Smart Dispensers make your washer truly automatic. This washer provides a four-compartment dispenser which includes separate compartments for main wash detergent, fabric softener, bleach, and auto prewash or auto soak. The dispenser has large pour zones, is self-cleaning, and can be easily removed. Laundry products are diluted with fresh water and added to the load at the proper time in the wash cycle.

### Auto Water Level
This washer automatically adjusts water level for best cleaning and rinsing performance. Two sensors determine load size, load composition, and suds level, then the sensors adjust the water level to the proper setting. This eliminates guesswork. The water level is just right for every wash load size.

### Larger Load Size
Since there is no agitator, you can wash larger, bulkier items like a king-sized bedspread. You are also able to wash more clothes at one time, which means fewer loads.

### Suspension System
To reduce washer "walk" and "off-balance" conditions, your new washer combines:

- 2 Springs to isolate vibration
- 4 Shock absorbers at the washer base to minimize movement

### Stainless Steel Drum
The stainless steel drum eliminates corrosion and enables higher spin speeds for more water extraction, reducing drying time.

### High-Efficiency Wash System
Your new front-loading, high-efficiency washer saves time with fewer, larger loads, and lowers your water and energy bills by helping conserve resources.

### Spin Speeds
This washer automatically selects the spin speed based on the cycle selected. This factory setting can be changed, however. This washer offers up to five different spin speed choices.

### Heating Element
This washer has a heating element that automatically heats the water to the best temperature on select cycles. This enables stepped cleaning, a process in which warm water is brought in and mixed with detergent first, then the water is heated. The warm water cleans stains such as blood and eggs, and the heated water removes oily stains such as perspiration and dirty mechanical oil. This heater is active in the Sanitary, Whitest Whites and Heavy Duty cycles, and in the Stain Treat option.

### ACCUWASH™ Automatic Tremperature Control
The ACCUWASH™ control electronically senses and maintains a uniform water temperature. ACCUWASH control regulates incoming hot and cold water. ACCUWASH control is automatically turned On when a cycle is selected.

### Add A Garment
When this option is available at the beginning of the cycle, the Add A Garment Status Light will glow for the first 8 minutes. This washer allows an 8-minute period in which forgotten garments may be added to a load.

### CATALYST® Cleaning Action with Direct Injection
This washer channels 100% of the water through the dispensers to assure thorough rinse-out and mixture of all the additives before they touch any garments. The water is then sprayed from the top front onto the center of the load, providing even distribution and optimum cleaning performance. It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

### Efficient Detergent System
This washer has a specially designed valve that closes during the wash portion of the cycle so that 100% of the water and detergent mixture is used on the load. The Efficient Detergent System ensures that no water or detergent is wasted.

### Dynamic Off-Balance Detection
This washer uses two sensors to detect load size and the amount of off-balance within the load. The suspension system and controls are specially designed to redistribute the load automatically.

# WASHER USE




**NOTE:** The panel shown above may be different from that of your model.

## Starting Your Washer

**⚠WARNING**



**Fire Hazard**

**Never place items in the washer that are dampened with gasoline or other flammable fluids.**

**No washer can completely remove oil.**

**Do not dry anything that has ever had any type of oil on it (including cooking oils).**

**Doing so can result in death, explosion, or fire.**

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to specific sections of this manual for more detailed information.

Do not store laundry products on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

**First Wash Cycle Without Laundry**

Before washing clothes for the first time, select the NORMAL/ CASUAL cycle and run the washer without clothes. Measure ½ the manufacture's recommended amount of HE High Efficiency detergent for a medium size loads. This initial cycle serves to ensure the interior is clean before washing clothes.

1. **To load washer**
   Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.
   - The washer can be fully loaded, but not tightly packed. Washer door should close easily.
   - Mix large and small items and avoid washing single items. Load evenly.
   - Wash small items, such as infant socks, in mesh garment bags. It is recommended that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.
   - When unloading garments, occasionally check under the rubber rim at the front of the tub for small items.
2. Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.

   **NOTE:** After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin. The door can be opened only if PAUSE/CANCEL is selected while the ADD A GARMENT light is glowing or if the cycle has been canceled. See "To cancel a cycle" in "Changing, Cycles, Options and Modifiers" section.
3. Open the dispenser drawer and add laundry products to the detergent, bleach, or fabric softener compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."
4. Turn on the washer by selecting CONTROL ON. Select one of the cycles by turning the cycle selector. The indicator light for the selected cycle will glow. When selecting a wash cycle, the preset Options, Water Temp, Spin Speed, and Soil Level for the selected cycle will glow. The display shows the estimated time remaining. The preset settings provide the recommended fabric care for the selected cycle. See "Cycles."



W0026745

5. Select the desired OPTIONS. Not all options are available with all cycles. See "Options."
6. Select the desired MODIFIERS. Not all modifiers are available with all cycles and options. See "Modifiers."
7. If desired, select the END OF CYCLE SIGNAL. The signal is helpful when you are washing items that should be removed from the washer as soon as it stops. Select LOUDER, SOFTER or OFF.
8. **To begin the wash cycle immediately**
   Select HOLD TO START.
   - If you do not select HOLD TO START within 5 minutes of choosing a cycle, the washer automatically shuts off.
   - When the wash cycle is complete, the CYCLE COMPLETE status light glows, the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 5 minutes after the cycle is complete and the CYCLE COMPLETE light goes off. To power down the washer manually after the wash cycle is complete, select PAUSE/CANCEL once.
9. **To begin the wash cycle later**
   Select DELAY WASH until the desired delay time (in hours) shows in the Estimated Time Remaining display. Select START. The countdown to the wash cycle will show in the display window.
   - When delaying a cycle, use only powdered detergents in the main wash compartment since liquid detergents may seep out of the compartment during Delay, before the wash cycle begins.

---

## Using the Dispenser

Your new washer has a dispenser drawer with four separate compartments for your laundry products—two are for detergent, one is for liquid chlorine bleach, and one is for liquid fabric softener. Laundry products are diluted and dispensed automatically at the proper time during the wash cycle, making it unnecessary for you to return to the washer during the cycle to add them.

It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

Do not put laundry additives directly into the wash tub. Always use the proper dispensers when adding laundry products.

### Choosing the Right Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

**To fill dispenser compartments**

1. Pull out the dispenser drawer.
2. Add the desired laundry product to the proper compartment.
3. Push in the dispenser drawer slowly and completely (to avoid a spill).




*Dispenser*

*A. Prewash detergent compartment*
*B. Separator*
*C. Main Wash detergent compartment*
*D. Dispenser release lever*
*E. Chlorine bleach compartment*
*F. Fabric softener compartment*

### Prewash detergent compartment

(Letter A in Dispenser Illustration)

Add detergent to this compartment when using the Prewash option or Auto Soak. Liquid or powdered detergent may be used in this compartment. The detergent will automatically be dispensed during Prewash if the Prewash option is selected or during the soak time if Auto Soak is selected.

- Using only HE High Efficiency detergent, add ⅓ the recommended amount to the Prewash compartment and ⅔ the recommended amount to the Main Wash compartment.
- Do not fill beyond the "MAX" level.

### Main Wash detergent compartment

(Letter C in Dispenser Illustration)

Add liquid or powdered detergent to this compartment for your main wash cycle. The detergent separator must always be in place, either in the front or back position.

**IMPORTANT:** If you are using the Prewash, Soak or Delay option, powdered detergent must be used in the Main Wash compartment, since liquid detergents may seep out of the Main Wash compartment before the main wash begins.

- Do not fill beyond the "MAX" level. Use the detergent manufacturer's recommended amount for load size.
- Liquid or powdered color-safe bleach may be added to the Main Wash compartment along with the same type of detergent, liquid or powdered.

- **Liquid detergent:** Put the separator in the front position, between the guides, as shown following. There will be no gap between the bottom of the wash cycle detergent compartment and the bottom of the separator.




*Separator in front position, between guides*

*A. Separator*
*B. Guide*

- **Powdered detergent:** Put the separator in the back position, behind the guides, as shown following. There will be a gap between the bottom of the wash cycle detergent compartment and the bottom of the separator.




*Separator in back position, behind guides*

*A. Separator*
*B. Guide*

**NOTE:** The separator will be in the POWDER (back) position when shipped from the factory.

### Chlorine bleach compartment

(Letter E in Dispenser Illustration)

Add no more than ⅓ cup (80 mL) liquid chlorine bleach to this compartment. The bleach will be automatically diluted and dispensed at the optimum time during the first rinse after the wash cycle. This compartment cannot dilute powdered bleach.

- Always measure liquid chlorine bleach. Use a measuring cup with a pour spout; do not guess.
- Do not fill beyond the "MAX" level. Overfilling could cause severe garment damage.

### Fabric softener compartment

(Letter F in Dispenser Illustration)

Add ¼ cup (60 mL) liquid fabric softener to this compartment. Fabric softener will be automatically dispensed in the final rinse.

- Do not fill beyond the "MAX" level.

## Pausing or Restarting

1. To pause the washer at any time, select PAUSE/CANCEL.
2. To continue the cycle, select HOLD TO START (for approximately 1 second).

## Changing Cycles, Options and Modifiers

Not all Options and Modifiers are available with all cycles. Cycles, Options and Modifiers can be changed anytime before HOLD TO START is selected.

Options and Modifiers can be changed anytime after HOLD TO START is selected and before the start of the selected Option or Modifier.

**To cancel a cycle and select a new cycle**

1. Select PAUSE/CANCEL twice.
2. Select desired cycle.
3. Select the desired OPTIONS or MODIFIERS.
4. Select HOLD TO START (for approximately 1 second) to restart the washer at the beginning of the new cycle.

**To cancel a cycle**

1. Select PAUSE/CANCEL twice.
2. The washer powers down, the door unlocks, and clothes can be removed.

**NOTE:** If the water level or the temperature is too high, the washer will drain automatically before the door unlocks.

**To change Options or Modifiers after the cycle has started**

1. Select PAUSE/CANCEL.
2. Select the desired OPTIONS or MODIFIERS.
3. Select HOLD TO START (for approximately 1 second) to continue the cycle.

**To drain the washer manually**

1. Select PAUSE/CANCEL.
2. Select DRAIN/SPIN.
3. Select HOLD TO START (for approximately 1 second) to begin the drain.
4. When the spin is complete, the door unlocks. Items can be removed from the washer.

## Status Lights

These lights show which portion of the cycle the washer is operating. They also indicate when you can add an additional item to the wash cycle and when the controls are locked.






W0026747

## Adding items

This washer allows an 8-minute period in which forgotten garments may be added to the load. You can add items to the washer if the ADD A GARMENT status light is glowing.

**To add items**

1. Select PAUSE/CANCEL. The washer door unlocks, and items can be added.
2. To continue the cycle, close the door and select HOLD TO START (for approximately 1 second).
3. To unlock the door after the Add a Garment period, press PAUSE/CANCEL twice. This will cancel the Wash Cycle.

## Cycle Complete

The cycle complete light stays on for 5 minutes after the cycle is complete, and then the washer shuts off.

## Locking controls

The Control Lock avoids unintended use of the washer. You can also use the control lock feature to avoid unintended cycle or option changes during a cycle. When CONTROL LOCKED is lit, all buttons are disabled except for PAUSE/CANCEL and START. You can lock the controls while the washer is operating.

**To lock the controls**

Select and hold END OF CYCLE SIGNAL for 3 seconds.




The CONTROL LOCKED status light glows.

**To unlock the controls**

Select and hold END OF CYCLE SIGNAL for 3 seconds until the CONTROL LOCKED status light turns off.

## Door Locked

When the status light glows, the door is locked.

## Estimated time remaining

The cycle time varies automatically based on your water pressure, water temperature, detergent and clothes load. The cycle time will be extended if oversudsing occurs or the load is unbalanced. The SUDs routine removes extra suds and assures proper rinsing of your garments. During the unbalance routine the time displayed may pause until this activity is complete, then resume with the cycle. These routines may add up to a half-hour to the default cycle time.

# Cycles

Cycles can be selected by turning the Cycle control knob to the desired cycle. Each cycle is designed for different types of fabric and soil levels.




- Each cycle has a preset Soil Level (cycle time), Water Temperature and Spin Speed, and may have preset options. The preset settings provide the recommended fabric care for the selected cycle.
- The preset settings can be changed anytime before HOLD TO START is pressed. Not all options and modifiers are available with all cycles. (To change settings after the cycle has started, press PAUSE/CANCEL, then select the desired settings. Press HOLD TO START to continue the cycle.)

## Sanitary

Use this cycle to clean heavily soiled, colorfast fabrics. This cycle combines a super hot water temperature and fast speed tumbling to help ensure the removal of heavy soils and stains. It is recommended that you set your hot water heater to 120°F (49°C) to ensure proper performance during this cycle. The Sanitary cycle also helps eliminate 99.999% of 3 common infectious bacteria, even when no bleach is used. Extra high speed spin helps shorten drying time.

## Whitest Whites

This cycle is especially designed for cleaning loads of soiled white fabrics with the addition of bleach. Hot washing temperatures assure optimal bleach activity. An additional rinse provides optimal rinse performance to avoid chlorine residues on your laundry. This cycle combines fast-speed tumbling, longer wash time, and extra high speed spin to shorten drying time.

## Heavy Duty

Use this cycle to wash loads of sturdy, colorfast fabrics and heavily soiled garments. This cycle combines fast-speed tumbling, longer wash time, and extra high speed spin to shorten drying times. If the water temperature is lower than needed for this cycle, the heater will warm the water to the optimum temperature.

## Normal/Casual

Use this cycle to wash loads of no-iron fabrics, such as sport shirts, blouses, casual business clothes, permanent press blends, cottons and linens, and synthetic fabrics. This cycle combines medium-speed tumbling, high-speed spin, and a load cooling process to reduce wrinkling.

## Bulky Items

Use this cycle to wash large items such as blankets and comforters. This cycle starts with a soak to thoroughly saturate your large load. This is followed by medium wash action and low-speed spin only to maintain load balance.

### Quick Wash
Use this cycle to wash small loads of 2-3 lightly soiled garments that are needed in a hurry. This cycle combines fast-speed tumbling, a shortened wash time, and extra high speed spin to shorten drying time.

### Delicate/ Hand Washables
Use this cycle to clean hand washable and special-care garments. Similar to the way garments are handwashed in a sink, the wash action of this cycle combines periods of low speed tumbling and soaking. Low speed spin reduces wrinkling.

### Silk
Use this cycle to clean washable silk garments. (Check label instructions to make sure that garment is washable.) This cycle gently tumbles and drains without spinning to gently clean garments and minimize wrinkling. Because there is no spinning action, garments will contain a higher amount of water at the end of this cycle.

### Wool
Use this cycle to clean machine washable woolen garments. (Check the care instructions to make sure that garment is washable.) This cycle features gentle tumbling and low-speed spin to provide optimum garment care.

### Active Wear
Use this cycle to wash small loads of exercise wear such as biking shorts, tank tops, running tights, and other high performance clothing. This cycle combines low-speed tumbling and medium speed spin for gentle fabric care.

### Soak
Use the Soak cycle to remove small spots of set-in stains on fabrics. This cycle provides a soak time with warm or cold water followed by drain. Extra water, a short tumbling phase for equal distribution of the laundry, and a soaking time without drum movement improve the removal of set-in stains. Drain without spin assures gentle treatment, even for delicate articles.

### Rinse/Spin
Use this cycle to get a rinse and spin only. This cycle combines fast-speed tumbling and extra high speed spin. If desired, you can reduce the spin speed by selecting the speed you want from the SPIN SPEED modifier.

**A Rinse/Spin cycle is useful for**

- Loads that need rinsing only.
- Adding fabric softener to a load.

### Drain/Spin
Use this cycle to drain your washer or to drain and spin your wash load. The spin speed is preset to extra high. If desired, you can reduce the spin speed by selecting the speed you want from the SPIN SPEED modifier.

**NOTE:** Loads of synthetics, delicate fabrics, handwashables, and woolens should be drained with no spin or low spin speed to avoid fabric stress.

### Preset cycle settings
Each cycle has a preset Soil Level (cycle time), Water Temperature, and Spin Speed. The preset settings provide the recommended fabric care for the selected cycle. See chart.

| Cycle | Soil Level (cycle time) | Water Temp | Spin Speed |
|---|---|---|---|
| **Sanitary** | Normal (1:55) | Super Hot/Cold | Extra High |
| **Whitest Whites** | Normal (1:00) | Hot/Cold | Extra High |
| **Heavy Duty** | Normal (1:20) | Hot/Cold | Extra High |
| **Normal/ Casual** | Normal (0:40) | Warm/Cold | High |
| **Bulky Items** | Normal (0:55) | Warm/Cold | Low |
| **Quick Wash (2-3 items)** | Less soil (0:25) | Warm/Cold | Extra High |
| **Delicate/ Hand Washables** | Normal (0:30) | Cold/Cold | Low |
| **Silk** | Normal (0:26) | Cold/Cold | No Spin |
| **Wool** | Normal (0:30) | Cold/Cold | Medium |
| **Active Wear** | Normal (0:35) | Warm/Cold | Medium |
| **Soak** | Normal (0:30) | Warm/Cold | No Spin |
| **Rinse/Spin** | Normal (0:21) | Cold/Cold | Extra High |
| **Drain/Spin** | Normal (0:11) | N/A | Extra High |

**To change the preset cycle settings**

Press the selector of each setting until the desired setting glows.

### Normal Washer Sounds
As with any new product, you will hear sounds that you are not accustomed to. You may hear various sounds when the door is locked and unlocked, and during the washing, rinsing, and spinning process. Between changes in wash actions, there will be momentary pauses. You will hear water spraying and splashing during the wash and rinse cycles. These new sounds and pauses are part of normal washer operation.

## Options

You can customize your wash by adding options to your cycle selections. You can add or change an option after starting a cycle anytime before the selected option begins. Not all options are available with all cycles.




- See the "Laundry Guide" for an overview of possible options for each Wash Cycle selection.
- You can select more than one option for a cycle. Some options cannot be added to some cycles; for example, Prewash cannot be added to the Quick Wash cycle.
- If an option is available with a selected cycle, the light for that option will glow when selected.
- If an option is unavailable with a selected cycle, there will be a short tone, and the light for that option will not glow when selected.

### Delay Wash

Use this to begin the wash cycle later.

- Select Delay Wash until the desired time (in hours) shows in the Estimated Time Remaining display.
- Select START. The countdown to the wash cycle will show in the display window.
- When delaying a cycle, use only powdered detergents in the main wash compartment since liquid detergents may seep out of the compartment during Delay, before the wash cycle begins.

### Prewash

Use this option for heavily soiled loads that need pretreatment. This option adds a 15-minute prewash and drain to the main wash cycle.

**NOTES:**

- Add detergent to the Prewash and Main Wash compartments of the Dispenser Drawer.
- When using Prewash, do not use liquid detergent in the Main Wash compartment. Use powdered detergent for the main wash cycle.

**NOTE:** The Prewash and Auto Soak options cannot be selected in the same cycle.

### Auto Soak

Use the Auto Soak option for loads of heavily soiled cotton, linen, polyester or nylon with set-in stains. During Auto Soak, water will be added to the drum and the laundry will be equally distributed by a short tumbling phase. Laundry will then be soaked by phases without drum movement. After soaking, the washer drains without spinning.

- Add detergent to both the Prewash and Main Wash compartments of the Dispenser Drawer.
- Use powdered detergent for the main wash cycle because liquid detergent will seep into the washer during Auto Soak.
- For cycles with Hot Wash Temperatures, the Soak temperature is set to WARM. Otherwise the Soak temperature is the same as the Wash Temperature.
- The Auto Soak and Prewash options cannot be selected in the same cycle.

### Extra Rinse

An extra rinse can be used to aid in the removal of detergent or bleach residue from garments. This option provides an additional rinse with the same water temperature as the first rinse.

## Modifiers

Preset cycle settings of Water Temperature, Spin Speed, and Soil Level can be changed. You can change a modifier after starting a cycle anytime before the selected modifier begins. Not all modifiers are available with all cycles and options.

**NOTE:** The panel shown below may be different from that of your model.




- To change the water temperature, select the WATER TEMP button until the desired setting glows.
- To change the spin speed, select the SPIN SPEED button until the desired setting glows.
- To change the loudness of the End of Cycle Signal, select END OF CYCLE SIGNAL.




- To change cycle time, select SOIL LEVEL button.

### Wash/Rinse Temp

Select a water temperature based on the type of load you are washing. Use the warmest wash water safe for fabrics. Follow garment label instructions.

Warm rinses leave the loads dryer than cold rinses. Warm rinses increase wrinkling. In cold climates, a warm rinse makes the load more comfortable to handle. Cold rinses save energy.

### Temperature Guide

| Wash Water Temperature | Suggested Fabrics |
|---|---|
| **SUPER HOT** | Sturdy colorfast fabrics<br>Heavy soils |
| **HOT** | Whites and pastels<br>Heavy soils |
| **WARM** | Bright colors<br>Moderate to light soils |
| **COLD** | Colors that bleed or fade<br>Light soils |

*In wash water temperatures colder than 60°F (15.6°C), detergents do not dissolve well. Soils may be difficult to remove.*

### ACCUWASH™ Automatic Temperature Control

The ACCUWASH™ control electronically senses and maintains a uniform water temperature. ACCUWASH control regulates incoming hot and cold water. ACCUWASH control is automatically turned On when a cycle is selected. See "Preset Cycle Settings" in "Cycles." ACCUWASH control ensures consistent cleaning.

- ACCUWASH control works for all wash and rinse temperature settings.

## Laundry Guide

Refer to this chart for suggested load types and their corresponding cycles. Listed to the right are the options available to each of these washer cycles.

| CYCLE | SUGGESTED LOAD TYPE | AVAILABLE OPTIONS | | | |
|---|---|---|---|---|---|
| | | Delay Wash | Prewash* | Auto Soak* | Extra Rinse |
| **Sanitary** | Heavily soiled underwear, towels, work clothes, diapers, etc. | ✔ | ✔ | ✔ | ✔ |
| **Whitest Whites** | Soiled white fabrics | ✔ | ✔ | ✔ | ✔ |
| **Heavy Duty** | Heavily soiled underwear, towels, shirts, etc. | ✔ | ✔ | ✔ | ✔ |
| **Normal/Casual** | Normally soiled blouses, shirts, overalls, etc., made of polyester, nylon, cotton, linen, or cotton blends | ✔ | ✔ | ✔ | ✔ |
| **Bulky Items** | Normally soiled blankets and comforters | ✔ | | | ✔ |
| **Quick Wash** | 2-3 lightly soiled sports wear items made of cotton, polyester, nylon, or cotton blends | ✔ | | ✔ | ✔ |
| **Delicate/Hand Washables** | Special-care items marked "Hand Washable" | ✔ | | | ✔ |
| **Silk** | Fabrics made of silk identified as machine washable | ✔ | | | ✔ |
| **Wool** | Woolens with a felt-free finish, identified as machine washable | ✔ | | | ✔ |
| **Active Wear** | Use this cycle to wash small loads of exercise wear or other high-performance clothing that require gentle fabric care. | ✔ | ✔ | ✔ | ✔ |
| **Soak** | Fabrics made of cotton, linen, polyester or nylon | ✔ | | | |
| **Rinse/Spin** | Fabrics made of cotton, linen, polyester or nylon | ✔ | | | ✔ |
| **Drain/Spin** | Fabrics made of cotton, linen, polyester or nylon | ✔ | | | |

*Prewash and Auto Soak cannot be selected at the same time.

# LAUNDRY TIPS

## Preparing clothes for washing

Follow these recommendations to help you prolong the life of your garments.

- Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

- Close zippers, snaps, and hooks to avoid snagging other items. Remove pins, buckles, and other hard objects to avoid scratching the washer interior. Remove non-washable trim and ornaments.
- Empty pockets and turn them inside-out.
- Turn down cuffs; brush away lint and dirt.
- Turn synthetic knits inside-out to avoid pilling.
- Tie strings and sashes so they will not tangle.
- Mend tears, loose hems, and seams.
- Treat spots and stains.
- Stained or wet garments should be washed promptly for best results.
- Mix large and small items, avoid washing single items, and load evenly.
- Wash small items, such as infant socks, in a mesh garment bags. To create a balanced load it is recommend that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

  **NOTE:** If only washing garments in mesh bags, it is recommend that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

## Sorting

- Separate heavily soiled items from lightly soiled ones, even if they would normally be washed together. Separate lint-givers (towels, chenille) from lint-takers (corduroy, synthetics, permanent press). When possible, turn lint-givers inside-out.
- Separate dark colors from light colors, colorfast items from noncolorfast items.
- Sort by fabric and construction (sturdy cottons, knits, delicate items).

## Unloading

- Remove clothes from washer after the cycle is completed. Metal objects such as zippers, snaps, and buckles may rust if left in the washer basket for a long time.
- When unloading garments, occasionally check under the rubber rim at the front of the tub for small items.

## Loading

**Loading suggestions (maximum size loads).**

| | |
|---|---|
| **Heavy Work Clothes** | |
| 4 jeans<br>4 workpants<br>4 workshirts | 2 sweatpants<br>2 sweatshirts |
| **Towels** | |
| 10 bath towels<br>10 hand towels | 14 washcloths |
| **Mixed Load** | |
| 3 sheets (1 king, 2 twin)<br>4 pillowcases<br>3 shirts<br>3 blouses | 9 T-shirts<br>9 shorts<br>10 handkerchiefs |
| **Quick Wash**<br>(2-3 garments) | 2 dress shirts<br>1 pair dress paints |

# WASHER CARE

## Cleaning Your Washer

### Cleaning the door seal

1. Open the washer door and remove any clothing or items from the washer.
2. Inspect the gray colored seal between the door opening and the basket for stained areas. Pull back the seal to inspect all areas under the seal and to check for foreign objects.




*A. Seal*

3. If stained areas are found, wipe down these areas of the seal, using the procedure that follows.
   - a) Mix a dilute solution, using ¾ cup (177.4 mL) of liquid chlorine bleach, and 1 gal. (3.8 L) of warm tap water.
   - b) Wipe the seal area with the dilute solution, using a damp cloth.
   - c) Let stand 5 minutes.
   - d) Wipe down area thoroughly with a dry cloth and let the washer interior air dry with door open.

**IMPORTANT:**

- Wear rubber gloves when cleaning for prolonged periods.
- Refer to the bleach manufacturer's instructions for proper use.

### Washer Monthly Maintenance Procedure

Your washer has a special cycle stored within the machine's programming. Pressing a specific combination of buttons will access this cleaning cycle. This cycle uses higher water volumes in combination with liquid chlorine bleach to thoroughly clean the inside of your washing machine.

**NOTES:**

- Read these instructions completely before beginning the cleaning process.
- If necessary, the cleaning cycle may be interrupted by pressing the PAUSE/CANCEL button. However, this will not immediately stop the cycle. The machine will display "int" (interrupt) and continue with several rinse and drain steps to ensure that all remaining bleach is rinsed from the unit.

### Begin procedure

1. Open the washer door and remove any clothing or items from the washer.
2. Be sure the door is closed.
3. Open the dispenser drawer and remove the detergent divider from the Main Wash detergent compartment. See "Using the Dispenser" for instructions. No laundry products will be added at this time; you will be required to add only liquid chlorine bleach, at a later step.
4. To enter the cycle, a specific combination of buttons must be pressed.
   - Select the POWER button.
   - Select the RINSE/SPIN button.
   - Select LOW SPIN Speed.
   - Select Warm/Cold WATER TEMPERATURE.
   - Set the End of Cycle Signal to softer.
   - Push EXTRA RINSE button 4 times within 5 seconds to start the cycle. The door will lock, and filling will begin.

     **NOTE:** The water in the unit will dispense for a moment, then the door will unlock, lock again, and then the cycle will continue.
   - The machine will fill and run a short sensing cycle. This will take approximately 3 minutes.
5. The washer will provide 4 short tones. Check the Estimated Time Remaining display for the codes indicated below.
   - a) If the washer displays the letters "Ab" (Add Bleach) in the Estimated Time Remaining display, you will hear 4 short tones. Proceed to Step 6.
   - b) If the washer displays the letters "rL" (Remove Load) in the Estimated Time Remaining display, an error tone will sound. The door will unlock.
     - Open the door and remove the items from the washer.
     - Continue the cycle by pressing the START button.

       **NOTE:** The water in the unit will dispense for a moment, then the door will unlock, lock again, and then the cycle will continue with another check for items in the washer.
     - The machine will fill and run a short cycle to determine whether any items have been left in the washer. This will take approximately 3 minutes.
     - The washer will repeat Step 5 until it can determine that there are no items in the washer and will display "Ab" (add bleach).
6. Add liquid chlorine bleach.
   - a) If using the maintenance procedure for the first time, open the dispenser drawer and immediately add 1 cup (236.6 mL) liquid chlorine bleach to the Main Wash detergent compartment. The liquid chlorine bleach should immediately flow out of the dispenser.
   - b) If doing a monthly maintenance procedure, open the dispenser drawer and immediately add ⅓ cup (78.8 mL) liquid chlorine bleach to the Main Wash detergent compartment. The liquid chlorine bleach should immediately flow out of the dispenser.

     **NOTES:**
     - Water will be flowing into the dispenser drawer when the bleach is added. This is normal.
     - Do not add any detergent to this cleaning cycle. Use of more than 1 cup (236.6 mL) of bleach will cause product damage over time.
7. Once the cleaning cycle has begun, allow the cycle to complete. An estimated cycle time will appear on the display.
8. After the cleaning cycle is complete, leave the door open, slightly, to allow for better ventilation and drying of washer interior.

9. Replace the detergent compartment divider.

### Always do the following to maintain washer freshness

- Use only HE High Efficiency detergent.
- Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.
- Run this procedure using ⅓ cup (78.8 mL) of liquid chlorine bleach.
- If the procedure does not sufficiently improve the machine freshness, evaluate your installation and usage conditions for other causes.

### Cleaning the exterior

Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your washer to keep it looking new. Use mild soap and water. Do not use abrasive products.

### Cleaning the dispenser drawer

The dispenser drawer is removable for easy cleaning.

1. Unlock the dispenser drawer by pressing the Release Lever in the Prewash compartment. See "Using the Dispenser." Remove the drawer.
2. Remove the inserts (the siphon from the softener and bleach compartments and the separator).
3. Wash the parts under running water.
4. Replace the inserts and return the dispenser to the drawer.

## Water Inlet Hoses

Replace inlet hoses after five years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage, and Moving Care

Install and store your washer where it will not freeze. Because some water may stay in the hoses, freezing can damage your washer. If storing or moving your washer during freezing weather, winterize it.

### Non-use or vacation care:

Operate your washer only when you are at home. If you will be on vacation or not using your washer for an extended period of time, you should:

- Unplug washer or disconnect power.
- Turn off the water supply to the washer. This helps avoid unintended flooding (due to a water pressure surge) while you are away.
- Slightly open door to provide ventilation.

### To winterize washer:

1. Put 1 qt (1 L) of R.V.-type antifreeze in the drum.
2. Run washer on a DRAIN/SPIN cycle.
3. Unplug washer or disconnect power.
4. Shut off both water faucets.
5. Disconnect water inlet hoses from faucets and drain.

### To use washer again:

1. Flush water pipes. Reconnect water inlet hoses to faucets. Turn on both water faucets.

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

2. Plug in washer or reconnect power.
3. Run the washer through the NORMAL/CASUAL cycle. Measure ¼ the manufacture's recommended amount of HE High Efficiency detergent for a medium size loads.

### To transport the washer:

1. If washer will be moved during freezing weather, put in 1 qt (1 L) of R.V.-type antifreeze in the drum. Run washer on a DRAIN/SPIN cycle.
2. Unplug the power cord.
3. Disconnect the drain hose from the drain system and attach to rear panel clips.
4. Shut off both water faucets.
5. Disconnect the water inlet hoses from faucets, then drain the hoses and clip them to the rear panel of the washer.

**IMPORTANT:** Call service. Do not reuse transport bolts. Unit must be transported in the upright position. To avoid suspension and structural damage to your washer, it must be properly set up for relocation by a certified technician.

### Reinstalling the washer

1. Follow the "Installation Instructions" to locate, level and connect the washer.
2. Run the washer through the NORMAL/CASUAL cycle. Measure ¼ the manufacture's recommended amount of HE High Efficiency detergent for a medium size loads.

# TROUBLESHOOTING

**First try the solutions suggested here to possibly avoid the cost of a service call...**

## Washer displaying code message and tone sounds

- **"FH" (Water Inlet Problem—no water or insufficient water supply)**
  Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Are water faucets completely turned on?

  Are screens at inlet hose connection to washer clogged?

  Are water inlet hoses kinked?

  Are water inlet hoses frozen?

  Plug in washer or reconnect power. Re-select cycle and press HOLD TO START. If the problem remains, call for service.

- **"F02" (Drain Problem)**
  Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Is the drain hose kinked?

  Is the drain hose frozen?

  Is the drain hose clogged?

  Is the drain hose more than 96" (2.4 m) above the floor?

- **"SUD" (Suds Routine)**
  When excessive suds are detected, a suds routine automatically starts. This routine removes extra suds and assures proper rinsing of your garments. "SUD" is displayed during rinsing and at the end of the cycle to inform you that Suds Routine was activated. Use only HE (High Efficiency) detergents.

- **"F" Variables [other than FH, F02, and SUD] (Electrical Problem)**
  Select PAUSE/CANCEL twice to cancel the cycle. Select DRAIN/SPIN if there is excessive water in the washer.

  Re-select cycle and press HOLD TO START. If the problem remains, call for service.

## Washer won't start

**⚠WARNING**



Electrical Shock Hazard

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is the washer door firmly closed?

  Has a cycle been selected, but HOLD TO START has not been selected and held for 1-second?

  Was the door open after completion of last cycle?

## Washer won't fill, wash or rinse

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug?
  Check electrical source or call electrician.

  Are the hot and cold water faucets turned on?

  Is the water inlet hose kinked?

  Are the water inlet valve screens clogged?

### Washer stops

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug?
  Check electrical source or call electrician.

  Has a household fuse blown, or has a circuit breaker tripped?
  Replace the fuse or reset the circuit breaker. If the problem continues, call electrician.

  Are you using an extension cord?
  Do not use an extension cord.

### Washer won't drain or spin

- **Is the drain hose clogged, or the end of the drain hose more than 96" (2.4 m) above the floor?**
- **Is your voltage low?**
  Check electrical source or call electrician. Do not use an extension cord.
- **Is the "SUD" routine active?**
  Cycle will complete once extra suds are removed.
- **Is the load balanced?**
  A single or bulky item may cause imbalance. Add more items or redistribute the load.

### Washer makes noise or vibrates

- **Is the washer level?**
  The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.

  As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.
- **Are you washing items with metal snaps, buckles or zippers?**
  You may hear metal items touching the washer drum. This is normal.
- **Is washer installed on a sturdy and solid floor?**
  Refer to the "Installation Instructions" for flooring requirements. Noise and vibration may be reduced by placing a piece of ¾" (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

### Washer leaks

- **Check household plumbing for leaks.**

### Dispensers clogged or leaking

- **Are the laundry products in the correct dispenser compartment?**
  Add the correct amounts of detergent, fabric softener or liquid chlorine bleach to the correct compartments. Add powdered or liquid color-safe bleach to the Main Wash compartment. Be sure to match powdered color-safe bleach with powdered detergent or match liquid color-safe bleach with liquid detergent.
- **Is the detergent separator in the correct position?**
  Separator should be in the front position when using liquid detergent and in the back position when using powdered detergent.

### Washer odor

- **See "Cleaning Your Washer" in "Washer Care".**
- **Are you using HE detergent?**
  Use of non-HE detergent can cause a film residue which can result in odor.
- **Did you leave the door open after use?**
  This washer has a tight seal to avoid water leaks. To avoid odors leave the door open to allow the washer to dry between uses.

### Load too wet

- **Did you use the right cycle for the load being washed?**
  Select a cycle with a higher spin speed.
- **Did you wash a single item or bulky items or have you overloaded the washer?**
  A single item, bulky items, or overloading may cause imbalance. Add items or try to evenly distribute your wet laundry in the drum, and start a DRAIN/SPIN cycle. If the laundry is still wet, take half of the load out of the washer and try again.

### Residue or lint on load

- **Did you add detergent to the dispenser?**
  For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.
- **Did you sort properly?**
  Sort lint givers (towels, chenille) from lint takers (corduroy, synthetics). Also sort by color.
- **Did you overload the washer?**
  Do not overload the washer. The washer can be fully loaded, but not tightly packed. The wash load must be balanced. Lint can be trapped in the load if overloaded.

- **Check the following:**
  Was paper or tissue left in pockets?
- **Did you use enough HE detergent?**
  Use enough detergent to remove lint and hold it in suspension. Use only HE detergent. Follow the manufacturer's instructions to determine the amount of detergent to use.
- **Is your water colder than 60°F (15.6°C)?**
  Wash water colder than 60°F (15.6°C) may not completely dissolve the detergent.
- **Are you using a low speed wash cycle?**
  Powdered detergents may not dissolve well in a slow speed cycle. For best results, use liquid detergent for slow speed cycles such as Delicate/Hand Washables, Silk and Wool.

## Stains on load

- **Did you add detergent to the dispenser?**
  For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.
- **Did you use enough HE detergent?**
  Use enough detergent to remove soil and hold it in suspension. Use only HE detergent. Follow the manufacturer's instructions to determine the amount of detergent to use.
- **Is there above average iron (rust) in water?**
  You may need to install an iron filter.
- **Did you properly sort the load?**
  Sort dark clothes from whites and lights.
- **Did you unload the washer promptly?**
  To avoid dye transfer, unload the washer as soon as it stops.
- **Did you use a fabric softener dispensing ball?**
  Dispensing balls will not operate correctly with this washer. Add liquid fabric softener to the fabric softener compartment.
- **Did you use powdered detergent in a low-speed cycle?**
  Consider using liquid detergent.
- **Did you use Quick Wash on a large load?**
  For best results, use Quick Wash for small, lightly soiled loads.

## Load is wrinkled

- **Did you unload the washer promptly?**
  Unload the washer as soon as it stops.
- **Did you use the right cycle for the load being washed?**
  Use the Delicate/Hand Washables cycle or another cycle with a low spin speed to reduce wrinkling.
- **Did you overload the washer?**
  The wash load must be balanced and not overloaded. Loads should tumble freely during washing.

## Gray whites, dingy colors

- **Did you properly sort the load?**
  Dye transfer can occur when mixing whites and colors in a load. Sort dark clothes from whites and lights.
- **Was the wash temperature too low?**
  Use hot or warm washes if safe for the load. Make sure your hot water system is adequate to provide a hot water wash.
- **Did you use enough detergent, or do you have hard water?**
  Use more detergent for washing heavy soils in cold or hard water.

## Cycle too long

- **Did you choose the Sanitary cycle?**
  The heater will be activated to provide maximum cleaning performance. Additional time will be added to the regular cycle to heat the water. This additional time will depend on the load size and the hot water inlet temperature.
- **Is "SUD" shown in the display?**
  Excessive sudsing has been detected and a suds routine has been started to destroy excessive suds. This routine will add time to the original cycle.
- **Did you wash a large load using the Quick Wash cycle?**
  The Quick Wash Cycle is designed for smaller load sizes (2-3 items of lightly soiled garments). If larger loads are washed using this cycle, wash time will be increased.
- **Did you wash a large load using a gentle cycle?**
  When using the Delicate/Hand Washables, Silk, and Wool cycles you should use small loads. This ensures a gentle wash for your garments without increasing cycle times.
- **Did the load cause imbalance?**
  When too much imbalance occurs, an imbalance routine will start to redistribute the load. During the imbalance routine, the time displayed may pause until this activity is complete, then resume with the remainder of the cycle.

## Door locked at end of wash cycle

- **Did all of the water drain out of the washer during the spin?**
  Select DRAIN/SPIN to remove any water remaining in the washer. The washer door will unlock at the end of the drain.

# ASSISTANCE OR SERVICE

Before calling for assistance or service, please check "Troubleshooting." It may save you the cost of a service call. If you still need help, follow the instructions below.

When calling, please know the purchase date and the complete model and serial number of your appliance. This information will help us to better respond to your request.

## If you need replacement parts

If you need to order replacement parts, we recommend that you only use FSP® factory specified parts. These parts will fit right and work right because they are made with the same precision used to build every new WHIRLPOOL® appliance.

**To locate FSP replacement parts in your area:**

In the U.S.A., call the Customer eXperience Center at **1-800-253-1301**, or your nearest designated service center.

In Canada, call **1-800-807-6777**, or your nearest designated service center.

## In the U.S.A.

Call the Whirlpool Customer eXperience Center toll free: **1-800-253-1301.**

**Our consultants provide assistance with:**

- Features and specifications on our full line of appliances
- Installation information
- Use and maintenance procedures
- Accessory and repair parts sales
- Specialized customer assistance (Spanish speaking, hearing impaired, limited vision, etc.)
- Referrals to local dealers, repair parts distributors, and service companies

Whirlpool designated service technicians are trained to fulfill the product warranty and provide after-warranty service anywhere in the United States.

To locate the Whirlpool designated service company in your area, you can also look in your telephone directory Yellow Pages.

## For further assistance

If you need further assistance, you can write to Whirlpool Corporation with any questions or concerns at:

Whirlpool Brand Home Appliances
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Please include a daytime phone number in your correspondence.

## In Canada

Call the Whirlpool Canada LP Customer Interaction Centre toll free: **1-800-807-6777.**

**Our consultants provide assistance with:**

- Use and maintenance procedures
- Accessory and repair parts sales
- Features and specifications on our full line of appliances
- Referrals to local dealers, repair parts distributors, and service companies. Whirlpool Canada LP designated service technicians are trained to fulfill the product warranty and provide after-warranty service anywhere in Canada.

## For further assistance

If you need further assistance, you can write to Whirlpool Canada LP with any questions or concerns at:

Customer Interaction Centre
Whirlpool Canada LP
1901 Minnesota Court
Mississauga, Ontario L5N 3A7

Please include a daytime phone number in your correspondence.

# WHIRLPOOL CORPORATION MAJOR APPLIANCE WARRANTY

## ONE YEAR LIMITED WARRANTY

For one year from the date of purchase, when this major appliance is operated and maintained according to instructions attached to or furnished with the product, Whirlpool Corporation or Whirlpool Canada LP (hereafter "Whirlpool") will pay for FSP ® replacement parts and repair labor to correct defects in materials or workmanship. Service must be provided by a Whirlpool designated service company.

## ITEMS WHIRLPOOL WILL NOT PAY FOR

1. Service calls to correct the installation of your major appliance, to instruct you how to use your major appliance, to replace or repair house fuses or to correct house wiring or plumbing.
2. Service calls to repair or replace appliance light bulbs, air filters or water filters. Those consumable parts are excluded from warranty coverage.
3. Repairs when your major appliance is used for other than normal, single-family household use.
4. Damage resulting from accident, alteration, misuse, abuse, fire, flood, acts of God, improper installation, installation not in accordance with electrical or plumbing codes, or use of products not approved by Whirlpool.
5. Any food loss due to refrigerator or freezer product failures.
6. Replacement parts or repair labor costs for units operated outside the United States or Canada.
7. Pickup and delivery. This major appliance is designed to be repaired in the home.
8. Repairs to parts or systems resulting from unauthorized modifications made to the appliance.
9. Expenses for travel and transportation for product service in remote locations.
10. The removal and reinstallation of your appliance if it is installed in an inaccessible location or is not installed in accordance with published installation instructions.

## DISCLAIMER OF IMPLIED WARRANTIES; LIMITATION OF REMEDIES

CUSTOMER'S SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE PRODUCT REPAIR AS PROVIDED HEREIN. IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO ONE YEAR OR THE SHORTEST PERIOD ALLOWED BY LAW. WHIRLPOOL SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. SOME STATES AND PROVINCES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR LIMITATIONS ON THE DURATION OF IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS, SO THESE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE OR PROVINCE TO PROVINCE.

Outside the 50 United States and Canada, this warranty does not apply. Contact your authorized Whirlpool dealer to determine if another warranty applies.

If you need service, first see the "Troubleshooting" section of the Use & Care Guide. After checking "Troubleshooting," additio nal help can be found by checking the "Assistance or Service" section or by calling Whirlpool. In the U.S.A., call **1-800-253-1301**. In Canada, call **1-800-807-6777**.

8/05

**Keep this book and your sales slip together for future reference. You must provide proof of purchase or installation date for in-warranty service.**

Write down the following information about your major appliance to better help you obtain assistance or service if you ever need it. You will need to know your complete model number and serial number. You can find this information on the model and serial number label located on the product.

Dealer name ______________________

Address ______________________

Phone number ______________________

Model number ______________________

Serial number ______________________

Purchase date ______________________

Notes

# SEGURIDAD DE LA LAVADORA

**Su seguridad y la seguridad de los demás es muy importante.**

Hemos incluido muchos mensajes importantes de seguridad en este manual y en su electrodoméstico. Lea y obedezca siempre todos los mensajes de seguridad.

Este es el símbolo de advertencia de seguridad.

Este símbolo le llama la atención sobre peligros potenciales que pueden ocasionar la muerte o una lesión a usted y a los demás.

Todos los mensajes de seguridad irán a continuación del símbolo de advertencia de seguridad y de la palabra "PELIGRO" o "ADVERTENCIA". Estas palabras significan:

| | |
|---|---|
| **⚠PELIGRO** | **Si no sigue las instrucciones de inmediato, usted puede morir o sufrir una lesión grave.** |
| **⚠ADVERTENCIA** | **Si no sigue las instrucciones, usted puede morir o sufrir una lesión grave.** |

Todos los mensajes de seguridad le dirán el peligro potencial, le dirán cómo reducir las posibilidades de sufrir una lesión y lo que puede suceder si no se siguen las instrucciones.

## INSTRUCCIONES IMPORTANTES DE SEGURIDAD

**ADVERTENCIA:** Para reducir el riesgo de incendio, choque eléctrico o lesiones a personas al usar su lavadora, siga las precauciones básicas, incluyendo las siguientes:

- Lea todas las instrucciones antes de usar la lavadora.
- No lave artículos que hayan sido previamente limpiados, lavados, remojados o humedecidos con gasolina, solventes para lavar en seco, u otras sustancias inflamables o explosivas ya que éstas emanan vapores que podrían encenderse o causar una explosión.
- No agregue gasolina, solventes para lavar en seco, u otras sustancias inflamables o explosivas al agua de lavado. Estas sustancias emanan vapores que podrían encenderse o causar una explosión.
- En ciertas condiciones, puede generarse gas hidrógeno en un sistema de agua caliente que no se haya usado por dos semanas o un período mayor. EL GAS HIDRÓGENO ES EXPLOSIVO. Si no se ha usado el agua caliente durante dicho período, antes de usar la lavadora, abra todos los grifos de agua caliente y deje que corra el agua por varios minutos. Esto liberará todo el gas hidrógeno que se haya acumulado. Debido a la inflamabilidad de dicho gas, no fume ni use una llama abierta durante este lapso.
- No permita que los niños jueguen encima o dentro de la lavadora. Es necesario una supervisión cuidadosa de los niños toda vez que se use la lavadora cerca de ellos.
- Antes de poner la lavadora fuera de servicio o desecharla, quítele la puerta o la tapa.
- No introduzca las manos en la lavadora si el tambor, la tina, o el agitador están funcionando.
- No instale ni almacene esta lavadora donde pudiese estar sometida a la intemperie.
- No trate de forzar los controles.
- No repare ni cambie pieza alguna de la lavadora ni intente realizar tarea alguna de servicio técnico, excepto cuando así se le indique específicamente en este manual o en instrucciones de reparación para el usuario publicadas, que usted entienda y para cuya ejecución cuente con la habilidad necesaria.
- Para obtener información respecto a los requisitos de conexión a tierra, refiérase a los "Requisitos Eléctricos".

**GUARDE ESTAS INSTRUCCIONES**

# REQUISITOS DE INSTALACIÓN

## Herramientas y piezas

Reúna las herramientas y piezas necesarias antes de comenzar la instalación. Las piezas provistas con la lavadora están en el tambor de la lavadora.

### Herramientas necesarias para la conexión de las mangueras de entrada del agua

- Alicates (que se abran a 1⁹⁄₁₆" [39,5 mm])
- Linterna (opcional)

### Herramientas necesarias para la instalación

- Llave de boca de 17 mm y 13 mm
- Nivel
- Bloque de madera
- Regla o cinta de medir

**Piezas proporcionadas:**




*A. Molde de la manguera de desagüe*
*B. Mangueras de entrada (2)*
*C. Arandelas de las mangueras de entrada (4)*
*D. Tapón para orificios de pernos de transporte (4)*
*E. Fleje rebordeado*

### Piezas alternativas

Su instalación puede requerir partes adicionales. Si está interesado en adquirir uno de los artículos mencionados aquí, por favor llame al número gratuito que se encuentra en la portada o en la sección "Ayuda o servicio técnico".

| Si tiene | Necesitará adquirir |
|---|---|
| Un lavadero o tubo vertical a una altura mayor de 96" (2,4 m) | Sistema de bomba de sumidero (si ya no está disponible) |
| Una alcantarilla suspendida | Un tanque de desagüe normal o un lavabo de uso general de 20 gal. (76 L) de capacidad y 30" (76,2 cm) de altura y una bomba de sumidero (en venta en establecimientos de fontanería locales) |
| Un desagüe por el piso | Desviación del sifón, repuesto No. 285834; manguera de desagüe adicional, repuesto No. 8318155; y juego de conectores, repuesto No. 285835. |
| Una manguera de desagüe muy corta | Juego de extensión para manguera de desagüe de 4 pies (1,2 m), repuesto No. 285863. |
| Grifos del agua fuera del alcance de las mangueras de llenado | 2 mangueras de llenado del agua más largas; 6 pies (1,8 m) repuesto No. 76314, 10 pies (3,0 m) repuesto No. 350008 |

## Opciones

### Pedestal

Usted tiene la opción de comprar un pedestal por separado para esta lavadora. Este pedestal le agregará alrededor de 13" (33 cm) a la altura de la unidad, para llegar a una altura total aproximada de 51" (130 cm).



*Pedestal opcional*

Para encargar, llame al distribuidor en donde compró la lavadora o consulte la sección "Ayuda o servicio técnico" de este manual.

**Pedestales de 13" (33 cm)**

| Color | Número de parte |
|---|---|
| Blanco | LAB2700MQ |
| Bisque | LAB2700MT |
| Peltre | LAB2700ML |

### Juego para apilar

¿Está usted planeando apilar la lavadora y la secadora? Para hacer eso, necesitará comprar un juego para apilar.

Para encargar, llame al distribuidor en donde compró la secadora o consulte a la sección "Ayuda o servicio técnico" de este manual. Pida la pieza número 8541503.

La selección de una ubicación apropiada para su lavadora realza el rendimiento y reduce al mínimo el ruido y la posible "caminata" de la lavadora.

La instalación de su lavadora puede ser debajo de un mostrador hecho a la medida, en un sótano, en un cuarto de lavandería, en un clóset o en una zona empotrada. Vea "Sistema de desagüe."

Deberá tenerse en cuenta también los requisitos para la ubicación de otro electrodoméstico acompañante. La instalación correcta es responsabilidad suya.

**Usted necesitará**

- Un calentador de agua fijado para suministrar a la lavadora el agua a 120°F (49°C).
- Un contacto eléctrico con conexión a tierra ubicado a una distancia de no más de 6 pies (1,8 m) del lugar donde el cable eléctrico está fijado a la parte posterior de la lavadora. Vea "Requisitos eléctricos".
- Los grifos de agua caliente y de agua fría ubicados a una distancia de no más de 4 pies (1,2 m) de las válvulas de llenado del agua caliente y fría y una presión de agua de 20-100 lb/pulg² (137,9 – 689,6 kPa).
- Un piso nivelado con un declive máximo de 1" (2,5 cm) debajo de la lavadora. No se recomienda instalar la lavadora sobre pisos alfombrados o superficies con reverso de espuma.
- Un piso resistente y firme que soporte la lavadora con un peso total (del agua y de la carga) de 400 libras (180 kg).

No ponga a funcionar su lavadora a temperaturas inferiores a 32°F (0°C). Puede quedar algo de agua en la lavadora y podría ocasionar daños a bajas temperaturas.

## Espacios libres para la instalación

- La ubicación debe ser lo suficientemente grande para permitir que la puerta de la lavadora abra completamente.
- Se debe considerar espacio adicional para facilitar la instalación y el servicio.
- Es posible que se requieran espacios libres adicionales para moldes de pared, puerta y piso.
- Se recomienda un espacio libre adicional de 1" (2,5 cm) en todos los lados de la lavadora para reducir la transferencia de ruidos.
- También se debe considerar un espacio adicional para otro electrodoméstico acompañante.

## Dimensiones de la lavadora




## Recomendaciones de espacios de instalación para instalación debajo del mostrador hecho a la medida

Las dimensiones que se muestran son para los espacios recomendados.

**Instalación debajo del mostrador hecho a la medida-Lavadora solamente**




## Recomendaciones de espacios de instalación para instalación empotrada o en el armario, con o sin pedestal

Las dimensiones que se muestran son para los espacios recomendados.

**Instalación en el área empotrada o en el armario**




*A. Vista lateral - clóset o lugar confinado*
*B. Puerta de clóset con orificios de ventilación*

*Aberturas superior e inferior de aire mínimas para la puerta del armario

**Instalación empotrada o en el armario – Lavadora sobre pedestal**




*A. Lugar empotrado*
*B. Vista lateral - clóset o lugar confinado*

## Recomendaciones de espacios de instalación para instalación empotrada o en el armario, con lavadora y secadora apiladas

Las dimensiones que se muestran son para los espacios recomendados.




*Aberturas superior e inferior de aire mínimas para la puerta del armario

**El codo de escape externo requiere espacio adicional.

***Los moldes de pared, puerta y piso pueden requerir espacio adicional.

## Recomendaciones de espacios de instalación para la instalación en el gabinete

- Las dimensiones que se muestran son para los espacios recomendados.
- Para la instalación en el gabinete con puerta, se requieren las aberturas de ventilación mínimas en la parte superior.




## Sistema de desagüe

Se puede instalar la lavadora utilizando el sistema de desagüe por tubo vertical (en el piso o en la pared), el sistema de desagüe por el lavadero, o el sistema de desagüe por el piso. Seleccione el método de instalación de la manguera de desagüe que usted necesite. Vea "Herramientas y piezas".

### Sistema de desagüe por tubo vertical – en la pared o en el piso (vistas A y B)

El desagüe por tubo vertical necesita un tubo vertical con un diámetro mínimo de 2" (5 cm). La capacidad mínima de desagüe no puede ser menor de 17 gal (64 L) por minuto.

La parte superior del tubo vertical debe estar a una altura mínima de 30" (76,2 cm) y máxima de 96" (2,4 m) de la parte inferior de la lavadora.)




A B

### Sistema de desagüe por el lavadero (vista A)

El lavadero necesita una capacidad mínima de 20 gal. (76 L). La parte superior del lavadero debe estar a una altura mínima de 30" (76,2 cm) del piso.

### Sistema de desagüe por el piso (vista B)

El sistema de desagüe por el piso necesita una desviación del sifón que puede adquirirse por separado. Vea "Herramientas y piezas".

La desviación del sifón debe estar a una distancia mínima de 28" (71 cm) de la parte inferior de la lavadora. Quizás necesite mangueras adicionales.




A B



W0026764

## Requisitos eléctricos

**⚠ADVERTENCIA**



**Peligro de Choque Eléctrico**

**Conecte a un contacto de pared de conexión a tierra de 3 terminales.**

**No quite la terminal de conexión a tierra.**

**No use un adaptador.**

**No use un cable eléctrico de extensión.**

**No seguir estas instrucciones puede ocasionar la muerte, incendio o choque eléctrico.**

- Se necesita un suministro eléctrico de 120 voltios, 60 hertzios, CA solamente, de 15 ó 20 amperios y protegido con fusibles. Se aconseja el uso de un fusible retardador o cortacircuitos. Asimismo se recomienda el empleo de un circuito separado sólo para este electrodoméstico.
- Esta lavadora viene equipada con un cable eléctrico dotado de un enchufe con tres terminales y conexión a tierra.
- Para reducir el peligro de posibles choques eléctricos, el cable debe conectarse en un contacto apropiado que tenga 3 terminales y conexión a tierra de conformidad con los códigos y ordenanzas locales. Si no dispone del contacto apropiado, es obligación y responsabilidad del cliente contratar a un electricista competente para que instale el contacto debido con conexión a tierra.
- Si los códigos lo permiten y se utiliza un cable a tierra separado, se recomienda verificar con un electricista competente si el circuito de conexión a tierra es el adecuado.
- No derive la conexión a tierra hacia una tubería de gas.
- Si no está seguro de que la conexión a tierra de la lavadora sea la adecuada, verifíquela con un electricista competente.
- No coloque un fusible en el circuito neutro o de conexión a tierra.

### INSTRUCCIONES PARA LA CONEXIÓN A TIERRA

**Para una lavadora conectada a tierra con cable eléctrico:**
Esta lavadora debe conectarse a tierra. En caso de funcionamiento defectuoso o avería, la conexión a tierra reducirá el riesgo de choque eléctrico al proporcionar una vía de menor resistencia para la corriente eléctrica. Esta lavadora viene equipada con un cable eléctrico que tiene un conductor de conexión a tierra del equipo y un enchufe con conexión a tierra. El enchufe debe conectarse en un contacto de pared apropiado que haya sido debidamente instalado y conectado a tierra de conformidad con todos los códigos y ordenanzas locales.

**ADVERTENCIA:** La conexión incorrecta de la terminal de conexión a tierra del equipo puede ocasionar un riesgo de choque eléctrico. Consulte con un electricista o técnico en reparaciones calificado si tiene duda alguna en cuanto a la conexión a tierra correcta del electrodoméstico.

No modifique el enchufe provisto con el electrodoméstico. Si éste no encaja en el contacto de pared, pida a un electricista calificado que le instale un contacto de pared apropiado.

**Para una lavadora con contacto eléctrico permanente:**

Esta lavadora debe conectarse a un metal puesta a tierra, un sistema con cableado permanente a tierra o conectarse a un equipo cuyo suministro incluya una terminal de tierra.

# INSTRUCCIONES DE INSTALACIÓN

## Eliminación del sistema de transporte

**⚠ADVERTENCIA**

**Peligro de Peso Excesivo**

**Use dos o más personas para mover e instalar la lavadora.**

**No seguir esta instrucción puede ocasionar una lesión en la espalda u otro tipo de lesiones.**

**IMPORTANTE:** Coloque la lavadora de modo que la parte posterior del aparato esté aproximadamente a 3 pies (90 cm) de distancia de su ubicación final.

Hay 4 pernos en el panel posterior de la lavadora, los cuales sostienen el sistema de suspensión durante el transporte. Estos pernos también retienen el cable de suministro de energía dentro de la lavadora hasta que se quiten los pernos.



1. Utilice una llave de tuercas de 13 mm para aflojar cada uno de los pernos.

2. Una vez que el perno esté flojo, muévalo hacia el centro del agujero y jálelo hacia fuera por completo, incluyendo el espaciador de plástico que cubre el perno.



3. Una vez que se hayan quitado los 4 pernos, descarte los pernos y los espaciadores. Luego retire el cable de suministro de energía por la abertura del panel trasero y cierre el orificio con la tapa adjunta.
4. Cierre los orificios del perno con los 4 tapones para orificios de pernos de transporte.

**NOTA:** Llame a su centro de servicio más cercano si la lavadora se va a transportar unos días más tarde. Para prevenir daños estructurales y de suspensión, su máquina debe estar debidamente preparada para ser nuevamente ubicada por un técnico certificado.

## Conexión de las mangueras de entrada

Asegúrese de que el tambor de la lavadora esté vacío.

1. Conecte la manguera con el indicador rojo a la válvula de entrada Caliente (izquierda). El conectar el acoplamiento rojo primero facilita el ajuste de la conexión con los alicates. Atornille el acoplamiento con la mano hasta que se asiente en la arandela.
2. Conecte la manguera con el indicador azul a la válvula de entrada del agua Fría (derecha). Atornille el acoplamiento con la mano hasta que se asiente en la arandela.




*H. Entrada de agua caliente*
*C. Entrada de agua fría*

3. Usando los alicates, fíjese cuánto están apretados los acoplamientos de la manguera que ya están sujetos a la lavadora.

   **NOTA:** No los apriete demasiado. Se pueden dañar los acoplamientos.
4. Conecte la manguera que tiene el indicador de color rojo con el grifo del agua caliente. Atornille el acoplamiento con la mano hasta que quede asentado en la arandela.
5. Conecte la manguera que tiene el indicador de color azul al grifo del agua fría. Atornille el acoplamiento con la mano hasta que quede asentado en la arandela.
6. Usando los alicates, apriete los acoplamientos dos tercios de vuelta adicional.



   **NOTA:** No los apriete demasiado. Se pueden dañar los acoplamientos.
7. Abra los grifos del agua y revise si hay fugas de agua.

   **NOTA:** Reemplace las mangueras de entrada después de 5 años de uso para reducir el riesgo de que fallen. Para consulta en el futuro, anote en las mangueras la fecha de instalación o la fecha de reposición de las mismas.

   Inspeccione periódicamente y reemplace las mangueras si aparecen bultos, torceduras, cortaduras, desgaste o fugas de agua.

## Tendido de la manguera de desagüe

El tendido apropiado de la manguera de desagüe protege sus pisos contra daños ocasionados por fugas de agua. Lea y siga estas instrucciones.

**Quite la manguera de desagüe del gabinete de la lavadora**

Jale suavemente del molde de la manguera de desagüe corrugada para sacarla de los sujetadores de embalaje.



**Desagüe de la tina de lavadero o desagüe de tubo vertical**

Conexión del molde de la manguera de desagüe a la manguera de desagüe corrugada.




*A. Desagüe de la tina de lavadero o desagüe de tubo vertical Conexión del molde de la manguera de desagüe a la manguera de desagüe corrugada.*
*B. Doble la manguera de desagüe sobre el molde y trábela en su lugar.*

**Para evitar que el agua de desagüe vuelva a la lavadora:**

- No enderece la manguera de desagüe, y no fuerce el exceso de la manguera de desagüe dentro del tubo vertical. La manguera debe quedar asegurada pero lo suficientemente floja que permita un espacio para el aire.
- No tienda el exceso de la manguera en el fondo del lavadero.

### Desagüe por el piso

Quizás necesite piezas adicionales. Vea desagüe por el piso en la sección “Herramientas y piezas”.

## Fijación de la manguera de desagüe

1. Coloque el cable eléctrico encima de la lavadora.
2. Asegure la manguera de desagüe a la pata del lavadero o al tubo vertical utilizando el fleje rebordeado que viene con la lavadora. (Vea las ilustraciones A y B.)



A B C

Si los grifos de la lavadora y el tubo vertical de desagüe están empotrados (vea la ilustración C), ponga el extremo en forma de gancho de la manguera de desagüe en el tubo vertical. Enrolle el fleje rebordeado con firmeza alrededor de las mangueras de entrada del agua y de la manguera de desagüe.

No fuerce el exceso de la manguera de desagüe dentro del tubo vertical.

## Nivelación de la lavadora

La nivelación apropiada de su lavadora evita el ruido excesivo y la vibración.

1. Revise si la lavadora está nivelada colocando un nivel en el borde superior de la lavadora, primero de lado a lado, luego de frente hacia atrás.



   Si la lavadora está contra la pared, mueva la lavadora ligeramente hacia fuera antes de inclinarla hacia atrás. Si la lavadora no está nivelada, primero apuntale la parte frontal con un bloque de madera y regule las patas según sea necesario; después apuntale la parte de atrás y regule las patas según sea necesario. Repita este paso hasta que la lavadora quede nivelada.
2. Asegúrese de que las cuatro patas estén estables y descansando sobre el suelo. Después verifique que el aparato esté perfectamente nivelado (use un nivel).
3. Una vez que la lavadora esté nivelada, use una llave de boca de 17 mm para apretar las tuercas de las patas contra el gabinete de la lavadora.

   **IMPORTANTE:** Se deben ajustar las cuatro patas. Si no se aprietan las tuercas contra el gabinete de la lavadora, la lavadora podría vibrar.
4. La lavadora no deberá moverse del frente hacia atrás, de lado a lado o diagonalmente cuando se la empuje sobre sus bordes superiores.
5. Deslice la lavadora hasta su ubicación final.
6. Verifique el grado de nivelación de la lavadora.

## Complete la instalación

1. Revise los requisitos eléctricos. Asegúrese de contar con la fuente de electricidad correcta y el método recomendado de conexión a tierra. Vea “Requisitos eléctricos”.
2. Cerciórese de que todas las piezas estén instaladas. Si hay alguna pieza extra, vuelva a revisar todos los pasos para ver cuál se omitió.
3. Cerciórese de tener todas las herramientas necesarias.
4. Deshágase o recicle todos los materiales de embalaje.
5. Cerciórese de que los grifos del agua estén abiertos.
6. Revise si hay fugas de agua alrededor de los grifos y las mangueras de entrada.

**⚠ ADVERTENCIA**



**Peligro de Choque Eléctrico**

**Conecte a un contacto de pared de conexión a tierra de 3 terminales.**

**No quite la terminal de conexión a tierra.**

**No use un adaptador.**

**No use un cable eléctrico de extensión.**

**No seguir estas instrucciones puede ocasionar la muerte, incendio o choque eléctrico.**

7. Conecte a un contacto de pared de conexión a tierra de 3 terminales.
8. Lea “Uso de la lavadora”.
9. Para probar y limpiar su lavadora, mida ½ de la cantidad de detergente de alto rendimiento (HE) en polvo o líquido recomendada por el fabricante para una carga mediana. Vierta el detergente en el depósito del detergente. Seleccione Normal/Informal (NORMAL/CASUAL) y luego seleccione Sostenga para poner en marcha (HOLD TO START). Deje que la lavadora funcione durante un ciclo completo.

*Use solamente un detergente de alto rendimiento (HE).*

# CARACTERÍSTICAS Y BENEFICIOS

### Woolmark

El ciclo de lavado de lana de esta máquina ha sido aprobado por Woolmark para el lavado de productos Woolmark lavables en máquina siempre y cuando los productos sean lavados de acuerdo con las instrucciones que aparecen en la etiqueta de las prendas y las instrucciones del fabricante de esta máquina lavadora, M0301.

### Controles electrónicos

Los controles electrónicos flexibles son fáciles de usar tanto sea usted principiante o experto.

### Depósitos inteligentes

Los Depósitos inteligentes realzan la calidad automática de su lavadora. Esta lavadora proporciona un depósito de cuatro compartimientos, el cual incluye compartimientos separados para el detergente del lavado principal, suavizante de telas, blanqueador y para el prelavado automático o el remojo automático. El depósito tiene cuatro zonas grandes para el vertido; es de limpieza automática y se puede quitar con facilidad. Los productos de lavandería se diluyen con el agua y se incorporan a la carga de ropa en el momento oportuno del ciclo de lavado.

### Nivel automático del agua

Esta lavadora regula automáticamente el nivel del agua para lograr un rendimiento óptimo de limpieza y enjuague. Dos sensores determinan el tamaño de la carga, la composición de la carga y el nivel de espuma, luego los sensores regulan el nivel del agua al ajuste apropiado. De este modo se evita hacerlo al cálculo. El nivel del agua es el apropiado para cada tamaño de carga de lavado.

### Cargas más voluminosas

Debido a que no tiene agitador, usted puede lavar artículos más voluminosos y más grandes como un cubrecama de cama doble. También puede lavar más ropa a la vez, lo que significa menor cantidad de lavados.

### Sistema de suspensión

Para reducir los problemas de la "caminata" y el "desequilibrio" de la lavadora, su nueva lavadora cuenta con:

- 2 resortes para aislar la vibración
- 4 amortiguadores en la base de la lavadora para minimizar el movimiento.

### Tambor de acero inoxidable

El tambor de acero inoxidable elimina la corrosión y permite velocidades más altas, logrando mayor extracción del agua, que a su vez reduce el tiempo de secado.

### Sistema de lavado de alto rendimiento

Su lavadora de carga frontal y alto rendimiento ahorra tiempo con menos lavados voluminosos y reduce los gastos de agua y electricidad ayudando a conservar los recursos.

### Velocidades de exprimido

Esta lavadora selecciona automáticamente la velocidad de exprimido según el ciclo seleccionado. Sin embargo, se puede modificar este ajuste de fábrica. Esta lavadora ofrece un máximo de cinco opciones distintas de velocidad de exprimido.

### Elemento de calefacción

Esta lavadora tiene un elemento calefactor que automáticamente calienta el agua hasta la temperatura óptima en determinados ciclos. Esto permite la limpieza escalonada, un proceso en el cual el agua tibia ingresa y se mezcla con el detergente primero, después el agua se calienta. El agua tibia quita manchas como las de sangre y huevos, y el agua caliente quita manchas grasosas como las del sudor y aceite sucio de mecánico. El calentador se activa con las opciones de Higienización, Blancos blanquísimos, Lavado intenso y Tratamiento de manchas.

### Control automático de temperatura ACCUWASH™

El control automático de temperatura ACCUWASH™ nota y mantiene la temperatura del agua uniformemente. El control ACCUWASH regula el agua de entrada fría y caliente. El control ACCUWASH se enciende automáticamente cuando se ha seleccionado un ciclo.

### Agregar una prenda

Cuando esta opción esté disponible al comienzo del ciclo, la luz de estado de agregar una prenda (Add A Garment) se iluminará durante los primeros 8 minutos. Esta lavadora permite que durante un período de 8 minutos se puedan agregar prendas que se hayan olvidado agregar a una carga.

### Acción de limpieza CATALYST® con inyección directa

Esta lavadora canaliza el 100% del agua a través de los depósitos para asegurar un enjuague a fondo y la mezcla de todos los aditivos antes de que entren en contacto con las prendas. Luego viene el rociado del agua desde la parte superior frontal hacia el centro de la carga, proporcionando una distribución pareja y un rendimiento de limpieza óptimo. Es normal que quede un poco de agua en los depósitos al término del ciclo de lavado.

### Sistema de detergente eficaz

Esta lavadora cuenta con una válvula de diseño especial que se cierra durante la porción de lavado del ciclo de modo que el 100% del agua y la mezcla del detergente se utiliza en la carga. El Sistema de detergente eficaz asegura que no se desperdicie agua o detergente.

### Detección dinámica de desequilibrio

Esta lavadora utiliza dos sensores para detectar el tamaño de carga y la cantidad de desequilibrio de la carga. El sistema de suspensión y los controles cuentan con un diseño especial que permite la redistribución automática de la carga.

# USO DE LA LAVADORA




**NOTA:** El panel que se muestra más arriba puede ser diferente del de su modelo.

## Puesta en marcha de la lavadora

**⚠ ADVERTENCIA**



**Peligro de Incendio**

**Nunca coloque en la lavadora artículos que estén humedecidos con gasolina o cualquier otro líquido inflamable.**

**Ninguna lavadora puede eliminar completamente el aceite.**

**No seque ningún artículo que haya tenido alguna vez cualquier tipo de aceite (incluyendo aceites de cocina).**

**No seguir estas instrucciones puede ocasionar la muerte, explosión o incendio.**

**ADVERTENCIA:** A fin de reducir el riesgo de incendio, de choque eléctrico o de daños personales, lea las INSTRUCCIONES IMPORTANTES DE SEGURIDAD antes de operar este aparato.

La siguiente es una guía para el empleo de su lavadora. Consulte las secciones específicas de este manual para obtener información detallada.

No almacene productos de lavandería encima de esta lavadora. La vibración es normal durante el funcionamiento.

## Uso de detergente adecuado

Use solamente detergentes de alto rendimiento. El paquete para este tipo de detergente incluye la indicación "HE" o "Alto Rendimiento". Con este nuevo sistema y el menor uso de agua, se formará demasiada espuma si se utiliza un detergente común que no sea de Alto Rendimiento. El uso de un detergente común probablemente derive en errores de la lavadora, tiempos de ciclo más prolongados y menor rendimiento de enjuague. También podrá producir fallas de los componentes y evidente formación de moho. Los detergentes de Alto Rendimiento están hechos para producir la cantidad adecuada de espuma para el mejor rendimiento. Siga las instrucciones del fabricante para determinar la cantidad de detergente que debe usar.

*Use solamente un detergente de alto rendimiento (HE).*

**Primer ciclo de lavado sin ropa**

Antes de lavar la ropa por primera vez, elija el ciclo Normal/ Informal (NORMAL/CASUAL) y póngalo a funcionar sin ropa. Utilice ½ de la cantidad de detergente de detergente de alto rendimiento (HE) recomendada por el fabricante para una carga mediana. Este ciclo inicial sirve para asegurar la limpieza del interior de la lavadora antes de lavar la ropa.

1. **Para cargar la lavadora**

   Abra la puerta de la lavadora jalando la manija. Separe la ropa por color y tipo de tela. Coloque una carga de ropa separada en la lavadora. No sobrecargue la lavadora. El sobrecargar la lavadora puede causar una limpieza insatisfactoria.

   - La lavadora puede llenarse por completo, pero sin apretujar la ropa. La puerta de la lavadora debe cerrarse con facilidad.
   - Mezcle artículos grandes y chicos, y evite lavar artículos separados. Coloque la carga uniformemente.
   - Lave los artículos pequeños, tales como calcetines de niños, en una bolsa de malla para prendas. Se recomienda usar más de una bolsa para prendas y que cada una de ellas se llene con la misma cantidad de material.
   - Al sacar las prendas de la lavadora, de vez en cuando revise si no han quedado artículos pequeños debajo del borde de goma que está al frente de la tina.

2. Cierre la puerta de la lavadora empujándola con firmeza hasta que escuche el chasquido de la traba. La puerta de la lavadora permanecerá con seguro durante el ciclo de lavado.

   **NOTA:** Al cabo de cualquier ciclo de lavado, se debe abrir la puerta y luego cerrarla para que pueda iniciar un nuevo ciclo. La puerta puede abrirse únicamente si se ha seleccionado Pausa/Anulado (PAUSE/CANCEL), mientras la luz de Agregar una prenda (ADD A GARMENT) está encendida o si se ha anulado el ciclo. Vea “Para anular ciclo” en la sección “Cambio de ciclos, opciones y modificadores”.
3. Abra la gaveta de depósito y agregue los productos de lavandería en los compartimientos de detergente, blanqueador, o suavizante de telas. Cierre la gaveta lentamente para evitar derrames. Vea “Uso del despósito.”
4. Encienda la lavadora seleccionando Control encendido (CONTROL ON). Seleccione uno de los ciclos girando el selector de ciclos. La luz indicadora del ciclo seleccionado se iluminará. Al seleccionar un ciclo de lavado, las opciones prefijadas, la temperatura del agua, la velocidad de exprimido, y el nivel de suciedad para el ciclo seleccionado se encenderán. La pantalla muestra el tiempo aproximado restante. Los ajustes prefijados proporcionan el cuidado recomendado de las telas en el ciclo seleccionado. Vea “Ciclos”.
5. Seleccione las Opciones (OPTIONS) deseadas. No todas la opciones están disponibles con todos los ciclos. Vea “Opciones.”
6. Seleccione los Modificadores (MODIFIERS) deseados. No todos los modificadores están disponibles con todos los ciclos y opciones. Vea "Modificadores."
7. Si lo desea, seleccione Señal de fin de ciclo (END OF CYCLE SIGNAL). Esta señal es útil cuando tiene que lavar artículos que deben quitarse de la lavadora tan pronto ésta se detenga. Seleccione Más alta (LOUDER), o Más baja (SOFTER) o Apagado (OFF).
8. **Para comenzar el ciclo de lavado de inmediato**
   Seleccione Sostener para poner en marcha (HOLD TO START).
   - Si no selecciona HOLD TO START dentro de 5 minutos de haber elegido el ciclo, la lavadora se apaga automáticamente.
   - Al cabo del ciclo de lavado, la luz de estado Ciclo completo (CYCLE COMPLETE) se ilumina, la puerta se destraba y se puede descargar la lavadora. La lavadora se apaga automáticamente 5 minutos después que el ciclo se complete y se apague la luz de CYCLE COMPLETE. Para apagar la lavadora manualmente al cabo de un ciclo, seleccione PAUSE/CANCEL una vez.
9. **Para el inicio diferido del ciclo de lavado**

   Seleccione Lavado diferido (DELAY WASH) hasta que el tiempo diferido deseado (en horas) aparezca en la pantalla de Tiempo aproximado restante (Estimated Time Remaining). Seleccione Puesta en marcha (START). La cuenta regresiva del ciclo de lavado aparecerá en la pantalla.
   - Al diferir un ciclo, use sólo detergentes en polvo en el compartimiento para el lavado principal, ya que los detergentes líquidos se pueden filtrar fuera del compartimiento durante el ciclo Diferido antes de que comience el ciclo.

## Uso del depósito

Su nueva lavadora tiene una gaveta de depósito con cuatro compartimientos separados para sus productos de lavandería –dos son para el detergente, otro es para el blanqueador líquido con cloro y el otro es para el suavizante líquido de telas. Los productos de lavandería se diluyen y se distribuyen automáticamente en el momento oportuno durante el ciclo de lavado, sin que usted tenga que regresar en el transcurso del ciclo de lavado para agregarlos.

Es normal que quede un poco de agua en los depósitos al término del ciclo de lavado.

No ponga aditivos de lavandería directamente en la tina de lavado. Siempre use los depósitos apropiados al agregar productos de lavandería.

### Selección del detergente adecuado

Use solamente detergentes de alto rendimiento. El paquete para este tipo de detergente incluye la indicación “HE” o “Alto Rendimiento”. Con este nuevo sistema y el menor uso de agua, se formará demasiada espuma si se utiliza un detergente común que no sea de Alto Rendimiento. El uso de un detergente común probablemente derive en errores de la lavadora, tiempos de ciclo más prolongados, menor rendimiento de enjuague, como así también en fallas de los componentes y evidente formación de moho. Los detergentes de Alto Rendimiento están hechos para producir la cantidad adecuada de espuma para el mejor rendimiento. Siga las instrucciones del fabricante para determinar la cantidad de detergente que debe usar.

*Use solamente un detergente de alto rendimiento (HE).*

### Para llenar los compartimientos del depósito

1. Jale la gaveta del depósito.
2. Agregue el producto de lavandería deseado en el compartimiento apropiado.
3. Empuje la gaveta del depósito lenta y completamente hacia adentro (para evitar derrames).




*Depósito*

*A. Compartimiento del detergente para el prelavado*
*B. Separador*
*C. Compartimiento del detergente para el lavado principal*
*D. Palanca de desenganche del depósito*
*E. Compartimiento del blanqueador con cloro*
*F. Compartimiento del suavizante de telas*

### Compartimiento del detergente para el prelavado

(Letra A en la ilustración del depósito)

Agregue detergente en este compartimiento siempre que use la opción Prelavado (Prewash) o Remojo automático (Auto Soak). En este compartimiento se puede utilizar el detergente líquido o en polvo. El detergente se distribuirá automáticamente durante el prelavado si se ha seleccionado la opción Prewash, o durante el tiempo de remojo si se ha seleccionado Auto Soak.

- Utilizando sólo detergente de alta eficiencia (HE), agregue ⅓ de la cantidad recomendada en el compartimiento de prelavado y ⅔ de la cantidad recomendada en el compartimiento de lavado principal.
- No llene encima del nivel máximo ("MAX").

### Compartimiento del detergente para el lavado principal

(Letra C en la ilustración del depósito)

Agregue detergente líquido o en polvo en este compartimiento para su ciclo de lavado principal. El separador de detergente siempre debe estar en su lugar, ya sea en la posición frontal o en la posterior.

**IMPORTANTE:** Si está utilizando la opción Prelavado (Prewash), Remojo (Soak) o Diferido (Delay), se debe usar detergente en polvo en el compartimiento del lavado principal ya que los detergentes líquidos pueden filtrarse fuera del compartimiento de lavado principal antes de que comience el lavado principal.

- No llene encima del nivel "MAX".
- Se puede agregar blanqueador líquido o en polvo que no decolora en el compartimiento del lavado principal junto con el mismo tipo de detergente, líquido o en polvo.
- **Detergente líquido:** Coloque el separador en la posición frontal, entre las guías, como se ilustra a continuación. No habrá espacio entre el fondo del compartimiento de detergente del ciclo de lavado y el fondo del separador.




*Separador en la posición frontal, entre las guías*

*A. Separador*
*B. Guía*

- **Detergente en polvo:** Ponga el separador en el posición posterior, detrás de las guías, como se ilustra a continuación. Habrá un espacio entre el fondo del compartimiento de detergente del ciclo de lavado y el fondo del separador.




*Separador en la posición posterior, detrás de las guías*

*A. Separador*
*B. Guía*

**NOTA:** Cuando sea enviado de fábrica, el separador estará en la posición de detergente en polvo ("POWDER") – (parte posterior).

### Compartimiento del blanqueador con cloro

(Letra E en la ilustración del depósito)

Agregue no más de ⅓ de taza (80 mL) del blanqueador líquido con cloro en este compartimiento. El blanqueador se diluirá y distribuirá automáticamente en el momento oportuno durante el primer enjuague después del ciclo de lavado. Este compartimiento no puede diluir blanqueador en polvo.

- Siempre mida el blanqueador líquido con cloro. Use una taza medidora con pico vertedor; no lo haga al cálculo.
- No llene encima del nivel "MAX". El sobrellenado puede ocasionar serios daños en las prendas.

### Compartimiento del suavizante de telas

(Letra F en la ilustración del depósito)

Agregue ¼ (60 mL) de taza del suavizante líquido de telas en este compartimiento. El suavizante de telas se distribuirá automáticamente en el enjuague final.

- No llene encima del nivel "MAX".

## Pausa o reanudación de la marcha

1. Para detener la lavadora en cualquier momento, seleccione Pausa/Anulado (PAUSE/CANCEL).
2. Para reanudar el ciclo, seleccione Sostener para poner en marcha (HOLD TO START) (durante 1 segundo aproximadamente).

## Cambio de ciclos, opciones y modificadores

No todas la Opciones y Modificadores están disponibles con todos los ciclos. Los Ciclos, Opciones y Modificadores se pueden cambiar en cualquier momento antes de seleccionar HOLD TO START.

Las Opciones y Modificadores se pueden cambiar en cualquier momento después de seleccionar HOLD TO START y antes de que comience la Opción o Modificador seleccionado.

**Para anular un ciclo y seleccionar uno nuevo**

1. Seleccione PAUSE/CANCEL dos veces.
2. Seleccione el ciclo deseado.
3. Seleccione las Opciones (OPTIONS) o Modificadores (MODIFIERS) deseados.
4. Seleccione HOLD TO START (durante 1 segundo aproximadamente) para reanudar la marcha de la lavadora al inicio de un nuevo ciclo.

**Para anular un ciclo**

1. Seleccione PAUSE/CANCEL dos veces.
2. La lavadora se apaga, la puerta se destraba y se puede sacar la ropa.

**NOTA:** Si el nivel del agua o la temperatura están demasiado altos, la lavadora escurrirá automáticamente antes de que la puerta se destrabe.

**Para cambiar Opciones o Modificadores después de que haya comenzado el ciclo**

1. Seleccione PAUSE/CANCEL.
2. Seleccione las OPCIONES o MODIFICADORES deseados.
3. Seleccione HOLD TO START (durante 1 segundo aproximadamente) para continuar el ciclo.

**Para escurrir la lavadora manualmente**

1. Seleccione PAUSE/CANCEL.
2. Seleccione Desagüe/Exprimido (DRAIN/SPIN).
3. Seleccione HOLD TO START (durante 1 segundo aproximadamente) para comenzar el desagüe.
4. Al cabo del exprimido, la puerta se destraba. Se puede descargar la lavadora.

## Luces de estado

Estas luces muestran en qué porción del ciclo está funcionando la lavadora. También indican cuándo puede agregar un artículo en el ciclo de lavado y cuándo los controles están bloqueados.




### Cómo agregar prendas

Esta lavadora permite que durante un período de 8 minutos se puedan agregar prendas que se hayan olvidado agregar a la carga. Usted puede agregar artículos en la lavadora si la luz de estado Agregado de prendas (ADD A GARMENT) está encendida.

**Para agregar artículos**

1. Seleccione PAUSE/CANCEL. La puerta de la lavadora se destraba y se puede añadir artículos.
2. Para continuar el ciclo, cierre la puerta y seleccione HOLD TO START (durante 1 segundo aproximadamente).
3. Para destrabar la puerta después del período de agregar prendas, presione pausa/anulación (PAUSE/CANCEL) dos veces. Esto anulará el ciclo de lavado.

### Ciclo completo

La luz de ciclo completo permanece encendida por 5 minutos después que el ciclo se termine y luego se apaga la lavadora.

### Cómo bloquear los controles

El Bloqueo de controles (Control Lock) evita el uso accidental de la lavadora. También puede usar la función de bloqueo de controles para evitar cambios accidentales del ciclo o de opciones durante un ciclo. Cuando Controles bloqueados (CONTROL LOCKED) está encendido, ningún botón podrá usarse con excepción de PAUSE/CANCEL y Puesta en marcha (START). Usted puede bloquear los controles mientras la lavadora se encuentre en funcionamiento.

**Para bloquear los controles**

Seleccione y sostenga Señal de final del ciclo (END OF CYCLE SIGNAL) durante 3 segundos.




La luz de estado CONTROL LOCKED se ilumina.

**Para desbloquear los controles**

Seleccione y sostenga END OF CYCLE SIGNAL durante 3 segundos hasta que la luz de estado CONTROL LOCKED se apague.

### Bloqueo de la puerta

Cuando la luz de estado se enciende, la puerta está bloqueada.

### Tiempo restante estimado

El tiempo del ciclo varía automáticamente según la presión de agua, temperatura del agua, detergente y carga de ropa. El tiempo del ciclo se alargará si hay demasiada espuma o si la carga no está balanceada. La rutina de espuma quita la espuma excedente y asegura el enjuague apropiado de sus prendas. Durante la rutina de desequilibrio, el tiempo en la pantalla puede hacer una pausa hasta que se complete esta actividad; luego reanudará el ciclo. Estas rutinas pueden agregar hasta media hora al tiempo del ciclo por omisión.

## Ciclos

Se pueden seleccionar ciclos girando la perilla de control de ciclos hacia el ciclo deseado. Cada ciclo ha sido diseñado para los diversos tipos de tela y niveles de suciedad.




- Cada ciclo tiene los siguientes ajustes prefijados: Nivel de suciedad (Soil Level) (tiempo de ciclo), Temperatura del agua (Water Temperature) y Velocidad de exprimido (Spin Speed) y puede tener opciones préréglages. Los ajustes prefijados proporcionan el cuidado recomendado de las telas en el ciclo seleccionado.
- Los ajustes prefijados pueden cambiarse en cualquier momento antes de oprimir Sostener para poner en marcha (HOLD TO START). No todas la opciones y modificadores están disponibles con todos los ciclos. (Para cambiar los ajustes después de que haya comenzado el ciclo, oprima Pausa/Anulación (PAUSE/CANCEL), luego seleccione los ajustes deseados. Presione HOLD TO START para continuar el ciclo).

### Higienización (Sanitary)

Use este ciclo para lavar telas que no destiñen, con suciedad profunda. Este ciclo combina una temperatura de agua super caliente y agitación de alta velocidad para ayudar a eliminar la suciedad y manchas profundas.
Es recomendable fijar el calentador de agua en 120°F (49°C) para asegurar un rendimiento adecuado durante este ciclo. El ciclo de Higienización también ayuda a eliminar 99.999% de 3 bacterias de infección comunes, aún cuando no se emplee blanqueador. El exprimido a velocidad extra alta ayuda a acortar el tiempo de secado.

### Blancos Blanquísimos (Whitest Whites)

Este ciclo ha sido diseñado especialmente para el lavado de telas blancas sucias con la ayuda del blanqueador. Las temperaturas calientes de lavado aseguran la óptima acción del blanqueador. El enjuague adicional proporciona un rendimiento óptimo de enjuague para evitar residuos de cloro en su ropa. Este ciclo combina una agitación veloz, un tiempo de lavado más prolongado y un exprimido a velocidad extra alta para acortar el tiempo de secado.

### Lavado intenso (Heavy Duty)

Use este ciclo para lavar telas resistentes que no destiñen y prendas con suciedad profunda. Este ciclo combina una agitación veloz, un tiempo de lavado más prolongado y un exprimido a velocidad extra alta para acortar el tiempo de secado. Si la temperatura del agua está más baja que la necesaria para este ciclo, el calentador calentará el agua hasta la temperatura óptima.

### Normal/Informal (Normal/Casual)

Use este ciclo para lavar telas inarrugables como camisas deportivas, blusas, ropa de negocios informal, fibras mixtas de planchado permanente, fibras de algodón y de lino y fibras sintéticas. Este ciclo combina una agitación a velocidad media, exprimido a alta velocidad y un proceso de enfriamiento de la ropa para reducir la formación de arrugas.

### Artículos voluminosos (Bulky Items)

Use este ciclo para lavar artículos grandes como ser frazadas y edredones. Este ciclo comienza con un remojo para saturar completamente su carga voluminosa. Le sigue una acción de lavado mediano y un exprimido a baja velocidad solamente para mantener el equilibrio de la carga.

### Lavado rápido (Quick Wash)

Use este ciclo para lavar cargas pequeñas de 2 a 3 prendas con suciedad ligera que necesite de prisa. Este ciclo combina una agitación veloz, un tiempo de lavado corto y un exprimido a velocidad extra alta para acortar el tiempo de secado.

### Ropa delicada/Lavable a mano (Delicate/Hand Washables)

Use este ciclo para lavar prendas finas y de lavado a mano. De manera similar en que se lavan las prendas a mano en el lavadero, la acción de lavado de este ciclo combina períodos de agitación a velocidad baja y remojo. El exprimido a velocidad baja reduce la formación de arrugas.

### Seda (Silk)

Use este ciclo para lavar prendas de seda lavables. (Verifique las instrucciones de la etiqueta para asegurarse de que la prenda es lavable.) Este ciclo agita con cuidado y escurre sin exprimir para un lavado delicado de las prendas y para reducir la formación de arrugas. Debido a la ausencia de exprimido, el contenido de agua en las prendas será mayor al final de este ciclo.

### Lana (Wool)

Use este ciclo para lavar prendas de lana lavables a máquina. (Verifique las instrucciones de cuidado para asegurarse de que la prenda es lavable.) Este ciclo tiene un agitado suave y un exprimido de baja velocidad para proveer un cuidado óptimo de las prendas.

### Ropa deportiva (Active Wear)

Use este ciclo para lavar pequeñas cargas de ropa deportiva como shorts de ciclismo, camisetas, calzas para correr y otros artículos de alto rendimiento. Este ciclo combina una agitación a baja velocidad y exprimido medio para el cuidado especial de la tela.

### Remojo (Soak)

Use el ciclo de Remojo para quitar manchas pequeñas de suciedad rebelde. Este ciclo proporciona un tiempo de remojo con agua tibia o fría seguido por el escurrido. Agua extra, una fase corta de agitación para la distribución equitativa de la ropa, y un tiempo de remojo sin movimiento del tambor mejora la remoción de manchas préréglages sin agitado asegura un tratamiento suave hasta para los artículos delicados.

### Enjuague/Exprimido (Rinse/Spin)

Use este ciclo sólo para enjuagar y exprimir. Este ciclo combina una agitación veloz y un exprimido a velocidad extra alta. Si lo desea, puede reducir la velocidad de exprimido seleccionando la velocidad que desee del modificador Velocidad de exprimido (SPIN SPEED).

**Un ciclo de Enjuague/Exprimido es útil para**

- Cargas que necesitan únicamente enjuague.
- Agregarle suavizante a la carga.

### Desagüe/Exprimido (Drain/Spin)

Use este ciclo para vaciar el agua de la lavadora o para escurrir y exprimir la ropa. La velocidad de exprimido ha sido prefijada en extra alta. Si lo desea, puede reducir la velocidad de exprimido seleccionando la velocidad que desee del modificador SPIN SPEED.

**NOTA:** Las cargas de fibras sintéticas, fibras delicadas, de lavado a mano y de lana se deben escurrir sin exprimir o con un exprimido a baja velocidad para evitar deformaciones de las telas.

### Ajustes prefijados de ciclos

Cada ciclo tiene los siguientes ajustes prefijados: Nivel de suciedad (Soil Level) (tiempo de ciclo), Temperatura del agua (Water Temperature) y Velocidad de exprimido (Spin Speed). Los ajustes prefijados proporcionan el cuidado recomendado de las telas en el ciclo seleccionado. Vea el cuadro.

| Ciclo | Nivel de suciedad (tiempo del ciclo) | Temperatura del agua | Velocidad de Exprimido |
|---|---|---|---|
| **Higienización (Sanitary)** | Normal (1:55) | Super Caliente/ Fría (Super Hot/ Cold) | Extra Alta (Extra High) |
| **Blancos-Blanquísimos (Whitest Whites)** | Normal (1:00) | Caliente/Fría (Hot/Cold) | Extra Alta (Extra High) |
| **Lavado intenso (Heavy Duty)** | Normal (1:20) | Caliente/Fría (Hot/Cold) | Extra Alta (Extra High) |
| **Normal/ Informal (Normal/ Casual)** | Normal (0:40) | Tibia/Fría (Warm/Cold) | Alta (High) |
| **Artículos voluminosos (Bulky Items)** | Normal (0:55) | Tibia/Fría (Warm/Cold) | Baja (Low) |
| **Lavado rápido (Quick Wash) (de 2 a 3 prendas)** | Menos suciedad (0:25) | Tibia/Fría (Warm/Cold) | Extra Alta (Extra High) |
| **Ropa delicada/ Lavable a mano (Delicate/ Hand Washable)** | Normal (0:30) | Fría/Fría (Cold/Cold) | Baja (Low) |
| **Seda (Silk)** | Normal (0:26) | Fría/Fría (Cold/Cold) | No exprime (No Spin) |
| **Lana (Wool)** | Normal (0:30) | Fría/Fría (Cold/Cold) | Media (Medium) |
| **Ropa deportiva (Active Wear)** | Normal (0:35) | Tibia/Fría (Warm/Cold) | Media (Medium) |
| **Remojo (Soak)** | Normal (0:30) | Tibia/Fría (Warm/Cold) | No exprime (No Spin) |
| **Enjuague/ Exprimido (Rinse/ Spin)** | Normal (0:21) | Fría/Fría (Cold/Cold) | Extra Alta (Extra High) |
| **Desagüe/ Exprimido (Drain/ Spin)** | Normal (0:11) | N/A | Extra Alta (Extra High) |



W0026774

### Para cambiar los ajustes programados

Oprima el selector de cada ajuste hasta que destelle el ajuste deseado.

### Sonidos normales de la lavadora

Como ocurre con cualquier producto nuevo, usted escuchará sonidos a los cuales no está acostumbrado. Podrá oír varios sonidos al trabar o destrabar la puerta, y durante el proceso de lavado, enjuague y exprimido. Durante los intervalos entre las etapas de lavado, habrá pausas momentáneas. Usted escuchará el rociado y chapoteo del agua durante los ciclos de lavado y enjuague. Estos nuevos sonidos y pausas son parte del funcionamiento normal de la lavadora.

## Opciones

Usted puede personalizar su lavado al agregar opciones a sus selecciones de ciclo. Puede agregar o cambiar una opción después del inicio del ciclo en cualquier momento antes de que comience la opción seleccionada. No todas la opciones están disponibles con todos los ciclos.




- Vea la sección "Guía para el lavado" para obtener un cuadro global de las opciones posibles en cada selección de ciclo de lavado.
- Usted puede seleccionar más de una opción por ciclo. Algunas opciones no se pueden añadir a ciertos ciclos. Por ejemplo, Prelavado (Prewash) no puede añadirse al ciclo Lavado rápido (Quick Wash).
- Si una determinada opción está disponible en el ciclo seleccionado, la luz de esa opción se iluminará al ser seleccionada.
- Si una determinada opción no está disponible en el ciclo seleccionado, se escuchará una señal audible corta y la luz para esa opción no se iluminará al ser seleccionada.

### Lavado diferido

Use esto para el inicio diferido del ciclo de lavado.

- Seleccione Lavado diferido (DELAY WASH) hasta que el tiempo diferido deseado (en horas) aparezca en la pantalla de Tiempo aproximado restante (Estimated Time Remaining).
- Seleccione Puesta en marcha (START). La cuenta regresiva del ciclo de lavado aparecerá en la pantalla.
- Al diferir un ciclo, use sólo detergentes en polvo en el compartimiento para el lavado principal, ya que los detergentes líquidos se pueden filtrar fuera del compartimiento durante el ciclo Diferido antes de que comience el ciclo.

### Prelavado

Use esta opción para cargas con suciedad profunda que necesitan tratamiento previo. Esta opción añade al ciclo de lavado principal un período de 15 minutos de prelavado y desagüe.

**NOTAS:**

- Agregue el detergente en los compartimientos de prelavado (Prewash) y lavado principal (Main Wash) de la gaveta de depósito.
- Siempre que emplee Prelavado, no use detergente líquido en el compartimiento de lavado principal. Utilice detergente en polvo para el ciclo de lavado principal.

**NOTA:** Las opciones de Prelavado y Remojo automático no se pueden seleccionar en el mismo ciclo.

### Remojo automático

Use la opción de remojo automático (Auto Soak) para cargas de algodón, lino, poliéster o nailon con suciedad profunda y manchas rebeldes. Durante el remojo automático, el agua ingresará al tambor y la ropa se distribuirá uniformemente mediante una fase de agitación breve. Subsecuentemente la ropa se remojará por etapas sin movimiento del tambor. Después del remojo, la lavadora desagua sin exprimir.

- Agregue el detergente en los compartimientos de Prelavado y Lavado principal de la gaveta de depósito.
- Use detergente en polvo para el ciclo de lavado principal porque el detergente líquido se filtrará en la lavadora durante el Remojo automático.
- Para ciclos con temperaturas de lavado caliente, la temperatura de Remojo está ajustada a Tibia (WARM). De lo contrario, la temperatura de remojo es igual a la temperatura de lavado.
- Las opciones de remojo automático y prelavado no se pueden seleccionar en el mismo ciclo.

### Enjuague adicional

Se puede utilizar un enjuague adicional para asegurar la eliminación de residuos del detergente o del blanqueador que haya quedado en las prendas. Esta opción proporciona un enjuague adicional con la misma temperatura del agua del primer enjuague.

# Modificadores

Los ajustes prefijados de ciclo de temperatura del agua, velocidad de exprimido y nivel de suciedad se pueden cambiar. Usted puede cambiar el modificador después del inicio del ciclo en cualquier momento antes de que comience el modificador seleccionado. No todos los modificadores están disponibles con todos los ciclos y opciones.

**NOTA:** El panel que se muestra a continuación puede ser diferente del de su modelo.




- Para cambiar la temperatura del agua, seleccione el botón de temperatura del agua (WATER TEMP) hasta que el ajuste deseado se ilumine.
- Para cambiar la velocidad de exprimido, seleccione el botón de velocidad de exprimido (SPIN SPEED) hasta que el ajuste deseado se ilumine.
- Para cambiar el volumen de la señal de fin de ciclo, seleccione END OF CYCLE SIGNAL.




- Para cambiar el tiempo del ciclo, seleccione el botón Nivel de suciedad (SOIL LEVEL).

## Temperatura de Lavado/Enjuague

Seleccione una temperatura de agua según el tipo de carga que esté lavando. Use el agua de lavado más caliente que las telas puedan resistir. Siga las instrucciones de la etiqueta de las prendas.

Los enjuagues tibios dejan las cargas más secas que los enjuagues fríos. Los enjuagues tibios aumentan la formación de arrugas. En climas fríos, el enjuague tibio hace que la ropa sea más cómoda para manejar. Los enjuagues fríos ahorran energía.

## Guía de la temperatura

| Temperatura del agua de lavado | Telas sugeridas |
|---|---|
| **Muy caliente (SUPER HOT)** | Telas resistentes que no destiñen<br>Suciedad profunda |
| **Caliente (HOT)** | Ropa blanca y de color pastel<br>Suciedad profunda |
| **Tibia (WARM)** | Colores brillantes<br>Suciedad entre moderada y ligera |
| **Fría (COLD)** | Colores que destiñen o que se opacan<br>Suciedad ligera |

*En temperaturas de agua de lavado inferiores a 60°F (15,6°C), los detergentes no se disuelven bien. Además puede resultar difícil quitar la suciedad.*

## Control automático de temperatura ACCUWASH™

El control automático de temperatura ACCUWASH™ nota y mantiene la temperatura del agua uniformemente. El control ACCUWASH regula el agua de entrada fría y caliente. El control ACCUWASH se enciende automáticamente cuando se ha seleccionado un ciclo. Vea "Ajustes prefijados de ciclos" en la sección "Ciclos." El control ACCUWASH asegura una limpieza homogénea.

- El control ACCUWASH funciona para todos los ajustes de temperatura de lavado y enjuagado.

# Guía para el lavado

Consulte este cuadro para obtener sugerencias sobre tipos de cargas y sus ciclos correspondientes. A la derecha se detallan las opciones disponibles para cada uno de estos ciclos de lavado.

| CICLO | TIPO DE CARGA SUGERIDA | OPCIONES DISPONIBLES | | | |
|---|---|---|---|---|---|
| | | Lavado diferido | Prelavado* | Remojo Automático* | Enjuague adicional |
| **Higienización (Sanitary)** | Ropa interior, toallas, ropas de trabajo, pañales, etc. con suciedad profunda | ✔ | ✔ | ✔ | ✔ |
| **Blancos Blanquísimos (Whitest Whites)** | Telas blancas con suciedad profunda | ✔ | ✔ | ✔ | ✔ |
| **Lavado intenso (Heavy Duty)** | Ropa interior, toallas, camisas, etc. con suciedad profunda | ✔ | ✔ | ✔ | ✔ |
| **Normal/ Informal (Normal/Casual)** | Blusas, camisas, overoles, etc. de poliéster, nailon, algodón, lino o mezclas de algodón con suciedad normal | ✔ | ✔ | ✔ | ✔ |
| **Artículos voluminosos (Bulky Items)** | Frazadas y edredones con suciedad normal | ✔ | | | ✔ |
| **Lavado rápido (Quick Wash)** | De 2 a 3 prendas de ropa deportiva de algodón, poliéster, nailon y mezclas de algodón con suciedad ligera | ✔ | | ✔ | ✔ |
| **Ropa delicada/ Lavable a mano (Delicate/Hand-washables)** | Telas de seda, artículos de cuidado especial etiquetados para "lavado a mano" | ✔ | | | ✔ |
| **Seda (Silk)** | Ropa de seda, cuya etiqueta indica que se pueden lavar en la lavadora | ✔ | | | ✔ |
| **Lana (Wool)** | Ropa de lana con un acabado sin fieltro, cuya etiqueta indica que se pueden lavar en la lavadora | ✔ | | | ✔ |
| **Ropa deportiva (Active Wear)** | Use este ciclo para lavar cargas pequeñas de ropa para hacer ejercicio u otro tipo de ropa de alto rendimiento que requiera un cuidado suave de las telas. | ✔ | ✔ | ✔ | ✔ |
| **Remojo (Soak)** | Telas de algodón, lino, poliéster o nailon. | ✔ | | | |
| **Enjuague/ Exprimido (Rinse/Spin)** | Telas de algodón, lino, poliéster o nailon. | ✔ | | | ✔ |
| **Desagüe/ Exprimido (Drain/Spin)** | Telas de algodón, lino, poliéster o nailon. | ✔ | | | |

*No se puede seleccionar Prelavado (Prewash) y Remojo Automático (Auto Soak) a la vez.

# CONSEJOS DE LAVANDERÍA

### Preparación de la ropa para lavar

Siga estas recomendaciones para ayudarle a prolongar la vida de sus prendas.

- Use solamente detergentes de alto rendimiento. El paquete para este tipo de detergente incluye la indicación "HE" o "Alto Rendimiento". Con este nuevo sistema y el menor uso de agua, se formará demasiada espuma si se utiliza un detergente común que no sea de Alto Rendimiento. El uso de un detergente común probablemente derive en errores de la lavadora, tiempos de ciclo más prolongados, menor rendimiento de enjuague, como así también en fallas de los componentes y evidente formación de moho. Los detergentes de Alto Rendimiento están hechos para producir la cantidad adecuada de espuma para el mejor rendimiento. Siga las instrucciones del fabricante para determinar la cantidad de detergente que debe usar.

*Use solamente un detergente de alto rendimiento (HE).*

- Cierre los zípers, broches de presión y corchetes para evitar que enganchen otros artículos. Quite alfileres, hebillas y demás objetos duros para evitar que rayen el interior de la lavadora. Quite todo adorno y ornamento que no sea lavable.
- Vacíe los bolsillos y vuélvalos al revés.
- Doble los puños y limpie con un cepillo la pelusa y la suciedad.
- Vuelva al revés las prendas de tejido sintético para evitar que se llenen de pelusas.
- Ate los cordones y fajas de modo que no se enreden.
- Remiende lo que esté roto así como las costuras y dobladillos flojos.
- Trate las manchas y suciedades.
- Las prendas manchadas o mojadas deberán lavarse con prontitud para obtener mejores resultados.
- Mezcle artículos grandes y pequeños, evite lavar artículos separados y cargue de modo uniforme.
- Lave los artículos pequeños, tales como calcetines de niños, en bolsas de malla para prendas. Para formar una carga equilibrada, se recomienda usar más de una bolsa para prendas y que cada una de ellas se llene con la misma cantidad de material.

  **NOTA:** Si solamente va a lavar prendas en bolsas de malla, se recomienda usar más de una bolsa para prendas y que cada una de ellas se llene con la misma cantidad de material.

### Selección de la ropa

- Separe las prendas con suciedad profunda de las que están ligeramente sucias, aún cuando éstas normalmente se lavarían juntas. Separe las prendas que sueltan pelusa (toallas, felpilla) de las que atraen pelusa (pana, artículos sintéticos y de planchado permanente). Siempre que sea posible, vuelva al revés las prendas que sueltan pelusa.
- Separe los colores oscuros de los colores claros, los artículos no desteñibles de los que sí lo son.
- Separe por tipo de tela y estructura (prendas fuertes de algodón, tejidos de punto y prendas finas).

### Cómo descargar

- Saque la ropa de la lavadora después de que se haya completado el ciclo. Los objetos metálicos como cierres, broches a presión y hebillas pueden herrumbrarse si se dejan en la lavadora por largo tiempo.
- Al sacar las prendas de la lavadora, de vez en cuando revise si no han quedado pequeños artículos debajo del borde de goma que está al frente de la tina.

## Cómo cargar

**Sugerencias para cargar (cargas máximas de ropa).**

| | | |
|---|---|---|
| **Ropa pesada de trabajo** | 4 pantalones de mezclilla<br>4 pantalones de trabajo<br>4 camisas de trabajo | 2 pantalones de deporte<br>2 camisetas de deporte |
| **Toallas** | 10 toallas de baño<br>10 toallas de mano | 14 toallas faciales |
| **Carga mixta** | 3 sábanas (1 de cama doble, 2 de camas gemelas)<br>4 fundas<br>3 camisas<br>3 blusas | 9 camisetas<br>9 pantalones cortos<br>10 pañuelos |
| **Ciclo de lavado rápido** (de 2 a 3 prendas) | | 2 camisas de vestir<br>1 par de pantalones |

# CUIDADO DE LA LAVADORA

## Cómo limpiar su lavadora

### Limpieza del sello de la puerta

1. Abra la puerta de la lavadora y quite cualquier ropa o artículo que estuviera dentro de la misma.
2. Inspeccione el sello gris que se encuentra entre la abertura de la puerta y la canasta para detectar si hay áreas manchadas. Empuje el sello hacia atrás para inspeccionar todas las áreas debajo del sello y controle si hay objetos extraños.




*A. Sello*

3. Si se encuentran áreas manchadas en el sello, límpielas siguiendo el procedimiento a continuación.
   - a) Mezcle una solución diluida utilizando ¾ de taza (117,4 mL) de blanqueador líquido con cloro y 1 gal. (3,8 L) de agua tibia del grifo.
   - b) Limpie el área del sello con la solución diluida y un paño húmedo.
   - c) Déjelas reposar durante 5 minutos.
   - d) Limpie el área meticulosamente con un paño seco y deje que el interior de la lavadora se seque al aire con la puerta abierta.

**IMPORTANTE:**

- Use guantes de goma cuando limpie por períodos prolongados.
- Vea las instrucciones de uso adecuado provistas por el fabricante del blanqueador.

### Procedimiento para el mantenimiento mensual

Su lavadora tiene un ciclo especial en la programación de la máquina. Este ciclo de limpieza se accede al presionar una combinación específica de botones. Este ciclo utiliza mayores volúmenes de agua junto con blanqueador líquido con cloro para limpiar meticulosamente el interior de su lavadora.

**NOTAS:**

- Lea estas instrucciones completamente antes de comenzar el proceso de limpieza.
- Si fuera necesario, el ciclo de limpieza puede ser interrumpido al presionar el botón de Pausa/Anulado (PAUSE/CANCEL). Sin embargo, el ciclo no se detendrá inmediatamente. La máquina mostrará en la pantalla "int" (interrumpir) y continuará con varios pasos de enjuague y desagüe para asegurar que se haya enjuagado todo el blanqueador de la unidad.

### Comience el procedimiento

1. Abra la puerta de la lavadora y quite cualquier ropa o artículo que estuviera dentro de la misma.
2. Cerciórese de que la puerta esté cerrada.
3. Abra la gaveta de depósito y quite el divisor de detergente del compartimiento de detergente del Lavado Principal. Vea "Uso del depósito" para obtener instrucciones. No se agregarán en este momento productos de lavandería; en un paso posterior solamente deberá agregar blanqueador líquido con cloro.
4. Para ingresar el ciclo se debe presionar una combinación especial de botones.
   - Seleccione el botón de Encendido (POWER).
   - Seleccione el botón de Enjuague/Exprimido (RINSE/SPIN).
   - Seleccione Exprimido a velocidad baja (LOW SPIN Speed).
   - Seleccione Temperatura del agua tibia/fría (Warm/Cold WATER TEMPERATURE).
   - Fije la Señal de fin de ciclo (End of Cycle Signal) en más suave (Softer).
   - Oprima el botón de Enjuague adicional (EXTRA RINSE) 4 veces en 5 segundos para iniciar el ciclo. La puerta se bloqueará y se comenzará a llenar la lavadora.

     **NOTA:** El agua comenzará a entrar en la unidad por un momento, luego la puerta se desbloqueará, se bloqueará nuevamente y posteriormente el ciclo continuará.
   - La máquina se llenará y pondrá en funcionamiento un ciclo de detección corto. Esto tardará aproximadamente 3 minutos.
5. La lavadora hará sonar 4 tonos cortos. Controle la pantalla de Tiempo aproximado restante para ver los códigos indicados a continuación.
   - a) Si la lavadora muestra las letras "Ab" (Agregar blanqueador) en la pantalla de Tiempo aproximado restante, escuchará 4 tonos cortos. Prosiga con el paso 6.
   - b) Si la lavadora muestra las letras "rL" (Quitar la carga) en la pantalla de Tiempo aproximado restante, escuchará un tono de error. La puerta se desbloqueará.
     - Abra la puerta y quite los artículos de la lavadora.
     - Continúe el ciclo presionando el botón de Inicio (START).

       **NOTA:** El agua comenzará a entrar en la unidad por un momento, luego la puerta se desbloqueará, se bloqueará nuevamente y posteriormente el ciclo continuará con otro control de los artículos en la lavadora.
     - La máquina se llenará y pondrá en funcionamiento un ciclo corto para determinar si se han dejado artículos en la lavadora. Esto tardará aproximadamente 3 minutos.
     - La lavadora repetirá el paso 5 hasta que pueda determinar que no hay artículos en la lavadora y mostrará en la pantalla "Ab" (agregar blanqueador).

6. Agregue blanqueador líquido con cloro.
   a) Si usa el procedimiento por primera vez, abra la gaveta de depósito y agregue inmediatamente 1 taza (236,6 mL) de blanqueador líquido con cloro al compartimiento de detergente del Lavado Principal. El blanqueador líquido con cloro debería fluir inmediatamente fuera del despósito.
   b) Si está haciendo un procedimiento de mantenimiento mensual, abra la gaveta de depósito e inmediatamente agregue ⅓ de taza (78,8 mL) de blanqueador líquido con cloro al compartimiento de detergente del Lavado Principal. El blanqueador líquido con cloro debería fluir inmediatamente fuera del despósito.

   **NOTAS:**
   - Cuando se agregue el blanqueador el agua va a estar entrando a la gaveta de depósito. Esto es normal.
   - No agregue ningún detergente a este ciclo de limpieza. Si usa más de 1 taza (236,6 mL) de blanqueador el producto podrá dañarse con el tiempo.
7. Una vez que haya comenzado el ciclo de limpieza, deje que el ciclo finalice. La pantalla mostrará el tiempo aproximado del ciclo.
8. Una vez que haya finalizado el ciclo de limpieza, deje la puerta levemente abierta para que haya una mejor ventilación y secado del interior de la lavadora.
9. Vuelva a colocar el divisor del compartimiento de detergente.

### Siempre haga lo siguiente para evitar futuros problemas de olores
- Use solamente un detergente de alto rendimiento (HE).
- Deje la puerta levemente abierta después de cada ciclo para permitir una mejor ventilación y secado del interior de la lavadora.
- Haga funcionar este procedimiento con ⅓ de taza (78,8 mL) de blanqueador líquido con cloro.
- Si el procedimiento no mejora suficientemente el olor de la máquina, sírvase evaluar su instalación y las condiciones de uso para detectar otras causas que puedan provocar el olor.

### Limpieza externa
Use un paño suave y húmedo o una esponja para limpiar cualquier derrame. De vez en cuando, limpie el exterior de su lavadora para que se vea como nueva. Use jabón suave y agua. No use productos abrasivos.

### Limpieza de la gaveta de depósito
La gaveta de depósito es desmontable para facilitar la limpieza.
1. Destrabe la gaveta de depósito presionando la palanca de desenganche que está en el compartimiento de prelavado. Vea "Uso del depósito". Quite la gaveta.
2. Quite los insertos (el sifón de los compartimientos del suavizante y del blanqueador y el separador).
3. Lave las piezas en el agua del grifo.
4. Vuelva a colocar los insertos y coloque nuevamente el depósito en la gaveta.

## Mangueras de entrada de agua
Reemplace las mangueras de entrada después de cinco años de uso para reducir el riesgo de fallas de las mismas. Revise periódicamente y cambie las mangueras de entrada si se hallan protuberancias, torceduras, cortes, desgaste o pérdidas de agua.

Cuando reemplace las mangueras de entrada del agua, anote la fecha de reposición.

## Cuidado para las vacaciones, el almacenaje o en caso de mudanza
Instale y guarde su lavadora en un lugar donde no se congele. Debido a que puede quedar un poco de agua en las mangueras, el congelamiento de la misma podría dañar su lavadora. Si va a guardar o trasladar su lavadora durante una temporada de invierno riguroso, acondiciónela para el invierno.

### Cuidado durante la falta de uso o vacaciones:
Ponga a funcionar su lavadora únicamente cuando esté en casa. Si va a salir de vacaciones o no va a usar la lavadora durante un período prolongado de tiempo usted debe:
- Desenchufar la lavadora o desconectar el suministro de energía.
- Interrumpir el suministro de agua a la lavadora. Esto ayuda a evitar inundaciones involuntario (debido a aumentos en la presión del agua) en ausencia suya.
- Abrir ligeramente la puerta para proporcionar ventilación.

### Para acondicionar la lavadora para el invierno:
1. Vierta 1 cuarto (1 L) de anticongelante tipo R.V. en el tambor.
2. Ponga la lavadora a funcionar en el ciclo DRAIN/SPIN.
3. Desenchufe la lavadora o desconecte el suministro de energía
4. Cierre ambos grifos de agua.
5. Desconecte las mangueras de entrada del agua de los grifos y elimine el agua.

### Para volver a usar la lavadora:
1. Deje correr agua por las tuberías. Vuelva a conectar las mangueras de entrada del agua a los grifos. Abra ambos grifos de agua.

**⚠ADVERTENCIA**



**Peligro de Choque Eléctrico**

**Conecte a un contacto de pared de conexión a tierra de 3 terminales.**

**No quite la terminal de conexión a tierra.**

**No use un adaptador.**

**No use un cable eléctrico de extensión.**

**No seguir estas instrucciones puede ocasionar la muerte, incendio o choque eléctrico.**

2. Enchufe la lavadora o vuelva a conectar el suministro de energía.
3. Ponga a funcionar la lavadora durante el ciclo NORMAL/CASUAL con ¼ de la cantidad de detergente de alto rendimiento HE recomendada por el fabricante para una carga mediana.

### Para transportar la lavadora:
1. Si va a mover la lavadora durante una temporada de invierno riguroso, coloque 1 cuarto (1 L) de anticongelante tipo R.V. en el tambor. Ponga la lavadora a funcionar en el ciclo DRAIN/SPIN.
2. Desenchufe el cable eléctrico.

3. Desconecte la manguera de desagüe del sistema de desagüe y fíjela a los ganchos del panel posterior.
4. Cierre ambos grifos de agua.
5. Desconecte las mangueras de entrada del agua de los grifos, luego elimine el agua de las mangueras y fíjelas al panel posterior de la lavadora.

**IMPORTANTE**: Llame para solicitar servicio. No vuelva a usar los pernos de transporte. La unidad debe ser transportada en la posición vertical. Para prevenir daños estructurales y de suspensión, su máquina debe estar debidamente preparada para ser nuevamente ubicada por un técnico certificado.

**Para volver a instalar la lavadora**

1. Siga las "Instrucciones de instalación" para ubicar, nivelar y conectar la lavadora.
2. Ponga la lavadora a funcionar en el ciclo NORMAL/CASUAL con un ¼ de la cantidad de detergente de alto rendimiento HE recomendada por el fabricante para una carga mediana.

# SOLUCIÓN DE PROBLEMAS

**Pruebe primero las soluciones aquí sugeridas y posiblemente se evite el costo de una visita de servicio técnico...**

## La pantalla de la lavadora muestra mensajes codificados y emite señales audibles

- **"FH" (Problema de entrada del agua - no hay agua o el abastecimiento del agua es insuficiente)**
  Seleccione PAUSE/CANCEL dos veces para anular el ciclo. Desenchufe la lavadora o desconecte el suministro de energía.

  **Verifique lo siguiente:**
  ¿Están completamente abiertos los grifos del agua?

  ¿Están obstruidos los filtros en la conexión de la manguera de entrada con la lavadora?

  ¿Están retorcidas las mangueras de entrada del agua?

  ¿Se han congelado las mangueras de entrada del agua?

  Enchufe la lavadora o reconecte el suministro de energía. Vuelva a seleccionar el ciclo y presione HOLD TO START. Si el problema persiste, llame al servicio técnico.

- **"F02" (Problema de desagüe)**
  Seleccione PAUSE/CANCEL dos veces para anular el ciclo. Desenchufe la lavadora o desconecte el suministro de energía.

  **Verifique lo siguiente:**
  ¿Está retorcida la manguera de desagüe?

  ¿Se ha congelado la manguera de desagüe?

  ¿Está obstruida la manguera de desagüe?

  ¿Está la manguera de desagüe a una altura mayor de 96" (2,4 m) del piso?

- **"SUD" (Rutina de espuma)**
  Cuando el sistema detecta la presencia de exceso de espuma, la rutina de espumas comienza automáticamente. Esta rutina quita la espuma excedente y asegura el enjuague apropiado de sus prendas. "SUD" aparece en la pantalla durante el enjuague y al final del ciclo para informarle que la Rutina de espumas ha sido activada. Utilice solamente detergentes HE (alto rendimiento).

- **Variables "F" [diferentes de FH, F02 y SUD] (Problema eléctrico)**
  Seleccione PAUSE/CANCEL dos veces para anular el ciclo. Seleccione DRAIN/SPIN si hay exceso de agua en la lavadora.

  Vuelva a seleccionar el ciclo y presione HOLD TO START. Si el problema persiste, llame al servicio técnico.

## La lavadora no funciona

**⚠ADVERTENCIA**



**Peligro de Choque Eléctrico**

**Conecte a un contacto de pared de conexión a tierra de 3 terminales.**

**No quite la terminal de conexión a tierra.**

**No use un adaptador.**

**No use un cable eléctrico de extensión.**

**No seguir estas instrucciones puede ocasionar la muerte, incendio o choque eléctrico.**

- **Verifique lo siguiente:**
  ¿Está el cable eléctrico enchufado en un tomacorriente de tres terminales con conexión a tierra?

  ¿Está cerrada con firmeza la puerta de la lavadora?

  ¿ Se ha seleccionado un ciclo, pero no se ha seleccionado HOLD TO START sosteniéndolo durante un segundo?

  ¿Se ha abierto la puerta después de haberse terminado el ciclo anterior?

## La lavadora no se llena, ni lava ni enjuaga

- **Verifique lo siguiente:**
  ¿Está el cable eléctrico enchufado en un tomacorriente de tres terminales con conexión a tierra?

  ¿Hay corriente en el enchufe? Revise la fuente de electricidad o llame a un electricista.

  ¿Están abiertas las llaves del agua caliente y del agua fría?

  ¿Está retorcida la manguera de entrada del agua?

  ¿Están obstruidos los filtros de la válvula de entrada del agua?

## La lavadora se detiene

- **Verifique lo siguiente:**
  ¿Está el cable eléctrico enchufado en un tomacorriente de tres terminales con conexión a tierra?

  ¿Hay corriente en el enchufe?
  Revise la fuente de electricidad o llame a un electricista.

  ¿Hay un fusible de la casa fundido o se disparó el cortacircuitos?
  Reemplace el fusible o reposicione el cortacircuitos. Si el problema continúa llame a un electricista.

  ¿Está usando un cable eléctrico de extensión?
  No use un cable eléctrico de extensión.

## La lavadora no desagua ni exprime

- **¿Está obstruida la manguera de desagüe, o el extremo de la manguera de desagüe está a más de 96" (2,4 m) por encima del piso?**
- **¿Está bajo el voltaje?**
  Revise la fuente de electricidad o llame a un electricista. No use un cable eléctrico de extensión.
- **¿Se ha activado la rutina de espuma "SUD"?**
  El ciclo concluirá una vez que se haya eliminado el exceso de espuma.
- **¿Está balanceada la carga?**
  Un solo artículo o uno que sea voluminoso puede causar desequilibrio. Agregue más artículos o redistribuya la carga.

## La lavadora hace ruidos o vibra

- **¿Está nivelada la lavadora?**
  La lavadora debe estar nivelada. Las cuatro patas deben instalarse correctamente, y las tuercas deben apretarse contra el gabinete de la lavadora.

  Mientras se escurre el agua de la lavadora, usted podrá oír el aire que se succiona a través de la bomba. Esto ocurre durante la fase final del escurrido. Es normal.
- **¿Está lavando artículos con broches metálicos a presión, hebillas o zípers?**
  Usted podrá escuchar el ruido producido por los artículos de metal al tocar el tambor de la lavadora. Esto es normal.
- **¿Se ha instalado la lavadora sobre un piso resistente y firme?**
  Consulte la sección "Instrucciones de instalación" para informarse respecto a los requisitos del piso. El ruido y la vibración pueden reducirse colocando un pedazo de madera laminada de ¾" (19,1 mm) debajo de su lavadora. La madera laminada puede extenderse debajo de la lavadora y la secadora para mantenerlas a la misma altura.

## La lavadora pierde agua

- **Revise la plomería de la casa y fíjese si hay fugas de agua.**

## Los depósitos están obstruidos o hay fugas

- **¿Se han colocado los productos de lavandería en el compartimiento apropiado del depósito?**
  Agregue las cantidades adecuadas de detergente, suavizante de telas o blanqueador líquido con cloro en los compartimientos apropiados. Agregue el blanqueador en polvo o líquido que no decolora en el compartimiento del lavado principal. Asegúrese de combinar el blanqueador en polvo no decolorante con el detergente en polvo o de combinar el blanqueador líquido no decolorante con el detergente líquido.
- **¿Está el separador de detergente en la posición correcta?**
  El separador deberá estar en la posición frontal cuando se utilice detergente líquido y en la posición posterior cuando se utilice detergente en polvo.
- **¿Está usando detergente de alto rendimiento (HE)?**
  Si se usa detergente que no es de alto rendimiento, se pueden generar residuos de películas los que a su vez pueden producir olor.
- **¿Dejó la puerta abierta después del uso?**
  Esta lavadora tiene un sello hermético que evita las fugas de agua. Para evitar olores, deje la puerta abierta para permitir que la lavadora se seque entre cada uso.

## Olores de la lavadora

- **Vea "Cómo limpiar su lavadora" en "Cuidado de la lavadora".**
- **¿Está usando detergente de alto rendimiento (HE)?**
  Si se usa detergente que no es de alto rendimiento, se pueden generar residuos de películas los que a su vez pueden producir olor.
- **¿Dejó la puerta abierta después del uso?**
  Esta lavadora tiene un sello hermético que evita las fugas de agua. Para evitar olores, deje la puerta abierta para permitir que la lavadora se seque entre cada uso.

## Ropa demasiado mojada

- **¿Ha empleado el ciclo correcto para la carga que está lavando?**
  Seleccione un ciclo con un exprimido más rápido.
- **¿Ha lavado sólo un artículo o artículos voluminosos o ha sobrecargado la lavadora?**
  Un solo artículo, artículos voluminosos, o sobreciargar pueden causar desequilibrio. Agregue artículos o trate de distribuir uniformemente la ropa mojada en el tambor, y ponga en marcha un ciclo de DRAIN/SPIN. Si la ropa continúa mojada, saque la mitad de la carga de la lavadora e inténtelo de nuevo.

## Residuos o pelusa en la ropa

- **¿Ha agregado detergente en el depósito?**
  Para obtener óptimos resultados, agregue detergente en el compartimiento del detergente. No agregue detergente en el tambor de la lavadora.
- **¿Ha separado la ropa adecuadamente?**
  Separe las prendas que sueltan pelusa (toallas, felpilla) de las que atraen pelusa (pana, artículos sintéticos). También separe por color.
- **¿Ha sobrecargado la lavadora?**
  No sobrecargue la lavadora. La lavadora puede llenarse por completo, pero sin apretujar la ropa. La carga debe estar equilibrada. Si la lavadora está sobrecargada, la pelusa puede quedar adherida a las prendas.

- **Verifique lo siguiente:**
¿Se dejó papel o pañuelo de papel en los bolsillos?
- **¿Ha utilizado suficiente detergente HE?**
Use suficiente detergente para retirar la pelusa y mantenerla en suspensión. Use solamente detergente HE. Siga las instrucciones del fabricante para determinar la cantidad de detergente que debe usar.
- **¿Está la temperatura del agua por debajo de 60°F (15,6°C)?**
El agua de lavado con una temperatura inferior a 60°F (15,6°C) quizás no disuelva por completo el detergente.
- **¿Está usando un ciclo de lavado de baja velocidad?**
Los detergentes en polvo quizás no se disuelvan bien en los ciclos de velocidad baja. Para obtener óptimos resultados, utilice detergente líquido para los ciclos de velocidad baja como ropa delicada/lavable a mano (Delicate/Hand Washables), seda (Silk) y lana (Wool).

## Manchas en la ropa

- **¿Ha agregado detergente en el depósito?**
Para obtener óptimos resultados, agregue detergente en el compartimiento del detergente. No agregue detergente en el tambor de la lavadora.
- **¿Ha utilizado suficiente detergente HE?**
Use suficiente detergente para quitar la suciedad y mantenerla en suspensión. Use solamente detergente HE. Siga las instrucciones del fabricante para determinar la cantidad de detergente que debe usar.
- **¿Hay hierro (óxido) por encima del promedio en el agua?**
Tal vez necesite instalar un filtro de óxido ferroso.
- **¿Ha separado la ropa adecuadamente?**
Separe las prendas de color oscuro de las blancas y claras.
- **¿Ha descargado la lavadora con rapidez?**
Para evitar la transferencia de tintes, descargue la lavadora tan pronto como se detenga.
- **¿Ha usado una bola con suavizante de telas?**
Las bolas que distribuyen suavizante de telas no funcionan correctamente en esta lavadora. Agregue el suavizante líquido de telas en el compartimiento del suavizante de telas.
- **¿Ha usado detergente en polvo en un ciclo de baja velocidad?**
Considere el empleo de un detergente líquido
- **¿Ha usado lavado rápido (Quick Wash) para una carga voluminosa?**
Para obtener óptimos resultados, use Quick Wash para cargas pequeñas (2 a 3 articulos de prendas) con suciedad ligera.

## La ropa está arrugada

- **¿Ha descargado la lavadora con rapidez?**
Descargue la lavadora tan pronto como se detenga.
- **¿Ha empleado el ciclo correcto para la carga que está lavando?**
Utilice el ciclo Ropa delicada/Lavable a mano (Delicate/Hand Washables) u otro ciclo con velocidad baja de exprimido para reducir la formación de arrugas.
- **¿Ha sobrecargado la lavadora?**
La carga de lavado debe estar equilibrada y sin sobrecarga. Las cargas deben moverse con libertad durante el lavado.

## Ropa blanca percudida y colores opacos

- **¿Ha separado la ropa adecuadamente?**
Siempre que mezcle ropa blanca y de color en una carga puede ocurrir una transferencia de tintes. Separe las prendas de color oscuro de las blancas y claras.
- **¿Estaba la temperatura del agua demasiado baja?**
Para lavar use agua caliente o tibia que no afecte la ropa. Cerciórese de que el sistema de agua caliente sea el adecuado para proveer un lavado con agua caliente.
- **¿Ha usado suficiente detergente, o tiene agua dura?**
Use más detergente cuando lave prendas con suciedad rebelde en agua fría o dura.

## Ciclo demasiado prolongado

- **¿Ha elegido un ciclo de Higienización?**
El calentador se activará para dar un rendimiento máximo de limpieza. Se añadirá tiempo adicional al ciclo regular para calentar el agua. Este tiempo adicional dependerá del tamaño de la carga y la temperatura del agua caliente que ingresa.
- **¿Aparece en la pantalla "SUD"?**
Se ha detectado excesiva espuma y la rutina de espuma ha sido activada para eliminar el exceso. Esta rutina añadirá tiempo adicional al ciclo original.
- **¿Ha lavado una carga grande usando el ciclo de lavado rápido?**
El ciclo de lavado rápido está diseñado para cargas de tamaño más pequeño (de 2 a 3 artículos de prendas con suciedad ligera). Si se lavan cargas más grandes usando este ciclo, aumentará el tiempo de lavado.
- **¿Ha lavado una carga grande usando un ciclo delicado?**
Cuando use los ciclos de ropa delicada/ lavable a mano, seda o lana ponga cargas pequeñas. Esto le asegura un lavado delicado para sus prendas sin aumentar los tiempos de lavado.
- **¿ Ha sido la carga lo que causa un desequilibrio?**
Cuando hay demasiado desequilibrio, una rutina de desequilibrio comenzará a redistribuir la carga. Durante la rutina de desequilibrio, el tiempo en la pantalla puede hacer una pausa hasta que se complete esta actividad; luego reanudará el ciclo.

## La puerta está trabada al final del ciclo de lavado

- **¿Se ha escurrido toda el agua de la lavadora durante el período de exprimido?**
Seleccione DRAIN/SPIN para eliminar todo el agua que haya quedado en la lavadora. La puerta de la lavadora se destrabará al término del escurrido.

# AYUDA O SERVICIO TÉCNICO

Antes de solicitar asistencia o servicio, por favor consulte la sección "Solución de Problemas." Esto le podría ahorrar el costo de una visita de servicio técnico. Si considera que aún necesita ayuda, siga las instrucciones que aparecen a continuación.

Cuando llame, tenga a mano la fecha de compra y el número completo del modelo y de la serie de su electrodoméstico. Esta información nos ayudará a atender mejor a su pedido.

### Si necesita piezas de repuesto

Si necesita pedir piezas de repuesto, recomendamos que use únicamente piezas especificadas de fábrica FSP®. Estas piezas encajarán bien y funcionarán bien ya que están fabricadas con la misma precisión empleada en la fabricación de cada electrodoméstico nuevo de WHIRLPOOL®.

**Para conseguir las piezas de repuesto FSP en su localidad:**

En los EE.UU., llame al Centro para la eXperiencia del Cliente al **1-800-253-1301**, o al centro de servicio designado más cercano a su localidad.

En Canadá, llame al **1-800-807-6777**, o al centro de servicio designado más cercano a su localidad.

## En los EE.UU.

Llame al Centro para la eXperiencia del Cliente de Whirlpool sin costo alguno al:
**1-800-253-1301.**

**Nuestros consultores ofrecen asistencia con respecto a:**

- Características y especificaciones de nuestra línea completa de electrodomésticos.
- Información sobre instalación.
- Procedimientos para el uso y mantenimiento
- Venta de piezas para reparación y accesorios
- Asistencia especializada para el consumidor (habla hispana, problemas de audición, visión limitada, etc.).
- Recomendaciones a distribuidores locales, compañías que dan servicio y distribuidores de partes para reparación

Los técnicos de servicio designados por Whirlpool están entrenados para cumplir con la garantía del producto y ofrecer servicio una vez que la garantía termine, en cualquier lugar de los Estados Unidos.

Para localizar a una compañía de servicio designada por Whirlpool en su área, también puede consultar la sección amarilla de su guía telefónica.

### Para obtener más asistencia

Si necesita asistencia adicional, puede escribir a Whirlpool Corporation con sus preguntas o dudas a:

Whirlpool Brand Home Appliances
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Favor de incluir un número telefónico de día en su correspondencia.

## En Canadá

Llame al Centro de Interacción del Cliente de Whirlpool Canada LP sin costo alguno al: **1-800-807-6777.**

**Nuestros consultores ofrecen asistencia con respecto a:**

- Procedimientos para el uso y mantenimiento
- Venta de piezas para reparación y accesorios
- Características y especificaciones de nuestra línea completa de aparatos electrodomésticos
- Recomendaciones a distribuidores locales, compañías que dan servicio y distribuidores de partes para reparación. Los técnicos de servicio designados por Whirlpool Canada LP están capacitados para cumplir con la garantía del producto y proporcionar servicio posterior al vencimiento de la garantía en cualquier lugar de Canadá.

### Para obtener más asistencia

Si necesita asistencia adicional, puede escribir a Whirlpool Canada LP con sus preguntas o dudas a:

Customer Interaction Centre
Whirlpool Canada LP
1901 Minnesota Court
Mississauga, Ontario L5N 3A7

Favor de incluir un número telefónico de día en su correspondencia.

# GARANTÍA DE LOS ELECTRODOMÉSTICOS PRINCIPALES DE WHIRLPOOL CORPORATION

## GARANTÍA LIMITADA DE UN AÑO

Durante un año a partir de la fecha de compra, siempre y cuando se dé a este electrodoméstico principal un uso y mantenimiento de conformidad con las instrucciones adjuntas o provistas con el producto, Whirlpool Corporation o Whirlpool Canada LP (en lo sucesivo denominado "Whirlpool") se hará cargo del costo de las piezas de repuesto FSP ® y del trabajo de reparación para corregir defectos en los materiales o en la mano de obra. El servicio deberá ser suministrado por una compañía de servicio designada por Whirlpool.

## WHIRLPOOL NO PAGARÁ POR LOS SIGUIENTES ARTÍCULOS

1. Visitas de servicio técnico para corregir la instalación de su electrodoméstico principal, para enseñarle a usar su electrodoméstico principal, para cambiar o reparar fusibles domésticos o para corregir la instalación eléctrica o de la tubería de la casa.
2. Visitas de servicio técnico para reparar o reemplazar focos para electrodomésticos, filtros de aire o filtros de agua. Esos insumos están excluidos de la cobertura de la garantía.
3. Reparaciones cuando su electrodoméstico principal se use de un modo diferente al doméstico normal de una familia.
4. Daños causados por accidente, alteración, uso indebido, abuso, incendio, inundación, actos fortuitos, instalación incorrecta, instalación que no esté de acuerdo con los códigos eléctricos o de plomería, o el empleo de productos no aprobados por Whirlpool.
5. Cualquier pérdida de comida debido a fallas del refrigerador o del congelador.
6. Piezas de repuesto o gastos de reparación para electrodomésticos que se empleen fuera de los Estados Unidos o Canadá.
7. Recogida y entrega. Este electrodoméstico principal está diseñado para ser reparado en el hogar.
8. Reparaciones de piezas o sistemas como resultado de modificaciones no autorizadas que se hayan efectuado en el electrodoméstico.
9. Gastos de viaje y transporte para obtener servicio del producto en lugares remotos.
10. La remoción e instalación de su electrodoméstico si estuviera instalado en un lugar inaccesible o si no estuviera instalado de conformidad con las instrucciones de instalación publicadas.

## EXCLUSIÓN DE GARANTÍAS IMPLÍCITAS; LIMITACIÓN DE RECURSOS

EL ÚNICO Y EXCLUSIVO RECURSO DEL CLIENTE SEGÚN LOS TÉRMINOS DE ESTA GARANTÍA LIMITADA SERÁ EL DE REPARAR EL PRODUCTO SEGÚN SE ESTIPULA EN LA PRESENTE. LAS GARANTÍAS IMPLÍCITAS, INCLUYENDO LAS GARANTÍAS DE COMERCIABILIDAD O DE CAPACIDAD PARA UN PROPÓSITO PARTICULAR, SERÁN LIMITADAS A UN AÑO O AL PERÍODO MÁS CORTO PERMITIDO POR LEY. WHIRLPOOL NO SE RESPONSABILIZARÁ POR DAÑOS INCIDENTALES O CONSECUENTES. ALGUNOS ESTADOS Y PROVINCIAS NO PERMITEN LAS EXCLUSIONES O LIMITACIONES POR DAÑOS INCIDENTALES O CONSECUENTES, O LIMITACIONES ACERCA DE CUÁNTO DEBE DURAR UNA GARANTÍA IMPLÍCITA DE COMERCIABILIDAD O CAPACIDAD, DE MODO QUE LAS LIMITACIONES O EXCLUSIONES ARRIBA MENCIONADAS PUEDEN NO APLICARSE EN SU CASO. ESTA GARANTÍA LE OTORGA DERECHOS LEGALES ESPECÍFICOS Y ES POSIBLE QUE USTED TENGA TAMBIÉN OTROS DERECHOS QUE PUEDEN VARIAR DE UN ESTADO A OTRO O DE UNA PROVINCIA A OTRA.

Esta garantía no tiene vigor fuera de los cincuenta Estados Unidos y Canadá. Póngase en contacto con el distribuidor autorizado de Whirlpool para determinar si corresponde otra garantía.

Si necesita servicio, consulte primero la sección "Solución de problemas" del Manual de uso y cuidado. Después de consultar la sección "Solución de problemas", puede encontrar ayuda adicional en la sección "Ayuda o servicio técnico", o llamando a Whirlpo ol. En E.U.A., llame al **1-800-253-1301**. En Canadá, llame al **1-800-807-6777**. 8/05

**Guarde este libro y su comprobante de compra juntos para referencia futura. Usted deberá proporcionar el comprobante de la compra o una fecha de instalación para obtener servicio bajo la garantía.**

Escriba la siguiente información acerca de su electrodoméstico principal para ayudarle mejor a obtener asistencia o servicio técnico si alguna vez llegara a necesitarlo. Deberá tener a mano el número completo del modelo y de la serie. Usted puede encontrar esta información en la etiqueta con el número de modelo y de serie ubicada en el producto.

**Nombre del distribuidor** ____________________

**Dirección** ____________________

**Número de teléfono** ____________________

**Número de modelo** ____________________

**Número de serie** ____________________

**Fecha de compra** ____________________

# SÉCURITÉ DE LA LAVEUSE

## Votre sécurité et celle des autres est très importante.

Nous donnons de nombreux messages de sécurité importants dans ce manuel et sur votre appareil ménager. Assurez-vous de toujours lire tous les messages de sécurité et de vous y conformer.

Voici le symbole d'alerte de sécurité.

Ce symbole d'alerte de sécurité vous signale les dangers potentiels de décès et de blessures graves à vous et à d'autres.

Tous les messages de sécurité suivront le symbole d'alerte de sécurité et le mot "DANGER" ou "AVERTISSEMENT". Ces mots signifient :

**⚠DANGER** — **Risque possible de décès ou de blessure grave si vous ne suivez pas immédiatement les instructions.**

**⚠AVERTISSEMENT** — **Risque possible de décès ou de blessure grave si vous ne suivez pas les instructions.**

Tous les messages de sécurité vous diront quel est le danger potentiel et vous disent comment réduire le risque de blessure et ce qui peut se produire en cas de non-respect des instructions.

## IMPORTANTES INSTRUCTIONS DE SÉCURITÉ

**AVERTISSEMENT :** Pour réduire les risques d'incendie, de choc électrique ou de blessures lors de l'utilisation de la laveuse, suivre les précautions fondamentales dont les suivantes :

- Lire toutes les instructions avant d'utiliser la laveuse.
- Ne pas laver des articles qui ont été nettoyés ou lavés avec de l'essence ou imbibés d'essence, solvants de nettoyage à sec, ou autres substances inflammables ou explosives; ces substances peuvent émettre des vapeurs susceptibles de s'enflammer ou d'exploser.
- Ne pas ajouter d'essence, solvant de nettoyage à sec ou autre produit inflammable ou explosif dans l'eau de lavage. Ces substances peuvent émettre des vapeurs susceptibles de s'enflammer ou d'exploser.
- Dans certaines conditions, de l'hydrogène gazeux peut se former dans un circuit d'eau chaude qui n'a pas été utilisé pendant 2 semaines ou plus. LE GAZ HYDROGÈNE EST EXPLOSIBLE. Si le circuit d'eau chaude n'a pas été utilisé pendant une telle période, avant d'utiliser la laveuse, ouvrir tous les robinets d'eau chaude et laisser l'eau s'écouler pendant plusieurs minutes par chaque robinet. Ceci permettra l'évacuation de l'hydrogène gazeux accumulé. Comme ce gaz est inflammable, ne pas fumer ou utiliser une flamme nue au cours de cette période.
- Ne pas laisser des enfants jouer sur ou à l'intérieur de la laveuse. Bien surveiller les enfants lorsque la laveuse est utilisée à proximité d'enfants.
- Avant de mettre la laveuse au rebut ou hors de service, enlever la porte ou le couvercle.
- Ne pas tenter d'atteindre un article à l'intérieur de la cuve de la laveuse lorsque le tambour, la cuve ou l'agitateur est en mouvement.
- Ne pas installer ou remiser cette laveuse à un endroit où elle serait exposée aux intempéries.
- Ne pas modifier les organes de commande.
- Ne pas réparer ou remplacer un composant quelconque de la laveuse, ni entreprendre une opération de service, si ce n'est spécifiquement recommandé dans ce manuel ou dans un manuel d'instructions de réparations destiné à l'utilisateur; il est alors essentiel que la personne concernée comprenne ces instructions et soit compétente pour les exécuter.
- Voir "Spécifications électriques" pour les instructions de liaison à la terre.

## CONSERVEZ CES INSTRUCTIONS

# EXIGENCES D'INSTALLATION

## Outillage et pièces

Rassembler les outils et pièces nécessaires avant de commencer l'installation. Les pièces fournies se trouvent dans le tambour de la laveuse.

### Outils nécessaires pour raccorder les tuyaux d'arrivée d'eau

- Pince (ouverture jusqu'à $1\frac{9}{16}$" [39,5 mm])
- Lampe de poche (facultative)

### Outils nécessaires pour l'installation

- Clé plate de 17 mm et de 13 mm
- Niveau
- Bloc de bois
- Règle ou ruban à mesurer

**Pièces fournies :**




*A. Support de tuyau de vidange*
*B. Tuyau d'arrivée d'eau (2)*
*C. Rondelle du tuyau d'arrivée d'eau (4)*
*D. Bouchon du trou du boulon de transport (4)*
*E. Courroie perlée*

### Autres pièces

Votre installation peut nécessiter des pièces supplémentaires. Si vous désirez acheter l'un des articles indiqués ici, composez sans frais le numéro sur la couverture ou dans la section "Assistance ou service".

| Si vous avez | Il faudra acheter |
|---|---|
| Évier de buanderie ou tuyau de rejet à l'égout plus haut que 96" (2,4 m) | Système de pompe de puisard (si non déjà disponible) |
| Égout surélevé | Évier de vidange standard de 20 gal (76 L) et 30" (76,2 cm) de hauteur ou évier utilitaire et pompe de puisard (disponibles de votre fournisseur local d'articles de plomberie) |
| Égout au plancher | Brise-siphon, pièce n° 285834; tuyau de vidange additionnel, pièce n° 8318155; et trousse de connexion, pièce n° 285835 |
| Tuyau de vidange trop court | Trousse de rallonge de tuyau d'écoulement de 4 pi (1,2 m), pièce n° 285863 |
| Robinets d'eau éloignés du tuyau d'entrée d'eau | 2 tuyaux de remplissage d'eau plus long: 6 pi (1,8 m) pièce n° 76314, 10 pi (3,0 m) pièce n° 350008 |

## Options

### Piédestal

Il est possible d'acheter séparément un piédestal pour cette laveuse. Le piédestal ajoutera environ 13" (33 cm) à la hauteur de votre appareil pour une hauteur totale d'environ 51" (130 cm).



*Piédestal facultatif*

Pour le commander, téléphoner au marchand chez qui vous avez acheté la laveuse ou se référer à la section "Assistance ou service" de ce manuel.

**Piédestaux de 13" (33 cm)**

| Couleur | Pièce n° |
|---|---|
| Blanc | LAB2700MQ |
| Biscuit | LAB2700MT |
| Étain | LAB2700ML |

### Ensemble de superposition

Prévoyez-vous de superposer votre laveuse et votre sécheuse? Pour ce faire, vous devrez acheter un ensemble de superposition.

Pour commander, téléphoner au marchand chez qui vous avez acheté votre sécheuse ou vous référer à la section "Assistance ou service" de ce manuel. Demander la pièce numéro 8541503.

## Exigences d'emplacement

Le choix d'un emplacement approprié pour la laveuse en améliore le rendement et réduit au minimum le bruit et le "déplacement" possible de la laveuse.

La laveuse peut être installée dans un sous-sol, une salle de buanderie, un placard, un encastrement ou sur mesure sous un comptoir. Voir "Système de vidange".

Les exigences d'un emplacement pour les appareils connexes doivent être également considérées. Il vous incombe d'assurer une installation appropriée.

**Il vous faudra**

- Un chauffe-eau pour fournir de l'eau à 120°F (49°C) à la laveuse.
- Une prise électrique reliée à la terre située à moins de 6 pi (1,8 m) de la prise du cordon électrique se trouvant à l'arrière de la laveuse. Voir "Spécifications électriques".
- Des robinets d'eau chaude et d'eau froide situés à moins de 4 pi (1,2 m) des robinets de remplissage d'eau chaude et d'eau froide, et une pression d'eau de 20-100 lb/po² (137,9-689,6 kPa).
- Un plancher de niveau ayant une pente maximale de 1" (2,5 cm) sous toute la laveuse. L'installation de la laveuse sur des surfaces molles, telles que des tapis ou des surfaces avec support en mousse, n'est pas recommandée.
- Un plancher robuste et solide pour supporter la laveuse dont le poids total (eau et charge) est de 400 lb (180 kg).

Ne pas faire fonctionner la laveuse à des températures au-dessous de 32°F (0°C). Une quantité d'eau peut demeurer dans la laveuse et causer des dommages à des températures basses.

### Dégagements de séparation à respecter

- L'emplacement doit être assez grand pour permettre d'ouvrir complètement la porte de la laveuse.
- On doit prévoir un peu plus d'espace pour faciliter l'installation et l'entretien.
- Un espace supplémentaire peut être requis pour les moulures de porte et de plancher et pour les plinthes.
- Un espace supplémentaire de 1" (2,5 cm) de tous les côtés de la laveuse est recommandé pour réduire le transfert du bruit.
- Il faut aussi tenir compte de l'espace requis pour des appareils connexes.

### Dimensions de la laveuse




### Espacement recommandé pour une installation personnalisée sous un comptoir

Les dimensions indiquées sont pour l'espacement recommandé.

**Installation personnalisée sous un comptoir - laveuse seulement**




### Espacement recommandé pour une installation dans un encastrement ou dans un placard, avec ou sans piédestal

Les dimensions indiquées sont pour l'espacement recommandé.

**Installation dans un encastrement ou placard**




*A. Vue latérale - placard ou endroit exigu*
*B. Porte de placard avec orifices d'entrée d'air*

*Orifices d'entrée d'air min. supérieurs et inférieurs pour porte de placard.

**Installation dans un encastrement ou placard - laveuse sur piédestal**




*A. Encastrement*
*B. Vue latérale - placard ou endroit exigu*



W0026788

### Espacement recommandé pour une installation dans un encastrement ou dans un placard, avec une laveuse et une sécheuse superposées

Les dimensions indiquées sont pour l'espacement recommandé.




*Orifices d'entrée d'air min. supérieurs et inférieurs pour porte de placard.

**Espace supplémentaire nécessaire pour coude d'évacuation externe.

***Un espace supplémentaire peut être nécessaire pour les moulures de mur, porte et plancher.

### Espacement recommandé pour l'installation de la caisse

- Les dimensions indiquées sont pour l'espacement recommandé.
- Pour installation de la caisse avec porte, on doit prévoir des ouvertures minimums d'entrée d'air au sommet de la caisse.




## Système de vidange

La laveuse peut être installée en utilisant le système de rejet à l'égout (au plancher ou mural), le système de vidange de l'évier ou le système de vidange au plancher. Sélectionner la méthode d'installation du tuyau de vidange selon les besoins. Voir "Outillage et pièces".

### Système de rejet à l'égout - mural ou au plancher (Vues A et B)

Le système de rejet à l'égout nécessite un tuyau de diamètre minimum de 2" (5 cm). La capacité minimale d'acheminement ne doit pas être de moins de 17 gal (64 L) par minute.

Le sommet du tuyau de vidange doit être d'au moins 30" (76,2 cm) de haut et au maximum à 96" (2,4 m) de la base de la laveuse.




### Système de vidange de l'évier de buanderie (Vue A)

L'évier de buanderie doit avoir une capacité minimale de 20 gal (76 L). Le sommet de l'évier doit être à au moins 30" (76,2 cm) au-dessus du plancher.

### Système de vidange au plancher (Vue B)

Le système de vidange au plancher exige un brise-siphon qui peut être acheté séparément. Voir "Outillage et pièces".

Le brise-siphon doit être à un minimum de 28" (71 cm) de la base de la laveuse. D'autres tuyaux peuvent être requis.






W0026789

## Spécifications électriques

**⚠ AVERTISSEMENT**



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

- Une alimentation électrique de 120 volts, 60 Hz, CA seulement, de 15 ou 20 ampères, protégée par un fusible est requise. Un fusible temporisé ou disjoncteur est recommandé. Il est recommandé d'utiliser un circuit distinct pour alimenter seulement cet appareil.
- Cette laveuse est dotée d'un cordon d'alimentation avec fiche de branchement à 3 broches pour liaison à la terre.
- Pour minimiser le risque de choc électrique, le cordon doit être branché sur une prise de courant de configuration correspondante (3 alvéoles) reliée à la terre, conformément aux codes et règlements locaux. Si une prise de configuration correspondante n'est pas disponible, c'est au client qu'incombent la responsabilité et l'obligation personnelle de faire installer par un électricien qualifié une prise convenablement mise à la terre.
- Si les codes le permettent et si un conducteur distinct de mise à la terre est utilisé, il est recommandé qu'un électricien qualifié détermine que la liaison à la terre est adéquate.
- Ne pas effectuer de liaison à la terre sur une canalisation de gaz.
- En cas de doute concernant la qualité de la liaison à la terre de la laveuse, vérifier auprès d'un électricien qualifié.
- Ne pas utiliser un fusible dans le circuit neutre ou de liaison à la terre.

### INSTRUCTIONS DE LIAISON À LA TERRE

**Pour une laveuse reliée à la terre et connectée par un cordon :**
Cette laveuse doit être reliée à la terre. En cas d'anomalie de fonctionnement ou de panne, la liaison à la terre réduira le risque de choc électrique en offrant au courant électrique un itinéraire d'évacuation de moindre résistance. Cette laveuse est alimentée par un cordon électrique comportant un conducteur relié à la terre et une fiche de branchement munie d'une broche de liaison à la terre. La fiche doit être branchée sur une prise de courant appropriée qui est bien installée et reliée à la terre conformément à tous les codes et règlements locaux.

**AVERTISSEMENT :** Le raccordement incorrect de cet appareil au conducteur de liaison à la terre peut susciter un risque de choc électrique. En cas de doute quant à la qualité de la liaison à la terre de l'appareil, consulter un électricien ou technicien d'entretien qualifié.

Ne pas modifier la fiche de branchement fournie avec l'appareil – si la fiche ne correspond pas à la configuration de la prise de courant, demander à un électricien qualifié d'installer une prise de courant convenable.

**Pour une laveuse raccordée en permanence :**
Cette laveuse doit être raccordée à un système de câblage permanent en métal relié à la terre ou un conducteur relié à la terre doit être en fonction avec les conducteurs de circuit et raccordés à la borne de liaison à la terre ou la borne sur l'appareil ménager.

# INSTRUCTIONS D'INSTALLATION

## Enlèvement du système de transport

**⚠ AVERTISSEMENT**

**Risque du poids excessif**

**Utiliser deux ou plus de personnes pour déplacer et installer la laveuse.**

**Le non-respect de cette instruction peut causer une blessure au dos ou d'autre blessure.**

**IMPORTANT :** Positionner la laveuse de sorte que l'arrière de la machine soit à environ 3 pi (90 cm) de l'emplacement final.

On trouve sur le panneau arrière de la laveuse 4 boulons qui supportent le système de suspension durant le transport. Ces boulons retiennent également le cordon d'alimentation dans la laveuse jusqu'à ce qu'ils soient enlevés.



1. Au moyen d'une clé de 13 mm, desserrer chacun des boulons.



W0026790

2. Une fois le boulon desserré, le déplacer au centre du trou et retirer complètement le boulon, y compris la cale d'espacement en plastique couvrant le boulon.



3. Une fois les 4 boulons enlevés, les jeter ainsi que les cales d'espacement. Tirer ensuite le cordon d'alimentation à travers l'ouverture du panneau arrière et fermer le trou à l'aide du bouchon joint.
4. Obturer les trous avec les bouchons des boulons de transport.

**REMARQUE :** Si la laveuse doit être transportée à une date ultérieure, faire un appel de service. Afin d'éviter tout dommage à la suspension ou à la structure, un technicien agréé doit convenablement préparer l'appareil pour le déplacement.

## Raccordement des tuyaux d'alimentation

S'assurer que le tambour de la laveuse est vide.

1. Raccorder le tuyau à indicateur rouge à la valve du tuyau d'alimentation d'eau chaude (à gauche). Le fait d'attacher d'abord le tuyau à raccord rouge permet de resserrer plus facilement la connexion avec la pince. Visser complètement le raccord à la main pour qu'il comprime le joint.
2. Raccorder le tuyau à indicateur bleu à la valve du tuyau d'alimentation d'eau froide (à droite). Visser complètement le raccord à la main pour qu'il comprime le joint.




*H. Tuyau d'alimentation d'eau chaude*
*C. Tuyau d'alimentaiton d'eau froide*

3. À l'aide d'une pince, vérifier l'étanchéité des raccords de tuyaux déjà reliés à la laveuse.

   **REMARQUE :** Ne pas serrer excessivement. Le raccord risque d'être endommagé.
4. Raccorder le tuyau à indicateur rouge au robinet d'eau chaude. Visser complètement le raccord à la main pour qu'il comprime le joint.
5. Raccorder le tuyau à indicateur bleu au robinet d'eau froide. Visser complètement le raccord à la main pour qu'il comprime le joint.
6. Terminer le serrage des raccords en effectuant deux tiers de tour avec une pince.



   **REMARQUE :** Ne pas serrer excessivement. Le raccord risque d'être endommagé.
7. Ouvrir les robinets d'eau et vérifier s'il y a des fuites.

   **REMARQUE :** Remplacer les tuyaux d'arrivée d'eau après 5 ans d'utilisation pour réduire le risque de défaillance. Prendre note de la date d'installation ou de remplacement des tuyaux d'arrivée d'eau, pour référence ultérieure.

   Inspecter périodiquement les tuyaux; les remplacer en cas de renflement, de déformations, de coupures, d'usure ou si une fuite se manifeste.

## Acheminement du tuyau de vidange

Le bon acheminement du tuyau de vidange protège vos planchers contre les dommages imputables à une fuite d'eau. Lire et suivre ces instructions.

**Libération du tuyau d'évacuation fixé sur la caisse**

Tirer doucement pour dégager le tuyau d'évacuation (matériau ondulé) des agrafes d'arrimage.



**Décharge de l'eau de lavage dans un bac de buanderie ou un tuyau d'égout vertical**

Connecter le support de tuyau sur le tuyau d'évacuation ondulé.




*A. Emboîter une extrémité ou l'autre du support de tuyau sur le tuyau d'évacuation, au point de commencement des ondulations.*
*B. Plier le tuyau d'évacuation pour le mettre au contact du support de tuyau, et emboîter l'autre extrémité du support sur le tuyau.*



W0026791

**Pour empêcher l'eau de vidange de refluer dans la laveuse :**

- Ne pas redresser le tuyau de vidange ni forcer l'excédent de tuyau dans le tuyau de rejet à l'égout. Le tuyau doit être bien immobilisé, tout en permettant le passage d'air.
- Ne pas mettre l'excédent du tuyau de vidange au fond de l'évier de buanderie.

### Égout au plancher

Il vous faudra peut-être des pièces supplémentaires. Voir Vidange au plancher dans "Outillage et pièces".

## Immobilisation du tuyau de vidange

1. Faire passer le cordon d'alimentation par-dessus la laveuse.
2. Fixer le tuyau de vidange au pied de l'évier de buanderie ou au tuyau rigide de rejet à l'égout avec la courroie perlée. (Voir les illustrations A et B.)



A B C

Si les robinets d'eau et le tuyau rigide de rejet à l'égout sont placés en retrait (voir l'illustration C), introduire l'extrémité en col de cygne du tuyau de vidange dans le tuyau rigide de rejet à l'égout. Attacher fermement les tuyaux d'arrivée d'eau et le tuyau de vidange ensemble, avec la courroie perlée.

Ne pas forcer l'excédent du tuyau de vidange dans le tuyau rigide de rejet à l'égout.

## Réglage de l'aplomb de la laveuse

Un bon aplomb de la laveuse permet d'éviter le bruit et les vibrations excessifs.

1. Vérifier l'aplomb de la laveuse en plaçant un niveau sur le haut de la laveuse, transversalement, puis dans le sens avant arrière.



Si la laveuse est contre un mur, la déplacer légèrement avant de l'incliner vers l'arrière. Si la laveuse n'est pas d'aplomb, soulever d'abord l'avant avec un bloc de bois et ajuster le déploiement des pieds selon le besoin, puis soulever l'arrière et ajuster le déploiement des pieds selon le besoin. Répéter ceci jusqu'à l'aplomb parfait de la laveuse.

2. S'assurer que les quatre pieds sont stables et reposent sur le plancher. Vérifier ensuite l'aplomb de la laveuse (à l'aide d'un niveau).
3. Après avoir réglé l'aplomb de la laveuse, utiliser une clé plate de 17 mm pour visser les écrous sur les pieds fermement contre la caisse de la laveuse.

   **IMPORTANT :** Les 4 pieds doivent être bien serrés. Si les écrous ne sont pas bloqués contre la caisse de la laveuse, la laveuse peut vibrer.
4. La laveuse ne doit pas bouger de l'avant vers l'arrière, latéralement, ni transversalement lorsqu'on appuie sur les bords supérieurs.
5. Faire glisser la laveuse à son emplacement final.
6. Vérifier à nouveau l'aplomb de la laveuse.

## Achever l'installation

1. Consulter les spécifications de l'installation électrique. Vérifier que la tension électrique disponible est correcte et que la prise de courant est convenablement reliée à la terre. Voir "Spécifications électriques".
2. Vérifier que toutes les pièces sont installées. S'il reste une pièce, passer en revue les différentes étapes pour découvrir laquelle aurait été oubliée.
3. S'assurer d'avoir tout l'outillage.
4. Jeter ou recycler tout le matériel d'emballage.
5. Vérifier que chaque robinet d'arrivée d'eau est ouvert.
6. Vérifier s'il y a des fuites autour des robinets et des tuyaux d'arrivée d'eau.

**⚠ AVERTISSEMENT**



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

7. Brancher sur une prise à 3 alvéoles reliée à la terre.
8. Lire "Utilisation de la laveuse".
9. Pour tester et nettoyer la laveuse, mesurer ½ de la quantité normale recommandée de détergent en poudre ou liquide Haute efficacité (HE) pour les charges de taille moyenne. Verser le détergent dans le distributeur de détergent. Sélectionner NORMAL/CASUAL (normal/tout-aller), puis HOLD TO START (Mise en marche). Laisser la machine exécuter un programme complet.

*Utiliser uniquement un détergent HE "Haute efficacité".*

# CARACTÉRISTIQUES ET AVANTAGES

### Woolmark

Le programme laine de cette laveuse a été approuvé par Woolmark pour le lavage des articles Woolmark lavables en machine, sous réserve que ces articles soient lavés conformément aux instructions mentionnées sur l'étiquette de l'article et à celles indiquées par le fabricant de cette laveuse, M0301.

### Commandes électroniques

Les commandes électroniques flexibles sont faciles à utiliser que vous soyez un novice ou un expert.

### Distributeurs intelligents

Les distributeurs intelligents rendent votre laveuse vraiment automatique. Cette laveuse fournit un distributeur à quatre compartiments qui comprend des compartiments séparés pour le détergent du lavage principal, l'assouplissant de tissu, l'eau de Javel, et le prélavage automatique ou le trempage automatique. Le distributeur comporte de grandes zones de versement, est autonettoyant et peut être facilement retiré. Les produits de lessive sont dilués à l'eau fraîche et ajoutés à la charge au moment approprié durant le programme de lavage.

### Niveau automatique de l'eau

Cette laveuse ajuste automatiquement le niveau de l'eau pour les meilleurs rendements de nettoyage et de rinçage. Deux détecteurs déterminent la taille de la charge, la composition de la charge, et les niveaux de mousse savonneuse; les détecteurs ajustent ensuite le niveau d'eau au réglage approprié. Ceci élimine les devinettes. Le niveau d'eau est juste ce qu'il faut pour chaque taille de charge de lavage.

### Charges plus grosses

Puisqu'il n'y a pas d'agitateur, vous pouvez laver des articles plus grands, plus volumineux, comme un couvre-lit de très grande taille. Vous pouvez également laver plus de vêtements à la fois, ce qui signifie moins de charges.

### Système de suspension

Pour réduire le "déplacement" de la laveuse et les conditions de "déséquilibre", votre nouvelle laveuse combine :

- 2 ressorts pour isoler la vibration
- 4 amortisseurs de choc à la base de la laveuse pour minimiser le mouvement.

### Tambour en acier inoxydable

Le tambour en acier inoxydable élimine la corrosion et permet des vitesses d'essorage plus élevées pour une extraction plus forte d'eau ce qui réduit le temps de séchage.

### Système de lavage haute efficacité

Votre nouvelle laveuse à chargement frontal à haute efficacité fait gagner du temps avec des charges moins nombreuses et plus importantes, et diminue vos factures d'eau et d'énergie en favorisant une utilisation judicieuse des ressources.

### Vitesses d'essorage

Cette laveuse choisit automatiquement la vitesse d'essorage en fonction du programme choisi. Toutefois, ce réglage en usine peut être changé. Cette laveuse offre jusqu'à cinq choix de vitesses différentes d'essorage.

### Élément de chauffage

Cette laveuse comporte un élément de chauffage qui chauffe automatiquement l'eau à la meilleure température pour les programmes choisis. Ceci permet un nettoyage par étapes, un procédé par lequel l'eau tiède est apportée et mélangée d'abord avec le détergent, ensuite l'eau est chauffée. L'eau tiède nettoie les taches telles que sang et oeufs et l'eau chauffée élimine les taches huileuses telles que transpiration et huile mécanique sale. Cet élément de chauffage est actif aux programmes Sanitary (Sanitaire), Whitest Whites (Blancs les plus blancs), Heavy Duty (Service intense) et avec l'option Stain Treat (Traitement de taches).

### Commande de température automatique ACCUWASH™

La commande ACCUWASH™ détecte et maintient électroniquement une température d'eau uniforme. La commande ACCUWASH régule l'arrivée d'eau chaude et d'eau froide. La commande ACCUWASH est activée automatiquement lors de la sélection d'un programme.

### Ajouter un vêtement

Lorsque cette option est disponible au début du programme, le témoin lumineux Add A Garment s'allume pendant les 8 premières minutes. Cette laveuse vous accorde une période de 8 minutes pendant laquelle les vêtements oubliés peuvent être ajoutés à la charge.

### Action de nettoyage CATALYST® avec injection directe

Cette laveuse achemine 100% de l'eau à travers les distributeurs pour assurer un rinçage et un mélange à fond de tous les additifs avant qu'ils n'entrent en contact avec tout vêtement. L'eau est alors aspergée du haut à l'avant vers le centre de la charge, fournissant une distribution égale et un rendement idéal de nettoyage. Il est normal que de petites quantités d'eau demeurent dans les distributeurs lorsque le programme de lavage est complété.

### Système de détergent efficace

Cette laveuse est équipée d'une valve spécialement conçue pour se fermer durant l'étape de lavage du programme, ainsi la totalité du mélange d'eau et de détergent est utilisée sur la charge. Le système de détergent efficace évite tout gaspillage d'eau ou de détergent.

### Détection dynamique de déséquilibre

Cette laveuse utilise deux détecteurs pour détecter la taille de la charge et la quantité déséquilibrée dans la charge. Le système de suspension et les commandes sont spécialement conçus pour redistribuer automatiquement la charge.

# UTILISATION DE LA LAVEUSE




**REMARQUE :** Le panneau illustré ci-dessus peut être différent de celui de votre modèle.

## Mise en marche de la laveuse

## ⚠ AVERTISSEMENT



Risque d'incendie

**Ne jamais mettre des articles humectés d'essence ou d'autres fluides inflammables dans la laveuse.**

**Aucune laveuse ne peut complètement enlever l'huile.**

**Ne pas faire sécher des articles qui ont été salis par tout genre d'huile (y compris les huiles de cuisson).**

**Le non-respect de ces instructions peut causer un décès, une explosion ou un incendie.**

**AVERTISSEMENT** : Pour réduire le risque d'incendie, de choc électrique ou de blessures corporelles, lire les INSTRUCTIONS IMPORTANTES DE SÉCURITÉ avant de faire fonctionner cet appareil.

Le texte suivant est un guide pour l'utilisation de votre laveuse. Se référer aux sections spécifiques de ce manuel pour des renseignements plus détaillés.

Ne pas remiser des produits de lessive sur le dessus de cette laveuse. La vibration est normale au cours du fonctionnement.

## Utilisation du détergent approprié

Utiliser uniquement des détergents HAUTE efficacité. Pour ce type de détergent, "HE" ou "Haute efficacité" sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non-HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues et une performance de rinçage réduite. Ceci peut aussi entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement.

Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE "Haute efficacité".*

**Premier programme de lavage sans linge à laver**

Avant de laver le linge pour la première fois, choisir le programme NORMAL/CASUAL et l'exécuter sans linge. Utiliser la moitié de la quantité normale recommandée de détergent à haute efficacité (HE) en poudre ou liquide pour des charges de taille moyenne. Le programme initial sert à assurer que l'intérieur est propre avant de laver le linge.

1. **Pour charger la laveuse**
   Ouvrir la porte de la laveuse en tirant sur la poignée. Trier le linge d'après la couleur et le type de tissu. Placer une charge de linge trié dans la laveuse. Ne pas surcharger la laveuse. Une charge excessive peut causer un piètre nettoyage.
   - La laveuse peut être bien remplie, mais le linge ne doit pas être tassé. La porte de la laveuse devrait se fermer facilement.
   - Mélanger les gros articles avec les petits articles et éviter de laver un seul article. Charger la laveuse uniformément.
   - Il est recommandé de laver de petits articles tels que les chaussettes d'enfants dans un sac en filet pour le linge. Il est recommandé d'utiliser plus d'un sac pour le linge, et de remplir chaque sac avec des quantités similaires.
   - Lorsqu'on enlève le linge, vérifier occasionnellement sous le rebord en caoutchouc à l'avant de la cuve pour les petits articles.
2. Fermer la porte de la laveuse en la poussant fermement jusqu'à l'enclenchement qui verrouille la porte. La porte de la laveuse demeurera verrouillée durant le programme de lavage.

   **REMARQUE :** Lorsque tout programme de lavage est achevé, la porte doit être ouverte et ensuite fermée avant qu'un nouveau programme puisse commencer. La porte peut être ouverte seulement si la touche PAUSE/CANCEL (Pause/annulation) est choisie lorsque le témoin lumineux ADD A GARMENT (Ajouter un vêtement) s'illumine ou si le programme a été annulé. Voir "Pour annuler un programme" dans la section "Changement de programmes, options et modificateurs".

3. Ouvrir le tiroir distributeur et ajouter les produits de lessive au compartiment de détergent, d'eau de Javel ou d'assouplissant de tissu. Fermer le tiroir lentement pour éviter les renversements. Voir "Utilisation du distributeur".
4. Mettre la laveuse en marche en choisissant CONTROL ON (Commande en marche). Sélectionner l'un des programmes en tournant le sélecteur de programme. Le témoin lumineux pour le programme choisi s'illuminera. Lors de la sélection d'un programme de lavage, les options, la température de l'eau, la vitesse d'essorage et le niveau de saleté préréglés s'illumineront. L'affichage indique le temps restant estimé. Les réglages préréglés fournissent le soin recommandé pour les tissus pour le programme sélectionné. Voir "Programmes".
5. Choisir les OPTIONS désirées. Toutes les options ne sont pas disponibles avec tous les programmes. Voir "Options".
6. Choisir les MODIFIERS (Modificateurs) désirés. Tous les modificateurs ne sont pas disponibles avec tous les programmes et toutes les options. Voir "Modificateurs".
7. Si désiré, choisir END OF CYCLE SIGNAL (Signal de fin de programme). Le signal est utile lorsqu'on lave des articles qui devraient être enlevés de la laveuse dès qu'elle s'arrête. Sélectionner LOUDER (Plus fort), SOFTER (Moins fort) ou OFF (arrêt).
8. **Pour commencer immédiatement le programme de lavage**
   Choisir HOLD TO START (Mise en marche).
   - Si vous ne sélectionnez pas HOLD TO START en moins de 5 minutes après avoir choisi un programme, la laveuse s'arrêtera automatiquement.
   - Lorsque le programme de lavage est achevé, le témoin lumineux indiquant CYCLE COMPLETE (Programme achevé) s'illumine, la porte se déclenche et la charge de lavage peut être retirée de la laveuse. La laveuse est désactivée automatiquement 5 minutes après l'achèvement du programme et lorsque le témoin lumineux CYCLE COMPLETE (Programme achevé) s'éteint. Pour désactiver la laveuse manuellement après la fin du programme de lavage, sélectionner PAUSE/ CANCEL (Pause/annulation) une fois.
9. **Pour commencer le programme de lavage plus tard**
   Sélectionner DELAY WASH (lavage différé) jusqu'à ce que le délai désiré (en heures) apparaisse sur l'afficheur du temps restant estimé. Choisir START. Le compte à rebours avant le programme de lavage sera affiché.
   - En cas de mise en marche différée d'un programme, utiliser seulement des détergents en poudre dans le compartiment de lavage principal car les détergents liquides risquent de suinter hors du compartiment avant le début du programme de lavage.

## Utilisation du distributeur

Votre nouvelle laveuse comporte un tiroir distributeur avec quatre compartiments séparés pour vos produits de lessive — deux sont pour le détergent, l'un est pour l'eau de Javel et l'un est pour l'assouplissant de tissu liquide. Les produits de lessive sont dilués et distribués automatiquement au moment approprié durant le programme de lavage, ce qui vous évite de retourner à la laveuse durant le programme pour ajouter ces produits.

Il est normal que de petites quantités d'eau demeurent dans les distributeurs lorsque le programme de lavage est complété.

Ne pas placer d'additifs de lessive directement dans la cuve de lavage. Toujours utiliser les distributeurs appropriés lors de l'addition de produits de lessive.

### Choix du détergent approprié

Utiliser uniquement des détergents HAUTE efficacité. Pour ce type de détergent, "HE" ou "High Efficiency" sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non-HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues, une performance de rinçage réduite et peut entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE "Haute efficacité".*

#### Pour remplir les compartiments du distributeur

1. Tirer le tiroir distributeur.
2. Ajouter le produit de lessive désiré dans le compartiment approprié.
3. Pousser complètement et lentement le tiroir distributeur (pour éviter les renversements).




*Distributeur*

*A. Compartiment pour détergent Prewash (prélavage)*
*B. Séparateur*
*C. Compartiment pour détergent Main Wash (lavage principal)*
*D. Levier de dégagement du distributeur*
*E. Compartiment pour eau de Javel*
*F. Compartiment pour assouplissant de tissu*

### Compartiment pour détergent Prewash (prélavage)

(Lettre A dans l'illustration du distributeur)

Ajouter le détergent dans ce compartiment lors de l'utilisation de l'option Prewash (prélavage) ou Auto Soak (trempage automatique). Le détergent liquide ou en poudre peut être utilisé dans ce compartiment. Le détergent sera automatiquement distribué durant le prélavage si l'option Prewash est choisie ou durant le temps de trempage si Auto Soak est choisi.

- Si vous utilisez un détergent à haute efficacité (HE) ajouter ⅓ de la quantité recommandée dans le compartiment pour détergent Prewash et ⅔ de la quantité recommandée dans le compartiment pour détergent Main Wash (lavage principal).
- Ne pas remplir au-delà du niveau "Max".



W0026795

### Compartiment pour détergent Main Wash (lavage principal)

(Lettre C dans l'illustration du distributeur)

Ajouter le détergent liquide ou en poudre dans ce compartiment pour votre programme de lavage principal. Le séparateur de détergent doit toujours être en place, soit à la position avant ou arrière.

**IMPORTANT :** Si vous utilisez les options Prewash (prélavage), Soak (trempage) ou Delay (lavage différé), un détergent en poudre doit être utilisé dans le compartiment de lavage principal car les détergents liquides peuvent couler hors du compartiment de lavage principal avant que le lavage ne commence.

- Ne pas remplir au-delà du niveau "MAX".
- L'agent de blanchiment liquide ou en poudre sans danger pour les couleurs, peut être ajouté au compartiment pour détergent Main Wash avec le même type de détergent, liquide ou en poudre.
- **Détergent liquide :** Placer le séparateur à la position avant, entre les guides, tel qu'illustré ci-après. Il n'y aura pas d'écart entre le fond du compartiment pour détergent du cycle de lavage et la base du séparateur.




*Séparateur en position avant, entre les guides*

*A. Séparateur*
*B. Guide*

- **Détergent en poudre :** Placer le séparateur à la position arrière, derrière les guides, tel qu'illustré ci-après. Il y aura un écart entre le fond du compartiment pour détergent du cycle de lavage et la base du séparateur.




*Séparateur à la position arrière, entre les guides*

*A. Séparateur*
*B. Guide*

**REMARQUE :** Le séparateur est expédié de l'usine en position POWDER (poudre [arrière]).

### Compartiment pour eau de Javel

(Lettre E dans l'illustration du distributeur)

Ne pas ajouter plus de ⅓ tasse (80 mL) d'eau de Javel dans ce compartiment. L'eau de Javel sera automatiquement diluée et distribuée au moment approprié durant le premier rinçage après le programme de lavage. Ce compartiment ne peut pas diluer un agent de blanchiment en poudre.

- Toujours mesurer l'eau de Javel. Utiliser une tasse à mesurer avec un bec verseur, et éviter l'à-peu-près.
- Ne pas remplir au-delà du niveau "MAX". Le remplissage excessif pourrait causer de sérieux dommages aux vêtements.

### Compartiment pour assouplissant de tissu

(Lettre F dans l'illustration du distributeur)

Ajouter ¼ de tasse (60 mL) d'assouplissant de tissu liquide dans ce compartiment. L'assouplissant sera automatiquement distribué dans le rinçage final.

- Ne pas remplir au-delà du niveau "MAX".

## Pause ou remise en marche

1. Pour faire une pause de la laveuse à tout moment, choisir PAUSE/CANCEL.
2. Pour continuer le programme, appuyer sur HOLD TO START (environ 1 seconde).

## Changement de programmes, options et modificateurs

Toutes les options et tous les modificateurs ne sont pas disponibles avec tous les programmes. Les programmes, options et modificateurs peuvent être changés à tout moment avant que HOLD TO START soit choisi.

Les options et les modificateurs peuvent être changés à tout moment après que HOLD TO START a été sélectionné et avant la mise en marche de l'option ou du modificateur sélectionné.

**Pour annuler un programme et sélectionner un nouveau programme**

1. Appuyer sur PAUSE/CANCEL deux fois.
2. Sélectionner le programme désiré.
3. Sélectionner les OPTIONS ou MODIFIERS (modificateurs) désirés.
4. Appuyer sur HOLD TO START (environ 1 seconde) pour remettre la laveuse en marche au commencement d'un nouveau programme.

**Pour annuler un programme**

1. Appuyer sur PAUSE/CANCEL deux fois.
2. La laveuse est désactivée, la porte se déclenche et le linge peut être enlevé.

**REMARQUE :** Si le niveau d'eau ou la température sont trop élevés, la laveuse se vidangera automatiquement avant que la porte se déclenche.

**Pour changer les options ou modificateurs après le commencement d'un programme**

1. Appuyer sur PAUSE/CANCEL.
2. Sélectionner les OPTIONS ou MODIFIERS (Modificateurs) désirés.
3. Appuyer sur HOLD TO START (environ 1 seconde) pour continuer le programme.

**Pour vidanger la laveuse manuellement**

1. Appuyer sur PAUSE/CANCEL.
2. Sélectionner DRAIN/SPIN (Vidange/essorage).
3. Appuyer sur HOLD TO START (environ 1 seconde) pour commencer la vidange.
4. Lorsque l'essorage est achevé, la porte se déclenche. Le linge peut être enlevé de la laveuse.

## Témoins lumineux

Ces témoins lumineux montrent quelle portion du programme de la laveuse est en fonctionnement. Ils indiquent aussi quand vous pouvez ajouter un autre article au programme de lavage et quand les commandes sont verrouillées.




### Ajouter un vêtement

La laveuse vous alloue une période de 8 minutes durant laquelle un article oublié peut être ajouté à la charge. Vous pouvez ajouter des articles dans la laveuse si le témoin lumineux ADD A GARMENT (ajouter un vêtement) est allumé.

**Pour ajouter des articles**

1. Appuyer sur PAUSE/CANCEL. La porte de la laveuse se déclenche et des articles peuvent être ajoutés.
2. Pour continuer le programme, fermer la porte et appuyer sur HOLD TO START (environ 1 seconde).
3. Pour déverrouiller la porte après la période Add a Garment, appuyer sur PAUSE/CANCEL deux fois. Cette action annulera le programme de lavage.

### Cycle Complete (Programme achevé)

Le témoin lumineux Cycle Complete (Programme achevé) reste illuminé pendant 5 minutes après l'achèvement du programme, et ensuite la laveuse se désactive.

### Verrouillage des commandes

Le verrouillage des commandes empêche l'utilisation non intentionnelle de la laveuse. Vous pouvez aussi utiliser la caractéristique de verrouillage des commandes pour empêcher les changements de programme ou d'option involontaires un au cours d'un programme. Lorsque CONTROL LOCKED (Verrouillage des commandes) est allumé, tous les boutons sont désactivés, à l'exception de PAUSE/CANCEL (Pause/annulation) et START (Mise en marche). Vous pouvez verrouiller les commandes pendant que la laveuse est en fonctionnement.

**Pour verrouiller les commandes**

Appuyer sur END OF CYCLE SIGNAL (Signal de fin de programme) pendant 3 secondes.




Le témoin lumineux CONTROL LOCKED s'illumine.

**Pour déverrouiller les commandes**

Appuyer sur END OF CYCLE SIGNAL pendant 3 secondes jusqu'à ce que le témoin lumineux CONTROL LOCKED s'éteigne.

### Porte verrouillée

Lorsque le témoin lumineux est allumé, la porte est verrouillée.

### Durée résiduelle estimée

La durée d'un programme varie automatiquement d'après la pression de l'eau, la température de l'eau, le détergent et la charge de linge. La durée du programme sera prolongée si une mousse excessive survient ou si la charge est déséquilibrée. L'action corrective SUD (excès de mousse savonneuse) enlève la mousse excessive et assure un rinçage adéquat des vêtements. Au cours de la routine de déséquilibre, la durée du programme affichée peut faire une pause jusqu'à la fin de la caractéristique spéciale puis réinitialiser le programme. La durée estimée restante peut ajouter jusqu'à ½ heure à la durée par défaut du programme.

## Programmes

Choisir les programmes de lavage en tournant le bouton au programme désiré. Chaque programme est conçu pour des types différents de tissus et de niveaux de saleté.




- Chaque programme comporte un niveau de saleté (durée du programme), une température de l'eau et une vitesse d'essorage préréglés, et peut comporter des options préréglées. Les réglages préréglés fournissent les soins recommandés des tissus pour le programme choisi.
- Les réglages préréglés peuvent être changés en tout temps avant d'appuyer sur HOLD TO START (Mise en marche). Toutes les options et tous les modificateurs ne sont pas disponibles avec tous les programmes. (Pour changer les réglages après que le programme a été mis en marche, appuyer sur PAUSE/CANCEL (Pause/annulation), ensuite choisir les réglages désirés. Appuyer sur HOLD TO START pour continuer le programme.)

### Sanitary (Sanitaire)

Utiliser ce programme pour nettoyer les tissus grand teint très sales. Ce programme combine une température d'eau très chaude et un culbutage à vitesse rapide pour aider à assurer l'élimination des saletés intenses et des taches. Il est recommandé de régler votre chauffe-eau à 120°F (49°C) pour assurer un rendement approprié durant ce programme. Le programme Sanitaire aide aussi à éliminer 99,999 % de 3 des bactéries ordinaires infectieuses, même sans emploi d'eau de Javel. Un essorage à vitesse extra élevée aide à diminuer le temps de séchage.

### Whitest Whites (Blancs les plus blancs)

Ce programme est spécialement conçu pour nettoyer des charges de tissus blancs sales, avec l'addition d'eau de Javel. Les températures de lavage à l'eau chaude assurent l'activité idéale de l'eau de Javel. Un rinçage additionnel fournit un rendement idéal de rinçage pour éviter les résidus de chlore sur votre linge. Ce programme combine le culbutage à haute vitesse, un temps de lavage prolongé, et un essorage à vitesse extra élevée pour raccourcir le temps de séchage.

### Heavy Duty (Service intense)

Utiliser ce programme pour laver des charges de tissus épais, grand teint, et les vêtements très sales. Ce programme combine un culbutage à vitesse rapide, un temps de lavage prolongé, et un essorage à vitesse extra élevée pour raccourcir les temps de séchage. Si la température de l'eau est plus basse que nécessaire pour ce programme, le chauffe-eau réchauffera l'eau à la température idéale.

### Normal/Casual (Normal/Tout-aller)

Utiliser ce programme pour laver des charges de tissus n'exigeant pas de repassage tels que chemises de sport, chemisiers, vêtements tout-aller pour le bureau, mélanges de textures à pressage permanent, cotons et lins, ainsi que tissus synthétiques. Ce programme combine le culbutage à vitesse moyenne, l'essorage à haute vitesse, et un procédé de refroidissement de la charge pour réduire le froissement.

### Bulky Items (articles encombrants)

Utiliser ce programme pour laver de gros articles tels que couvertures et édredons. Ce programme commence par un trempage pour bien imbiber la charge. Ceci est suivi d'une action de lavage moyenne et d'un essorage à basse vitesse uniquement pour maintenir l'équilibre de la charge.

### Quick Wash (Lavage rapide)

Utiliser ce programme pour de petites charges de 2-3 vêtements légèrement sales qui sont requis sans délai. Ce programme combine le culbutage à vitesse rapide, un temps de lavage raccourci, et un essorage à vitesse extra élevée pour raccourcir le temps de séchage.

### Delicate/Hand Washables (délicats/lavables à la main)

Utiliser ce programme pour laver des articles lavables à la main ou nécessitant des soins spéciaux. Semblable à la façon dont les vêtements sont lavés à la main dans un évier, l'action de lavage de ce programme combine des périodes d'agitation à faible vitesse et des périodes de trempage. L'essorage à faible vitesse réduit le froissement.

### Silk (Soie)

Utiliser ce programme pour nettoyer les vêtements lavables en soie. (Vérifier les instructions de l'étiquette pour vous assurer que le vêtement est lavable). Ce programme culbute délicatement et vide l'eau sans essorage pour nettoyer délicatement les vêtements et réduire le froissement au minimum. Comme l'essorage est omis, les vêtements contiennent une quantité plus élevée d'eau à la fin de ce programme.

### Wool (Laine)

Utiliser ce programme pour laver les vêtements en laine lavables en machine. (Consulter les consignes d'entretien pour s'assurer que le vêtement est lavable.) Ce programme comporte un culbutage délicat et un essorage à basse vitesse pour un soin optimal des vêtements.

### Active Wear (vêtements d'exercice)

Utiliser ce programme pour laver de petites charges de vêtements d'exercice tels que des shorts cyclistes, chemises courtes, collants et autres articles de culture physique. Le programme comprend un culbutage à vitesse lente et un essorage à vitesse moyenne pour le soin des tissus délicats.

### Soak (Trempage)

Utiliser ce programme pour enlever les petites taches fixées sur les tissus. Ce programme comporte une période de trempage dans l'eau tiède ou froide suivie d'une vidange. L'eau supplémentaire, la courte phase de culbutage pour une distribution égale de la lessive et une période de trempage sans mouvement du tambour améliorent l'enlèvement des taches fixées. La vidange sans essorage assure un traitement doux, même pour les articles délicats.

### Rinse/Spin (Rinçage/essorage)

Utiliser ce programme pour obtenir un rinçage et un essorage seulement. Ce programme combine le culbutage à vitesse élevée et un essorage à vitesse extra élevée. Si désiré, vous pouvez réduire la vitesse d'essorage en choisissant la vitesse que vous désirez du modificateur SPIN SPEED (Vitesse d'essorage).

**Le programme Rinse/Spin (Rinçage/essorage) est utile pour**

- Les charges nécessitant un rinçage seulement.
- L'addition d'assouplissant de tissu à une charge.

### Drain/Spin (Vidange/essorage)

Utiliser ce programme pour vidanger votre laveuse ou pour vidanger et essorer votre charge de linge. La vitesse d'essorage est préréglée à très élevée. Si vous le désirez, vous pouvez réduire la vitesse d'essorage en choisissant la vitesse que vous désirez du modificateur SPIN SPEED (Vitesse d'essorage).

**REMARQUE:** L'eau dans les charges de tissus synthétiques, tissus délicats, articles lavables à la main et lainages, doit être vidangée sans essorage ou à essorage faible pour éviter d'étirer les tissus.

### Préréglages des programmes

Chaque programme a un niveau de saleté (durée du programme), une température de l'eau, et une vitesse d'essorage préréglés. Les réglages préréglés fournissent les soins des tissus recommandés pour le programme choisi. Voir le tableau.

| **Programme** | **Niveau de saleté** (durée du programme) | **Température de l'eau** | **Vitesse d'essorage** |
|---|---|---|---|
| **Sanitary (Sanitaire)** | Normal (1:55) | Super Hot/Cold (Super chaude/ Froide) | Extra High (Extra élevée) |
| **Whitest Whites (Blancs les plus blancs)** | Normal (1:00) | Hot/Cold (Chaude/ Froide) | Extra High (Extra élevée) |
| **Heavy Duty (Service intense)** | Normal (1:20) | Hot/Cold (Chaude/ Froide) | Extra High (Extra élevée) |
| **Normal/ Casual (Normal/ Tout-aller)** | Normal (0:40) | Warm/Cold (Tiède/Froide) | High (Élevée) |
| **Bulky Items (Articles encombrants)** | Normal (0:55) | Warm/Cold (Tiède/Froide) | Low (Basse) |
| **Quick Wash (Lavage rapide) (2-3 articles)** | Moins Sale (0:25) | Warm/Cold (Tiède/Froide) | Extra High (Extra élevée) |
| **Delicate/ Hand Washables (Délicats/ lavables à la main)** | Normal (0:30) | Cold/Cold (Froide/Froide) | Low (Basse) |
| **Silk (Soie)** | Normal (0:26) | Cold/Cold (Froide/Froide) | No Spin (Pas d'essorage) |
| **Wool (Laine)** | Normal (0:30) | Cold/Cold (Froide/Froide) | Medium (Moyenne) |
| **Active Wear (Vêtements d'exercice)** | Normal (0:35) | Warm/Cold (Tiède/Froide) | Medium (Moyenne) |
| **Soak (Trempage)** | Normal (0:30) | Warm/Cold (Tiède/Froide) | No Spin (Pas d'essorage) |
| **Rinse/Spin (Rinçage/ essorage)** | Normal (0:21) | Cold/Cold (Froide/Froide) | Extra High (Extra élevée) |
| **Drain/Spin (Vidange/ essorage)** | Normal (0:11) | N/A | Extra High (Extra élevée) |

### Changement des préréglages de programme

Appuyer sur le sélecteur de chaque réglage jusqu'à ce que le réglage désiré s'illumine.

### Sons normaux émis par la laveuse

Comme pour tout produit neuf, vous entendrez des sons qui ne vous sont pas familiers. Vous pouvez entendre divers sons lorsque la porte est verrouillée et déverrouillée, et durant le lavage, le rinçage et l'essorage. Entre les changements des actions de lavage, il y aura des pauses momentanées. Vous entendrez l'aspersion et l'éclaboussement de l'eau durant les programmes de lavage et de rinçage. Ces nouveaux sons et pauses font partie du fonctionnement normal de la laveuse.

## Options

Vous pouvez personnaliser votre lavage en ajoutant des options à vos sélections de programme. Vous pouvez ajouter ou changer l'option après avoir commencé un programme n'importe quand avant que l'option sélectionnée commence. Toutes les options ne sont pas disponibles avec tous les programmes.




- Voir "Guide de lessivage" pour un aperçu des options possibles pour chaque sélection de programme de lavage.
- Vous pouvez choisir plus d'une option pour un programme. Certaines options ne peuvent pas être ajoutées à certains programmes; par exemple, Prewash (Prélavage) ne peut pas être ajouté au programme Quick Wash (Lavage rapide).
- Si une option est disponible avec un programme sélectionné, le témoin lumineux pour cette option s'illumine lorsqu'il est sélectionné.
- Si une option n'est pas disponible avec un programme sélectionné, il y a un bref signal sonore et le témoin lumineux pour cette option ne s'allume pas lorsqu'il est sélectionné.

### Delay Wash (lavage différé)

Utiliser cette option pour mettre le programme de lavage en marche plus tard.

- Sélectionner Delay Wash (lavage différé) jusqu'à ce que la durée souhaitée (en heures) soit indiquée sur l'affichage du temps restant estimé.
- Sélectionner START (mise en marche). Le compte à rebours avant le programme de lavage sera indiqué sur affiché.
- En cas de mise en marche différée d'un programme, utiliser seulement des détergents en poudre dans le compartiment de lavage principal car les détergents liquides risquent de suinter hors du compartiment avant le début du programme de lavage.

### Prewash (Prélavage)

Utiliser cette option pour les charges très sales qui ont besoin de prétraitement. Cette option ajoute un prélavage et une vidange de 15 minutes au programme de lavage principal.

**REMARQUES :**

- Ajouter le détergent aux compartiments Prewash (prélavage) et Main Wash (lavage principal) dans le tiroir distributeur.
- Lors de l'utilisation de Prewash, ne pas utiliser de détergent liquide dans le compartiment Main Wash. Utiliser un détergent en poudre pour le programme de lavage principal.

**REMARQUE :** Les options Prewash (prélavage) et Auto Soak (Trempage automatique) ne peuvent pas être choisies dans le même programme.

### Auto Soak (Trempage automatique)

Utiliser l'option Auto Soak pour les charges de coton, lin, polyester ou nylon très sales avec taches incrustées. Au cours du trempage automatique, l'eau sera ajoutée au tambour et le linge sera également distribué par une phase brève de culbutage. Le linge sera ensuite trempé par phases sans mouvement du tambour. Après le trempage, la laveuse se vide sans essorage.

- Ajouter du détergent aux deux compartiments de Prewash et de Main Wash du tiroir distributeur.
- Utiliser du détergent en poudre pour le programme de lavage principal parce que le détergent liquide coulera dans la laveuse durant Auto Soak.
- Pour les programmes à températures de lavage chaudes, la température de trempage est réglée à WARM (tiède) sinon la température de trempage est identique à la température de lavage.
- Les options Auto Soak et de Prewash ne peuvent pas être sélectionnées dans le même programme.

### Extra Rinse (Rinçage supplémentaire)

Un rinçage supplémentaire peut être utilisé pour assurer l'élimination des résidus de détergent ou des résidus d'eau de Javel des vêtements. Cette option fournit un rinçage additionnel avec la même température d'eau que le premier rinçage.

## Modificateurs

Les réglages préréglés de programme de température d'eau, de lavage/rinçage et de vitesse d'essorage peuvent être changés. Vous pouvez changer un modificateur après la mise en marche d'un programme à tout moment avant que le modificateur choisi commence. Tous les modificateurs ne sont pas disponibles avec tous les programmes et toutes les options.

**REMARQUE :** Le panneau illustré ci-dessous peut être différent de celui de votre modèle.




- Pour changer la température de l'eau, appuyer sur le bouton WATER TEMP (Température de l'eau) jusqu'à ce que le réglage désiré s'illumine.
- Pour changer la vitesse d'essorage, appuyer sur le bouton SPIN SPEED (Vitesse d'essorage) jusqu'à ce que le réglage désiré s'illumine.
- Pour changer le volume du signal de fin de programme, appuyer sur END OF CYCLE SIGNAL (Signal de fin de programme).




- Pour changer la durée du programme, sélectionner le bouton SOIL LEVEL (Niveau de saleté).

### Wash/Rinse Temp (Température de lavage/rinçage)

Sélectionner une température d'eau en fonction du type de charge que vous lavez. Utiliser l'eau de lavage la plus chaude sans danger pour les tissus. Suivre les instructions sur l'étiquette du vêtement.

Les rinçages tièdes laissent les charges plus sèches que les rinçages froids. Les rinçages tièdes augmentent le froissement. Dans les climats froids, un rinçage tiède rend la charge plus confortable à manipuler. Les rinçages froids économisent l'énergie.

### Guide de température

| Température de l'eau de lavage | Tissus suggérés |
|---|---|
| **SUPER HOT (Très chaude)** | Tissus grand teint épais<br>Saletés intenses |
| **HOT (Chaude)** | Blancs et pastels<br>Saletés intenses |
| **WARM (Tiède)** | Couleurs vives<br>Saletés de modérées à légères |
| **COLD (Froide)** | Couleurs qui coulent ou s'atténuent<br>Saletés légères |

*Dans les températures d'eau de lavage plus froides que 60°F (15,6°C), les détergents ne se diluent pas bien. Les saletés peuvent être difficiles à enlever.*

### Commande de température automatique ACCUWASH™

La commande ACCUWASH™ détecte et maintient électroniquement une température d'eau uniforme. La commande ACCUWASH régule l'arrivée d'eau chaude et d'eau froide. La commande ACCUWASH est activée automatiquement lors de la sélection d'un programme. Voir "Préréglages des programmes" dans "Programmes". La commande ACCUWASH assure un nettoyage constant.

- La commande ACCUWASH fonctionne pour tous les réglages de température de lavage et de rinçage.

# Guide de lessivage

Se référer à ce tableau pour des types de charges suggérés et leurs programmes correspondants. À droite se trouvent les options disponibles pour chacun de ces programmes.

| PROGRAMME | TYPE DE CHARGE SUGGÉRÉ | OPTIONS DISPONIBLES | | | |
|---|---|---|---|---|---|
| | | Delay Wash (Lavage différé) | Prewash* (Prélavage*) | Auto Soak* (Trempage automatique*) | Extra Rinse (Rinçage supplémentaire) |
| **Sanitary (Sanitaire)** | Vêtements très sales tels que sous-vêtements, serviettes, vêtements de travail, couches, etc. | ✔ | ✔ | ✔ | ✔ |
| **Whitest Whites (Blancs les plus blancs)** | Tissus blancs sales | ✔ | ✔ | ✔ | ✔ |
| **Heavy Duty (Service intense)** | Vêtements très sales tels que sous-vêtements, serviettes, chemises, etc. | ✔ | ✔ | ✔ | ✔ |
| **Normal/Casual (Normal/Tout-aller)** | Chemisiers, chemises, salopettes, etc., en polyester, nylon, coton, lin ou mélanges de coton à normalement sales | ✔ | ✔ | ✔ | ✔ |
| **Bulky Items (Articles encombrants)** | Couvertures et édredons normalement sales | ✔ | | | ✔ |
| **Quick Wash (Lavage rapide)** | 2-3 articles de sport en coton, polyester, nylon ou mélanges de coton légèrement sales | ✔ | | ✔ | ✔ |
| **Delicate/ Handwashables (délicats/ lavables à la main)** | Articles nécessitant un soin spécial et marqués “Lavable à la main” | ✔ | | | ✔ |
| **Silk (Soie)** | Tissus en soie identifiés comme lavables à la machine | ✔ | | | ✔ |
| **Wool (Laine)** | Lainages avec un fini non feutré, identifiés comme lavables à la machine | ✔ | | | ✔ |
| **Active Wear (Vêtements d'exercice)** | Utiliser ce programme pour laver de petites charges de vêtements d'exercice ou autres vêtements de haute performance qui exigent un soin pour tissu délicat. | ✔ | ✔ | ✔ | ✔ |
| **Soak (Trempage)** | Tissus de coton, lin, polyester ou nylon | ✔ | | | |
| **Rinse/Spin (Rinçage/ essorage)** | Tissus de coton, lin, polyester ou nylon | ✔ | | | ✔ |
| **Drain/Spin (Vidange/ essorage)** | Tissus de coton, lin, polyester ou nylon | ✔ | | | |

*Les programmes Prewash (Prélavage) et Auto Soak (Trempage automatique) ne peuvent pas être choisis en même temps.

# CONSEILS DE LESSIVAGE

### Préparation des vêtements pour le lavage

Suivre les recommandations suivantes pour prolonger la vie de vos vêtements.

- Utiliser uniquement des détergents HAUTE efficacité. Pour ce type de détergent, "HE" ou "Haute efficacité" sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non-HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues, une performance de rinçage réduite et peut entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE "Haute efficacité".*

- Fermer les fermetures à glissière, les boutons pression et les crochets pour éviter d'accrocher d'autres articles. Enlever les épingles, les boucles et autres objets durs pour éviter d'égratigner l'intérieur de la laveuse. Ôter les garnitures et les ornements non lavables.
- Vider les poches et les retourner.
- Retourner les revers et enlever la charpie et la poussière avec une brosse.
- Retourner les tricots synthétiques pour éviter le boulochage.
- Attacher les cordons et les ceintures-écharpes pour empêcher l'emmêlement.
- Réparer les déchirures, les ourlets et coutures décousus.
- Traiter les taches.
- Les vêtements tachés ou mouillés devraient être lavés sans délai pour obtenir les meilleurs résultats.
- Mélanger les petits articles avec les gros, éviter de laver un article seul et répartir la charge de façon égale dans la laveuse.
- Laver les petits articles, tels que les chaussettes d'enfants, dans un sac en filet pour le linge. Pour obtenir une charge équilibrée, il est recommandé d'utiliser plus d'un sac pour le linge, et de remplir chaque sac avec des quantités similaires.

  **REMARQUE :** Si vous lavez uniquement des vêtements dans des sacs en filet pour le linge, il est recommandé d'utiliser plus d'un sac, et de remplir chaque sac avec des quantités similaires.

### Tri

- Séparer les articles très sales des articles légèrement sales, même si on les lave normalement ensemble. Séparer les articles qui forment de la charpie (serviettes, chenille) des articles qui attrapent la charpie (velours côtelé, synthétique, pressage permanent). Dans la mesure du possible, retourner les articles qui forment de la charpie.
- Séparer les couleurs foncées des couleurs claires et les articles grand teint des articles qui déteignent.
- Trier en fonction des tissus et de la confection (cotons solides, tricots, articles délicats).

### Déchargement

- Retirer les vêtements de la laveuse une fois que le programme est terminé. Des objets en métal comme les fermetures à glissière, les boutons-pression et les boucles peuvent rouiller si on les laisse longtemps dans le panier de la laveuse.
- Lorsqu'on retire le linge, vérifier de temps en temps sous le pourtour en caoutchouc à l'avant du tambour qu'il n'y ait pas de petits articles coincés.

## Chargement

**Suggestions de chargement (capacité maximale de charge).**

| | |
|---|---|
| **Vêtements de travail** | |
| 4 jeans<br>4 pantalons<br>4 chemises | 2 survêtements (bas)<br>2 survêtements (haut) |
| **Serviettes** | |
| 10 serviettes de bain<br>10 serviettes à main | 14 débarbouillettes |
| **Charge mixte** | |
| 3 draps (1 très grand, 2 simples)<br>4 taies d'oreiller<br>3 chemises<br>3 chemisiers | 9 tee-shirts<br>9 shorts<br>10 mouchoirs de poche |
| **Programme Quick Wash (lavage rapide)**<br>(2 ou 3 vêtements) | 2 chemises habillées<br>1 pantalon habillé |

# ENTRETIEN DE LA LAVEUSE

## Nettoyage de la laveuse

### Nettoyage du joint de la porte

1. Ouvrir la porte de la laveuse et retirer tout vêtement ou article de la laveuse.
2. Examiner le joint de couleur grise entre l'ouverture de la porte et le panier pour déceler des zones tachées. Tirer sur le joint pour examiner toutes les zones sous le joint et voir s'il n'y a pas d'objets étrangers.




A. Joint

3. Si des zones tachées sont décelées, essuyer ces zones en respectant la procédure indiquée ci-dessous.
   **a)** Mélanger une solution diluée en utilisant ¾ de tasse (177,4 mL) d'agent de blanchiment liquide et 1 gal. (3,8 L) d'eau tiède du robinet.
   **b)** Essuyer la zone du joint avec la solution diluée, en utilisant un chiffon humide.
   **c)** Laisser agir pendant 5 minutes.
   **d)** Essuyer la zone complètement avec un chiffon sec et laisser l'intérieur de la laveuse sécher avec la porte ouverte.

**IMPORTANT :**

- Porter des gants en caoutchouc en cas de nettoyage pendant une période prolongée.
- Consulter les instructions du fabricant de l'agent de blanchiment pour une utilisation correcte.

### Nettoyage de la laveuse et procédure d'entretien mensuel

La laveuse comporte un programme spécial incorporé dans la programmation de la machine. En appuyant sur une combinaison spécifique de boutons, vous aurez accès à ce programme de nettoyage. Ce programme utilise des volumes d'eau plus importants en combinaison avec l'agent de blanchiment liquide pour nettoyer à fond l'intérieur de la machine à laver.

**REMARQUES :**

- Lire ces instructions complètement avant de débuter la procédure de nettoyage.
- Si nécessaire, le programme de nettoyage peut être interrompu en appuyant sur le bouton PAUSE/CANCEL (pause/annulation). Cependant, ceci n'arrêtera pas immédiatement le programme. La machine affichera "int" (interruption) et poursuivra avec plusieurs rinçages et vidanges afin d'évacuer toute trace d'agent de blanchiment de l'unité.

### Début de la procédure

1. Ouvrir la porte de la laveuse et retirer tout vêtement ou article de la laveuse.
2. Vérifier que la porte est fermée.
3. Ouvrir le tiroir distributeur et ôter la cloison du compartiment du détergent de lavage principal; mettre la cloison de côté. Voir "Utilisation du distributeur" pour des instructions. Aucun produit de lessive ne sera ajouté à ce stade; il sera nécessaire d'ajouter uniquement de l'agent de blanchiment, lors d'une étape ultérieure.
4. Pour accéder au programme, il faut appuyer sur une combinaison spécifique de boutons.
   - Sélectionner le bouton POWER (alimentation).
   - Sélectionner le bouton RINSE/SPIN (rinçage/essorage).
   - Sélectionner la vitesse LOW SPIN (essorage à basse vitesse).
   - Sélectionner la température de l'eau Warm/Cold (tiède/froide).
   - Régler le signal de fin de programme à un niveau plus bas.
   - Appuyer 4 fois sur le bouton EXTRA RINSE (rinçage supplémentaire) dans les 5 secondes pour mettre le programme en marche. La porte se verrouillera et le remplissage débutera.

     **REMARQUE :** L'eau sera d'abord distribuée pendant une certaine période dans l'unité, puis la porte se déverrouillera, se verrouillera à nouveau, et enfin le programme se poursuivra.
   - La machine se remplira et effectuera un court programme de détection. Ceci prendra environ 3 minutes.
5. La machine émettra 4 brefs signaux sonores. Observer l'afficheur de la durée résiduelle estimée pour identifier les codes indiqués ci-dessous.
   **a)** Si la laveuse affiche les lettres "Ab" (ajouter l'agent de blanchiment) sur l'afficheur de la durée résiduelle estimée, 4 brefs signaux sonores seront émis. Passer à l'étape 6.
   **b)** Si la laveuse affiche les lettres "rL" (retirer la charge) sur l'afficheur de la durée résiduelle estimée, un signal sonore d'erreur sera émis. La porte se déverrouillera.
   - Ouvrir la porte et retirer les articles de la laveuse.
   - Poursuivre le programme en appuyant sur le bouton START (mise en marche).

     **REMARQUE :** L'eau sera d'abord distribuée pendant une certaine période dans l'unité, puis la porte se déverrouillera, se verrouillera à nouveau, et enfin le programme se poursuivra avec une nouvelle vérification de la présence d'articles dans la laveuse.
   - La machine se remplira et effectuera un court programme visant à déterminer si des articles ont été laissés dans la laveuse. Ceci prendra environ 3 minutes.
   - La laveuse répètera l'étape 5 jusqu'à ce qu'elle soit en mesure de déterminer qu'il n'y a aucun article dans la laveuse; l'afficheur indiquera "Ab" (ajouter l'agent de blanchiment).

6. Ajouter l'agent de blanchiment liquide.
   a) En cas de première utilisation de la procédure de nettoyage, ouvrir le tiroir distributeur et verser immédiatement 1 tasse (236,6 mL) d'agent de blanchiment liquide dans le compartiment du détergent de lavage principal. L'agent de blanchiment liquide devrait immédiatement s'écouler du distributeur.
   b) S'il s'agit de la procédure d'entretien mensuel, ouvrir le tiroir distributeur et immédiatement verser ⅓ de tasse (78,8 mL) d'agent de blanchiment liquide dans le compartiment du détergent de lavage principal. L'agent de blanchiment liquide devrait immédiatement s'écouler du distributeur.

   **REMARQUES :**
   - L'eau s'écoulera dans le tiroir distributeur lorsque l'agent de blanchiment sera ajouté. Ceci est normal.
   - Ne pas verser de détergent pour ce programme de nettoyage. L'utilisation de plus d'une tasse (236,6 mL) d'agent de blanchiment occasionnera avec le temps des dommages au produit.
7. Une fois que le programme de nettoyage a commencé, laisser le programme s'achever. La durée estimée du programme apparaîtra sur l'afficheur.
8. À la fin du programme de nettoyage, laisser la porte légèrement ouverte pour permettre une meilleure ventilation et le séchage de l'intérieur de la laveuse.
9. Réinstaller la cloison du compartiment de détergent.

### Toujours suivre la procédure qui suit pour préserver la fraîcheur de la laveuse

- Utiliser uniquement un détergent HE Haute efficacité.
- Laisser la porte légèrement ouverte après chaque programme pour permettre une meilleure ventilation et le séchage de l'intérieur de la laveuse..
- Effectuer cette procédure en utilisant ⅓ de tasse (78,8 mL) d'agent de blanchiment liquide.
- Si la procédure ne permet pas de remédier suffisamment aux problèmes de fraîcheur de la machine, examiner les conditions d'installation et d'utilisation pour déceler d'autres causes.

### Nettoyage de l'extérieur

Utiliser une éponge ou un linge doux humide pour essuyer les renversements. Essuyer occasionnellement les surfaces externes de la laveuse pour maintenir son apparence d'appareil neuf. Utiliser un savon doux et de l'eau. Ne pas utiliser de produits abrasifs.

### Nettoyage du tiroir distributeur

Le tiroir distributeur est amovible pour faciliter le nettoyage.

1. Dégager le tiroir distributeur en appuyant sur le levier de dégagement dans le compartiment de prélavage. Voir "Utilisation du distributeur". Retirer le tiroir.
2. Enlever les pièces incluses (le siphon des compartiments de l'assouplissant et de l'eau de Javel et le séparateur).
3. Laver les pièces sous l'eau du robinet.
4. Remettre les pièces incluses et remettre le distributeur dans le tiroir.

## Tuyaux d'alimentation de la laveuse

Remplacer les tuyaux d'alimentation après cinq ans d'utilisation afin de réduire le risque de problème de tuyau. Inspecter périodiquement et remplacer les tuyaux d'alimentation comportant des renflements, écrasements, coupures, signes d'usure ou fuites.

Lors du remplacement des tuyaux d'alimentation, inscrire la date de remplacement.

## Préparation avant des vacances, un entreposage ou un déménagement

Installer et remiser la laveuse à un emplacement où elle ne sera pas exposée au gel. Comme il peut rester un résidu d'eau dans les tuyaux, le gel pourrait endommager la laveuse. Si la laveuse doit faire l'objet d'un déménagement ou de remisage au cours d'une période de gel, préparer l'appareil pour l'hiver.

**Période d'inutilisation ou de vacances :**

Faire fonctionner la laveuse seulement lorsqu'on est présent. Si vous devez partir en vacances ou si vous n'utilisez pas votre laveuse pendant une période prolongée, vous devez :

- Débrancher la laveuse ou déconnecter la source de courant électrique.
- Fermer les robinets d'arrivée d'eau. Ceci évitera le risque d'inondation fortuit (à l'occasion d'une surpression d'eau) au cours de la période d'absence.
- Ouvrir légèrement la porte pour fournir une ventilation.

### Préparation de la laveuse pour l'hiver :

1. Verser 1 pte (1 L) d'antigel de type pour véhicule récréatif, dans le tambour.
2. Faire exécuter à la laveuse un programme DRAIN/SPIN (Vidange/essorage).
3. Débrancher la laveuse ou déconnecter la source de courant électrique.
4. Fermer les deux robinets d'arrivée d'eau.
5. Déconnecter les tuyaux flexibles d'alimentation d'eau des robinets et les vider.

### Avant la réutilisation :

1. Rincer les tuyaux d'arrivée d'eau. Reconnecter les tuyaux flexibles d'alimentation d'eau aux robinets. Ouvrir les deux robinets d'arrivée d'eau.

**⚠ AVERTISSEMENT**



Risque de choc électrique

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

2. Brancher la laveuse ou reconnecter la source de courant électrique.
3. Faire exécuter à la laveuse un programme complet NORMAL/CASUAL avec ¼ de la quantité normale recommandée de détergent HE pour des charges de taille moyenne.

### Transport de la laveuse :

1. Si la laveuse est déménagée pendant une période de gel, verser dans le tambour 1 pte (1 L) d'antigel pour véhicule récréatif. Faire exécuter à la laveuse un programme DRAIN/SPIN.
2. Débrancher le cordon électrique.

3. Déconnecter le tuyau de vidange du système de vidange et le fixer aux pinces du panneau arrière.
4. Fermer les deux robinets d'arrivée d'eau.
5. Déconnecter les tuyaux d'arrivée d'eau des robinets, ensuite vider les tuyaux et les fixer au panneau arrière de la laveuse.

**IMPORTANT :** Appeler le service. Ne pas réutiliser les boulons de transport. Afin d'éviter d'endommager la suspension ou la structure, l'appareil doit être transporté dans la position verticale.

**Réinstallation de la laveuse**

1. Suivre les "Instructions d'installation" pour choisir l'emplacement, mettre la laveuse d'aplomb et la connecter.
2. Faire exécuter à la laveuse un programme NORMAL/CASUAL avec ¼ de la quantité normale recommandée de détergent HE pour des charges de taille moyenne.

# DÉPANNAGE

**Essayer d'abord les solutions suggérées ici pour éviter possiblement le coût d'une visite de service...**

## La laveuse affiche un message par code et un signal sonore est émis

- **"FH" (problème d'entrée d'eau - approvisionnement nul ou insuffisant d'eau)**
  Appuyer deux fois sur PAUSE/CANCEL pour annuler le programme. Débrancher la laveuse ou déconnecter la source de courant électrique.

  **Vérifier ce qui suit :**
  Les robinets sont-ils complètement ouverts?

  Les tamis à la connexion des tuyaux d'entrée d'eau à la laveuse sont-ils obstrués?

  Les tuyaux d'entrée d'eau sont-ils déformés?

  Les tuyaux d'entrée d'eau sont-ils gelés?

  Brancher la laveuse ou reconnecter la source de courant électrique. Sélectionner de nouveau le programme et appuyer sur HOLD TO START. Si le problème persiste, faire un appel de service.

- **"F02" (problème de vidange)**
  Appuyer deux fois sur PAUSE/CANCEL pour annuler le programme. Débrancher la laveuse ou déconnecter la source de courant électrique.

  **Vérifier ce qui suit :**
  Le tuyau de vidange est-il déformé?

  Le tuyau de vidange est-il gelé?

  Le tuyau de vidange est-il obstrué?

  Le tuyau de vidange est-il à plus de 96" (2,4 m) au-dessus du plancher?

- **"SUD" (mousse savonneuse)**
  Lorsqu'une mousse savonneuse excessive est détectée, une action agit automatiquement pour corriger l'excès de mousse. Cette action enlève l'excès de mousse et assure le rinçage approprié de votre linge. "SUD" est affiché durant le rinçage et à la fin du programme pour vous informer que l'action corrective pour la mousse a été activée. Utiliser seulement des détergents HE (haute efficacité).

- **Variables "F" [autres que FH, F02 et SUD] (problème électrique)**
  Appuyer deux fois sur PAUSE/CANCEL pour annuler le programme. Sélectionner DRAIN/SPIN s'il y a un excès d'eau dans la laveuse.

  Sélectionner de nouveau le programme et appuyer sur HOLD TO START. Si le problème persiste, faire un appel de service.

## La laveuse ne se met pas en marche

**⚠ AVERTISSEMENT**



Risque de choc électrique

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

- **Vérifier ce qui suit :**
  Le cordon d'alimentation est-il branché sur une prise à 3 alvéoles reliée à la terre?

  La porte de la laveuse est-elle bien fermée?

  Un programme a-t-il été choisi sans que l'on appuie sur HOLD TO START pendant une seconde?

  La porte a-t-elle été ouverte après l'achèvement du dernier programme?

## Absence de remplissage, lavage ou rinçage

- **Vérifier ce qui suit :**
  Le cordon d'alimentation est-il branché sur une prise à 3 alvéoles reliée à la terre?

  La prise de courant est-elle alimentée?
  Vérifier la source d'alimentation électrique ou faire venir un électricien.

  Les robinets d'eau froide et d'eau chaude sont-ils ouverts?

  Le tuyau d'entrée d'eau est-il déformé?

  Les tamis de la valve d'entrée d'eau sont-ils obstrués?

## La laveuse s'arrête

- **Vérifier ce qui suit :**
  Le cordon d'alimentation est-il branché sur une prise à 3 alvéoles reliée à la terre?

  La prise de courant est-elle activée?
  Vérifier la source d'alimentation électrique ou faire venir un électricien.

  Un fusible est-il grillé ou le disjoncteur est-il déclenché?
  Remplacer le fusible ou réenclencher le disjoncteur. Si le problème persiste, faire venir un électricien.

  Une rallonge est-elle employée?
  Ne pas utiliser un cordon de rallonge.

## Absence de vidange ou d'essorage de la laveuse

- **Le tuyau d'évacuation est-il obstrué, ou l'extrémité du tuyau d'évacuation se trouve-t-elle à plus de 96" (2,4 m) au-dessus du plancher?**
- **La tension est-elle basse?**
  Vérifier la source d'alimentation électrique ou faire venir un électricien. Ne pas utiliser un cordon de rallonge.
- **L'action de mousse savonneuse "SUD" est-elle active?**
  Le programme s'achèvera lorsque la mousse excessive sera enlevée.
- **La charge est-elle équilibrée?**
  Un seul article ou un article encombrant peut provoquer un déséquilibre. Ajouter des articles ou redistribuer la charge.

## La laveuse fait du bruit ou vibre

- **La laveuse est-elle d'aplomb?**
  La laveuse doit être d'aplomb. Les quatre pieds doivent être bien installés et les écrous doivent être serrés contre la caisse de la laveuse.

  Lorsque l'eau est vidangée de la laveuse, vous pouvez entendre le bruit de la succion de l'air par la pompe. Ceci se produit à la fin de la vidange. Ceci est normal.
- **Lavez-vous des articles avec agrafes en métal, boucles ou fermetures à glissière?**
  Vous pouvez entendre le bruit d'articles métalliques touchant le tambour de la laveuse. Ceci est normal.
- **La laveuse est-elle installée sur un plancher robuste et solide?**
  Se référer aux "Instructions d'installation" pour les exigences de plancher. Le bruit et la vibration peuvent être réduits en plaçant une pièce de ¾" (19,1 mm) de contreplaqué sous votre laveuse. Le contreplaqué peut se prolonger en-dessous de la laveuse et de la sécheuse pour les maintenir à des hauteurs égales.

## Fuites d'eau de la laveuse

- **Vérifier la plomberie du domicile pour des fuites.**

## Obstruction ou fuite des distributeurs

- **Les produits de lessive sont-ils dans le compartiment correct du distributeur?**
  Ajouter les quantités correctes de détergent, d'assouplissant de tissu ou d'eau de Javel aux compartiments corrects. Ajouter l'agent de blanchiment en poudre ou sans danger pour les couleurs au compartiment du lavage principal. Veiller à utiliser de la Javel en poudre sans danger pour les couleurs avec un détergent en poudre approprié ou de la Javel en liquide sans danger pour les couleurs avec un détergent liquide approprié.
- **Le séparateur de détergent est-il à la position correcte?**
  Le séparateur devrait être à la position à l'avant lors de l'utilisation de détergent liquide et à la position à l'arrière lors de l'utilisation de détergent en poudre.

## Mauvaises odeurs de la laveuse

- **Voir "Nettoyage de la laveuse" dans la section "Entretien de la laveuse".**
- **Utilisez-vous un détergent HE?**
  L'utilisation d'un détergent non HE peut provoquer un film résiduel à l'origine d'odeurs.
- **Avez-vous laissé la porte ouverte après utilisation?**
  Cette laveuse dispose d'une fermeture étanche pour éviter les fuites d'eau. Pour éviter la formation d'odeurs, laisser la porte ouverte afin de permettre à la laveuse de sécher entre les utilisations.

## Charge trop mouillée

- **Avez-vous utilisé le bon programme pour la charge à laver?**
  Choisir un programme avec une vitesse d'essorage plus élevée.
- **Avez-vous lavé un seul article, des articles encombrants ou avez-vous surchargé la laveuse?**
  Un seul article, des articles encombrants, ou une charge excessive peuvent causer un déséquilibre. Ajouter des articles ou essayer de distribuer également votre lessive mouillée dans le tambour, et commencer le programme DRAIN/SPIN (Vidange/essorage). Si la lessive est encore mouillée, retirer la moitié de la charge de la laveuse et essayer de nouveau.

## Résidu ou charpie sur le linge

- **Avez-vous ajouté du détergent au distributeur?**
  Pour obtenir les meilleurs résultats, ajouter du détergent au compartiment de détergent. Ne pas ajouter de détergent au tambour de la laveuse.
- **Avez vous effectué le tri correctement?**
  Trier les articles qui forment la charpie (serviettes, chenille) des articles qui attrapent la charpie (velours côtelé, tissus synthétiques). Trier aussi les couleurs.
- **Avez-vous surchargé la laveuse?**
  Ne pas surcharger la laveuse. La laveuse peut être remplie complètement, mais le linge ne doit pas être tassé. La charge de lavage doit être équilibrée. Les particules de charpie peuvent être emprisonnées dans la charge s'il y a surcharge.
- **Vérifier ce qui suit :**
  A-t-on laissé du papier ou un mouchoir de papier dans les poches?

- **Avez-vous utilisé suffisamment de détergent HE?**
  Utiliser suffisamment de détergent pour enlever la charpie et la maintenir en suspension. Utiliser uniquement un détergent HE. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.
- **L'eau de lavage est-elle plus froide que 60°F (15,6°C)?**
  L'eau de lavage plus froide que 60°F (15,6°C) peut ne pas dissoudre complètement le détergent.
- **Utilisez-vous un programme de lavage à basse vitesse?**
  Les détergents en poudre peuvent ne pas se dissoudre correctement durant un programme à vitesse lente. Pour de meilleurs résultats, utiliser un détergent liquide pour les cycles à vitesse lente tels que Delicate/Hand Washables (Délicats/lavables à la main), Silk (Soie) et Wool (Laine).

## Présence de taches sur le linge

- **Avez-vous ajouté du détergent au distributeur?**
  Pour les meilleurs résultats, ajouter du détergent au compartiment de détergent. Ne pas ajouter de détergent au tambour de la laveuse.
- **Avez-vous utilisé suffisamment de détergent HE?**
  Utiliser suffisamment de détergent pour enlever la saleté et la tenir en suspension. Utiliser uniquement un détergent HE. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.
- **La présence de fer (rouille) dans l'eau est-elle supérieure à la moyenne?**
  Il vous faudra peut-être faire installer un filtre à fer.
- **Avez-vous bien trié la charge?**
  Séparer les articles de teinte foncée des articles blancs ou clairs.
- **Avez-vous déchargé la laveuse promptement?**
  Pour éviter le transfert de teinture, décharger la laveuse dès qu'elle s'arrête.
- **Avez-vous utilisé une boule distributrice d'assouplissant de tissu?**
  Les boules distributrices ne fonctionnent pas correctement avec cette laveuse. Ajouter un assouplissant pour tissu liquide dans le compartiment d'assouplissant de tissu.
- **Avez-vous utilisé du détergent en poudre dans un programme à basse vitesse?**
  Considérer l'utilisation d'un détergent liquide.
- **Avez-vous utilisé le lavage rapide sur une grosse charge?**
  Pour de meilleurs résultats, utiliser Quick Wash (Lavage rapide) pour les petites charges et les charges légèrement sales.

## Linge froissé

- **Avez-vous déchargé la laveuse promptement?**
  Décharger la laveuse dès qu'elle s'arrête.
- **Avez-vous utilisé le bon programme pour la charge à laver?**
  Utiliser le programme Delicate/Hand Washables (Articles délicats/lavables à la main) ou un autre programme avec une vitesse d'essorage basse pour réduire le froissement.
- **Avez-vous surchargé la laveuse?**
  La charge doit être équilibrée et la laveuse ne doit pas être surchargée. Les charges doivent pouvoir culbuter librement durant le lavage.

## Blanc grisâtre, couleurs défraîchies

- **Avez-vous bien trié la charge?**
  Le transfert de teinture peut se produire lors du mélange d'articles blancs et de couleur dans une même charge. Séparer le linge de teinte foncée des articles blancs ou clairs.
- **La température de lavage est-elle trop basse?**
  Utiliser les lavages à l'eau chaude ou tiède si sans danger pour le tissu. S'assurer que votre système d'eau chaude permet d'effectuer un lavage à l'eau chaude.
- **Avez-vous utilisé suffisamment de détergent, ou avez-vous de l'eau dure?**
  Utiliser plus de détergent pour laver la saleté intense à l'eau froide ou à l'eau dure.

## Programme trop long

- **Avez-vous choisi le programme Sanitary (Sanitaire)?**
  Le chauffe-eau sera activé pour fournir le rendement de nettoyage maximal. Un temps additionnel sera ajouté au programme régulier pour chauffer l'eau. Ce temps additionnel dépendra de la taille de la charge et de la température à l'entrée d'eau chaude.
- **Le mot "SUD" apparaît-il sur l'affichage?**
  Un excès de mousse savonneuse a été détecté et une action corrective pour la mousse a été mise en marche pour éliminer l'excès de mousse. Cette action ajoutera du temps au programme original.
- **Avez-vous choisi un programme Quick Wash (lavage rapide) pour laver une grosse charge?**
  Le programme de lavage rapide est conçu pour les petites charges (2 ou 3 vêtements peu sales). Si de plus grosses charges sont lavées avec ce programme, la durée de lavage augmentera.
- **Avez-vous choisi un programme délicat pour laver une grosse charge?**
  Les programmes Delicate/Hand Washables (Délicats/lavables à la main), Silk (soie) et Wool (laine) fonctionnent mieux avec les petites charges. Cela assure un lavage délicat des vêtements sans augmenter la durée du programme.
- **La charge a-t-elle provoqué un déséquilibre?**
  Lorsqu'il y a un trop grand déséquilibre, une caractéristique spéciale se mettra en marche pour redistribuer la charge. Pendant la procédure de rééquilibrage, l'affichage de la durée peut faire une pause jusqu'à ce que l'activité soit terminée, puis reprendre pour la durée du programme.

## Porte verrouillée à la fin du programme de lavage

- **Est-ce que toute l'eau s'est écoulée de la laveuse durant l'essorage?**
  Choisir DRAIN/SPIN (Vidange/essorage) pour enlever toute l'eau qui reste dans la laveuse. La porte de la laveuse se déclenchera à la fin de la vidange.



W0026807

# ASSISTANCE OU SERVICE

Avant de téléphoner pour assistance ou service, veuillez vérifier “Dépannage”. Ceci pourrait vous éviter le coût d’une visite de service. Si vous avez encore besoin d’aide, veuillez suivre les instructions ci-dessous.

Lors de l’appel, il faut connaître la date d’achat et les numéros de modèle et de série complets de votre appareil ménager. Ces renseignements nous aideront à mieux répondre à votre demande.

### Si vous avez besoin de pièces de rechange

Si vous avez besoin de commander des pièces de rechange, nous vous recommandons d’utiliser seulement des pièces FSP® spécifieés par l'usine. Ces pièces conviendront et fonctionneront bien parce qu’elles sont fabriquées selon les mêmes spécifications précises utilisées pour construire chaque nouvel appareil électroménager WHIRLPOOL®.

**Pour localiser des pièces de rechange FSP® dans votre région :**

Aux États-Unis, téléphoner au Centre pour l’eXpérience de la clientèle au **1-800-253-1301**, ou téléphoner à votre Centre de service désigné le plus proche.

Au Canada, composer le **1-800-807-6777**, ou votre Centre de service désigné le plus proche.

## Aux États-Unis

Téléphoner au Centre pour l’eXpérience de la clientèle de Whirlpool sans frais au : **1-800-253-1301.**

**Nos consultants fournissent l’assistance pour :**

- Caractéristiques et spécifications sur notre gamme complète d’appareils ménagers
- Renseignements d’installation
- Procédés d’utilisation et d’entretien
- Vente d’accessoires et de pièces de rechange
- Assistance spécialisée aux clients (langue espagnole, malentendants, malvoyants, etc.)
- Les références aux concessionnaires, compagnies de service de réparation et distributeurs de pièces de rechange locaux

Les techniciens de service désignés par Whirlpool sont formés pour remplir la garantie des produits et fournir un service après garantie partout aux États-Unis.

Pour localiser la compagnie de service désignée par Whirlpool dans votre région, vous pouvez consulter les Pages jaunes de votre annuaire téléphonique.

### Pour plus d’assistance

Si vous avez besoin de plus d’assistance, vous pouvez écrire en soumettant toute question ou tout problème à :

Whirlpool Corporation
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Dans votre correspondance, veuillez indiquer un numéro de téléphone où l’on peut vous joindre dans la journée.

## Au Canada

Teléphoner sans frais au Centre d’interaction avec la clientèle de Whirlpool Canada LP au : **1-800-807-6777.**

**Nos consultants fournissent l’assistance pour :**

- Procédés d’utilisation et d’entretien
- Vente d’accessoires et de pièces de rechange
- Caractéristiques et spécifications sur toute notre gamme d’appareils électroménagers.
- Les références aux concessionnaires, compagnies de service de réparation et distributeurs de pièces de rechange locaux. Les techniciens de service désignés par Whirlpool Canada LP sont formés pour satisfaire la garantie des produits et fournissent le service après la garantie, n’importe où au Canada.

### Pour plus d’assistance

Si vous avez besoin de plus d’assistance, vous pouvez écrire à Whirlpool Canada LP en soumettant toute question ou tout problème au :

Centre d’interaction avec la clientèle
Whirlpool Canada LP
1901 Minnesota Court
Mississauga, Ontario L5N 3A7

Veuillez indiquer dans votre correspondance un numéro de téléphone où l’on peut vous joindre durant la journée.

# GARANTIE DES GROS APPAREILS MÉNAGERS WHIRLPOOL CORPORATION

## GARANTIE LIMITÉE DE UN AN

Pendant un an à compter de la date d'achat, lorsque ce gros appareil ménager est utilisé et entretenu conformément aux instructions jointes à ou fournies avec le produit, Whirlpool Corporation ou Whirlpool Canada LP (ci-après désignées "Whirlpool") paiera pou r les pièces de rechange FSP® et la main-d'oeuvre pour corriger les vices de matériaux ou de fabrication. Le service doit être fourni par une compagnie de service désignée par Whirlpool.

## WHIRLPOOL NE PRENDRA PAS EN CHARGE

1. Les visites de service pour rectifier l'installation du gros appareil ménager, montrer à l'utilisateur comment utiliser l'appareil, remplacer ou réparer des fusibles ou rectifier le câblage ou la plomberie du domicile.
2. Les visites de service pour réparer ou remplacer les ampoules électriques de l'appareil, les filtres à air ou les filtres à eau. Ces pièces consomptibles ne sont pas couvertes par la garantie.
3. Les réparations lorsque le gros appareil ménager est utilisé à des fins autres que l'usage unifamilial normal.
4. Les dommages imputables à : accident, modification, usage impropre ou abusif, incendie, inondation, actes de Dieu, installation fautive ou installation non conforme aux codes d'électricité ou de plomberie, ou l'utilisation de produits non approuvés par Whirlpool.
5. Toute perte d'aliments due à une défaillance du réfrigérateur ou du congélateur.
6. Le coût des pièces de rechange et de la main-d'œvre pour les appareils utilisés hors des États-Unis ou du Canada.
7. Le ramassage et la livraison. Ce gros appareil ménager est conçu pour être réparé à domicile.
8. Les réparations aux pièces ou systèmes résultant d'une modification non autorisée faite à l'appareil.
9. Les frais de transport pour le service d'un produit dans les régions éloignées.
10. La dépose et la réinstallation de votre appareil si celui-ci est installé dans un endroit inaccessible ou n'est pas installé conformément aux instructions d'installation fournies.

## CLAUSE D'EXONÉRATION DE RESPONSABILITÉ AU TITRE DES GARANTIES IMPLICITES; LIMITATION DES RECOURS

LE SEUL ET EXCLUSIF RECOURS DU CLIENT DANS LE CADRE DE LA PRÉSENTE GARANTIE LIMITÉE CONSISTE EN LA RÉPARATION PRÉVUE CI-DESSUS. LES GARANTIES IMPLICITES, Y COMPRIS LES GARANTIES APPLICABLES DE QUALITÉ MARCHANDE ET D'APTITUDE À UN USAGE PARTICULIER, SONT LIMITÉES À UN AN OU À LA PLUS COURTE PÉRIODE AUTORISÉE PAR LA LOI. WHIRLPOOL N'ASSUME AUCUNE RESPONSABILITÉ POUR LES DOMMAGES FORTUITS OU INDIRECTS. CERTAINES JURIDICTIONS NE PERMETTENT PAS L'EXCLUSION OU LA LIMITATION DES DOMMAGES FORTUITS OU INDIRECTS, OU LES LIMITATIONS DE LA DURÉE DES GARANTIES IMPLICITES DE QUALITÉ MARCHANDE OU D'APTITUDE À UN USAGE PARTICULIER, DE SORTE QUE CES EXCLUSIONS OU LIMITATIONS PEUVENT NE PAS S'APPLIQUER DANS VOTRE CAS. CETTE GARANTIE VOUS CONFÈRE DES DROITS JURIDIQUES SPÉCIFIQUES ET VOUS POUVEZ ÉGALEMENT JOUIR D'AUTRES DROITS QUI PEUVENT VARIER D'UNE JURIDICTION À UNE AUTRE.

À l'extérieur du Canada et des 50 États des États-Unis, cette garantie ne s'applique pas. Contacter votre marchand Whirlpool autorisé pour déterminer si une autre garantie s'applique.

Si vous avez besoin de service, voir d'abord la section "Dépannage" du Guide d'utilisation et d'entretien. Après avoir vérifié la section "Dépannage", de l'aide supplémentaire peut être trouvée en vérifiant la section "Assistance ou service" ou en appelant Whirlpoo l. Aux É.-U., composer le **1-800-253-1301**. Au Canada, composer le **1-800-807-6777**. 8/05

**Conservez ce manuel et votre reçu de vente ensemble pour référence ultérieure. Pour le service sous garantie, vous devez présenter un document prouvant la date d'achat ou d'installation.**

Inscrivez les renseignements suivants au sujet de votre gros appareil ménager pour mieux vous aider à obtenir assistance ou service en cas de besoin. Vous devrez connaître le numéro de modèle et le numéro de série au complet. Vous trouverez ces renseignements sur la plaque signalétique située sur le produit.

**Nom du marchand** ______________________________

**Adresse** ______________________________

**Numéro de téléphone** ______________________________

**Numéro de modèle** ______________________________

**Numéro de série** ______________________________

**Date d'achat** ______________________________

® Registered Trademark/TM Trademark of Whirlpool, U.S.A., Whirlpool Canada LP licensee in Canada
The Woolmark symbol is a registered trademark of The Woolmark Company.
® Marca registrada/TM Marca de comercio de Whirlpool, EE.UU., Uso Bajo licencia de Whirlpool Canada LP en Canadá
El símbolo Woolmark es una marca registrada de The Woolmark Company.
® Marque déposée/TM Marque de commerce de Whirlpool, U.S.A., Emploi Licencié par Whirlpool Canada LP au Canada
Le symbole Woolmark est une marque de commerce déposée de The Woolmark Company.

**461970229031**

© 2005 Whirlpool Corporation.
All rights reserved.
Todos los derechos reservados.
Tous droits réservés.

9/05
Printed in Germany
Impreso en Alemania
Imprimé en Allemagne



Whirlpool®

duet sport™ ht

# FRONT-LOADING AUTOMATIC WASHER

## Use & Care Guide

For questions about features, operation/performance, parts, accessories or service call: **1-800-253-1301**

In Canada, call: **1-800-807-6777**

or visit our website at
**www.whirlpool.com** or **www.whirlpool.ca**

# LAVEUSE AUTOMATIQUE À CHARGEMENT FRONTAL

## Guide d'utilisation et d'entretien

Au Canada, pour assistance, installation ou service, composez le :
**1-800-807-6777**

ou visitez notre site internet à
**www.whirlpool.ca**

Table of Contents/Table des matières .................. 2

he

Designed to use only HE High Efficiency Detergent

Conçue pour l'utilisation d'un détergent haute efficacité seulement

ENERGY STAR

8540321

# TABLE OF CONTENTS


**WASHER SAFETY** ..... 3
**INSTALLATION REQUIREMENTS** ..... 4
- Tools and Parts ..... 4
- Options ..... 4
- Location Requirements ..... 4
- Drain System ..... 6
- Electrical Requirements ..... 7

**INSTALLATION INSTRUCTIONS** ..... 8
- Remove Transport System ..... 8
- Connect the Inlet Hoses ..... 8
- Route the Drain Hose ..... 9
- Secure the Drain Hose ..... 9
- Level the Washer ..... 10
- Complete Installation ..... 10

**FEATURES AND BENEFITS** ..... 11
**WASHER USE** ..... 12
- Starting Your Washer ..... 12
- Using the Proper Detergent ..... 12
- Using the Dispenser ..... 13
- Pausing or Restarting ..... 14
- Changing Cycles and Options ..... 14
- Status Lights ..... 14
- Cycles ..... 15
- Normal Sounds ..... 16
- Options and Modifiers ..... 16
- Laundry Guide ..... 17

**LAUNDRY TIPS** ..... 18
- Loading ..... 18
- Stain Removal Guide ..... 19

**WASHER CARE** ..... 20
- Cleaning Your Washer ..... 20
- Water Inlet Hoses ..... 21
- Vacation, Storage, and Moving Care ..... 21

**TROUBLESHOOTING** ..... 22
- Washer and Components ..... 22
- Washer Operation ..... 23
- Clothes Care ..... 24

**ASSISTANCE OR SERVICE** ..... 25
- In the U.S.A. ..... 25
- In Canada ..... 25

**WARRANTY** ..... 26


# TABLE DES MATIÈRES


**SÉCURITÉ DE LA LAVEUSE** ..... 27
**EXIGENCES D'INSTALLATION** ..... 28
- Outillage et pièces ..... 28
- Options ..... 28
- Exigences d'emplacement ..... 29
- Système de vidange ..... 30
- Spécifications électriques ..... 31

**INSTRUCTIONS D'INSTALLATION** ..... 32
- Élimination des accessoires de transport ..... 32
- Raccordement des tuyaux d'alimentation ..... 32
- Acheminement du tuyau de vidange ..... 33
- Immobilisation du tuyau de vidange ..... 33
- Réglage de l'aplomb de la laveuse ..... 34
- Achever l'installation ..... 34

**CARACTÉRISTIQUES ET AVANTAGES** ..... 35
**UTILISATION DE LA LAVEUSE** ..... 36
- Mise en marche de la laveuse ..... 36
- Utilisation du détergent approprié ..... 36
- Utilisation du distributeur ..... 37
- Pause ou remise en marche ..... 38
- Modification des programmes et options ..... 38
- Témoins lumineux ..... 38
- Programmes ..... 39
- Sons normaux ..... 41
- Options et modificateurs ..... 41
- Guide de lessivage ..... 42

**CONSEILS DE LESSIVAGE** ..... 43
- Chargement ..... 43
- Guide pour l'élimination des taches ..... 44

**ENTRETIEN DE LA LAVEUSE** ..... 45
- Nettoyage de la laveuse ..... 45
- Tuyaux d'arrivée d'eau ..... 46
- Précautions à prendre avant les vacances, un entreposage ou un déménagement ..... 46

**DÉPANNAGE** ..... 47
- La laveuse et ses composants ..... 47
- Fonctionnement de la laveuse ..... 48
- Soin des vêtements ..... 50

**ASSISTANCE OU SERVICE** ..... 51
- Aux États-Unis ..... 51
- Au Canada ..... 51

**GARANTIE** ..... 52


Whirlpool® Home Appliances JUST IMAGINE™

Whirlpool® Appareils Électroménagers IMAGINEZ



W0026812

# WASHER SAFETY

## Your safety and the safety of others are very important.

We have provided many important safety messages in this manual and on your appliance. Always read and obey all safety messages.

This is the safety alert symbol.

This symbol alerts you to potential hazards that can kill or hurt you and others.

All safety messages will follow the safety alert symbol and either the word "DANGER" or "WARNING." These words mean:

**⚠DANGER** — **You can be killed or seriously injured if you don't immediately follow instructions.**

**⚠WARNING** — **You can be killed or seriously injured if you don't follow instructions.**

All safety messages will tell you what the potential hazard is, tell you how to reduce the chance of injury, and tell you what can happen if the instructions are not followed.

## IMPORTANT SAFETY INSTRUCTIONS

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using the washer, follow basic precautions, including the following:

- Read all instructions before using the washer.
- Do not wash articles that have been previously cleaned in, washed in, soaked in, or spotted with gasoline, dry-cleaning solvents, other flammable, or explosive substances as they give off vapors that could ignite or explode.
- Do not add gasoline, dry-cleaning solvents, or other flammable, or explosive substances to the wash water. These substances give off vapors that could ignite or explode.
- Under certain conditions, hydrogen gas may be produced in a hot water system that has not been used for 2 weeks or more. HYDROGEN GAS IS EXPLOSIVE. If the hot water system has not been used for such a period, before using the washing machine, turn on all hot water faucets and let the water flow from each for several minutes. This will release any accumulated hydrogen gas. As the gas is flammable, do not smoke or use an open flame during this time.
- Do not allow children to play on or in the washer. Close supervision of children is necessary when the washer is used near children.
- Before the washer is removed from service or discarded, remove the door or lid.
- Do not reach into the washer if the drum, tub or agitator is moving.
- Do not install or store the washer where it will be exposed to the weather.
- Do not tamper with controls.
- Do not repair or replace any part of the washer or attempt any servicing unless specifically recommended in this manual or in published user-repair instructions that you understand and have the skills to carry out.
- See "Electrical Requirements" for grounding instructions.

**SAVE THESE INSTRUCTIONS**

# INSTALLATION REQUIREMENTS

## Tools and Parts

Gather the required tools and parts before starting installation. The parts supplied are in the washer drum.

### Tools needed for connecting the water inlet hoses

- Pliers (that open to 1⁹⁄₁₆" [39.5 mm])
- Flashlight (optional)

### Tools needed for installation

- Open end wrenches 14 mm and 13 mm
- Level
- Wood block
- Ruler or measuring tape

### Parts supplied




*A. U-shaped hose form*
*B. Water inlet hoses (2)*
*C. Inlet hose washers (4)*
*D. Transit bolt hole plug (4)*
*E. Beaded tie strap*

### Alternate Parts

Your installation may require additional parts. If you are interested in purchasing one of the items listed here, call the toll-free number on the cover or in the "Assistance or Service" section.

| If You Have | You Will Need to Buy |
|---|---|
| Laundry tub or standpipe taller than 96" (2.4 m) | Sump pump system (if not already available) |
| Overhead sewer | Standard 20 gal. (76 L), 30" (76.2 cm) tall drain tub or utility sink and sump pump (available from local plumbing suppliers) |
| Floor drain | Siphon break, Part Number 285834; additional drain hose Part Number 8318155; and connector kit, Part Number 2858835 |
| Drain hose too short | 4 ft (1.2 m) drain hose extension kit, Part Number 2858863 |
| Water faucets beyond reach of fill hoses | 2 longer water fill hoses:<br>6 ft (1.8 m) Part Number 76314<br>10 ft (3.0 m) Part Number 350008 |

## Options

### Pedestal

You have the option of purchasing pedestals of different heights separately for this washer. You may select a 10" (25.4 cm) or a 15.5" (39.4 cm) pedestal. The pedestal will add to the total height of the washer.



*Optional pedestal*

| Pedestal Height | Approximate Height with Washer | Color | Model Number |
|---|---|---|---|
| 10" (25.4 cm) | 46" (116.8 cm) | White | WHP1000SQ |
| 15.5" (39.4 cm) | 51.5" (130.8 cm) | White | WHP1500SQ |

### Stack Kit

Are you planning to stack your washer and dryer? To do so you will need to purchase a Stack Kit.

To order, call the dealer from whom you purchased your washer or refer to the "Assistance or Service" section of this manual. Ask for Part Number 8572546.



W0026814

## Location Requirements

Selecting the proper location for your washer improves performance and minimizes noise and possible washer "walk."

Your washer can be installed under a custom counter, or in a basement, laundry room, closet, or recessed area. See "Drain System."

Companion appliance location requirements should also be considered. Proper installation is your responsibility.

**You will need**

- A water heater set to deliver 120°F (49°C) water to the washer.
- A grounded electrical outlet located within 6 ft (1.8 m) of where the power cord is attached to the back of the washer. See "Electrical Requirements."
- Hot and cold water faucets located within 4 ft (1.2 m) of the hot and cold water fill valves, and water pressure of 20-100 psi (137.9-689.6 kPa).
- A level floor with a maximum slope of 1" (2.5 cm) under entire washer. Installing the washer on soft floor surfaces, such as carpets or surfaces with foam backing, is not recommended.
- A sturdy and solid floor to support the washer with a total weight (water and load) of 400 lbs (180 kg).

Do not operate your washer in temperatures below 32°F (0°C). Some water can remain in the washer and can cause damage in low temperatures.

### Installation clearances

- The location must be large enough to allow the washer door to be fully opened.
- Additional spacing should be considered for ease of installation and servicing. The door opens more than 90°, and it is not reversible.
- Additional clearances might be required for wall, door, and floor moldings.
- Additional spacing of 1" (2.5 cm) on all sides of the washer is recommended to reduce noise transfer.
- Companion appliance spacing should also be considered.

### Washer Dimensions




### Recommended installation spacing for custom undercounter installation

The dimensions shown are for the recommended spacing.

**Custom undercounter installation - Washer only**




### Recommended installation spacing for recessed or closet installation, with or without a pedestal

The dimensions shown are for the recommended spacing.

**Recessed area or closet installation**




A B

*A. Side view - closet or confined area*
*B. Closet door with vents*

**Recessed or closet installation - Washer on pedestal**




A B

*A. Recessed area*
*B. Side view - closet or confined area*

### Recommended installation spacing for recessed or closet installation, with stacked washer and dryer

The dimensions shown are for the recommended spacing.




*Min. top and bottom air openings for closet door.

**External exhaust elbow requires additional space.

***Wall, door and floor molding may require additional spacing.

### Recommended installation spacing for cabinet installation

The dimensions shown are for the recommended spacing.

**For cabinet installation, with a door, the minimum ventilation openings in the top are required.**




## Drain System

The washer can be installed using the standpipe drain system (floor or wall), the laundry tub drain system, or the floor drain system. Select the drain hose installation method you need. See "Tools and Parts."

### Standpipe drain system - wall or floor (views A & B)

The standpipe drain requires a minimum diameter standpipe of 2" (5 cm). The minimum carry-away capacity can be no less than 17 gal. (64 L) per minute.

The top of the standpipe must be at least 30" (76.2 cm) high and no higher than 96" (2.4 m) from the bottom of the washer.




### Laundry tub drain system (view A)

The laundry tub needs a minimum 20 gal. (76 L) capacity. The top of the laundry tub must be at least 30" (76.2 cm) above the floor.

### Floor drain system (view B)

The floor drain system requires a siphon break that may be purchased separately. See "Tools and Parts."

The siphon break must be a minimum of 28" (71 cm) from the bottom of the washer. Additional hoses might be needed.






W0026816

**⚠WARNING**



Electrical Shock Hazard

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

- A 120 volt, 60 Hz., AC only, 15- or 20-amp, fused electrical supply is required. A time-delay fuse or circuit breaker is recommended. It is recommended that a separate circuit serving only this appliance be provided.
- This washer is equipped with a power supply cord having a 3 prong grounding plug.
- To minimize possible shock hazard, the cord must be plugged into a mating, 3 prong, grounding-type outlet, grounded in accordance with local codes and ordinances. If a mating outlet is not available, it is the personal responsibility and obligation of the customer to have the properly grounded outlet installed by a qualified electrician.
- If codes permit and a separate ground wire is used, it is recommended that a qualified electrician determine that the ground path is adequate.
- Do not ground to a gas pipe.
- Check with a qualified electrician if you are not sure the washer is properly grounded.
- Do not have a fuse in the neutral or ground circuit.

## GROUNDING INSTRUCTIONS

**For a grounded, cord-connected washer:**
This washer must be grounded. In the event of a malfunction or breakdown, grounding will reduce the risk of electrical shock by providing a path of least resistance for electric current. This washer is equipped with a cord having an equipment-grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances.

**WARNING:** Improper connection of the equipment-grounding conductor can result in a risk of electric shock. Check with a qualified electrician or serviceman if you are in doubt as to whether the appliance is properly grounded.

Do not modify the plug provided with the appliance – if it will not fit the outlet, have a proper outlet installed by a qualified electrician.

**For a permanently connected washer:**
This washer must be connected to a grounded metal, permanent wiring system, or an equipment grounding conductor must be run with the circuit conductors and connected to the equipment-grounding terminal or lead on the appliance.

# INSTALLATION INSTRUCTIONS

## Remove Transport System

**⚠WARNING**

**Excessive Weight Hazard**

**Use two or more people to move and install washer.**

**Failure to do so can result in back or other injury.**

**IMPORTANT:** Position the washer so that the rear of the unit is within approximately 3 ft (90 cm) of its final location.

There are 4 blue bolts in the rear panel of the washer that support the suspension system during transportation. These bolts also retain the power cord inside the washer until the bolts are removed.



1. Using a 13 mm wrench, loosen each of the bolts.
2. Once the bolt is loose, move it to the center of the hole and completely pull out the bolt, including the plastic spacer covering the bolt.



3. Once all 4 bolts are removed, discard the bolts and spacers. Then pull the power cord through the opening of the rear panel and close the hole with the attached cap.
4. Close the bolt holes with the 4 transport bolt hole plugs.

**NOTE:** If the washer is to be transported at a later date, call your local service center. To avoid suspension and structural damage, your machine must be properly set up for relocation by a certified technician.

## Connect the Inlet Hoses

Insert new flat washers (supplied) into each end of the inlet hoses. Firmly seat the washers in the couplings.




A. Coupling
B. Washer

### Connect the inlet hoses to the water faucets

Make sure the washer drum is empty.

1. Attach a hose to the hot water faucet. Screw on coupling by hand until it is seated on the washer.
2. Attach a hose to the cold water faucet. Screw on coupling by hand until it is seated on the washer.
3. Using pliers, tighten the couplings with an additional two-thirds turn.



**NOTE:** Do not overtighten or use tape or sealants on the valve. Damage to the valves can result.

### Clear the water lines

- Run water through both faucets and inlet hoses, into a laundry tub, drainpipe or bucket, to get rid of particles in the water lines that might clog the inlet valve screens.
- Check the temperature of the water to make sure that the hot water hose is connected to the hot water faucet and that the cold water hose is connected to the cold water faucet.

