# EXHIBIT 3

## Connect the inlet hoses to the washer




*H. Hot water inlet*
*C. Cold water inlet*

1. Attach the hot water hose to the washer's hot (H) water inlet valve. Screw on coupling by hand until it is seated on the washer.
2. Attach the cold water hose to the washer's cold (C) water faucet. Screw on coupling by hand until it is seated on the washer.
3. Using pliers, tighten the couplings with an additional two-thirds turn.

   **NOTE:** Do not overtighten. Damage to the coupling can result.
4. Turn on the water faucets completely and check for leaks.

   **NOTE:** Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Record hose installation or replacement dates on the hoses for future reference.

   Periodically inspect and replace hoses if bulges, kinks, cuts, wear, or leaks are found.

## Route the Drain Hose

Proper routing of the drain hose protects your floor from damage due to water leakage. Read and follow these instructions.

**Remove drain hose from the washer**

Gently pull the corrugated drain hose from the shipping clips.



**Laundry tub drain or standpipe drain**

Connect the drain hose form to the corrugated drain hose.




*A. Snap either end of the drain hose form to the drain hose at the point where the corrugation begins.*
*B. Bend drain hose over drain hose form and snap into place.*

**To keep drain water from going back into the washer:**

- Do not straighten the drain hose, and do not force excess drain hose into standpipe. Hose should be secure, but loose enough to provide a gap for air.
- Do not lay excess hose on the bottom of the laundry tub.

### Floor drain

You may need additional parts. See Floor drain under "Tools and Parts."

## Secure the Drain Hose

1. Drape the power cord over the washer top.
2. Move the washer to its final location.
3. Place the drain hose in the laundry tub or standpipe as shown. See illustrations A and B.




4. If the washer faucets and the drain standpipe are recessed, put the hooked end of the drain hose in the standpipe as shown. See illustration C.

**NOTES:**

- Do not force excess drain hose back into the rear of the washer.
- To avoid siphoning, do not seal the drain hose into the standpipe.

## Level the Washer

One foot has been installed at a different height on your new washer. The other three feet were preset at the factory. Properly leveling your washer will minimize excessive noise and vibration.

1. Push on the upper front panel to be sure that the washer is on the rear feet. Lower the right front foot until it contacts the floor. Check the levelness of the washer by placing a level on the top edge of the washer, first side to side, then front to back.



   If the washer is against a wall, move the washer out slightly before tipping back. First prop the front with a wood block and adjust the feet as necessary; then prop the back and adjust feet as necessary. Repeat this step until washer is level.

2. Make sure that all four feet are stable and resting on the floor. Then check that the appliance is perfectly level (use a level).
3. After the washer is level, use a 14 mm open-end wrench to turn the nuts on the feet tightly against the washer cabinet.

   **IMPORTANT:** All four feet must be tightened. If the nuts are not tight against the washer cabinet, the washer may vibrate.
4. When you are pushing on the edges of the washing machine top plate, the machine should not move front to back, side to side, or diagonally.
5. Slide the washer to its final location.
6. Confirm the levelness of the washer.

## Complete Installation

1. Check the electrical requirements. Be sure that you have the correct electrical supply and the recommended grounding method. See "Electrical Requirements."
2. Check that all parts are now installed. If there is an extra part, go back through the steps to see which step was skipped.
3. Check that you have all of your tools.
4. Dispose of/recycle all packaging materials.
5. Check that the water faucets are on.
6. Check for leaks around faucets and inlet hoses.

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

7. Plug into a grounded 3 prong outlet.
8. Read "Washer Use."
9. To test and to clean your washer, use ½ the manufacturer's recommended amount for a medium-sized load. Pour the detergent into the detergent dispenser. Select NORMAL/CASUAL, and then select START. Allow the washer to complete one whole cycle.

*Use only HE High Efficiency detergent.*

# FEATURES AND BENEFITS

Your new front-loading high efficiency washer, was designed to conserve resources and lower your water and energy bills. The washer is designed to determine and then provide the amount of water needed for the best performance. The time of operation may be greater for this new system than for a conventional washer.

### Electronic Controls

Flexible electronic controls are easy to use whether you are a beginner or an expert.

### Auto Water Level

Adjusting to the size of the load, this feature allows the washer to use the minimal amount of water needed to clean and rinse the clothes. With a low water level, you can obtain the same results with smaller amounts of additives. Because only the required amount of water is used, the washer saves energy, too. You can obtain the same washing results for small and large load sizes.

### Larger Load Size

Since there is no agitator, you can wash larger, bulkier items such as an average size sleeping bag. You are also able to wash more clothes at one time, which means fewer loads. You can wash a pillow or a large stuffed teddy bear.

### Suspension System

To reduce washer "walk" and "off-balance" conditions, your new washer combines:

- 2 Springs to isolate vibration
- 4 Shock absorbers at the washer base to minimize movement

### Stainless Steel Drum

The stainless steel drum eliminates corrosion and enables higher spin speeds for more water extraction, reducing drying time.

### Adaptive Variable Speed Motor

The motor adapts to the load size and to the cycle selected to give the optimum cleaning, rinsing, and spinning conditions. The motor can handle slow speeds needed for delicate items and is powerful enough to drive an average clothes load up to high-speed spin.

### Spin Speeds

This washer automatically selects the spin speed based on the cycle selected. For some cycles, the default spin speed can be changed if desired. This washer offers up to three different spin speed choices.

### Heating Element

This washer has a heating element that automatically heats the water to the best temperature on select cycles. This enables stepped cleaning, a process in which warm water is brought in and mixed with detergent first, then the water is heated. The warm water cleans stains such as blood and eggs, and the heated water removes oily stains such as perspiration and dirty mechanical oil. This heater is active in the Sanitary, Whitest Whites and Heavy Duty cycles.

### Add A Garment

This option is available in all wash cycles except Rinse/Spin, Drain/Spin, and Clean Washer. When this option is available at the beginning of the cycle the Add A Garment status light will illuminate for the first 7 minutes. This washer allows a 7-minute period in which forgotten garments may be added to a load.

### Dynamic Balance

A precision balancing system allows the washer to reach high-speed spins. The washer spins faster so that clothes coming out of the washer will have less moisture than with traditional top load machines. In addition, if the Dynamic Balance system detects off-balance loads during spinning, it redistributes the clothes so that they are evenly balanced.

### Smart Dispensers

The three compartments in the dispenser allow loading of all laundry additives before the washer is started. The additives will be dispensed into the wash at the optimal time for high-performance cleaning. The bleach release system is included in the detergent advantage system. The detergent is added at the beginning of the cycle, and the bleach is added after the enzymes have had a chance to do their cleaning. The fabric softener is dispensed in the rinse cycle or in the EXTRA RINSE, if selected. The Detergent Advantage System Dispenser tray is easily removed for cleaning.

*Use only HE High Efficiency detergent.*

# WASHER USE




## Starting Your Washer

**⚠WARNING**

Fire Hazard

**Never place items in the washer that are dampened with gasoline or other flammable fluids.**

**No washer can completely remove oil.**

**Do not dry anything that has ever had any type of oil on it (including cooking oils).**

**Doing so can result in death, explosion, or fire.**

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to specific sections of this manual for more detailed information.

Do not store laundry additives on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times, and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

### First Wash Cycle Without Laundry

Before washing clothes for the first time, if not completed during the final installation step, choose the Normal/Casual cycle and run it without clothes. Use only HE High Efficiency detergent. Use ½ the manufacturer's recommended amount for a medium-sized load. This initial cycle serves to ensure the interior is clean before washing clothes.

### For All Wash Cycles

1. **To load washer**
   Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.
   - The washer can be fully loaded, but not tightly packed. Washer door should close easily.
   - Mix large and small items. Avoid washing a single item. Load evenly.
   - Wash small items such as infant socks in mesh garment bags. It is recommended that more than one garment bag be used and that each garment bag be filled with equal amounts of material.
   - When unloading garments, occasionally check under the rubber rim at the front of the tub for small items.
2. Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.

   **NOTE:** After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin. The door can be opened only if PAUSE/CANCEL is selected while the ADD A GARMENT light is illuminated or if the cycle has been canceled. See "To cancel a cycle" in the "Changing Cycles and Options" section.
3. Open the dispenser drawer and add laundry additives to the detergent, bleach, or fabric softener compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."
4. Turn on the washer by selecting POWER. Select one of the cycles by turning the cycle selector. The indicator light for the selected cycle will illuminate. When selecting a Wash Cycle, the preset Modifiers and Options, Water Temp, and Spin Speed for the selected cycle will illuminate. The preset settings provide the recommended fabric care for the selected cycle. See "Wash Cycles."
5. Select the desired Options. Not all Options are available with all cycles. See "Options."

6. If desired, select the END OF CYCLE SIGNAL. The signal is helpful when you are washing items that should be removed from the washer as soon as it stops. Press END OF CYCLE SIGNAL to select ON or OFF.
7. **To begin the wash cycle immediately**
   Select and hold START (for approximately 1 second).
   - If you do not select START within 5 minutes of choosing a cycle, the washer automatically shuts off.
   - When the wash cycle is complete, the CYCLE COMPLETE status light illuminates, the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 5 minutes after the cycle is complete and the CYCLE COMPLETE light goes off. To power down the washer manually after the wash cycle is complete, select PAUSE/CANCEL once.
8. **To begin the wash cycle later**
   Select DELAY WASH until the desired delay time (in hours) is displayed. Select START. The countdown to the wash cycle will show in the display window.

   **IMPORTANT**: When delaying a cycle, use only powdered detergents in the main wash compartment since liquid detergents may seep out of the compartment during Delay, before the wash cycle begins.

## Using the Dispenser

Your new washer has a dispenser drawer with three separate compartments for your laundry additives—one is for detergent, one is for liquid chlorine bleach, and one is for liquid fabric softener. Laundry additives are diluted and dispensed automatically at the proper time during the wash cycle, making it unnecessary for you to return to the washer during the cycle to add them.

It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

Do not put laundry additives directly into the wash tub. Always use the proper dispensers when adding laundry additives.

### Choosing the Right Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times, and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

### To fill dispenser compartments

1. Pull out the dispenser drawer.
2. Add the desired laundry additives to the proper compartment.
3. Push in the dispenser drawer slowly and completely (to avoid a spill).




***Dispenser***

*A. Dispenser release lever*
*B. Main Wash detergent compartment*
*C. Liquid chlorine bleach compartment*
*D. Fabric softener compartment*

### Main Wash detergent compartment

(Letter B in Dispenser Illustration)

Add liquid or powdered HE detergent to this compartment for your main wash cycle.

- Powdered color-safe bleach may be added to the Main Wash compartment along with the powdered detergent.
- Liquid detergent: Measure the amount of liquid detergent with the measurement device which comes with the detergent. Add no more than the manufacturer's recommended amount. The liquid detergent flows immediately into the washer.
- Powdered detergent: Measure the amount of powdered detergent with the measurement device which comes with the detergent. Add no more than the manufacturer's recommended amount.

**NOTE:** Overfilling could cause an oversudsing condition.

### Chlorine bleach compartment

(Letter C in Dispenser Illustration)

Add NO MORE THAN ⅔ cup (160 mL) liquid chlorine bleach to this compartment. The bleach will be automatically diluted and dispensed at the best time during the first rinse after the wash cycle. This compartment cannot dilute powdered bleach.

- Use only liquid chlorine bleach in this dispenser. Do not use this dispenser to add powdered chlorine or any form of color-safe bleach to your load.
- Always measure liquid chlorine bleach. Use a measuring cup with a pour spout; do not guess. Follow the manufacturer's directions for proper use.
- Do not fill beyond the "MAX" level.

  **NOTE:** Overfilling could cause garment damage.

**Fabric softener compartment**
(Letter D in Dispenser Illustration)

Add ¼ cup (60 mL) liquid fabric softener to this compartment. Fabric softener will be automatically dispensed in the final rinse or in the EXTRA RINSE, if selected.

- Do not fill beyond the "MAX" level.

## Pausing or Restarting

1. To pause the washer at any time, select PAUSE/CANCEL.
2. To continue the cycle, select and hold START (for approximately 1 second).

## Changing Cycles and Options

Not all Options are available with all Cycles.

Cycles and Options can be changed anytime before START is selected.

### To stop a cycle and select a new cycle

1. Select PAUSE/CANCEL once.
2. Select desired cycle.
3. Select the desired OPTIONS.
4. Select and hold START (for approximately 1 second) to restart the washer at the beginning of the new cycle.

### To cancel a cycle

1. Select PAUSE/CANCEL twice.
2. The washer powers down, the door unlocks, and clothes can be removed.

**NOTE:** If the water level or the temperature is too high, the washer will drain automatically before the door unlocks.

### To change Options after the cycle has started

1. Select PAUSE/CANCEL once.
2. Select the desired OPTIONS. If the option is not available, the machine will beep.
3. Select and hold START (for approximately 1 second) to continue the cycle.

### To drain the washer manually

1. Select PAUSE/CANCEL.
2. Select DRAIN/SPIN.
3. Select and hold START (for approximately 1 second) to begin the drain.
4. When the spin is complete, the door unlocks. Items can be removed from the washer.

## Status Lights

These lights show which portion of the cycle the washer is operating. They also indicate when you can add an additional item to the wash cycle and when the controls are locked.




### Adding items

You can add items to the washer after the wash cycle has started, if the ADD A GARMENT status light is illuminated. All cycles have this feature except Rinse/Spin, Drain/Spin, and Clean Washer.

**To add items**

1. Select PAUSE/CANCEL. The washer door unlocks, and items can be added.
2. To continue the cycle, close the door and select and hold START (for approximately 1 second).
3. To unlock the door after the Add a Garment period, press PAUSE/CANCEL twice. This will cancel the Wash Cycle.

### Cycle Complete

The Cycle Complete light stays on for 5 minutes after the cycle is complete. The washer will then power down.

### Locking controls

The Control Lock avoids unintended use of the washer. You can also use the control lock feature to avoid unintended cycle or option changes during a cycle. When CONTROL LOCKED is lit, all buttons are disabled except for PAUSE/CANCEL and START. You can lock the controls while the washer is operating.

**To lock the controls**
Select and hold END OF CYCLE SIGNAL for 3 seconds.




The CONTROL LOCKED status light illuminates.

**To unlock the controls**
Select and hold END OF CYCLE SIGNAL for 3 seconds until the CONTROL LOCKED Status light turns off.

### Estimated Time Remaining

The cycle times vary automatically based on your water pressure, water temperature, detergent, and clothes load. The cycle time will be extended if oversudsing occurs or the load is unbalanced. The SUDs routine removes extra suds and assures proper rinsing of your garments. The options you select will also affect the cycle times that are shown in the Preset Cycle Settings table. The Estimated Time Remaining can change up to 30 minutes under extreme conditions.

### Door Locked

When the status light illuminates, the door is locked. The door is locked and unlocked automatically, depending on the stage of the wash cycle.

## Wash Cycles

Choose Wash Cycles by rotating the Cycle selector knob to the desired cycle. The indicator light for the cycle selected will illuminate. Each cycle is designed for different types of fabric and soil levels.




- Each cycle has a preset cycle time, WASH TEMP, SPIN SPEED, and may have preset Options. The preset settings provide the recommended fabric care for the selected cycle.
- The preset settings can be changed anytime before START is selected. Not all Options and Modifiers (WASH TEMP, SPIN SPEED) are available with all Cycles. To change settings after the cycle has started, select PAUSE/CANCEL, then select the desired settings. Select and hold START (for approximately 1 second) to continue the cycle.

## Preset Cycle Settings

Each cycle has a preset Cycle Time, WASH TEMP, and SPIN SPEED. The preset settings provide the recommended fabric care for the selected cycle. See chart.

| Cycle | Estimated Time* (hr:min) | Wash Temp | Spin Speed |
|---|---|---|---|
| **Sanitary** | 3H | Super Hot | High |
| **Whitest Whites** | 2H | Hot | High |
| **Heavy Duty** | 0:87 | Hot | High |
| **Normal/Casual** | 0:56 | Warm | High |
| **Quick Wash** (2-3 items) | 0:28 | Warm | High |
| **Delicate/ Hand Wash** | 0:37 | Cold | Low |
| **Clean Washer** | 0:56 | N/A | High |
| **Rinse/Spin** | 0:26 | Cold | High |
| **Drain/Spin** | 0:14 | N/A | High |
| **Soak** | 0:30 | Warm | No Spin |

*The cycle times vary automatically based on your water pressure, water temperature, detergent, and clothes load. The cycle time will be extended if oversudsing occurs or the load is unbalanced.

## Sanitary

Use this cycle to clean heavily soiled, colorfast fabrics. This cycle combines a super hot water temperature and fast speed tumbling to help ensure the removal of heavy soils and stains. It is recommended that you set your hot water heater to 120°F (49°C) to ensure proper performance during this cycle. The Sanitary cycle also helps eliminate 99.999% of 3 common infectious bacteria, even when no bleach is used. High-speed spin helps shorten drying time.

## Whitest Whites

This cycle is especially designed for cleaning loads of soiled white fabrics with the addition of bleach. Hot washing temperatures assure optimal bleach activity. An additional rinse provides optimal rinse performance to avoid chlorine residues on your laundry. This cycle combines fast-speed tumbling, longer wash time, and high-speed spin to shorten drying time. It also includes Extra Rinse as a preset setting.

## Heavy Duty

Use this cycle to wash loads of sturdy, colorfast fabrics and Heavy soiled garments. This cycle combines fast-speed tumbling, longer wash time, and high-speed spin to shorten drying times.

## Normal/Casual

Use this cycle to wash loads of no-iron fabrics such as sport shirts, blouses, casual business clothes, permanent press blends, cottons and linens, and synthetic fabrics. This cycle combines medium-speed tumbling, high-speed spin, and a load cooling process to reduce wrinkling.

## Quick Wash

Use this cycle to wash small loads of 2-3 lightly soiled garments that are needed in a hurry. This cycle combines fast-speed tumbling, a shortened wash time, and high-speed spin to shorten drying time. Large wash loads will result in the machine increasing the wash time.

## Delicate/Hand Wash

Use this cycle to wash sheer fabrics, lingerie, hand washable, and special-care garments. This cycle combines low-speed tumbling and low-speed spin for gentle fabric care.

- Use mesh garment bags to wash undergarments such as underwire bras, items with strings, and small items such as socks.

## Clean Washer

Use the Clean Washer cycle once a month to keep the inside of your washer fresh and clean. This cycle uses a higher water level in combination with liquid chlorine bleach to thoroughly clean the inside of your washing machine. See "Cleaning Your Washer."

**IMPORTANT:** Do not place garments or other items in the washer during the Clean Washer cycle. Use this cycle with an empty wash drum.



W0026825

### Rinse/Spin

Use this cycle to get a rinse and spin only. This cycle combines fast-speed tumbling and high-speed spin. If desired, you can reduce the spin speed by selecting the speed you want from the SPIN SPEED modifier.

**Rinse & Spin is useful for:**

- Loads that need rinsing only.
- Adding fabric softener to a load using the fabric softener dispenser.

### Drain/Spin

Use this cycle to drain your washer or to drain and spin your wash load. The spin speed is preset to HIGH. If desired, you can reduce the spin speed by selecting the speed you want from the SPIN SPEED modifier.

**NOTE:** Loads of synthetics, delicate fabrics, handwashables, and woolens should be drained with no spin or low spin to avoid fabric stress.

### Soak

Use the Soak cycle to help remove small spots of set-in stains on fabrics. This cycle provides a soak time with warm or cold water, followed by drain. Extra water, a short tumbling phase for equal distribution of the laundry, and a soaking time without drum movement, to help improve the removal of set-in stains. Drain without spin assures gentle treatment, even for delicate items.

## Normal Sounds

As with any new product, you will hear sounds that you are not accustomed to. You may hear various sounds when the door is locked or unlocked, and during the washing, rinsing, or spinning process. Between changes in wash actions, there will be momentary pauses. You will hear water spraying and splashing during the wash and rinse cycles. These new sounds and pauses are part of normal washer operation. See "Troubleshooting."

## Options and Modifiers

You can customize your wash by adding options to your cycle selections. You can add or change an option after starting a cycle anytime before the selected option begins. Not all Options are available with all cycles.




- See the "Laundry Guide" section for an overview of possible options for each Wash Cycle selection.
- If an option is available with a selected cycle, the light for that option will illuminate when selected.
- If an option is unavailable with a selected cycle, there will be a short tone and the light for that option will not illuminate when selected.

### Delay Wash

Use this to begin the wash cycle later.

- Select DELAY WASH until the desired time (in hours) shows in the Estimated Time Remaining display.
- Select START. The countdown to the wash cycle will show in the display window.

### Extra Rinse

An extra rinse can be used to aid in the removal of detergent or bleach residue from garments. This option provides an additional rinse with the same water temperature as in the normal rinse. It is a preset setting for the Whitest Whites cycle. You may select or deselect by pressing EXTRA RINSE.

### Prewash

Use this option for loads of heavily soiled garments that need pretreatment.

- Add detergent to the Main Wash Compartment of the dispenser drawer.

This option adds tumbling time prior to the selected main cycle. The washer continues automatically from prewash into the main wash cycle.

### Wash Temp

Each cycle has a preset water temperature setting. To change the water temperature, select the WASH TEMP button until the desired setting is illuminated.

Select a water temperature based on the type of load you are washing. Use the warmest wash water safe for fabrics. Follow garment label instructions.

The water temperature for all rinse cycles is cold. Cold rinses save energy.

### Temperature Guide

| Wash Water Temperature | Suggested Fabrics |
|---|---|
| SUPER HOT | Sturdy colorfast fabrics<br>Heavy soils |
| HOT | Whites and pastels<br>Heavy soils |
| WARM | Bright colors<br>Moderate to light soils |
| COLD | Colors that bleed or fade<br>Light soils |

In wash water temperatures colder than 60°F (15.6°C), detergents do not dissolve well. Soils may be difficult to remove.

### Auto Temp Control

ATC (Auto Temp Control) electronically senses and maintains a uniform water temperature. ATC regulates incoming hot and cold water. The ATC is automatically turned ON when a cycle is selected. See Preset Cycle Settings table in "Cycles."

- ATC works for the wash temperature with Warm and Cold settings.
- The Cold rinse temperatures depend on the cold water at your faucet.

### SPIN SPEED

Each cycle has a preset SPIN SPEED. To change the spin speed, select the SPIN SPEED button until the desired setting is illuminated.

### End of Cycle Signal

This signal is helpful when you are removing items from the washer as soon as it stops. Select ON or OFF.

## Laundry Guide

Refer to this chart for suggested load types and their corresponding cycles. Listed to the right are the options available to each of these washer cycles.

| CYCLE | SUGGESTED LOAD TYPE | AVAILABLE OPTIONS | | | |
|---|---|---|---|---|---|
| | | Delay Wash | Extra Rinse | Pre Wash | End of Cycle Signal |
| **Sanitary** | Heavily soiled underwear, towels, work cloths, diapers, etc. | ✔ | ✔ | | ✔ |
| **Whitest Whites** | Soiled white fabrics | ✔ | ✔ | ✔ | ✔ |
| **Heavy Duty** | Heavily soiled underwear, towels, shirts, etc., made of cotton | ✔ | ✔ | ✔ | ✔ |
| **Normal/Casual** | Normally soiled blouses, shirts, overalls, etc., made of polyester, nylon, cotton, linen, or cotton blends | ✔ | ✔ | ✔ | ✔ |
| **Quick Wash** | Small loads of 2-3 lightly soiled cotton, polyester, nylon, and cotton blends | ✔ | ✔ | | ✔ |
| **Delicate/ Hand Wash** | Curtains and delicate clothing, dresses, skirts, shirts and blouses, fabrics made of silk, and special care items marked "Hand Washable" | ✔ | | | ✔ |
| **Clean Washer** | No clothes | ✔ | | | ✔ |
| **Rinse & Spin** | All loads | ✔ | ✔ | | ✔ |
| **Drain & Spin** | All loads | ✔ | | | ✔ |
| **Soak** | All loads | ✔ | | | |



W0026827

# LAUNDRY TIPS

## Preparing clothes for washing

Follow these recommendations to help you prolong the life of your garments.

- Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

- Close zippers, snaps, and hooks to avoid snagging other items. Remove pins, buckles, and other hard objects to avoid scratching the washer interior. Remove non-washable trim and ornaments.
- Empty pockets and turn them inside-out.
- Turn down cuffs; brush away lint and dirt.
- Turn synthetic knits inside-out to avoid pilling.
- Tie strings and sashes so they will not tangle.
- Mend tears, loose hems, and seams.
- Treat spots and stains.
- Stained or wet garments should be washed promptly for best results.
- Mix large and small items, avoid washing single items, and load evenly.
- Wash small items, such as infant socks, in a mesh garment bag. To create a balanced load it is recommended that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

  **NOTE:** If you are washing only small items, it is recommended that more than one mesh garment bag be used, and that each garment bag be filled with equal amounts of material.

## Sorting

- Separate heavily soiled items from lightly soiled ones, even if they would normally be washed together. Separate lint-givers (towels, chenille) from lint-takers (corduroy, synthetics, permanent press). When possible, turn lint-givers inside-out.
- Separate dark colors from light colors, colorfast items from noncolorfast items.
- Sort by fabric and construction (sturdy cottons, knits, delicate items).

## Unloading

- Remove clothes from washer after the cycle is completed. Metal objects such as zippers, snaps, and buckles may rust if left in the washer basket for a long time.
- When unloading garments, occasionally check under the rubber rim at the front of the tub for small items.

## Loading

### Loading suggestions (maximum size loads)

| | |
|---|---|
| **Heavy Work Clothes** | |
| 2 pair pants | 3 pair jeans |
| 3 shirts | 1 coverall |
| **Mixed Load** | |
| 2 double sheets or 1 king size sheet(s) | 6 pair shorts |
| 4 pillowcases | 2 shirts |
| 6 T-shirts | 2 blouses |
| | 6 handkerchiefs |
| **Towels** | |
| 8 bath towels | 10 washcloths |
| 8 hand towels | 1 bath mat |
| **Delicates** | |
| 3 camisoles | 2 bras |
| 4 slips | 2 nighties |
| 4 panties | |
| **QUICK WASH cycle** (2-3 garments) | 2 dress shirt |
| | 1 pair dress pants |

## Stain Removal Guide

| Stain | Use Liquid Chlorine or Color-Safe Bleach | Use suggested Wash Cycle | Stain | Use Liquid Chlorine or Color-Safe Bleach | Use suggested Wash Cycle |
|---|---|---|---|---|---|
|  Ink | ✔ | Whitest Whites |  Grass | ✔ | Whitest Whites |
|  Blood | ✔ | Cold or Warm<br>Prewash<br>Normal/Casual |  Tomato Products | ✔ | Whitest Whites |
|  Coffee/ Chocolate | ✔ | Warm/Soak<br>Prewash<br>Whitest Whites |  Mud | ✔ | Warm/Soak<br>Prewash<br>Whitest Whites |
|  Cosmetics | | Heavy Duty |  Deodorants | | Heavy Duty |
|  Dirty Motor Oil | | Warm/Soak<br>Prewash<br>Heavy Duty |  Ring around the Collar | ✔ | Normal/Casual |

Do not tumble dry soiled or stained items. Heat may permanently set stains.

# WASHER CARE

## Cleaning Your Washer

### Cleaning the Door Seal/Bellow

1. Open the washer door and remove any clothing or items from the washer.
2. Inspect the gray colored seal/bellow between the door opening and the basket for stained areas. Pull back the seal/bellow to inspect all areas under the seal/bellow and to check for foreign objects.




A. Seal/Bellow

3. If stained areas are found, wipe down these areas of the seal/bellow, using the procedure that follows.
   a) Mix a dilute solution, using ¾ cup (177 mL) of liquid chlorine bleach, and 1 gal. (3.8 L) of warm tap water.
   b) Wipe the seal/bellow area with the dilute solution, using a damp cloth.
   c) Let stand 5 minutes.
   d) Wipe down area thoroughly with a dry cloth and let the washer interior air dry with door open.

**IMPORTANT:**

- Wear rubber gloves when cleaning for prolonged periods.
- Refer to the bleach manufacturer's instructions for proper use.

### Washer Maintenance Procedure

This washer has a special cycle that uses higher water volumes in combination with liquid chlorine bleach to thoroughly clean the inside of the washer.

**NOTES:**

- Read these instructions completely before beginning the cleaning process.
- If necessary, the cleaning cycle may be interrupted by pressing the PAUSE/CANCEL button. This will stop the cycle. A RINSE/SPIN cycle must then be run to thoroughly rinse the remaining bleach from the washer. Failure to do so will cause damage to the washer and clothing added to the next cycle.

**Begin procedure**

1. Open the washer door and remove any clothing or items from the washer.
2. Be sure the door is closed.
3. Open the dispenser drawer and immediately add ⅔ cup (160 mL) of liquid chlorine bleach to the bleach compartment.

   **NOTE:** Do not add any detergent to this cycle. Use of more than ⅔ cup (160 mL) of bleach will cause product damage over time.
4. Be sure the dispenser drawer is closed.
5. Select the CLEAN WASHER cycle.
6. Press START.

   **NOTE:** The basket will rotate, then the door will unlock, lock again, and then the cycle will continue.
   - The machine will not fill, but the basket will rotate while the washer runs a short sensing cycle. This will take approximately 3 minutes.
7. The cycle will determine whether clothing or other items are in the washer.
   a) If no items are detected in the washer, it will proceed to Step 8.
   b) If any items are detected in the washer, all the Cycle lights will flash, "rL" or "F-34" will be displayed, and the Soak/Prewash and Cycle Complete status lights will remain lit. Then the door will unlock.
      - Press PAUSE/CANCEL to cancel the failure code. Then repeat steps 1, 2 and 6 to start the cycle again.
8. Once the cycle has begun, allow the cycle to complete.
9. After the cycle is complete, leave the door open slightly, to allow for better ventilation and drying of washer interior.

**Always do the following to maintain washer freshness**

- Use only HE High Efficiency detergent.
- Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.
- Repeat the cleaning procedure monthly, using ⅔ cup (160 mL) of liquid chlorine bleach.
- If the procedure does not sufficiently improve the machine freshness, please evaluate your installation and usage conditions for other causes.

### Cleaning the exterior

Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your washer to keep it looking new. Use mild soap and water. Do not use abrasive products.

### Cleaning the dispenser drawer

The dispenser drawer is removable for easy cleaning.

1. Unlock the dispenser drawer by pressing the Release Lever. See "Using the Dispenser." Remove the drawer.
2. Remove the inserts (the siphon from the softener and bleach compartments).
3. Wash the parts under running water.

   **NOTE:** Do not wash components in the dishwasher.
4. Replace the inserts and return the dispenser to the drawer.

## Water Inlet Hoses

Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage, and Moving Care

Install and store your washer where it will not freeze. Because some water may stay in the hoses, freezing can damage your washer. If storing or moving your washer during freezing weather, winterize it.

### Non-use or vacation care:

Operate your washer only when you are at home. If you will be on vacation or not using your washer for an extended period of time, you should:

- Unplug washer or disconnect power.
- Turn off the water supply to the washer. This helps avoid accidental flooding (due to a water pressure surge) while you are away.
- Slightly open door to provide ventilation.

### To winterize washer:

1. Put 1 qt (1 L) of R.V.-type antifreeze in the drum.
2. Run washer on a Drain/Spin cycle.
3. Unplug washer or disconnect power.
4. Shut off both water faucets.
5. Disconnect water inlet hoses from faucets and drain.

### To use washer again:

1. Flush water pipes.
2. Reconnect water inlet hoses to faucets.
3. Turn on both water faucets.

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

4. Plug in washer or reconnect power.
5. Run the washer through the Normal/Casual cycle. Use only HE High Efficencey detergent. Use the manufacturer's recommended amount for a medium-sized load.

### To transport the washer:

1. If washer will be moved during freezing weather, put in 1 qt (1 L) of R.V.-type antifreeze in the drum. Run washer on a Drain/Spin cycle.
2. Unplug the power cord.
3. Disconnect the drain hose from the drain system and attach to rear panel clips.
4. Shut off both water faucets.
5. Disconnect the water inlet hoses from faucets, then drain the hoses and clip them to the rear panel of the washer.
6. **IMPORTANT:** Call service. Do not reuse transport bolts. Washer must be transported in the upright position. To avoid suspension and structural damage, your machine must be properly set up for relocation by a certified technician.

### Reinstalling the washer

1. Follow the "Installation Instructions" to locate, level and connect the washer.
2. Run the washer through the Normal/Casual cycle to clean the washer and remove the antifreeze, if used. Use only HE High Efficiency detergent. Use ½ the manufacturer's recommended amount for a medium-sized load.

# TROUBLESHOOTING

**First try the solutions suggested here to possibly avoid the cost of a service call...**

## Washer and Components

### Error codes

An error code may be shown in the Estimated Time Remaining display. Check the list below for potential problem and troubleshooting checks.

- **"F20" on display (Water Inlet Problem—no water or insufficient water supply)**
  Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Are water faucets completely turned on?

  Are screens at inlet hose connection to washer clogged? Are water inlet hoses kinked?

  Are water inlet hoses frozen?

**⚠WARNING**



Electrical Shock Hazard

Plug into a grounded 3 prong outlet.

Do not remove ground prong.

Do not use an adapter.

Do not use an extension cord.

Failure to follow these instructions can result in death, fire, or electrical shock.

  Plug in washer or reconnect power. Re-select cycle and press START. If the problem remains, call for service.

- **"F21" on display (Drain Problem)**
  Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Is the drain hose kinked?

  Is the drain hose frozen?

  Is the drain hose clogged?

  Is the drain hose more than 96" (2.4 m) above the floor?

- **"F" Variables [F01- F34] (Electrical Problem)**
  Select PAUSE/CANCEL twice to cancel the cycle. Select DRAIN/SPIN if there is excessive water in the washer.

  Re-select cycle and press START. If the problem remains, call for service.

### Noisy, vibrating, off-balance

- **Is the washer level?**
  The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.

  All four feet of the washer must be in firm contact with the floor. If the washer is on a pedestal, the washer must be secured to the pedestal and all four pedestal feet must be in firm contact with the floor.

- **Washer making a different noise?**
  As with any new product, you will hear sounds that you are not accustomed to. You may hear various sounds when the door is locked or unlocked, and during the washing, rinsing, or spinning process. Between changes in wash actions, there will be momentary pauses. You will hear water spraying and splashing during the wash and rinse cycles. These new sounds and pauses are part of normal washer operation.

- **Is washer installed on a sturdy and solid floor?**
  Refer to the "Installation Instructions" for flooring requirements. Noise and vibration may be reduced by placing a piece of ¾" (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

- **Is the washer gurgling or humming?**
  As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.

- **Are you washing items with metal snaps, buckles or zippers?**
  You may hear metal items touching the washer drum. This is normal.

- **Were the 4 shipping bolts in the back of the machine removed?**
  See "Remove Transport System."

### Leaking

- **Was the door opened during "Add a garment"?**
  Water can drip off the inside of the door, when the door is opened after the start of a cycle.

- **Is HE detergent being used?**
  The non-High Efficiency detergents can cause oversudsing which can leak from the rear of the washer.

- **Are the fill hoses tight?**

- **Are the fill hose gaskets properly seated?**
  Check both ends of each hose. See "Connect the Inlet Hoses."

- **Is the drain hose properly installed?**
  The drain hose should be secured to the drainpipe or laundry tub. See "Secure the Drain Hose."

- **Is the sink or drain clogged?**
  Sink and drainpipe must be able to carry away 17 gal. (64 L) of water per minute. If clogged or slow, water can back up out of drainpipe or sink. Check household plumbing (laundry tubs, faucets, drainpipe, water pipes) for leaks.

## Dispenser operation

- **Did you follow the manufacturer's directions when adding detergent and fabric softener to the dispensers?**
  Measure detergent and fabric softener. Slowly pour into the dispensers. Wipe up all spills. Dilute fabric softener in the fabric softener dispenser.
- **Did you put powdered or liquid color-safe bleach into the liquid chlorine bleach dispenser (on some models)?**
  Add powdered or liquid color-safe bleach directly to the washer basket. Do not use the chlorine bleach dispenser for color-safe bleach.
- **Is the fabric softener dispenser clogged?**
  Clean the fabric softener dispenser. See "Washer Care" for details.
- **Are the laundry additives in the correct dispenser compartment?**
  Add the correct amounts of detergent, fabric softener or liquid chlorine bleach to the correct compartments. Add powdered or liquid color-safe bleach to the Main Wash compartment.
- **Is there water in the dispenser at the end of the cycle?**
  A small amount of water will remain in the dispenser compartment. This is normal.

## Washer odor

- **Have you run the Clean Washer Cycle lately?**
  To freshen your washer and to avoid odors, see "Cleaning Your Washer."
- **Are you using HE detergent?**
  Use of non-HE detergent can cause a film residue which can result in odor.
- **Did you leave the door open after use?**
  This washer has a tight seal to avoid water leaks. To avoid odors leave the door open to allow the washer to dry between uses.

## Door won't unlock

- **Did all of the water drain out of the washer during the spin?**
  Select DRAIN/SPIN to remove any water remaining in the washer. The washer door will unlock at the end of the drain.
- **Is the door locked and is the "Add a garment" light on?**
  Press PAUSE/CANCEL once. The door will unlock.

# Washer Operation

## Washer won't run, fill, rinse or tumble; washer stops

**⚠WARNING**



Electrical Shock Hazard

Plug into a grounded 3 prong outlet.

Do not remove ground prong.

Do not use an adapter.

Do not use an extension cord.

Failure to follow these instructions can result in death, fire, or electrical shock.

- **Is the power cord plugged into a grounded 3 prong outlet?**
  Plug power cord into a grounded 3 prong outlet.
- **Are you using an extension cord?**
  Do not use an extension cord.
- **Has a household fuse blown, or has a circuit breaker tripped?**
  Replace the fuse, or reset the circuit breaker. If the problem continues, call an electrician.
- **Are both the hot and cold water faucets turned on?**
  Turn on the water.
- **Is the water inlet hose kinked?**
  Straighten the hoses.
- **Are the water inlet valve screens clogged?**
  Turn off the water and remove inlet hoses from the washer. Remove any accumulated film or particles. Reinstall hoses, turn on water and check for leaks.
- **Is the washer in a normal pause in the cycle?**
  The washer pauses for about 2 minutes during certain cycles. Allow the cycle to continue. Some cycles feature periods of tumbling and soak.
- **Is the washer overloaded?**
  Wash smaller loads.
- **Is the washer door firmly shut?**
  The door must be closed during operation.
- **Are the shipping bolts removed?**
  All four shipping bolts must be removed for proper operation of the washer.
- **Has a cycle been selected, but START has not been selected and held for 1 second?**
  Press and hold START, for 1 second.
- **Was the door open after completion of last cycle?**
  The door must be opened and closed again to start a new cycle.

### Washer continues to fill or drain, drain cycle seems stuck

- **Is the top of drain hose lower than 30" (76 cm) on washer?**
  The top of the drain hose must be at least 30" (76 cm) above the floor. See "Drain System."
- **Does the drain hose fit too tightly in the standpipe, or is it taped to the standpipe?**
  The drain hose should be loose yet fit securely. Do not seal the drain hose with tape. The hose needs an air gap. See "Secure the Drain Hose."

### Washer won't drain or spin, water remains in washer

- **Is the drain hose clogged, or the end of the drain hose more than 96" (2.4 m) above the floor?**
- **Is your voltage low?**
  Check electrical source or call electrician.
- **Excessive suds?**
  When excessive suds are detected, a special suds routine automatically starts. Cycle will complete once extra suds are removed. This will occur more frequently when a non-HE detergent is used.
- **Is the load balanced?**
  A single or bulky item may cause imbalance. Add more items or redistribute the load.

### Not enough water/Not enough suds

- **Low water?**
  This washer uses very little water to provide good cleaning results. You will see little or no water splashing in this washer. This is normal.
- **Are you using HE detergent?**
  HE detergent is a low sudsing detergent. This is normal and will not affect cleaning performance.

### Wash/Rinse temperature

- **Are the hot and cold water inlet hoses reversed?**
  See "Connect the Inlet Hoses."
- **Are you washing many loads?**
  As your frequency of loads washed increases, the water temperature may decrease for hot and warm temperatures. This is normal.

### Cycle time changes/Cycle too long

- **Estimated cycle time?**
  The cycle times vary automatically based on your water pressure, water temperature, detergent, and clothes load. The cycle time will be extended if oversudsing occurs or the load is unbalanced. The SUDs routine removes extra suds and assures proper rinsing of your garments. The options you select will also affect the cycle times that are shown in the Preset Cycle Settings table.
- **Excessive suds?**
  When excessive suds are detected, a special suds routine automatically starts. This routine will add time to the original cycle.
- **Did the load cause imbalance?**
  When too much imbalance occurs, an imbalance routine will start to redistribute the load. During the imbalance routine the time displayed may pause until this activity is complete, then resume with the remainder of the cycle.
- **Are you washing a single item or bulky load?**
  Spin time is added if an unbalanced load is detected. The washer will attempt to redistribute the load with additional tumbling.
- **Did you wash a large load on the Quick Wash cycle?**
  The Quick Wash cycle is designed for smaller load sizes (2-3 items) of lightly soiled garments. If larger loads are washed in this cycle, wash time will be increased.
- **Did you wash a large load in a gentle or Delicate/Hand Wash cycle?**
  When using the Quick Wash or Delicate/Hand Wash cycles, you should use small loads. This ensures a gentle wash for your garments without increasing cycle times.

## Clothes Care

### Load too wet

- **Did you use the right cycle for the load being washed?**
  Select a cycle with a higher spin speed.
- **Did you wash a single item or bulky items or have you overloaded the washer?**
  A single item, bulky items, or overloading may cause imbalance. Add items or try to evenly distribute your wet laundry in the drum, and start a Drain/Spin cycle. If the laundry is still wet, take half of the load out of the washer and try again.
- **Did you use HE detergent?**
  Suds during rinse and spin cycles can reduce spin speed. Use HE detergent.

### Residue, lint, stains on load; gray whites, dingy colors

- **Did you add detergent to the dispenser?**
  For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.
- **Did you sort properly?**
  Sort lint givers (towels, chenille) from lint takers (corduroy, synthetics). Dye transfer can occur when mixing whites and colors in a load. Sort dark clothes from whites and lights.
- **Did you overload the washer?**
  Do not overload the washer. The washer can be fully loaded, but not tightly packed. The wash load must be balanced. Lint can be trapped in the load if overloaded.
- **Check the following:**
  Was paper or tissue left in pockets?
- **Did you use enough HE detergent?**
  Follow manufacturer's recommendations for the type of load you are washing. For best performance, use only High Efficiency detergent. Use enough HE detergent to remove soil and hold it in suspension.
- **Do you have hard water?**
  Use more detergent for washing heavy soils in cold or hard water.
- **Is your water colder than 60°F (15.6°C)?**
  Wash water colder than 60°F (15.6°C) may not completely dissolve the detergent. Use hot or warm washes if safe for the fabric load. Make sure your hot water system is adequate to provide a hot water wash.

- **Are you using a low speed wash cycle?**
  Powdered detergents may not dissolve well in a slow-speed cycle. For best results, use liquid detergent for slow-speed cycles such as Delicate/Hand Wash.
- **Did you unload the washer promptly?**
  To avoid dye transfer, unload the washer as soon as it stops.
- **Did you use a fabric softener dispensing ball?**
  Dispensing balls will not operate correctly with this washer. Add liquid fabric softener to the fabric softener compartment.
- **Did you use powdered detergent in a low-speed cycle?**
  Consider using liquid detergent.
- **Did you use Quick Wash on a large load?**
  For best results, use Quick Wash for small, lightly soiled loads.

### Load is wrinkled, twisted, tangled

- **Did you unload the washer promptly?**
  Unload the washer as soon as it stops.
- **Did you use the right cycle for the load being washed?**
  Use the Delicate/Hand Wash cycle or another cycle with a low spin speed to reduce wrinkling.
- **Did you overload the washer?**
  The wash load must be balanced and not overloaded. Loads should tumble freely during washing.
- **Was the wash water warm enough to relax wrinkles?**
  If safe for load, use warm or hot wash water.
- **Are the hot and cold water hoses reversed?**
  Check that the hot and cold water hoses are connected to the right faucets. A hot rinse followed by spin will cause wrinkling. See "Connect the Inlet Hoses."

# ASSISTANCE OR SERVICE

Before calling for assistance or service, please check "Troubleshooting." It may save you the cost of a service call. If you still need help, follow the instructions below.

When calling, please know the purchase date and the complete model and serial number of your appliance. This information will help us to better respond to your request.

### If you need replacement parts

If you need to order replacement parts, we recommend that you only use FSP® factory specified parts. These parts will fit right and work right because they are made with the same precision used to build every new WHIRLPOOL® appliance.

**To locate FSP replacement parts in your area:**

In the U.S.A., call the Customer eXperience Center at **1-800-253-1301**, or your nearest designated service center.

In Canada, call **1-800-807-6777**, or your nearest designated service center.

## In the U.S.A.

Call the Whirlpool Customer eXperience Center toll free: **1-800-253-1301.**

**Our consultants provide assistance with:**

- Features and specifications on our full line of appliances
- Installation information
- Use and maintenance procedures
- Accessory and repair parts sales
- Specialized customer assistance (Spanish speaking, hearing impaired, limited vision, etc.)
- Referrals to local dealers, repair parts distributors, and service companies

Whirlpool designated service technicians are trained to fulfill the product warranty and provide after-warranty service anywhere in the United States.

To locate the Whirlpool designated service company in your area, you can also look in your telephone directory Yellow Pages.

### For further assistance

If you need further assistance, you can write to Whirlpool Corporation with any questions or concerns at:

Whirlpool Brand Home Appliances
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Please include a daytime phone number in your correspondence.

## In Canada

Call the Whirlpool Canada LP Customer Interaction Centre toll free: **1-800-807-6777.**

**Our consultants provide assistance with:**

- Use and maintenance procedures
- Accessory and repair parts sales
- Features and specifications on our full line of appliances
- Referrals to local dealers, repair parts distributors, and service companies. Whirlpool Canada LP designated service technicians are trained to fulfill the product warranty and provide after-warranty service anywhere in Canada.

### For further assistance

If you need further assistance, you can write to Whirlpool Canada LP with any questions or concerns at:

Customer Interaction Centre
Whirlpool Canada LP
1901 Minnesota Court
Mississauga, Ontario L5N 3A7

Please include a daytime phone number in your correspondence.

# WHIRLPOOL CORPORATION MAJOR APPLIANCE WARRANTY

## ONE YEAR LIMITED WARRANTY

For one year from the date of purchase, when this major appliance is operated and maintained according to instructions attached to or furnished with the product, Whirlpool Corporation or Whirlpool Canada LP (hereafter "Whirlpool") will pay for Factory Specified Parts and repair labor to correct defects in materials or workmanship. Service must be provided by a Whirlpool designated service company. This limited warranty applies only when the major appliance is used in the country in which it was purchased.

## ITEMS WHIRLPOOL WILL NOT PAY FOR

1. Service calls to correct the installation of your major appliance, to instruct you how to use your major appliance, to replace or repair house fuses or to correct house wiring or plumbing.
2. Service calls to repair or replace appliance light bulbs, air filters or water filters. Those consumable parts are excluded from warranty coverage.
3. Repairs when your major appliance is used for other than normal, single-family household use.
4. Damage resulting from accident, alteration, misuse, abuse, fire, flood, acts of God, improper installation, installation not in accordance with electrical or plumbing codes, or use of products not approved by Whirlpool.
5. Any food loss due to refrigerator or freezer product failures.
6. Replacement parts or repair labor costs for units operated outside the United States or Canada.
7. Pickup and delivery. This major appliance is designed to be repaired in the home.
8. Repairs to parts or systems resulting from unauthorized modifications made to the appliance.
9. Expenses for travel and transportation for product service in remote locations.
10. The removal and reinstallation of your appliance if it is installed in an inaccessible location or is not installed in accordance with published installation instructions.
11. Replacement parts or repair labor costs when the major appliance is used in a country other than the country in which it was purchased.

## DISCLAIMER OF IMPLIED WARRANTIES; LIMITATION OF REMEDIES

CUSTOMER'S SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE PRODUCT REPAIR AS PROVIDED HEREIN. IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO ONE YEAR OR THE SHORTEST PERIOD ALLOWED BY LAW. WHIRLPOOL SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. SOME STATES AND PROVINCES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR LIMITATIONS ON THE DURATION OF IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS, SO THESE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE OR PROVINCE TO PROVINCE.

Outside the 50 United States and Canada, this warranty does not apply. Contact your authorized Whirlpool dealer to determine if another warranty applies.

If you need service, first see the "Troubleshooting" section of the Use & Care Guide. After checking "Troubleshooting," additional help can be found by checking the "Assistance or Service" section or by calling Whirlpool. In the U.S.A., call **1-800-253-1301**. In Canada, call **1-800-807-6777**.

12/05

**Keep this book and your sales slip together for future reference. You must provide proof of purchase or installation date for in-warranty service.**

Write down the following information about your major appliance to better help you obtain assistance or service if you ever need it. You will need to know your complete model number and serial number. You can find this information on the model and serial number label located on the product.

**Dealer name** ____________________

**Address** ____________________

**Phone number** ____________________

**Model number** ____________________

**Serial number** ____________________

**Purchase date** ____________________

# SÉCURITÉ DE LA LAVEUSE

## Votre sécurité et celle des autres est très importante.

Nous donnons de nombreux messages de sécurité importants dans ce manuel et sur votre appareil ménager. Assurez-vous de toujours lire tous les messages de sécurité et de vous y conformer.



Voici le symbole d'alerte de sécurité.

Ce symbole d'alerte de sécurité vous signale les dangers potentiels de décès et de blessures graves à vous et à d'autres.

Tous les messages de sécurité suivront le symbole d'alerte de sécurité et le mot "DANGER" ou "AVERTISSEMENT". Ces mots signifient :

**DANGER** — **Risque possible de décès ou de blessure grave si vous ne suivez pas immédiatement les instructions.**

**AVERTISSEMENT** — **Risque possible de décès ou de blessure grave si vous ne suivez pas les instructions.**

Tous les messages de sécurité vous diront quel est le danger potentiel et vous disent comment réduire le risque de blessure et ce qui peut se produire en cas de non-respect des instructions.

## IMPORTANTES INSTRUCTIONS DE SÉCURITÉ

**AVERTISSEMENT :** Pour réduire les risques d'incendie, de choc électrique ou de blessures lors de l'utilisation de la laveuse, suivre les précautions fondamentales dont les suivantes :

- Lire toutes les instructions avant d'utiliser la laveuse.
- Ne pas laver des articles qui ont été nettoyés ou lavés avec de l'essence ou imbibés d'essence, solvants de nettoyage à sec, ou autres substances inflammables ou explosives; ces substances peuvent émettre des vapeurs susceptibles de s'enflammer ou d'exploser.
- Ne pas ajouter d'essence, solvant de nettoyage à sec ou autre produit inflammable ou explosif dans l'eau de lavage. Ces substances peuvent émettre des vapeurs susceptibles de s'enflammer ou d'exploser.
- Dans certaines conditions, de l'hydrogène gazeux peut se former dans un circuit d'eau chaude qui n'a pas été utilisé pendant 2 semaines ou plus. LE GAZ HYDROGÈNE EST EXPLOSIBLE. Si le circuit d'eau chaude n'a pas été utilisé pendant une telle période, avant d'utiliser la laveuse, ouvrir tous les robinets d'eau chaude et laisser l'eau s'écouler pendant plusieurs minutes par chaque robinet. Ceci permettra l'évacuation de l'hydrogène gazeux accumulé. Comme ce gaz est inflammable, ne pas fumer ou utiliser une flamme nue au cours de cette période.
- Ne pas laisser des enfants jouer sur ou à l'intérieur de la laveuse. Bien surveiller les enfants lorsque la laveuse est utilisée à proximité d'enfants.
- Avant de mettre la laveuse au rebut ou hors de service, enlever la porte ou le couvercle.
- Ne pas tenter d'atteindre un article à l'intérieur de la cuve de la laveuse lorsque le tambour, la cuve ou l'agitateur est en mouvement.
- Ne pas installer ou remiser cette laveuse à un endroit où elle serait exposée aux intempéries.
- Ne pas modifier les organes de commande.
- Ne pas réparer ou remplacer un composant quelconque de la laveuse, ni entreprendre une opération de service, si ce n'est spécifiquement recommandé dans ce manuel ou dans un manuel d'instructions de réparations destiné à l'utilisateur; il est alors essentiel que la personne concernée comprenne ces instructions et soit compétente pour les exécuter.
- Voir "Spécifications électriques" pour les instructions de liaison à la terre.

## CONSERVEZ CES INSTRUCTIONS

# EXIGENCES D'INSTALLATION

## Outillage et pièces

Rassembler les outils et pièces nécessaires avant de commencer l'installation. Les pièces fournies se trouvent dans le tambour de la laveuse.

### Outils nécessaires au raccordement des tuyaux d'arrivée d'eau

- Pince (ouverture jusqu'à 1$^{9}/_{16}$" [39,5 mm])
- Lampe de poche (facultative)

### Outils nécessaires à l'installation

- Clés plates de 14 mm et 13 mm
- Niveau
- Cale en bois
- Règle ou mètre ruban

**Pièces fournies**




*A. Bride de retenue pour tuyau de vidange (en forme de U)*
*B. Tuyau d'alimentation (2)*
*C. Rondelle pour tuyau d'alimentation (4)*
*D. Bouchon pour les trous des boulons de transport (4)*
*E. Courroie perlée*

### Autres pièces

Il se peut que l'installation nécessite des pièces supplémentaires. Pour acheter l'un des articles indiqués ici, composer le numéro sans frais indiqué sur la couverture ou à la section “Assistance ou service”.

| Si vous avez | Vous devrez acheter |
|---|---|
| Évier de buanderie ou tuyau de rejet à l'égout plus haut que 96" (2,4 m) | Système de pompe de puisard (si non déjà disponible) |
| Égout surélevé | Évier de vidange standard de 20 gal. (76 L) de 30" (76,2 cm) de hauteur ou évier utilitaire et pompe de puisard (disponibles chez votre fournisseur local d'articles de plomberie) |
| Égout au plancher | Brise-siphon, pièce n° 285834; tuyau de vidange additionnel, pièce n° 8318155; et trousse de connexion, pièce n° 2858835 |
| Tuyau de vidange trop court | Trousse de rallonge du tuyau de vidange de 4 pi (1,2 m), pièce n° 2858863 |
| Robinets d'eau hors d'atteinte des tuyaux d'admission | 2 tuyaux d'admission d'eau plus longs : 6 pi (1,8 m), pièce n° 76314<br>10 pi (3,0 m), pièce n° 350008 |

## Options

### Piédestal

Vous pouvez acheter séparément des piédestaux de différentes hauteurs pour cette laveuse. Vous pouvez choisir un piédestal de 10" (25,4 cm) ou un piédestal de 15,5" (39,4 cm). Le piédestal augmentera la hauteur totale de la laveuse.



*Piédestal facultatif*

| Hauteur du piédestal | Hauteur approximative avec laveuse | Cou-leur | Numéro de modèle |
|---|---|---|---|
| 10" (25,4 cm) | 46" (116,8 cm) | Blanc | WHP1000SQ |
| 15,5" (39,4 cm) | 51,5" (130,8 cm) | Blanc | WHP1500SQ |

### Ensemble de superposition

Prévoyez-vous de superposer votre laveuse et votre sécheuse? Pour ce faire, vous devrez acheter un ensemble de superposition.

Pour commander, téléphoner au marchand chez qui vous avez acheté votre laveuse ou consulter la section "Assistance ou service" de ce manuel. Demander la pièce n° 8572546.

## Exigences d'emplacement

Le choix d'un emplacement approprié pour la laveuse en améliore le rendement et réduit au minimum le bruit et le "déplacement" possible de la laveuse.

La laveuse peut être installée sous un comptoir personnalisé, dans un sous-sol, une salle de buanderie, un placard ou un encastrement. Voir "Système de vidange".

Il faut aussi prendre en compte les exigences d'emplacement des appareils voisins. C'est à l'utilisateur qu'incombe la responsabilité de réaliser une installation correcte.

**Il vous faudra**

- Un chauffe-eau pour fournir de l'eau à 120°F (49°C) à la laveuse.
- Une prise électrique reliée à la terre située à moins de 6 pi (1,8 m) de la prise du cordon électrique se trouvant à l'arrière de la laveuse. Voir "Spécifications électriques".
- Des robinets d'eau chaude et d'eau froide situés à moins de 4 pi (1,2 m) des robinets d'admission d'eau chaude et d'eau froide, et une pression d'eau de 20-100 lb/po² (137,9-689,6 kPa).
- Un plancher de niveau ayant une pente maximale de 1" (2,5 cm) sous l'ensemble de la laveuse. L'installation de la laveuse sur des surfaces de sol molles, telles que tapis ou surfaces avec sous-couche en mousse n'est pas recommandée.
- Un plancher robuste et solide capable de soutenir le poids total de la laveuse (eau et charge) de 400 lb (180 kg).

Ne pas faire fonctionner la laveuse à des températures inférieures à 32°F (0°C). Une quantité d'eau peut demeurer dans la laveuse et causer des dommages à des températures basses.

### Dégagements de séparation à respecter

- L'emplacement doit être assez grand pour permettre d'ouvrir complètement la porte de la laveuse.
- Prévoir davantage d'espace pour faciliter l'installation et l'entretien. La porte s'ouvre à plus de 90° et n'est pas réversible.
- Un espace supplémentaire peut être requis pour les moulures de porte et de plancher et pour les plinthes.
- Un espace supplémentaire de 1" (2,5 cm) de tous les côtés de la laveuse est recommandé pour réduire le transfert du bruit.
- Il faut aussi prendre en compte l'espace requis entre les appareils voisins.

### Dimensions de la laveuse




### Espacement recommandé pour une installation personnalisée sous un comptoir

Les dimensions indiquées sont pour l'espacement recommandé.

**Installation personnalisée sous un comptoir - laveuse seulement**




### Espacement recommandé pour une installation dans un encastrement ou dans un placard, avec ou sans piédestal

Les dimensions indiquées sont pour l'espacement recommandé.

**Installation dans un encastrement ou placard**




*A. Vue latérale - placard ou endroit exigu*
*B. Porte de placard avec orifices d'entrée d'air*

**Installation dans un encastrement ou placard - laveuse sur piédestal**




*A. Encastrement*
*B. Vue latérale - placard ou endroit exigu*

## Espacement recommandé pour une installation dans un encastrement ou dans un placard, avec laveuse et sécheuse superposées

Les dimensions indiquées sont pour l'espacement recommandé.




*Ouvertures minimums en haut et en bas pour la porte du placard.

**Le coude d'évacuation externe nécessite davantage d'espace.

***Les moulures de porte et de plancher et les plinthes peuvent nécessiter un espace supplémentaire.

## Espacement recommandé pour l'installation dans un placard

Les dimensions indiquées sont pour l'espacement recommandé.

**Pour l'installation dans un placard avec porte, on doit prévoir des ouvertures minimums d'entrée d'air au sommet du placard.**




# Système de vidange

La laveuse peut être installée en utilisant le système de rejet à l'égout (au plancher ou mural), le système de vidange de l'évier de buanderie, ou le système de vidange au plancher. Sélectionner la méthode d'installation du tuyau de vidange selon les besoins. Voir "Outillage et pièces".

## Système de vidange avec tuyau de rejet à l'égout - mural ou au plancher (vues A et B)

Le système de rejet à l'égout nécessite un tuyau de diamètre minimum de 2" (5 cm). La capacité minimale d'acheminement ne doit pas être inférieure à 17 gal. (64 L) par minute.

Le sommet du tuyau de rejet à l'égout doit être au moins à 30" (76,2 cm) de hauteur et au maximum à 96" (2,4 m) de la base de la laveuse.






W0026840

**Système de vidange avec évier de buanderie (vue A)**

L'évier de buanderie doit avoir une capacité minimale de 20 gal. (76 L). La partie supérieure de l'évier de buanderie doit être à au moins 30" (76,2 cm) au-dessus du plancher.

**Système de vidange au plancher (vue B)**

Le système de vidange au plancher nécessite un brise-siphon qui peut être acheté séparément. Voir “Outillage et pièces”.

Le brise-siphon doit être au moins à 28" (71 cm) de la base de la laveuse. Des tuyaux supplémentaires peuvent être requis.




*A*




*B*

---

## Spécifications électriques

# ⚠ AVERTISSEMENT



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

- Une alimentation de 120 volts, 60-Hz, CA seulement, de 15 ou 20 ampères, protégée par un fusible est requise. On recommande d'utiliser un fusible ou un disjoncteur temporisé. Il est recommandé de raccorder l'appareil sur un circuit distinct exclusif à cet appareil.
- Cette laveuse comporte un cordon d'alimentation électrique à trois broches pour liaison à la terre.
- Pour minimiser les risques de choc électrique, on doit brancher le cordon sur une prise de courant de configuration correspondante, à 3 alvéoles, reliée à la terre et installée conformément aux codes et règlements locaux. Si une prise de courant de configuration correspondante n'est pas disponible, le client a la responsabilité et l'obligation de faire installer par un électricien qualifié une prise de courant correctement reliée à la terre.
- Si les codes le permettent et si on utilise un conducteur distinct de liaison à la terre, il est recommandé qu'un électricien qualifié vérifie la qualité de la liaison à la terre.
- Ne pas utiliser une tuyauterie de gaz pour le raccordement à la terre.
- En cas de doute quant à la qualité de la liaison à la terre de la laveuse, consulter un électricien qualifié.
- Ne pas installer un fusible dans le conducteur neutre ou le conducteur de liaison à la terre.

### INSTRUCTIONS DE LIAISON À LA TERRE

**Pour une laveuse reliée à la terre et connectée par un cordon :**

Cette laveuse doit être reliée à la terre. En cas d'anomalie de fonctionnement ou de panne, la liaison à la terre réduira le risque de choc électrique en offrant au courant électrique un itinéraire d'évacuation de moindre résistance. Cette laveuse est alimentée par un cordon électrique comportant un conducteur relié à la terre et une fiche de branchement munie d'une broche de liaison à la terre. La fiche doit être branchée sur une prise de courant appropriée qui est bien installée et reliée à la terre conformément à tous les codes et règlements locaux.

**AVERTISSEMENT :** Le raccordement incorrect de cet appareil au conducteur de liaison à la terre peut susciter un risque de choc électrique. En cas de doute quant à la qualité de la liaison à la terre de l'appareil, consulter un électricien ou technicien d'entretien qualifié.

Ne pas modifier la fiche de branchement fournie avec l'appareil – si la fiche ne correspond pas à la configuration de la prise de courant, demander à un électricien qualifié d'installer une prise de courant convenable.

**Pour une laveuse raccordée en permanence :**

Cette laveuse doit être raccordée à un système de câblage permanent en métal relié à la terre ou un conducteur relié à la terre doit être en fonction avec les conducteurs de circuit et raccordés à la borne de liaison à la terre ou la borne sur l'appareil ménager.

# INSTRUCTIONS D'INSTALLATION

## Élimination des accessoires de transport

**⚠ AVERTISSEMENT**

**Risque du poids excessif**

**Utiliser deux ou plus de personnes pour déplacer et installer la laveuse.**

**Le non-respect de cette instruction peut causer une blessure au dos ou d'autre blessure.**

**IMPORTANT :** Positionner la laveuse de sorte que l'arrière de l'appareil soit à environ 3 pi (90 cm) de son emplacement final.

On trouve sur le panneau arrière de la laveuse 4 boulons bleus qui supportent le système de suspension durant le transport. Ces boulons retiennent aussi le cordon d'alimentation à l'intérieur de la laveuse jusqu'à ce que les boulons soient retirés.



1. Au moyen d'une clé de 13 mm, desserrer chacun des boulons.
2. Une fois le boulon desserré, le déplacer au centre du trou et retirer complètement le boulon, y compris la cale d'espacement en plastique couvrant le boulon.



3. Une fois que les 4 boulons ont été retirés, jeter les boulons et les cales d'espacement. Puis tirer le cordon d'alimentation à travers l'ouverture du panneau arrière et obturer le trou avec le bouchon fourni.
4. Obturer les trous des boulons avec les 4 bouchons pour les trous des boulons de transport.

**REMARQUE :** Si la laveuse doit être transportée à une date ultérieure, appeler le centre de service local. Pour éviter des dommages concernant la suspension et la structure, votre appareil doit être correctement monté pour réinstallation ultérieure par un technicien certifié.

## Raccordement des tuyaux d'alimentation

Insérer les rondelles plates neuves (fournies) dans chaque extrémité des tuyaux d'arrivée d'eau. Insérer fermement les rondelles dans les raccords.




*A. Raccord*
*B. Rondelle*

### Connecter les tuyaux d'alimentation aux robinets d'eau

S'assurer que le tambour de la laveuse est vide.

1. Fixer un tuyau au robinet d'eau chaude. Visser complètement le raccord à la main pour qu'il comprime le joint.
2. Fixer un tuyau au robinet d'eau froide. Visser complètement le raccord à la main pour qu'il comprime le joint.
3. À l'aide d'une pince, serrer les raccords en effectuant deux tiers de tour supplémentaires.



**REMARQUE :** Ne pas serrer excessivement ou utiliser du ruban adhésif ou un calfeutrant sur la valve. Les valves risquent d'être endommagées.

### Purger les canalisations d'eau

- Laisser s'écouler l'eau des deux robinets et des tuyaux d'alimentation, dans un évier de buanderie, un tuyau de rejet à l'égout ou un seau, pour éliminer les particules se trouvant dans les canalisations d'eau qui pourraient obstruer les tamis de la valve d'arrivée d'eau.
- Vérifier la température de l'eau pour s'assurer que le tuyau d'eau chaude est connecté au robinet d'eau chaude et que le tuyau d'eau froide est connecté au robinet d'eau froide.



## Connecter les tuyaux d'alimentation à la laveuse




*H. Tuyau d'eau chaude*
*C. Tuyau d'eau froide*

1. Fixer le tuyau d'eau chaude à la valve du tuyau d'alimentation d'eau chaude (H) de la laveuse. Visser le raccord à la main pour qu'il comprime le joint.
2. Fixer le tuyau d'eau froide au robinet d'eau froide (C) de la laveuse. Visser le raccord à la main pour qu'il comprime le joint.
3. À l'aide d'une pince, serrer les raccords en effectuant ⅔ de tour supplémentaires.

   **REMARQUE :** Ne pas serrer excessivement. Le raccord risque d'être endommagé.
4. Ouvrir les robinets d'eau complètement et vérifier s'il y a des fuites.

   **REMARQUE :** Remplacer les tuyaux d'arrivée d'eau après 5 ans d'utilisation pour réduire le risque de défaillance intempestive. Prendre note de la date d'installation ou de remplacement des tuyaux d'arrivée d'eau, pour référence ultérieure.

   Inspecter périodiquement les tuyaux; les remplacer en cas de renflement, de déformation, de coupure, d'usure ou si une fuite se manifeste.

## Acheminement du tuyau de vidange

Le bon acheminement du tuyau de vidange protège vos planchers contre les dommages imputables à une fuite d'eau. Lire et suivre ces instructions.

### Retirer le tuyau de vidange de la laveuse

Tirer doucement pour dégager le tuyau d'évacuation (matériau ondulé) des agrafes d'arrimage.



### Décharge de l'eau de lavage dans un évier de buanderie ou tuyau de rejet à l'égout

Connecter la bride de retenue pour tuyau de vidange sur le tuyau de vidange ondulé.




*A. Emboîter une extrémité ou l'autre de la bride de retenue pour tuyau de vidange sur le tuyau de vidange, au point de commencement des ondulations.*
*B. Plier le tuyau de vidange pour le mettre au contact de la bride de retenue du tuyau de vidange, et emboîter l'autre extrémité de la bride sur le tuyau.*

### Pour empêcher l'eau de vidange de refluer dans la laveuse :

- Ne pas redresser le tuyau de vidange ni forcer l'excédent de tuyau dans le tuyau de rejet à l'égout. Le tuyau doit être bien immobilisé, tout en permettant le passage d'air.
- Ne pas mettre l'excédent du tuyau de vidange dans l'évier de buanderie.

### Égout au plancher

Il vous faudra peut-être des pièces supplémentaires. Voir Égout au plancher dans “Outillage et pièces”.

## Immobilisation du tuyau de vidange

1. Faire passer le cordon d'alimentation par-dessus la laveuse.
2. Déplacer la laveuse à son emplacement final.
3. Placer le tuyau de vidange dans l'évier de buanderie ou le tuyau de rejet à l'égout - voir l'illustration. Voir les illustrations A et B.




4. Si les robinets d'eau et le tuyau rigide de rejet à l'égout sont placés en retrait, introduire l'extrémité en crochet du tuyau de vidange dans le tuyau rigide de rejet à l'égout - voir l'illustration. Voir l'illustration C.

**REMARQUES :**

- Ne pas forcer l'excédent de tuyau de vidange dans l'arrière de la laveuse.
- Pour éviter un effet de siphon, ne pas assurer l'étanchéité à la jonction entre le tuyau de vidange et le tuyau de rejet à l'égout.

## Réglage de l'aplomb de la laveuse

Un pied a été installé à une hauteur différente sur la nouvelle laveuse. Les trois autres pieds ont été préréglés à l'usine. Un bon aplomb de la laveuse minimisera le bruit et les vibrations excessifs.

1. Appuyer sur le panneau avant supérieur pour vérifier que la laveuse repose sur ses pieds arrière. Abaisser le pied avant droit jusqu'à ce qu'il soit en contact avec le plancher. Utiliser un niveau placé sur le bord supérieur de la laveuse pour contrôler l'aplomb, d'abord transversalement, puis dans le sens avant arrière.



   Si la laveuse est placée contre un mur, on doit l'écarter légèrement du mur avant de l'incliner vers l'arrière. Si la laveuse n'est pas d'aplomb, soulever l'avant de la laveuse avec une cale de bois et ajuster la position des pieds selon le besoin; soulever ensuite l'arrière de la laveuse et ajuster la longueur des pieds selon le besoin. Répéter ces opérations jusqu'à l'obtention d'un aplomb correct de la laveuse.
2. Vérifier que les quatre pieds sont stables et reposent sur le sol. Vérifier ensuite que l'appareil est parfaitement d'aplomb (utiliser un niveau).
3. Après avoir établi l'aplomb correct de la laveuse, utiliser une clé plate de 14 mm pour serrer l'écrou de chaque pied contre la caisse de la laveuse.

   **IMPORTANT :** Les quatre pieds doivent être bien serrés. Si les écrous ne sont pas bloqués contre la caisse de la laveuse, la laveuse peut vibrer.
4. Lorsque vous poussez sur les bords du plateau supérieur de la laveuse, la laveuse ne doit pas se déplacer d'avant en arrière, latéralement ou en diagonale.
5. Faire glisser la laveuse à son emplacement final.
6. Vérifier le bon aplomb de la laveuse.

## Achever l'installation

1. Consulter les spécifications électriques. Vérifier que la tension électrique disponible est correcte et que la prise de courant est convenablement reliée à la terre. Voir "Spécifications électriques".
2. Vérifier que toutes les pièces sont maintenant installées. S'il reste une pièce, passer en revue les différentes étapes pour découvrir laquelle aurait été oubliée.
3. S'assurer d'avoir récupéré tous vos outils.
4. Jeter ou recycler tous les matériaux d'emballage.
5. Vérifier que chaque robinet d'arrivée d'eau est ouvert.
6. Vérifier s'il y a des fuites autour des robinets et des tuyaux d'arrivée d'eau.

**⚠ AVERTISSEMENT**



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

7. Brancher sur une prise à 3 alvéoles reliée à la terre.
8. Lire "Utilisation de la laveuse".
9. Pour tester et nettoyer la laveuse, utiliser la moitié de la quantité de détergent recommandée par le fabricant pour une charge de taille moyenne. Verser le détergent dans le distributeur de détergent. Sélectionner NORMAL/CASUAL (normal/tout-aller), puis START (mise en marche). Laisser la machine exécuter un programme complet.

*Utiliser uniquement un détergent HE Haute efficacité.*

# CARACTÉRISTIQUES ET AVANTAGES

Votre nouvelle laveuse haute efficacité à chargement frontal a été conçue pour préserver les ressources et diminuer vos factures d'eau et d'énergie. La laveuse est conçue pour déterminer puis fournir la quantité d'eau nécessaire à une performance optimale. Avec ce nouveau système, la durée de fonctionnement peut être supérieure à celle d'une laveuse conventionnelle.

**Commandes électroniques**
Les commandes électroniques flexibles sont faciles à utiliser, que vous soyez un débutant ou un expert.

**Niveau d'eau automatique**
En s'ajustant au volume de la charge, cette caractéristique permet à la laveuse d'utiliser la quantité d'eau minimum nécessaire au nettoyage et au rinçage des vêtements. Un faible niveau vous permet d'obtenir les mêmes résultats avec de plus petites quantités d'additifs. Étant donné que seule la quantité nécessaire d'eau est utilisée, la laveuse vous fait aussi économiser de l'énergie. Vous pouvez obtenir les mêmes résultats de lavage pour les petites charges et les charges dont le volume est plus important.

**Volume de charge plus important**
L'absence d'agitateur permet de laver des articles plus grands et plus encombrants tels qu'un sac de couchage de taille moyenne. Vous pouvez aussi laver davantage de vêtements à la fois, ce qui signifie moins de charges. Vous pouvez laver un oreiller ou un gros ours en peluche.

**Système de suspension**
Pour réduire le “déplacement” ou le “déséquilibre” de la laveuse, celle-ci combine :

- 2 ressorts pour isoler les vibrations
- 4 amortisseurs à la base de la laveuse pour minimiser le mouvement

**Tambour en acier inoxydable**
Le tambour en acier inoxydable élimine la corrosion et permet des vitesses d'essorage plus élevées pour une meilleure extraction de l'eau et une réduction de la durée de séchage.

**Moteur adaptatif à vitesse variable**
Le moteur s'adapte au volume de la charge et au programme sélectionné pour délivrer les meilleures conditions de nettoyage, de rinçage et d'essorage. Le moteur peut gérer les vitesses lentes nécessaires pour les articles délicats et il est assez puissant pour essorer une charge moyenne de vêtements à une vitesse élevée.

**Vitesses d'essorage**
Cette laveuse sélectionne automatiquement la vitesse d'essorage en fonction du programme sélectionné. Pour certains programmes, la vitesse d’essorage par défaut peut être modifiée si désiré. Cette laveuse offre jusqu'à trois choix de vitesses d'essorage différentes.

**Élément de chauffage**
Cette laveuse comporte un élément de chauffage qui chauffe automatiquement l’eau à la meilleure température pour les programmes choisis. Ceci permet un nettoyage par étapes, un procédé par lequel l’eau tiède est apportée et mélangée d’abord avec le détergent, ensuite l’eau est chauffée. L'eau tiède nettoie les taches telles que sang et oeufs et l'eau chauffée élimine les taches huileuses telles que transpiration et huile mécanique sale. Cet élément de chauffage est actif avec les programmes Sanitary (sanitaire), Whitest Whites (blancs les plus blancs), et Heavy Duty (service intense).

**Add A Garment (ajouter un vêtement)**
Cette option est disponible avec tous les programmes de lavage sauf Rinse/Spin (rinçage/essorage), Drain/Spin (vidange/ essorage), et Clean Washer (nettoyage de la laveuse). Lorsque cette option est disponible au début du programme, le témoin lumineux de l'état de l'élément “Ajouter un vêtement” s'allume pendant les 7 premières minutes. Cette laveuse octroie une période de 7 minutes pendant laquelle les vêtements oubliés peuvent être ajoutés à la charge.

**Équilibre dynamique**
Un système d'équilibrage de précision permet à la laveuse d'atteindre des vitesses d'essorage élevées. La laveuse essore plus vite pour que les vêtements sortant de la laveuse soient davantage secs qu’avec les laveuses traditionnelles à chargement par le dessus. De plus, si le système d'équilibre dynamique détecte des charges déséquilibrées durant l'essorage, il redistribue les vêtements de façon à ce qu'ils soient répartis uniformément.

**Distributeurs intelligents**
Les trois compartiments du distributeur permettent le chargement de tous les additifs de lessive avant la mise en marche de la laveuse. Les additifs seront distribués dans la laveuse au moment opportun pour un nettoyage performant. Le système de libération de l'agent de blanchiment est inclus dans le système supérieur de distribution de détergent. Le détergent est ajouté au début du programme et l'agent de blanchiment est ajouté une fois que les enzymes ont pu effectuer leur nettoyage. L'assouplissant de tissu sera distribué lors du programme de rinçage ou du rinçage supplémentaire, le cas échéant. Le plateau du système supérieur de distribution de détergent peut être retiré facilement pour le nettoyage.

*Utiliser uniquement un détergent HE Haute efficacité.*

# UTILISATION DE LA LAVEUSE




## Mise en marche de la laveuse

### ⚠ AVERTISSEMENT

Risque d'incendie

**Ne jamais mettre des articles humectés d'essence ou d'autres fluides inflammables dans la laveuse.**

**Aucune laveuse ne peut complètement enlever l'huile.**

**Ne pas faire sécher des articles qui ont été salis par tout genre d'huile (y compris les huiles de cuisson).**

**Le non-respect de ces instructions peut causer un décès, une explosion ou un incendie.**

**AVERTISSEMENT :** Pour réduire le risque d'incendie, de choc électrique ou de blessures corporelles, lire les INSTRUCTIONS IMPORTANTES DE SÉCURITÉ avant de faire fonctionner cet appareil.

Le texte suivant est un guide pour l'utilisation de la laveuse. Se référer aux sections spécifiques de ce manuel pour obtenir des renseignements plus détaillés.

Ne pas entreposer des additifs de lessive sur le dessus de cette laveuse. La vibration est normale durant le fonctionnement.

## Utilisation du détergent approprié

Utiliser uniquement des détergents Haute efficacité. Pour ce type de détergent, "HE" ou "Haute efficacité" sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non-HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues et une performance de rinçage réduite. Ceci peut aussi entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE Haute efficacité.*

### Premier programme de lavage sans linge à laver

Avant de laver les vêtements pour la première fois, choisir le programme Normal/Casual (normal/tout-aller) et l'exécuter sans linge (si cela n'a pas déjà été fait au cours de l'étape d'installation finale). Utiliser uniquement un détergent HE Haute efficacité. Utiliser la moitié de la quantité recommandée par le fabricant pour une charge de taille moyenne. Ce programme préalable sert à garantir que l'intérieur est propre avant de laver des vêtements.

### Pour tous les programmes de lavage

1. **Pour charger la laveuse**
   Ouvrir la porte de la laveuse en tirant sur la poignée. Trier le linge d'après la couleur et le type de tissu. Placer une charge de linge trié dans la laveuse. Ne pas surcharger la laveuse. Une surcharge peut causer un nettoyage médiocre.
   - La laveuse peut être bien remplie mais le linge ne doit pas être tassé. La porte de la laveuse doit fermer facilement.
   - Mélanger les gros et les petits articles. Éviter de laver un article seul. Charger la laveuse uniformément.
   - Laver les petits articles tels que les chaussettes d'enfants dans un sac en filet pour le linge. Il est recommandé d'utiliser plus d'un sac de linge et de remplir chaque sac avec des quantités similaires.
   - Lorsqu'on retire le linge, vérifier de temps en temps sous le pourtour en caoutchouc à l'avant du tambour qu'il n'y ait pas de petits articles coincés.

2. Fermer la porte de la laveuse en la poussant fermement jusqu'à ce que le verrou s'enclenche. La porte de la laveuse demeurera verrouillée durant le programme de lavage.

   **REMARQUE :** Lorsqu'un programme de lavage est terminé, la porte doit être ouverte puis refermée avant qu'un nouveau programme puisse commencer. La porte peut être ouverte seulement si on a sélectionné PAUSE/CANCEL (pause/annulation) alors que le témoin ADD A GARMENT (ajouter un vêtement) était allumé ou si le programme a été annulé. Voir "Pour annuler un programme" dans la section "Modification des programmes et options".

3. Ouvrir le tiroir distributeur et verser les additifs de lessive dans les compartiments de détergent, d'agent de blanchiment ou d'assouplissant de tissu. Fermer le tiroir lentement pour éviter les renversements. Voir "Utilisation du distributeur".

4. Mettre la laveuse en marche en sélectionnant POWER (alimentation). Sélectionner un des programmes en tournant le sélecteur de programme. Le témoin lumineux correspondant au programme sélectionné s'allumera. Lors de la sélection d'un programme de lavage, les préréglages des modificateurs, options, température de l'eau et vitesse d'essorage pour le programme sélectionné seront allumés. Les préréglages procurent les soins aux tissus recommandés pour le programme sélectionné. Voir "Programmes de lavage".

5. Sélectionner les options désirées. Toutes les options ne sont pas disponibles avec tous les programmes. Voir "Options".

6. Si désiré, sélectionner le signal de fin de programme. Le signal est utile lorsque vous lavez des articles qui doivent être enlevés de la laveuse aussitôt qu'elle s'arrête. Appuyer sur END OF CYCLE SIGNAL (signal de fin de programme) pour sélectionner ON (marche) ou OFF (arrêt).

7. **Pour commencer le programme de lavage immédiatement**
   Sélectionner START (pendant 1 seconde environ).

   - Si vous n'appuyez pas sur START (mise en marche) dans les 5 minutes qui suivent le choix d'un programme, la laveuse s'éteint automatiquement.
   - Lorsque le programme de lavage est terminé, le témoin de l'état d'avancement CYCLE COMPLETE (programme terminé) s'allume, la porte se déverrouille et la charge peut être retirée de la laveuse. La laveuse s'éteint automatiquement 5 minutes après la fin du programme et le témoin CYCLE COMPLETE (programme terminé) s'éteint. Pour éteindre manuellement la laveuse après la fin d'un programme de lavage, sélectionner une fois PAUSE/CANCEL (pause/annulation).

8. **Pour commencer le programme de lavage ultérieurement**
   Sélectionner DELAY WASH (lavage différé) jusqu'à ce que la durée de délai souhaitée (en heures) s'affiche. Sélectionner START (mise en marche). La fenêtre d'affichage indique le compte à rebours jusqu'au programme de lavage.

   **IMPORTANT :** En cas de mise en marche différée d'un programme, utiliser seulement des détergents en poudre dans le compartiment de lavage principal car les détergents liquides risquent de suinter hors du compartiment avant le début du programme de lavage.

## Utilisation du distributeur

Votre nouvelle laveuse comporte un tiroir distributeur avec trois compartiments séparés pour les additifs de lessive - un pour le détergent, un pour l'agent de blanchiment liquide et un pour l'assouplissant de tissu liquide. Les additifs de lessive sont dilués et distribués automatiquement au moment approprié durant le programme de lavage, ce qui évite à l'utilisateur de retourner à la laveuse durant le programme pour ajouter ces produits.

Il est normal que de petites quantités d'eau demeurent dans les distributeurs lorsque le programme de lavage est achevé.

Ne pas placer d'additifs de lessive directement dans la cuve de lavage. Toujours utiliser les distributeurs appropriés lors de l'ajout d'additifs de lessive.

### Choix du détergent approprié

Utiliser uniquement des détergents Haute efficacité. Pour ce type de détergent, "HE" ou "Haute efficacité" sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non-HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues et une performance de rinçage réduite. Ceci peut aussi entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE Haute efficacité.*

### Pour remplir les compartiments du distributeur

1. Tirer le tiroir distributeur.
2. Ajouter les additifs de lessive désirés dans le compartiment approprié.
3. Enfoncer le tiroir distributeur lentement et complètement (pour éviter les renversements).




***Distributeur***

*A. Levier de dégagement du distributeur*
*B. Compartiment pour détergent du lavage principal*
*C. Compartiment pour agent de blanchiment liquide*
*D. Compartiment pour assouplissant de tissu*



W0026847

### Compartiment pour détergent du lavage principal

(Lettre B dans l'illustration du distributeur)

Verser le détergent HE liquide ou en poudre dans ce compartiment pour le programme de lavage principal.

- L'agent de blanchiment en poudre sans danger pour les couleurs peut être ajouté au compartiment du lavage principal avec le détergent en poudre.
- Détergent liquide : Mesurer la quantité de détergent liquide avec l'instrument de mesure fourni par le fabricant de détergent. Ne pas ajouter davantage que la quantité recommandée par les fabricants. Le détergent liquide s'écoule immédiatement dans la laveuse.
- Détergent en poudre : Mesurer la quantité de détergent en poudre avec l'instrument de mesure fourni par le fabricant de détergent. Ne pas ajouter davantage que la quantité recommandée par les fabricants de détergent.

**REMARQUE :** Un remplissage excessif pourrait causer un excès de mousse.

### Compartiment de l'agent de blanchiment

(Lettre C dans l'illustration du distributeur)

Ne pas verser PLUS de ⅔ de tasse (160 mL) d'agent de blanchiment liquide dans ce compartiment. L'agent de blanchiment sera automatiquement dilué et distribué au moment approprié au cours du premier rinçage après le programme de lavage. Ce compartiment ne peut diluer un agent de blanchiment en poudre.

- Utiliser seulement un agent de blanchiment liquide dans ce distributeur. Ne pas utiliser ce distributeur pour ajouter un agent de blanchiment en poudre ou tout agent de blanchiment sans danger pour les couleurs à votre charge de lavage.
- Toujours mesurer l'agent de blanchiment liquide. Utiliser une tasse à mesurer avec un bec verseur; ne pas utiliser une quantité approximative. Suivre les instructions du fabricant pour une utilisation en toute sécurité.
- Ne pas remplir au-delà du niveau “MAX”.

  **REMARQUE :** Un remplissage excessif pourrait causer des dommages aux vêtements.

### Compartiment pour assouplissant de tissu

(Lettre D dans l'illustration du distributeur)

- Ajouter ¼ de tasse (60 mL) d'assouplissant de tissu liquide dans ce compartiment. L'assouplissant de tissu sera automatiquement distribué lors du rinçage final ou du rinçage supplémentaire, le cas échéant.
- Ne pas remplir au-delà du niveau “MAX”.

## Pause ou remise en marche

1. Pour mettre la laveuse en pause à tout moment, sélectionner PAUSE/CANCEL (pause/annulation).
2. Pour poursuivre le programme, sélectionner START (pendant environ 1 seconde).

## Modification des programmes et options

Toutes les options ne sont pas disponibles avec tous les programmes.

Les programmes et options peuvent être changés à tout moment tant que START (mise en marche) n'a pas été sélectionné.

### Pour arrêter un programme et en sélectionner un autre

1. Sélectionner une fois PAUSE/CANCEL (pause/annulation).
2. Sélectionner le programme désiré.
3. Sélectionner les OPTIONS désirées.
4. Sélectionner START (pendant environ 1 seconde) pour remettre la laveuse en marche au début du nouveau programme.

### Pour annuler un programme

1. Sélectionner deux fois PAUSE/CANCEL (pause/annulation).
2. La laveuse s'éteint, la porte se déverrouille et les vêtements peuvent être retirés.

**REMARQUE :** Si le niveau d'eau ou la température est trop élevé(e), la laveuse effectuera automatiquement une vidange avant le déverrouillage de la porte.

### Pour modifier les options lorsque le programme a commencé

1. Sélectionner une fois PAUSE/CANCEL (pause/annulation).
2. Sélectionner les OPTIONS désirées. Si l'option n'est pas disponible, la machine émet un bip.
3. Sélectionner START (pendant environ 1 seconde) pour poursuivre le programme.

### Pour vidanger la laveuse manuellement

1. Sélectionner PAUSE/CANCEL (pause/annulation).
2. Sélectionner DRAIN/SPIN (vidange/essorage).
3. Sélectionner START (pendant environ 1 seconde) pour commencer la vidange.
4. Lorsque l'essorage est terminé, la porte se déverrouille. Les articles peuvent être retirés de la laveuse.

## Témoins lumineux

Ces témoins lumineux indiquent quelle partie du programme la laveuse est en train d'effectuer. Ils peuvent aussi indiquer à quel moment vous pouvez ajouter un article supplémentaire et à quel moment les commandes sont verrouillées.




### Ajout d'articles

Vous pouvez ajouter des articles dans la laveuse lorsque le programme de lavage a commencé si le témoin lumineux ADD A GARMENT est allumé. Tous les programmes comportent cette caractéristique sauf Rinse/Spin (rinçage/essorage), Drain/Spin (vidange/essorage), et Clean Washer (nettoyage de la laveuse).

**Pour ajouter des articles**

1. Sélectionner PAUSE/CANCEL (pause/annulation). La porte de la laveuse se déverrouille et les articles peuvent être ajoutés.
2. Pour poursuivre le programme, fermer la porte et sélectionner START (pendant environ 1 seconde).
3. Pour déverrouiller la porte à la fin de la période Add a Garment, appuyer deux fois sur PAUSE/CANCEL. Ceci annulera le programme de lavage.

## Cycle Complete (programme terminé)

Le témoin lumineux Cycle Complete (programme terminé) reste allumé pendant 5 minutes à la fin du programme. Ensuite, la laveuse s'éteint.

## Verrouillage des commandes

La fonction Control Lock (verrouillage des commandes) évite l'utilisation involontaire de la laveuse. Vous pouvez aussi utiliser la caractéristique de verrouillage des commandes pour éviter des changements involontaires de programme ou d'option durant un programme. Lorsque CONTROL LOCKED (commandes verrouillées) est allumé, tous les boutons sont désactivés à l'exception de PAUSE/CANCEL (pause/annulation) et START (mise en marche). Vous pouvez verrouiller les commandes alors que la laveuse est en marche.

**Pour verrouiller les commandes**
Sélectionner END OF CYCLE SIGNAL (signal de fin programme) pendant 3 secondes.




Le témoin lumineux CONTROL LOCKED (commandes verrouillées) s'allume.

**Pour déverrouiller les commandes**
Sélectionner END OF CYCLE SIGNAL (signal de fin de programme) pendant 3 secondes jusqu'à ce que le témoin lumineux CONTROL LOCKED (commandes verrouillées) s'éteigne.

## Durée résiduelle estimée

Les durées de programme varient automatiquement en fonction de la pression et de la température de l'eau, du détergent et de la charge de linge. La durée du programme sera prolongée en cas d'excès de mousse ou si la charge est déséquilibrée. La procédure contre la mousse élimine l'excès de mousse et permet un rinçage correct de vos vêtements. Les options sélectionnées affectent aussi les durées de programme qui sont mentionnées dans le tableau des préréglages de programme. La durée résiduelle estimée peut changer jusqu'à 30 minutes dans des conditions extrêmes.

## Door Locked (porte verrouillée)

Lorsque le témoin lumineux s'allume, la porte est verrouillée. La porte se verrouille et se déverrouille automatiquement, en fonction de l'état d'avancement du programme de lavage.

# Programmes

## Programmes de lavage

Choisir les programmes de lavage en tournant le bouton de sélection de programme au programme désiré. Le témoin lumineux correspondant au programme sélectionné s'allumera. Chaque programme est conçu pour différents types de tissu et niveaux de saleté.




- Chaque programme comporte une durée de programme, une température de lavage et une vitesse d'essorage préréglées et peut comporter des options préétablies. Les préréglages procurent les soins aux tissus recommandés pour le programme sélectionné.
- Les préréglages peuvent être modifiés à tout moment tant que START (mise en marche) n'a pas été sélectionné. Toutes les options et tous les modificateurs (température de lavage, vitesse d'essorage) ne sont pas disponibles avec tous les programmes. Pour modifier les réglages après le début d'un programme, sélectionner PAUSE/CANCEL (pause/annulation) puis sélectionner les réglages désirés. Sélectionner START (pendant environ 1 seconde) pour poursuivre le programme.

## Préréglages de programme

Chaque programme comporte une durée de programme, une température de lavage et une vitesse d'essorage. Les préréglages procurent les soins aux tissus recommandés pour le programme sélectionné. Voir le tableau.

| **Programme** | **Durée estimée*** (hr:min) | **Wash Temp (température de lavage)** | **Spin Speed (vitesse d'essorage)** |
|---|---|---|---|
| **Sanitary (sanitaire)** | 3H | Super Hot (très chaude) | High (élevée) |
| **Whitest Whites (blancs les plus blancs)** | 2H | Hot (chaude) | High (élevée) |
| **Heavy Duty (service intense)** | 0:87 | Hot (chaude) | High (élevée) |
| **Normal/Casual (normal/tout-aller)** | 0:56 | Warm (tiède) | High (élevée) |
| **Quick Wash (lavage rapide)** (2-3 articles) | 0:28 | Warm (tiède) | High (élevée) |
| **Delicate/Hand wash (articles délicats/lavage à la main)** | 0:37 | Cold (froide) | Low (basse) |
| **Clean Washer (nettoyage de la laveuse)** | 0:56 | N/A | High (élevée) |

| Programme | Durée estimée* (hr:min) | Wash Temp (température de lavage) | Spin Speed (vitesse d'essorage) |
|---|---|---|---|
| Rinse/Spin (rinçage/essorage) | 0:26 | Cold (froide) | High (élevée) |
| Drain/Spin (vidange/essorage) | 0:14 | N/A | High (élevée) |
| Soak (trempage) | 0:30 | Warm (tiède) | Pas d'essorage |

*Les durées de programme varient automatiquement en fonction de la pression et de la température de l'eau, du détergent et de la charge de linge. La durée du programme sera prolongée en cas d'excès de mousse ou si la charge est déséquilibrée.

## Sanitary (sanitaire)

Utiliser ce programme pour laver des tissus grand teint, très sales. Ce programme combine une température très chaude et une vitesse de culbutage rapide pour garantir l'enlèvement des saletés intenses et des taches. Il est recommandé de régler le chauffe-eau à 120°F (49°C) pour assurer un rendement efficace pendant le programme. Le programme sanitaire aide également à éliminer 99,999 % de 3 bactéries infectieuses communes, même sans utilisation d'agent de blanchiment. Une vitesse d'essorage élevée réduit la durée de séchage.

## Whitest Whites (blancs les plus blancs)

Ce programme est spécialement conçu pour le nettoyage de charges de linge blanc sale avec ajout d'agent de blanchiment. Les températures de lavage élevées assurent un fonctionnement optimal de l'agent de blanchiment. Un rinçage supplémentaire fournit une performance de rinçage optimale pour éviter les résidus de chlore sur votre lessive. Ce programme combine un culbutage à vitesse rapide, une durée de lavage prolongée et un essorage à vitesse élevée pour réduire la durée de séchage. Il comprend également un rinçage supplémentaire comme préréglage.

## Heavy Duty (service intense)

Utiliser ce programme pour laver des charges de vêtements robustes, aux couleurs grand teint et très sales. Ce programme combine un culbutage à vitesse rapide, une durée de lavage prolongée et un essorage à vitesse élevée pour réduire les durées de séchage.

## Normal/Casual (normal/tout-aller)

Utiliser ce programme pour laver des charges de tissus qui ne se repassent pas tels que chemises de sport, chemisiers, vêtements de travail tout-aller, mélanges à pressage permanent, coton et lin et tissus synthétiques. Ce programme combine un culbutage à vitesse moyenne, un essorage à vitesse élevée et un processus de refroidissement de la charge pour réduire le froissement.

## Quick Wash (lavage rapide)

Utiliser ce programme pour laver des petites charges de 2-3 articles légèrement sales dont on a besoin rapidement. Ce programme combine un culbutage à vitesse rapide, une durée de lavage plus courte et un essorage à vitesse élevée pour réduire la durée de séchage. Les grandes charges prolongent la durée de lavage.

## Delicate/Hand wash (articles délicats/lavage à la main)

Utiliser ce programme pour laver les tissus fragiles, les sous-vêtements, les vêtements lavables à la main et nécessitant un soin particulier. Ce programme combine un culbutage à basse vitesse et un essorage à basse vitesse pour assurer un soin délicat des tissus.

- Utiliser des sacs en filet pour laver les sous-vêtements tels que les soutiens-gorge à armatures, les articles avec cordons et les articles de petite taille tels que les chaussettes.

## Clean Washer (nettoyage de la laveuse)

Utiliser le programme Clean Washer une fois par mois pour conserver l'intérieur de la laveuse frais et propre. Ce programme utilise un niveau d'eau plus élevé en combinaison avec l'agent de blanchiment liquide pour nettoyer à fond l'intérieur de la machine à laver. Voir "Nettoyage de la laveuse".

**IMPORTANT :** Ne pas placer de vêtements ou autres articles dans la laveuse pendant le programme Clean Washer. Utiliser ce programme avec un tambour de lavage vide.

## Rinse/Spin (rinçage/essorage)

Utiliser ce programme pour obtenir un rinçage et un essorage seulement. Ce programme combine un culbutage à vitesse élevée et un essorage à vitesse élevée. Si désiré, on peut réduire la vitesse d'essorage en sélectionnant la vitesse souhaitée à partir du modificateur SPIN SPEED (vitesse d'essorage).

**Le programme Rinse & Spin est utile pour :**

- Les charges qui nécessitent un rinçage uniquement.
- Ajouter de l'assouplissant de tissu à une charge en utilisant le distributeur d'assouplissant de tissu.

## Drain/Spin (vidange/essorage)

Utiliser ce programme pour vidanger la laveuse ou pour vidanger et essorer la charge de lavage. La vitesse d'essorage est préréglée à HIGH (élevée). Si désiré, on peut réduire la vitesse d'essorage en sélectionnant la vitesse souhaitée à partir du modificateur SPIN SPEED (vitesse d'essorage).

**REMARQUE :** Les charges de vêtements synthétiques, tissus délicats, articles lavables à la main et lainages doivent être vidangés sans essorage ou avec essorage à basse vitesse pour ne pas déformer les tissus.

## Soak (trempage)

Utiliser le programme de trempage pour enlever les petits points des taches tenaces sur les tissus. Ce programme fournit une durée de trempage avec eau tiède ou froide, suivie d'une vidange. De l'eau supplémentaire, une courte phase de culbutage pour une distribution uniforme de la lessive et une durée de trempage sans culbutage permettent un enlèvement plus efficace des taches tenaces. Vidanger sans essorer permet de prendre soin des articles, même les plus délicats.

## Sons normaux

Comme avec tout nouveau produit, vous entendrez des sons auxquels vous n'êtes pas habitués. Vous pouvez entendre différents sons lors du verrouillage/déverrouillage de la porte et durant le processus de lavage, rinçage ou essorage. Entre les changements dans les actions de lavage, la laveuse fera des pauses momentanées. Vous entendrez l'éclaboussement de l'eau pendant les programmes de lavage et de rinçage. Ces nouveaux sons et pauses font partie du fonctionnement normal de la laveuse. Voir "Dépannage".

## Options et modificateurs

Vous pouvez personnaliser votre lavage en ajoutant des options à vos sélections de programme. Vous pouvez ajouter ou modifier une option après le début d'un programme à tout moment avant la mise en marche de l'option sélectionnée. Toutes les options ne sont pas disponibles avec tous les programmes.




■ Consulter la section "Guide de lessivage" pour un aperçu des options possibles pour chaque sélection de programme de lavage.

■ Si une option est disponible avec un programme sélectionné, le témoin lumineux pour cette option s'allume au moment de la sélection.

■ Si une option n'est pas disponible avec un programme sélectionné, un bref signal sonore est émis et le témoin lumineux pour cette option ne s'allume pas au moment de la sélection.

### Delay Wash (lavage différé)

Utiliser ce programme pour différer le programme de lavage.

■ Sélectionner DELAY WASH (lavage différé) jusqu'à ce que la durée désirée (en heures) soit indiquée sur l'afficheur de la durée résiduelle estimée.

■ Sélectionner START (mise en marche). La fenêtre d'affichage indique le compte à rebours jusqu'au programme de lavage.

### Extra Rinse (rinçage supplémentaire)

Un rinçage supplémentaire peut être effectué pour favoriser l'élimination des résidus de détergent ou d'agent de blanchiment sur les vêtements. Cette option fournit un rinçage additionnel avec une eau à la même température que pour le rinçage normal. Il s'agit d'un préréglage pour le programme Whitest Whites (blancs les plus blancs). Vous pouvez le sélectionner ou annuler la sélection en appuyant sur EXTRA RINSE.

### Prewash (prélavage)

Utiliser cette option pour des charges de vêtements très sales qui nécessitent un prétraitement.

■ Ajouter un détergent dans le compartiment de lavage principal du tiroir distributeur.

Cette option ajoute un temps de culbutage avant le programme principal sélectionné. La laveuse enchaîne automatiquement du programme de prélavage au programme de lavage principal.

### Wash Temp (température de lavage)

Chaque programme comporte un préréglage de température de l'eau. Pour modifier la température de l'eau, sélectionner le bouton WASH TEMP (température de lavage), jusqu'à ce que le réglage désiré s'allume.

Sélectionner une température de l'eau selon le type de charge à laver. Utiliser l'eau de lavage la plus chaude sans danger pour les tissus. Suivre les instructions sur l'étiquette des vêtements.

Le rinçage se fait à l'eau froide pour tous les programmes de rinçage. Les rinçages à froid économisent de l'énergie.

### Guide de température

| Température de l'eau de lavage | Tissus suggérés |
|---|---|
| **SUPER HOT (très chaude)** | Tissus grand teint robustes<br>Saleté intense |
| **HOT (chaude)** | Blancs et couleurs claires<br>Saleté intense |
| **WARM (tiède)** | Couleurs vives<br>Saletés modérées à légères |
| **COLD (froide)** | Couleurs qui déteignent ou s'atténuent<br>Saletés légères |

Dans les températures d'eau de lavage inférieures à 60°F (15,6°C), les détergents ne se dissolvent pas bien. Les saletés peuvent être difficiles à enlever.

### Commande automatique de la température

La Commande automatique de la température (CAT) détecte et maintient électroniquement une température uniforme de l'eau. La CAT régule l'arrivée d'eau chaude et d'eau froide. La fonction CAT est automatiquement activée lorsqu'un programme est sélectionné. Voir le tableau des préréglages de programmes dans "Programmes".

- La fonction CAT fonctionne pour la température de lavage avec les réglages Warm (tiède) et Cold (froide).
- Les températures de rinçage à froid dépendent de la température de l'eau froide au robinet.

### SPIN SPEED (vitesse d'essorage)

Chaque programme comporte une vitesse d'essorage préréglée. Pour modifier la vitesse d'essorage, sélectionner le bouton SPIN SPEED (vitesse d'essorage) jusqu'à ce que le réglage désiré s'allume.

### Signal de fin de programme

Ce signal est utile lorsqu'on retire les articles de la laveuse aussitôt qu'elle s'arrête. Sélectionner ON (marche) ou OFF (arrêt).

## Guide de lessivage

Consulter ce tableau pour les types de charges suggérés et le programme correspondant. Pour chacun des programmes de la laveuse, les options disponibles sont indiquées à droite.

| PROGRAMME | TYPE DE CHARGE SUGGÉRÉ | OPTIONS DISPONIBLES | | | |
|---|---|---|---|---|---|
| | | Lavage différé | Rinçage supplé-mentaire | Prélavage | Signal de fin de programme |
| **Sanitary (sanitaire)** | Sous-vêtements, serviettes, vêtements de travail, couches, etc. très sales | ✔ | ✔ | | ✔ |
| **Whitest Whites (blancs les plus blancs)** | Tissus blancs sales | ✔ | ✔ | ✔ | ✔ |
| **Heavy Duty (service intense)** | Sous-vêtements, serviettes, chemises, etc, en coton et très sales | ✔ | ✔ | ✔ | ✔ |
| **Normal/Casual (normal/tout-aller)** | Chemisiers, chemises, salopettes, etc. en polyester, nylon, coton, lin ou mélanges de coton et normalement sales | ✔ | ✔ | ✔ | ✔ |
| **Quick Wash (lavage rapide)** | Petites charges de 2-3 articles en coton, polyester, nylon, et mélanges de coton légèrement sales | ✔ | ✔ | | ✔ |
| **Delicate/Hand wash (articles délicats/lavage à la main)** | Rideaux et vêtements fragiles, robes, jupes, chemises et chemisiers, articles en soie, et articles nécessitant un soin particulier dont l'étiquette indique "Lavable à la main" | ✔ | | | ✔ |
| **Clean Washer (nettoyage de la laveuse)** | Pas de vêtement | ✔ | | | ✔ |
| **Rinse & Spin (rinçage et essorage)** | Toutes les charges | ✔ | ✔ | | ✔ |
| **Drain & Spin (vidange et essorage)** | Toutes les charges | ✔ | | | ✔ |
| **Soak (trempage)** | Toutes les charges | ✔ | | | |

# CONSEILS DE LESSIVAGE

### Préparation des vêtements pour le lavage

Suivre les recommandations suivantes pour prolonger la vie de vos vêtements.

- Utiliser uniquement des détergents Haute efficacité. Pour ce type de détergent, “HE” ou “Haute efficacité” sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non-HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues et une performance de rinçage réduite. Elle peut aussi entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE Haute efficacité.*

- Fermer les fermetures à glissière, les boutons pression et les agrafes pour éviter d’accrocher d’autres articles. Enlever les épingles, les boucles et autres objets durs pour éviter d’égratigner l’intérieur de la laveuse. Ôter les garnitures et les ornements non lavables.
- Vider les poches et les retourner.
- Retourner les revers et enlever la charpie et la poussière avec une brosse.
- Retourner les tricots synthétiques pour éviter le boulochage.
- Attacher les cordons et les ceintures-écharpes pour empêcher l’emmêlement.
- Réparer les déchirures, les ourlets et coutures décousus.
- Traiter les taches et les salissures.
- Les vêtements tachés ou mouillés doivent être lavés sans délai pour obtenir les meilleurs résultats.
- Mélanger les petits articles avec les gros, éviter de laver un article seul et répartir la charge de façon égale dans la laveuse.
- Laver les petits articles, tels que les chaussettes d'enfants, dans un sac en filet pour le linge. Pour obtenir une charge équilibrée, il est recommandé d'utiliser plus d'un sac pour le linge, et de remplir chaque sac avec des quantités similaires.

  **REMARQUE :** Si vous lavez uniquement des vêtements de petite taille, il est recommandé d'utiliser plus d'un sac, et de remplir chaque sac avec des quantités similaires.

### Tri

- Séparer les articles très sales des articles légèrement sales, même si on les lave normalement ensemble. Séparer les articles qui forment de la charpie (serviettes, chenille) des articles qui attrapent la charpie (velours côtelé, synthétique, pressage permanent). Dans la mesure du possible, retourner les articles qui forment de la charpie.
- Séparer les couleurs foncées des couleurs claires et les articles grand teint des articles qui déteignent.
- Trier en fonction des tissus et de la confection (cotons solides, tricots, articles délicats).

### Déchargement

- Retirer les vêtements de la laveuse une fois que le programme est terminé. Des objets en métal comme les fermetures à glissière, les boutons-pression et les boucles peuvent rouiller si on les laisse longtemps dans le panier de la laveuse.
- Lorsqu'on retire le linge, vérifier de temps en temps sous le pourtour en caoutchouc à l'avant du tambour qu'il n'y ait pas de petits articles coincés.

## Chargement

| Suggestions de chargement (charges maximums) | |
|---|---|
| **Vêtements de travail lourds** | |
| 2 pantalons<br>3 chemises | 3 jeans<br>1 salopette |
| **Charge mixte** | |
| 2 draps doubles ou<br>1 drap de très grande taille<br>4 taies d’oreiller<br>6 tee-shirts | 6 shorts<br>2 chemises<br>2 chemisiers<br>6 mouchoirs |
| **Serviettes** | |
| 8 serviettes de bain<br>8 serviettes à main | 10 débarbouillettes<br>1 tapis de bain |
| **Articles délicats** | |
| 3 camisoles<br>4 jupons<br>4 culottes | 2 soutiens-gorge<br>2 chemises de nuit |
| **Programme QUICK WASH (lavage rapide)**<br>(2-3 vêtements) | 2 chemises habillées<br>1 pantalon habillé |

## Guide pour l'élimination des taches

| Tache | Utiliser un agent de blanchiment au chlore liquide ou sans danger pour les couleurs | Utiliser le programme de lavage suggéré | Tache | Utiliser un agent de blanchiment au chlore liquide ou sans danger pour les couleurs | Utiliser le programme de lavage suggéré |
|---|---|---|---|---|---|
|  Encre | ✔ | Whitest Whites (blancs les plus blancs) |  Herbe | ✔ | Whitest Whites (blancs les plus blancs) |
|  Sang | ✔ | Cold (froide) ou Warm (tiède) Prewash (prélavage) Normal/Casual (normal/tout-aller) |  Produits à base de tomate | ✔ | Whitest Whites (blancs les plus blancs) |
|  Café/ chocolat | ✔ | Warm/Soak (tiède/ trempage) Prewash (prélavage) Whitest Whites (blancs les plus blancs) |  Boue | ✔ | Warm/Soak (tiède/ trempage) Prewash (prélavage) Whitest Whites (blancs les plus blancs) |
|  Produits de beauté | | Heavy Duty (service intense) |  Déodorants | | Heavy Duty (service intense) |
|  Huile de moteur usagée | | Warm/Soak (tiède/ trempage) Prewash (prélavage) Heavy Duty (service intense) |  Anneau autour du col | ✔ | Normal/Casual (normal/tout-aller) |

Ne pas faire culbuter des articles secs sales ou tachés. La chaleur risque de fixer les taches de façon permanente.



W0026854

# ENTRETIEN DE LA LAVEUSE

## Nettoyage de la laveuse

### Nettoyage du joint/soufflet de la porte

1. Ouvrir la porte de la laveuse et retirer tout vêtement ou article de la laveuse.
2. Examiner le joint/soufflet de couleur grise entre l'ouverture de la porte et le panier pour déceler des zones tachées. Tirer sur le joint/soufflet pour examiner toutes les zones sous le joint/soufflet et voir s'il n'y a pas d'objets étrangers.




A. Joint/soufflet

3. Si des zones tachées sont décelées, essuyer ces zones en respectant la procédure indiquée ci-dessous.
   a) Mélanger une solution diluée en utilisant ¾ de tasse (177 mL) d'agent de blanchiment liquide et 1 gal. (3,8 L) d'eau tiède du robinet.
   b) Essuyer la zone du joint/soufflet avec la solution diluée, en utilisant un chiffon humide.
   c) Laisser agir pendant 5 minutes.
   d) Essuyer la zone complètement avec un chiffon sec et laisser l'intérieur de la laveuse sécher avec la porte ouverte.

**IMPORTANT :**

- Porter des gants en caoutchouc en cas de nettoyage pendant une période prolongée.
- Consulter les instructions du fabricant de l'agent de blanchiment pour une utilisation correcte.

### Procédure d'entretien de la laveuse

Cette laveuse comporte un programme spécial qui utilise des volumes d'eau plus importants en combinaison avec l'agent de blanchiment liquide pour nettoyer à fond l'intérieur de la laveuse.

**REMARQUES :**

- Lire ces instructions complètement avant de débuter la procédure de nettoyage.
- Si nécessaire, le programme de nettoyage peut être interrompu en appuyant sur le bouton PAUSE/CANCEL (pause/annulation). Ceci arrêtera le programme. Un programme RINSE/SPIN (rinçage/essorage) doit alors être effectué afin d'éliminer complètement l'agent de blanchiment de la laveuse. Le non-respect de cette procédure peut causer des dommages à la laveuse et aux vêtements ajoutés lors du programme suivant.

### Début de la procédure

1. Ouvrir la porte de la laveuse et retirer tout vêtement ou article de la laveuse.
2. Vérifier que la porte est fermée.
3. Ouvrir le tiroir distributeur et ajouter immédiatement ⅔ de tasse (160 mL) d'agent de blanchiment au chlore liquide au compartiment d'agent de blanchiment.

   **REMARQUE :** Ne pas verser de détergent pour ce programme. L'utilisation de plus de ⅔ de tasse (160 mL) d'agent de blanchiment occasionnera, avec le temps, des dommages au produit.
4. S'assurer que le tiroir distributeur est fermé.
5. Sélectionner le programme CLEAN WASHER (nettoyage de la laveuse).
6. Appuyer sur START (mise en marche).

   **REMARQUE :** Le panier pivotera, la porte se déverrouillera, se verrouillera à nouveau et enfin le programme se poursuivra.
   - La machine ne se remplira pas mais le panier pivotera alors que la laveuse effectuera un court programme de détection. Ceci prendra environ 3 minutes.
7. Le programme déterminera si des vêtements ou autres articles se trouvent dans la laveuse.
   a) Si aucun article n'est détecté dans la laveuse, il passera à l'étape 8.
   b) Si des articles sont détectés dans la laveuse, tous les témoins lumineux de programme clignoteront et les témoins lumineux Soak/Prewash (trempage/prélavage) et Cycle Complete (programme terminé) resteront allumés. La porte se déverrouillera.
      - Appuyer sur PAUSE/CANCEL (pause/annulation) pour annuler le code d'échec. Puis répéter les étapes 1, 2 et 6 pour remettre le programme en marche.
8. Une fois que le programme a commencé, laisser le programme s'achever.
9. À la fin du programme, laisser la porte légèrement ouverte, pour permettre une meilleure ventilation et le séchage de l'intérieur de la laveuse.

### Toujours suivre la procédure qui suit pour préserver la fraîcheur de la laveuse

- Utiliser uniquement un détergent HE Haute efficacité.
- Laisser la porte légèrement ouverte après chaque programme pour permettre une meilleure ventilation et le séchage de l'intérieur de la sécheuse.
- Répéter la procédure d'entretien chaque mois, en utilisant ⅔ de tasse (160 mL) d'agent de blanchiment au chlore liquide.
- Si la procédure ne permet pas de remédier suffisamment aux problèmes de fraîcheur de la machine, veuillez examiner les conditions d'installation et d'utilisation pour déceler d'autres causes.

### Nettoyage de l'extérieur

Utiliser une éponge ou un linge doux humide pour essuyer les renversements. Essuyer occasionnellement les surfaces externes de la laveuse pour maintenir son apparence d'appareil neuf. Utiliser un savon doux et de l'eau. Ne pas utiliser des produits abrasifs.

### Nettoyage du tiroir distributeur

Le tiroir distributeur est amovible pour faciliter le nettoyage.

1. Déverrouiller le tiroir distributeur en appuyant sur le levier de dégagement. Voir "Utilisation du distributeur". Retirer le tiroir.
2. Ôter les inserts (le siphon des compartiments de l'assouplissant de tissu et de l'agent de blanchiment).
3. Laver les pièces sous l'eau du robinet.

   **REMARQUE :** Ne pas laver les composants au lave-vaisselle.
4. Réinstaller les inserts et remettre le distributeur dans le tiroir.

## Tuyaux d'arrivée d'eau

Remplacer les tuyaux d'arrivée d'eau après 5 ans d'utilisation pour réduire le risque de défaillance intempestive. Inspecter périodiquement les tuyaux; les remplacer en cas de renflement, de déformation, de coupure et d'usure ou si une fuite se manifeste.

Lors du remplacement des tuyaux d'arrivée d'eau, inscrire la date du remplacement.

## Précautions à prendre avant les vacances, un entreposage ou un déménagement

Installer et remiser la laveuse à l'abri du gel. L'eau qui peut rester dans les tuyaux risque d'abîmer la laveuse en temps de gel. Si la laveuse doit faire l'objet d'un déménagement ou de remisage au cours d'une période de gel, préparer l'appareil pour l'hiver.

### Entretien en cas de non-utilisation ou de période de vacances :

Faire fonctionner la laveuse seulement lorsqu'on est présent. Si vous devez partir en vacances ou ne pas utiliser la laveuse pendant une période prolongée, vous devez exécuter les opérations suivantes :

- Débrancher la laveuse ou déconnecter la source de courant électrique.
- Fermer l'alimentation d'eau de la laveuse. Ceci aide à éviter les inondations accidentelles (dues à une augmentation de la pression) quand vous êtes absent.
- Ouvrir légèrement la porte pour fournir une ventilation.

### Préparation de la laveuse pour l'hiver :

1. Verser 1 pinte (1 L) d'antigel pour véhicule récréatif dans le tambour.
2. Faire exécuter à la laveuse un programme Drain/Spin (vidange/essorage).
3. Débrancher la laveuse ou déconnecter la source de courant électrique.
4. Fermer les deux robinets d'eau.
5. Débrancher les tuyaux d'arrivée d'eau des robinets et les vider.

### Remise en marche de la laveuse :

1. Vidanger les canalisations d'eau.
2. Reconnecter les tuyaux d'arrivée d'eau aux robinets.
3. Ouvrir les deux robinets d'eau.

**⚠ AVERTISSEMENT**



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

4. Brancher la laveuse ou reconnecter la source de courant électrique.
5. Faire exécuter à la laveuse un programme Normal/Casual (normal/tout-aller). Utiliser uniquement un détergent HE Haute efficacité. Utiliser la quantité recommandée par le fabricant pour une charge de taille moyenne.

### Transport de la laveuse :

1. Si la laveuse doit être déplacée en temps de gel, verser une pinte (1 L) d'antigel pour véhicule récréatif dans le tambour. Faire exécuter à la laveuse un programme Drain/Spin (vidange/essorage).
2. Débrancher le cordon d'alimentation.
3. Débrancher le tuyau de vidange du système de vidange et le fixer aux pinces du panneau arrière.
4. Fermer les deux robinets d'eau.
5. Déconnecter les tuyaux d'arrivée d'eau des robinets puis vidanger les tuyaux et les fixer au panneau arrière de la laveuse.
6. **IMPORTANT :** Faire un appel de service. Ne pas réutiliser les vis de calage. La laveuse doit être transportée en position verticale. Pour éviter des dommages concernant la suspension et la structure, votre appareil doit être correctement monté pour réinstallation ultérieure par un technicien certifié.

### Réinstallation de la laveuse

1. Suivre les "Instructions d'installation" pour choisir l'emplacement, régler l'aplomb de la laveuse et la raccorder.
2. Faire exécuter à la laveuse un programme Normal/Casual (normal/tout-aller) pour nettoyer la laveuse et éliminer l'antigel, le cas échéant. Utiliser uniquement un détergent HE Haute efficacité. Utiliser la moitié de la quantité recommandée par le fabricant pour une charge de taille moyenne.

# DÉPANNAGE

**Essayer d'abord les solutions suggérées ici pour éviter possiblement le coût d'une visite de service...**

## La laveuse et ses composants

### Codes d'erreur

Un code d'erreur peut apparaître sur l'afficheur de la durée résiduelle estimée. Consulter la liste ci-dessous pour identifier le problème éventuel et effectuer les vérifications nécessaires.

- **"F20" affiché (problème d'admission d'eau - absence d'eau ou alimentation insuffisante en eau)**
  Sélectionner deux fois PAUSE/CANCEL (pause/annulation) pour annuler le programme. Débrancher la laveuse ou déconnecter la source de courant électrique.

  **Vérifier ce qui suit :**
  Les robinets d'eau sont-ils complètement ouverts?

  Les tamis au point de raccordement des tuyaux d'arrivée d'eau à la laveuse sont-ils obstrués? Les tuyaux d'arrivée d'eau sont-ils déformés?

  Les tuyaux d'arrivée d'eau sont-ils gelés?

**⚠ AVERTISSEMENT**



Risque de choc électrique

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

  Brancher la laveuse ou reconnecter la source de courant électrique. Sélectionner à nouveau un programme et appuyer sur START (mise en marche). Si le problème persiste, faire un appel de service.

- **"F21" affiché (problème de vidange)**
  Sélectionner deux fois PAUSE/CANCEL (pause/annulation) pour annuler le programme. Débrancher la laveuse ou déconnecter la source de courant électrique.

  **Vérifier ce qui suit :**
  Le tuyau de vidange est-il déformé?

  Le tuyau de vidange est-il gelé?

  Le tuyau de vidange est-il obstrué?

  Le tuyau de vidange est-il à plus de 96" (2,4 m) au-dessus du plancher?

- **Variables "F" [F01- F34] (problème électrique)**
  Sélectionner deux fois PAUSE/CANCEL (pause/annulation) pour annuler le programme. Sélectionner DRAIN/SPIN (vidange/essorage) en cas d'excès d'eau dans la laveuse.

  Sélectionner à nouveau un programme et appuyer sur START (mise en marche). Si le problème persiste, faire un appel de service.

### Bruit, vibrations, déséquilibre

- **La laveuse est-elle d'aplomb?**
  La laveuse doit être d'aplomb. Les quatre pieds doivent être installés correctement et les écrous doivent être serrés contre la caisse de la laveuse.

  Les quatre pieds de la laveuse doivent être bien en contact avec le plancher. Si la laveuse est sur un piédestal, elle doit être fixée au piédestal et les quatre pieds du piédestal doivent être bien en contact avec le plancher.

- **La laveuse fait-elle un bruit différent?**
  Comme avec tout nouveau produit, vous entendrez des sons auxquels vous n'êtes pas habitués. Vous pouvez entendre différents sons lors du verrouillage/déverrouillage de la porte et durant le processus de lavage, rinçage ou essorage. Entre les changements dans les actions de lavage, la laveuse fera des pauses momentanées. Vous entendrez l'éclaboussement de l'eau pendant les programmes de lavage et de rinçage. Ces nouveaux sons et pauses font partie du fonctionnement normal de la laveuse.

- **La laveuse est-elle installée sur un plancher robuste et solide?**
  Se référer aux "Instructions d'installation" pour les exigences relatives au plancher. Le bruit et les vibrations peuvent être réduits en plaçant une planche de contreplaqué de ¾" (19,1 mm) sous la laveuse. Le contreplaqué peut se prolonger en dessous de la laveuse et de la sécheuse pour les maintenir à des hauteurs égales.

- **La laveuse fait-elle un bruit de gargouillement ou de bourdonnement?**
  Lorsque l'eau est vidangée de la laveuse, on peut entendre le bruit de la succion de l'air par la pompe. Ceci se produit à la fin de la vidange. Ceci est normal.

- **Lavez-vous des articles avec agrafes en métal, boucles ou fermetures à glissière?**
  Vous pouvez entendre le bruit des articles métalliques touchant le tambour de la laveuse. Ceci est normal.

- **Les 4 vis de calage à l'arrière de la machine ont-elles été retirées?**
  Voir "Élimination des accessoires de transport".



W0026857

### Fuites d'eau de la laveuse

- **La porte a-t-elle été ouverte pendant "Add a garment" (ajouter un vêtement)?**
  De l'eau peut suinter de l'intérieur de la porte si celle-ci est ouverte après le début d'un programme.
- **Un détergent HE est-il utilisé?**
  Les détergents non identifiés Haute efficacité peuvent causer un excès de mousse qui peut créer des fuites à l'arrière de la laveuse.
- **Les tuyaux de remplissage sont-ils serrés?**
- **Les joints de tuyaux de remplissage d'eau sont-ils correctement installés?**
  Vérifier les deux extrémités de chaque tuyau. Voir "Raccordement des tuyaux d'alimentation".
- **Le tuyau de vidange est-il correctement installé?**
  Le tuyau de vidange doit être bien fixé au conduit d'évacuation ou à l'évier de buanderie. Voir "Immobilisation du tuyau de vidange".
- **L'évier ou le conduit d'évacuation est-il obstrué?**
  L'évier et le tuyau de rejet à l'égout doivent pouvoir drainer 17 gal. (64 L) d'eau par minute. Si le débit d'eau est obstrué ou ralenti, l'eau peut refouler du conduit d'évacuation ou de l'évier. Vérifier la plomberie du domicile (éviers de buanderie, robinets, tuyau de rejet à l'égout, conduites d'eau) pour voir s'il y a des fuites.

### Fonctionnement du distributeur

- **Avez-vous suivi les directives du fabricant pour l'addition de détergent et d'assouplissant dans les distributeurs?**
  Mesurer la quantité de détergent et d'assouplissant de tissu. Verser lentement dans les distributeurs. Essuyer tout renversement. Diluer l'assouplissant dans le distributeur d'assouplissant.
- **Avez-vous placé un agent de blanchiment en poudre ou liquide sans danger pour les couleurs dans le distributeur d'agent de blanchiment au chlore liquide (sur certains modèles)?**
  Verser un agent de blanchiment en poudre ou liquide sans danger pour les couleurs directement dans le panier de la laveuse. Ne pas utiliser le distributeur d'agent de blanchiment au chlore liquide pour l'agent de blanchiment sans danger pour les couleurs.
- **Le distributeur d'assouplissant de tissu est-il obstrué?**
  Nettoyer le distributeur d'assouplissant de tissu. Voir "Entretien de la laveuse" pour les détails.
- **Les additifs de lessive sont-ils dans le bon compartiment du distributeur?**
  Verser les quantités appropriées de détergent, d'assouplissant de tissu ou d'agent de blanchiment au chlore liquide dans le compartiment adéquat. Verser l'agent de blanchiment en poudre ou liquide sans danger pour les couleurs dans le compartiment du détergent principal.
- **Y a-t-il de l'eau dans le distributeur à la fin du programme?**
  Une petite quantité d'eau restera dans le compartiment du distributeur. Ceci est normal.

### Mauvaises odeurs de la laveuse

- **Avez-vous effectué un programme de nettoyage de la laveuse récemment?**
  Pour rafraîchir la laveuse et éviter des odeurs, voir "Nettoyage de la laveuse".
- **Utilisez-vous un détergent HE?**
  L'utilisation d'un détergent non HE peut provoquer un film résiduel à l'origine d'odeurs.
- **Avez-vous laissé la porte ouverte après utilisation?**
  Cette laveuse dispose d'une fermeture étanche pour éviter les fuites d'eau. Pour éviter la formation d'odeurs, laisser la porte ouverte afin de permettre à la laveuse de sécher entre les utilisations.

### La porte ne se déverrouille pas

- **Toute l'eau s'est-elle écoulée de la laveuse durant l'essorage?**
  Sélectionner DRAIN/SPIN (vidange/essorage) pour enlever toute eau restée dans la laveuse. La porte de la laveuse se déverrouillera à la fin de la vidange.
- **La porte est-elle verrouillée et le témoin "Add a garment" (ajouter un vêtement) est-il allumé?**
  Appuyer une fois sur PAUSE/CANCEL (pause/annulation). La porte se déverrouillera.

## Fonctionnement de la laveuse

### La laveuse ne fonctionne pas, ne se remplit pas, ne rince pas, ne culbute pas; la laveuse s'arrête

**⚠ AVERTISSEMENT**



Risque de choc électrique

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

- **Le cordon d'alimentation est-il branché dans une prise à 3 alvéoles reliée à la terre?**
  Brancher le cordon d'alimentation dans une prise à 3 alvéoles reliée à la terre.
- **Utilisez-vous un câble de rallonge?**
  Ne pas utiliser un câble de rallonge.
- **Un fusible est-il grillé ou le disjoncteur s'est-il déclenché?**
  Remplacer le fusible ou réenclencher le disjoncteur. Si le problème persiste, appeler un électricien.
- **Les deux robinets d'eau (chaude et froide) sont-ils ouverts?**
  Ouvrir les robinets d'eau.



W0026858

- **Le tuyau d'arrivée d'eau est-il déformé?**
  Redresser les tuyaux.
- **Les tamis de la valve d'arrivée d'eau sont-ils obstrués?**
  Couper l'arrivée d'eau et retirer les tuyaux d'arrivée d'eau de la laveuse. Ôter toute pellicule ou particules accumulées. Réinstaller les tuyaux, ouvrir l'arrivée d'eau et vérifier s'il y a des fuites.
- **La laveuse fait-elle une pause normale au cours du programme?**
  La laveuse fait une pause d'environ 2 minutes dans certains programmes. Laisser le programme se poursuivre. Certains programmes comprennent des périodes de culbutage et de trempage.
- **La laveuse est-elle surchargée?**
  Laver des charges plus petites.
- **La porte de la laveuse est-elle bien fermée?**
  La porte doit être fermée lorsque la laveuse est en marche.
- **Les vis de calage ont-elles été retirées?**
  Les quatre vis de calage doivent être retirées pour un fonctionnement correct de la laveuse.
- **Un programme a-t-il été sélectionné sans que START ait été sélectionné pendant 1 seconde?**
  Appuyer sur START (mise en marche) pendant 1 seconde.
- **La porte a-t-elle été ouverte après l'achèvement du dernier programme?**
  La porte doit être ouverte et fermée à nouveau pour mettre en marche un nouveau programme.

## La laveuse continue de se remplir ou la vidange se poursuit, le programme de vidange semble bloqué

- **Le haut du tuyau de vidange est-il plus bas que 30" (76 cm) sur la laveuse?**
  Le dessus du tuyau de vidange doit être au moins à 30" (76 cm) au-dessus du plancher. Voir “Système de vidange”.
- **Le tuyau de vidange est-il trop serré dans le tuyau de rejet à l'égout, ou est-il fixé au tuyau de rejet à l'égout avec du ruban adhésif?**
  Le tuyau de vidange doit être lâche mais bien fixé. Ne pas sceller le tuyau de vidange avec du ruban adhésif. Le tuyau a besoin d'une ouverture pour l'air. Voir “Immobilisation du tuyau de vidange”.

## La laveuse n'effectue pas de vidange ni d'essorage, l'eau reste dans la laveuse

- **Le tuyau de vidange est-il obstrué ou l'extrémité du tuyau de vidange se trouve-t-elle à plus de 96" (2,4 m) au-dessus du plancher?**
- **La tension est-elle basse?**
  Vérifier la source de courant électrique ou appeler un électricien.
- **Excès de mousse?**
  Lorsqu'un excès de mousse est détecté, une procédure spéciale contre la mousse se met en marche automatiquement. Le programme se terminera une fois que l'excès de mousse sera éliminé. Ceci survient plus fréquemment lorsqu'un détergent non-HE est utilisé.
- **La charge est-elle équilibrée?**
  Un seul article ou un article encombrant peut provoquer un déséquilibre. Ajouter des articles ou redistribuer la charge.

## Pas assez d'eau/pas assez de mousse

- **Faible niveau d'eau?**
  Cette laveuse utilise un faible niveau d'eau afin de fournir des résultats de nettoyage satisfaisants. Vous verrez peu ou pas d'éclaboussures d'eau avec cette laveuse. Ceci est normal.
- **Utilisez-vous un détergent HE?**
  Le détergent HE est un détergent qui provoque peu de mousse. Ceci est normal et n'affecte pas la performance de nettoyage.

## Température de lavage/rinçage

- **Les robinets d'arrivée d'eau chaude et froide ont-ils été inversés?**
  Voir “Raccordement des tuyaux d'alimentation”.
- **Lavez-vous un nombre important de charges?**
  Lorsque la fréquence de charges lavées augmente, la température de l'eau peut baisser lorsqu'on choisit une température chaude ou tiède. Ceci est normal.

## Changements dans la durée du programme/programme trop long

- **Durée de programme estimée?**
  Les durées de programme varient automatiquement en fonction de la pression et de la température de l'eau, du détergent et de la charge de linge. La durée du programme sera prolongée en cas d'excès de mousse ou si la charge est déséquilibrée. La procédure contre la mousse élimine l'excès de mousse et permet un rinçage correct de vos vêtements. Les options sélectionnées affectent aussi les durées de programme qui sont mentionnées dans le tableau des préréglages de programme.
- **Excès de mousse?**
  Lorsqu'un excès de mousse est détecté, une procédure spéciale contre la mousse se met en marche automatiquement. Cette procédure prolongera la durée initiale du programme.
- **La charge a-t-elle causé un déséquilibre?**
  Lorsqu'il y a un trop grand déséquilibre, une procédure de rééquilibrage se met en marche pour redistribuer la charge. L'affichage de la durée se mettra en pause jusqu'à ce que cette activité soit terminée, puis se réactivera pour le reste du programme.
- **Lavez-vous un article seul ou une charge encombrante?**
  La durée d'essorage est ajoutée si une charge déséquilibrée est détectée. La laveuse tentera de redistribuer la charge avec un culbutage supplémentaire.
- **Avez-vous lavé une grande charge avec le programme Quick Wash (lavage rapide)?**
  Le programme Quick Wash (lavage rapide) est conçu pour les plus petites charges (2-3 articles) de vêtements légèrement sales. Si des charges plus grandes sont lavées avec ce programme, la durée de lavage augmentera.
- **Avez-vous lavé une grande charge en utilisant un programme doux ou le programme Delicate/Hand wash (articles délicats/lavage à la main)?**
  En cas d'utilisation des programmes Quick Wash ou Delicate/Hand wash (articles délicats/lavage à la main), il faut ne laver que de petites charges. Ceci assure un lavage délicat de vos vêtements sans augmenter les durées de programme.

### Charge trop mouillée

- **Avez-vous utilisé le bon programme pour la charge à laver?**
  Choisir un programme avec une vitesse d'essorage plus élevée.
- **Avez-vous lavé un article seul, des articles encombrants ou avez-vous surchargé la laveuse?**
  Le lavage d'un seul article ou d'un article encombrant, ou une charge excessive peuvent provoquer un déséquilibre. Ajouter des articles ou essayer de distribuer uniformément votre lessive mouillée dans le tambour, et commencer un programme Drain/Spin (vidange/essorage). Si la lessive est encore mouillée, retirer la moitié de la charge de la laveuse et essayer de nouveau.
- **Avez-vous utilisé un détergent HE?**
  La présence de mousse durant les programmes de rinçage et d'essorage peut réduire la vitesse d'essorage. Utiliser un détergent HE.

### Résidus, charpie, taches sur la charge; blancs grisâtres, couleurs défraîchies

- **Avez-vous versé le détergent dans le distributeur?**
  Pour des résultats optimaux, ajouter du détergent au compartiment de détergent. Ne pas verser le détergent dans le tambour de la laveuse.
- **Avez-vous effectué le tri correctement?**
  Trier les articles causant la charpie (serviettes, chenille) des articles qui retiennent la charpie (velours côtelé, synthétiques). Le transfert de teinture peut se produire lors du mélange d'articles blancs et de couleur dans une même charge. Séparer les articles de teinte foncée des articles blancs ou clairs.
- **Avez-vous surchargé la laveuse?**
  Ne pas surcharger la laveuse. La laveuse peut être bien remplie mais le linge ne doit pas être tassé. La charge de lavage doit être équilibrée. De la charpie peut être coincée dans la charge s'il y a surcharge.
- **Vérifier ce qui suit :**
  Avez-vous laissé du papier ou des mouchoirs en papier dans les poches?
- **Avez-vous utilisé suffisamment de détergent HE?**
  Suivre les recommandations du fabricant pour le type de charge à laver. Pour des résultats optimaux, utiliser uniquement un détergent Haute efficacité. Utiliser suffisamment de détergent HE pour enlever la saleté et la maintenir en suspension.
- **Avez-vous une eau dure?**
  Utiliser plus de détergent pour laver la saleté intense à l'eau froide ou dure.
- **La température de l'eau est-elle inférieure à 60°F (15,6°C)?**
  Une eau de lavage dont la température est inférieure à 60°F (15,6°C) peut ne pas dissoudre complètement le détergent. Utiliser les lavages à l'eau chaude ou tiède si celles-ci sont sans danger pour les tissus de la charge. S'assurer que le système d'eau chaude est adéquat pour fournir un lavage à l'eau chaude.
- **Utilisez-vous un programme de lavage à basse vitesse?**
  Les détergents en poudre peuvent ne pas se dissoudre correctement durant un programme à basse vitesse. Pour les meilleurs résultats, utiliser un détergent liquide pour les programmes à basse vitesse tels que Delicate/Hand Wash (articles délicats/lavage à la main).
- **Avez-vous déchargé la laveuse immédiatement?**
  Pour éviter le transfert de teinture, décharger la laveuse dès qu'elle s'arrête.
- **Avez-vous utilisé une boule distributrice d'assouplissant de tissu?**
  Les boules distributrices ne fonctionnent pas correctement avec cette laveuse. Verser un assouplissant de tissu liquide dans le compartiment d'assouplissant de tissu.
- **Avez-vous utilisé un détergent en poudre pour un programme à vitesse faible?**
  Envisager l'utilisation d'un détergent liquide.
- **Avez-vous utilisé le programme Quick Wash (lavage rapide) pour une grande charge?**
  Pour des résultats optimaux, utiliser le programme Quick Wash (lavage rapide) pour les petites charges de linge légèrement sale.

### La charge est froissée, entortillée, enchevêtrée

- **Avez-vous déchargé la laveuse immédiatement?**
  Décharger la laveuse dès qu'elle s'arrête.
- **Avez-vous utilisé le bon programme pour la charge à laver?**
  Utiliser le programme Delicate/Hand wash (articles délicats/lavage à la main) ou un autre programme avec essorage à basse vitesse pour réduire le froissement.
- **Avez-vous surchargé la laveuse?**
  La charge de lavage doit être équilibrée et pas surchargée. Les charges doivent pouvoir se déplacer librement durant le lavage.
- **L'eau de lavage était-elle suffisamment chaude pour réduire le froissement?**
  Si c'est sans danger pour la charge, utiliser une eau de lavage tiède ou chaude.
- **Les robinets d'eau chaude et froide ont-ils été inversés?**
  Vérifier que les tuyaux d'eau chaude et d'eau froide sont connectés aux bons robinets. Un rinçage à l'eau chaude suivi d'un essorage provoquera un froissement. Voir "Raccordement des tuyaux d'alimentation".

# ASSISTANCE OU SERVICE

Avant de téléphoner pour assistance ou service, veuillez vérifier “Dépannage”. Ceci pourrait vous éviter le coût d’une visite de service. Si vous avez encore besoin d’aide, veuillez suivre les instructions ci-dessous.

Lors de l’appel, il faut connaître la date d’achat et les numéros de modèle et de série complets de votre appareil ménager. Ces renseignements nous aideront à mieux répondre à votre demande.

### Si vous avez besoin de pièces de rechange

Si vous avez besoin de commander des pièces de rechange, nous vous recommandons d’utiliser seulement des pièces FSP® spécifiées par l'usine. Ces pièces conviendront et fonctionneront bien parce qu’elles sont fabriquées selon les mêmes spécifications précises utilisées pour construire chaque nouvel appareil électroménager WHIRLPOOL®.

**Pour localiser des pièces de rechange FSP® dans votre région :**

Aux États-Unis, téléphoner au Centre pour l’eXpérience de la clientèle au **1-800-253-1301**, ou téléphoner à votre Centre de service désigné le plus proche.

Au Canada, composer le **1-800-807-6777**, ou appeler votre Centre de service désigné le plus proche.

## Aux États-Unis

Téléphoner au Centre pour l’eXpérience de la clientèle de Whirlpool sans frais au : **1-800-253-1301.**

**Nos consultants fournissent l’assistance pour :**

- Caractéristiques et spécifications sur notre gamme complète d’appareils ménagers
- Renseignements d’installation
- Procédés d’utilisation et d’entretien
- Vente d’accessoires et de pièces de rechange
- Assistance spécialisée aux clients (langue espagnole, malentendants, malvoyants, etc.)
- Les références aux concessionnaires, compagnies de service de réparation et distributeurs de pièces de rechange locaux

Les techniciens de service désignés par Whirlpool sont formés pour remplir la garantie des produits et fournir un service après garantie partout aux États-Unis.

Pour localiser la compagnie de service désignée par Whirlpool dans votre région, vous pouvez consulter les Pages jaunes de votre annuaire téléphonique.

### Pour plus d’assistance

Si vous avez besoin de plus d’assistance, vous pouvez écrire en soumettant toute question ou tout problème à :

Whirlpool Corporation
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Dans votre correspondance, veuillez indiquer un numéro de téléphone où l’on peut vous joindre dans la journée.

## Au Canada

Teléphoner sans frais au Centre d’interaction avec la clientèle de Whirlpool Canada LP au : **1-800-807-6777.**

**Nos consultants fournissent l’assistance pour :**

- Procédés d’utilisation et d’entretien
- Vente d’accessoires et de pièces de rechange
- Caractéristiques et spécifications sur toute notre gamme d’appareils électroménagers.
- Les références aux concessionnaires, compagnies de service de réparation et distributeurs de pièces de rechange locaux.
  Les techniciens de service désignés par Whirlpool Canada LP sont formés pour satisfaire la garantie des produits et fournissent le service après la garantie, n’importe où au Canada.

### Pour plus d’assistance

Si vous avez besoin de plus d’assistance, vous pouvez écrire à Whirlpool Canada LP en soumettant toute question ou tout problème au :

Centre d’interaction avec la clientèle
Whirlpool Canada LP
1901 Minnesota Court
Mississauga, Ontario L5N 3A7

Veuillez indiquer dans votre correspondance un numéro de téléphone où l’on peut vous joindre durant la journée.

# GARANTIE DES GROS APPAREILS MÉNAGERS WHIRLPOOL CORPORATION

## GARANTIE LIMITÉE DE UN AN

Pendant un an à compter de la date d'achat, lorsque ce gros appareil ménager est utilisé et entretenu conformément aux instructions jointes à ou fournies avec le produit, Whirlpool Corporation ou Whirlpool Canada LP (ci-après désignées "Whirlpool") paiera pour les pièces spécifiées par l'usine et la main-d'oeuvre pour corriger les vices de matériaux ou de fabrication. Le service doit être fourni par une compagnie de service désignée par Whirlpool. Cette garantie limitée s'applique exclusivement lorsque l'appareil est utilisé dans le pays où il a été acheté.

## WHIRLPOOL NE PRENDRA PAS EN CHARGE

1. Les visites de service pour rectifier l'installation du gros appareil ménager, montrer à l'utilisateur comment utiliser l'appareil, remplacer ou réparer des fusibles ou rectifier le câblage ou la plomberie du domicile.
2. Les visites de service pour réparer ou remplacer les ampoules électriques de l'appareil, les filtres à air ou les filtres à eau. Ces pièces consomptibles ne sont pas couvertes par la garantie.
3. Les réparations lorsque le gros appareil ménager est utilisé à des fins autres que l'usage unifamilial normal.
4. Les dommages imputables à : accident, modification, usage impropre ou abusif, incendie, inondation, actes de Dieu, installation fautive ou installation non conforme aux codes d'électricité ou de plomberie, ou l'utilisation de produits non approuvés par Whirlpool.
5. Toute perte d'aliments due à une défaillance du réfrigérateur ou du congélateur.
6. Le coût des pièces de rechange et de la main-d'œuvre pour les appareils utilisés hors des États-Unis ou du Canada.
7. Le ramassage et la livraison. Ce gros appareil ménager est conçu pour être réparé à domicile.
8. Les réparations aux pièces ou systèmes résultant d'une modification non autorisée faite à l'appareil.
9. Les frais de transport pour le service d'un produit dans les régions éloignées.
10. La dépose et la réinstallation de votre appareil si celui-ci est installé dans un endroit inaccessible ou n'est pas installé conformément aux instructions d'installation fournies.
11. Le coût des pièces de rechange et de la main-d'œuvre lorsque l'appareil est utilisé dans un pays autre que le pays où il a été acheté.

## CLAUSE D'EXONÉRATION DE RESPONSABILITÉ AU TITRE DES GARANTIES IMPLICITES; LIMITATION DES RECOURS

LE SEUL ET EXCLUSIF RECOURS DU CLIENT DANS LE CADRE DE LA PRÉSENTE GARANTIE LIMITÉE CONSISTE EN LA RÉPARATION PRÉVUE CI-DESSUS. LES GARANTIES IMPLICITES, Y COMPRIS LES GARANTIES APPLICABLES DE QUALITÉ MARCHANDE ET D'APTITUDE À UN USAGE PARTICULIER, SONT LIMITÉES À UN AN OU À LA PLUS COURTE PÉRIODE AUTORISÉE PAR LA LOI. WHIRLPOOL N'ASSUME AUCUNE RESPONSABILITÉ POUR LES DOMMAGES FORTUITS OU INDIRECTS. CERTAINES JURIDICTIONS NE PERMETTENT PAS L'EXCLUSION OU LA LIMITATION DES DOMMAGES FORTUITS OU INDIRECTS, OU LES LIMITATIONS DE LA DURÉE DES GARANTIES IMPLICITES DE QUALITÉ MARCHANDE OU D'APTITUDE À UN USAGE PARTICULIER, DE SORTE QUE CES EXCLUSIONS OU LIMITATIONS PEUVENT NE PAS S'APPLIQUER DANS VOTRE CAS. CETTE GARANTIE VOUS CONFÈRE DES DROITS JURIDIQUES SPÉCIFIQUES ET VOUS POUVEZ ÉGALEMENT JOUIR D'AUTRES DROITS QUI PEUVENT VARIER D'UNE JURIDICTION À UNE AUTRE.

À l'extérieur du Canada et des 50 États des États-Unis, cette garantie ne s'applique pas. Contacter votre marchand Whirlpool autorisé pour déterminer si une autre garantie s'applique.

Si vous avez besoin de service, voir d'abord la section "Dépannage" du Guide d'utilisation et d'entretien. Après avoir vérifié la section "Dépannage", de l'aide supplémentaire peut être trouvée en vérifiant la section "Assistance ou service" ou en appelant Whirlpool. Aux É.-U., composer le **1-800-253-1301**. Au Canada, composer le **1-800-807-6777**.
12/05

**Conservez ce manuel et votre reçu de vente ensemble pour référence ultérieure. Pour le service sous garantie, vous devez présenter un document prouvant la date d'achat ou d'installation.**

Inscrivez les renseignements suivants au sujet de votre gros appareil ménager pour mieux vous aider à obtenir assistance ou service en cas de besoin. Vous devrez connaître le numéro de modèle et le numéro de série au complet. Vous trouverez ces renseignements sur la plaque signalétique située sur le produit.

**Nom du marchand** ____________________

**Adresse** ____________________

**Numéro de téléphone** ____________________

**Numéro de modèle** ____________________

**Numéro de série** ____________________

**Date d'achat** ____________________

**8540321**

© 2006 Whirlpool Corporation.
All rights reserved.
Tous droits réservés.

® Registered Trademark/TM Trademark of Whirlpool, U.S.A., Whirlpool Canada LP licensee in Canada
® Marque déposée/TM Marque de commerce de Whirlpool, U.S.A., Emploi Licencié par Whirlpool Canada LP au Canada

3/06
Printed in Mexico
Imprimé au Mexique

ENERGY STAR

# Front-Loading Automatic Washer
## Use & Care Guide



Designed to use only HE High Efficiency detergent

MD2-S

W0127504

# TABLE OF CONTENTS

**WASHER SAFETY** .......... 3

**INSTALLATION REQUIREMENTS** .......... 4
- Tools and Parts .......... 4
- Options .......... 4
- Location Requirements .......... 5
- Drain System .......... 6
- Electrical Requirements .......... 7

**INSTALLATION INSTRUCTIONS** .......... 7
- Remove Transport System .......... 7
- Connect the Inlet Hoses .......... 8
- Route the Drain Hose .......... 8
- Secure the Drain Hose .......... 9
- Level the Washer .......... 9
- Complete Installation .......... 9

**FEATURES AND BENEFITS** .......... 10

**WASHER USE** .......... 11
- Starting Your Washer .......... 11
- Using the Proper Detergent .......... 11
- Using the Dispenser .......... 12
- Pausing or Restarting .......... 13
- Changing Cycles, Options and Modifiers .......... 13
- Status Lights .......... 14
- Cycles .......... 15
- Normal Washer Sounds .......... 16
- Options .......... 16
- Modifiers .......... 17
- Laundry Guide .......... 18

**LAUNDRY TIPS** .......... 19
- Loading .......... 19

**WASHER CARE** .......... 20
- Cleaning Your Washer .......... 20
- Water Inlet Hoses .......... 21
- Vacation, Storage, and Moving Care .......... 21

**TROUBLESHOOTING** .......... 22

# WASHER SAFETY

## Your safety and the safety of others are very important.

We have provided many important safety messages in this manual and on your appliance. Always read and obey all safety messages.

This is the safety alert symbol.

This symbol alerts you to potential hazards that can kill or hurt you and others.

All safety messages will follow the safety alert symbol and either the word "DANGER" or "WARNING." These words mean:

| | |
|---|---|
| **DANGER** | **You can be killed or seriously injured if you don't immediately follow instructions.** |
| **WARNING** | **You can be killed or seriously injured if you don't follow instructions.** |

All safety messages will tell you what the potential hazard is, tell you how to reduce the chance of injury, and tell you what can happen if the instructions are not followed.

ENGLISH

## IMPORTANT SAFETY INSTRUCTIONS

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using the washer, follow basic precautions, including the following:

- Read all instructions before using the washer.
- Do not wash articles that have been previously cleaned in, washed in, soaked in, or spotted with gasoline, dry-cleaning solvents, other flammable, or explosive substances as they give off vapors that could ignite or explode.
- Do not add gasoline, dry-cleaning solvents, or other flammable, or explosive substances to the wash water. These substances give off vapors that could ignite or explode.
- Under certain conditions, hydrogen gas may be produced in a hot water system that has not been used for 2 weeks or more. HYDROGEN GAS IS EXPLOSIVE. If the hot water system has not been used for such a period, before using the washing machine, turn on all hot water faucets and let the water flow from each for several minutes. This will release any accumulated hydrogen gas. As the gas is flammable, do not smoke or use an open flame during this time.
- Do not allow children to play on or in the washer. Close supervision of children is necessary when the washer is used near children.
- Before the washer is removed from service or discarded, remove the door or lid.
- Do not reach into the washer if the drum, tub or agitator is moving.
- Do not install or store the washer where it will be exposed to the weather.
- Do not tamper with controls.
- Do not repair or replace any part of the washer or attempt any servicing unless specifically recommended in this manual or in published user-repair instructions that you understand and have the skills to carry out.
- See "Electrical Requirements" for grounding instructions.

## SAVE THESE INSTRUCTIONS

# INSTALLATION REQUIREMENTS

## Tools and Parts

Gather the required tools and parts before starting installation. The parts supplied are in the washer drum.

**Tools needed for connecting the water inlet hoses**

- Pliers (that open to 1 ⁄ " [39.5 mm])
- Flashlight (optional)

**Tools needed for installation**

- Open end wrenches 17 mm and 13 mm
- Level
- Wood block

Ruler or measuring tape

**Parts supplied:**




*A. Drain hose form*
*B. Inlet hose (2)*
*C. Inlet hose washers (4)*
*D. Transport bolt hole plug (4)*
*E. Beaded strap*

**Alternate Parts**

| If You Have | You Will Need to Buy |
|---|---|
| Laundry tub or standpipe taller than 96" (2.4 m) | Sump pump system (if not already available) |
| Overhead sewer | Standard 20 gal. (76 L), 30" (76.2 cm) tall drain tub or utility sink and sump pump (available from local plumbing suppliers) |
| Floor drain | Siphon break, Part Number 285834; additional drain hose, Part Number 8318155; and connector kit, Part Number 285835 |
| Drain hose too short | 4 ft (1.2 m) drain hose extension kit, Part Number 285863 |
| Water faucets beyond reach of fill hoses | 2 longer water fill hoses: 6 ft (1.8 m) Part Number 76314, 10 ft (3.0 m) Part Number 350008 |

## Options

**Pedestal**

You have the option of purchasing pedestals of different heights separately for this washer. You may select a 10" (25.4 cm) or a 15.5" (39.4 cm) pedestal. The pedestal will add to the total height of the washer.




*A. 10" (25.4 cm) pedestal*
*B. 15.5" (39.4 cm) pedestal*

This pedestal (with storage drawer) is available in several colors.

| Pedestal Height | Approximate Height with Washer | Color | Part Number |
|---|---|---|---|
| **10" (25.4 cm)** | 48" (122 cm) | White | 46822 |
| **10" (25.4 cm)** | 48" (122 cm) | Black Diamond | 46826 |
| **15.5" (39.4 cm)** | 53" (135 cm) | White | 57822 |
| **15.5" (39.4 cm)** | 53" (135 cm) | Black Diamond | 57826 |
| **15.5" (39.4 cm)** | 53" (135 cm) | Pacific Blue | 57827 |
| **15.5" (39.4 cm)** | 53" (135 cm) | Champagne | 57828 |
| **15.5" (39.4 cm)** | 53" (135 cm) | Barolo | 58829 |

**Stack Kit**

Are you planning to stack your washer and dryer? To do so, use stack kit (8541503). Follow instructions included with the kit. See "Location Requirements."

# Location Requirements

Selecting the proper location for your washer improves performance and minimizes noise and possible washer "walk."

Your washer can be installed under a custom counter, or in a basement, laundry room, closet, or recessed area. See "Drain System."

Companion appliance location requirements should also be considered. Proper installation is your responsibility.

**You will need**

- A water heater set to deliver 120°F (49°C) water to the washer.
- A grounded electrical outlet located within 6 ft (1.8 m) of where the power cord is attached to the back of the washer. See "Electrical Requirements."
- Hot and cold water faucets located within 4 ft (1.2 m) of the hot and cold water fill valves, and water pressure of 20-100 psi (137.9-689.6 kPa).
- If you live in a hard water area, use of a water softener is recommended to control the buildup of scale in the steamer and other areas of the washer. Over time the buildup of lime scale may clog the steamer, which will reduce steamer efficiency and performance. Excessive scale buildup may lead to the need for steamer replacement or repair.
- A level floor with a maximum slope of 1" (2.5 cm) under entire washer. Installing the washer on soft floor surfaces, such as carpets or surfaces with foam backing, is not recommended.
- A sturdy and solid floor to support the washer with a total weight (water and load) of 400 lbs (180 kg).

Do not operate your washer in temperatures below 32°F (0°C). Some water can remain in the washer and can cause damage in low temperatures.

## Installation clearances

- The location must be large enough to allow the washer door to be fully opened.
- Additional spacing should be considered for ease of installation and servicing.
- Additional clearances might be required for wall, door, and floor moldings.
- Additional spacing of 1" (2.5 cm) on all sides of the washer is recommended to reduce noise transfer.
- Companion appliance spacing should also be considered.

## Washer Dimensions




## Recommended installation spacing for custom undercounter installation

The dimensions shown are for the recommended spacing.

**Custom undercounter installation - Washer only**




## Recommended installation spacing for recessed or closet installation, with or without a pedestal

The dimensions shown are for the recommended spacing.

**Recessed area or closet installation**




A B

*A. Side view - closet or confined area*
*B. Closet door with vents*

*Min. top and bottom air openings for closet door.

**Recessed or closet installation - Washer on pedestal**




A B

*A. Recessed area*
*B. Side view - closet or confined area*

ENGLISH



W0127508

### Recommended installation spacing for recessed or closet installation, with stacked washer and dryer

The dimensions shown are for the recommended spacing.




*Required spacing




*Required spacing

**For venting out the side, 1" (2.5 cm) spacing is allowed.

### Recommended installation spacing for cabinet installation

- The dimensions shown are for the recommended spacing.
- For cabinet installation, with a door, the minimum ventilation openings in the top are required.




## Drain System

The washer can be installed using the standpipe drain system (floor or wall), the laundry tub drain system, or the floor drain system. Select the drain hose installation method you need. See "Tools and Parts."

### Standpipe drain system - wall or floor (views A & B)

The standpipe drain requires a minimum diameter standpipe of 2" (5 cm). The minimum carry-away capacity can be no less than 17 gal. (64 L) per minute.

The top of the standpipe must be at least 30" (76.2 cm) high and no higher than 96" (2.4 m) from the bottom of the washer.




A B

### Laundry tub drain system (view C)

The laundry tub needs a minimum 20 gal. (76 L) capacity. The top of the laundry tub must be at least 30" (76.2 cm) above the floor.

### Floor drain system (view D)

The floor drain system requires a siphon break that may be purchased separately. See "Tools and Parts."

The siphon break must be a minimum of 28" (71 cm) from the bottom of the washer. Additional hoses might be needed.




C D

## Electrical Requirements

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

* A 120 volt, 60 Hz., AC only, 15- or 20-amp, fused electrical supply is required. A time-delay fuse or circuit breaker is recommended. It is recommended that a separate circuit serving only this appliance be provided.
* This washer is equipped with a power supply cord having a 3 prong grounding plug.
* To minimize possible shock hazard, the cord must be plugged into a mating, 3 prong, grounding-type outlet, grounded in accordance with local codes and ordinances. If a mating outlet is not available, it is the personal responsibility and obligation of the customer to have the properly grounded outlet installed by a qualified electrician.
* If codes permit and a separate ground wire is used, it is recommended that a qualified electrician determine that the ground path is adequate.
* Do not ground to a gas pipe.
* Check with a qualified electrician if you are not sure the washer is properly grounded.
* Do not have a fuse in the neutral or ground circuit.

### GROUNDING INSTRUCTIONS

**For a grounded, cord-connected washer:**
This washer must be grounded. In the event of a malfunction or breakdown, grounding will reduce the risk of electrical shock by providing a path of least resistance for electric current. This washer is equipped with a cord having an equipment-grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances.

**WARNING:** Improper connection of the equipment-grounding conductor can result in a risk of electric shock. Check with a qualified electrician or serviceman if you are in doubt as to whether the appliance is properly grounded.

Do not modify the plug provided with the appliance – if it will not fit the outlet, have a proper outlet installed by a qualified electrician.

**For a permanently connected washer:**
This washer must be connected to a grounded metal, permanent wiring system, or an equipment grounding conductor must be run with the circuit conductors and connected to the equipment-grounding terminal or lead on the appliance.

ENGLISH

# INSTALLATION INSTRUCTIONS

## Remove Transport System

**⚠WARNING**

**Excessive Weight Hazard**

**Use two or more people to move and install washer.**

**Failure to do so can result in back or other injury.**

**IMPORTANT:** Position the washer so that the rear of the washer is within approximately 3 ft (90 cm) of its final location.

There are 4 bolts in the rear panel of the washer that support the suspension system during transportation. These bolts also retain the power cord inside the washer until the bolts are removed.



1. Using a 13 mm wrench, loosen each of the bolts.

2. Once the bolt is loose, move it to the center of the hole and completely pull out the bolt, including the plastic spacer covering the bolt.



3. Once all 4 bolts are removed, discard the bolts and spacers. Then pull the power cord through the opening of the rear panel and close the hole with the attached cap.
4. Close the bolt holes with the 4 transport bolt hole plugs.

**NOTE:** If the washer is to be transported at a later date, call your local service center. To avoid suspension and structural damage to your washer, it must be properly set up for relocation by a certified technician.

## Connect the Inlet Hoses

Make sure the washer drum is empty.

1. Attach the hose with the red color indicator to the Hot (left) inlet valve. Attaching the red coupling first makes it easier to tighten connection with pliers. Screw on coupling by hand until it is seated on the washer.
2. Attach the hose with the blue color indicator to the Cold (right) water inlet valve. Screw on coupling by hand until it is seated on the washer.




*H.Hot water inlet*
*C.Cold water inlet*

3. Using pliers, check the tightness of the hose couplings already attached to the washer.

   **NOTE:** Do not overtighten. Damage to the coupling can result.
4. Attach hot water hose to the hot water faucet. Screw on coupling by hand until it is seated on the washer.
5. Attach cold water hose to the cold water faucet. Screw on coupling by hand until it is seated on the washer.
6. Using pliers, tighten the couplings with an additional two-thirds turn.



   **NOTE:** Do not overtighten. Damage to the coupling can result.
7. Turn on the water faucets and check for leaks.

   **NOTE:** Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Record hose installation or replacement dates on the hoses for future reference.

   Periodically inspect and replace hoses if bulges, kinks, cuts, wear, or leaks are found.

## Route the Drain Hose

Proper routing of the drain hose protects your floors from damage due to water leakage. Read and follow these instructions.

**Remove drain hose from washer cabinet**

Gently pull the corrugated drain hose from the shipping clips.



**Laundry tub drain or standpipe drain**

Connect the drain hose form to the corrugated drain hose.




*A.Snap either end of the drain hose form to the drain hose at the point where the corrugation begins.*
*B.Bend drain hose over drain hose form and snap into place.*

**To keep drain water from going back into the washer:**

* Do not straighten the drain hose, and do not force excess drain hose into standpipe. Hose should be secure, but loose enough to provide a gap for air.
* Do not lay excess hose on the bottom of the laundry tub.

### Floor drain

You may need additional parts. See Floor drain under "Tools and Parts."

## Secure the Drain Hose

1. Drape the power cord over the washer top.
2. Secure the drain hose to the laundry tub leg or standpipe with the beaded strap provided. (See illustrations A and B.)



A B C

If the washer faucets and the drain standpipe are recessed (see illustration C), put the hooked end of the drain hose in the standpipe. Tightly wrap the beaded strap around the water inlet hoses and the drain hose.

Do not force excess drain hose into the standpipe.

## Level the Washer

Properly leveling your washer avoids excessive noise and vibration.

1. Check the levelness of the washer by placing a level on the top edge of the washer, first side to side, then front to back.



If the washer is against a wall, move the washer out slightly before tipping back. If the washer is not level, first prop the front with a wood block and adjust the feet as necessary; then prop the back and adjust feet as necessary. Repeat this step until washer is level.

2. Make sure that all four feet are stable and resting on the floor. Then check that the washer is perfectly level (use a level).
3. After the washer is level, use a 17 mm open-end wrench to turn the nuts on the feet tightly against the washer cabinet.

   **IMPORTANT:** All four feet must be tightened. If the nuts are not tight against the washer cabinet, the washer may vibrate.

   When you are pushing on the edges of the washing machine top plate, the machine should not move front to back, side to side, or diagonally.
4. Slide the washer to its final location.
5. Confirm the levelness of the washer.

## Complete Installation

1. Check the electrical requirements. Be sure that you have the correct electrical supply and the recommended grounding method. See "Electrical Requirements."
2. Be sure all parts are now installed. If there is an extra part, go back through the steps to see which step was skipped.
3. Be sure you have all of your tools.
4. Dispose of/recycle all packaging materials.
5. Be sure the water faucets are on.
6. Check for leaks around faucets and inlet hoses.

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

7. Plug into a grounded 3 prong outlet.
8. Read "Washer Use."
9. To test and to clean your washer, measure 1/2 the manufacturer's recommended amount of powdered or liquid High Efficiency (HE) detergent for a medium-size load. Pour the detergent into the detergent dispenser. Select NORMAL/ CASUAL, and then select START. Allow the washer to complete one whole cycle.

*Use only HE High Efficiency detergent.*

ENGLISH



W0127512

# FEATURES AND BENEFITS

### Audio Visual Electronic Controls
Flexible electronic controls are easy to use whether you are a beginner or an expert.

### Detergent Advantage System Dispenser
The Smart Dispensers make your washer truly automatic. This washer provides a four-compartment dispenser which includes separate compartments for High Efficiency "HE" detergent, fabric softener, liquid chlorine bleach and oxygen based stain fighters or color-safe bleach. The dispenser can easily be removed for cleaning. Laundry products are dispensed automatically at the proper time during the wash cycle, making it unnecessary for you to return to the washer during the cycle to add them and ensuring that these cleaning products perform their very best.

### Steam Treat
This washer [illegible] built-in steaming unit which is combined with the DEEP CLEAN option to provide multiple temperatures to help remove a variety of stains from garments.

### Oxi / color-safe bleach dispenser
With the Oxi / color-safe bleach dispenser, there is no need to come back and add your oxygen based stain fighter or your color-safe bleach. Delaying the introduction of these products helps remove many stains better.

### Clean Washer cycle with Steam assist
This cycle uses steam to raise the temperature of the unit and makes the washer self-cleaning, flushing the machine's interior free of dirt and other residue. The use of "CLEANOUT" washer cleaner or liquid chlorine bleach with this cycle, will remove and avoid odor-causing residue.

### Auto Water Level
Adjusting to the size of the load, this feature allows the washer to use the minimal amount of water needed to clean and rinse the clothes. With a low water level, you can obtain the same results with smaller amounts of laundry products. Because only the required amount of water is used, the washer saves energy, too.

### Larger Load Size
Since there is no agitator, you can wash larger, bulkier items such as an average size sleeping bag, pillow or a king size bedspread. You are also able to wash more clothes at one time, which means fewer loads.

### Suspension System
To reduce washer "walk" and "off-balance" conditions, your new washer combines:

* 2 Springs to isolate vibration
* 4 Shock absorbers at the washer base to minimize movement

### Stainless Steel Drum
The stainless steel drum eliminates corrosion and enables higher spin speeds for more water extraction, helping to reduce drying time.

### High-Efficiency Wash System
Your new front-loading, high-efficiency washer saves time with fewer, larger loads. It also conserves resources and lowers your water and energy bills.

### Spin Speeds
This washer automatically selects a spin speed based on the cycle selected. This factory setting can be changed, however, with up to six different spin speed choices.

### Thermal Optimizer with Smart Wash Technology
The heating system ensures that the wash water is heated to the preset temperature for Heavy Duty, Whitest Whites, Sanitary, and the Stain Treat option. It also provides Smart Wash Technology with "Stepped Cleaning" when you are using the sanitary cycle or the stain treat option. "Stepped Cleaning" starts the wash cycle with warm water to remove stains.

### Add Clothes
This option is available in all wash cycles except Rinse/Spin, Drain/Spin and Clean Washer. When this option is available at the beginning of the cycle, the Add Clothes status light will illuminate for the first 8 minutes. This washer allows a 8-minute period in which other garments may be added to a load.

### Stain Removal
A concentrated detergent solution is sprayed onto the clothes at the beginning of the cycle to ensure that the detergent comes into contact with the clothes as quickly as possible, helping to remove stains from your clothes without pretreating.

### Dynamic Balance
A precision balancing system that allows the washer to reach spin speeds of up to 1,300 rpm. The washer spins faster so that clothes coming out of the washer will dry faster. In addition, if the Dynamic Balance system detects off-balance loads during spinning, it redistributes the clothes so that they are evenly balanced.

# WASHER USE




## Starting Your Washer

**⚠WARNING**



**Fire Hazard**

**Never place items in the washer that are dampened with gasoline or other flammable fluids.**

**No washer can completely remove oil.**

**Do not dry anything that has ever had any type of oil on it (including cooking oils).**

**Doing so can result in death, explosion, or fire.**

WARNING: To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to specific sections of this manual for more detailed information.

Do not store laundry products on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and, reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only "HE" High Efficiency detergent.*

### First Wash Cycle Without Laundry

Before washing clothes for the first time, if not completed during the final installation step, choose the Normal/Casual cycle and run it without clothes. Use only HE High Efficiency detergent. Use ½ the manufacturer's recommended amount for a medium-size load. This initial cycle serves to ensure the interior is clean before washing clothes.

### For All Wash Cycles

1. Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.
   - The washer can be fully loaded, but not tightly packed. Washer door should close easily.
   - Mix large and small items. Avoid washing a single item. Load evenly.
   - Wash small items such as infant socks in mesh garment bags. It is recommended that more than one garment bag be used and that each garment bag be filled with equal amounts of material.
   - When unloading garments, check under the gray colored seal at the front of the tub for small items.
2. Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.

   NOTES:
   - After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin.
   - The door can be opened only if STOP is selected while the ADD CLOTHES light is glowing or if the cycle has been canceled.
   - See "To cancel a cycle" in "Changing Cycles, Options and Modifiers" section.
3. Open the dispenser drawer and add laundry products to the detergent, bleach, fabric softener, or oxygen based stain fighter/ color-safe bleach compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."

ENGLISH



W0127514

4. Turn on the washer by selecting POWER. Select one of the cycles by turning the cycle selector. The indicator light for the selected cycle will glow green. When you are selecting a wash cycle, the preset modifiers (Soil Level, Wash Temp and Spin Speed) for the cycle, will glow green. Selectable options will glow amber. If an option or modifier is unavailable with the selected cycle, the light will not illuminate. The preset settings provide the recommended fabric care for the selected cycle. The display shows the estimated time remaining. See "Cycles."
5. Select the desired OPTIONS. Not all Options are available with all cycles. See "Options."
6. Select the desired MODIFIERS. Not all Modifiers are available with all Cycles and Options. See "Modifiers."
7. If desired, select the CYCLE SIGNAL. The signal is helpful when you are washing items that should be removed from the washer as soon as it stops. Select LOUD, SOFT or OFF.
8. **To begin the wash cycle immediately**
   Select and hold START (for approximately 1 second).
   - If you do not select START within 5 minutes of choosing a cycle, the washer automatically shuts off.
   - When the wash cycle is complete, the CLOTHES CLEAN status light glows, the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 60 minutes after the cycle is complete and the CLOTHES CLEAN light goes off.
9. **To begin the wash cycle later**
   Select Delay Start until the desired delay time (in hours) shows in the Estimated Time Remaining display. Select START. The countdown to the wash cycle will show in the display window, and the button indicator will blink until the cycle begins.
   **IMPORTANT:** When delaying a cycle, use only powdered detergents in the main wash compartment since liquid detergents may seep out of the compartment during Delay Start, before the wash cycle begins.

## Using the Dispenser

Your new washer has a dispenser drawer with four separate compartments for your laundry products—one is for high efficiency detergent, one is for liquid chlorine bleach, one is for liquid fabric softener and one is for oxygen based stain fighters or color-safe bleach. Laundry products are diluted and dispensed automatically at the proper time during the wash cycle, making it unnecessary for you to return to the washer during the cycle to add them.

It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

Do not put laundry products directly into the wash tub. Always use the proper dispensers when adding laundry products.

### Choosing the Right Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and, reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only "HE" High Efficiency detergent.*

### To fill dispenser compartments

1. Pull out the dispenser drawer.
2. Add the desired laundry product to the proper compartment.
3. Push in the dispenser drawer slowly and completely (to avoid a spill).




**Dispenser**

*A. Detergent type selector*
*B. Oxi / color-safe bleach compartment*
*C. High Efficiency "HE" detergent compartment*
*D. Dispenser release lever*
*E. Chlorine bleach compartment*
*F. Fabric softener compartment*

### Oxi / color-safe bleach compartment

(Letter B in Dispenser Illustration)

Liquid or powdered oxygen based stain fighter / color-safe bleach may be used in this compartment, however powder is recommended for optimal timed release. Add your oxygen based stain fighter / color-safe bleach to this compartment when using the TIMED OXI option. The oxygen based stain fighter / color-safe bleach will automatically be dispensed during the wash cycle if the TIMED OXI option is selected.

### High Efficiency "HE" detergent compartment

(Letters A and C in Dispenser Illustration)

Add liquid or powdered HE detergent to this compartment for your wash cycle. The detergent type selector (A) must always be in the correct position for the detergent type used. Slide the detergent type selector to the correct position.

**IMPORTANT:** If you are using the Delay Start option, powdered detergent should be used in the compartment since liquid detergents may seep out of the compartment, before the wash begins.

* Use the detergent manufacturer's recommended amount for the load size.
* Liquid detergent:




*Selector in position for liquid detergent*

*A. Detergent type selector*

* Powdered detergent:




*Selector in position for powdered detergent*

*A. Detergent type selector*

### Chlorine bleach compartment

(Letter E in Dispenser Illustration)

Add no more than 2/3 cup (160 mL) liquid chlorine bleach to this compartment. The bleach will be automatically diluted and dispensed at the best time during the first rinse after the wash cycle. This compartment cannot dilute powdered bleach.

* Always measure liquid chlorine bleach. Use a measuring cup with a pour spout; do not guess. Follow the manufacturer's directions for proper use.
* Do not fill beyond the "MAX" level.

  **NOTE:** Overfilling could cause garment damage.

### Fabric softener compartment

(Letter F in Dispenser Illustration)

Pour measured liquid fabric softener into the fabric softener dispenser, if desired.

* Do not overfill. The dispenser holds ¼ cup (60 mL) of fabric softener.
* The fabric softener is dispensed in the rinse cycle. If 2nd Rinse is selected, the fabric softener will be dispensed during the 2nd Rinse.
* Do not use fabric softener dispensing balls in this washer. Dispensing balls will not operate correctly with this washer.
* Do not spill or drip any fabric softener onto the clothes.
* At the end of the cycle, a small amount of water may be left in the dispenser. This is normal.

**NOTE:** Use only liquid fabric softener in this dispenser.

## Pausing or Restarting

1. To pause the washer at any time, select STOP.
2. To continue the cycle, select and hold START (for approximately 1 second).

## Changing Cycles, Options and Modifiers

Not all Options and Modifiers are available with all Cycles. Available modifier selections will glow amber. Selectable options will glow amber. If an option or modifier is unavailable with the selected cycle, the light will not illuminate. Once an option or modifier is selected it will glow green. Chosen options or modifiers will glow green.

Cycles, Options and Modifiers can be changed anytime before START is selected.

Options and Modifiers can be changed anytime after START is selected and before the start of the selected Option or Modifier.

### To cancel a cycle and select a new cycle

1. Select STOP twice.
2. Select POWER.
3. Select desired cycle.
4. Select the desired OPTIONS and MODIFIERS. Not all options or modifiers are available to all cycles. See "Laundry Guide."
5. Select and hold START (for approximately 1 second) to restart the washer at the beginning of the new cycle.

### To cancel a cycle

1. Select STOP twice.
2. The washer powers down, the door unlocks, and clothes can be removed.

**NOTE:** If the water level or the temperature is too high, the washer will drain automatically before the door unlocks.

### To change Options or Modifiers after the cycle has started

1. Select STOP once.
2. Select the desired OPTIONS or MODIFIERS. Not all options or modifiers are available to all cycles. See "Laundry Guide."
3. Select and hold START (for approximately 1 second) to continue the cycle.

### To drain the washer manually

1. Select STOP twice to cancel the wash cycle.
2. Select POWER.
3. Select DRAIN & SPIN.
4. Select and hold START (for approximately 1 second) to begin the drain.
5. When the spin is complete, the door unlocks. Items can be removed from the washer.

## Status Lights

These lights show which portion of the cycle the washer is operating. They also indicate when you can add an additional item to the wash cycle and when the controls are locked.




### Adding clothes

This washer allows an 8-minute period in which other garments may be added to the load. You can add items to the washer if the ADD CLOTHES status light is glowing.

**To add items when Add Clothes light is glowing**

1. Select STOP once. The washer door unlocks after a few seconds, and items can be added.
2. To continue the cycle, close the door and select and hold START (for approximately 1 second).

**To add items when Add clothes light is not glowing**

1. You must cancel the current cycle by pressing STOP twice. This will cancel the wash cycle and options. The washer door unlocks, and items can be added.
2. Close the door and select the new cycle and options. Select and hold START (for approximately 1 second).

NOTES:

* When selecting a new cycle do not add additional detergent.
* Adding an item after the "Add Clothes" light is off may not allow for proper cleaning of that item.

### Clothes Clean

When the wash cycle is complete, the CLOTHES CLEAN status light glows, the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 60 minutes after the cycle is complete and the CLOTHES CLEAN light goes off.

### Sanitized

If the "Steam Sanitize" wash temperature was selected, when the wash cycle is complete, the SANITIZED status light glows blue (the CLOTHES CLEAN status light will glow green), the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 60 minutes after the cycle is complete and the SANITIZED light and CLOTHES CLEAN light turn off.

### Locking controls

The Control Lock avoids unintended use of the washer. You can also use the control lock feature to avoid unintended cycle or option changes during a cycle. When CONTROL LOCKED is lit, all buttons are disabled except for STOP and START. You can lock the controls while the washer is operating.

**To lock the controls**
Select and hold CYCLE SIGNAL for 3 seconds after the cycle starts, or when the washer is powered off.




The status light next to the CYCLE SIGNAL button will glow.

**To unlock the controls**
Select and hold CYCLE SIGNAL for 3 seconds until the status light turns off.

**NOTE:** To lock or unlock the controls when the washer is off, press and hold CYCLE SIGNAL for 3 seconds.

### Door Locked

When the status light glows, the door is locked.

### Sensing/Revising Est. Time

The cycle times vary automatically based on your water pressure, water temperature, detergent, and clothes load.

The washer will automatically sense the progress in the cycle and adjust the Estimated Time Remaining display. While the washer is sensing, the estimated time will flash and the Sensing/Revising Est. Time status light will glow. When the sensing is complete, the flashing stops, the status light goes off and the Estimated Time Remaining display is updated.

The cycle time will be extended if oversudsing occurs or the load is unbalanced. The SUD routine removes extra suds and assures proper rinsing of your garments. See "Troubleshooting." During the unbalance routine the time displayed may pause until this activity is complete, then resume with the remainder of the cycle.

## Wash Cycles

Choose Wash Cycles by turning the selector knob. The cycle indicator light will glow when selected. Each cycle is designed for different types of fabric and soil levels. The modifier indicator lights, on the right-hand side of the panel, will change as cycles are selected.




* Each cycle has a preset Soil Level (estimated cycle time), Water Temperature and Spin Speed and may have preset Options. The preset settings provide the recommended fabric care for the selected cycle.
* The preset settings will glow green to show the preselected options and modifiers, and can be changed anytime before START is selected. Not all Options and Modifiers are available with all cycles. Available modifier selections will glow amber. (To change settings after the cycle has started, select STOP once, then select the desired settings. Select and hold START [for approximately 1 second] to continue the cycle.)
* The cycle indicator lights for Normal/Casual, Bulky/Bedding, KidsWear, Heavy Duty and Whitest Whites will glow ~~blue if the Steam Treat option is selected~~.

### Preset cycle settings

Each cycle has a preset Cycle Time, Water Temp, and Spin Speed. The preset settings provide the recommended fabric care for the selected cycle. See chart.

| Cycle | Soil Level (hr:min) | Water Temp (Wash/Rinse) | Spin Speed |
|---|---|---|---|
| **Express Wash** (2-3 items) | Light (0:30) | Warm/Cold | Extra High |
| **Handwash/ Wool** | Normal (0:35) | Cool/Cold | Low |
| **Silk/Ultra Delicate** | Normal (0:35) | Cool/Cold | No spin |
| **Rinse & Spin** | N/A (0:22) | Cool/Cold | Extra High |
| **Drain & Spin** | N/A (0:13) | N/A | Extra High |
| **Clean Washer** | N/A (0:50) | | |
| **Whitest Whites** | Heavy (1:45) | Hot/Cold | Extra High |
| **Heavy Duty** | Heavy (1:35) | Hot/Cold | Extra High |
| **Kids Wear** | Heavy (1:30) | Warm/Cold | Extra High |
| **Bulky/Bedding** | Normal (0:55) | Warm/Cold | Extra Low |
| **Normal/Casual** | Normal (0:50) | Warm/Cold | High |

**To change the preset cycle settings**

Press the selector of each available setting until the desired setting glows green.

## Express Wash

Use this cycle to wash small loads of 2-3 lightly soiled garments that are needed in a hurry. This cycle combines fast-speed tumbling, a shortened wash time, and extra high speed spin to shorten drying time. Large wash loads will result in the machine increasing the wash time.

## Handwash/Wool

Use this cycle to clean washable woolen and special care garments. (Check label instructions to make sure that the garment is washable.) Similar to the way garments are hand washed in a sink, the wash action of this cycle combines periods of extra low tumbling speeds and soaking. Low spin speeds minimize wrinkling.

* Use mesh garment bags as necessary.
* Powdered detergents may not dissolve well in a slow-speed cycle. For best results, use liquid detergent for slow-speed cycles.

## Silk/Ultra Delicate

Use this cycle to clean washable silk and ultra delicate garments. (Check label instructions to make sure that garment is washable.) This cycle gently tumbles and drains without spinning to gently clean garments and minimize wrinkling. Garments will contain a higher amount of water at the end of this cycle, because there is no spinning action.

* Use mesh garment bags to wash undergarments such as underwire bras, items with strings, and small items such as infant socks.
* Powdered detergents may not dissolve well in a slow-speed cycle. For best results, use liquid detergent for slow-speed cycles.

## Rinse & Spin

This is a combined cycle. See below for detailed instructions on each option.

Use this cycle to rinse, drain, and spin your wash load. This cycle combines fast-speed tumbling and high-speed spin. If desired, you can reduce the spin speed by selecting the speed you want from the SPIN SPEED modifier.

**Rinse & Spin is useful for**

* Loads that need rinsing only.
* Adding fabric softener to a load using the fabric softener dispenser.





W0127518

### Drain & Spin

Use this cycle to drain your washer or to drain and spin your wash load. The spin speed is preset to high. If desired, you can reduce the spin speed by selecting the speed you want from the SPIN SPEED modifier.

**NOTE:** Loads of synthetics, delicate fabrics, handwashables, and woolens should be drained with no spin or low spin to avoid fabric stress.

### Clean Washer

Use the Clean Washer cycle once a month to keep the inside of your washer fresh and clean. This cycle uses a higher water level in combination with "CLEANOUT" washer cleaner or as an alternative, liquid chlorine bleach to thoroughly clean the inside of your washing machine. Use this cycle with one "CLEANOUT" tablet in an empty wash drum. This cycle takes approximately 50 minutes to complete and should not be interrupted. See "Cleaning Your Washer."

**IMPORTANT:** Do not place garments or other items in the washer during the Clean Washer cycle. Use this cycle with an empty wash drum.

### Whitest Whites

This cycle is especially designed for cleaning loads of soiled white fabrics with the addition of bleach. Hot washing temperatures assure optimal bleach activity. An additional rinse provides optimal rinse performance to avoid chlorine residues on your laundry. This cycle combines fast-speed tumbling, longer wash time, and extra high speed spin to shorten drying time.

### Heavy Duty

Use this cycle to wash loads of sturdy, colorfast fabrics and heavily soiled garments. This cycle combines fast-speed tumbling, longer wash time, and extra high speed spin to shorten drying times. If the water temperature is lower than needed for this cycle, the heater will warm the water to the optimum temperature.

### KidsWear

This cycle is specifically designed to clean and thoroughly rinse children's clothing. The Skincare Rinse II with extra water provides optimal rinse performance to minimize detergent residue. This cycle combines fast-speed tumbling and extra high spin speeds to shorten drying time.

### Bulky/Bedding

Use this cycle to wash large items such as blankets and comforters. This cycle starts with a soak to thoroughly saturate your large load. This is followed by medium wash action and extra low spin speeds to maintain load balance.

### Normal/Casual

Use this cycle to wash loads of no-iron fabrics such as sport shirts, blouses, casual business clothes, permanent press blends, cottons and linens, and synthetic fabrics. This cycle combines medium-speed tumbling, high-speed spin, and a load cooling process to reduce wrinkling.

**NOTE:** For the best energy performance, use the Normal/Casual Cycle.

## Normal Washer Sounds

As with any new product, you will hear sounds that you are not accustomed to. You may hear various sounds when the door is locked or unlocked, and during the washing, rinsing, or spinning process. Between changes in wash actions, there will be momentary pauses. You will hear water spraying and splashing during the wash and rinse cycles. These new sounds and pauses are part of normal washer operation. (See "Troubleshooting.")

## Options

You can customize your wash by adding options to your cycle selections. You can add or change an option after starting a cycle anytime before the selected option begins. Not all Options are available with all cycles. Current selections will glow green. If an option is unavailable with a selected cycle, the light will not illuminate.




- See the "Laundry Guide" section for an overview of possible options for each Wash Cycle selection.
- You can select more than one option for a cycle. Some options cannot be added to some cycles. For example, Steam Treat cannot be added to the Express Wash cycle.
- If an option is unavailable with a selected cycle, there will be 3 short tones, and the light for that option will not glow when selected.

### My Cycle

My Cycle allows you to store a customized wash cycle for future use.

**To Customize a Wash Cycle:**

1. Select a cycle.
2. Select the desired OPTIONS.
3. Select the desired MODIFIERS.
4. To save the cycle press and hold MY CYCLE (approximately 3 seconds) until a beep sounds and the letters "SET" are displayed on your machine.
5. Press START.
6. To reuse this cycle at another time, select MY CYCLE and press START.

## Steam Treat

Use this option for heavily soiled loads that need improved stain treatment, loads with multiple types of stains, or loads you suspect as having stains, but are afraid may have been missed (no sorting or searching for stains). When Steam Treat is selected, the water temperature of the selected wash cycle is automatically set to warm. The water will then be slowly heated to a hot water temperature along with steam to aid in stain removal. This option will provide optimal removal of organic stains such as blood and grass as well as temperature-sensitive oil and makeup stains.

## Oxy Dose

Use this option when using an oxygen based stain fighter or color-safe bleach in the dispenser. Selecting this option will delay the addition of these products into the wash cycle and improve their effectiveness.

* Add using the "Timed Oxi" section of the dispenser drawer.

## Autosoak

Use the Autosoak option to remove small spots or stains on fabrics. This option provides up to a 30-minute soak time prior to the start of the selected cycle.

**Using the Autosoak option:** The Autosoak option provides a soak time with warm or cold water followed by drain.

1. Add detergent only to the Prewash compartment of the dispenser drawer. (See "Using the Dispenser.")
2. Select desired cycle.
3. Choose the desired temperature.
4. Select Autosoak. When selected, the button indicator will glow green.
5. Select and hold START (approximately 1 second).

## 2nd Rinse

A second rinse can be used to aid in the removal of detergent or bleach residue from garments. This option provides an additional rinse with the same water temperature as the normal rinse. This is the default rinse setting for the Whitest Whites cycle. When 2nd Rinse is selected, the top half of the button indicator light will glow green.

## SkinCare Rinse II

This option provides the best rinse level, to allow for even better detergent removal. Press the 2nd Rinse/Skincare Rinse II button twice to select this option. When Skincare Rinse II is selected, the bottom half of the button indicator light will glow green.

## Button Sounds

Button sounds are used to notify you of what has been selected or to let you know when something is not available. Button sounds may be turned on or off by selecting BUTTON SOUNDS.

## Save Energy Plus

The Save Energy Plus option allows you to increase your energy savings on the higher temperature cycles (Whitest Whites and Heavy Duty) while maintaining cleaning performance by lengthening the wash time by only 10 minutes.

## Delay Start

To begin the wash cycle later, select DELAY START until the desired delay time (in hours) shows in the Estimated Time Remaining display, and then select START. The countdown to the wash cycle will show in the display window, and the button indicator will blink until the cycle begins.

**IMPORTANT:** When delaying a cycle, use only powdered detergents in the high efficiency "HE" detergent compartment since liquid detergents may seep out of the compartment during DELAY START, before the wash cycle begins.

## Cycle Signal

This signal is helpful when you are removing items from the washer as soon as it stops. Select Loud, Soft or Off.

# Modifiers

Preset cycle settings of Water Temperature, Spin Speed, and Rinse Options can be changed. You can change a modifier after starting a cycle anytime before the selected Modifier begins. Not all Modifiers are available with all options and cycles. Available modifier settings will glow amber. Current selections will glow green. If an option is unavailable with a selected cycle, the light will not illuminate.




* To change cycle time, select SOIL LEVEL button.
* To change the water temperature, select the WASH TEMP button until the desired setting glows green.
* To change the spin speed, select the SPIN SPEED button until the desired setting glows green.

ENGLISH

## Wash Temp

Select a water temperature based on the type of load you are washing. Use the warmest wash water safe for fabrics. Follow garment label instructions.

Warm rinses leave the loads dryer than cold rinses. Warm rinses increase wrinkling. In cold climates, a warm rinse makes the load more comfortable to handle. Cold rinses save energy.

* The Steam Sanitize temperature provides an extra high temperature to remove 99.9% of certain bacteria. It is recommended that you set your hot water heater to 120°F (49°C) to ensure proper performance during this cycle.
* In wash water temperatures colder than 60°F (15.6°C), detergents do not dissolve well. Soils may be difficult to remove.

## Auto Temp Control

ATC (Auto Temp Control) electronically senses and maintains a uniform water temperature. ATC regulates incoming hot and cold water. The ATC is automatically turned on when a cycle is selected. (See "Preset Cycle Settings" in "Cycles.")

* ATC works for the wash temperature with Steam Sanitize, Hot, Warm, and Cool settings.
* The Cold wash temperature depends on the cold water at your faucet.
* ATC works for the rinse temperature where the wash temp setting is marked with an asterisk, such as Warm*. All other rinse temperatures are cold.

# Laundry Guide

Refer to this chart for suggested load types and their corresponding cycles. Listed to the right are the options available to each of these washer cycles.

| CYCLE | SUGGESTED LOAD TYPE | AVAILABLE OPTIONS | | | | | |
|---|---|---|---|---|---|---|---|
| | | Delay Start | Steam Treat | Oxy Dose | Autosoak | Save Energy Plus | 2nd Rinse/ Skincare Rinse II |
| Express Wash | Small loads of 2-3 lightly soiled cotton, polyester, nylon, and cotton blends. | * | | | | | * |
| Handwash/ Wool | Woolens with a felt-free finish and special-care items identified as machine washable. | * | | | | | * |
| Silk/Ultra Delicate | Silk or Ultra Delicate fabrics identified as machine washable. | * | | | | | * |
| Rinse & Spin | All loads | * | | | | | |
| Drain & Spin | All loads | * | | | | | |
| Clean Washer | No Clothes, use "CLEANOUT" tablet or liquid chlorine bleach | | | | | | |
| Whitest Whites | Soiled white fabrics | * | * | * | * | * | * |
| Heavy Duty | Heavily soiled underwear, towels, shirts, etc., made of cotton | * | * | * | * | * | * |
| Kids Wear | Children's clothing or any fabric that requires extra rinsing | * | * | * | * | | * |
| Bulky/Bedding | Normally soiled blankets and comforters | * | | * | * | | * |
| Normal/Casual | Normally soiled blouses, shirts, overalls, etc., made of polyester, nylon, cotton, linen, or cotton blends | * | * | * | * | | * |

*Soak cannot be selected at the same time.

# LAUNDRY TIPS

## Preparing clothes for washing

Follow these recommendations to help you prolong the life of your garments.

* Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

* Close zippers, snaps, and hooks to avoid snagging other items. Remove pins, buckles, and other hard objects to avoid scratching the washer interior. Remove non-washable trim and ornaments.
* Empty pockets and turn them inside-out.
* Turn down cuffs; brush away lint and dirt.
* Turn wool and synthetic knits inside-out to avoid pilling.
* Tie strings and sashes so they will not tangle.
* Mend tears, loose hems, and seams.
* Treat spots and stains.
* Stained or wet garments should be washed promptly for best results.
* Mix large and small items, avoid washing single items, and load evenly.
* Wash small items, such as infant socks, in a mesh garment bag. To create a balanced load it is recommended that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

  **NOTE:** If you are washing only small items, it is recommended that more than one mesh garment bag be used, and that each garment bag be filled with equal amounts of material.

## Sorting

* Separate heavily soiled items from lightly soiled ones, even if they would normally be washed together. Separate lint-givers (towels, chenille) from lint-takers (corduroy, synthetics, permanent press). When possible, turn lint-givers inside-out.
* Separate dark colors from light colors, colorfast items from noncolorfast items.
* Sort by fabric and construction (sturdy cottons, knits, delicate items).

## Unloading

* Remove clothes from washer after the cycle is completed. Metal objects such as zippers, snaps, and buckles may rust if left in the washer basket for a long time.
* When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

# Loading

## Loading suggestions

| | |
|---|---|
| **Heavy Work Clothes** | |
| 4 jeans<br>4 workpants<br>4 workshirts | 2 sweatpants<br>2 sweatshirts |
| **Towels** | |
| 10 bath towels<br>10 hand towels | 14 washcloths |
| **Mixed Load** | |
| 3 sheets (1 king, 2 twin)<br>4 pillowcases<br>3 shirts<br>3 blouses | 9 T-shirts<br>9 shorts<br>10 handkerchiefs |
| **Delicates** | |
| 3 camisoles<br>4 slips<br>4 panties | 2 bras<br>2 nighties |
| **EXPRESS WASH cycle**<br>(2-3 garments) | |
| 2 dresss hirts | 1p aird ressp ants |

# WASHER CARE

## Cleaning Your Washer

The Washer Maintenance Procedure should be performed on a monthly basis.

### Cleaning the door seal

1. Open the washer door and remove any clothing or items from the washer.
2. Inspect the gray colored seal between the door opening and the basket for stained areas. Pull back the seal to inspect areas under the seal. Remove any foreign objects.




*A. Seal*

3. If stained areas are found, wipe down these areas of the seals, using the procedure that follows.
   a) Mix a dilute solution, using 3/4 cup (177.4 mL) of liquid chlorine bleach, and 1 gal. (3.8 L) of warm tap water.
   b) Wipe the seal area with the dilute solution, using a damp cloth.
   c) Let stand 5 minutes.
   d) Wipe down area thoroughly with a dry cloth and let the washer interior air dry with door open.

**IMPORTANT:**

- Wear rubber gloves when cleaning for prolonged periods.
- Refer to the bleach manufacturer's instructions for proper use.

### Washer Maintenance Procedure

This washer has a special cycle that uses higher water volumes in combination with "CLEANOUT" washer cleaner or liquid chlorine bleach to thoroughly clean the inside of the washer.

**NOTES:**

- Read these instructions completely before beginning the cleaning process.
- If necessary, the cleaning cycle may be interrupted by pressing the STOP button. However, this will not immediately stop the cycle. The machine will display "int" (interrupt) and continue with several rinse and drain steps to ensure that all remaining bleach is rinsed from the washer.

**Begin procedure**

1. Open the washer door and remove any clothing or items from the washer.

**If using "CLEANOUT" washer cleaner:**
Add one "CLEANOUT" tablet to the washer drum.

2. Close the washer door.

**If using liquid chlorine bleach:**

3. Open the dispenser drawer and immediately add 2/3 cup (160 mL) of liquid chlorine bleach to the bleach compartment.
   **NOTE:** Do not add any detergent to this cycle. Use of more than 2/3 cup (160 mL) of bleach will cause product damage over time.
4. Select the CLEAN WASHER cycle.
5. Press START.
   **NOTE:** The basket will rotate, then the door will unlock, lock again, and then the cycle will continue.
   - The machine will not fill, but the basket will rotate while the washer runs a short sensing cycle. This will take approximately 3 minutes.
6. The cycle will determine whether clothing or other items are in the washer.
   a) If no items are detected in the washer, it will proceed to Step 8.
   b) If any items are detected in the washer, "rL" or "F-34" will be displayed, and the WASH and CONTROLS LOCKED lights will remain lit. The door will unlock.
      - Press STOP to cancel the failure code. Then repeat steps 1, 2 and 6 to start the cycle again.
7. Once the cycle has begun, allow the cycle to complete.
8. After the cycle is complete, leave the door open slightly, to allow for better ventilation and drying of washer interior.

**Always do the following to maintain washer freshness**

* Use only HE High Efficiency detergent.
* Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.
* Repeat the cleaning procedure monthly.
* If the procedure does not sufficiently improve the machine freshness, evaluate your installation and usage conditions for other causes.

### Cleaning the exterior

Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your washer to keep it looking new. Use mild soap and water. Do not use abrasive products.

### Cleaning the dispenser drawer

The dispenser drawer is removable for easy cleaning.

1. Unlock the dispenser drawer by pressing the Release Lever in the Oxygen based stain fighter / color-safe bleach compartment. See "Using the Dispenser." Remove the drawer.
2. Remove the inserts (the siphon from the softener and bleach compartments and the selector).
3. Wash the parts under running water.
4. Replace the inserts and return the dispenser to the drawer.

## Water Inlet Hoses

Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage, and Moving Care

Install and store your washer where it will not freeze. Because some water may stay in the hoses, freezing can damage your washer. If storing or moving your washer during freezing weather, winterize it.

**Non-use or vacation care:**

Operate your washer only when you are at home. If you will be on vacation or not using your washer for an extended period of time, you should:

* Unplug washer or disconnect power.
* Turn off the water supply to the washer. This helps avoid unintended flooding (due to a water pressure surge) while you are away.
* Slightly open door to provide ventilation.

**To winterize washer:**

1. Put 1 qt (1 L) of R.V.-type antifreeze in the drum.
2. Run washer on a Drain & Spin cycle.
3. Unplug washer or disconnect power.
4. Shut off both water faucets.
5. Disconnect water inlet hoses from faucets and drain.

**To use washer again:**

1. Flush water pipes. Reconnect water inlet hoses to faucets. Turn on both water faucets.

**⚠WARNING**



Electrical Shock Hazard

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

2. Plug in washer or reconnect power.
3. Run the washer through the Normal/Casual cycle with ½ the manufacturer's recommended amount of HE detergent for a medium-size load, to clean the washer and remove the antifreeze, if used.

**To transport the washer:**

1. If washer will be moved during freezing weather, put in 1 qt (1 L) of R.V.-type antifreeze in the drum. Run washer on a Drain & Spin cycle.
2. Unplug the power cord.
3. Disconnect the drain hose from the drain system and attach to rear panel clips.
4. Shut off both water faucets.
5. Disconnect the water inlet hoses from faucets, then drain the hoses and clip them to the rear panel of the washer.

**IMPORTANT:** Call for service. Do not reuse transport bolts. Washer must be transported in the upright position. To avoid suspension and structural damage to your washer, it must be properly set up for relocation by a certified technician.

**Reinstalling the washer**

1. Follow the "Installation Instructions" to locate, level and connect the washer.
2. Run the washer through the Normal/Casual cycle with ½ the manufacturer's recommended amount of HE detergent for a medium-size load, to clean the washer and remove the antifreeze, if used.

# TROUBLESHOOTING

**First try the solutions suggested here to possibly avoid the cost of a service call...**

## Washer displaying code message and tone sounds

- **"F20" (Water Inlet Problem—no water or insufficient water supply)**
  Select STOP twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Are water faucets completely turned on?

  Are screens at inlet hose connection to washer clogged?

  Are water inlet hoses kinked?

  Are water inlet hoses frozen?

  Plug in washer or reconnect power. Re-select cycle and press START. If the problem remains, call for service.
- **"F21" (Drain Problem)**
  Select STOP twice to cancel the cycle. Unplug washer or disconnect power.

  **Check the following:**
  Is the drain hose kinked?

  Is the drain hose frozen?

  Is the drain hose clogged?

  Is the drain hose more than 96" (2.4 m) above the floor?

  Plug in washer or reconnect power. Re-select cycle and press START. If the problem remains, call for service.
- **"SUD" (Suds Routine)**
  When excessive suds are detected, a suds routine automatically starts. This routine removes extra suds and assures proper rinsing of your garments. "SUD" is displayed during rinsing and at the end of the cycle to inform you that Suds Routine was activated. Use only HE (High Efficiency) detergents.
- **"F22" (Front door lock)**
  Select STOP twice to cancel the cycle.

  Is the washer door firmly shut?
  The door must be completely closed for the washer to operate. The door may look closed, but may not be latched. Open the door and close firmly.

  Were you washing a large load?
  Before you close the washer door, check for laundry items sticking out beyond the door opening. Leave enough space in the washer to allow the clothes to tumble freely. An overloaded basket may keep the door from shutting completely. Reduce your load size if needed.

  Press POWER, re-select cycle and press START.
- **"F" Codes other than F20, F21 and F22**
  Select STOP twice to cancel the cycle. Select DRAIN & SPIN if there is excessive water in the washer.

  Re-select cycle and press START. If the problem remains, call for service.

## Washer won't start

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is the washer door firmly shut?

  Has a cycle been selected, but START has not been selected and held for 1 second?

  Was the door open after completion of last cycle?

## Washer won't fill, wash or rinse

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug? Check electrical source or call electrician.

  Are the hot and cold water faucets turned on?

  Is the water inlet hose kinked?

  Are the water inlet valve screens clogged?
  Turn off the water and remove inlet hoses from the washer. Remove any accumulated film or particles. Reinstall hoses, turn water on and check for leaks.

## Washer stops

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug?
  Check electrical source or call electrician.

  Has a household fuse blown, or has a circuit breaker tripped?
  Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

  Are you using an extension cord?
  Do not use an extension cord.

## Washer won't drain or spin

- **Is the drain hose clogged, or the end of the drain hose more than 96" (2.4 m) above the floor?**
- **Is your voltage low?**
  Check electrical source or call electrician. Do not use an extension cord.
- **Is the "SUD" routine active?**
  Cycle will complete once extra suds are removed.
- **Is the load balanced?**
  A single or bulky item may cause imbalance. Add more items or redistribute the load.

## Washer makes noise or vibrates

- **Is the washer level?**
  The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.

  As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.
- **Are you washing items with metal snaps, buckles or zippers?**
  You may hear metal items touching the washer drum. This is normal.
- **Is washer installed on a sturdy and solid floor?**
  Refer to the "Installation Instructions" for flooring requirements. Noise and vibration may be reduced by placing a piece of ¾" (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

## Water near washer

Check household plumbing for leaks.

## Dispensers clogged or leaking

- **Are the laundry products in the correct dispenser compartment?**
  Add the correct amounts of detergent, fabric softener or liquid chlorine bleach to the correct compartments. Add powdered or liquid color-safe bleach to the Main Wash compartment. Be sure to match powdered color-safe bleach with powdered detergent or match liquid color-safe bleach with liquid detergent.
- **Is the detergent type separator in the correct position?**
  Separator should be in the lowered position when using liquid detergent and in the upper position when using powdered detergent.

## Washer odor

- **See "Cleaning Your Washer."**
- **Are you using "CLEANOUT" on a regular basis?**
  "CLEANOUT" washer cleaner removes and avoids odor-causing residue in all High Efficiency washers. For washers where odor is present, use 3 tablets instead of 1 tablet. After the CLEAN WASHER cycle is complete, wipe away residue if necessary.
- **Are you using HE detergent?**
  Use of non-HE detergent can cause a film residue which can result in odor.
- **Did you leave the door open after use?**
  This washer has a tight seal to avoid water leaks. To avoid odors leave the door open to allow the washer to dry between uses.

## Load too wet

- **Did you use the right cycle for the load being washed?**
  Select a cycle with a higher spin speed.
- **Did you wash a single item or bulky items or have you overloaded the washer?**
  A single item, bulky items, or overloading may cause imbalance. Add items or try to evenly distribute your wet laundry in the drum, and start a Drain & Spin cycle. If the laundry is still wet, take half of the load out of the washer and try again.

## Residue or lint on load

- **Did you add detergent to the dispenser?**
  For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.
- **Did you sort properly?**
  Sort lint givers (towels, chenille) from lint takers (corduroy, synthetics). Also sort by color.
- **Did you overload the washer?**
  Do not overload the washer. The washer can be fully loaded, but not tightly packed. The wash load must be balanced. Lint can be trapped in the load if overloaded.
- **Check the following:**
  Was paper or tissue left in pockets?
- **Did you use enough HE detergent?**
  Use enough detergent to remove lint and hold it in suspension. Use only HE detergent. Follow the manufacturer's instructions to determine the amount of detergent to use.
- **Is your water colder than 60°F (15.6°C)?**
  Wash water colder than 60°F (15.6°C) may not completely dissolve the detergent.
- **Are you using a low speed wash cycle?**
  Powdered detergents may not dissolve well in a slow-speed cycle. For best results, use liquid detergent for slow-speed cycles such as Handwash/Wool and Silk/Ultra Delicate.

## Stains on load

* **Did you add detergent to the dispenser?**
  For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.
* **Did you use enough HE detergent?**
  Use enough detergent to remove soil and hold it in suspension. Use only HE detergent. Follow the manufacturer's instructions to determine the amount of detergent to use.
* **Is there above average iron (rust) in water?**
  You may need to install an iron filter.
* **Did you properly sort the load?**
  Sort dark clothes from whites and lights.
* **Did you unload the washer promptly?**
  To avoid the transfer of dye, unload the washer as soon as it stops.
* **Did you use a fabric softener dispensing ball?**
  Dispensing balls will not operate correctly with this washer. Add liquid fabric softener to the fabric softener compartment.
* **Did you use powdered detergent in a low-speed cycle?**
  Consider using liquid detergent.
* **Did you use Express Wash on a large load?**
  For best results, use Express Wash for small, lightly soiled loads.

## Load is wrinkled

* **Did you unload the washer promptly?**
  Unload the washer as soon as it stops.
* **Did you use the right cycle for the load being washed?**
  Use the Silk/Ultra Delicate cycle or another cycle with a low spin speed to reduce wrinkling.
* **Did you overload the washer?**
  The wash load must be balanced and not overloaded. Loads should tumble freely during washing.

## Gray whites, dingy colors

* **Did you properly sort the load?**
  The transfer of dye can occur when mixing whites and colors in a load. Sort dark clothes from whites and lights.
* **Was the wash temperature too low?**
  Use hot or warm washes if safe for the fabric load. Make sure your hot water system is adequate to provide a hot water wash.
* **Did you use enough detergent, or do you have hard water?**
  Use more detergent for washing heavy soils in cold or hard water.

## Cycle too long

* **Did you choose the Steam Treat option?**
  In this case, the heater and steamer will be activated to provide maximum cleaning performance. Additional time will be added to the regular cycle to heat the water. This additional time will depend on the load size and the hot water inlet temperature.
* **Is "SUD" shown in the display?**
  Excessive sudsing has been detected and a suds routine has been started to reduce excessive suds. This routine will add time to the original cycle.
* **Did the load cause imbalance?**
  When too much imbalance occurs, an imbalance routine will start to redistribute the load. During the imbalance routine the time displayed may pause until this activity is complete, then resume with the remainder of the cycle.
* **Did you wash a large load on the Express Cycle?**
  The Express Cycle is designed for smaller load sizes (2-3 items) of lightly soiled garments. If larger loads are washed in this cycle, wash time will be increased.
* **Did you wash a large load in a gentle or Delicate cycle?**
  When using the Express wash, Handwash/Wool, or Silk/Ultra Delicate wash cycles you should use small loads. This ensures a gentle wash for your garments without increasing cycle times.

## Door locked at end of wash cycle

* **Did all of the water drain out of the washer during the spin?**
  Select DRAIN & SPIN to remove any water remaining in the washer. The washer door will unlock at the end of the drain.


© 2007



Whirlpool®

duet®

# FRONT-LOADING AUTOMATIC WASHER

## Use & Care Guide

For questions about features, operation/performance, parts, accessories or service call: **1-800-253-1301**

In Canada, call: **1-800-807-6777**

or visit our website at
**www.whirlpool.com** or **www.whirlpool.ca**

# LAVADORA AUTOMÁTICA DE CARGA FRONTAL

## Manual de uso y cuidado

Si tiene preguntas respecto a las características, funcionamiento, rendimiento, partes, accesorios o servicio técnico, llame al:
**1-800-253-1301**

En Canadá, llame al: **1-800-807-6777**

o visite nuestro sitio web en
**www.whirlpool.com** o **www.whirlpool.ca**

# LAVEUSE AUTOMATIQUE À CHARGEMENT FRONTAL

## Guide d'utilisation et d'entretien

Au Canada, pour assistance, installation ou service, composez le :
**1-800-807-6777**

ou visitez notre site internet à
**www.whirlpool.ca**

Table of Contents/Índice/Table des matières....... 2

Designed to use only HE High Efficiency Detergent

Diseñada para utilizar solamente detergente de alto rendimiento

Conçue pour l'utilisation d'un détergent haute efficacité seulement

ENERGY STAR

461970235721
8183052

W0157932

# TABLE OF CONTENTS


**INSTALLATION REQUIREMENTS** ....4
Tools and Parts ....4
Options ....4
Location Requirements ....5
Drain System ....6
Electrical Requirements ....7
**INSTALLATION INSTRUCTIONS** ....7
Remove Transport System ....7
Connect the Inlet Hoses ....8
Route the Drain Hose ....8
Secure the Drain Hose ....9
Level the Washer ....9
Complete Installation ....9
**FEATURES AND BENEFITS** ....10
**WASHER USE** ....11
Starting Your Washer ....11
Using the Proper Detergent ....11
Using the Dispenser ....12
Pausing or Restarting ....13
Changing Cycles, Options and Modifiers ....13
Status Lights ....13
Cycles ....14
Normal Washer Sounds ....16
Options ....16
Modifiers ....17
Laundry Guide ....17
**LAUNDRY TIPS** ....18
Loading ....18
**WASHER CARE** ....19
Cleaning Your Washer ....19
Water Inlet Hoses ....20
Vacation, Storage, and Moving Care ....20
**TROUBLESHOOTING** ....21
**ASSISTANCE OR SERVICE** ....24
**WARRANTY** ....25


# ÍNDICE


**SEGURIDAD DE LA LAVADORA** ....26
**REQUISITOS DE INSTALACIÓN** ....27
Piezas y herramientas ....27
Opciones ....27
Requisitos de ubicación ....28
Sistema de desagüe ....29
Requisitos eléctricos ....30
**INSTRUCCIONES DE INSTALACIÓN** ....30
Eliminación del sistema protector de transporte ....30
Conexión de las mangueras de entrada ....31
Tendido de la manguera de desagüe ....31
Fijación de la manguera de desagüe ....32
Nivelación de la lavadora ....32
Complete la instalación ....32
**CARACTERÍSTICAS Y BENEFICIOS** ....33
**USO DE LA LAVADORA** ....34
Puesta en marcha de la lavadora ....34
Uso del detergente adecuado ....34
Uso del depósito ....35
Pausa o reanudación de la marcha ....37
Cambio de ciclos, opciones y modificadores ....37
Luces de estado ....37
Ciclos ....38
Sonidos normales de la lavadora ....40
Opciones ....40
Modificadores ....41
Guía para el lavado ....42
**CONSEJOS DE LAVANDERÍA** ....43
Cómo cargar ....43
**CUIDADO DE LA LAVADORA** ....44
Cómo limpiar su lavadora ....44
Mangueras de entrada de agua ....45
Cuidado para las vacaciones, el almacenaje o en caso de mudanza ....45
**SOLUCIÓN DE PROBLEMAS** ....46
**AYUDA O SERVICIO TÉCNICO** ....49
**GARANTÍA** ....50


# TABLE DES MATIÈRES


**SÉCURITÉ DE LA LAVEUSE** ....51
**EXIGENCES D'INSTALLATION** ....52
Outillage et pièces ....52
Options ....52
Exigences d'emplacement ....53
Système de vidange ....54
Spécifications électriques ....55
**INSTRUCTIONS D'INSTALLATION** ....55
Élimination des accessoires de transport ....55
Raccordement des tuyaux d'alimentation ....56
Acheminement du tuyau de vidange ....56
Immobilisation du tuyau de vidange ....57
Réglage de l'aplomb de la laveuse ....57
Achever l'installation ....57
**CARACTÉRISTIQUES ET AVANTAGES** ....58
**UTILISATION DE LA LAVEUSE** ....59
Mise en marche de la laveuse ....59
Utilisation du détergent approprié ....59
Utilisation du distributeur ....60
Pause ou remise en marche ....62
Changement des programmes, options et modificateurs ....62
Témoins lumineux ....62
Programmes ....63
Sons normaux émis par la laveuse ....65
Options ....65
Modificateurs ....66
Guide de lessivage ....67
**CONSEILS DE LESSIVAGE** ....68
Chargement ....68
**ENTRETIEN DE LA LAVEUSE** ....69
Nettoyage de la laveuse ....69
Tuyaux d'arrivée d'eau ....70
Précautions à prendre avant les vacances, un entreposage ou un déménagement ....70
**DÉPANNAGE** ....71
**ASSISTANCE OU SERVICE** ....74
**GARANTIE** ....75


Whirlpool Home Appliances JUST IMAGINE
Whirlpool Electrodomésticos TODO LO QUE IMAGINAS
Whirlpool Appareils Électroménagers IMAGINEZ



W0157933

# WASHER SAFETY

## Your safety and the safety of others are very important.

We have provided many important safety messages in this manual and on your appliance. Always read and obey all safety messages.

This is the safety alert symbol.

This symbol alerts you to potential hazards that can kill or hurt you and others.

All safety messages will follow the safety alert symbol and either the word "DANGER" or "WARNING." These words mean:

**DANGER** — **You can be killed or seriously injured if you don't immediately follow instructions.**

**WARNING** — **You can be killed or seriously injured if you don't follow instructions.**

All safety messages will tell you what the potential hazard is, tell you how to reduce the chance of injury, and tell you what can happen if the instructions are not followed.

## IMPORTANT SAFETY INSTRUCTIONS

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons when using the washer, follow basic precautions, including the following:

- Read all instructions before using the washer.
- Do not wash articles that have been previously cleaned in, washed in, soaked in, or spotted with gasoline, dry-cleaning solvents, other flammable, or explosive substances as they give off vapors that could ignite or explode.
- Do not add gasoline, dry-cleaning solvents, or other flammable, or explosive substances to the wash water. These substances give off vapors that could ignite or explode.
- Under certain conditions, hydrogen gas may be produced in a hot water system that has not been used for 2 weeks or more. HYDROGEN GAS IS EXPLOSIVE. If the hot water system has not been used for such a period, before using the washing machine, turn on all hot water faucets and let the water flow from each for several minutes. This will release any accumulated hydrogen gas. As the gas is flammable, do not smoke or use an open flame during this time.
- Do not allow children to play on or in the washer. Close supervision of children is necessary when the washer is used near children.
- Before the washer is removed from service or discarded, remove the door or lid.
- Do not reach into the washer if the drum, tub or agitator is moving.
- Do not install or store the washer where it will be exposed to the weather.
- Do not tamper with controls.
- Do not repair or replace any part of the washer or attempt any servicing unless specifically recommended in this manual or in published user-repair instructions that you understand and have the skills to carry out.
- See "Electrical Requirements" for grounding instructions.

## SAVE THESE INSTRUCTIONS

# INSTALLATION REQUIREMENTS

## Tools and Parts

Gather the required tools and parts before starting installation. The parts supplied are in the washer drum.

### Tools needed for connecting the water inlet hoses

- Pliers (that open to 1 / " [39.5 mm])
- Flashlight (optional)

### Tools needed for installation

- Open end wrenches 17 mm and 13 mm
- Level
- Wood block
- Ruler or measuring tape

**Parts supplied:**




*A. Drain hose form*
*B. Inlet hose (2)*
*C. Inlet hose washer (4)*
*D. Transport bolt hole plug (4)*
*E. Beaded strap*

### Alternate Parts

Your installation may require additional parts. If you are interested in purchasing one of the items listed here, call the toll-free number on the cover or in the "Assistance or Service" section.

| If You Have | You Will Need to Buy |
|---|---|
| Laundry tub or standpipe taller than 96" (2.4 m) | Sump pump system (if not already available) |
| Overhead sewer | Standard 20 gal. (76 L), 30" (76.2 cm) tall drain tub or utility sink and sump pump (available from local plumbing suppliers) |
| Floor drain | Siphon break, Part Number 285834; additional drain hose Part Number 8318155; and connector kit, Part Number 285835 |
| Drain hose too short | 4 ft (1.2 m) drain hose extension kit, Part Number 285863 |
| Water faucets beyond reach of fill hoses | 2 longer water fill hoses: 6 ft (1.8 m) Part Number 76314, 10 ft (3.0 m) Part Number 350008 |

## Options

### Pedestal

You have the option of purchasing pedestals of different heights separately for this washer. You may select a 10" (25.4 cm) or a 15.5" (39.4 cm) pedestal. These pedestals will add to the total height of the washer for a total height of approximately 48" (121.9 cm) or 53.5" (135.9 cm), respectively.




*A. 10" (25.4 cm) pedestal*
*B. 15.5" (39.4 cm) pedestal*

To order, call the dealer from whom you purchased your washer or refer to the "Assistance or Service" section of this manual.

| Pedestal Height | Color | Part Number |
|---|---|---|
| 10" (25.4 cm) | White | WHP1000SQ |
| 10" (25.4 cm) | Biscuit | WHP1000ST |
| 10" (25.4 cm) | Black | WHP1000SB |
| 10" (25.4 cm) | Diamond Dust (Silver) | WHP1000SU |
| 15.5" (39.4 cm) | White | WHP1500SQ |
| 15.5" (39.4 cm) | Biscuit | WHP1500ST |
| 15.5" (39.4 cm) | Black | WHP1500SB |
| 15.5" (39.4 cm) | Diamond Dust (Silver) | WHP1500SU |

### Stack Kit

Are you planning to stack your washer and dryer? To do so you will need to purchase a Stack Kit.

To order, call the dealer from whom you purchased your dryer or refer to the "Assistance or Service" section of this manual. Ask for Part Number 8541503.

# Location Requirements

Selecting the proper location for your washer improves performance and minimizes noise and possible washer "walk."

Your washer can be installed under a custom counter, or in a basement, laundry room, closet, or recessed area. See "Drain System."

Companion appliance location requirements should also be considered. Proper installation is your responsibility.

**You will need**

- A water heater set to deliver 120°F (49°C) water to the washer.
- A grounded electrical outlet located within 6 ft (1.8 m) of where the power cord is attached to the back of the washer. See "Electrical Requirements."
- Hot and cold water faucets located within 4 ft (1.2 m) of the hot and cold water fill valves, and water pressure of 20-100 psi (137.9-689.6 kPa).
- A level floor with a maximum slope of 1" (2.5 cm) under entire washer. Installing the washer on soft floor surfaces, such as carpets or surfaces with foam backing, is not recommended.
- A sturdy and solid floor to support the washer with a total weight (water and load) of 400 lbs (180 kg).

Do not operate your washer in temperatures below 32°F (0°C). Some water can remain in the washer and can cause damage in low temperatures.

## Installation clearances

- The location must be large enough to allow the washer door to be fully opened.
- Additional spacing should be considered for ease of installation and servicing.
- Additional clearances might be required for wall, door, and floor moldings.
- Additional spacing of 1" (2.5 cm) on all sides of the washer is recommended to reduce noise transfer.
- Companion appliance spacing should also be considered.

## Washer Dimensions




## Recommended installation spacing for custom undercounter installation

The dimensions shown are for the recommended spacing.

**Custom undercounter installation - Washer only**




## Recommended installation spacing for recessed or closet installation, with or without a pedestal

The dimensions shown are for the recommended spacing.

**Recessed area or closet installation**




A B

*A. Side view - closet or confined area*
*B. Closet door with vents*

**Min. top and bottom air openings for closet door.*

**Recessed or closet installation - Washer on pedestal**




A B

*A. Recessed area*
*B. Side view - closet or confined area*

### Recommended installation spacing for recessed or closet installation, with stacked washer and dryer

The dimensions shown are for the recommended spacing.




*Min. top and bottom air openings for closet door.

**External exhaust elbow requires additional space.

***Wall, door and floor molding may require additional spacing.

### Recommended installation spacing for cabinet installation

- The dimensions shown are for the recommended spacing.
- For cabinet installation, with a door, the minimum ventilation openings in the top are required.




## Drain System

The washer can be installed using the standpipe drain system (floor or wall), the laundry tub drain system, or the floor drain system. Select the drain hose installation method you need. See "Tools and Parts."

### Standpipe drain system - wall or floor (views A & B)

The standpipe drain requires a minimum diameter standpipe of 2" (5 cm). The minimum carry-away capacity can be no less than 17 gal. (64 L) per minute.

The top of the standpipe must be at least 30" (76.2 cm) high and no higher than 96" (2.4 m) from the bottom of the washer.




### Laundry tub drain system (view C)

The laundry tub needs a minimum 20 gal. (76 L) capacity. The top of the laundry tub must be at least 30" (76.2 cm) above the floor.

### Floor drain system (view D)

The floor drain system requires a siphon break that may be purchased separately. See "Tools and Parts."

The siphon break must be a minimum of 28" (71 cm) from the bottom of the washer. Additional hoses might be needed.



## Electrical Requirements

**⚠WARNING**

Electrical Shock Hazard

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

- A 120 volt, 60 Hz., AC only, 15- or 20-amp, fused electrical supply is required. A time-delay fuse or circuit breaker is recommended. It is recommended that a separate circuit serving only this appliance be provided.
- This washer is equipped with a power supply cord having a 3 prong ground plug.
- To minimize possible shock hazard, the cord must be plugged into a mating, 3 prong, ground-type outlet, grounded in accordance with local codes and ordinances. If a mating outlet is not available, it is the personal responsibility and obligation of the customer to have the properly grounded outlet installed by a qualified electrician.
- If codes permit and a separate ground wire is used, it is recommended that a qualified electrician determine that the ground path is adequate.
- Do not ground to a gas pipe.
- Check with a qualified electrician if you are not sure the washer is properly grounded.
- Do not have a fuse in the neutral or ground circuit.

**GROUNDING INSTRUCTIONS**

**For a grounded, cord-connected washer:**
This washer must be grounded. In the event of a malfunction or breakdown, grounding will reduce the risk of electrical shock by providing a path of least resistance for electric current. This washer is equipped with a cord having an equipment-grounding conductor and a grounding plug. The plug must be plugged into an appropriate outlet that is properly installed and grounded in accordance with all local codes and ordinances.

**WARNING:** Improper connection of the equipment-grounding conductor can result in a risk of electric shock. Check with a qualified electrician or serviceman if you are in doubt as to whether the appliance is properly grounded.

Do not modify the plug provided with the appliance – if it will not fit the outlet, have a proper outlet installed by a qualified electrician.

**For a permanently connected washer:**
This washer must be connected to a grounded metal, permanent wiring system, or an equipment grounding conductor must be run with the circuit conductors and connected to the equipment-grounding terminal or lead on the appliance.

# INSTALLATION INSTRUCTIONS

## Remove Transport System

**⚠WARNING**

Excessive Weight Hazard

**Use two or more people to move and install washer.**

**Failure to do so can result in back or other injury.**

**IMPORTANT:** Position the washer so that the rear of the washer is within approximately 3 ft (90 cm) of its final location.

There are 4 bolts in the rear panel of the washer that support the suspension system during transportation. These bolts also retain the power cord inside the washer until the bolts are removed.



1. Using a 13 mm wrench, loosen each of the bolts.

2. Once the bolt is loose, move it to the center of the hole and completely pull out the bolt, including the plastic spacer covering the bolt.



3. Once all 4 bolts are removed discard bolt and spacers. Then pull the power cord through the opening of the rear panel and close the hole with the attached cap.
4. Close the bolt holes with the 4 transport bolt hole plugs.

**NOTE:** If the washer is to be transported at a later date, call your local service center. To avoid suspension and structural damage to your washer, it must be properly set up for relocation by a certified technician.

## Connect the Inlet Hoses

Make sure the washer drum is empty.

1. Attach the hose with the red color indicator to the Hot (left) inlet valve. Attaching the red coupling first makes it easier to tighten connection with pliers. Screw on coupling by hand until it is seated on the washer.
2. Attach the hose with the blue color indicator to the Cold (right) water inlet valve. Screw on coupling by hand until it is seated on the washer.




*H.Hot water inlet*
*C.Cold water inlet*

3. Using pliers, check the tightness of the hose couplings already attached to the washer.

   **NOTE:** Do not overtighten. Damage to the coupling can result.
4. Attach the hose with the red color indicator to the hot water faucet. Screw on coupling by hand until it is seated on the washer.
5. Attach the hose with the blue color indicator to the cold water faucet. Screw on coupling by hand until it is seated on the washer.
6. Using pliers, tighten the couplings with an additional two-thirds turn.



   **NOTE:** Do not overtighten. Damage to the coupling can result.
7. Turn on the water faucets and check for leaks.

   **NOTE:** Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Record hose installation or replacement dates on the hoses for future reference.

   Periodically inspect and replace hoses if bulges, kinks, cuts, wear, or leaks are found.

## Route the Drain Hose

Proper routing of the drain hose protects your floors from damage due to water leakage. Read and follow these instructions.

**Remove drain hose from washer cabinet**

Gently pull the corrugated drain hose from the shipping clips.



**Laundry tub drain or standpipe drain**

Connect the drain hose form to the corrugated drain hose.




*A.Snap either end of the drain hose form to the drain hose at the point where the corrugation begins.*
*B.Bend drain hose over drain hose form and snap into place.*

**To keep drain water from going back into the washer:**

- Do not straighten the drain hose, and do not force excess drain hose into standpipe. Hose should be secure, but loose enough to provide a gap for air.
- Do not lay excess hose on the bottom of the laundry tub.



W0157939

**Floor drain**

You may need additional parts. See Floor drain under "Tools and Parts."

## Secure the Drain Hose

1. Drape the power cord over the washer top.
2. Secure the drain hose to the laundry tub leg or standpipe with the beaded strap provided. (See illustrations A and B.)



A B C

If the washer faucets and the drain standpipe are recessed (see illustration C), put the hooked end of the drain hose in the standpipe. Tightly wrap the beaded strap around the water inlet hoses and the drain hose.

Do not force excess drain hose into the standpipe.

## Level the Washer

Properly leveling your washer avoids excessive noise and vibration.

1. Check the levelness of the washer by placing a level on the top edge of the washer, first side to side, then front to back.



If the washer is against a wall, move the washer out slightly before tipping back. If the washer is not level, first prop the front with a wood block and adjust the feet as necessary; then prop the back and adjust feet as necessary. Repeat this step until washer is level.

2. Make sure all four feet are stable and resting on the floor. Then check that the appliance is perfectly level (use a level).
3. After the washer is level, use a 17 mm open-end wrench to turn the nuts on the feet tightly against the washer cabinet.

   **IMPORTANT:** All four feet must be tightened. If the nuts are not tight against the washer cabinet, the washer may vibrate.
4. The washer should not move front to back, side to side, or diagonally when pushed on its top edges.
5. Slide the washer to its final location.
6. Confirm the levelness of the washer.

## Complete Installation

1. Check the electrical requirements. Be sure that you have the correct electrical supply and the recommended grounding method. See "Electrical Requirements."
2. Check that all parts are now installed. If there is an extra part, go back through the steps to see which step was skipped.
3. Check that you have all of your tools.
4. Dispose of/recycle all packaging materials.
5. Check that the water faucets are on.
6. Check for leaks around faucets and inlet hoses.

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

7. Plug into a grounded 3 prong outlet.
8. Read "Washer Use."
9. To test and to clean your washer, measure 1/[illegible] the detergent manufacturer's recommended amount of HE High Efficiency detergent for a medium-size load. Pour the detergent into the detergent dispenser. Select NORMAL/CASUAL, and then select START. Allow the washer to complete one whole cycle.

*Use only HE High Efficiency detergent.*

# FEATURES AND BENEFITS

The wool wash cycle of this machine has been approved by Woolmark for the washing of machine washable Woolmark products provided that the garments are washed according to the instructions on the garment label and those issued by the manufacturer of this washing machine, M0614.

## Electronic Controls

Flexible electronic controls are easy to use whether you are a beginner or an expert.

## Smart Dispensers

The Smart Dispensers make your washer truly automatic. This washer provides a four-compartment dispenser which includes separate compartments for main wash detergent, fabric softener, bleach, and auto prewash or auto soak. The dispenser has large pour zones. The dispenser is self-cleaning, and can be easily removed. Laundry products are diluted with fresh water and added to the load at the proper time in the wash cycle.

## Auto Water Level

This washer automatically adjusts water level for best cleaning and rinsing performance. Two sensors determine load size, load composition, and suds level, then the sensors adjust the water level to the proper setting. This eliminates guesswork. The water level is just right for every wash load size.

## Larger Load Size

Since there is no agitator, you can wash larger, bulkier items such as a king-sized bedspread. You are also able to wash more clothes at one time, which means fewer loads.

## Stainless Steel Drum

The stainless steel drum eliminates corrosion and enables higher spin speeds for more water extraction, helping to reduce drying time.

## High-Efficiency Wash System

Your new front-loading, high-efficiency washer saves time with fewer, larger loads. It also lowers your water and energy bills by helping conserve resources.

## Spin Speeds

This washer automatically selects the spin speed based on the cycle selected. This factory setting can be changed, however. This washer offers up to five different spin speed choices.

## Heating Element

This washer has a heating element that automatically heats the water to the best temperature on select cycles. This enables stepped cleaning, a process in which warm water is brought in and mixed with detergent first, then the water is heated. Stepped cleaning starts the wash cycle with warm water to help remove stains (such as blood and grass). The water continues to be heated in order to help remove stains such as perspiration.

## 6th Sense™ Technology

Intuitive intelligence "knows every load" determining load sizes, water levels and how much cleaning time is needed.

## Add A Garment

When this option is available at the beginning of the cycle, the Add a garment Status Light will glow for the first 8 minutes. This washer allows an 8-minute period in which other garments may be added to a load.

## Direct Injection Wash System

This washer channels 100% of the water through the dispensers to assure thorough rinse-out and mixture of all the laundry products before they touch any garments. The water is then sprayed from the top front onto the center of the load, providing even distribution and optimum cleaning performance. It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

## Efficient Detergent System with Anti-Escape Valve

This washer has a specially designed valve that closes during the wash portion of the cycle so that 100% of the water and detergent mixture is used on the load. The Efficient Detergent System ensures that no water or detergent is wasted.

## 6-Point Suspension System

Shock absorbers, 2 springs and electronic controls are specially designed to help redistribute the load automatically and minimize movement of the wash drum during the spin cycle. The 6-Point Suspension System reduces the amount of force transmitted to the floor by the washer, resulting in reduced noise and vibration.

# WASHER USE




**NOTE:** The panel shown above may be different from that of your model.

## Starting Your Washer

**⚠WARNING**



**Fire Hazard**

**Never place items in the washer that are dampened with gasoline or other flammable fluids.**

**No washer can completely remove oil.**

**Do not dry anything that has ever had any type of oil on it (including cooking oils).**

**Doing so can result in death, explosion, or fire.**

**WARNING:** To reduce the risk of fire, electric shock, or injury to persons, read the IMPORTANT SAFETY INSTRUCTIONS before operating this appliance.

The following is a guide to using your washer. Please refer to specific sections of this manual for more detailed information.

Do not store laundry products on the top surface of this washer. Vibration is normal during operation.

## Using the Proper Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

### First Wash Cycle Without Laundry

Before washing clothes for the first time, if not completed during the final installation step, choose the Normal/Casual cycle and run it without clothes. Use only HE High Efficiency detergent. Use ½ the manufacturer's recommended amount for a medium-sized load. This initial cycle serves to ensure the interior is clean before washing clothes.

### For All Wash Cycles

1. Open the washer door by pulling on the handle. Sort laundry according to color and type of fabric. Place a load of sorted clothes in the washer. Do not overload washer. Overloading can cause poor cleaning.
   - The washer can be fully loaded, but not tightly packed. Washer door should close easily.
   - Mix large and small items and avoid washing single items. Load evenly.
   - Wash small items, such as infant socks, in mesh garment bags. It is recommended that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.
   - When unloading garments, check under the gray rubber seal at the front of the tub for small items.
2. Close the washer door by pushing it firmly until the lock clicks. The washer door will remain locked during the wash cycle.

   **NOTES:**
   - After any wash cycle is completed, the door must be opened and then closed before a new cycle can begin.
   - The door can be opened only if PAUSE/CANCEL is selected while the Add A Garment light is glowing or if the cycle has been canceled.
   - See "To cancel a cycle" in "Changing, Cycles, Options and Modifiers" section.
3. Open the dispenser drawer and add laundry products to the detergent, bleach, or fabric softener compartments. Close drawer slowly to avoid spills. See "Using the Dispenser."
4. Turn on the washer by selecting POWER. Select one of the cycles by turning the cycle selector. The indicator light for the selected cycle will glow green. When selecting a wash cycle, the preset options and modifiers (such as Water Temp, Spin Speed, and Soil Level) for the selected cycle will glow green. Selectable options will glow amber. If an option or modifier is unavailable with a selected cycle, the light will not illuminate.

The display shows the estimated time remaining. The preset settings provide the recommended fabric care for the selected cycle. See “Cycles.”

5. Select the desired Options. Not all options are available with all cycles. See “Options.”
6. Select the desired modifiers such as Water Temp, Spin Speed and Soil Level. Not all modifiers are available with all cycles and options. See “Modifiers.”
7. If desired, select the CYCLE SIGNAL. The signal is helpful when you are washing items that should be removed from the washer as soon as it stops. Select Loud, Soft or Off.
8. If desired, select the BUTTON SOUND. This feature makes a sound each time a button is pressed. Select Loud, Soft or Off.
9. Select and hold START for approximately 1 second.
   - If you do not select START within 5 minutes of choosing a cycle, the washer automatically shuts off.
   - When the wash cycle is complete, the DONE status light glows, the door unlocks, and the wash load can be removed from the washer. The washer powers down automatically 60 minutes after the cycle is complete and the DONE light goes off. To power down the washer manually after the wash cycle is complete, select PAUSE/CANCEL once.
10. To use the same cycle again, press POWER first, then select START.
11. **To begin the wash cycle later**

    Select DELAY WASH until the desired delay time (in hours) shows in the Estimated Time Remaining display. Select START. The countdown to the wash cycle will show in the display window.

    **IMPORTANT:** When delaying a cycle, use only powdered detergents in the main wash compartment since liquid detergents may seep out of the compartment during Delay Wash, before the wash cycle begins.

## Using the Dispenser

Your new washer has a dispenser drawer with four separate compartments for your laundry products—two are for detergent, one is for liquid chlorine bleach, and one is for liquid fabric softener. Laundry products are diluted and dispensed automatically at the proper time during the wash cycle, making it unnecessary for you to return to the washer during the cycle to add them.

It is normal for small amounts of water to remain in the dispensers when the wash cycle is complete.

Do not put laundry products directly into the wash tub. Always use the proper dispensers when adding laundry products.

### Choosing the Right Detergent

Use only High Efficiency detergents. The package for this type of detergent will be marked “HE” or “High Efficiency.” This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

### To fill dispenser compartments

1. Pull out the dispenser drawer.
2. Add the desired laundry product to the proper compartment.
3. Push in the dispenser drawer slowly and completely (to avoid a spill).




**Dispenser**

*A. Prewash detergent compartment*
*B. Detergent type selector*
*C. Main Wash detergent compartment*
*D. Dispenser release lever*
*E. Chlorine bleach compartment*
*F. Fabric softener compartment*

### Prewash detergent compartment

(Letter A in Dispenser Illustration)

Add detergent to this compartment when using the Prewash option or Presoak. Liquid or powdered detergent may be used in this compartment. The detergent will automatically be dispensed during Prewash if the Prewash option is selected or during the soak time if Presoak is selected.

- Using High Efficiency (HE) detergent, add $\frac{1}{3}$ the recommended amount to the Prewash compartment and $\frac{2}{3}$ the recommended amount to the Main Wash compartment.
- Do not fill beyond the “MAX” level.

### Main Wash detergent compartment

(Letters B & C in Dispenser Illustration)

Add liquid or powdered HE detergent to this compartment for your main wash cycle. The detergent type selector (B) must always be in the correct position for the detergent type used.

**IMPORTANT:** If you are using the Prewash, Presoak or Delay Wash option, powdered detergent must be used in the Main Wash compartment, since liquid detergents may seep out of the Main Wash compartment before the main wash begins.

- Do not fill beyond the “MAX” level. Use the detergent manufacturer's recommended amount for load size.
- Liquid or powdered color-safe bleach may be added to the Main Wash compartment along with the same type of detergent, liquid or powdered.

- **Liquid detergent:**




*Selector in position for liquid detergent*

*A. Detergent type selector*

- **Powdered detergent:**




*Selector in position for powdered detergent*

*A. Detergent type selector*

### Chlorine bleach compartment

(Letter E in Dispenser Illustration)

Add no more than $\frac{2}{3}$ cup (160 mL) liquid chlorine bleach to this compartment. The bleach will be automatically diluted and dispensed at the best time during the first rinse after the wash cycle. This compartment cannot dilute powdered bleach.

- Always measure liquid chlorine bleach. Use a measuring cup with a pour spout; do not guess. Follow the manufacturer's directions for proper use.
- Do not fill beyond the "MAX" level. Overfilling could cause garment damage.

### Fabric softener compartment

(Letter F in Dispenser Illustration)

Pour measured liquid fabric softener into the fabric softener dispenser, if desired.

- Do not overfill. The dispenser holds $\frac{1}{4}$ cup (60 mL).
- The fabric softener is dispensed in the rinse cycle. If Extra Rinse is selected, the fabric softener will be dispensed during the Extra Rinse.
- Do not use fabric softener dispensing balls in this washer. Dispensing balls will not operate correctly with this washer.
- Do not spill or drip any fabric softener onto the clothes.
- At the end of the cycle, a small amount of water may be left in the dispenser. This is normal.

**NOTE:** Use only liquid fabric softener in this dispenser.

## Pausing or Restarting

1. To pause the washer at any time, press PAUSE/CANCEL.
2. To continue the cycle, press START (for approximately 1 second).

## Changing Cycles, Options and Modifiers

Not all Options and Modifiers are available with all cycles. Available modifiers will glow amber. If an option or modifier is unavailable with a selected cycle, the light will not illuminate. Cycles, Options and Modifiers can be changed anytime before START is selected.

Options and Modifiers can be changed anytime after START is selected and before the start of the selected Option or Modifier.

### To cancel a cycle and select a new cycle

1. Press PAUSE/CANCEL twice.
2. Press POWER.
3. Select desired cycle.
4. Select the desired Options or modifiers such as Water Temp, Spin Speed and Soil Level.
5. Press START (for approximately 1 second) to restart the washer at the beginning of the new cycle.

### To cancel a cycle

1. Press PAUSE/CANCEL twice.
2. The washer powers down, the door unlocks, and clothes can be removed.

**NOTE:** If the water level or the temperature is too high, the washer will drain automatically before the door unlocks.

### To change Options or Modifiers after the cycle has started

1. Press PAUSE/CANCEL once.
2. Select the desired Options or modifiers such as Water Temp, Spin Speed and Soil Level. Available selections will glow amber.
3. Press START (for approximately 1 second) to continue the cycle.

### To drain the washer manually

1. Press PAUSE/CANCEL twice.
2. Press POWER.
3. Select DRAIN/SPIN.
4. Press START (for approximately 1 second) to begin the drain.
5. When the spin is complete, the door unlocks. Items can be removed from the washer.

## Status Lights

These lights show which portion of the cycle the washer is operating. They also indicate when you can add an additional item to the wash cycle and when the controls are locked.



## Add a garment

This washer allows an 8-minute period in which other garments may be added to the load. You can add items to the washer if the Add a garment status light is glowing.

**To add items when Add a garment light is glowing**

1. Select PAUSE/CANCEL once. The washer door unlocks, and items can be added.
2. To continue the cycle, close the door and select and hold START (for approximately 1 second).

**To add items when the Add a garment light is not glowing**

1. Select PAUSE/CANCEL twice. This will cancel the wash cycle and options. The washer door unlocks, and items can be added.
2. Close the door, press POWER and select the new cycle and options. Select and hold START (for approximately 1 second).

## Done

The Done Status Light stays on for 60 minutes after the cycle is complete, and then the washer shuts off.

## Controls Lock/Unlock

The Controls Lock avoids unintended use of the washer. You can also use the control lock feature to avoid unintended cycle or option changes during a cycle. When Controls Lock is lit, all buttons are disabled except for Pause/Cancel and Start. You can lock the controls while the washer is operating.

**To lock the controls**
Press and hold CONTROLS LOCK/UNLOCK for 3 seconds.



The status light next to the CONTROLS LOCK/UNLOCK button will glow.

**To unlock the controls**
Press and hold CONTROLS LOCK/UNLOCK for 3 seconds until the status light turns off.

**NOTE:** To lock or unlock the controls when the washer is off, press and hold CONTROLS LOCK/UNLOCK for 3 seconds.

## Door Locked

When the status light glows, the door is locked.

## Estimated time remaining

The cycle time varies automatically based on your water pressure, water temperature, detergent and clothes load. The cycle time will be extended if oversudsing occurs or the load is unbalanced. The SUD routine removes extra suds and assures proper rinsing of your garments. During the unbalance routine the time displayed may pause until this activity is complete, then resume with the cycle. These routines may add up to a half-hour to the default cycle time.

# Cycles

Cycles can be selected by turning the Cycle Control knob to the desired cycle. Each cycle is designed for different types of fabric and soil levels. The modifier indicator lights, on the right-hand side of the panel, will change as cycles are selected.




- Each cycle has a preset Soil Level (estimated cycle time), Water Temperature and Spin Speed, and may have preset options. The preset settings provide the recommended fabric care for the selected cycle.
- The preset settings will glow green to show the preselected options and modifiers, and be changed anytime before START is pressed. Not all options and modifiers are available with all cycles. Available selections glow amber. (To change settings after the cycle has started, press PAUSE/CANCEL once, then select the desired settings. Press START to continue the cycle.)
- Powdered detergents may not dissolve well in a slow-speed cycle. For best results, use liquid detergent in slow-speed cycles.

### Preset cycle settings

Each cycle has a preset Soil Level (cycle time), Water Temperature, and Spin Speed. The preset settings provide the recommended fabric care for the selected cycle. See chart.

| Cycle | Soil Level (cycle time) | Water Temp | Spin Speed |
|---|---|---|---|
| **Sanitary** | Normal (2:10) | Super Hot/Cold | Extra High |
| **Whitest Whites** | Normal (1:20) | Hot/Cold | Extra High |
| **Heavy Duty** | Normal (1:25) | Hot/Cold | Extra High |
| **Bulky Items** | Normal (0:55) | Warm/Cold | Low |
| **Normal/ Casual** | Normal (0:50) | Warm/Cold | High |
| **Delicate** | Normal (0:40) | Warm/Cold | Medium |
| **Wool** | Normal (0:30) | Cold/Cold | Medium |
| **Silk** | Normal (0:25) | Cold/Cold | No Spin |

| Cycle | Soil Level (cycle time) | Water Temp | Spin Speed |
|---|---|---|---|
| **Hand Washables** | Normal (0:30) | Cold/Cold | Low |
| **Quick Wash (2-3 items)** | Less soil (0:25) | Warm/Cold | Extra High |
| **Clean Washer** | | N/A | High |
| **Soak** | Normal (0:30) | Warm/Cold | No Spin |
| **Rinse/Spin** | Normal (0:20) | Cold/Cold | Extra High |
| **Drain/Spin** | Normal (0:11) | N/A | Extra High |

**To change the preset cycle settings**

Press the selector of each available setting until the desired setting glows green.

### Sanitary

Use this cycle to clean heavily soiled, colorfast fabrics. This cycle combines a super hot water temperature and fast speed tumbling to help ensure the removal of heavy soils and stains. It is recommended that you set your hot water heater to 120°F (49°C) to ensure proper performance during this cycle. Extra high speed spin helps shorten drying time.

### Whitest Whites

This cycle is especially designed for cleaning loads of soiled white fabrics with the addition of bleach. Hot washing temperatures assure optimal bleach activity. An additional rinse provides optimal rinse performance to avoid chlorine residues on your laundry. This cycle combines fast-speed tumbling, longer wash time, and extra high speed spin to shorten drying time.

### Heavy Duty

Use this cycle to wash loads of sturdy, colorfast fabrics and heavily soiled garments. This cycle combines fast-speed tumbling, longer wash time, and extra high speed spin to shorten drying times. If the water temperature is lower than needed for this cycle, the heater will warm the water to the optimum temperature.

### Bulky Items

Use this cycle to wash large items such as blankets and comforters. This cycle starts with a soak to thoroughly saturate your large load. This is followed by medium wash action and low-speed spin only to maintain load balance.

### Normal/Casual

Use this cycle to wash loads of no-iron fabrics, such as sport shirts, blouses, casual business clothes, permanent press blends, cottons and linens, and synthetic fabrics. This cycle combines medium-speed tumbling, high-speed spin, and a load cooling process to reduce wrinkling.

**NOTE:** For the best energy performance, use the Normal/Casual Cycle.

### Delicate

Use this cycle to clean hand washable and special-care garments. Similar to the way garments are hand washed in a sink, the wash action of this cycle combines periods of low speed tumbling and soaking. CRADLE CLEAN™ motion offers gentle fabric care for safe and effective cleaning of delicate and hand washable garments. Low speed spin reduces wrinkling.

- Use mesh garment bags to wash undergarments such as underwire bras, items with strings, and small items such as infant socks.

### Wool

Use this cycle to clean machine washable woolen garments. (Check the care instructions to make sure that garment is washable.) CRADLE CLEAN™ motion offers gentle fabric care for safe and effective cleaning of washable wool. This cycle features gentle tumbling and low-speed spin to provide optimum garment care.

### Silk

Use this cycle to clean washable silk garments. (Check label instructions to make sure that garment is washable.) This cycle gently tumbles and drains without spinning to gently clean garments and minimize wrinkling. Because there is no spinning action, garments will contain a higher amount of water at the end of this cycle. CRADLE CLEAN™ motion offers gentle fabric care for safe and effective cleaning of silk.

- Use mesh garment bags as necessary.

### Hand Washables

Use this cycle to clean hand washable and special-care garments. Similar to the way garments are hand washed in a sink, the wash action of this cycle combines periods of low speed tumbling and soaking. CRADLE CLEAN™ motion offers gentle fabric care for safe and effective cleaning of delicate and hand washable garments. Low speed spin reduces wrinkling.

### Quick Wash

Use this cycle to wash small loads of 2-3 lightly soiled garments that are needed in a hurry. This cycle combines fast-speed tumbling, a shortened wash time, and extra high speed spin to shorten drying time.

### Clean Washer

Use the Clean Washer cycle once a month to keep the inside of your washer fresh and clean. This cycle uses a higher water level in combination with liquid chlorine bleach to thoroughly clean the inside of your washing machine. See "Cleaning Your Washer."

**IMPORTANT:** Do not place garments or other items in the washer during the Clean Washer cycle. Use this cycle with an empty wash drum.

### Soak

Use the Soak cycle to help remove small spots of set-in stains on fabrics. This cycle provides a soak time with warm or cold water followed by drain. Extra water, a short tumbling phase for equal distribution of the laundry, and a soaking time without drum movement improve the removal of set-in stains. Drain without spin assures gentle treatment, even for delicate articles.

### Rinse/Spin

Use this cycle to get a rinse and spin only. This cycle combines fast-speed tumbling and extra high speed spin. If desired, you can reduce the spin speed by selecting the speed you want from the SPIN SPEED modifier.

**A Rinse/Spin cycle is useful for**

- Loads that need rinsing only.
- Adding fabric softener to a load.

### Drain/Spin

Use this cycle to drain your washer or to drain and spin your wash load. The spin speed is preset to extra high. If desired, you can reduce the spin speed by selecting the speed you want from the SPIN SPEED modifier.

**NOTE:** Loads of synthetics, delicate fabrics, hand washables, and washable woolens should be drained with no spin or low spin speed to avoid fabric stress.

## Normal Washer Sounds

As with any new product, you will hear sounds that you are not accustomed to. You may hear various sounds when the door is locked and unlocked, and during the washing, rinsing, and spinning process. Between changes in wash actions, there will be momentary pauses. You will hear water spraying and splashing during the wash and rinse cycles. These new sounds and pauses are part of normal washer operation.

## Options

You can customize your wash by adding options to your cycle selections. You can add or change an option after starting a cycle anytime before the selected option begins. Not all options are available with all cycles. Available options will glow amber. Current selections will glow green. If an option is unavailable with a selected cycle, the light will not illuminate.




- See the "Laundry Guide" for an overview of possible options for each Wash Cycle selection.
- You can select more than one option for a cycle. Some options cannot be added to some cycles; for example, Prewash cannot be added to the Quick Wash cycle.
- If an option is unavailable with a selected cycle, there will be 3 short tones, and the light for that option will not glow when selected.

### Delay Wash

Use this to begin the wash cycle later.

- Select DELAY WASH until the desired time (in hours) shows in the Estimated Time Remaining display.
- Select START. The countdown to the wash cycle will show in the display window.
- When delaying a cycle, use only powdered detergents in the main wash compartment since liquid detergents may seep out of the compartment during Delay Wash, before the wash cycle begins.

### Prewash

Use this option for heavily soiled loads that need pretreatment. This option adds a 15-minute prewash and drain to the main wash cycle.

**NOTES:**

- Add detergent to the Prewash and Main Wash compartments of the Dispenser Drawer.
- When using Prewash, use only powdered detergents in the main wash compartment since liquid detergents may seep out of the compartment during Delay Wash, before the wash cycle begins.

**NOTE:** The Prewash and Presoak options cannot be selected in the same cycle.

### Presoak

Use the Presoak option for loads of heavily soiled cotton, linen, polyester or nylon with set-in stains. During Presoak, water will be added to the drum and the laundry will be equally distributed by a short tumbling phase. Laundry will then be soaked by phases without drum movement. After soaking, the washer drains without spinning.

- Add detergent to both the Prewash and Main Wash compartments of the Dispenser Drawer.
- Use powdered detergent for the main wash cycle because liquid detergent will seep into the washer during Soak.
- For cycles with Hot Wash Temperatures, the Presoak temperature is set to Warm. Otherwise the Presoak temperature is the same as the Wash Temperature.
- The Presoak and Prewash options cannot be selected in the same cycle.

### Extra Rinse

An extra rinse can be used to aid in the removal of detergent or bleach residue from garments. This option provides an additional rinse with the same water temperature as the first rinse.

### Cycle Signal

This signal is helpful when you are removing items from the washer as soon as it stops. Press CYCLE SIGNAL to select Loud, Soft or Off.

### Button Sound

Button sounds are used to notify you of what has been selected or to let you know when something is not available. Press BUTTON SOUND to select Loud, Soft or Off.

## Modifiers

Preset cycle settings of Water Temperature, Spin Speed, and Soil Level can be changed. You can change a modifier after starting a cycle anytime before the selected modifier begins. Not all modifiers are available with all cycles and options. Available options will glow amber. Current selections will glow green. If a modifier is unavailable with a selected cycle, the light will not illuminate.

**NOTE:** The panel shown below may be different from that of your model.




- To change the water temperature, select the WATER TEMP button until the desired setting glows green.
- To change the spin speed, select the SPIN SPEED button until the desired setting glows green.
- To change cycle time, select SOIL LEVEL button until the desired setting glows green.

### Wash/Rinse Temp

Select a water temperature based on the type of load you are washing. Use the warmest wash water safe for fabrics. Follow garment label instructions.

Warm rinses leave the loads dryer than cold rinses. Warm rinses increase wrinkling. In cold climates, a warm rinse makes the load more comfortable to handle. Cold rinses save energy.

In wash water temperatures colder than 60°F (15.6°C), detergents do not dissolve well. Soils may be difficult to remove.

### 6TH SENSE ™ Technology

The 6TH SENSE ™ Technology control electronically senses and maintains a uniform water temperature. 6TH SENSE ™ Technology control regulates incoming hot and cold water. 6TH SENSE ™ Technology control is automatically turned on when a cycle is selected. See "Preset Cycle Settings" in "Cycles." 6TH SENSE ™ Technology control ensures consistent cleaning.

- 6TH SENSE ™ Technology control works for all wash temperature settings.
- 6TH SENSE ™ Technology works for the rinse temperature where the wash temperature setting is marked with an asterisk, such as Warm*. All other rinse temperatures are cold.

## Laundry Guide

Refer to this chart for suggested load types and their corresponding cycles. Listed to the right are the options available to each of these washer cycles.

| CYCLE | SUGGESTED LOAD TYPE | AVAILABLE OPTIONS | | | |
|---|---|---|---|---|---|
| | | Delay Wash | Prewash* | Presoak* | Extra Rinse |
| **Sanitary** | Heavily soiled underwear, towels, work clothes, diapers, etc. | * | * | * | * |
| **Whitest Whites** | Soiled white fabrics | * | * | * | * |
| **Heavy Duty** | Sturdy, colorfast fabrics and heavily soiled garments. | * | * | * | * |
| **Bulky Items** | Normally soiled blankets and comforters | * | | | * |
| **Normal/Casual** | Normally soiled blouses, shirts, overalls, etc., made of polyester, nylon, cotton, linen, or cotton blends | * | * | * | * |
| **Delicate** | Special-care items marked "Hand Washable" | * | * | * | * |
| **Wool** | Woolens with a felt-free finish, identified as machine washable | * | | | * |
| **Silk** | Fabrics made of silk identified as machine washable | * | | | * |
| **Hand Washables** | Special-care items marked "Hand Washable" | * | | | * |
| **Quick Wash** | 2-3 lightly soiled wear items made of cotton, polyester, nylon, or cotton blends | * | | | * |
| **Clean Washer** | No clothes | * | | | |
| **Soak** | Fabrics made of cotton, linen, polyester or nylon | * | | | |
| **Rinse/Spin** | Fabrics made of cotton, linen, polyester or nylon | * | | | * |
| **Drain/Spin** | Fabrics made of cotton, linen, polyester or nylon | * | | | |

*Prewash and Presoak cannot be selected at the same time.

# LAUNDRY TIPS

## Preparing clothes for washing

Follow these recommendations to help you prolong the life of your garments.

- Use only High Efficiency detergents. The package for this type of detergent will be marked "HE" or "High Efficiency." This wash system, along with less water, will create too much sudsing with a regular non-HE detergent. Using regular detergent will likely result in washer errors, longer cycle times and reduced rinsing performance. It may also result in component failures and noticeable mold or mildew. HE detergents are made to produce the right amount of suds for the best performance. Follow the manufacturer's instructions to determine the amount of detergent to use.

*Use only HE High Efficiency detergent.*

- Close zippers, snaps, and hooks to avoid snagging other items. Remove pins, buckles, and other hard objects to avoid scratching the washer interior. Remove non-washable trim and ornaments.
- Empty pockets and turn them inside-out.
- Turn down cuffs; brush away lint and dirt.
- Turn synthetic knits inside-out to avoid pilling.
- Tie strings and sashes so they will not tangle.
- Mend tears, loose hems, and seams.
- Treat spots and stains.
- Stained or wet garments should be washed promptly for best results.
- Mix large and small items, avoid washing single items, and load evenly.
- Wash small items, such as infant socks, in a mesh garment bag. To create a balanced load it is recommended that more than one garment bag be used, and that each garment bag be filled with equal amounts of material.

  **NOTE:** If you are washing only small items, it is recommended that more than one mesh garment bag be used, and that each garment bag be filled with equal amounts of material.

## Sorting

- Separate heavily soiled items from lightly soiled ones, even if they would normally be washed together. Separate lint-givers (towels, chenille) from lint-takers (corduroy, synthetics, permanent press). When possible, turn lint-givers inside-out.
- Separate dark colors from light colors, colorfast items from noncolorfast items.
- Sort by fabric and construction (sturdy cottons, knits, delicate items).

## Unloading

- Remove clothes from washer after the cycle is completed. Metal objects such as zippers, snaps, and buckles may rust if left in the washer basket for a long time.
- When unloading garments, occasionally check under the gray colored seal at the front of the tub for small items.

## Loading

**Loading suggestions**

| | |
|---|---|
| **Heavy Work Clothes** | |
| 4 jeans<br>4 workpants<br>4 workshirts | 2 sweatpants<br>2 sweatshirts |
| **Towels** | |
| 10 bath towels<br>10 hand towels | 14 washcloths |
| **Mixed Load** | |
| 3 sheets (1 king, 2 twin)<br>4 pillowcases<br>3 shirts<br>3 blouses | 9 T-shirts<br>9 shorts<br>10 handkerchiefs |
| **Quick Wash**<br>(2-3 garments) | 2 dress shirts<br>1 pair dress pants |

# WASHER CARE

## Cleaning Your Washer

The Washer Maintenance procedure should be performed on a monthly basis.

### Cleaning the Door Seal

1. Open the washer door and remove any clothing or items from the washer.
2. Inspect the gray colored seal between the door opening and the basket for stained areas. Pull back the seal to inspect all areas under the seal and to check for foreign objects.




*A. Seal*

3. If stained areas are found, wipe down these areas of the seal, using the procedure that follows.
   a) Mix a dilute solution, using ¾ cup (177 mL) of liquid chlorine bleach, and 1 gal. (3.8 L) of warm tap water.
   b) Wipe the seal area with the dilute solution, using a damp cloth.
   c) Let stand 5 minutes.
   d) Wipe down area thoroughly with a dry cloth and let the washer interior air dry with door open.

IMPORTANT:

- Wear rubber gloves when cleaning for prolonged periods.
- Refer to the bleach manufacturer's instructions for proper use.

### Washer Maintenance Procedure

This washer has a special cycle that uses higher water volumes in combination with liquid chlorine bleach to thoroughly clean the inside of the washer.

NOTES:

- Read these instructions completely before beginning the cleaning process.
- If necessary, the cleaning cycle may be interrupted by pressing the Pause/Cancel button. This will stop the cycle. A Rinse/Spin cycle must then be run to thoroughly rinse the remaining bleach from the washer. Failure to do so will cause damage to the washer and clothing added to the next cycle.

#### Begin procedure

1. Open the washer door and remove any clothing or items from the washer.
2. Close the washer door.
3. Open the dispenser drawer and immediately add ⅔ cup (160 mL) of liquid chlorine bleach to the bleach compartment.

   NOTE: Do not add any detergent to this cycle. Use of more than ⅔ cup (160 mL) of bleach will cause product damage over time.
4. Be sure the dispenser drawer is closed.
5. Select the CLEAN WASHER cycle.
6. Press START.

   NOTE: The basket will rotate, then the door will unlock, lock again, and then the cycle will continue.

   - The machine will not fill, but the basket will rotate while the washer runs a short sensing cycle. This will take approximately 3 minutes.
7. The cycle will determine whether clothing or other items are in the washer.
   a) If no items are detected in the washer, it will proceed to Step 8.
   b) If any items are detected in the washer, all the Cycle lights will flash, "rL" or "F-34" will be displayed, and the WASH and CONTROLS LOCKED lights will remain lit. The door will unlock.
      - Press PAUSE/CANCEL to cancel the failure code. Then repeat steps 1, 2 and 6 to start the cycle again.
8. Once the cycle has begun, allow the cycle to complete.
9. After the cycle is complete, leave the door open slightly, to allow for better ventilation and drying of washer interior.

#### Always do the following to maintain washer freshness

- Use only HE High Efficiency detergent.
- Leave the door slightly open after each cycle to allow for better ventilation and drying of washer interior.
- Repeat the cleaning procedure monthly, using ⅔ cup (160 mL) of liquid chlorine bleach.
- If the procedure does not sufficiently improve the machine freshness, please evaluate your installation and usage conditions for other causes.

### Cleaning the exterior

Use a soft damp cloth or sponge to wipe up any spills. Occasionally wipe the outside of your washer to keep it looking new. Use mild soap and water. Do not use abrasive products.

### Cleaning the dispenser drawer

The dispenser drawer is removable for easy cleaning.

1. Unlock the dispenser drawer by pressing the Release Lever in the Prewash compartment. See "Using the Dispenser." Remove the drawer.
2. Remove the inserts (the siphon from the softener and bleach compartments and the detergent selector).
3. Wash the parts under running water.
4. Replace the inserts and return the dispenser to the drawer.

## Water Inlet Hoses

Replace inlet hoses after 5 years of use to reduce the risk of hose failure. Periodically inspect and replace inlet hoses if bulges, kinks, cuts, wear or leaks are found.

When replacing your inlet hoses, record the date of replacement.

## Vacation, Storage, and Moving Care

Install and store your washer where it will not freeze. Because some water may stay in the hoses, freezing can damage your washer. If storing or moving your washer during freezing weather, winterize it.

### Non-use or vacation care:

Operate your washer only when you are at home. If you will be on vacation or not using your washer for an extended period of time, you should:

- Unplug washer or disconnect power.
- Turn off the water supply to the washer. This helps avoid unintended flooding (due to a water pressure surge) while you are away.
- Slightly open door to provide ventilation.

### To winterize washer:

1. Put 1 qt (1 L) of R.V.-type antifreeze in the drum.
2. Run washer on a Drain/Spin cycle.
3. Unplug washer or disconnect power.
4. Shut off both water faucets.
5. Disconnect water inlet hoses from faucets and drain.

### To use washer again:

1. Flush water pipes. Reconnect water inlet hoses to faucets. Turn on both water faucets.

**⚠WARNING**



Electrical Shock Hazard

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

2. Plug in washer or reconnect power.
3. Run the washer through the Normal/Casual cycle with ½ the manufacturer's recommended amount of HE detergent for a medium-size load, to clean the washer and remove the antifreeze, if used.

### To transport the washer:

1. If washer will be moved during freezing weather, put in 1 qt (1 L) of R.V.-type antifreeze in the drum. Run washer on a Drain/Spin cycle.
2. Unplug the power cord.
3. Disconnect the drain hose from the drain system and attach to rear panel clips.
4. Shut off both water faucets.
5. Disconnect the water inlet hoses from faucets, then drain the hoses and clip them to the rear panel of the washer.

**IMPORTANT:** Call for service. Do not reuse transport bolts. Washer must be transported in the upright position. To avoid suspension and structural damage to your washer, it must be properly set up for relocation by a certified technician.

### Reinstalling the washer

1. Follow the "Installation Instructions" to locate, level and connect the washer.
2. Run the washer through the Normal/Casual cycle with ½ the manufacturer's recommended amount of HE detergent for a medium-size load, to clean the washer and remove the antifreeze, if used.

# TROUBLESHOOTING

**First try the solutions suggested here to possibly avoid the cost of a service call...**

## Washer displaying code message and tone sounds

**"F20" (Water Inlet Problem—no water or insufficient water supply)**
Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

**Check the following:**
Are water faucets completely turned on?

Are screens at inlet hose connection to washer clogged?

Are water inlet hoses kinked?

Are water inlet hoses frozen?

Plug in washer or reconnect power. Re-select cycle and press START. If the problem remains, call for service.

**"F21" (Drain Problem)**
Select PAUSE/CANCEL twice to cancel the cycle. Unplug washer or disconnect power.

**Check the following:**
Is the drain hose kinked?

Is the drain hose frozen?

Is the drain hose clogged?

Is the drain hose more than 96" (2.4 m) above the floor?

Plug in washer or reconnect power. Re-select cycle and press START. If the problem remains, call for service.

**"SUD" (Suds Routine)**
When excessive suds are detected, a suds routine automatically starts. This routine removes extra suds and assures proper rinsing of your garments. "SUD" is displayed during rinsing and at the end of the cycle to inform you that Suds Routine was activated. Use only HE (High Efficiency) detergents.

**"F22" (Front door lock)**
Select PAUSE/CANCEL twice to cancel the cycle.

**Check the following:**
Is the washer door firmly shut?
The door must be completely closed for the washer to operate. The door may look closed, but may not be latched. Open the door and close firmly.

Were you washing a large load?
Before you close the washer door, check for laundry items sticking out beyond the door opening. Leave enough space in the washer to allow the clothes to tumble freely. An overloaded basket may keep the door from shutting completely. Reduce your load size if needed.

Press POWER and select START.

**"F" codes other than F20, F21 or F22**
Select PAUSE/CANCEL twice to cancel the cycle. Select DRAIN/SPIN if there is excessive water in the washer.

Re-select cycle and press START. If the problem remains, call for service.

## Washer won't start

**⚠WARNING**



**Electrical Shock Hazard**

**Plug into a grounded 3 prong outlet.**

**Do not remove ground prong.**

**Do not use an adapter.**

**Do not use an extension cord.**

**Failure to follow these instructions can result in death, fire, or electrical shock.**

**Check the following:**
Is the power cord plugged into a grounded 3 prong outlet?

Is the washer door firmly closed?

Has a cycle been selected, but START has not been selected and held for 1 second?

Was the door open after completion of last cycle?

## Washer won't fill, wash or rinse

**Check the following:**
Is the power cord plugged into a grounded 3 prong outlet?

Is there power at the plug? Check electrical source or call an electrician.

Are the hot and cold water faucets turned on?

Is the water inlet hose kinked?

Are the water inlet valve screens clogged?
Turn off the water and remove inlet hoses from the washer. Remove any accumulated film or particles. Reinstall hoses, turn water on and check for leaks.

## Washer stops

- **Check the following:**
  Is the power cord plugged into a grounded 3 prong outlet?

  Is there power at the plug?
  Check electrical source or call an electrician.

  Has a household fuse blown, or has a circuit breaker tripped?
  Replace the fuse or reset the circuit breaker. If the problem continues, call an electrician.

  Are you using an extension cord?
  Do not use an extension cord.

## Washer won't drain or spin

- **Is the drain hose clogged, or the end of the drain hose more than 96" (2.4 m) above the floor?**
- **Is your voltage low?**
  Check electrical source or call electrician. Do not use an extension cord.
- **Is the "SUD" routine active?**
  Cycle will complete once extra suds are removed.
- **Is the load balanced?**
  A single or bulky item may cause imbalance. Add more items or redistribute the load.

## Washer makes noise or vibrates

- **Is the washer level?**
  The washer must be level. The four feet should be properly installed, and the nuts should be tightened against the washer cabinet.
- **Is the washer gurgling or humming?**
  As water is drained from the washer, you may hear air being pulled through the pump. This happens during the end of draining. It is normal.
- **Are you washing items with metal snaps, buckles or zippers?**
  You may hear metal items touching the washer drum. This is normal.
- **Is washer installed on a sturdy and solid floor?**
  Refer to the "Installation Instructions" for flooring requirements. Noise and vibration may be reduced by placing a piece of ¾" (19.1 mm) plywood underneath your washer. The plywood may extend underneath both washer and dryer to keep them at equal heights.

## Washer leaks

- **Check household plumbing for leaks.**

## Dispensers clogged or leaking

- **Are the laundry products in the correct dispenser compartment?**
  Add the correct amounts of detergent, fabric softener or liquid chlorine bleach to the correct compartments. Add powdered or liquid color-safe bleach to the Main Wash compartment. Be sure to match powdered color-safe bleach with powdered detergent or match liquid color-safe bleach with liquid detergent.
- **Is the detergent type selector in the correct position?**
  Selector should be in the lower position when using liquid detergent and in the upper position when using powdered detergent.

## Washer odor

- **See "Cleaning Your Washer."**
- **Are you using HE detergent?**
  Use of non-HE detergent can cause a film residue which can result in odor.
- **Did you leave the door open after use?**
  This washer has a tight seal to avoid water leaks. To avoid odors leave the door open to allow the washer to dry between uses.

## Load too wet

- **Did you use the right cycle for the load being washed?**
  Select a cycle with a higher spin speed.
- **Did you wash a single item or bulky items or have you overloaded the washer?**
  A single item, bulky items, or overloading may cause imbalance. Add items or try to evenly distribute your wet laundry in the drum, and start a DRAIN/SPIN cycle. If the laundry is still wet, take half of the load out of the washer and try again.

## Residue or lint on load

- **Did you add detergent to the dispenser?**
  For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.
- **Did you sort properly?**
  Sort lint givers (towels, chenille) from lint takers (corduroy, synthetics). Also sort by color.
- **Did you overload the washer?**
  Do not overload the washer. The washer can be fully loaded, but not tightly packed. The wash load must be balanced. Lint can be trapped in the load if overloaded.
- **Check the following:**
  Was paper or tissue left in pockets?
- **Did you use enough HE detergent?**
  Use enough detergent to remove lint and hold it in suspension. Use only HE detergent. Follow the manufacturer's instructions to determine the amount of detergent to use.
- **Is your water colder than 60°F (15.6°C)?**
  Wash water colder than 60°F (15.6°C) may not completely dissolve the detergent.
- **Are you using a low-speed wash cycle?**
  Powdered detergents may not dissolve well in a slow-speed cycle. For best results, use liquid detergent for slow-speed cycles such as Delicate, Hand Washables, Silk and Wool.

## Stains on load

- **Did you add detergent to the dispenser?**
  For best results, add detergent to the detergent compartment. Do not add detergent to the washer drum.
- **Did you use enough HE detergent?**
  Use enough detergent to remove soil and hold it in suspension. Use only HE detergent. Follow the manufacturer's instructions to determine the amount of detergent to use.
- **Is there above average iron (rust) in water?**
  You may need to install an iron filter.
- **Did you properly sort the load?**
  Sort dark clothes from whites and lights.
- **Did you unload the washer promptly?**
  To avoid dye transfer, unload the washer as soon as it stops.
- **Did you use a fabric softener dispensing ball?**
  Dispensing balls will not operate correctly with this washer. Add liquid fabric softener to the fabric softener compartment.
- **Did you use powdered detergent in a low-speed cycle?**
  Consider using liquid detergent.
- **Did you use Quick Wash on a large load?**
  For best results, use Quick Wash for small, lightly soiled loads.

## Load is wrinkled

- **Did you unload the washer promptly?**
  Unload the washer as soon as it stops.
- **Did you use the right cycle for the load being washed?**
  Use the Delicate, Hand Washables or another cycle with a low-spin speed to reduce wrinkling.
- **Did you overload the washer?**
  The wash load must be balanced and not overloaded. Loads should tumble freely during washing.

## Gray whites, dingy colors

- **Did you properly sort the load?**
  Dye transfer can occur when mixing whites and colors in a load. Sort dark clothes from whites and lights.
- **Was the wash temperature too low?**
  Use hot or warm washes if safe for the load. Make sure your hot water system is adequate to provide a hot water wash.
- **Did you use enough detergent, or do you have hard water?**
  Use more detergent for washing heavy soils in cold or hard water.

## Cycle too long

- **Did you choose the Sanitary cycle?**
  The heater will be activated to provide maximum cleaning performance. Additional time will be added to the regular cycle to heat the water. This additional time will depend on the load size and the hot water inlet temperature.
- **Is "SUD" shown in the display?**
  Excessive sudsing has been detected and a suds routine has been started to destroy excessive suds. This routine will add time to the original cycle.
- **Did you wash a large load using the Quick Wash cycle?**
  The Quick Wash Cycle is designed for smaller load sizes (2-3 items of lightly soiled garments). If larger loads are washed using this cycle, wash time will be increased.
- **Did you wash a large load using a gentle cycle?**
  When using the Delicate, Hand Washables, Silk, and Wool cycles you should use small loads. This ensures a gentle wash for your garments without increasing cycle times.
- **Did the load cause imbalance?**
  When too much imbalance occurs, an imbalance routine will start to redistribute the load. During the imbalance routine, the time displayed may pause until this activity is complete, then resume with the remainder of the cycle.

## Door locked at end of wash cycle

- **Did all of the water drain out of the washer during the spin?**
  Select DRAIN/SPIN to remove any water remaining in the washer. The washer door will unlock at the end of the drain.

# ASSISTANCE OR SERVICE

Before calling for assistance or service, please check "Troubleshooting." It may save you the cost of a service call. If you still need help, follow the instructions below.

When calling, please know the purchase date and the complete model and serial number of your appliance. This information will help us to better respond to your request.

## If you need replacement parts

If you need to order replacement parts, we recommend that you only use FSP® factory specified parts. These parts will fit right and work right because they are made with the same precision used to build every new WHIRLPOOL® appliance.

**To locate FSP replacement parts in your area:**

In the U.S.A., call the Customer eXperience Center at **1-800-253-1301**, or your nearest designated service center.

In Canada, call **1-800-807-6777**, or your nearest designated service center.

## In the U.S.A.

Call the Whirlpool Customer eXperience Center toll free: **1-800-253-1301.**

**Our consultants provide assistance with:**

- Features and specifications on our full line of appliances
- Installation information
- Use and maintenance procedures
- Accessory and repair parts sales
- Specialized customer assistance (Spanish speaking, hearing impaired, limited vision, etc.)
- Referrals to local dealers, repair parts distributors, and service companies

Whirlpool designated service technicians are trained to fulfill the product warranty and provide after-warranty service anywhere in the United States.

To locate the Whirlpool designated service company in your area, you can also look in your telephone directory Yellow Pages.

## For further assistance

If you need further assistance, you can write to Whirlpool Corporation with any questions or concerns at:

Whirlpool Brand Home Appliances
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Please include a daytime phone number in your correspondence.

## In Canada

Call the Whirlpool Canada LP Customer Interaction Centre toll free: **1-800-807-6777.**

**Our consultants provide assistance with:**

- Use and maintenance procedures
- Accessory and repair parts sales
- Features and specifications on our full line of appliances
- Referrals to local dealers, repair parts distributors, and service companies. Whirlpool Canada LP designated service technicians are trained to fulfill the product warranty and provide after-warranty service anywhere in Canada.

## For further assistance

If you need further assistance, you can write to Whirlpool Canada LP with any questions or concerns at:

Customer Interaction Centre
Whirlpool Canada LP
1901 Minnesota Court
Mississauga, Ontario L5N 3A7

Please include a daytime phone number in your correspondence.

# WHIRLPOOL CORPORATION MAJOR APPLIANCE WARRANTY

## ONE YEAR LIMITED WARRANTY

For one year from the date of purchase, when this major appliance is operated and maintained according to instructions attached to or furnished with the product, Whirlpool Corporation or Whirlpool Canada LP (hereafter "Whirlpool") will pay for Factory Specified Parts and repair labor to correct defects in materials or workmanship. Service must be provided by a Whirlpool designated service company. This limited warranty applies only when the major appliance is used in the country in which it was purchased.

## ITEMS WHIRLPOOL WILL NOT PAY FOR

1. Service calls to correct the installation of your major appliance, to instruct you how to use your major appliance, to replace or repair house fuses or to correct house wiring or plumbing.
2. Service calls to repair or replace appliance light bulbs, air filters or water filters. Those consumable parts are excluded from warranty coverage.
3. Repairs when your major appliance is used for other than normal, single-family household use.
4. Damage resulting from accident, alteration, misuse, abuse, fire, flood, acts of God, improper installation, installation not in accordance with electrical or plumbing codes, or use of products not approved by Whirlpool.
5. Any food loss due to refrigerator or freezer product failures.
6. Replacement parts or repair labor costs for units operated outside the United States or Canada.
7. Pickup and delivery. This major appliance is designed to be repaired in the home.
8. Repairs to parts or systems resulting from unauthorized modifications made to the appliance.
9. Expenses for travel and transportation for product service in remote locations.
10. The removal and reinstallation of your appliance if it is installed in an inaccessible location or is not installed in accordance with published installation instructions.
11. Replacement parts or repair labor costs when the major appliance is used in a country other than the country in which it was purchased.

## DISCLAIMER OF IMPLIED WARRANTIES; LIMITATION OF REMEDIES

CUSTOMER'S SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY SHALL BE PRODUCT REPAIR AS PROVIDED HEREIN. IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO ONE YEAR OR THE SHORTEST PERIOD ALLOWED BY LAW. WHIRLPOOL SHALL NOT BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES. SOME STATES AND PROVINCES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR LIMITATIONS ON THE DURATION OF IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS, SO THESE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE OR PROVINCE TO PROVINCE.

Outside the 50 United States and Canada, this warranty does not apply. Contact your authorized Whirlpool dealer to determine if another warranty applies.

If you need service, first see the "Troubleshooting" section of the Use & Care Guide. After checking "Troubleshooting," additional help can be found by checking the "Assistance or Service" section or by calling Whirlpool. In the U.S.A., call **1-800-253-1301**. In Canada, call **1-800-807-6777**.

12/05

**Keep this book and your sales slip together for future reference. You must provide proof of purchase or installation date for in-warranty service.**

Write down the following information about your major appliance to better help you obtain assistance or service if you ever need it. You will need to know your complete model number and serial number. You can find this information on the model and serial number label located on the product.

**Dealer name**____________________

**Address**____________________

**Phone number**____________________

**Model number**____________________

**Serial number**____________________

**Purchase date**____________________

# SEGURIDAD DE LA LAVADORA

## Su seguridad y la seguridad de los demás es muy importante.

Hemos incluido muchos mensajes importantes de seguridad en este manual y en su electrodoméstico. Lea y obedezca siempre todos los mensajes de seguridad.

Este es el símbolo de advertencia de seguridad.

Este símbolo le llama la atención sobre peligros potenciales que pueden ocasionar la muerte o una lesión a usted y a los demás.

Todos los mensajes de seguridad irán a continuación del símbolo de advertencia de seguridad y de la palabra “PELIGRO” o “ADVERTENCIA”. Estas palabras significan:

**⚠PELIGRO** — **Si no sigue las instrucciones de inmediato, usted puede morir o sufrir una lesión grave.**

**⚠ADVERTENCIA** — **Si no sigue las instrucciones, usted puede morir o sufrir una lesión grave.**

Todos los mensajes de seguridad le dirán el peligro potencial, le dirán cómo reducir las posibilidades de sufrir una lesión y lo que puede suceder si no se siguen las instrucciones.

## INSTRUCCIONES IMPORTANTES DE SEGURIDAD

**ADVERTENCIA:** Para reducir el riesgo de incendio, choque eléctrico o lesiones a personas al usar su lavadora, siga las precauciones básicas, incluyendo las siguientes:

- Lea todas las instrucciones antes de usar la lavadora.
- No lave artículos que hayan sido previamente limpiados, lavados, remojados o humedecidos con gasolina, solventes para lavar en seco, u otras sustancias inflamables o explosivas ya que éstas emanan vapores que podrían encenderse o causar una explosión.
- No agregue gasolina, solventes para lavar en seco, u otras sustancias inflamables o explosivas al agua de lavado. Estas sustancias emanan vapores que podrían encenderse o causar una explosión.
- En ciertas condiciones, puede generarse gas hidrógeno en un sistema de agua caliente que no se haya usado por dos semanas o un período mayor. EL GAS HIDRÓGENO ES EXPLOSIVO. Si no se ha usado el agua caliente durante dicho período, antes de usar la lavadora, abra todos los grifos de agua caliente y deje que corra el agua por varios minutos. Esto liberará todo el gas hidrógeno que se haya acumulado. Debido a la inflamabilidad de dicho gas, no fume ni use una llama abierta durante este lapso.
- No permita que los niños jueguen encima o dentro de la lavadora. Es necesario una supervisión cuidadosa de los niños toda vez que se use la lavadora cerca de ellos.
- Antes de poner la lavadora fuera de servicio o desecharla, quítele la puerta o la tapa.
- No introduzca las manos en la lavadora si el tambor, la tina, o el agitador están funcionando.
- No instale ni almacene esta lavadora donde pudiese estar sometida a la intemperie.
- No trate de forzar los controles.
- No repare ni cambie pieza alguna de la lavadora ni intente realizar tarea alguna de servicio técnico, excepto cuando así se le indique específicamente en este manual o en instrucciones de reparación para el usuario publicadas, que usted entienda y para cuya ejecución cuente con la habilidad necesaria.
- Para obtener información respecto a los requisitos de conexión a tierra, refiérase a los “Requisitos Eléctricos”.

## GUARDE ESTAS INSTRUCCIONES

# REQUISITOS DE INSTALACIÓN

## Piezas y herramientas

Reúna las herramientas y piezas necesarias antes de comenzar la instalación. Las piezas provistas con la lavadora están en el tambor de la lavadora.

**Herramientas necesarias para la conexión de las mangueras de entrada del agua**

- Alicates (que se abran a 1 ⁹⁄₁₆" [39,5 mm])
- Linterna (opcional)

**Herramientas necesarias para la instalación**

- Llaves de boca de 17 mm y 13 mm
- Nivel
- Bloque de madera
- Regla o cinta para medir

**Piezas suministradas:**




*A. Molde de la manguera de desagüe*
*B. Mangueras de entrada (2)*
*C. Arandelas de la manguera de entrada (4)*
*D. Tapones de orificios para pernos de transporte (4)*
*E. Fleje rebordeado*

**Piezas alternativas**

Su instalación puede requerir piezas suplementarias. Si está interesado en adquirir una de las piezas aquí enlistadas, llame al número gratuito que se encuentra en la portada o en la sección "Ayuda o servicio técnico".

| Si tiene | Necesitará adquirir |
|---|---|
| Tina de lavandería o tubo vertical de más de 96" (2,4 m) | Sistema de bomba de sumidero (si no está disponible aún) |
| Una alcantarilla suspendida | Una tina de desagüe estándar de 20 galones (76 L), 30" (76,2 cm) de altura o un fregadero de uso general y una bomba de sumidero (en venta en establecimientos de plomería locales) |
| Desagüe por el piso | Desviación de sifón, pieza número 285834; manguera de desagüe adicional, pieza número 8318155; y juego de conectores, pieza número 285835 |
| Una manguera de desagüe muy corta | Juego de extensión para manguera de desagüe de 4 pies (1,2 m), pieza número 285863 |
| Grifos del agua fuera del alcance de las mangueras de llenado | 2 mangueras de llenado del agua más largas: de 6 pies (1,8 m), pieza número 76314, de 10 pies (3,0 m), pieza número 350008 |

## Opciones

**Pedestal**

Usted tiene la opción de comprar por separado pedestales de alturas diferentes para esta lavadora. Puede seleccionar un pedestal de 10" (25,4 cm) o un pedestal de 15,5" (39,4 cm). Estos pedestales se agregarán a la altura total de la lavadora para llegar a una altura total de aproximadamente 48" (121,9 cm) ó 53,5" (135,9 cm).




*A. Pedestal de 10" (25,4 cm)*
*B. Pedestal de 15,5" (39,4 cm)*

Para encargar, llame al distribuidor en donde compró la lavadora o refiérase a la sección "Ayuda o servicio técnico" de este manual.

| Altura del pedestal | Color | Número de pieza |
|---|---|---|
| 10" (25,4 cm) | Blanco | WHP1000SQ |
| 10" (25,4 cm) | Bisque | WHP1000ST |
| 10" (25,4 cm) | Negro | WHP1000SB |
| 10" (25,4 cm) | Polvo de diamante (Plateado) | WHP1000SU |
| 15,5" (39,4 cm) | Blanco | WHP1500SQ |
| 15,5" (39,4 cm) | Bisque | WHP1500ST |
| 15,5" (39,4 cm) | Negro | WHP1500SB |
| 15,5" (39,4 cm) | Polvo de diamante (Plateado) | WHP1500SU |

**Juego para apilar**

¿Está usted planeando apilar la lavadora y la secadora? Para hacer eso, necesitará comprar un juego para apilar.

Para encargar, llame al distribuidor en donde compró la secadora o refiérase a la sección "Ayuda o servicio técnico" de este manual. Pida la pieza número 8541503.

# Requisitos de ubicación

La selecci ón de una ubicaci ón apropiada para su lavadora realza el rendimiento y reduce al mínimo el ruido y la posible “caminata” de la lavadora.

Su lavadora se puede instalar debajo de un mostrador a la medida, o en un sótano, cuarto para lavar, clóset o un lugar empotrado. Vea “Sistema de desagüe”.

Deberá tenerse en cuenta también los requisitos para la ubicaci ón de otro electrodom éstico acompañante. La instalaci ón correcta es su responsabilidad.

**Usted necesitará**

- Un calentador de agua fijado para suministrar a la lavadora el agua a 120°F (49°C).
- Un contacto eléctrico con conexión a tierra ubicado a una distancia de 6 pies (1,8 m) del lugar donde el cable eléctrico está fijado a la parte posterior de la lavadora. Vea "Requisitos eléctricos".
- Grifos de agua caliente y fría ubicados a una distancia de no más de 4 pies (1,2 m) de las válvulas de llenado de agua caliente y fría, con una presión de agua de 20-100 lb/pulg² (137,9-689,6 kPa).
- Un piso nivelado con un declive máximo de 1" (2,5 cm) debajo de la lavadora completa. No se recomienda instalar la lavadora sobre superficies blandas del piso, tales como alfombras o superficies con reverso de espuma.
- Un piso resistente y firme que soporte la lavadora con un peso total (del agua y de la carga) de 400 lbs (180 kg).

No ponga a funcionar su lavadora a temperaturas inferiores a 32°F (0°C). El agua que quede en la lavadora puede ocasionar daños a bajas temperaturas.

## Espacios libres para la instalación

- El lugar debe ser lo suficientemente grande para permitir que la puerta de la lavadora se abra completamente.
- Debe considerarse espacio adicional para facilitar la instalaci ón y el servicio técnico.
- Se podr ían necesitar espacios libres adicionales para las molduras de la pared, puerta y piso.
- Se recomienda un espacio adicional de 1" (2,5 cm) en todos los lados de la lavadora para reducir la transferencia de ruido.
- Tambi én se debe considerar espacio adicional para otro electrodom éstico que le acompa ñe.

## Dimensiones de la lavadora




## Espacio recomendado para la instalación a medida debajo del mostrador

Las dimensiones que se ilustran son para el espacio recomendado.

**Instalación a medida debajo del mostrador – Sólo para la lavadora**




## Espacio recomendado para la instalación en un lugar empotrado o en un clóset, con o sin pedestal

Las dimensiones que se ilustran son para el espacio recomendado.

**Instalación en zona empotrada o en el clóset**




A B

*A. Vista lateral - clóset o lugar confinado*

*B. Puerta de clóset con orificios de ventilaci ón*

**Aberturas de aire mínimas de la parte superior e inferior para la puerta del clóset.*

**Instalación en un clóset o lugar empotrado – Lavadora sobre un pedestal**




A B

*A. Área empotrada*

*B. Vista lateral - clóset o lugar confinado*

## Espacio recomendado para la instalación en un lugar empotrado o en un clóset, con lavadora y secadora apiladas

Las dimensiones que se ilustran son para el espacio recomendado.




*Aberturas de aire mínimas de la parte superior e inferior para la puerta del clóset.

**El codo externo de ventilación requiere espacio adicional.

***La pared, puerta y molduras del piso pueden requerir espacios adicionales.

## Espacio recomendado para la instalación en un armario

- Las dimensiones que se ilustran son para el espacio recomendado.
- Para la instalación en armario, con una puerta, se requieren aberturas de ventilación mínimas en la parte superior.




## Sistema de desagüe

Se puede instalar la lavadora utilizando el sistema de desagüe por tubo vertical (en el piso o en la pared), el sistema de desagüe por el lavadero, o el sistema de desagüe por el piso. Seleccione el método de instalación de la manguera de desagüe que usted necesite. Vea "Piezas y herramientas".

### Sistema de desagüe por tubo vertical – en la pared o en el piso (vistas A y B)

El desagüe por tubo vertical necesita un tubo vertical con un diámetro mínimo de 2" (5 cm). La capacidad mínima de desagüe no puede ser menor de 17 galones (64 L) por minuto.

La parte superior del tubo vertical debe tener una altura mínima de 30" (76,2 cm) y máxima de 96" (2,4 m) desde la parte inferior de la lavadora.




A B

### Sistema de desagüe por el lavadero (vista C)

El lavadero necesita una capacidad mínima de 20 gal. (76 L). La parte superior del lavadero debe estar a una altura mínima de 30" (76,2 cm) del piso.

### Sistema de desagüe por el piso (vista D)

El sistema de desagüe por el piso necesita una desviación de sifón que puede adquirirse por separado. Vea "Piezas y herramientas".

La desviación del sifón debe estar a una distancia mínima de 28" (71 cm) de la parte inferior de la lavadora. Se pueden necesitar mangueras adicionales.




C D



W0157960

## Requisitos eléctricos

**⚠ADVERTENCIA**



**Peligro de Choque Eléctrico**

**Conecte a un contacto de pared de conexión a tierra de 3 terminales.**

**No quite la terminal de conexión a tierra.**

**No use un adaptador.**

**No use un cable eléctrico de extensión.**

**No seguir estas instrucciones puede ocasionar la muerte, incendio o choque eléctrico.**

- Se necesita un suministro eléctrico de 120 voltios, 60 hertzios, CA solamente, de 15 ó 20 amperios y protegido con fusible. Se recomienda un fusible retardador o un cortacircuitos. Asimismo se recomienda el uso de un circuito independiente que preste servicio únicamente a este aparato.
- Esta lavadora viene equipada con un cable eléctrico dotado de un enchufe de 3 terminales con conexión a tierra.
- Para reducir al mínimo el peligro de posibles choques eléctricos, el cable debe ser enchufado en un contacto apropiado de pared de 3 terminales, conectado a tierra de acuerdo con los códigos y normas locales. Si no hay disponible una salida equivalente, es responsabilidad y obligación personal del cliente de tener un contacto apropiado con conexión a tierra instalado por un electricista calificado.
- Si los códigos lo permiten y se emplea un alambre de conexión a tierra separado, es recomendable que un electricista calificado determine si la trayectoria de conexión a tierra es adecuada.
- No conecte a tierra a un tubo de gas.
- Si no está seguro de que la conexión a tierra de la lavadora sea la adecuada, verifíquela con un electricista competente.
- No coloque un fusible en el circuito neutro o de conexión a tierra.

### INSTRUCCIONES PARA LA CONEXIÓN A TIERRA

**Para una lavadora conectada a tierra con cable eléctrico:**
Esta lavadora debe conectarse a tierra. En caso de funcionamiento defectuoso o avería, la conexión a tierra reducirá el riesgo de choque eléctrico al proporcionar una vía de menor resistencia para la corriente eléctrica. Esta lavadora viene equipada con un cable eléctrico que tiene un conductor de conexión a tierra del equipo y un enchufe con conexión a tierra. El enchufe debe conectarse en un contacto de pared apropiado que haya sido debidamente instalado y conectado a tierra de conformidad con todos los códigos y ordenanzas locales.

**ADVERTENCIA:** La conexión incorrecta de la terminal de conexión a tierra del equipo puede ocasionar un riesgo de choque eléctrico. Consulte con un electricista o técnico en reparaciones calificado si tiene duda alguna en cuanto a la conexión a tierra correcta del electrodoméstico.

No modifique el enchufe provisto con el electrodoméstico. Si éste no encaja en el contacto de pared, pida a un electricista calificado que le instale un contacto de pared apropiado.

**Para una lavadora con contacto eléctrico permanente:**

Esta lavadora debe conectarse a un metal puesta a tierra, un sistema con cableado permanente a tierra o conectarse a un equipo cuyo suministro incluya una terminal de tierra.

# INSTRUCCIONES DE INSTALACIÓN

## Eliminación del sistema protector de transporte

**⚠ADVERTENCIA**

**Peligro de Peso Excesivo**

**Use dos o más personas para mover e instalar la lavadora.**

**No seguir esta instrucción puede ocasionar una lesión en la espalda u otro tipo de lesiones.**

**IMPORTANTE:** Coloque la lavadora de modo que la parte posterior del aparato esté aproximadamente a 3 pies (90 cm) de distancia de su ubicación final.

Hay 4 pernos en el panel posterior de la lavadora que sostienen el sistema de suspensión durante el transporte. Estos pernos también retienen el cable de suministro de energía dentro de la lavadora hasta que se quiten los pernos.



1. Utilice una llave de tuercas de 13 mm para aflojar cada uno de los pernos.



W0157961

2. Una vez que el perno esté flojo, muévalo hacia el centro del orificio y jálelo hacia fuera por completo, incluyendo el espaciador de plástico que cubre el perno.



3. Una vez que se hayan quitado los 4 pernos, descarte los pernos y los espaciadores. Luego retire el cable de suministro de energía por la abertura del panel trasero y cierre el orificio con la tapa adjunta.
4. Cierre los orificios de los pernos con los 4 tapones para orificios de pernos de transporte.

**NOTA:** Llame a su centro de servicio más cercano si la lavadora se va a transportar unos días más tarde. Para prevenir daños estructurales y de suspensión a la lavadora, ésta debe estar debidamente preparada para ser nuevamente ubicada por un técnico certificado.

## Conexión de las mangueras de entrada

Asegúrese de que el tambor de la lavadora esté vacío.

1. Conecte la manguera con el indicador rojo a la válvula de entrada Caliente (izquierda). El conectar el acoplamiento rojo primero facilita el ajuste de la conexión con los alicates. Atornille el acoplamiento con la mano hasta que se asiente en la arandela.
2. Conecte la manguera con el indicador azul a la válvula de entrada del agua Fría (derecha). Atornille el acoplamiento con la mano hasta que se asiente en la arandela.




*H. Entrada de agua caliente*
*C. Entrada de agua fría*

3. Usando los alicates, fíjese cuánto están apretados los acoplamientos de la manguera que ya están sujetos a la lavadora.

   **NOTA:** No apriete demasiado. Se pueden dañar los acoplamientos.
4. Conecte la manguera que tiene el indicador de color rojo con el grifo del agua caliente. Atornille el acoplamiento con la mano hasta que se asiente en la arandela.
5. Conecte la manguera que tiene el indicador de color azul al grifo del agua fría. Atornille el acoplamiento con la mano hasta que se asiente en la arandela.
6. Apriete los acoplamientos con los alicates, girándolos dos tercios de vuelta adicional.



   **NOTA:** No apriete demasiado. Se pueden dañar los acoplamientos.
7. Abra los grifos del agua y revise si hay filtraciones de agua.

   **NOTA:** Reemplace las mangueras de entrada después de cinco años de uso para reducir el riesgo de que fallen. Para consulta en el futuro, anote en las mangueras la fecha de instalación o la fecha de reposición de las mismas.

   Inspeccione periódicamente y reemplace las mangueras si aparecen bultos, arrugas, cortaduras, desgaste o filtraciones de agua.

## Tendido de la manguera de desagüe

El tendido apropiado de la manguera de desagüe protege sus pisos contra daños ocasionados por filtraciones de agua. Lea y siga estas instrucciones.

**Quite la manguera de desagüe del gabinete de la lavadora**

Jale suavemente la manguera de desagüe corrugada para sacarla de los sujetadores de embalaje.



**Desagüe de la tina de lavadero o desagüe de tubo vertical**

Conecte el molde de la manguera de desagüe a la manguera de desagüe corrugada.




*A. Encaje cualquiera de los extremos del molde a la manguera de desagüe en el lugar donde comienza el corrugado.*
*B. Doble la manguera de desagüe sobre el molde y trábela en su lugar.*

**Para evitar que el agua de desagüe vuelva a su lavadora:**

- No enderece la manguera de desagüe, y no fuerce el exceso de la manguera de desagüe dentro del tubo vertical. La manguera debe quedar asegurada, pero lo suficientemente floja que permita un espacio para el aire.
- No tienda el exceso de la manguera en el fondo de la tina del lavadero.

### Desagüe por el piso

Quizás necesite piezas adicionales. Vea Desagüe por el piso en "Piezas y herramientas".

## Fijación de la manguera de desagüe

1. Coloque el cable eléctrico encima de la lavadora.
2. Asegure la manguera de desagüe a la pata del lavadero o al tubo vertical utilizando el fleje rebordeado que viene con la lavadora. (Vea las ilustraciones A y B.)



A B C

Si los grifos de la lavadora y el tubo vertical de desagüe están empotrados (vea la ilustración C), ponga el extremo en forma de gancho de la manguera de desagüe en el tubo vertical. Enrolle el fleje rebordeado con firmeza alrededor de las mangueras de entrada del agua y de la manguera de desagüe.

No fuerce el exceso de la manguera de desagüe dentro del tubo vertical.

## Nivelación de la lavadora

La nivelación apropiada de su lavadora evita el ruido y la vibración excesivos.

1. Revise si la lavadora está nivelada colocando un nivel en el borde superior de la lavadora, primero de lado a lado, luego de frente hacia atrás.



Si la lavadora está contra la pared, mueva la lavadora ligeramente hacia afuera antes de inclinarla hacia atrás. Si la lavadora no está nivelada, primero apuntale la parte frontal con un bloque de madera y regule las patas según sea necesario, después apuntale la parte de atrás y regule las patas según sea necesario. Repita este paso hasta que la lavadora quede nivelada.

2. Asegúrese de que las cuatro patas estén estables y descansando sobre el suelo. Después verifique que el aparato esté perfectamente nivelado (use un nivel).
3. Una vez que la lavadora esté nivelada, use una llave de boca de 17 mm para apretar las tuercas de las patas contra el gabinete de la lavadora.

   **IMPORTANTE:** Se deben ajustar las cuatro patas. Si no se aprietan las tuercas contra el gabinete de la lavadora, la lavadora podría vibrar.
4. La lavadora no deberá moverse del frente hacia atrás, de lado a lado o diagonalmente cuando se la empuje sobre sus bordes superiores.
5. Deslice la lavadora a su ubicación final.
6. Verifique el grado de nivelación de la lavadora.

## Complete la instalación

1. Revise los requisitos eléctricos. Asegúrese de contar con la fuente de electricidad correcta y el método recomendado de conexión a tierra. Vea "Requisitos eléctricos".
2. Verifique que todas las piezas estén instaladas. Si hay alguna pieza extra, vuelva a revisar todos los pasos para ver cuál se omitió.
3. Controle para verificar que tiene todas las herramientas.
4. Deshágase de todos los materiales de embalaje o recíclelos.
5. Controle que los grifos de agua estén abiertos.
6. Verifique si hay fugas alrededor de los grifos y de las mangueras de entrada.

**⚠ADVERTENCIA**



**Peligro de Choque Eléctrico**

**Conecte a un contacto de pared de conexión a tierra de 3 terminales.**

**No quite la terminal de conexión a tierra.**

**No use un adaptador.**

**No use un cable eléctrico de extensión.**

**No seguir estas instrucciones puede ocasionar la muerte, incendio o choque eléctrico.**

7. Conecte a un contacto de pared de conexión a tierra de 3 terminales.
8. Lea "Uso de la lavadora".
9. Para probar y limpiar su lavadora, mida 1/2 de la cantidad de detergente de alto rendimiento (HE) recomendada por el fabricante para una carga mediana. Vierta el detergente en el depósito del detergente. Seleccione Normal/Informal (NORMAL/CASUAL) y luego seleccione Inicio (START). Deje que la lavadora funcione durante el ciclo completo.

*Use solamente un detergente de alto rendimiento (HE).*

# CARACTERÍSTICAS Y BENEFICIOS

El ciclo de lavado de lana de esta máquina ha sido aprobado por Woolmark para el lavado de productos Woolmark lavables en máquina siempre y cuando las prendas sean lavadas de acuerdo con las instrucciones que aparecen en la etiqueta de las mismas y las instrucciones del fabricante de esta máquina lavadora, M0614.

### Controles electrónicos

Los controles electrónicos flexibles son fáciles de usar tanto sea usted principiante o experto.

### Depósitos inteligentes

Los Smart Dispensers (Depósitos inteligentes) realzan la calidad automática de su lavadora. Esta lavadora proporciona un depósito de cuatro compartimientos, el cual incluye compartimientos separados para el detergente del lavado principal, suavizante de telas, blanqueador y para el prelavado automático o el remojo automático. El depósito tiene zonas grandes de vertido. El depósito se limpia automáticamente y puede sacarse con facilidad. Los productos de lavandería se diluyen con el agua y se incorporan a la carga de ropa en el momento oportuno del ciclo de lavado.

### Nivel automático del agua

Esta lavadora regula automáticamente el nivel del agua para lograr un rendimiento óptimo de limpieza y enjuague. Dos sensores determinan el tamaño de la carga, la composición de la carga y el nivel de espuma, luego los sensores regulan el nivel del agua al ajuste apropiado. De este modo se evita hacerlo al cálculo. El nivel del agua es el apropiado para cada tamaño de carga de lavado.

### Cargas más voluminosas

Debido a que no tiene agitador, usted puede lavar artículos más voluminosos y más grandes como un cubrecama de cama doble. También puede lavar más ropas a la vez, lo que significa menor cantidad de lavados.

### Tambor de acero inoxidable

El tambor de acero inoxidable elimina la corrosión y permite velocidades más altas de exprimido, logrando mayor extracción del agua, que a su vez ayuda a reducir el tiempo de secado.

### Sistema de lavado de alto rendimiento

Su nueva lavadora de carga frontal y alta eficacia ahorra tiempo con menos y más grandes cargas. También reduce sus cuentas de agua y electricidad al ayudar a conservar recursos.

### Velocidades de exprimido

Esta lavadora selecciona automáticamente la velocidad de exprimido según el ciclo seleccionado. Sin embargo, se puede modificar este ajuste de fábrica. Esta lavadora ofrece un máximo de cinco opciones distintas de velocidad de exprimido.

### Elemento calentador

Esta lavadora tiene un elemento calefactor que automáticamente calienta el agua hasta la temperatura óptima en determinados ciclos. Esto permite la limpieza escalonada, un proceso en el cual el agua tibia ingresa y se mezcla con el detergente primero, después el agua se calienta. La limpieza por pasos comienza el ciclo con agua tibia para quitar manchas (tales como sangre y pasto). El agua continúa calentándose para poder quitar manchas tales como el sudor.

### Tecnología 6th Sense™

La inteligencia intuitiva "conoce cada carga", al determinar los tamaños de carga, niveles de agua y el tiempo de limpieza que se necesita.

### Agregado de prendas

Cuando esta opción esté disponible al comienzo del ciclo, la luz de estado de agregar prendas (Add A Garment) se iluminará durante los primeros 8 minutos. Esta lavadora permite que durante un período de 8 minutos se puedan agregar más prendas a una carga.

### Sistema de lavado con inyección directa

Esta lavadora canaliza el 100% del agua a través de los depósitos para asegurar un enjuague a fondo y la mezcla de todos los productos de lavandería antes de que entren en contacto con las prendas. Luego viene el rociado del agua desde la parte superior frontal hacia el centro de la carga, proporcionando una distribución pareja y un rendimiento de limpieza óptimo. Es normal que quede un poco de agua en los depósitos al término del ciclo de lavado.

### Sistema de detergente eficaz con válvula antiescape

Esta lavadora cuenta con una válvula de diseño especial que se cierra durante la porción de lavado del ciclo de modo que el 100% del agua y la mezcla del detergente se utiliza en la carga. El Sistema de detergente eficaz asegura que no se desperdicie agua o detergente.

### Sistema de suspensión de 6 puntos

Los amortiguadores de choque, 2 resortes y controles electrónicos, han sido diseñados especialmente para ayudar a redistribuir la carga automáticamente y minimizar el movimiento del tambor de lavado durante el ciclo de escurrido. El sistema de suspensión de seis puntos reduce la cantidad de fuerza transmitida al suelo por la lavadora, lo que resulta en la reducción de ruido y vibración.

# USO DE LA LAVADORA




**NOTA:** El panel que se muestra más arriba puede ser diferente del de su modelo.

## Puesta en marcha de la lavadora

**⚠ ADVERTENCIA**



**Peligro de Incendio**

**Nunca coloque en la lavadora artículos que estén humedecidos con gasolina o cualquier otro líquido inflamable.**

**Ninguna lavadora puede eliminar completamente el aceite.**

**No seque ningún artículo que haya tenido alguna vez cualquier tipo de aceite (incluyendo aceites de cocina).**

**No seguir estas instrucciones puede ocasionar la muerte, explosión o incendio.**

**ADVERTENCIA:** A fin de reducir el riesgo de incendio, de choque eléctrico o de daños personales, lea las INSTRUCCIONES IMPORTANTES DE SEGURIDAD antes de operar este aparato.

La siguiente es una guía para el empleo de su lavadora. Consulte las secciones específicas de este manual para obtener información detallada.

No almacene productos de lavandería encima de esta lavadora. La vibración es normal durante el funcionamiento.

## Uso del detergente adecuado

Use solamente detergentes de alto rendimiento. El paquete para este tipo de detergente incluye la indicación "HE" o "Alto Rendimiento". Este sistema de lavado, junto con menos agua, creará demasiada espuma con un detergente común que no sea de alto rendimiento (HE). El uso de un detergente común probablemente derive en errores de la lavadora, tiempos de lavado más prolongados y menor rendimiento de enjuague. También puede ocasionar fallas en los componentes y moho evidente. Los detergentes de alto rendimiento HE están hechos para producir la cantidad adecuada de espuma para el mejor rendimiento. Siga las instrucciones del fabricante para determinar la cantidad de detergente que debe usar.

*Use solamente un detergente de alto rendimiento (HE).*

### Primer ciclo de lavado sin ropa

Antes de lavar la ropa por primera vez, elija el ciclo Normal/Informal (Normal/Casual) y póngalo a funcionar sin ropa, si esto no se ha completado durante el paso final de la instalación. Use solamente un detergente de alto rendimiento (HE). Use ½ de la cantidad recomendada por el fabricante para una carga de tamaño mediano. Este ciclo inicial sirve para asegurar la limpieza del interior de la lavadora antes de lavar la ropa.

### Para todos los ciclos de lavado

1. Abra la puerta de la lavadora jalando la manija. Separe la ropa por color y tipo de tela. Coloque una carga de ropa separada en la lavadora. No sobrecargue la lavadora. El sobrecargar la lavadora puede causar una limpieza insatisfactoria.
   - La lavadora puede llenarse por completo, pero sin apretujar la ropa. La puerta de la lavadora debe cerrarse con facilidad.
   - Mezcle artículos grandes y chicos, y evite lavar artículos separados. Coloque la carga uniformemente.



W0157965

- Lave los artículos pequeños, tales como calcetines de niños, en bolsas de malla para prendas. Se recomienda usar más de una bolsa para prendas y que cada una de ellas se llene con la misma cantidad de material.
- Al sacar las prendas de la lavadora, de vez en cuando revise si no han quedado pequeños artículos debajo del sello de goma de color gris que está al frente de la tina.

2. Cierre la puerta de la lavadora empujándola con firmeza hasta que escuche el chasquido de la traba. La puerta de la lavadora permanecerá con seguro durante el ciclo de lavado.

   **NOTAS:**

   - Al cabo de cualquier ciclo de lavado, se debe abrir la puerta y luego cerrarla para que pueda iniciar un nuevo ciclo.
   - La puerta puede abrirse solamente si se ha seleccionado Pausa/Anulación (PAUSE/CANCEL) mientras la luz de Agregado de prendas (Add A Garment) esté encendida o si se ha anulado el ciclo.
   - Vea "Para anular un ciclo" en la sección "Cambio de ciclos, opciones y modificadores".

3. Abra la gaveta de depósito y agregue los productos de lavandería en los compartimientos de detergente, blanqueador, o suavizante de telas. Cierre la gaveta lentamente para evitar derrames. Vea "Uso del depósito".
4. Encienda la lavadora seleccionando encendido (POWER). Seleccione uno de los ciclos girando el selector de ciclos. La luz indicadora del ciclo seleccionado se iluminará de verde. Al seleccionar un ciclo de lavado, las opciones y modificadores prefijados (tales como la temperatura del agua, la velocidad de exprimido, y el nivel de suciedad) para el ciclo seleccionado se encenderán de verde. Las opciones que puedan seleccionarse se pondrán de color ámbar. Si una opción o modificador no está disponible cuando se selecciona un ciclo, la luz no se encenderá. La pantalla muestra el tiempo aproximado restante. Los ajustes prefijados proporcionan el cuidado recomendado de las telas en el ciclo seleccionado. Vea "Ciclos".
5. Seleccione las Opciones deseadas. No todas la opciones están disponibles con todos los ciclos. Vea "Opciones".
6. Seleccione los modificadores deseados, tales como temperatura del agua (Water Temp), velocidad de exprimido (Spin Speed) y nivel de suciedad (Soil Level). No todos los modificadores están disponibles con todos los ciclos y opciones. Vea "Modificadores".
7. Si lo desea, seleccione la señal de ciclo (CYCLE SIGNAL). Esta señal es útil cuando tiene que lavar articulos que deben quitarse de la lavadora tan pronto ésta se detenga. Seleccione alto, bajo o apagado.
8. Si lo desea, seleccione Sonido de los botones (BUTTON SOUND). Esta característica produce un sonido cada vez que se presiona un botón. Seleccione alto, bajo o apagado.
9. Seleccione y sostenga START durante 1 segundo aproximadamente.

   - Si no selecciona Inicio (START) dentro de 5 minutos de haber elegido el ciclo, la lavadora se apaga automáticamente.
   - Al cabo del ciclo de lavado, la luz de estado Listo (DONE) se ilumina, la puerta se destraba y se puede descargar la lavadora. La lavadora se apaga automáticamente 60 minutos después que el ciclo se complete y se apague la luz de Listo (DONE). Para apagar la lavadora manualmente al cabo de un ciclo, seleccione PAUSE/ CANCEL (Pausa/Anulado) una vez.

10. Para volver a usar el mismo ciclo, presione primero Encendido (POWER) y luego seleccione Inicio (START).
11. **Para el inicio diferido del ciclo de lavado**

    Seleccione DELAY WASH (Lavado diferido) hasta que el tiempo diferido deseado (en horas) aparezca en la pantalla de Estimated Time Remaining (Tiempo aproximado restante). Seleccione Inicio (START). La cuenta regresiva del ciclo de lavado aparecerá en la pantalla.

    **IMPORTANTE:** Al diferir un ciclo, use sólo detergentes en polvo en el compartimiento para el lavado principal, ya que los detergentes líquidos se pueden filtrar fuera del compartimiento durante el lavado con retraso antes de que comience el ciclo.

## Uso del depósito

Su nueva lavadora tiene una gaveta de depósito con cuatro compartimientos separados para sus productos de lavandería – dos son para el detergente, otro es para el blanqueador líquido con cloro y el otro es para el suavizante líquido de telas. Los productos de lavandería se diluyen y se distribuyen automáticamente en el momento oportuno durante el ciclo de lavado, sin que usted tenga que regresar en el transcurso del ciclo de lavado para agregarlos.

Es normal que quede un poco de agua en los depósitos al término del ciclo de lavado.

No ponga productos de lavandería directamente en la tina de lavado. Siempre use los depósitos apropiados al agregar productos de lavandería.

### Selección del detergente adecuado

Use solamente detergentes de alto rendimiento. El paquete para este tipo de detergente incluye la indicación "HE" o "Alto Rendimiento". Este sistema de lavado, junto con menos agua, creará demasiada espuma con un detergente común que no sea de alto rendimiento (HE). El uso de un detergente común probablemente derive en errores de la lavadora, tiempos de lavado más prolongados y menor rendimiento de enjuague. También puede ocasionar fallas en los componentes y moho evidente. Los detergentes de alto rendimiento HE están hechos para producir la cantidad adecuada de espuma para el mejor rendimiento. Siga las instrucciones del fabricante para determinar la cantidad de detergente que debe usar.

*Use solamente un detergente de alto rendimiento (HE).*

### Para llenar los compartimientos del depósito

1. Jale hacia afuera la gaveta del depósito.
2. Agregue el producto de lavandería deseado en el compartimiento apropiado.

3. Empuje la gaveta del depósito despacio y completamente hacia adentro (para evitar derrames).




**Depósito**

*A. Compartimiento del detergente para el prelavado*
*B. Selector de tipo de detergente*
*C. Compartimiento del detergente para el lavado principal*
*D. Palanca de desenganche del depósito*
*E. Compartimiento del blanqueador con cloro*
*F. Compartimiento del suavizante de telas*

## Compartimiento del detergente para el prelavado

(Letra A en la ilustración del depósito)

Agregue detergente en este compartimiento siempre que use la opción Prewash (Prelavado) o Presoak (Remojo previo). En este compartimiento se puede utilizar el detergente líquido o en polvo. El detergente se distribuirá automáticamente durante el prelavado si se ha seleccionado la opción Prewash, o durante el tiempo de remojo si se ha seleccionado Presoak.

- Si se utiliza detergente de alta eficiencia, agregue $^1/_3$ de la cantidad recomendada en el compartimiento de prelavado y $^2/_3$ de la cantidad recomendada para el compartimiento de lavado principal.
- No llene encima del nivel máximo "MAX".

## Compartimiento del detergente para el lavado principal

(Letras B y C en la ilustración del depósito)

Agregue detergente líquido o en polvo de alto rendimiento (HE) en este compartimiento para su ciclo de lavado principal. El selector de tipo de detergente (B) deberá estar siempre en la posición correcta para el tipo de detergente que se use.

**IMPORTANTE:** Si va a usar la opción de Prelavado (Prewash), Remojo previo (Presoak) o Lavado con retraso (Delay Wash), deberá usar el detergente en polvo en el compartimiento para el lavado principal, ya que los detergentes líquidos se pueden filtrar fuera de este compartimiento antes de que comience el lavado principal.

- No llene encima del nivel máximo "MAX". Use la cantidad de detergente recomendada por el fabricante para el tamaño de la carga.
- Se puede agregar blanqueador líquido o en polvo que no decolora en el compartimiento del lavado principal junto con el mismo tipo de detergente, líquido o en polvo.

- **Detergente líquido:**




*Selector en la posición para el detergente líquido*

*A. Selector de tipo de detergente*

- **Detergente en polvo:**




*Selector en la posición para el detergente en polvo*

*A. Selector de tipo de detergente*

## Compartimiento del blanqueador con cloro

(Letra E en la ilustración del depósito)

Agregue no más de $^2/_3$ de taza (160 mL) de blanqueador líquido con cloro en este compartimiento. El blanqueador se diluirá y distribuirá automáticamente en el mejor momento durante el primer enjuague después del ciclo de lavado. Este compartimiento no puede diluir blanqueador en polvo.

- Siempre mida el blanqueador líquido con cloro. Use una taza medidora con pico vertedor; no lo haga al cálculo. Siga las instrucciones del fabricante para lograr un uso seguro.
- No llene encima del nivel máximo "MAX". El sobrellenado puede ocasionar daños en las prendas.

## Compartimiento del suavizante de telas

(Letra F en la ilustración del depósito)

Si lo desea, vierta el suavizante de telas líquido en el depósito del suavizante de telas líquido.

**IMPORTANTE:** Diluya todo el suavizante de telas en agua hasta alcanzar un total de $^1/_4$ de taza (60 mL).

- No sobrellene. El depósito puede contener $^1/_4$ de taza (60 mL).
- El suavizante de telas se agrega en el ciclo de enjuague. Si se selecciona Enjuague adicional, el suavizante de telas se distribuirá durante el Enjuague adicional.
- No use bolas que distribuyen suavizante de telas en esta lavadora. Las bolas que distribuyen suavizante de telas no funcionan correctamente en esta lavadora.

- No derrame ni gotee el suavizante de telas sobre las prendas.
- Al final del ciclo, puede quedar una pequeña cantidad de agua en el depósito. Esto es normal.

**NOTA:** Use solamente suavizante de telas líquido en este depósito.

## Pausa o reanudación de la marcha

1. Para hacer una pausa de la lavadora en cualquier momento, presione Pausa/Anulación (PAUSE/CANCEL).
2. Para reanudar el ciclo, presione Inicio (START) (durante 1 segundo aproximadamente).

## Cambio de ciclos, opciones y modificadores

No todas la Opciones y Modificadores están disponibles con todos los ciclos. Los modificadores que estén disponibles se pondrán de color ámbar. Si una opción o modificador no está disponible cuando se selecciona un ciclo, la luz no se encenderá. Los Ciclos, Opciones y Modificadores se pueden cambiar en cualquier momento antes de seleccionar Inicio (START).

Las Opciones y Modificadores se pueden cambiar en cualquier momento después de seleccionar START y antes de que comience la Opción o Modificador seleccionado.

### Para anular un ciclo y seleccionar uno nuevo

1. Oprima dos veces pausa/anulación (PAUSE/CANCEL).
2. Presione Encendido (POWER).
3. Seleccione el ciclo deseado.
4. Seleccione las opciones o modificadores deseados, tales como temperatura del agua (Water Temp), velocidad de exprimido (Spin Speed) y nivel de suciedad (Soil Level).
5. Presione Inicio (START) (durante 1 segundo aproximadamente) para que la lavadora vuelva a comenzar en el inicio del nuevo ciclo.

### Para anular un ciclo

1. Oprima dos veces pausa/anulación (PAUSE/CANCEL).
2. La lavadora se apaga, la puerta se destraba y se puede sacar la ropa.

**NOTA:** Si el nivel del agua o la temperatura están demasiado altos, la lavadora desaguará automáticamente antes de que la puerta se destrabe.

### Para cambiar Opciones o Modificadores después de que haya comenzado el ciclo

1. Oprima Pausa/Anulación (PAUSE/CANCEL) una vez.
2. Seleccione las opciones o modificadores deseados, tales como temperatura del agua (Water Temp), velocidad de exprimido (Spin Speed) y nivel de suciedad (Soil Level). Las selecciones que estén disponibles se pondrán de color ámbar.
3. Para reanudar el ciclo, presione Inicio (START) (durante 1 segundo aproximadamente).

### Para escurrir la lavadora manualmente

1. Oprima dos veces pausa/anulación (PAUSE/CANCEL).
2. Presione Encendido (POWER).
3. Seleccione DRAIN/SPIN (Desagüe/Exprimido).
4. Para comenzar el desagüe, presione Inicio (START) (durante 1 segundo aproximadamente).
5. Al cabo del exprimido, la puerta se destraba. Se puede descargar la lavadora.

## Luces de estado

Estas luces muestran en qué porción del ciclo está funcionando la lavadora. También indican cuándo puede agregar un artículo en el ciclo de lavado y cuándo los controles están bloqueados.




### Agregado de prendas

Esta lavadora permite que durante un período de 8 minutos se puedan agregar otras prendas a la carga. Puede agregar artículos a la lavadora si la luz de estado de agregado de prendas (Add a garment) está encendida.

**Para agregar artículos cuando esté encendida la luz de agregado de prendas**

1. Seleccione Pausa/Anulación (PAUSE/CANCEL) una vez. La puerta de la lavadora se destraba y se pueden añadir artículos.
2. Para continuar el ciclo, cierre la puerta y seleccione y sostenga START (durante 1 segundo aproximadamente).

**Para agregar artículos cuando la luz de agregado de prendas no esté encendida**

1. Seleccione PAUSE/CANCEL dos veces. Esto anulará el ciclo y las opciones de lavado. La puerta de la lavadora se destraba y se puede añadir artículos.
2. Cierre la puerta, presione Encendido (POWER) y seleccione el nuevo ciclo y opciones. Seleccione y sostenga START (durante 1 segundo aproximadamente).

### Listo (Done)

La luz de estado de listo (Done) permanecerá encendida por 60 minutos después de que se haya terminado el ciclo; luego la lavadora se apagará.

### Bloqueo/Desbloqueo de los controles

El bloqueo de los controles (Controls Lock) evita el uso accidental de la lavadora. También puede usar la función de bloqueo de controles para evitar cambios accidentales del ciclo o de opciones durante un ciclo. Cuando esté encendida la luz de bloqueo de los controles (Controls Lock), todos los botones estarán desactivados excepto los de Pausa/Anulación (Pause/Cancel) e Inicio (Start). Usted puede bloquear los controles mientras la lavadora se encuentre en funcionamiento.

**Para bloquear los controles**
Presione y sostenga Bloqueo/Desbloqueo de los controles (CONTROLS LOCK/UNLOCK) durante 3 segundos.




Se encenderá la luz de estado próxima al botón de CONTROLS LOCK/UNLOCK.

**Para desbloquear los controles**
Presione y sostenga Bloqueo/Desbloqueo de los controles (CONTROLS LOCK/UNLOCK) durante 3 segundos hasta que se apague la luz de estado.

**NOTA:** Para bloquear o desbloquear los controles cuando la lavadora esté apagada, presione y sostenga Bloqueo/ Desbloqueo de los controles (CONTROLS LOCK/UNLOCK) durante 3 segundos.

## Bloqueo de la puerta

Cuando la luz de estado se enciende, la puerta está bloqueada.

## Tiempo restante estimado

El tiempo del ciclo varía automáticamente basado en la presión de agua, temperatura del agua, detergente y carga de ropa. El tiempo del ciclo se alargará si hay demasiada espuma o si la carga no está balanceada. La rutina de espuma quita la espuma excedente y asegura el enjuague apropiado de sus prendas. Durante la rutina de desequilibrio, el tiempo en la pantalla puede hacer una pausa hasta que se complete esta actividad; luego reanudará el ciclo. Estas rutinas pueden agregar hasta media hora al tiempo del ciclo por omisión.

# Ciclos

Se pueden seleccionar los ciclos girando la perilla de control de ciclos hacia el ciclo deseado. Cada ciclo fue diseñado para distintos tipos de tela y niveles de suciedad. Las luces indicadoras de modificadores, que están en el lado derecho del panel, cambiarán a medida que se seleccionen los ciclos.




- Cada ciclo tiene los siguientes ajustes prefijados: Nivel de suciedad (Soil Level) (tiempo estimado del ciclo), Temperatura del agua (Water Temperature) y Velocidad de exprimido (Spin Speed) y puede tener opciones programadas. Los ajustes prefijados proporcionan el cuidado recomendado de las telas en el ciclo seleccionado.
- Los ajustes prefijados se iluminarán de verde para mostrar las opciones y modificadores seleccionados previamente y cambiarán antes de que se presione Inicio (START). No todas las opciones y modificadores están disponibles con todos los ciclos. Las selecciones que estén disponibles se pondrán amarillas. (Para cambiar los ajustes después de que haya comenzado el ciclo, oprima Pausa/Anulación (PAUSE/ CANCEL ), luego seleccione los ajustes deseados. Presione Inicio (START) para continuar el ciclo.)
- Los detergentes en polvo quizás no se disuelvan bien en los ciclos de velocidad baja. Para obtener mejores resultados, use detergente líquido en los ciclos de velocidad baja.

## Ajustes prefijados de ciclos

Cada ciclo tiene los siguientes ajustes prefijados: Nivel de suciedad (Soil Level) (tiempo de ciclo), Temperatura del agua (Water Temperature), y Velocidad de exprimido (Spin Speed). Los ajustes prefijados proporcionan el cuidado recomendado de las telas en el ciclo seleccionado. Vea el cuadro.

| Ciclo | Nivel de suciedad (tiempo del ciclo) | Temperatura del agua | Velocidad de exprimido |
|---|---|---|---|
| **Sanitario (Sanitary)** | Normal (2:10) | Super caliente/ Fría (Super Hot/ Cold) | Extra alta (Extra High) |
| **Blancos Blanquísimos (Whitest Whites)** | Normal (1:20) | Caliente/Fría (Hot/Cold) | Extra alta |
| **Intenso (Heavy Duty)** | Normal (1:25) | Caliente/Fría | Extra alta |
| **Artículos voluminosos (Bulky Items)** | Normal (0:55) | Tibia/Fría (Warm/Cold) | Baja (Low) |
| **Normal/ Informal (Normal/ Casual)** | Normal (0:50) | Tibia/Fría | Alta (High) |
| **Ropa delicada (Delicate)** | Normal (0:40) | Tibia/Fría (Warm/Cold) | Media (Medium) |
| **Lana (Wool)** | Normal (0:30) | Fría/Fria | Media (Medium) |
| **Seda (Silk)** | Normal (0:25) | Fría/Fría | No exprime (No Spin) |
| **Lavado a mano (Hand Washables)** | Normal (0:30) | Fría/Fría | Baja (Low) |
| **Lavado rápido (Quick Wash) (de 2 a 3 artículos)** | Menos suciedad (0:25) | Tibia/Fría a | Extra lta |
| **Limpiar la lavadora (Clean Washer)** | | N/A | Alta (High) |
| **Remojo (Soak)** | Normal (0:30) | Tibia/Fría e | No xprime |
| **Enjuague/ Exprimido (Rinse/Spin)** | Normal (0:20) | Fría/Fría a | Extra lta |
| **Desagüe/ Exprimido (Drain/Spin)** | Normal (0:11) | N/A | Extra alta |

**Para cambiar los ajustes programados**

Oprima el selector de cada ajuste que esté disponible hasta que el ajuste deseado se encienda verde.

### Sanitario (Sanitary)

Use este ciclo para lavar telas que no destiñen, con suciedad profunda. Este ciclo combina una temperatura de agua super caliente y agitación de alta velocidad para ayudar a eliminar la suciedad y manchas profundas.
Es recomendable fijar el calentador de agua en 120°F (49°C) para asegurar un rendimiento adecuado durante este ciclo. El exprimido a velocidad extra alta ayuda a acortar el tiempo de secado.

### Blancos Blanquísimos (Whitest Whites)

Este ciclo ha sido diseñado especialmente para el lavado de telas blancas sucias con la ayuda del blanqueador. Las temperaturas calientes de lavado aseguran la óptima acción del blanqueador. El enjuague adicional proporciona un rendimiento óptimo de enjuague para evitar residuos de cloro en su ropa. Este ciclo combina una agitación veloz, un tiempo de lavado más prolongado y un exprimido a velocidad extra alta para acortar el tiempo de secado.

### Intenso (Heavy Duty)

Use este ciclo para lavar telas resistentes que no destiñen y prendas con suciedad intensa. Este ciclo combina una agitación veloz, un tiempo de lavado más prolongado y un exprimido a velocidad extra alta para acortar el tiempo de secado. Si la temperatura del agua está más baja que la necesaria para este ciclo, el calentador calentará el agua hasta la temperatura óptima.

### Artículos voluminosos (Bulky Items)

Use este ciclo para lavar artículos grandes, como pueden ser frazadas y edredones. Este ciclo comienza con un remojo para saturar completamente su carga voluminosa. Le sigue una acción de lavado mediano y un exprimido a baja velocidad solamente para mantener el equilibrio de la carga.

### Normal/Informal (Normal/Casual)

Use este ciclo para lavar telas inarrugables como camisas deportivas, blusas, ropa de negocios informal, fibras mixtas de planchado permanente, fibras de algodón y de lino y fibras sintéticas. Este ciclo combina una agitación a velocidad media, exprimido a alta velocidad y un proceso de enfriamiento de la ropa para reducir la formación de arrugas.

**NOTA:** Para un mejor rendimiento de energía, use el ciclo Normal/Informal (Normal/Casual).

### Ropa delicada (Delicate)

Use este ciclo para lavar prendas de lavado a mano y de cuidado especial. De manera similar en que se lavan las prendas a mano en el lavadero, la acción de lavado de este ciclo combina períodos de agitación a velocidad baja y remojo. El mecanismo CRADLE CLEAN™ ofrece un cuidado suave de la tela para la limpieza segura y eficaz de las prendas delicadas y lavables a mano. El exprimido a velocidad baja reduce la formación de arrugas.

- Use bolsas de malla para prendas al lavar ropa interior tales como sostenes con alambre, artículos con cordeles y artículos pequeños como calcetines de niños.

### Lana (Wool)

Use este ciclo para lavar prendas de lana lavables a máquina. (Verifique las instrucciones de cuidado para asegurarse de que la prenda es lavable.) El mecanismo CRADLE CLEAN™ ofrece un cuidado suave de la tela para la limpieza segura y eficaz de la lana lavable. Este ciclo tiene un agitado suave y un exprimido de baja velocidad para proveer un cuidado óptimo de las prendas.

### Seda (Silk)

Use este ciclo para lavar prendas de seda lavables. (Verifique las instrucciones de la etiqueta para asegurarse de que la prenda es lavable.) Este ciclo rota con cuidado y escurre sin exprimir para un lavado delicado de las prendas y para reducir la formación de arrugas. Debido a la ausencia de exprimido, el contenido de agua en las prendas será mayor al final de este ciclo. El mecanismo CRADLE CLEAN™ ofrece un cuidado suave de la tela para la limpieza segura y eficaz de la seda.

- Use bolsas de malla para prendas, según sea necesario.

### Lavado a mano (Hand Washables)

Use este ciclo para lavar prendas de lavado a mano y de cuidado especial. De manera similar en que se lavan las prendas a mano en el lavadero, la acción de lavado de este ciclo combina períodos de agitación a velocidad baja y remojo. El mecanismo CRADLE CLEAN™ ofrece un cuidado suave de la tela para la limpieza segura y eficaz de las prendas delicadas y lavables a mano. El exprimido a velocidad baja reduce la formación de arrugas.

### Lavado rápido (Quick Wash)

Use este ciclo para lavar cargas pequeñas de 2 a 3 prendas con suciedad ligera que necesite de prisa. Este ciclo combina una agitación veloz, un tiempo de lavado corto y un exprimido a velocidad extra alta para acortar el tiempo de secado.

### Limpiar la lavadora (Clean Washer)

Use el ciclo de limpiar la lavadora (Clean Washer) una vez por mes para mantener el interior de su lavadora fresco y limpio. Este ciclo utiliza un nivel más alto de agua junto con blanqueador líquido con cloro para limpiar meticulosamente el interior de su lavadora. Vea "Cómo limpiar su lavadora".

**IMPORTANTE:** No coloque prendas ni otros artículos en la lavadora durante el ciclo de limpieza de la lavadora. Use este ciclo con el tambor de lavado vacío.

### Remojo (Soak)

Use el ciclo de Remojo para ayudar a quitar manchas pequeñas de suciedades agarradas a las telas. Este ciclo proporciona un tiempo de remojo con agua tibia o fría seguido por el desagüe. Agua extra, una fase corta de agitación para la distribución equitativa de la ropa, y un tiempo de remojo sin movimiento del tambor mejora la remoción de manchas agarradas. El desagüe sin exprimido asegura un tratamiento suave hasta para los artículos delicados.

### Enjuague/Exprimido (Rinse/Spin)

Use este ciclo sólo para enjuagar y exprimir. Este ciclo combina una agitación veloz y un exprimido a velocidad extra alta. Si lo desea, puede reducir la velocidad de exprimido seleccionando la velocidad que desee del modificador SPIN SPEED (Velocidad de exprimido).

**Un ciclo de Enjuague/Exprimido es útil para**

- Cargas que necesitan únicamente enjuague.
- Agregarle suavizante a la carga.

### Desagüe/Exprimido (Drain/Spin)

Use este ciclo para vaciar el agua de la lavadora o para escurrir y exprimir la ropa. La velocidad de exprimido ha sido prefijada en extra alta. Si lo desea, puede reducir la velocidad de exprimido seleccionando la velocidad que desee del modificador SPIN SPEED (Velocidad de exprimido).

**NOTA:** Las cargas de fibras sintéticas, fibras delicadas, de lavado a mano y de lana lavable se deben escurrir sin exprimir o con un exprimido bajo para evitar deformaciones de las telas.

## Sonidos normales de la lavadora

Como ocurre con cualquier producto nuevo, usted escuchará sonidos a los cuales no está acostumbrado. Podrá oír varios sonidos al trabar o destrabar la puerta, y durante el proceso de lavado, enjuague y exprimido. Durante los intervalos entre las etapas de lavado, habrá pausas momentáneas. Usted escuchará el rociado y chapoteo del agua durante los ciclos de lavado y enjuague. Estos nuevos sonidos y pausas son parte del funcionamiento normal de la lavadora.

## Opciones

Usted puede personalizar su lavado al agregar opciones a sus selecciones de ciclo. Puede agregar o cambiar una opción después del inicio del ciclo en cualquier momento antes de que comience la opción seleccionada. No todas la opciones están disponibles con todos los ciclos. Las opciones que estén disponibles se pondrán de color ámbar. Las selecciones actuales se pondrán verdes. Si una opción no está disponible cuando se selecciona un ciclo, la luz no se encenderá.




- Vea la sección "Guía para el lavado" para obtener un cuadro global de las opciones posibles en cada selección de ciclo de lavado.
- Usted puede seleccionar más de una opción por ciclo. Algunas opciones no se pueden añadir a ciertos ciclos. Por ejemplo, Prewash (Prelavado) no puede añadirse al ciclo Quick Wash (Lavado rápido).
- Si una determinada opción no está disponible en el ciclo seleccionado, se escucharán 3 tonos cortos y la luz para esa opción no se iluminará al ser seleccionada.

### Lavado con retraso (Delay Wash)

Use esto para el inicio diferido del ciclo de lavado.

- Seleccione Lavado con retraso (DELAY WASH) hasta que el tiempo diferido deseado (en horas) aparezca en la pantalla de Tiempo aproximado restante (Estimated Time Remaining).
- Seleccione Puesta en marcha (START). La cuenta regresiva del ciclo de lavado aparecerá en la pantalla.
- Al diferir un ciclo, use sólo detergentes en polvo en el compartimiento para el lavado principal, ya que los detergentes líquidos se pueden filtrar fuera del compartimiento durante el lavado con retraso antes de que comience el ciclo.

### Prelavado (Prewash)

Use esta opción para cargas con suciedad profunda que necesitan tratamiento previo. Esta opción añade al ciclo de lavado principal un período de 15 minutos de prelavado y desagüe.

**NOTAS:**

- Agregue el detergente en los compartimientos de prelavado (Prewash) y lavado principal (Main Wash) de la gaveta de depósito.

- Cuando use el prelavado (Prewash), use sólo detergentes en polvo en el compartimiento para el lavado principal, ya que los detergentes líquidos se pueden filtrar fuera del compartimiento durante el lavado con retraso, antes de que comience el ciclo.

**NOTA:** Las opciones de prelavado y remojo previo no se pueden seleccionar en el mismo ciclo.

### Remojo previo (Presoak)

Use la opción de remojo previo (Presoak) para cargas de algodón, lino, poliéster o náilon con suciedad profunda y manchas rebeldes. Durante el remojo previo, el agua ingresará al tambor y la ropa se distribuirá uniformemente mediante una fase de agitación breve. Luego la ropa se remojará por etapas sin movimiento del tambor. Después del remojo, la lavadora desagua sin exprimir.

- Agregue el detergente en los compartimientos de Prelavado y Lavado principal de la gaveta de depósito.
- Use detergente en polvo para el ciclo de lavado principal porque el detergente líquido se filtrará en la lavadora durante el remojo.
- Para ciclos con temperaturas calientes de lavado, la temperatura de remojo previo está ajustada en tibia (Warm). De lo contrario, la temperatura de remojo previo es igual a la temperatura de lavado.
- Las opciones de remojo previo (Presoak) y prelavado (Prewash) no se pueden seleccionar en el mismo ciclo.

### Enjuague adicional (Extra Rinse)

Se puede utilizar un enjuague adicional para asegurar la eliminación de residuos del detergente o del blanqueador que haya quedado en las prendas. Esta opción proporciona un enjuague adicional con la misma temperatura del agua del primer enjuague.

### Señal de ciclo (Cycle Signal)

Esta señal es útil cuando tiene que quitar artículos de la lavadora tan pronto como ésta se detenga. Presione la señal de ciclo (CYCLE SIGNAL) para seleccionar Alto (Loud), Suave (Soft) o Apagado (Off).

### Sonido de los botones (Button Sound)

Los sonidos de los botones se usan para avisarle lo que se ha seleccionado o para hacerle saber cuando alguna función no está disponible. Presione el sonido de los botones (BUTTON SOUND) para seleccionar Alto (Loud), Suave (Soft) o Apagado (Off).

## Modificadores

Los ajustes prefijados de los ciclos de temperatura del agua (Water Temperature), velocidad de exprimido (Spin Speed) y nivel de suciedad (Soil Level) pueden modificarse. Usted puede cambiar el modificador después del inicio del ciclo en cualquier momento antes de que comience el modificador seleccionado. No todos los modificadores están disponibles con todos los ciclos y opciones. Las opciones que estén disponibles se pondrán de color ámbar. Las selecciones actuales se pondrán verdes. Si un modificador no está disponible cuando se selecciona un ciclo, la luz no se encenderá.

**NOTA:** El panel que se muestra más abajo puede ser diferente del de su modelo.




- Para cambiar la temperatura del agua, seleccione el botón de temperatura del agua (WATER TEMP) hasta que el ajuste deseado se ilumine de verde.
- Para cambiar la velocidad de exprimido, seleccione el botón de velocidad de exprimido (SPIN SPEED) hasta que el ajuste deseado se ilumine de verde.
- Para cambiar el tiempo del ciclo, seleccione el botón del nivel de suciedad (SOIL LEVEL) hasta que el ajuste deseado se ilumine de verde.

### Temperatura de lavado/enjuague

Seleccione una temperatura de agua basado en el tipo de carga que esté lavando. Use el agua de lavado más caliente que las telas puedan resistir. Siga las instrucciones de la etiqueta de las prendas.

Los enjuagues tibios dejan las cargas más secas que los enjuagues fríos. Los enjuagues tibios aumentan la formación de arrugas. En climas fríos, el enjuague tibio hace que la ropa sea más cómoda para manejar. Los enjuagues fríos ahorran energía.

En temperaturas de agua inferiores a 60°F (15,6°C), los detergentes no se disuelven bien. Además puede resultar difícil quitar la suciedad.

### Tecnología 6TH SENSE™

El control de tecnología 6TH SENSE™ detecta y mantiene electrónicamente una temperatura uniforme del agua. El control de tecnología 6TH SENSE™ regula el agua de entrada fría y caliente. El control de tecnología 6TH SENSE™ se enciende automáticamente cuando se selecciona un ciclo. Vea "Ajustes prefijados de ciclos" en la sección "Ciclos". El control de tecnología 6TH SENSE™ asegura constantemente una buena limpieza.

- El control de tecnología 6TH SENSE™ funciona con todos los ajustes de temperatura de lavado.
- La tecnología 6TH SENSE™ funciona para la temperatura de enjuague si el ajuste de temperatura de lavado está marcado con un asterisco, como en caso de tibio (Warm)*. Las temperaturas para todos los otros tipos de enjuague son frías.

6th sense technology



W01577972

## Guía para el lavado

Consulte este cuadro para obtener sugerencias sobre tipos de cargas y sus ciclos correspondientes. A la derecha se detallan las opciones disponibles para cada uno de estos ciclos de lavado.

| CICLO | TIPO DE CARGA SUGERIDA | OPCIONES DISPONIBLES | | | |
|---|---|---|---|---|---|
| | | Lavado con retraso | Prelavado* | Remojo previo* | Enjuague adicional |
| **Sanitario (Sanitary)** | Ropa interior, toallas, ropa de trabajo, pañales, etc. con suciedad profunda | * | * | * | * |
| **Blancos Blanquísimos (Whitest Whites)** | Telas blancas sucias | * | * | * | * |
| **Intenso (Heavy Duty)** | Telas resistentes que no destiñen y prendas con suciedad profunda. | * | * | * | * |
| **Artículos voluminosos (Bulky Items)** | Frazadas y edredones con suciedad normal | * | | | * |
| **Normal/Informal (Normal/Casual)** | Blusas, camisas, overols, etc. de poliéster, náilon, algodón, lino o mezclas de algodón con suciedad normal | * | * | * | * |
| **Ropa delicada (Delicate)** | Artículos de cuidado especial con la indicación "Lavable a mano" | * | * | * | * |
| **Lana (Wool)** | Ropa de lana con un acabado sin fieltro, cuya etiqueta indica que se pueden lavar en la lavadora | * | | | * |
| **Seda (Silk)** | Ropa de seda, cuya etiqueta indica que se pueden lavar en la lavadora | * | | | * |
| **Lavado a mano (Hand Washables)** | Artículos de cuidado especial con la indicación "Lavable a mano" | * | | | * |
| **Lavado rápido (Quick Wash)** | de 2 a 3 artículos con suciedad ligera hechos de algodón, poliéster, náilon o mezclas de algodón | * | | | * |
| **Limpiar la lavadora (Clean Washer)** | Sin ropa | * | | | |
| **Remojo (Soak)** | Telas de algodón, lencería, poliéster o náilon | * | | | |
| **Enjuague/ Exprimido (Rinse/Spin)** | Telas de algodón, lencería, poliéster o náilon | * | | | * |
| **Desagüe/ Exprimido (Drain/Spin)** | Telas de algodón, lencería, poliéster o náilon | * | | | |

*No se puede seleccionar Prelavado (Prewash) y Remojo previo (Presoak) a la vez.

# CONSEJOS DE LAVANDERÍA

## Preparación de la ropa para lavar

Siga estas recomendaciones para ayudarle a prolongar la vida de sus prendas.

- Use solamente detergentes de alto rendimiento. El paquete para este tipo de detergente incluye la indicación "HE" o "Alto Rendimiento". Con este sistema de lavado y el menor uso de agua, se formará demasiada espuma si se utiliza un detergente común que no sea de Alto Rendimiento. El uso de un detergente común probablemente derive en errores de la lavadora, tiempos de ciclo más prolongados, menor rendimiento de enjuague, así como también en fallas de los componentes y evidente formación de moho. Los detergentes de Alto Rendimiento HE están hechos para producir la cantidad adecuada de espuma para el mejor rendimiento. Siga las instrucciones del fabricante para determinar la cantidad de detergente que debe usar.

*Use solamente un detergente de alto rendimiento (HE).*

- Cierre los zípers, broches de presión y corchetes para evitar que enganchen otros artículos. Quite alfileres, hebillas y demás objetos duros para evitar que rayen el interior de la lavadora. Quite todo adorno y ornamento que no sea lavable.
- Vacíe los bolsillos y vuélvalos al revés.
- Doble los puños y limpie con un cepillo la pelusa y la suciedad.
- Vuelva al revés las prendas de tejido sintético para evitar que se llenen de pelusas.
- Ate los cordones y fajas de modo que no se enreden.
- Remiende lo que esté roto así como las costuras y dobladillos flojos.
- Trate las manchas y suciedades.
- Las prendas manchadas o mojadas deberán lavarse con prontitud para obtener mejores resultados.
- Mezcle artículos grandes y pequeños, evite lavar artículos separados y cargue de modo uniforme.
- Lave los artículos pequeños, tales como calcetines de niños, en bolsas de malla para prendas. Para crear una carga balanceada, se recomienda usar más de una bolsa para prendas y que cada una de ellas se llene con la misma cantidad de material.

  **NOTA:** Si solamente va a lavar prendas pequeñas, se recomienda usar más de una bolsa para prendas y que cada una de ellas se llene con la misma cantidad de material.

## Selección de la ropa

- Separe las prendas con suciedad profunda de las que están ligeramente sucias, aún cuando éstas normalmente se lavarían juntas. Separe las prendas que sueltan pelusa (toallas, felpilla) de las que atraen pelusa (pana, artículos sintéticos y de planchado permanente). Siempre que sea posible, vuelva al revés las prendas que sueltan pelusa.
- Separe los colores oscuros de los colores claros, los artículos no desteñibles de los que sí lo son.
- Separe por tipo de tela y estructura (prendas fuertes de algodón, tejidos de punto y prendas finas).

## Cómo descargar

- Saque la ropa de la lavadora después de que se haya completado el ciclo. Los objetos metálicos como zípers, broches a presión y hebillas pueden herrumbrarse si se dejan en la lavadora por largo tiempo.
- Al sacar las prendas de la lavadora, de vez en cuando revise si no han quedado pequeños artículos debajo del sello de color gris que está al frente de la tina.

## Cómo cargar

### Sugerencias para cargar

| | |
|---|---|
| **Ropa pesada de trabajo** | |
| 4 pantalones de mezclilla<br>4 pantalones de trabajo<br>4 camisas de trabajo | 2 pantalones de deporte<br>2 camisetas de deporte |
| **Toallas** | |
| 10 toallas de baño<br>10 toallas de mano | 14 toallas faciales |
| **Carga mixta** | |
| 3 sábanas (1 de cama doble, 2 de camas gemelas)<br>4 fundas<br>3 camisas<br>3 blusas | 9 camisetas<br>9 pantalones cortos<br>10 pañuelos |
| **Ciclo de lavado rápido** (de 2 a 3 prendas) | 2 camisas de vestir<br>1 par de pantalones |

# CUIDADO DE LA LAVADORA

## Cómo limpiar su lavadora

El procedimiento de mantenimiento de la lavadora deberá hacerse todos los meses.

### Limpieza del sello

1. Abra la puerta de la lavadora y quite cualquier ropa o artículo que estuviera dentro de la misma.
2. Inspeccione el sello gris que es encuentra entre la abertura de la puerta y la canasta para detectar si hay áreas manchadas. Empuje el sello hacia atrás para inspeccionar todas las áreas debajo del sello y controle si hay objetos extraños.




*A. Sello*

3. Si se encuentran áreas manchadas en el sello, límpielas siguiendo el siguiente procedimiento.
   a) Mezcle una solución diluida utilizando 3/4 taza (177 mL) de blanqueador líquido con cloro y 1 gal. (3,8 L) de agua tibia del grifo.
   b) Limpie el área del sello con la solución diluida y un paño húmedo.
   c) Déjelas reposar durante 5 minutos.
   d) Limpie el área meticulosamente con un paño seco y deje que el interior de la lavadora se seque al aire con la puerta abierta.

**IMPORTANTE:**

- Use guantes de goma cuando limpie por períodos prolongados.
- Vea las instrucciones de uso adecuado provistas por el fabricante del blanqueador.

### Procedimiento para el mantenimiento de la lavadora

Esta lavadora tiene un ciclo especial que utiliza mayores volúmenes de agua junto con blanqueador líquido con cloro para limpiar meticulosamente el interior de su lavadora.

**NOTAS:**

- Lea estas instrucciones completamente antes de comenzar el proceso de limpieza.
- Si fuera necesario, el ciclo de limpieza puede ser interrumpido al presionar el botón de Pausa/Anulación (Pause/Cancel). Esto detendrá el ciclo. Se debe poner en un ciclo de Enjuague/Exprimido (Rinse/Spin) para enjuagar meticulosamente el blanqueador que haya quedado en la lavadora. No seguir esta instrucción causará daños a la lavadora y a la ropa que agregue en el próximo ciclo.

**Comience el procedimiento**

1. Abra la puerta de la lavadora y quite cualquier ropa o artículo que estuviera dentro de la misma.
2. Cierre la puerta de la lavadora.
3. Abra la gaveta del depósito y agregue inmediatamente 2/3 taza (160 mL) de blanqueador líquido con cloro en el compartimiento del blanqueador.

   **NOTA:** No agregue ningún detergente a este ciclo. Si usa más de 2/3 taza (160 mL) de blanqueador, el producto podrá dañarse con el tiempo.
4. Cerciórese de que el cajón del depósito esté cerrado.
5. Seleccione el ciclo de limpiar la lavadora (CLEAN WASHER).
6. Presione Inicio (START).

   **NOTA:** La canasta rotará, después la puerta se destrabará, se trabará nuevamente y después continuará el ciclo.

   - La máquina no se llenará, pero la canasta rotará mientras la lavadora hace un ciclo corto de detección. Esto tardará aproximadamente 3 minutos.
7. El ciclo determinará si hay ropa u otros artículos en la lavadora.
   a) Si no se detectan artículos en la lavadora, ésta procederá al paso 8.
   b) Si se detecta algún artículo en la lavadora, todas las luces de ciclo destellarán, aparecerán en la pantalla "rL" o "F-34" y las luces de lavado (WASH) y controles bloqueados (CONTROLS LOCKED) permanecerán encendidas. La puerta se desbloqueará.
      - Presione Pausa/Anulación (PAUSE/CANCEL) para anular el código de falla. Después repita los pasos 1, 2 y 6 para comenzar nuevamente el ciclo.
8. Una vez que haya comenzado el ciclo, deje que el ciclo finalice.
9. Una vez que haya finalizado el ciclo, deje la puerta levemente abierta para que haya una mejor ventilación y secado del interior de la lavadora.

**Siempre haga lo siguiente para mantener la frescura de la lavadora**

- Use solamente un detergente de alto rendimiento (HE).
- Deje la puerta levemente abierta después de cada ciclo para permitir una mejor ventilación y secado del interior de la lavadora.
- Repita todos los meses el procedimiento de limpieza usando 2/3 taza (160 mL) de blanqueador líquido con cloro.
- Si el procedimiento no mejora suficientemente la frescura de la máquina, sírvase evaluar su instalación y las condiciones de uso para detectar otras causas.

### Limpieza externa

Use un paño suave y húmedo o una esponja para limpiar cualquier derrame. De vez en cuando, limpie el exterior de su lavadora para que se vea como nueva. Use jabón suave y agua. No use productos abrasivos.

### Limpieza de la gaveta de depósito

La gaveta de depósito es desmontable para facilitar la limpieza.

1. Destrabe la gaveta de depósito presionando la palanca de desenganche que está en el compartimiento de prelavado. Vea "Uso del depósito". Quite la gaveta.
2. Quite los insertos (el sifón de los compartimientos del suavizante y del blanqueador, y el selector de detergente).
3. Lave las piezas en el agua del grifo.
4. Vuelva a colocar los insertos y coloque nuevamente el depósito en la gaveta.

## Mangueras de entrada de agua

Reemplace las mangueras de entrada después de 5 años de uso para reducir el riesgo de que fallen. Revise periódicamente y cambie las mangueras de entrada si se hallan protuberancias, torceduras, cortes, desgaste o pérdidas de agua.

Cuando reemplace las mangueras de entrada del agua, anote la fecha de reposición.

## Cuidado para las vacaciones, el almacenaje o en caso de mudanza

Instale y guarde su lavadora en un lugar donde no se congele. Debido a que puede quedar un poco de agua en las mangueras, el congelamiento de la misma podría dañar su lavadora. Si va a guardar o trasladar su lavadora durante una temporada de invierno riguroso, acondiciónela para el invierno.

### Cuidado durante la falta de uso o vacaciones:

Ponga a funcionar su lavadora únicamente cuando esté en casa. Si va a salir de vacaciones o no va a usar la lavadora durante un período prolongado de tiempo usted debe:

- Desenchufar la lavadora o desconectar el suministro de energía.
- Interrumpir el suministro de agua a la lavadora. Esto ayuda a evitar inundaciones involuntarias (debido a aumentos en la presión del agua) en ausencia suya.
- Abrir ligeramente la puerta para proporcionar ventilación.

### Para acondicionar la lavadora para el invierno:

1. Vierta 1 cuarto (1 L) de anticongelante tipo R.V. en el tambor.
2. Ponga la lavadora a funcionar en el ciclo de Desagüe/ Exprimido (DRAIN/SPIN).
3. Desenchufe la lavadora o desconecte el suministro de energía.
4. Cierre ambos grifos de agua.
5. Desconecte las mangueras de entrada del agua de los grifos y elimine el agua.

### Para volver a usar la lavadora:

1. Deje correr agua por las tuberías. Vuelva a conectar las mangueras de entrada del agua a los grifos. Abra ambos grifos de agua.

**⚠ADVERTENCIA**



**Peligro de Choque Eléctrico**

**Conecte a un contacto de pared de conexión a tierra de 3 terminales.**

**No quite la terminal de conexión a tierra.**

**No use un adaptador.**

**No use un cable eléctrico de extensión.**

**No seguir estas instrucciones puede ocasionar la muerte, incendio o choque eléctrico.**

2. Enchufe la lavadora o vuelva a conectar el suministro de energía.
3. Ponga la lavadora a funcionar en el ciclo normal/informal (Normal/Casual) con un ½ de la cantidad de detergente de alto rendimiento HE recomendada por el fabricante para una carga de tamaño mediano, para limpiar la lavadora y eliminar el anticongelante, de haberlo usado.

### Para transportar la lavadora:

1. Si va a mover la lavadora durante una temporada de invierno riguroso, coloque 1 cuarto (1 L) de anticongelante tipo R.V. en el tambor. Ponga la lavadora a funcionar en el ciclo de Desagüe/Exprimido (DRAIN/SPIN).
2. Desenchufe el cable eléctrico.
3. Desconecte la manguera de desagüe del sistema de desagüe y fíjela a los ganchos del panel posterior.
4. Cierre ambos grifos de agua.
5. Desconecte las mangueras de entrada del agua de los grifos, luego elimine el agua de las mangueras y fíjelas al panel posterior de la lavadora.

**IMPORTANTE**: Llame para solicitar servicio. No vuelva a usar los pernos de transporte. La unidad debe ser transportada en la posición vertical. Para prevenir daños estructurales y de suspensión, su máquina debe estar debidamente preparada para ser nuevamente ubicada por un técnico certificado.

### Para volver a instalar la lavadora

1. Siga las "Instrucciones de instalación" para ubicar, nivelar y conectar la lavadora.
2. Ponga la lavadora a funcionar en el ciclo normal/informal (Normal/Casual) con un ½ de la cantidad de detergente de alto rendimiento HE recomendada por el fabricante para una carga de tamaño mediano, para limpiar la lavadora y eliminar el anticongelante, de haberlo usado.

# SOLUCIÓN DE PROBLEMAS

**Pruebe primero las soluciones aquí sugeridas y posiblemente se evite el costo de una visita de servicio técnico...**

## La pantalla de la lavadora muestra mensajes codificados y emite señales audibles

**"F20" (Problema de entrada de agua - no hay suministro de agua o hay un suministro de agua insuficiente)**
Selecione Pausa/Anulación (PAUSE/CANCEL) dos veces para anular el ciclo. Desenchufe la lavadora o desconecte el suministro de energía.

**Verifique lo siguiente:**
¿Están completamente abiertos los grifos del agua?

¿Están obstruidos los filtros en la conexión de la manguera de entrada con la lavadora?

¿Están retorcidas las mangueras de entrada del agua?

¿Se han congelado las mangueras de entrada del agua?

Enchufe la lavadora o reconecte el suministro de energía. Vuelva a seleccionar el ciclo y presione Inicio (START). Si el problema persiste, llame al servicio técnico.

**"F21" (Problema de desagüe)**
Selecione Pausa/Anulación (PAUSE/CANCEL) dos veces para anular el ciclo. Desenchufe la lavadora o desconecte el suministro de energía.

**Verifique lo siguiente:**
¿Está retorcida la manguera de desagüe?

¿Se ha congelado la manguera de desagüe?

¿Está obstruida la manguera de desagüe?

¿Está la manguera de desagüe a una altura mayor de 96" (2,4 m) del piso?

Enchufe la lavadora o reconecte el suministro de energía. Vuelva a seleccionar el ciclo y presione Inicio (START). Si el problema persiste, llame al servicio técnico.

**"SUD" (Rutina de espuma)**
Cuando el sistema detecta la presencia de exceso de espuma, la rutina de espuma comienza automáticamente. Esta rutina quita la espuma excedente y asegura el enjuague apropiado de sus prendas. "SUD" aparece en la pantalla durante el enjuague y al final del ciclo para informarle que la Rutina de espumas ha sido activada. Use solamente detergentes de alto rendimiento (HE).

**"F22" (Está bloqueada la puerta frontal)**
Selecione Pausa/Anulación (PAUSE/CANCEL) dos veces para anular el ciclo.

**Verifique lo siguiente:**
¿Se ha cerrado bien la puerta de la lavadora?
La puerta deberá estar completamente cerrada para que la lavadora funcione. La puerta puede parecer cerrada pero no estar asegurada. Abra la puerta y ciérrela con firmeza.

¿Está lavando una carga grande?
Antes de cerrar la puerta de la lavadora, fíjese si hay artículos que se salen de la abertura de la puerta. Deje espacio suficiente para que la ropa pueda rotar libremente en la lavadora. Una canasta que esté sobrecargada impedirá que la puerta se cierre por completo. Si es necesario, reduzca el tamaño de la carga.

Presione Encendido (POWER) y seleccione Inicio (START).

**Códigos "F" diferentes de F20, F21 ó F22**
Seleccione Pausa/Anulación (PAUSE/CANCEL) dos veces para cancelar el ciclo. Seleccione Desagüe/Exprimido (DRAIN/SPIN) si hay exceso de agua en la lavadora.

Vuelva a seleccionar el ciclo y presione Inicio (START). Si el problema persiste, llame al servicio técnico.

## La lavadora no funciona

**⚠ADVERTENCIA**



**Peligro de Choque Eléctrico**

**Conecte a un contacto de pared de conexión a tierra de 3 terminales.**

**No quite la terminal de conexión a tierra.**

**No use un adaptador.**

**No use un cable eléctrico de extensión.**

**No seguir estas instrucciones puede ocasionar la muerte, incendio o choque eléctrico.**

**Verifique lo siguiente:**
¿Está el cable eléctrico enchufado en un contacto de 3 terminales de conexión a tierra?

¿Está cerrada con firmeza la puerta de la lavadora?

¿Se ha seleccionado un ciclo, pero no se ha seleccionado Inicio (START) sosteniéndolo durante 1 segundo?

¿Se ha abierto la puerta después de haberse terminado el ciclo anterior?

## La lavadora no se llena, ni lava ni enjuaga

**Verifique lo siguiente:**
¿Está el cable eléctrico enchufado en un contacto de 3 terminales de conexión a tierra?

¿Hay corriente en el enchufe? Revise la fuente de electricidad o llame a un electricista.

¿Están abiertas las llaves del agua caliente y del agua fría?

¿Está retorcida la manguera de entrada del agua?

¿Están obstruidos los filtros de la válvula de entrada del agua?
Cierre el agua y quite las mangueras de entrada de la lavadora. Saque cualquier película o partículas que se hayan acumulado. Vuelva a instalar las mangueras, abra el agua y revise si hay fugas de agua.

## La lavadora se detiene

- **Verifique lo siguiente:**
  ¿Está el cable eléctrico enchufado en un contacto de 3 terminales de conexión a tierra?

  ¿Hay corriente en el enchufe?
  Revise la fuente de electricidad o llame a un electricista.

  ¿Hay un fusible de la casa fundido o se disparó el cortacircuitos? Reemplace el fusible o reposicione el cortacircuitos. Si el problema continúa, llame a un electricista.

  ¿Está usando un cable eléctrico de extensión?
  No use un cable eléctrico de extensión.

## La lavadora no desagua ni exprime

- **¿Está obstruida la manguera de desagüe, o el extremo de la manguera de desagüe está a más de 96" (2,4 m) de distancia del piso?**
- **¿Está bajo el voltaje?**
  Revise la fuente de electricidad o llame a un electricista. No use un cable eléctrico de extensión.
- **¿Se ha activado la rutina de espuma "SUD"?**
  El ciclo concluirá una vez que se haya eliminado el exceso de espuma.
- **¿Está equilibrada la carga?**
  Un solo artículo o uno que sea voluminoso puede causar desequilibrio. Agregue más artículos o redistribuya la carga.

## La lavadora hace ruidos o vibra

- **¿Está nivelada la lavadora?**
  La lavadora debe estar nivelada. Las cuatro patas deben instalarse correctamente, y las tuercas deben apretarse contra el gabinete de la lavadora.
- **¿La lavadora produce un gorgoteo o zumbido?**
  Mientras se escurre el agua de la lavadora, usted podrá oír el aire que se succiona a través de la bomba. Esto ocurre durante la fase final del desagüe. Es normal.
- **¿Está lavando artículos con broches metálicos a presión, hebillas o zipers?**
  Usted podrá escuchar el ruido producido por los artículos al tocar el tambor de la lavadora. Esto es normal.
- **¿Se ha instalado la lavadora sobre un piso firme?**
  Consulte la sección "Instrucciones de instalación" para informarse respecto a los requisitos del piso. El ruido y la vibración pueden reducirse colocando un pedazo de madera laminada de ¾" (19,1 mm) debajo de su lavadora. La madera laminada puede extenderse debajo de la lavadora y la secadora para mantenerlas a la misma altura.

## La lavadora pierde agua

- **Revise la plomería de la casa y fíjese si hay fugas de agua.**

## Los depósitos están obstruidos o hay fugas

- **¿Se han colocado los productos de lavandería en el compartimiento apropiado del depósito?**
  Agregue las cantidades adecuadas de detergente, suavizante de telas o blanqueador líquido con cloro en los compartimientos apropiados. Agregue el blanqueador en polvo o líquido que no decolora en el compartimiento del lavado principal. Asegúrese de combinar el blanqueador en polvo no decolorante con el detergente en polvo, o de combinar el blanqueador líquido no decolorante con el detergente líquido.
- **¿Está el selector de detergente en la posición correcta?**
  El selector deberá estar en la posición inferior cuando use detergente líquido y en la posición superior cuando use detergente en polvo.

## Olores de la lavadora

- **Vea "Cómo limpiar su lavadora".**
- **¿Está usando detergente de alto rendimiento (HE)?**
  Si se usa detergente que no es de alto rendimiento, se pueden generar residuos de películas los que a su vez pueden producir olor.
- **¿Dejó la puerta abierta después del uso?**
  Esta lavadora tiene un sello hermético que evita las fugas de agua. Para evitar olores, deje la puerta abierta para permitir que la lavadora se seque entre cada uso.

## Ropa demasiado mojada

- **¿Ha empleado el ciclo correcto para la carga que está lavando?**
  Seleccione un ciclo con un exprimido más rápido.
- **¿Ha lavado sólo un artículo o artículos voluminosos o ha sobrecargado la lavadora?**
  Un solo artículo, artículos voluminosos, o sobrecargar pueden causar desequilibrio. Agregue artículos o trate de distribuir uniformemente la ropa mojada en el tambor, y ponga en marcha un ciclo de Desagüe/Exprimido (DRAIN/SPIN). Si la ropa continúa mojada, saque la mitad de la carga de la lavadora e inténtelo de nuevo.

## Residuos o pelusa en la ropa

- **¿Ha agregado detergente en el depósito?**
  Para obtener óptimos resultados, agregue el detergente al compartimiento de detergente. No agregue detergente en el tambor de la lavadora.
- **¿Ha separado la ropa adecuadamente?**
  Separe las prendas que sueltan pelusa (toallas, felpilla) de las que atraen pelusa (pana, artículos sintéticos). También separe por color.
- **¿Ha sobrecargado la lavadora?**
  No sobrecargue la lavadora. La lavadora puede llenarse por completo, pero sin apretujar la ropa. La carga debe estar equilibrada. Si la lavadora está sobrecargada, la pelusa puede quedar adherida a las prendas.
- **Verifique lo siguiente:**
  ¿Se dejó papel o pañuelo de papel en los bolsillos?

- **¿Ha usado suficiente detergente de alto rendimiento HE?**
  Use suficiente detergente para quitar la pelusa y mantenerla en suspensión. Use solamente un detergente HE (de alto rendimiento). Siga las instrucciones del fabricante para determinar la cantidad de detergente que debe usar.
- **¿Está la temperatura del agua por debajo de los 60°F (15,6°C)?**
  El agua de lavado con una temperatura inferior a 60°F (15,6°C) quizás no disuelva por completo el detergente.
- **¿Está usando un ciclo de lavado de baja velocidad?**
  Los detergentes en polvo quizás no se disuelvan bien en los ciclos de velocidad baja. Para obtener óptimos resultados, utilice detergente liquido para los ciclos de velocidad baja como ropa delicada (Delicate), lavable a mano (Handwashables), seda (Silk) y lana (Wool).

## Manchas en la ropa

- **¿Ha agregado detergente en el depósito?**
  Para obtener óptimos resultados, agregue el detergente al compartimiento de detergente. No agregue detergente en el tambor de la lavadora.
- **¿Ha usado suficiente detergente de alto rendimiento HE?**
  Use suficiente detergente para quitar la suciedad y mantenerla en suspensión. Use solamente un detergente HE (de alto rendimiento). Siga las instrucciones del fabricante para determinar la cantidad de detergente que debe usar.
- **¿Hay hierro (óxido) por encima del promedio en el agua?**
  Tal vez necesite instalar un filtro de óxido ferroso.
- **¿Ha separado la ropa adecuadamente?**
  Separe las prendas de color oscuro de las blancas y claras.
- **¿Ha descargado la lavadora con rapidez?**
  Para evitar la transferencia de tintes, descargue la lavadora tan pronto como se detenga.
- **¿Ha usado una bola con suavizante de telas?**
  Las bolas que distribuyen suavizante de telas no funcionan correctamente en esta lavadora. Agregue el suavizante líquido de telas en el compartimiento del suavizante de telas.
- **¿Ha usado detergente en polvo en un ciclo de baja velocidad?**
  Considere el empleo de un detergente liquido.
- **¿Ha usado lavado rápido (Quick Wash) para una carga voluminosa?**
  Para obtener óptimos resultados, use Quick Wash para cargas pequeñas con suciedad ligera.

## La ropa está arrugada

- **¿Ha descargado la lavadora con rapidez?**
  Descargue la lavadora tan pronto como se detenga.
- **¿Ha empleado el ciclo correcto para la carga que está lavando?**
  Utilice el ciclo de Ropa delicada (Delicate), Lavables a mano (Hand Washables) u otro ciclo con velocidad baja de exprimido para reducir la formación de arrugas.
- **¿Ha sobrecargado la lavadora?**
  La carga debe estar equilibrada y no sobrecargada. Las cargas deben moverse con libertad durante el lavado.

## Ropa blanca percudida y colores opacos

- **¿Ha separado la ropa adecuadamente?**
  Siempre que mezcle ropa blanca y de color en una carga puede ocurrir una transferencia de tintes. Separe las prendas de color oscuro de las blancas y claras.
- **¿Estaba la temperatura del agua demasiado baja?**
  Para lavar use agua caliente o tibia que no afecte la ropa. Cerciórese de que el sistema de agua caliente sea el adecuado para proveer un lavado con agua caliente.
- **¿Ha usado suficiente detergente, o tiene agua dura?**
  Use más detergente cuando lave prendas con suciedad rebelde en agua fría o dura.

## Ciclo demasiado prolongado

- **¿Ha elegido el ciclo Sanitario (Sanitary)?**
  El calentador se activará para dar un rendimiento máximo de limpieza. Se añadirá tiempo adicional al ciclo común para calentar el agua. Este tiempo adicional dependerá del tamaño de la carga y la temperatura del agua caliente que ingresa.
- **¿Aparece en la pantalla “SUD”?**
  Se ha detectado excesiva espuma y la rutina de espuma ha sido activada para eliminar el exceso. Esta rutina añadirá tiempo adicional al ciclo original.
- **¿Ha lavado una carga grande usando el ciclo de lavado rápido?**
  El ciclo de lavado rápido está diseñado para cargas de tamaño más pequeño (de 2 a 3 articulos de prendas con suciedad ligera). Si se lavan cargas más grandes usando este ciclo, aumentará el tiempo de lavado.
- **¿Ha lavado una carga grande usando un ciclo delicado?**
  Cuando use los ciclos de ropa delicada, lavado a mano, seda o lana debe poner cargas pequeñas. Esto le asegura un lavado delicado para sus prendas sin aumentar los tiempos del ciclo.
- **¿Ha sido la carga lo que causa un desequilibrio?**
  Cuando hay demasiado desequilibrio, una rutina de desequilibrio comenzará a redistribuir la carga. Durante la rutina de desequilibrio, el tiempo en la pantalla puede hacer una pausa hasta que se complete esta actividad; luego reanudará el resto del ciclo.

## La puerta está trabada al final del ciclo de lavado

- **¿Se ha escurrido toda el agua de la lavadora durante el período de exprimido?**
  Seleccione desagüe/exprimido (DRAIN/SPIN) para eliminar toda el agua que haya quedado en la lavadora. La puerta de la lavadora se destrabará al término del escurrido.

# AYUDA O SERVICIO TÉCNICO

Antes de solicitar asistencia o servicio, por favor consulte la sección "Solución de Problemas". Esto le podría ahorrar el costo de una visita de servicio técnico. Si considera que aún necesita ayuda, siga las instrucciones que aparecen a continuación.

Cuando llame, tenga a mano la fecha de compra y el número completo del modelo y de la serie de su electrodoméstico. Esta información nos ayudará a atender mejor a su pedido.

### Si necesita piezas de repuesto

Si necesita pedir piezas de repuesto, recomendamos que use únicamente piezas especificadas de fábrica FSP®. Estas piezas encajarán bien y funcionarán bien ya que están fabricadas con la misma precisión empleada en la fabricación de cada electrodoméstico nuevo de WHIRLPOOL®.

**Para conseguir las piezas de repuesto FSP en su localidad:**

En los EE.UU., llame al Centro para la eXperiencia del Cliente al **1-800-253-1301**, o al centro de servicio designado más cercano a su localidad.

En Canadá, llame al **1-800-807-6777**, o al centro de servicio designado más cercano a su localidad.

## En los EE.UU.

Llame al Centro para la eXperiencia del Cliente de Whirlpool sin costo alguno al:
**1-800-253-1301.**

**Nuestros consultores ofrecen asistencia con respecto a:**

- Características y especificaciones de nuestra línea completa de electrodomésticos
- Información sobre instalación
- Procedimientos para el uso y mantenimiento
- Venta de piezas para reparación y accesorios
- Asistencia especializada para el consumidor (habla hispana, problemas de audición, visión limitada, etc.)
- Recomendaciones a distribuidores locales, compañías que dan servicio y distribuidores de piezas para reparación

Los técnicos de servicio designados por Whirlpool están entrenados para cumplir con la garantía del producto y ofrecer servicio una vez que la garantía termine, en cualquier lugar de los Estados Unidos.

Para localizar a una compañía de servicio designada por Whirlpool en su área, también puede consultar la sección amarilla de su guía telefónica.

### Para obtener más asistencia

Si necesita asistencia adicional, puede escribir a Whirlpool Corporation con sus preguntas o dudas a:

Whirlpool Brand Home Appliances
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Favor de incluir un número telefónico de día en su correspondencia.

## En Canadá

Llame al Centro de Interacción del Cliente de Whirlpool Canada LP sin costo alguno al: **1-800-807-6777**

**Nuestros consultores ofrecen asistencia con respecto a:**

- Procedimiento para el uso y mantenimiento
- Venta de accesorios y partes para reparación
- Características y especificaciones de nuestra línea completa de aparatos electrodomésticos
- Recomendaciones con distribuidores locales, compañías que dan servicio y distribuidores de partes para reparación. Los técnicos de servicio designados por Whirlpool Canada LP están entrenados para cumplir con la garantía del producto y ofrecer servicio una vez que la garantía termine, en cualquier lugar de Canadá.

### Para obtener más asistencia

Si necesita asistencia adicional, puede escribir a Whirlpool Canada LP con sus preguntas o dudas a:

Customer Interaction Centre
Whirlpool Canada LP
1901 Minnesota Court
Mississauga, Ontario L5N 3A7

Favor de incluir un número telefónico de día en su correspondencia.

# GARANTÍA DE LOS ELECTRODOMÉSTICOS PRINCIPALES DE WHIRLPOOL CORPORATION

## GARANTÍA LIMITADA DE UN AÑO

Durante un año a partir de la fecha de compra, siempre y cuando se dé a este electrodoméstico principal un uso y mantenimiento de conformidad con las instrucciones adjuntas o provistas con el producto, Whirlpool Corporation o Whirlpool Canada LP (en lo sucesivo denominado "Whirlpool") se hará cargo del costo de las piezas especificadas de fábrica y del trabajo de reparación para corregir defectos en los materiales o en la mano de obra. El servicio deberá ser suministrado por una compañía de servicio designada por Whirlpool. Esta garantía limitada se aplica sólo cuando el electrodoméstico principal se use en el país en donde se compró.

## WHIRLPOOL NO PAGARÁ POR LOS SIGUIENTES ARTÍCULOS

1. Visitas de servicio técnico para corregir la instalación de su electrodoméstico principal, para enseñarle a usar su electrodoméstico principal, para cambiar o reparar fusibles domésticos o para corregir la instalación eléctrica o de la tubería de la casa.
2. Visitas de servicio técnico para reparar o reemplazar focos para electrodomésticos, filtros de aire o filtros de agua. Esos insumos están excluidos de la cobertura de la garantía.
3. Reparaciones cuando su electrodoméstico principal se use de un modo diferente al doméstico normal de una familia.
4. Daños causados por accidente, alteración, uso indebido, abuso, incendio, inundación, actos fortuitos, instalación incorrecta, instalación que no esté de acuerdo con los códigos eléctricos o de plomería, o el empleo de productos no aprobados por Whirlpool.
5. Cualquier pérdida de comida debido a fallas del refrigerador o del congelador.
6. Piezas de repuesto o gastos de reparación para electrodomésticos que se empleen fuera de los Estados Unidos o Canadá.
7. Recogida y entrega. Este electrodoméstico principal está diseñado para ser reparado en el hogar.
8. Reparaciones de piezas o sistemas como resultado de modificaciones no autorizadas que se hayan efectuado en el electrodoméstico.
9. Gastos de viaje y transporte para obtener servicio del producto en lugares remotos.
10. La remoción e instalación de su electrodoméstico si estuviera instalado en un lugar inaccesible o si no estuviera instalado de conformidad con las instrucciones de instalación publicadas.
11. Piezas de repuesto o gastos de reparación cuando el electrodoméstico principal se use en un país diferente del país en donde se compró.

## EXCLUSIÓN DE GARANTÍAS IMPLÍCITAS; LIMITACIÓN DE RECURSOS

EL ÚNICO Y EXCLUSIVO RECURSO DEL CLIENTE SEGÚN LOS TÉRMINOS DE ESTA GARANTÍA LIMITADA SERÁ EL DE REPARAR EL PRODUCTO SEGÚN SE ESTIPULA EN LA PRESENTE. LAS GARANTÍAS IMPLÍCITAS, INCLUYENDO LAS GARANTÍAS DE COMERCIABILIDAD O DE CAPACIDAD PARA UN PROPÓSITO PARTICULAR, SERÁN LIMITADAS A UN AÑO O AL PERÍODO MÁS CORTO PERMITIDO POR LEY. WHIRLPOOL NO SE RESPONSABILIZARÁ POR DAÑOS INCIDENTALES O CONSECUENTES. ALGUNOS ESTADOS Y PROVINCIAS NO PERMITEN LAS EXCLUSIONES O LIMITACIONES POR DAÑOS INCIDENTALES O CONSECUENTES, O LIMITACIONES ACERCA DE CUÁNTO DEBE DURAR UNA GARANTÍA IMPLÍCITA DE COMERCIABILIDAD O CAPACIDAD, DE MODO QUE LAS LIMITACIONES O EXCLUSIONES ARRIBA MENCIONADAS PUEDEN NO APLICARSE EN SU CASO. ESTA GARANTÍA LE OTORGA DERECHOS LEGALES ESPECÍFICOS Y ES POSIBLE QUE USTED TENGA TAMBIÉN OTROS DERECHOS QUE PUEDEN VARIAR DE UN ESTADO A OTRO O DE UNA PROVINCIA A OTRA.

Esta garantía no tiene vigor fuera de los cincuenta Estados Unidos y Canadá. Póngase en contacto con el distribuidor autorizado de Whirlpool para determinar si corresponde otra garantía.

Si necesita servicio, consulte primero la sección "Solución de problemas" del Manual de uso y cuidado. Después de consultar la sección "Solución de problemas", puede encontrar ayuda adicional en la sección "Ayuda o servicio técnico", o llamando a Whirlpool. En EE.UU., llame al **1-800-253-1301**. En Canadá, llame al **1-800-807-6777**. 12/05

**Guarde este libro y su comprobante de compra juntos para referencia futura. Usted deberá proporcionar el comprobante de la compra o una fecha de instalación para obtener servicio bajo la garantía.**

Escriba la siguiente información acerca de su electrodoméstico principal para ayudarle mejor a obtener asistencia o servicio técnico si alguna vez llegara a necesitarlo. Deberá tener a mano el número completo del modelo y de la serie. Usted puede encontrar esta información en la etiqueta con el número de modelo y de serie ubicada en el producto.

**Nombre del distribuidor** ____________________

**Dirección** ____________________

**Número de teléfono** ____________________

**Número de modelo** ____________________

**Número de serie** ____________________

**Fecha de compra** ____________________

# SÉCURITÉ DE LA LAVEUSE

## Votre sécurité et celle des autres est très importante.

Nous donnons de nombreux messages de sécurité importants dans ce manuel et sur votre appareil ménager. Assurez-vous de toujours lire tous les messages de sécurité et de vous y conformer.

Voici le symbole d'alerte de sécurité.

Ce symbole d'alerte de sécurité vous signale les dangers potentiels de décès et de blessures graves à vous et à d'autres.

Tous les messages de sécurité suivront le symbole d'alerte de sécurité et le mot "DANGER" ou "AVERTISSEMENT". Ces mots signifient :

**DANGER** — **Risque possible de décès ou de blessure grave si vous ne suivez pas immédiatement les instructions.**

**AVERTISSEMENT** — **Risque possible de décès ou de blessure grave si vous ne suivez pas les instructions.**

Tous les messages de sécurité vous diront quel est le danger potentiel et vous disent comment réduire le risque de blessure et ce qui peut se produire en cas de non-respect des instructions.

## IMPORTANTES INSTRUCTIONS DE SÉCURITÉ

**AVERTISSEMENT** : Pour réduire les risques d'incendie, de choc électrique ou de blessures lors de l'utilisation de la laveuse, suivre les précautions fondamentales dont les suivantes :

- Lire toutes les instructions avant d'utiliser la laveuse.
- Ne pas laver des articles qui ont été nettoyés ou lavés avec de l'essence ou imbibés d'essence, solvants de nettoyage à sec, ou autres substances inflammables ou explosives; ces substances peuvent émettre des vapeurs susceptibles de s'enflammer ou d'exploser.
- Ne pas ajouter d'essence, solvant de nettoyage à sec ou autre produit inflammable ou explosif dans l'eau de lavage. Ces substances peuvent émettre des vapeurs susceptibles de s'enflammer ou d'exploser.
- Dans certaines conditions, de l'hydrogène gazeux peut se former dans un circuit d'eau chaude qui n'a pas été utilisé pendant 2 semaines ou plus. LE GAZ HYDROGÈNE EST EXPLOSIBLE. Si le circuit d'eau chaude n'a pas été utilisé pendant une telle période, avant d'utiliser la laveuse, ouvrir tous les robinets d'eau chaude et laisser l'eau s'écouler pendant plusieurs minutes par chaque robinet. Ceci permettra l'évacuation de l'hydrogène gazeux accumulé. Comme ce gaz est inflammable, ne pas fumer ou utiliser une flamme nue au cours de cette période.
- Ne pas laisser des enfants jouer sur ou à l'intérieur de la laveuse. Bien surveiller les enfants lorsque la laveuse est utilisée à proximité d'enfants.
- Avant de mettre la laveuse au rebut ou hors de service, enlever la porte ou le couvercle.
- Ne pas tenter d'atteindre un article à l'intérieur de la cuve de la laveuse lorsque le tambour, la cuve ou l'agitateur est en mouvement.
- Ne pas installer ou remiser cette laveuse à un endroit où elle serait exposée aux intempéries.
- Ne pas modifier les organes de commande.
- Ne pas réparer ou remplacer un composant quelconque de la laveuse, ni entreprendre une opération de service, si ce n'est spécifiquement recommandé dans ce manuel ou dans un manuel d'instructions de réparations destiné à l'utilisateur; il est alors essentiel que la personne concernée comprenne ces instructions et soit compétente pour les exécuter.
- Voir "Spécifications électriques" pour les instructions de liaison à la terre.

## CONSERVEZ CES INSTRUCTIONS

# EXIGENCES D'INSTALLATION

## Outillage et pièces

Rassembler les outils et pièces nécessaires avant de commencer l'installation. Les pièces fournies se trouvent dans le tambour de la laveuse.

**Outils nécessaires au raccordement des tuyaux d'arrivée d'eau**

- Pince (ouverture jusqu'à 1 / " [39,5 mm])
- Lampe de poche (facultative)

**Outils nécessaires à l'installation**

- Clés plates de 17 mm et 13 mm
- Niveau
- Cale en bois
- Règle ou mètre ruban

**Pièces fournies :**




*A. Bride de retenue pour tuyau de vidange*
*B. Tuyau d'alimentation (2)*
*C. Rondelle pour tuyau d'alimentation (4)*
*D. Bouchon pour les trous des boulons de transport (4)*
*E. Courroie perlée*

### Autres pièces

Il se peut que l'installation nécessite des pièces supplémentaires. Pour acheter l'un des articles indiqués ici, composer le numéro sans frais indiqué sur la couverture ou à la section "Assistance ou service".

| Si vous avez | Vous devrez acheter |
|---|---|
| Évier de buanderie ou tuyau de rejet à l'égout plus haut que 96" (2,4 m) | Système de pompe de puisard (si non déjà disponible) |
| Égout surélevé | Évier de vidange standard de 20 gal. (76 L) de 30" (76,2 cm) de hauteur ou évier utilitaire et pompe de puisard (disponibles chez votre fournisseur local d'articles de plomberie) |
| Égout au plancher | Brise-siphon, Pièce numéro 285834, tuyau de vidange supplémentaire, Pièce numéro 8318155 et kit de connexion, Pièce numéro 285835 |
| Tuyau de vidange trop court | Trousse de rallonge du tuyau de vidange de 4 pi (1,2 m), Pièce numéro 285863 |
| Robinets d'eau hors d'atteinte des tuyaux d'admission | 2 tuyaux d'admission d'eau plus longs : 6 pi (1,8 m) Pièce Numéro 76314, 10 pi (3 m) Pièce Numéro 350008 |

## Options

### Piédestal

Vous pouvez acheter séparément des piédestaux de différentes tailles pour cette laveuse. Vous pouvez choisir un piédestal de 10" (25,4 cm) ou un piédestal de 15,5" (39,4 cm). Ces piédestaux augmenteront la hauteur totale de la laveuse pour une hauteur totale d'environ 48" (121,9 cm) ou 53,5" (135,9 cm).




*A. Piédestal de 10" (25,4 cm)*
*B. Piédestal de 15,5" (39,4 cm)*

Pour commander, téléphoner au marchand chez qui la laveuse a été achetée ou se référer à la section "Assistance ou service" de ce manuel.

| Hauteur de piédestal | Couleur | Numéro de pièce |
|---|---|---|
| 10" (25,4 cm) | Blanc | WHP1000SQ |
| 10" (25,4 cm) | Biscuit | WHP1000ST |
| 10" (25,4 cm) | Noir | WHP1000SB |
| 10" (25,4 cm) | Poussière de diamant (argent) | WHP1000SU |
| 15,5" (39,4 cm) | Blanc | WHP1500SQ |
| 15,5" (39,4 cm) | Biscuit | WHP1500ST |
| 15,5" (39,4 cm) | Noir | WHP1500SB |
| 15,5" (39,4 cm) | Poussière de diamant (argent) | WHP1500SU |

### Ensemble de superposition

Prévoyez-vous de superposer votre laveuse et votre sécheuse? Pour ce faire, vous devrez acheter un ensemble de superposition.

Pour commander, téléphoner au marchand chez qui vous avez acheté votre sécheuse ou consulter la section "Assistance ou service" de ce manuel. Demander la pièce n° 8541503.

## Exigences d'emplacement

Le choix d'un emplacement approprié pour la laveuse en améliore le rendement et réduit au minimum le bruit et le “déplacement” de la laveuse.

La laveuse peut être installée sous un comptoir personnalisé, dans un sous-sol, une salle de buanderie, un placard ou un encastrement. Voir “Système de vidange”.

Il faut aussi prendre en compte les exigences d'emplacement des appareils voisins. C'est à l'utilisateur qu'incombe la responsabilité de réaliser une installation correcte.

**Il vous faudra**

- Un chauffe-eau pour fournir de l'eau à 120°F (49°C) à la laveuse.
- Une prise électrique reliée à la terre située à moins de 6 pi (1,8 m) de la prise du cordon électrique se trouvant à l'arrière de la laveuse. Voir “Spécifications électriques”.
- Des robinets d'eau chaude et d'eau froide situés à moins de 4 pi (1,2 m) des robinets d'admission d'eau chaude et d'eau froide, et une pression d'eau de 20 à 100 lb/po² (137,9 à 689,6 kPa).
- Un plancher de niveau ayant une pente maximale de 1" (2,5 cm) sous l'ensemble de la laveuse. L'installation de la laveuse sur des surfaces de sol molles, telles que tapis ou surfaces avec sous-couche en mousse, n'est pas recommandée.
- Un plancher robuste et solide capable de soutenir le poids total de la laveuse (eau et charge) de 400 lb (180 kg).

Ne pas faire fonctionner la laveuse à des températures inférieures à 32°F (0°C). Une quantité d'eau peut demeurer dans la laveuse et causer des dommages à des températures basses.

### Dégagements de séparation à respecter

- L'emplacement doit être assez grand pour permettre d'ouvrir complètement la porte de la laveuse.
- Prévoir davantage d'espace pour faciliter l'installation et l'entretien.
- Un espace supplémentaire peut être requis pour les moulures de porte et de plancher et pour les plinthes.
- Un espace supplémentaire de 1" (2,5 cm) de tous les côtés de la laveuse est recommandé pour réduire le transfert du bruit.
- Il faut aussi prendre en compte l'espace requis entre les appareils voisins.

### Dimensions de la laveuse




### Espacement recommandé pour une installation personnalisée sous un comptoir

Les dimensions indiquées sont pour l'espacement recommandé.

**Installation personnalisée sous un comptoir - laveuse seulement**




### Espacement recommandé pour une installation dans un encastrement ou dans un placard, avec ou sans piédestal

Les dimensions indiquées sont pour l'espacement recommandé.

**Installation dans un encastrement ou placard**




A B

*A. Vue latérale - placard ou endroit exigu*
*B. Porte de placard avec orifices d'entrée d'air*

* *Ouvertures minimums en haut et en bas pour la porte du placard.*

**Installation dans un encastrement ou placard - laveuse sur piédestal**




A B

*A. Encastrement*
*B. Vue latérale - placard ou endroit exigu*



W0157984

## Espacement recommandé pour une installation dans un encastrement ou dans un placard, avec laveuse et sécheuse superposées

Les dimensions indiquées sont pour l'espacement recommandé.




*Ouvertures minimums en haut et en bas pour la porte du placard.

**Le coude d'évacuation externe nécessite davantage d'espace.

***Les moulures de porte et de plancher et les plinthes peuvent nécessiter un espace supplémentaire.

## Espacement recommandé pour l'installation dans un placard

- Les dimensions indiquées sont pour l'espacement recommandé.
- Pour installation dans un placard avec porte, on doit prévoir des ouvertures minimums d'entrée d'air au sommet du placard.




## Système de vidange

La laveuse peut être installée en utilisant le système de rejet à l'égout (au plancher ou mural), le système de vidange de l'évier de buanderie, ou le système de vidange au plancher. Sélectionner la méthode d'installation du tuyau de vidange selon les besoins. Voir "Outillage et pièces".

### Système de vidange avec tuyau de rejet à l'égout - mural ou au plancher (vues A et B)

Le système de rejet à l'égout nécessite un tuyau de diamètre minimum de 2" (5 cm). La capacité minimale d'acheminement ne doit pas être inférieure à 17 gal. (64 L) par minute.

Le sommet du tuyau de rejet à l'égout doit être au moins à 30" (76,2 cm) de hauteur et au maximum à 96" (2,4 m) de la base de la laveuse.




A B

### Système de vidange avec évier de buanderie (vue C)

L'évier de buanderie doit avoir une capacité minimale de 20 gal. (76 L). La partie supérieure de l'évier de buanderie doit être à au moins 30" (76,2 cm) au-dessus du plancher.

### Système de vidange au plancher (vue D)

Le système de vidange au plancher nécessite un brise-siphon qui peut être acheté séparément. Voir "Outillage et pièces".

Le brise-siphon doit être au moins à 28" (71 cm) de la base de la laveuse. Des tuyaux supplémentaires peuvent être requis.




C D

## Spécifications électriques

**⚠AVERTISSEMENT**



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

- Une alimentation de 120 volts, 60-Hz, CA seulement, de 15 ou 20 ampères, protégée par un fusible est requise. On recommande d'utiliser un fusible ou un disjoncteur temporisé. Il est recommandé de raccorder l'appareil sur un circuit distinct exclusif à cet appareil.
- Cette laveuse comporte un cordon d'alimentation électrique à 3 broches pour liaison à la terre.
- Pour minimiser les risques de choc électrique, on doit brancher le cordon sur une prise de courant de configuration correspondante, à 3 alvéoles, reliée à la terre et installée conformément aux codes et règlements locaux. Si une prise de courant de configuration correspondante n'est pas disponible, le client a la responsabilité et l'obligation de faire installer par un électricien qualifié une prise de courant correctement reliée à la terre.
- Si les codes le permettent et si on utilise un conducteur distinct de liaison à la terre, il est recommandé qu'un électricien qualifié vérifie la qualité de la liaison à la terre.
- Ne pas utiliser une tuyauterie de gaz pour le raccordement à la terre.
- En cas de doute quant à la qualité de la liaison à la terre de la laveuse, consulter un électricien qualifié.
- Ne pas installer un fusible dans le conducteur neutre ou le conducteur de liaison à la terre.

### INSTRUCTIONS DE LIAISON À LA TERRE

**Pour une laveuse reliée à la terre et connectée par un cordon :**
Cette laveuse doit être reliée à la terre. En cas d'anomalie de fonctionnement ou de panne, la liaison à la terre réduira le risque de choc électrique en offrant au courant électrique un itinéraire d'évacuation de moindre résistance. Cette laveuse est alimentée par un cordon électrique comportant un conducteur relié à la terre et une fiche de branchement munie d'une broche de liaison à la terre. La fiche doit être branchée sur une prise de courant appropriée qui est bien installée et reliée à la terre conformément à tous les codes et règlements locaux.

**AVERTISSEMENT :** Le raccordement incorrect de cet appareil au conducteur de liaison à la terre peut susciter un risque de choc électrique. En cas de doute quant à la qualité de la liaison à la terre de l'appareil, consulter un électricien ou technicien d'entretien qualifié.

Ne pas modifier la fiche de branchement fournie avec l'appareil – si la fiche ne correspond pas à la configuration de la prise de courant, demander à un électricien qualifié d'installer une prise de courant convenable.

**Pour une laveuse raccordée en permanence :**
Cette laveuse doit être raccordée à un système de câblage permanent en métal relié à la terre ou un conducteur relié à la terre doit être en fonction avec les conducteurs de circuit et raccordés à la borne de liaison à la terre ou la borne sur l'appareil ménager.

# INSTRUCTIONS D'INSTALLATION

## Élimination des accessoires de transport

**⚠AVERTISSEMENT**

**Risque du poids excessif**

**Utiliser deux ou plus de personnes pour déplacer et installer la laveuse.**

**Le non-respect de cette instruction peut causer une blessure au dos ou d'autre blessure.**

**IMPORTANT** : Positionner la laveuse de sorte que l'arrière de l'appareil soit à environ 3 pi (90 cm) de son emplacement final.

Sur le panneau arrière de la laveuse, 4 boulons supportent le système de suspension durant le transport. Ces boulons retiennent aussi le cordon d'alimentation à l'intérieur de la laveuse jusqu'à ce qu'on les retire.





W0157986

Case: 1:08-wp-65000-CAB Doc #: 320-3 Filed: 06/02/14 125 of 146. PageID #: 16548

1. Au moyen d'une clé de 13 mm, desserrer chaque boulon.
2. Une fois le boulon desserré, le déplacer au centre du trou et le retirer complètement, y compris la cale d'espacement en plastique couvrant le boulon.



3. Une fois que les 4 boulons ont été retirés, jeter les boulons et les cales d'espacement. Puis tirer le cordon d'alimentation à travers l'ouverture du panneau arrière et obturer le trou avec le bouchon fourni.
4. Obturer les trous des boulons avec les 4 bouchons pour les trous des boulons de transport.

**REMARQUE** : Si la laveuse doit être transportée à une date ultérieure, appeler le centre de service local. Pour éviter d'endommager la suspension et la structure de la laveuse, celle-ci doit être correctement réinstallée par un technicien certifié.

## Raccordement des tuyaux d'alimentation

S'assurer que le tambour de la laveuse est vide.

1. Raccorder le tuyau à indicateur rouge à la valve du tuyau d'alimentation d'eau chaude (à gauche). Le fait d'attacher d'abord le tuyau à raccord rouge permet de resserrer plus facilement la connexion avec une pince. Visser complètement le raccord à la main pour qu'il comprime la rondelle.
2. Raccorder le tuyau à indicateur bleu à la valve du tuyau d'alimentation d'eau froide (à droite). Visser complètement le raccord à la main pour qu'il comprime la rondelle.




*H.Tuyau d'eau chaude*
*C.Tuyau d'eau froide*

3. À l'aide d'une pince, vérifier l'étanchéité des raccords de tuyaux déjà reliés à la laveuse.

   **REMARQUE** : Ne pas serrer excessivement. Le raccord risque d'être endommagé.
4. Raccorder le tuyau à indicateur rouge au robinet d'eau chaude. Visser complètement le raccord à la main pour qu'il comprime la rondelle.
5. Raccorder le tuyau à indicateur bleu au robinet d'eau froide. Visser complètement le raccord à la main pour qu'il comprime la rondelle.
6. Terminer le serrage des raccords - deux tiers de tour avec une pince.



   **REMARQUE** : Ne pas serrer excessivement. Le raccord risque d'être endommagé.
7. Ouvrir les robinets d'eau et vérifier s'il y a des fuites.

   **REMARQUE** : Remplacer les tuyaux d'arrivée d'eau après 5 ans d'utilisation pour réduire le risque de défaillance intempestive. Prendre note de la date d'installation ou de remplacement des tuyaux d'arrivée d'eau, pour référence ultérieure.

   Inspecter périodiquement les tuyaux; les remplacer en cas de renflement, de déformation, de coupure, d'usure ou si une fuite se manifeste.

## Acheminement du tuyau de vidange

Le bon acheminement du tuyau de vidange protège vos planchers contre les dommages liés à une fuite d'eau. Lire et suivre ces instructions.

**Libération du tuyau de vidange fixé sur la caisse de la laveuse**

Tirer doucement pour dégager le tuyau d'évacuation (matériau ondulé) des agrafes d'arrimage.



### Décharge de l'eau de lavage dans un évier de buanderie ou tuyau de rejet à l'égout

Connecter la bride de retenue pour tuyau de vidange sur le tuyau de vidange ondulé.



A B

*A. Emboîter une extrémité ou l'autre de la bride de retenue pour tuyau de vidange sur le tuyau de vidange, au point de commencement des ondulations.*

*B. Plier le tuyau de vidange pour le mettre au contact de la bride de retenue du tuyau de vidange, et l'emboîter pour la mise en place.*

**Pour empêcher l'eau de vidange de refluer dans la laveuse :**

- Ne pas redresser le tuyau de vidange ni forcer l'excédent de tuyau dans le tuyau de rejet à l'égout. Le tuyau doit être bien immobilisé, tout en permettant le passage d'air.
- Ne pas mettre l'excédent du tuyau de vidange dans le fond de l'évier de buanderie.

### Égout au plancher

Il vous faudra peut-être des pièces supplémentaires. Voir Égout au plancher dans “Outillage et pièces”.

## Immobilisation du tuyau de vidange

1. Faire passer le cordon d'alimentation par-dessus la laveuse.
2. Fixer le tuyau de vidange au pied de l'évier de buanderie ou au tuyau rigide de rejet à l'égout avec la courroie perlée fournie. (Voir les illustrations A et B.)



A B C

Si les robinets d'eau et le tuyau rigide de rejet à l'égout sont placés en retrait (voir illustration C), introduire l'extrémité en col de cygne du tuyau de vidange dans le tuyau rigide de rejet à l'égout. Attacher fermement les tuyaux d'arrivée d'eau et le tuyau de vidange ensemble, avec la courroie perlée.

Ne pas forcer l'excédent du tuyau de vidange dans le tuyau rigide de rejet à l'égout.

## Réglage de l'aplomb de la laveuse

Un bon aplomb de la laveuse évite le bruit et les vibrations excessifs.

1. Utiliser un niveau placé sur le bord supérieur de la laveuse pour contrôler l'aplomb, d'abord transversalement, puis dans le sens avant arrière.



Si la laveuse est placée contre un mur, on doit l'écarter légèrement du mur avant de l'incliner vers l'arrière. Si la laveuse n'est pas d'aplomb, soulever l'avant de la laveuse avec une cale de bois et ajuster la position des pieds selon le besoin; soulever ensuite l'arrière de la laveuse et ajuster la longueur des pieds selon le besoin. Répéter ces opérations jusqu'à l'obtention d'un aplomb correct de la laveuse.

2. Vérifier que les quatre pieds sont stables et reposent sur le sol. Vérifier ensuite que l'appareil est parfaitement d'aplomb (utiliser un niveau).
3. Après avoir établi l'aplomb correct de la laveuse, utiliser une clé plate de 17 mm pour serrer l'écrou de chaque pied contre la caisse de la laveuse.

   **IMPORTANT** : Les 4 pieds doivent être bien serrés. Si les écrous ne sont pas bloqués contre la caisse de la laveuse, la laveuse peut vibrer.
4. La laveuse ne doit pas bouger d'avant en arrière, latéralement ou transversalement lorsqu'on appuie sur les bords supérieurs.
5. Faire glisser la laveuse à son emplacement final.
6. Vérifier le bon aplomb de la laveuse.

## Achever l'installation

1. Consulter les spécifications électriques. Vérifier que la tension électrique disponible est correcte et que la prise de courant est convenablement reliée à la terre. Voir “Spécifications électriques”.
2. Vérifier que toutes les pièces sont maintenant installées. S'il reste une pièce, passer en revue les différentes étapes pour découvrir laquelle aurait été oubliée.
3. Vérifier la présence de tous les outils.
4. Jeter/recycler tous les matériaux d'emballage.
5. Vérifier que les robinets d'eau sont ouverts.

6. Vérifier s'il y a des fuites autour des robinets et des tuyaux d'arrivée d'eau.

**⚠ AVERTISSEMENT**



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

7. Brancher sur une prise à 3 alvéoles reliée à la terre.
8. Lire "Utilisation de la laveuse".
9. Pour tester et nettoyer la laveuse, mesurer la moitié de la quantité de détergent HE Haute efficacité recommandée par le fabricant pour une charge de taille moyenne. Verser le détergent dans le distributeur de détergent. Sélectionner NORMAL/CASUAL (normal/tout-aller), puis START (mise en marche). Laisser la machine exécuter le programme complet.

*Utiliser uniquement un détergent HE Haute efficacité.*

# CARACTÉRISTIQUES ET AVANTAGES

WOOLMARK

Le programme lainages de cette machine a été approuvé par Woolmark pour le lavage des produits Woolmark lavables en machine. Ceci suppose que les vêtements soient lavés conformément aux instructions figurant sur l'étiquette du vêtement et à celles du fabricant de cette machine à laver, M0614.

### Commandes électroniques
Les commandes électroniques flexibles sont faciles à utiliser, que vous soyez débutant ou expert.

### Distributeurs intelligents
Les distributeurs intelligents rendent votre laveuse véritablement automatique. Cette laveuse comporte un distributeur à quatre compartiments pour le détergent du lavage principal, l'assouplissant de tissu, l'agent de blanchiment, le prélavage ou le trempage automatique. Le distributeur comporte de grandes zones de versement. Le distributeur est auto-nettoyant et peut être facilement retiré. Les produits de lessive sont dilués avec de l'eau fraîche et ajoutés à la charge au moment approprié au cours du programme de lavage.

### Niveau d'eau automatique
Cette laveuse ajuste automatiquement le niveau de l'eau pour un nettoyage et un rinçage parfaits. Deux détecteurs déterminent le volume de la charge, la composition de la charge et le niveau de mousse; ils ajustent ensuite le niveau d'eau au réglage approprié. Ceci supprime la nécessité d'évaluer le niveau d'eau nécessaire. Le niveau d'eau correspond exactement au volume de chaque charge de lavage.

### Volume de charge plus important
L'absence d'agitateur permet de laver des articles plus grands et plus encombrants tels qu'un couvre-lit de très grande taille. Vous pouvez aussi laver davantage de vêtements à la fois, ce qui signifie moins de charges.

### Tambour en acier inoxydable
Le tambour en acier inoxydable élimine la corrosion et permet des vitesses d'essorage plus élevées pour une meilleure évacuation de l'eau, laquelle aide à réduire la durée de séchage.

### Système de lavage Haute efficacité
Votre nouvelle laveuse à chargement frontal, haute efficacité, vous fait économiser du temps grâce à des charges plus importantes moins fréquentes. Elle réduit également les factures d'eau et d'énergie en aidant à préserver les ressources.

### Vitesses d'essorage
Cette laveuse sélectionne automatiquement la vitesse d'essorage en fonction du programme sélectionné. Ce réglage effectué à l'usine peut toutefois être modifié. Cette laveuse offre jusqu'à cinq choix de vitesses d'essorages différentes.

### Chauffe-eau
Cette laveuse comporte un chauffe-eau qui chauffe automatiquement l'eau à la température optimale pour le programme sélectionné. Ceci permet un nettoyage par étapes : l'eau tiède est d'abord introduite et mélangée avec le détergent, puis réchauffée. Le nettoyage par étapes débute le programme de lavage avec de l'eau tiède pour éliminer les taches (de sang ou d'herbe par exemple). L'eau continue d'être chauffée afin d'éliminer les taches telles que la transpiration.

### Technologie 6th Sense™
Un système intuitif "qui connaît chaque charge" déterminant le volume de la charge, les niveaux d'eau et la durée de nettoyage nécessaires.

### Add A Garment (ajouter un vêtement)
Lorsque cette option est disponible au début du programme, le témoin lumineux Add a Garment s'allume pendant les 8 premières minutes. Cette laveuse octroie une période de 8 minutes pendant laquelle d'autres vêtements peuvent être ajoutés à la charge.

### Système de lavage par injection directe
Cette laveuse achemine 100 % de l'eau par le biais des distributeurs pour assurer un rinçage et un mélange complet de tous les produits de lessive avant qu'ils n'entrent en contact avec les vêtements. L'eau est ensuite aspergée du haut à l'avant vers le centre de la charge, fournissant une distribution uniforme et une performance de nettoyage optimale. Il est normal que de petites quantités d'eau demeurent dans les distributeurs lorsque le programme de lavage est achevé.

### Système efficace de détergent avec clapet anti-échappement

Cette laveuse est équipée d'un clapet spécialement conçu pour se fermer durant l'étape de lavage pour que la totalité du mélange d'eau et de détergent soit utilisée pour la charge. Le système de détergent efficace évite tout gaspillage d'eau ou de détergent.

### Système de suspension à 6 points

Les amortisseurs de chocs, les 2 ressorts et les commandes électroniques sont spécialement conçus pour aider à redistribuer la charge automatiquement et minimiser le mouvement du tambour de lavage au cours du programme d'essorage. Le système de suspension en 6 points réduit la quantité de force transmise au plancher par la laveuse, ce qui réduit le bruit et les vibrations.

# UTILISATION DE LA LAVEUSE




**REMARQUE** : Le tableau de commande de votre modèle peut différer de celui illustré ci-dessus.

## Mise en marche de la laveuse

**⚠ AVERTISSEMENT**



**Risque d'incendie**

**Ne jamais mettre des articles humectés d'essence ou d'autres fluides inflammables dans la laveuse.**

**Aucune laveuse ne peut complètement enlever l'huile.**

**Ne pas faire sécher des articles qui ont été salis par tout genre d'huile (y compris les huiles de cuisson).**

**Le non-respect de ces instructions peut causer un décès, une explosion ou un incendie.**

**AVERTISSEMENT** : Pour réduire le risque d'incendie, de choc électrique ou de blessures corporelles, lire les INSTRUCTIONS IMPORTANTES DE SÉCURITÉ avant de faire fonctionner cet appareil.

Le texte suivant est un guide pour l'utilisation de la laveuse. Veuillez vous référer aux sections spécifiques de ce manuel pour obtenir des renseignements plus détaillés.

Ne pas remiser de produits de lessive sur le dessus de cette laveuse. Il est normal d'observer des vibrations durant le fonctionnement.

## Utilisation du détergent approprié

Utiliser uniquement des détergents Haute efficacité. Pour ce type de détergent, "HE" ou "Haute efficacité" sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues et une performance de rinçage réduite. Ceci peut aussi entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE Haute efficacité.*

### Premier programme de lavage sans linge

Avant de laver les vêtements pour la première fois, choisir le programme Normal/Casual (normal/tout-aller) et l'exécuter sans linge (si cela n'a pas déjà été fait au cours de l'étape d'installation finale). Utiliser uniquement un détergent HE Haute efficacité. Utiliser la moitié de la quantité recommandée par le fabricant pour une charge de taille moyenne. Ce programme préalable sert à garantir que l'intérieur est propre avant de laver des vêtements.

## Pour tous les programmes de lavage

1. Ouvrir la porte de la laveuse en tirant sur la poignée. Trier le linge d'après la couleur et le type de tissu. Placer une charge de linge trié dans la laveuse. Ne pas surcharger la laveuse. Une surcharge peut causer un nettoyage médiocre.
   - La laveuse peut être bien remplie mais le linge ne doit pas être tassé. La porte de la laveuse doit fermer facilement.
   - Mélanger les gros articles avec les petits articles et éviter de laver des articles seuls. Charger la laveuse uniformément.
   - Laver les petits articles tels que les chaussettes d'enfants dans un sac en filet pour le linge. Il est recommandé d'utiliser plus d'un sac de linge, et de remplir chaque sac avec des quantités similaires de linge.
   - Lorsqu'on retire le linge, vérifier de temps en temps sous le joint en caoutchouc gris à l'avant de la cuve qu'il n'y ait pas de petits articles coincés.
2. Fermer la porte de la laveuse en la poussant fermement jusqu'à ce que le verrou s'enclenche. La porte de la laveuse demeurera verrouillée durant le programme de lavage.

   **REMARQUES :**
   - Lorsqu'un programme de lavage est terminé, la porte doit être ouverte puis refermée avant qu'un nouveau programme puisse commencer.
   - La porte ne peut être ouverte que si PAUSE/CANCEL (pause/annulation) est sélectionné lorsque le témoin lumineux Add A Garment (ajouter un vêtement) est allumé, ou si le programme a été annulé.
   - Voir "Pour annuler un programme" dans la section "Changement de programmes, options et modificateurs".
3. Ouvrir le tiroir distributeur et verser les produits de lessive dans les compartiments de détergent, d'agent de blanchiment ou d'assouplissant de tissu. Fermer le tiroir lentement pour éviter les renversements. Voir "Utilisation du distributeur".
4. Mettre la laveuse en marche en sélectionnant POWER (alimentation). Sélectionner un des programmes en tournant le sélecteur de programme. Le témoin lumineux correspondant au programme sélectionné s'allume en vert. Lors de la sélection d'un programme de lavage, les préréglages d'options et de modificateurs (température d'eau, vitesse d'essorage et niveau de saleté) pour le programme sélectionné s'allument en vert. Les options sélectionnables s'allument d'une couleur ambre. Si une option ou un modificateur est indisponible avec un programme sélectionné, le témoin ne s'allume pas. L'afficheur indique la durée résiduelle estimée. Les préréglages procurent les soins aux tissus recommandés pour le programme sélectionné. Voir "Programmes".
5. Sélectionner les options désirées. Toutes les options ne sont pas disponibles avec tous les programmes. Voir "Options".
6. Sélectionner les modificateurs désirés tels que la température de l'eau, la vitesse d'essorage et le niveau de saleté. Tous les modificateurs ne sont pas disponibles avec tous les programmes et toutes les options. Voir "Modificateurs".
7. Si désiré, sélectionner le CYCLE SIGNAL (signal de programme). Le signal est utile lorsque vous lavez des articles qui doivent être enlevés de la laveuse aussitôt qu'elle s'arrête. Sélectionner Loud (fort), Soft (doux) ou Off (désactivé).
8. Si désiré, sélectionner BUTTON SOUND (son des boutons). Si cette caractéristique est activée, la laveuse émet un son à chaque fois qu'on appuie sur un bouton. Sélectionner Loud (fort), Soft (doux) ou Off (désactivé).
9. Sélectionner START pendant 1 seconde environ.
   - Si vous n'appuyez pas sur START (mise en marche) dans les 5 minutes qui suivent le choix d'un programme, la laveuse s'éteint automatiquement.
   - Lorsque le programme de lavage est terminé, le témoin de l'état d'avancement DONE (terminé) s'illumine, la porte se déverrouille et la charge peut être retirée de la laveuse. La laveuse s'éteint automatiquement 60 minutes après la fin du programme et le témoin DONE s'éteint. Pour éteindre manuellement la laveuse après la fin d'un programme de lavage, sélectionner une fois PAUSE/CANCEL (pause/annulation).
10. Pour réutiliser le même programme, appuyer d'abord sur POWER (alimentation) puis sur START (mise en marche).
11. **Pour commencer le programme de lavage ultérieurement**

    Sélectionner DELAY WASH (lavage différé) jusqu'à ce que la durée de délai désirée (en heures) soit indiquée sur l'afficheur de la durée résiduelle estimée. Sélectionner START (mise en marche). La fenêtre d'affichage indique le compte à rebours jusqu'au programme de lavage.

    **IMPORTANT :** En cas de mise en marche différée d'un programme, utiliser seulement des détergents en poudre dans le compartiment de lavage principal car les détergents liquides risquent de suinter hors du compartiment avant le début du programme de lavage.

# Utilisation du distributeur

Votre nouvelle laveuse comporte un tiroir distributeur avec quatre compartiments pour les produits de lessive - deux pour le détergent, un pour l'agent de blanchiment liquide et un pour l'assouplissant de tissu liquide. Les produits de lessive sont dilués et distribués automatiquement au moment approprié durant le programme de lavage, ce qui évite à l'utilisateur de retourner à la laveuse durant le programme pour ajouter ces produits.

Il est normal que de petites quantités d'eau demeurent dans les distributeurs lorsque le programme de lavage est achevé.

Ne pas placer de produits de lessive directement dans la cuve de lavage. Toujours utiliser les distributeurs appropriés pour ajouter les produits de lessive.

## Choix du détergent approprié

Utiliser uniquement des détergents Haute efficacité. Pour ce type de détergent, "HE" ou "Haute efficacité" sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues et une performance de rinçage réduite. Ceci peut aussi entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE Haute efficacité.*

## Pour remplir les compartiments du distributeur

1. Tirer le tiroir distributeur.
2. Verser le produit de lessive désiré dans le compartiment approprié.
3. Enfoncer le tiroir distributeur lentement et complètement (pour éviter les renversements).




**Distributeur**

*A. Compartiment pour détergent de prélavage*
*B. Sélecteur du type de détergent*
*C. Compartiment pour détergent du lavage principal*
*D. Levier de dégagement du distributeur*
*E. Compartiment pour agent de blanchiment*
*F. Compartiment pour assouplissant de tissu*

### Compartiment pour détergent de prélavage

(Lettre A sur l'illustration du distributeur)

Verser le détergent dans ce compartiment en cas d'utilisation de l'option de prélavage ou de prétrempage. Un détergent liquide ou en poudre peut être utilisé dans ce compartiment. Le détergent sera distribué automatiquement au cours du prélavage si l'option est sélectionnée ou durant la période de prétrempage si l'option est sélectionnée.

- En utilisant un détergent Haute efficacité (HE), ajouter $^{1}/_{3}$ de la quantité recommandée dans le compartiment de prélavage et $^{2}/_{3}$ de la quantité recommandée dans le compartiment de lavage principal.
- Ne pas remplir au-delà du niveau “MAX”.

### Compartiment pour détergent du lavage principal

(Lettres B et C sur l'illustration du distributeur)

Verser le détergent HE liquide ou en poudre dans ce compartiment pour le programme de lavage principal. Le sélecteur de type de détergent (B) doit toujours être placé dans la bonne position pour le type de détergent utilisé.

**IMPORTANT** : En cas d'utilisation de l'option de prélavage, de prétrempage ou de lavage différé, un détergent en poudre doit être utilisé dans le compartiment de lavage principal car les détergents liquides peuvent suinter hors du compartiment de lavage principal avant le début du lavage principal.

- Ne pas remplir au-delà du niveau “MAX”. Utiliser la quantité recommandée par le fabricant en fonction de la taille de la charge.
- L'agent de blanchiment liquide ou en poudre peut être versé dans le compartiment du lavage principal avec le même type de détergent, liquide ou en poudre.
- **Détergent liquide :**




*Sélecteur en position pour le détergent liquide*

*A. Sélecteur du type de détergent*

- **Détergent en poudre :**




*Sélecteur en position pour le détergent en poudre*

*A. Sélecteur du type de détergent*

### Compartiment pour agent de blanchiment

(Lettre E sur l'illustration du distributeur)

Ne pas verser plus de $^{2}/_{3}$ de tasse (160 mL) d'agent de blanchiment liquide dans ce compartiment. L'agent de blanchiment sera automatiquement dilué et distribué au moment approprié au cours du premier rinçage après le programme de lavage. Ce compartiment ne peut diluer un agent de blanchiment en poudre.

- Toujours mesurer la quantité d'agent de blanchiment liquide. Utiliser une tasse à mesurer avec un bec verseur; ne pas utiliser une quantité approximative. Suivre les instructions du fabricant pour une utilisation en toute sécurité.
- Ne pas remplir au-delà du niveau “MAX”. Un remplissage excessif pourrait causer des dommages aux vêtements.

### Compartiment pour assouplissant de tissu

(Lettre F sur l'illustration du distributeur)

Verser une quantité mesurée d'assouplissant de tissu liquide dans le distributeur d'assouplissant de tissu, si désiré.

- Ne pas remplir excessivement. La capacité du distributeur est de $^{1}/_{4}$ tasse (60 mL).
- L'assouplissant de tissu est distribué au cours du programme de rinçage. Si un rinçage supplémentaire est sélectionné, l'assouplissant de tissu sera distribué au cours du rinçage supplémentaire.
- Ne pas utiliser de boules distributrices d'assouplissant de tissu dans cette laveuse. Les boules distributrices ne fonctionnent pas correctement avec cette laveuse.

- Ne pas renverser ou faire couler d'assouplissant de tissu sur les vêtements.
- À la fin du programme, il est possible qu'une petite quantité d'eau reste dans le distributeur. Ceci est normal.
- **REMARQUE** : Utiliser seulement de l'assouplissant de tissu liquide dans ce distributeur.

## Pause ou remise en marche

1. Pour mettre la laveuse en pause à tout moment, appuyer sur PAUSE/CANCEL (pause/annulation).
2. Pour poursuivre le programme, appuyer sur START (pendant environ 1 seconde).

## Changement des programmes, options et modificateurs

Toutes les options et tous les modificateurs ne sont pas disponibles avec tous les programmes. Les modificateurs disponibles s'allument d'une couleur ambre. Si une option ou un modificateur est indisponible avec un programme sélectionné, le témoin ne s'allume pas. Les programmes, options et modificateurs peuvent être changés à tout moment tant que START (mise en marche) n'a pas été sélectionné.

Les options et modificateurs peuvent être changés à tout moment après avoir sélectionné START et avant la mise en marche de l'option ou du modificateur.

### Pour annuler un programme et en sélectionner un autre

1. Appuyer deux fois sur PAUSE/CANCEL (pause/annulation).
2. Appuyer sur POWER (alimentation).
3. Sélectionner le programme désiré.
4. Sélectionner les options et modificateurs désirés tels que la température de l'eau, la vitesse d'essorage et le niveau de saleté.
5. Appuyer sur START (pendant environ 1 seconde) pour remettre la laveuse en marche au début du nouveau programme.

### Pour annuler un programme

1. Appuyer deux fois sur PAUSE/CANCEL (pause/annulation).
2. La laveuse s'éteint, la porte se déverrouille et les vêtements peuvent être retirés.

**REMARQUE** : Si le niveau d'eau ou la température est trop élevé(e), la laveuse effectuera automatiquement une vidange avant le déverrouillage de la porte.

### Pour changer les options ou les modificateurs lorsque le programme a commencé

1. Appuyer une fois sur PAUSE/CANCEL (pause/annulation).
2. Sélectionner les options et modificateurs désirés tels que la température de l'eau, la vitesse d'essorage et le niveau de saleté. Les sélections disponibles s'allument d'une couleur ambre.
3. Appuyer sur START (pendant environ 1 seconde) pour poursuivre le programme.

### Pour vidanger la laveuse manuellement

1. Appuyer deux fois sur PAUSE/CANCEL (pause/annulation).
2. Appuyer sur POWER (alimentation).
3. Sélectionner DRAIN/SPIN (vidange/essorage).
4. Appuyer sur START (pendant environ 1 seconde) pour commencer le programme.
5. Lorsque l'essorage est terminé, la porte se déverrouille. Les articles peuvent être retirés de la laveuse.

## Témoins lumineux

Ces témoins lumineux indiquent quelle partie du programme la laveuse est en train d'effectuer. Ils peuvent aussi indiquer à quel moment vous pouvez ajouter un article supplémentaire et à quel moment les commandes sont verrouillées.




### Add a Garment (ajouter un vêtement)

Cette laveuse octroie une période de 8 minutes pendant laquelle d'autres vêtements peuvent être ajoutés à la charge. Vous pouvez ajouter des articles dans la laveuse tant que le témoin lumineux Add a garment est allumé.

**Pour ajouter des articles lorsque le témoin Add a garment est allumé**

1. Sélectionner une fois PAUSE/CANCEL (pause/annulation). La porte de la laveuse se déverrouille et les articles peuvent être ajoutés.
2. Pour poursuivre le programme, fermer la porte et sélectionner START (pendant environ 1 seconde).

**Pour ajouter des articles lorsque le témoin Add a garment n'est pas allumé**

1. Sélectionner deux fois PAUSE/CANCEL (pause/annulation). Ceci annule le programme de lavage et les options. La porte de la laveuse se déverrouille et les articles peuvent être ajoutés.
2. Fermer la porte, appuyer sur POWER (alimentation) et sélectionner le nouveau programme et les nouvelles options. Sélectionner START (pendant 1 seconde environ).

### Done (linge prêt)

Le témoin Done reste allumé pendant 60 minutes après la fin du programme puis la laveuse s'éteint.

### Controls Lock/Unlock (verrouillage/déverrouillage des commandes)

La fonction Controls Lock (verrouillage des commandes) évite l'utilisation involontaire de la laveuse. Vous pouvez aussi utiliser la caractéristique de verrouillage des commandes pour éviter des changements involontaires de programme ou d'option durant un programme. Lorsque Controls Lock est allumé, tous les boutons sont désactivés à l'exception de Pause/Cancel (pause/annulation) et Start (mise en marche). Vous pouvez verrouiller les commandes alors que la laveuse est en marche.

**Pour verrouiller les commandes**
Appuyer sur CONTROLS LOCK/UNLOCK pendant 3 secondes.



Le témoin lumineux à côté du bouton CONTROLS LOCK/ UNLOCK s'allume.

**Pour déverrouiller les commandes**
Appuyer sur CONTROLS LOCK/UNLOCK pendant 3 secondes jusqu'à ce que le témoin lumineux s'éteigne.

**REMARQUE :** Pour verrouiller ou déverrouiller les commandes lorsque la laveuse est éteinte, appuyer sur CONTROLS LOCK/UNLOCK (verrouillage/déverrouillage des commandes) pendant 3 secondes.

### Door Locked (porte verrouillée)

Lorsque le témoin lumineux s'allume, la porte est verrouillée.

### Durée résiduelle estimée

La durée du programme varie automatiquement en fonction de la pression et de la température de l'eau, du détergent et de la charge de linge. La durée du programme sera prolongée en cas d'excès de mousse ou si la charge est déséquilibrée. La procédure contre la mousse élimine l'excès de mousse et permet un rinçage correct de vos vêtements. L'affichage du temps se mettra en pause jusqu'à ce que cette procédure soit terminée, puis reprendra en même temps que le programme. Ces procédures peuvent ajouter jusqu'à trente minutes à la durée par défaut du programme.

## Programmes

Pour sélectionner un programme, tourner le bouton de commande au programme désiré. Chaque programme est conçu pour différents types de tissu et niveaux de saleté. Les témoins lumineux des modificateurs, situés sur le côté droit du tableau, changent en fonction des programmes sélectionnés.




- Chaque programme comporte un niveau de saleté (durée estimée du programme), une température de l'eau et une vitesse d'essorage préréglés et peut comporter des options préréglées. Les préréglages procurent les soins aux tissus recommandés pour le programme sélectionné.
- Les préréglages de programme s'allument en vert pour indiquer les options et modificateurs présélectionnés; ils peuvent être modifiés à tout moment tant que START (mise en marche) n'a pas été sélectionné. Toutes les options et tous les modificateurs ne sont pas disponibles avec tous les programmes. Les sélections disponibles s'allument d'une couleur ambre. (Pour modifier les réglages après le début du programme, appuyer une fois sur PAUSE/CANCEL (pause/annulation), puis sélectionner les réglages désirés. Appuyer sur START pour continuer le programme.)
- Les détergents en poudre peuvent ne pas se dissoudre correctement durant un programme à basse vitesse. Pour des résultats optimaux, utiliser un détergent liquide pour les programmes à basse vitesse.

### Préréglages de programme

Chaque programme comporte un niveau de saleté (durée du programme), une température de l'eau et une vitesse d'essorage préréglés. Les préréglages procurent les soins aux tissus recommandés pour le programme sélectionné. Voir le tableau.

| Programme | Niveau de saleté (durée de programme) | Temp. del 'eau | Vitesse d'essorage |
|---|---|---|---|
| **Sanitary (sanitaire)** | Normal (2:10) | Super Hot/Cold (très chaude/froide) | Extra High (très élevée) |
| **Whitest Whites (blancs les plus blancs)** | Normal (1:20) | Hot/Cold (chaude/froide) | Extra High (très élevée) |
| **Heavy Duty (service intense)** | Normal (1:25) | Hot/Cold (chaude/froide) | Extra High (très élevée) |
| **Bulky Items (articles volumineux)** | Normal (0:55) | Warm/Cold (tiède/froide) | Low (basse) |
| **Normal/ Casual (normal/ tout-aller)** | Normal (0:50) | Warm/Cold (tiède/froide) | High (élevée) |
| **Delicate (articles délicats)** | Normal (0:40) | Warm/Cold (tiède/froide) | Medium (moyenne) |
| **Wool (lainages)** | Normal (0:30) | Cold/Cold (froide/froide) | Medium (moyenne) |
| **Silk (soie)** | Normal (0:25) | Cold/Cold (froide/froide) | Pas d'essorage |
| **Hand Washables (articles lavables à la main)** | Normal (0:30) | Cold/Cold (froide/froide) | Low (basse) |
| **Quick Wash (lavage rapide) (2-3 articles)** | Peu sale (0:25) | Warm/Cold (tiède/froide) | Extra High (très élevée) |
| **Clean Washer (nettoyage de la laveuse)** | | N/A | High (élevée) |
| **Soak (trempage)** | Normal (0:30) | Warm/Cold (tiède/froide) | Pas d'essorage |
| **Rinse/Spin (rinçage/ essorage)** | Normal (0:20) | Cold/Cold (froide/froide) | Extra High (très élevée) |
| **Drain/Spin (vidange/ essorage)** | Normal (0:11) | N/A | Extra High (très élevée) |

**Modification des préréglages de programme**

Appuyer sur le sélecteur de chaque réglage disponible jusqu'à ce que le réglage désiré s'allume en vert.

## Sanitary (sanitaire)

Utiliser ce programme pour laver des tissus grand teint, très sales. Ce programme combine une température très chaude et une vitesse de culbutage rapide pour garantir l'enlèvement des saletés intenses et des taches. Il est recommandé de régler le chauffe-eau à 120°F (49°C) pour assurer un rendement efficace pendant ce programme. Une vitesse d'agitation très élevée réduit la durée de séchage.

## Whitest Whites (blancs les plus blancs)

Ce programme est spécialement conçu pour le nettoyage de charges de linge blanc sale avec ajout d'agent de blanchiment. Les températures de lavage élevées assurent un fonctionnement optimal de l'agent de blanchiment. Un rinçage supplémentaire fournit une performance de rinçage optimale pour éviter les résidus de chlore sur votre lessive. Ce programme combine un culbutage à vitesse rapide, une durée de lavage prolongée et un essorage à vitesse très élevée pour réduire la durée de séchage.

## Heavy Duty (service intense)

Utiliser ce programme pour laver des charges de vêtements robustes, aux couleurs grand teint et très sales. Ce programme combine un culbutage à vitesse rapide, une durée de lavage prolongée et un essorage à vitesse très élevée pour réduire la durée de séchage. Si la température de l'eau est inférieure à celle nécessaire pour ce programme, le chauffe-eau réchauffera l'eau à la température idéale.

## Bulky Items (articles volumineux)

Utiliser ce programme pour laver de gros articles tels que couvertures et couettes. Ce programme commence par un trempage pour bien imbiber la charge. Ceci est suivi d'une action de lavage moyenne et d'un essorage à basse vitesse uniquement pour maintenir l'équilibre de la charge.

## Normal/Casual (normal/tout-aller)

Utiliser ce programme pour laver des charges de tissus qui ne se repassent pas tels que chemises de sport, chemisiers, vêtements de travail tout-aller, mélanges à pressage permanent, coton et linge de maison et tissus synthétiques. Ce programme combine un culbutage à vitesse moyenne, un essorage à vitesse élevée et un processus de refroidissement de la charge pour réduire le froissement.

**REMARQUE :** Pour un meilleur rendement énergétique, utiliser le programme Normal/Casual (normal/tout-aller).

## Delicate (articles délicats)

Utiliser ce programme pour nettoyer les articles lavables à la main et les vêtements nécessitant un soin spécial. Semblable à la façon dont les vêtements sont lavés à la main dans un évier, l'action de lavage de ce programme combine des périodes de culbutage à basse vitesse et de trempage. Le mouvement CRADLE CLEAN™ permet de prendre soin des articles délicats et de nettoyer efficacement les articles lavables à la main. L'essorage à basse vitesse réduit le froissement.

- Utiliser des sacs en filet pour laver les sous-vêtements tels que les soutiens-gorge à armature, les articles avec ficelles et les articles de petite taille tels que les chaussettes d'enfants.

## Wool (lainages)

Utiliser ce programme pour laver les vêtements en laine lavables en machine. (Consulter les consignes d'entretien pour s'assurer que le vêtement est lavable.) Le mouvement CRADLE CLEAN™ permet de prendre soin des articles délicats et de nettoyer efficacement les lainages lavables. Ce programme comporte un culbutage délicat et un essorage à basse vitesse pour un soin optimal des vêtements.

## Silk (soie)

Utiliser ce programme pour nettoyer les vêtements en soie lavables. (Consulter les consignes de l'étiquette pour s'assurer que le vêtement est lavable.) Ce programme effectue un culbutage délicat et évacue l'eau sans essorage pour nettoyer les vêtements en douceur et réduire le froissement au minimum. Du fait de l'absence d'essorage, les vêtements seront davantage mouillés à la fin du programme. Le mouvement CRADLE CLEAN™ permet de prendre soin des articles délicats et de nettoyer efficacement les articles en soie.

- Utiliser des sacs en filet pour le linge au besoin.

## Hand Washables (articles lavables à la main)

Utiliser ce programme pour nettoyer les articles lavables à la main et les vêtements nécessitant un soin spécial. Semblable à la façon dont les vêtements sont lavés à la main dans un évier, l'action de lavage de ce programme combine des périodes de culbutage à basse vitesse et de trempage. Le mouvement CRADLE CLEAN™ permet de prendre soin des articles délicats et de nettoyer efficacement les articles lavables à la main. L'essorage à basse vitesse réduit le froissement.

## Quick Wash (lavage rapide)

Utiliser ce programme pour laver des petites charges de 2 - 3 articles légèrement sales dont on a besoin rapidement. Ce programme combine un culbutage à vitesse rapide, une durée de lavage plus courte et un essorage à vitesse très élevée pour réduire la durée de séchage.

## Clean Washer (nettoyage de la laveuse)

Utiliser le programme Clean Washer une fois par mois pour conserver l'intérieur de la laveuse frais et propre. Ce programme utilise un niveau d'eau plus élevé en combinaison avec l'agent de blanchiment liquide pour nettoyer à fond l'intérieur de la machine à laver. Voir “Nettoyage de la laveuse”.

**IMPORTANT :** Ne pas placer de vêtements ou autres articles dans la laveuse pendant le programme Clean Washer. Utiliser ce programme avec un tambour de lavage vide.

## Soak (trempage)

Utiliser le programme de trempage pour enlever les petits points des taches tenaces sur les tissus. Ce programme comporte une période de trempage dans l'eau tiède ou froide, suivie d'une vidange. La quantité supplémentaire d'eau, la courte phase de culbutage pour une distribution uniforme de la lessive, et la période de trempage sans mouvement du tambour permettent une élimination plus efficace des taches incrustées. La vidange sans essorage prend soin des articles, même les plus délicats.

### Rinse/Spin (rinçage/essorage)

Utiliser ce programme pour obtenir un rinçage et un essorage seulement. Ce programme combine un culbutage à vitesse élevée et un essorage à vitesse très élevée. On peut réduire la vitesse d'essorage en sélectionnant la vitesse souhaitée à partir du modificateur SPIN SPEED (vitesse d'essorage).

**Le programme Rinse/Spin est utile pour**

- Les charges qui nécessitent un rinçage uniquement.
- L'addition d'assouplissant de tissu à une charge.

### Drain/Spin (vidange/essorage)

Utiliser ce programme pour vidanger la laveuse ou pour vidanger et essorer la charge de lavage. La vitesse d'essorage est préréglée à Extra High (très élevée). On peut réduire la vitesse d'essorage en sélectionnant la vitesse souhaitée à partir du modificateur SPIN SPEED (vitesse d'essorage).

**REMARQUE** : Les charges de vêtements synthétiques, tissus délicats, articles lavables à la main et lainages lavables doivent être vidangées sans essorage ou avec essorage à basse vitesse pour ne pas déformer les tissus.

## Sons normaux émis par la laveuse

Comme pour tout appareil neuf, vous entendrez des sons auxquels vous n'êtes pas habitué. Vous pouvez entendre différents sons lors du verrouillage/déverrouillage de la porte et durant les processus de lavage, rinçage et essorage. Entre les changements dans les actions de lavage, la laveuse fera des pauses momentanées. Vous entendrez l'éclaboussement de l'eau pendant les programmes de lavage et de rinçage. Ces nouveaux sons et pauses font partie du fonctionnement normal de la laveuse.

## Options

Vous pouvez personnaliser votre lavage en ajoutant des options à vos sélections de programme. Vous pouvez ajouter ou modifier une option après le début d'un programme à tout moment avant la mise en marche de l'option sélectionnée. Toutes les options ne sont pas disponibles avec tous les programmes. Les options disponibles s'allument d'une couleur ambre. Les sélections en cours s'allument en vert. Si une option est indisponible avec un programme sélectionné, le témoin ne s'allume pas.




- Consulter le "Guide de lessivage" pour un aperçu des options possibles pour chaque sélection de programme de lavage.
- Vous pouvez choisir plusieurs options par programme. Certaines options ne peuvent être sélectionnées avec certains programmes; par exemple, l'option de prélavage est incompatible avec le programme de lavage rapide.
- Si une option n'est pas disponible avec un programme sélectionné, 3 brefs signaux sonores sont émis et le témoin lumineux de cette option ne s'allume pas au moment de la sélection.

### Delay Wash (lavage différé)

Utiliser ce programme pour commencer le programme de lavage ultérieurement.

- Sélectionner DELAY WASH (lavage différé) jusqu'à ce que la durée désirée (en heures) soit indiquée sur l'afficheur de la durée résiduelle estimée.
- Sélectionner START (mise en marche). La fenêtre d'affichage indique le compte à rebours jusqu'au programme de lavage.
- En cas de mise en marche différée d'un programme, utiliser seulement des détergents en poudre dans le compartiment de lavage principal car les détergents liquides risquent de suinter hors du compartiment avant le début du programme de lavage.

### Prewash (prélavage)

Utiliser cette option pour des charges de vêtements très sales qui nécessitent un prétraitement. Cette option ajoute une période de prélavage et de vidange de 15 minutes au programme de lavage principal.

**REMARQUES** :

- Verser le détergent dans les compartiments de prélavage et de lavage principal du tiroir distributeur.
- En cas de prélavage, utiliser seulement des détergents en poudre dans le compartiment de lavage principal car les détergents liquides risquent de suinter hors du compartiment avant le début du programme de lavage.

**REMARQUE** : Les options de prélavage et de prétrempage ne peuvent pas être sélectionnées en même temps.

### Presoak (prétrempage)

Utiliser l'option de prétrempage pour les charges d'articles en coton, lin, polyester ou nylon très sales avec taches incrustées. Pendant le prétrempage, l'eau est ajoutée au tambour et le linge est distribué uniformément par une brève phase de culbutage. Le linge est ensuite trempé par phases sans mouvement du tambour. Après le trempage, la laveuse effectue une vidange sans essorage.

- Verser le détergent dans les compartiments de prélavage et de lavage principal du tiroir distributeur.
- Utiliser le détergent en poudre pour le programme de lavage principal car un détergent liquide risque de suinter dans la laveuse au cours du trempage.
- Pour les programmes de lavage à température élevée, la température de l'eau de prétrempage est réglée sur Warm (tiède). Dans les autres cas, la température de prétrempage est similaire à celle du lavage.
- Les options de prétrempage et de prélavage ne peuvent pas être sélectionnées en même temps.

### Extra Rinse (rinçage supplémentaire)

Un rinçage supplémentaire peut être effectué pour favoriser l'élimination des résidus de détergent ou d'agent de blanchiment sur les vêtements. Cette option fournit un rinçage supplémentaire avec une eau à la même température que pour le premier rinçage.

## Cycle signal (signal de programme)

Ce signal est utile lorsqu'on retire les articles de la laveuse aussitôt qu'elle s'arrête. Appuyer sur CYCLE SIGNAL pour sélectionner Loud (fort), Soft (doux) ou Off (désactivé).

## Button Sound (son des boutons)

Les sons des boutons sont utilisés pour vous indiquer ce qui a été sélectionné ou vous faire savoir que quelque chose n'est pas disponible. Appuyer sur BUTTON SOUND pour sélectionner Loud (fort), Soft (doux) ou Off (désactivé).

# Modificateurs

Les préréglages de programme pour la température de l'eau, la vitesse d'essorage et le niveau de saleté peuvent être modifiés. Vous pouvez modifier un modificateur après le début d'un programme à tout moment avant la mise en marche du modificateur sélectionné. Tous les modificateurs ne sont pas disponibles avec tous les programmes et toutes les options. Les options disponibles s'allument d'une couleur ambre. Les sélections en cours s'allument en vert. Si un modificateur est indisponible avec un programme sélectionné, le témoin ne s'allume pas.

**REMARQUE** : Le tableau de commande de votre modèle peut différer de celui illustré ci-dessous.




- Pour modifier la température de l'eau, sélectionner le bouton WATER TEMP jusqu'à ce que le réglage désiré s'allume en vert.
- Pour modifier la vitesse d'essorage, sélectionner le bouton SPIN SPEED jusqu'à ce que le réglage désiré s'allume en vert.
- Pour modifier la durée du programme, sélectionner le bouton SOIL LEVEL jusqu'à ce que le réglage désiré s'allume en vert.

## Temp. de lavage/rinçage

Sélectionner une température de l'eau selon le type de charge à laver. Utiliser l'eau de lavage la plus chaude sans danger pour les tissus. Suivre les instructions figurant sur l'étiquette des vêtements.

Les rinçages à l'eau tiède permettent un meilleur séchage que les rinçages à froid. Les rinçages à l'eau tiède augmentent le froissement. Dans les climats froids, un rinçage à l'eau tiède facilite la manipulation de la charge. Les rinçages à froid économisent de l'énergie.

Dans les températures d'eau de lavage inférieures à 60°F (15,6°C), les détergents ne se dissolvent pas correctement. Les saletés peuvent être difficiles à enlever.

### Technologie 6TH SENSE™

La technologie 6TH SENSE™ détecte et maintient électroniquement une température d'eau uniforme. La technologie 6TH SENSE™ régule l'arrivée d'eau chaude et d'eau froide. La technologie 6TH SENSE™ est automatiquement activée lorsqu'un programme est sélectionné. Voir "Préréglages de programme" dans "Programmes". La technologie 6TH SENSE™ garantit un nettoyage uniforme.

- La technologie 6TH SENSE™ fonctionne avec tous les réglages de température de l'eau de lavage.
- La technologie 6TH SENSE™ fonctionne pour la température de rinçage lorsque la température de lavage est marquée d'un astérisque, tel que Warm* (tiède). Toutes les autres températures de rinçage sont froides.

## Guide de lessivage

Consulter ce tableau pour les types de charges suggérés et le programme correspondant. Pour chacun des programmes de la laveuse, les options disponibles sont indiquées à droite.

| PROGRAMME | TYPE DE CHARGE SUGGÉRÉ | OPTIONS DISPONIBLES | | | |
|---|---|---|---|---|---|
| | | Delay Wash (lavage différé) | Prewash (prélavage)* | Presoak (prétrempage)* | Extra Rinse (rinçage supplémen-taire) |
| **Sanitary (sanitaire)** | Articles très sales tels que sous-vêtements, serviettes, vêtements de travail, couches, etc. | * | * | * | * |
| **Whitest Whites (blancs les plus blancs)** | Tissus blancs sales | * | * | * | * |
| **Heavy Duty (service intense)** | Vêtements robustes, aux couleurs grand teint et très sales. | * | * | * | * |
| **Bulky Items (articles volumineux)** | Couvertures et édredons normalement sales | * | | | * |
| **Normal/Casual (normal/tout-aller)** | Articles normalement sales tels que chemisiers, chemises, salopettes, etc. en polyester, nylon, coton, lin ou mélanges de coton | * | * | * | * |
| **Delicate (articles délicats)** | Articles nécessitant un soin particulier étiquetés "Lavable à la main" | * | * | * | * |
| **Wool (lainages)** | Lainages avec un fini non feutré lavables en machine | * | | | * |
| **Silk (soie)** | Vêtements en soie lavables en machine | * | | | * |
| **Hand Washables (articles lavables à la main)** | Articles nécessitant un soin particulier étiquetés "Lavable à la main" | * | | | * |
| **Quick Wash (lavage rapide)** | 2 à 3 vêtements légèrement sales en coton, polyester, nylon ou mélanges de coton | * | | | * |
| **Clean Washer (nettoyage de la laveuse)** | Pas de vêtements | * | | | |
| **Soak (trempage)** | Vêtements en coton, lin, polyester ou nylon | * | | | |
| **Rinse/Spin (rinçage/essorage)** | Vêtements en coton, lin, polyester ou nylon | * | | | * |
| **Drain/Spin (vidange/essorage)** | Vêtements en coton, lin, polyester ou nylon | * | | | |

*Les options de prélavage et de prétrempage ne peuvent pas être sélectionnées en même temps.



W0157998

# CONSEILS DE LESSIVAGE

## Préparation des vêtements pour le lavage

Suivre les recommandations suivantes pour prolonger la vie de vos vêtements.

- Utiliser uniquement des détergents Haute efficacité. Pour ce type de détergent, "HE" ou "Haute efficacité" sera mentionné sur l'emballage. Ce système de lavage, utilisant moins d'eau, provoquera trop de mousse avec un détergent ordinaire non-HE. L'utilisation d'un détergent ordinaire est susceptible d'occasionner des erreurs de la part de la laveuse, des durées de programmes plus longues et une performance de rinçage réduite. Ceci peut aussi entraîner des défaillances des composants et une moisissure perceptible. Les détergents HE sont conçus pour produire la quantité de mousse adéquate pour le meilleur rendement. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.

*Utiliser uniquement un détergent HE Haute efficacité.*

- Fermer les fermetures à glissière, les boutons pression et les crochets pour éviter d'accrocher d'autres articles. Retirer les épingles, boucles et autres objets durs pour éviter d'égratigner l'intérieur de la laveuse. Ôter les garnitures et les ornements non lavables.
- Vider les poches et les retourner.
- Retourner les revers et enlever la charpie et la poussière avec une brosse.
- Retourner les tricots synthétiques pour éviter le boulochage.
- Attacher les cordons et les ceintures pour empêcher l'emmêlement.
- Raccommoder les déchirures, les ourlets défaits et les coutures.
- Traiter les taches.
- Les vêtements tachés ou mouillés doivent être lavés sans délai pour obtenir les meilleurs résultats.
- Mélanger les petits articles avec les gros, éviter de laver un article seul et répartir la charge de façon égale dans la laveuse.
- Laver les petits articles tels que les chaussettes d'enfants dans un sac en filet pour le linge. Pour obtenir une charge équilibrée, on recommande d'utiliser plus d'un sac et de remplir chaque sac avec des quantités similaires.

  **REMARQUE :** Si vous lavez uniquement des petits articles, il est recommandé d'utiliser plus d'un sac et de remplir chaque sac avec des quantités similaires.

## Tri

- Séparer les articles très sales des articles légèrement sales, même si on les lave normalement ensemble. Séparer les articles qui forment de la charpie (serviettes, chenille) des articles qui retiennent la charpie (velours côtelé, synthétiques, pressage permanent). Dans la mesure du possible, retourner les articles qui forment de la charpie.
- Séparer les couleurs foncées des couleurs claires et les articles grand teint des articles qui déteignent.
- Trier en fonction des tissus et de la confection (cotons solides, tricots, articles délicats).

## Déchargement

- Retirer les vêtements de la laveuse une fois que le programme est terminé. Des objets en métal comme les fermetures à glissière, les boutons-pression et les boucles peuvent rouiller si on les laisse longtemps dans le panier de la laveuse.
- Lorsqu'on retire le linge, vérifier de temps en temps sous le joint de couleur grise à l'avant de la cuve qu'il n'y ait pas de petits articles coincés.

## Chargement

### Suggestions de chargement

| | |
|---|---|
| **Vêtements de travail lourds** | |
| 4 jeans<br>4 pantalons<br>4 chemises | 2 survêtements (bas)<br>2 survêtements (haut) |
| **Serviettes** | |
| 10 serviettes de bain<br>10 serviettes à main | 14 débarbouillettes |
| **Charge mixte** | |
| 3 draps (1 très grand, 2 simples)<br>4 taies d'oreiller<br>3 chemises<br>3 chemisiers | 9 tee-shirts<br>9 shorts<br>10 mouchoirs de poche |
| **Programme Quick Wash (lavage rapide)**<br>(2 ou 3 vêtements) | 2 chemises habillées<br>1 pantalon habillé |

# ENTRETIEN DE LA LAVEUSE

## Nettoyage de la laveuse

Le processus d'entretien de la laveuse doit être effectué chaque mois.

### Nettoyage du joint de la porte

1. Ouvrir la porte de la laveuse et retirer tout vêtement ou article de la laveuse.
2. Examiner le joint de couleur grise entre l'ouverture de la porte et le panier pour déceler des zones tachées. Tirer sur le joint pour examiner toutes les zones sous le joint et voir s'il n'y a pas d'objets étrangers.




*A. Joint*

3. Si des zones tachées sont décelées, essuyer ces zones en respectant la procédure indiquée ci-dessous.
   a) Mélanger une solution diluée en utilisant ¾ de tasse (177 mL) d'agent de blanchiment liquide et 1 gal. (3,8 L) d'eau tiède du robinet.
   b) Essuyer la zone du joint avec la solution diluée, en utilisant un chiffon humide.
   c) Laisser agir pendant 5 minutes.
   d) Essuyer la zone complètement avec un chiffon sec et laisser l'intérieur de la laveuse sécher avec la porte ouverte.

**IMPORTANT :**

- Porter des gants en caoutchouc en cas de nettoyage pendant une période prolongée.
- Consulter les instructions du fabricant de l'agent de blanchiment pour une utilisation correcte.

### Procédure d'entretien de la laveuse

Cette laveuse comporte un programme spécial qui utilise des volumes d'eau plus importants en combinaison avec l'agent de blanchiment liquide pour nettoyer à fond l'intérieur de la laveuse.

**REMARQUES :**

- Lire ces instructions complètement avant de débuter la procédure de nettoyage.
- Si nécessaire, le programme de nettoyage peut être interrompu en appuyant sur le bouton Pause/Cancel (pause/ annulation). Ceci arrêtera le programme. Un programme Rince/Spin (rinçage/essorage) doit alors être effectué afin d'éliminer complètement l'agent de blanchiment de la laveuse. Le non-respect de cette procédure peut causer des dommages à la laveuse et aux vêtements ajoutés lors du programme suivant.

### Début de la procédure

1. Ouvrir la porte de la laveuse et retirer tout vêtement ou article de la laveuse.
2. Fermer la porte de la laveuse.
3. Ouvrir le tiroir distributeur et ajouter immédiatement ⅔ de tasse (160 mL) d'agent de blanchiment au chlore liquide au compartiment d'agent de blanchiment.

   **REMARQUE :** Ne pas verser de détergent pour ce programme. L'utilisation de plus de ⅔ de tasse (160 mL) d'agent de blanchiment occasionnera, avec le temps, des dommages au produit.
4. S'assurer que le tiroir distributeur est fermé.
5. Sélectionner le programme CLEAN WASHER (nettoyage de la laveuse).
6. Appuyer sur START (mise en marche).

   **REMARQUE :** Le panier pivotera, la porte se déverrouillera, se verrouillera à nouveau et enfin le programme se poursuivra.
   - La machine ne se remplira pas mais le panier pivotera alors que la laveuse effectuera un court programme de détection. Ceci prendra environ 3 minutes.
7. Le programme déterminera si des vêtements ou autres articles se trouvent dans la laveuse.
   a) Si aucun article n'est détecté dans la laveuse, il passera à l'étape 8.
   b) Si des articles sont détectés dans la laveuse, tous les témoins lumineux clignoteront, "rL" ou "F-34" s'affichera et les témoins WASH (lavage) et CONTROLS LOCKED (commandes verrouillées) resteront allumés. La porte se déverrouillera.
      - Appuyer sur PAUSE/CANCEL (pause/annulation) pour annuler le code d'échec. Puis répéter les étapes 1, 2 et 6 pour remettre le programme en marche.
8. Une fois que le programme a commencé, laisser le programme s'achever.
9. À la fin du programme, laisser la porte légèrement ouverte, pour permettre une meilleure ventilation et le séchage de l'intérieur de la laveuse.

### Toujours suivre la procédure qui suit pour préserver la fraîcheur de la laveuse

- Utiliser uniquement un détergent HE Haute efficacité.
- Laisser la porte légèrement ouverte après chaque programme pour permettre une meilleure ventilation et le séchage de l'intérieur de la sécheuse.
- Répéter la procédure d'entretien chaque mois, en utilisant ⅔ de tasse (160 mL) d'agent de blanchiment au chlore liquide.
- Si la procédure ne permet pas de remédier suffisamment aux problèmes de fraîcheur de la machine, veuillez examiner les conditions d'installation et d'utilisation pour déceler d'autres causes.

### Nettoyage de l'extérieur

Utiliser une éponge ou un chiffon doux humide pour essuyer les renversements. Essuyer occasionnellement les surfaces externes de la laveuse pour maintenir son apparence d'appareil neuf. Utiliser un savon doux et de l'eau. Ne pas utiliser des produits abrasifs.

### Nettoyage du tiroir distributeur

Le tiroir distributeur est amovible pour faciliter le nettoyage.

1. Déverrouiller le tiroir distributeur en appuyant sur le levier de dégagement dans le compartiment de prélavage. Voir “Utilisation du distributeur”. Retirer le tiroir.
2. Ôter les pièces incluses (le siphon des compartiments de l'assouplissant de tissu et de l'agent de blanchiment et le sélecteur de détergent).
3. Laver les pièces sous l'eau du robinet.
4. Réinstaller les pièces incluses et remettre le distributeur dans le tiroir.

## Tuyaux d'arrivée d'eau

Remplacer les tuyaux d'arrivée d'eau après 5 ans d'utilisation pour réduire le risque de défaillance intempestive. Inspecter périodiquement les tuyaux; les remplacer en cas de renflement, de déformation, de coupure et d'usure ou si une fuite se manifeste.

Lors du remplacement des tuyaux d'arrivée d'eau, inscrire la date du remplacement.

## Précautions à prendre avant les vacances, un entreposage ou un déménagement

Installer et remiser la laveuse à l'abri du gel. L'eau qui peut rester dans les tuyaux risque d'abîmer la laveuse en temps de gel. Si la laveuse doit faire l'objet d'un déménagement ou de remisage au cours d'une période de gel, préparer l'appareil pour l'hiver.

### Entretien en cas de non-utilisation ou de période de vacances :

Faire fonctionner la laveuse seulement lorsqu'on est présent. Si vous devez partir en vacances ou ne pas utiliser la laveuse pendant une période prolongée, vous devez exécuter les opérations suivantes :

- Débrancher la laveuse ou déconnecter la source de courant électrique.
- Fermer l'alimentation d'eau de la laveuse. Ceci aide à éviter les inondations accidentelles (dues à une augmentation de la pression) quand vous êtes absent.
- Ouvrir légèrement la porte pour fournir une ventilation.

### Préparation de la laveuse pour l'hiver :

1. Verser 1 pinte (1 L) d'antigel pour véhicule récréatif dans le tambour.
2. Faire exécuter à la laveuse un programme DRAIN/SPIN (vidange/essorage).
3. Débrancher la laveuse ou déconnecter la source de courant électrique.
4. Fermer les deux robinets d'eau.
5. Débrancher les tuyaux d'arrivée d'eau des robinets et les vider.

### Remise en marche de la laveuse :

1. Vidanger les canalisations d'eau. Reconnecter les tuyaux d'arrivée d'eau aux robinets. Ouvrir les deux robinets d'eau.

**⚠AVERTISSEMENT**



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

2. Brancher la laveuse ou reconnecter la source de courant électrique.
3. Faire exécuter à la laveuse un programme Normal/Casual (normal/tout-aller) avec la moitié de la quantité normale recommandée de détergent HE pour une charge moyenne, afin de nettoyer la laveuse et enlever l'antigel, le cas échéant.

### Transport de la laveuse :

1. Si la laveuse doit être déplacée en temps de gel, verser une pinte (1 L) d'antigel pour véhicule récréatif dans le tambour. Faire exécuter à la laveuse un programme DRAIN/SPIN (vidange/essorage).
2. Débrancher le cordon d'alimentation.
3. Débrancher le tuyau de vidange du système de vidange et le fixer aux pinces du panneau arrière.
4. Fermer les deux robinets d'eau.
5. Déconnecter les tuyaux d'arrivée d'eau des robinets puis vidanger les tuyaux et les fixer au panneau arrière de la laveuse.

**IMPORTANT** : Faire un appel de service. Ne pas réutiliser les boulons de transport. La laveuse doit être transportée en position verticale. Pour éviter des dommages concernant la suspension et la structure de la laveuse, celle-ci doit être correctement réinstallée par un technicien certifié.

### Réinstallation de la laveuse

1. Suivre les “Instructions d'installation” pour choisir l'emplacement, régler l'aplomb de la laveuse et la raccorder.
2. Faire exécuter à la laveuse un programme Normal/Casual (normal/tout-aller) avec la moitié de la quantité normale recommandée de détergent HE pour une charge moyenne, afin de nettoyer la laveuse et enlever l'antigel, le cas échéant.

# DÉPANNAGE

**Essayer d'abord les solutions suggérées ici pour éviter possiblement le coût d'une visite de service...**

## La laveuse affiche un message code et un signal sonore est émis

**"F20" (problème d'entrée d'eau - approvisionnement nul ou insuffisant en eau)**
Sélectionner deux fois PAUSE/CANCEL (pause/annulation) pour annuler le programme. Débrancher la laveuse ou déconnecter la source de courant électrique.

**Vérifier ce qui suit :**
Les robinets d'eau sont-ils complètement ouverts?

Les tamis au point de raccordement des tuyaux d'arrivée d'eau à la laveuse sont-ils obstrués?

Les tuyaux d'arrivée d'eau sont-ils déformés?

Les tuyaux d'arrivée d'eau sont-ils gelés?

Brancher la laveuse ou reconnecter la source de courant électrique. Sélectionner à nouveau un programme et appuyer sur START (mise en marche). Si le problème persiste, faire un appel de service.

**"F21" (problème de vidange)**
Sélectionner deux fois PAUSE/CANCEL (pause/annulation) pour annuler le programme. Débrancher la laveuse ou déconnecter la source de courant électrique.

**Vérifier ce qui suit :**
Le tuyau de vidange est-il déformé?

Le tuyau de vidange est-il gelé?

Le tuyau de vidange est-il obstrué?

Le tuyau de vidange est-il à plus de 96" (2,4 m) au-dessus du plancher?

Brancher la laveuse ou reconnecter la source de courant électrique. Sélectionner à nouveau un programme et appuyer sur START (mise en marche). Si le problème persiste, faire un appel de service.

**"SUD" (procédure contre la mousse)**
Lorsqu'un excès de mousse est détecté, une procédure contre la mousse se met en marche automatiquement. Cette procédure élimine l'excès de mousse et permet un rinçage approprié de vos vêtements. "SUD" s'affiche durant la période de rinçage et à la fin du programme pour indiquer que la procédure contre la mousse a été activée. Utiliser uniquement des détergents HE (haute efficacité).

**"F22" (verrouillage de la porte avant)**
Sélectionner deux fois PAUSE/CANCEL (pause/annulation) pour annuler le programme.

**Vérifier ce qui suit :**
La porte de la laveuse est-elle bien fermée?
La porte doit être fermée complètement pour que la laveuse puisse fonctionner. La porte peut sembler fermée mais ne pas être verrouillée. Ouvrir la porte puis bien la refermer.

Avez-vous lavé une grosse charge?
Avant de fermer la porte de la laveuse, vérifier qu'aucun article ne dépasse de l'ouverture de la porte. Laisser suffisamment de place dans la laveuse afin que les vêtements puissent culbuter librement. Un panier surchargé peut empêcher la porte de fermer complètement. Réduire la charge si nécessaire.

Appuyer sur POWER (alimentation) puis sélectionner START (mise en marche).

**Codes "F" autres que F20, F21 ou F22**
Sélectionner deux fois PAUSE/CANCEL (pause/annulation) pour annuler le programme. Sélectionner DRAIN/SPIN (vidange/essorage) en cas d'excès d'eau dans la laveuse.

Sélectionner à nouveau un programme et appuyer sur START (mise en marche). Si le problème persiste, faire un appel de service.

## La laveuse ne se met pas en marche

**⚠ AVERTISSEMENT**



**Risque de choc électrique**

**Brancher sur une prise à 3 alvéoles reliée à la terre.**

**Ne pas enlever la broche de liaison à la terre.**

**Ne pas utiliser un adaptateur.**

**Ne pas utiliser un câble de rallonge.**

**Le non-respect de ces instructions peut causer un décès, un incendie ou un choc électrique.**

**Vérifier ce qui suit :**
Le cordon d'alimentation est-il branché dans une prise à 3 alvéoles reliée à la terre?

La porte de la laveuse est-elle bien fermée?

Un programme a-t-il été sélectionné sans que START ait été sélectionné pendant 1 seconde?

La porte a-t-elle été ouverte après l'achèvement du dernier programme?

## La laveuse ne se remplit pas, ne lave pas ou ne rince pas

**Vérifier ce qui suit :**
Le cordon d'alimentation est-il branché dans une prise à 3 alvéoles reliée à la terre?

La prise est-elle alimentée par le courant électrique? Vérifier la source de courant électrique ou appeler un électricien.

Les robinets d'eau chaude et d'eau froide sont-ils ouverts?

Le tuyau d'arrivée d'eau est-il déformé?

Les tamis de la valve d'arrivée d'eau sont-ils obstrués? Couper l'arrivée d'eau et retirer les tuyaux d'arrivée d'eau de la laveuse. Ôter toute pellicule ou particules accumulées. Réinstaller les tuyaux, ouvrir l'arrivée d'eau et vérifier s'il y a des fuites.

## La laveuse s'arrête

- **Vérifier ce qui suit :**
  Le cordon d'alimentation est-il branché dans une prise à 3 alvéoles reliée à la terre?

  La prise est-elle alimentée par le courant électrique? Vérifier la source de courant électrique ou appeler un électricien.

  Un fusible est-il grillé ou le disjoncteur s'est-il déclenché? Remplacer le fusible ou réenclencher le disjoncteur. Si le problème persiste, appeler un électricien.

  Utilisez-vous un câble de rallonge? Ne pas utiliser un câble de rallonge.

## La laveuse n'effectue pas de vidange ou d'essorage

- **Le tuyau de vidange est-il obstrué ou l'extrémité du tuyau de vidange se trouve-t-elle à plus de 96" (2,4 m) au-dessus du plancher?**
- **La tension est-elle basse?**
  Vérifier la source de courant électrique ou appeler un électricien. Ne pas utiliser un câble de rallonge.
- **La procédure contre la mousse est-elle activée?**
  Le programme se terminera une fois que l'excès de mousse sera éliminé.
- **La charge est-elle équilibrée?**
  Un seul article ou un article encombrant peuvent provoquer un déséquilibre. Ajouter des articles ou redistribuer la charge.

## La laveuse fait du bruit ou vibre.

- **La laveuse est-elle d'aplomb?**
  La laveuse doit être d'aplomb. Les quatre pieds doivent être installés correctement et les écrous doivent être serrés contre la caisse de la laveuse.
- **La laveuse fait-elle un bruit de gargouillement ou de bourdonnement?**
  Lorsque l'eau est vidangée de la laveuse, on peut entendre le bruit de la succion de l'air par la pompe. Ceci se produit à la fin de la vidange. Ceci est normal.
- **Lavez-vous des articles avec agrafes en métal, boucles ou fermetures à glissière?**
  Vous pouvez entendre le bruit des articles métalliques touchant le tambour de la laveuse. Ceci est normal.
- **La laveuse est-elle installée sur un plancher robuste et solide?**
  Se référer aux "Instructions d'installation" pour les exigences relatives au plancher. Le bruit et les vibrations peuvent être réduits en plaçant une planche de contreplaqué de ¾" (19,1 mm) sous la laveuse. Le contreplaqué peut se prolonger en dessous de la laveuse et de la sécheuse pour les maintenir à des hauteurs égales.

## La laveuse fuit

- **Vérifier la plomberie du domicile pour voir s'il y a des fuites.**

## Distributeurs obstrués ou ayant une fuite

- **Les produits de lessive sont-ils dans le bon compartiment du distributeur?**
  Verser les quantités appropriées de détergent, d'assouplissant de tissu ou d'agent de blanchiment au chlore liquide dans le compartiment adéquat. Verser l'agent de blanchiment en poudre ou liquide sans danger pour les couleurs dans le compartiment du détergent principal. Veiller à utiliser un agent de blanchiment en poudre sans danger pour les couleurs avec un détergent en poudre approprié ou un agent de blanchiment liquide sans danger pour les couleurs avec un détergent liquide approprié.
- **Le sélecteur de type de détergent est-il correctement installé?**
  Le sélecteur doit être en position basse en cas d'utilisation de détergent liquide et en position haute en cas d'utilisation de détergent en poudre.

## Mauvaises odeurs de la laveuse

- **Voir "Nettoyage de la laveuse".**
- **Utilisez-vous un détergent HE?**
  L'utilisation d'un détergent non HE peut provoquer un film résiduel à l'origine d'odeurs.
- **Avez-vous laissé la porte ouverte après utilisation?**
  Cette laveuse dispose d'une fermeture étanche pour éviter les fuites d'eau. Pour éviter la formation d'odeurs, laisser la porte ouverte afin de permettre à la laveuse de sécher entre les utilisations.

## Charge trop mouillée

- **Avez-vous utilisé le bon programme pour la charge à laver?**
  Choisir un programme avec une vitesse d'essorage plus élevée.
- **Avez-vous lavé un article seul, des articles encombrants ou avez-vous surchargé la laveuse?**
  Le lavage d'un seul article ou d'un article encombrant, ou une charge excessive peuvent provoquer un déséquilibre. Ajouter des articles ou essayer de distribuer uniformément la lessive mouillée dans le tambour, et commencer le programme DRAIN/SPIN (vidange/essorage). Si la lessive est encore mouillée, retirer la moitié de la charge de la laveuse et essayer de nouveau.

## Résidus ou charpie sur le linge

- **Avez-vous versé le détergent dans le distributeur?**
  Pour des résultats optimaux, verser le détergent dans le compartiment de détergent. Ne pas verser le détergent dans le tambour de la laveuse.
- **Avez-vous effectué le tri correctement?**
  Trier les articles causant la charpie (serviettes, chenille) des articles qui retiennent la charpie (velours côtelé, synthétiques). Trier également en fonction des couleurs.
- **Avez-vous surchargé la laveuse?**
  Ne pas surcharger la laveuse. La laveuse peut être bien remplie mais le linge ne doit pas être tassé. La charge doit être équilibrée. De la charpie peut être coincée dans la charge s'il y a surcharge.

- **Vérifier ce qui suit :**
  Avez-vous laissé du papier ou des mouchoirs en papier dans les poches?
- **Avez-vous utilisé suffisamment de détergent HE?**
  Utiliser suffisamment de détergent pour enlever la charpie et la maintenir en suspension. Utiliser uniquement un détergent HE. Suivre les instructions du fabricant afin de déterminer la quantité de détergent à utiliser.
- **La température de l'eau est-elle inférieure à 60°F (15,6°C)?**
  Une eau de lavage dont la température est inférieure à 60°F (15,6°C) peut ne pas dissoudre complètement le détergent.
- **Utilisez-vous un programme de lavage à basse vitesse?**
  Les détergents en poudre peuvent ne pas se dissoudre correctement durant un programme à basse vitesse. Pour de meilleurs résultats, utiliser un détergent liquide pour les cycles à vitesse lente tels que Delicate (articles délicats), Hand Washables (articles lavables à la main), Silk (Soie) et Wool (Laine).

## Présence de taches sur le linge

- **Avez-vous versé le détergent dans le distributeur?**
  Pour des résultats optimaux, verser le détergent dans le compartiment de détergent. Ne pas verser le détergent dans le tambour de la laveuse.
- **Avez-vous utilisé suffisamment de détergent HE?**
  Utiliser suffisamment de détergent pour enlever la saleté et la maintenir en suspension. Utiliser uniquement un détergent HE. Suivre les recommandations du fabricant pour déterminer la quantité de détergent à utiliser.
- **La présence de fer (rouille) dans l'eau est-elle supérieure à la moyenne?**
  Vous aurez peut-être besoin d'installer un filtre à fer.
- **Avez-vous bien trié la charge?**
  Séparer les articles de teinte foncée des articles blancs ou clairs.
- **Avez-vous déchargé la laveuse immédiatement?**
  Pour éviter le transfert de teinture, décharger la laveuse dès qu'elle s'arrête.
- **Avez-vous utilisé une boule distributrice d'assouplissant de tissu?**
  Les boules distributrices ne fonctionnent pas correctement avec cette laveuse. Verser un assouplissant de tissu liquide dans le compartiment d'assouplissant de tissu.
- **Avez-vous utilisé un détergent en poudre pour un programme à basse vitesse?**
  Envisager l'utilisation d'un détergent liquide.
- **Avez-vous utilisé le programme Quick Wash (lavage rapide) pour une grande charge?**
  Pour des résultats optimaux, utiliser le programme Quick Wash (lavage rapide) pour les petites charges de linge légèrement sale.

## Linge froissé

- **Avez-vous déchargé la laveuse immédiatement?**
  Décharger la laveuse dès qu'elle s'arrête.
- **Avez-vous utilisé le bon programme pour la charge à laver?**
  Utiliser le programme Delicate (articles délicats), Hand Washables (articles lavables à la main) ou un autre programme avec essorage à basse vitesse pour réduire le froissement.
- **Avez-vous surchargé la laveuse?**
  La charge de lavage doit être équilibrée et pas surchargée. Les charges doivent pouvoir se déplacer librement durant le lavage.

## Blanc grisâtre, couleurs défraîchies

- **Avez-vous bien trié la charge?**
  Le transfert de teinture peut se produire lors du mélange d'articles blancs et de couleur dans une même charge. Séparer les articles de teinte foncée des articles blancs ou clairs.
- **La température de lavage était-elle trop basse?**
  Utiliser les lavages à l'eau tiède ou chaude si celle-ci est sans danger pour la charge. S'assurer que le système d'eau chaude est adéquat pour fournir un lavage à l'eau chaude.
- **Avez-vous utilisé suffisamment de détergent, ou avez-vous une eau dure?**
  Utiliser plus de détergent pour laver la saleté intense à l'eau froide ou dure.

## Programme trop long

- **Avez-vous sélectionné le programme Sanitary (sanitaire)?**
  Le chauffe-eau sera activé pour fournir le rendement de nettoyage maximal. La durée du programme normal sera prolongée pour chauffer l'eau. Cette durée supplémentaire dépendra du volume de la charge et de la température de l'eau à son entrée dans la laveuse.
- **Le mot "SUD" est-il affiché?**
  Un excès de mousse a été détecté et une procédure contre la mousse a commencé. Cette procédure prolongera la durée initiale du programme.
- **Avez-vous lavé une grande charge avec le programme Quick Wash (lavage rapide)?**
  Le programme Quick Wash (lavage rapide) est conçu pour les plus petites charges (2-3 articles de vêtements légèrement sales). Si des charges plus grandes sont lavées avec ce programme, la durée de lavage augmentera.
- **Avez-vous lavé une grande charge en utilisant un programme délicat?**
  Avec les programmes Delicate (articles délicats), Hand Washables (articles lavables à la main), Silk (soie) et Wool (lainages), vous devez utiliser des petites charges. Ceci assure un lavage délicat de vos vêtements sans augmenter les durées de programme.
- **La charge a-t-elle causé un déséquilibre?**
  Lorsqu'il y a un trop grand déséquilibre, une procédure de rééquilibrage se met en marche pour redistribuer la charge. Pendant la procédure de rééquilibrage, l'affichage de la durée se mettra en pause jusqu'à ce que cette activité soit terminée, puis se réactivera pour le reste du programme.

## Porte verrouillée à la fin du programme de lavage

- **Toute l'eau s'est-elle écoulée de la laveuse durant l'essorage?**
  Sélectionner DRAIN/SPIN (vidange/essorage) pour enlever toute eau restée dans la laveuse. La porte de la laveuse se déverrouillera à la fin de la vidange.

# ASSISTANCE OU SERVICE

Avant de téléphoner pour assistance ou service, veuillez vérifier "Dépannage". Ceci pourrait vous éviter le coût d'une visite de service. Si vous avez encore besoin d'aide, veuillez suivre les instructions ci-dessous.

Lors de l'appel, il faut connaître la date d'achat et les numéros de modèle et de série complets de votre appareil ménager. Ces renseignements nous aideront à mieux répondre à votre demande.

### Si vous avez besoin de pièces de rechange

Si vous avez besoin de commander des pièces de rechange, nous vous recommandons d'utiliser seulement des pièces FSP® spécifiées par l'usine. Ces pièces conviendront et fonctionneront bien parce qu'elles sont fabriquées selon les mêmes spécifications précises utilisées pour construire chaque nouvel appareil électroménager WHIRLPOOL®.

**Pour localiser des pièces de rechange FSP® dans votre région :**

Aux États-Unis, téléphoner au Centre pour l'eXpérience de la clientèle au **1-800-253-1301**, ou téléphoner à votre Centre de service désigné le plus proche.

Au Canada, composer le **1-800-807-6777**, ou appeler votre Centre de service désigné le plus proche.

## Aux États-Unis

Téléphoner au Centre pour l'eXpérience de la clientèle de Whirlpool sans frais au : **1-800-253-1301.**

**Nos consultants fournissent l'assistance pour :**

- Caractéristiques et spécifications sur notre gamme complète d'appareils ménagers
- Renseignements d'installation
- Procédés d'utilisation et d'entretien
- Vente d'accessoires et de pièces de rechange
- Assistance spécialisée aux clients (langue espagnole, malentendants, malvoyants, etc.)
- Les références aux concessionnaires, compagnies de service de réparation et distributeurs de pièces de rechange locaux

Les techniciens de service désignés par Whirlpool sont formés pour remplir la garantie des produits et fournir un service après garantie partout aux États-Unis.

Pour localiser la compagnie de service désignée par Whirlpool dans votre région, vous pouvez consulter les Pages jaunes de votre annuaire téléphonique.

### Pour plus d'assistance

Si vous avez besoin de plus d'assistance, vous pouvez écrire à Whirlpool Corporation en soumettant toute question ou tout problème à :

Whirlpool Brand Home Appliances
Customer eXperience Center
553 Benson Road
Benton Harbor, MI 49022-2692

Dans votre correspondance, veuillez indiquer un numéro de téléphone où l'on peut vous joindre dans la journée.

## Au Canada

Téléphoner sans frais au Centre d'interaction avec la clientèle de Whirlpool Canada LP au : **1-800-807-6777.**

**Nos consultants fournissent l'assistance pour :**

- Procédés d'utilisation et d'entretien
- Vente d'accessoires et de pièces de rechange
- Caractéristiques et spécifications sur toute notre gamme d'appareils électroménagers.
- Les références aux concessionnaires, compagnies de service de réparation et distributeurs de pièces de rechange locaux. Les techniciens de service désignés par Whirlpool Canada LP sont formés pour satisfaire la garantie des produits et fournissent le service après la garantie, n'importe où au Canada.

### Pour plus d'assistance

Si vous avez besoin de plus d'assistance, vous pouvez écrire à Whirlpool Canada LP en soumettant toute question ou tout problème au :

Centre d'interaction avec la clientèle
Whirlpool Canada LP
1901 Minnesota Court
Mississauga, Ontario L5N 3A7

Veuillez indiquer dans votre correspondance un numéro de téléphone où l'on peut vous joindre durant la journée.

# GARANTIE DES GROS APPAREILS MÉNAGERS WHIRLPOOL CORPORATION

## GARANTIE LIMITÉE DE UN AN

Pendant un an à compter de la date d'achat, lorsque ce gros appareil ménager est utilisé et entretenu conformément aux instructions jointes à ou fournies avec le produit, Whirlpool Corporation ou Whirlpool Canada LP (ci-après désignées "Whirlpool") paiera pour les pièces spécifiées par l'usine et la main-d'oeuvre pour corriger les vices de matériaux ou de fabrication. Le service doit être fourni par une compagnie de service désignée par Whirlpool. Cette garantie limitée s'applique exclusivement lorsque l'appareil est utilisé dans le pays où il a été acheté.

## WHIRLPOOL NE PRENDRA PAS EN CHARGE

1. Les visites de service pour rectifier l'installation du gros appareil ménager, montrer à l'utilisateur comment utiliser l'appareil, remplacer ou réparer des fusibles ou rectifier le câblage ou la plomberie du domicile.
2. Les visites de service pour réparer ou remplacer les ampoules électriques de l'appareil, les filtres à air ou les filtres à eau. Ces pièces consomptibles ne sont pas couvertes par la garantie.
3. Les réparations lorsque le gros appareil ménager est utilisé à des fins autres que l'usage unifamilial normal.
4. Les dommages imputables à : accident, modification, usage impropre ou abusif, incendie, inondation, actes de Dieu, installation fautive ou installation non conforme aux codes d'électricité ou de plomberie, ou l'utilisation de produits non approuvés par Whirlpool.
5. Toute perte d'aliments due à une défaillance du réfrigérateur ou du congélateur.
6. Le coût des pièces de rechange et de la main-d'œuvre pour les appareils utilisés hors des États-Unis ou du Canada.
7. Le ramassage et la livraison. Ce gros appareil ménager est conçu pour être réparé à domicile.
8. Les réparations aux pièces ou systèmes résultant d'une modification non autorisée faite à l'appareil.
9. Les frais de transport pour le service d'un produit dans les régions éloignées.
10. La dépose et la réinstallation de votre appareil si celui-ci est installé dans un endroit inaccessible ou n'est pas installé conformément aux instructions d'installation fournies.
11. Le coût des pièces de rechange et de la main-d'œuvre lorsque l'appareil est utilisé dans un pays autre que le pays où il a été acheté.

## CLAUSE D'EXONÉRATION DE RESPONSABILITÉ AU TITRE DES GARANTIES IMPLICITES; LIMITATION DES RECOURS

LE SEUL ET EXCLUSIF RECOURS DU CLIENT DANS LE CADRE DE LA PRÉSENTE GARANTIE LIMITÉE CONSISTE EN LA RÉPARATION PRÉVUE CI-DESSUS. LES GARANTIES IMPLICITES, Y COMPRIS LES GARANTIES APPLICABLES DE QUALITÉ MARCHANDE ET D'APTITUDE À UN USAGE PARTICULIER, SONT LIMITÉES À UN AN OU À LA PLUS COURTE PÉRIODE AUTORISÉE PAR LA LOI. WHIRLPOOL N'ASSUME AUCUNE RESPONSABILITÉ POUR LES DOMMAGES FORTUITS OU INDIRECTS. CERTAINES JURIDICTIONS NE PERMETTENT PAS L'EXCLUSION OU LA LIMITATION DES DOMMAGES FORTUITS OU INDIRECTS, OU LES LIMITATIONS DE LA DURÉE DES GARANTIES IMPLICITES DE QUALITÉ MARCHANDE OU D'APTITUDE À UN USAGE PARTICULIER, DE SORTE QUE CES EXCLUSIONS OU LIMITATIONS PEUVENT NE PAS S'APPLIQUER DANS VOTRE CAS. CETTE GARANTIE VOUS CONFÈRE DES DROITS JURIDIQUES SPÉCIFIQUES ET VOUS POUVEZ ÉGALEMENT JOUIR D'AUTRES DROITS QUI PEUVENT VARIER D'UNE JURIDICTION À UNE AUTRE.

À l'extérieur du Canada et des 50 États des États-Unis, cette garantie ne s'applique pas. Contacter votre marchand Whirlpool autorisé pour déterminer si une autre garantie s'applique.

Si vous avez besoin de service, voir d'abord la section "Dépannage" du Guide d'utilisation et d'entretien. Après avoir vérifié la section "Dépannage", de l'aide supplémentaire peut être trouvée en vérifiant la section "Assistance ou service" ou en appelant Whirlpool. Aux É.-U., composer le **1-800-253-1301**. Au Canada, composer le **1-800-807-6777**. 12/05

**Conservez ce manuel et votre reçu de vente ensemble pour référence ultérieure. Pour le service sous garantie, vous devez présenter un document prouvant la date d'achat ou d'installation.**

Inscrivez les renseignements suivants au sujet de votre gros appareil ménager pour mieux vous aider à obtenir assistance ou service en cas de besoin. Vous devrez connaître le numéro de modèle et le numéro de série au complet. Vous trouverez ces renseignements sur la plaque signalétique située sur le produit.

**Nom du marchand** ______________________ __________

**Adresse** ______________________ ______________________

**Numéro de téléphone** ______________________ __________

**Numéro de modèle** ______________________ __________

**Numéro de série** ______________________ __________

**Date d'achat** ______________________ ______________________



W0158006

M0614

WOOLMARK

461970235721

© 2006 Whirlpool Corporation.
All rights reserved.
Todos los derechos reservados.
Tous droits réservés.

® Registered Trademark/TM Trademark of Whirlpool, U.S.A., Whirlpool Canada LP licensee in Canada
The Woolmark symbol is a registered trademark of The Woolmark Company.
® Marca registrada/TM Marca de comercio de Whirlpool, EE.UU., usada bajo licencia de Whirlpool Canada LP en Canadá
El símbolo Woolmark es una marca registrada de The Woolmark Company.
® Marque déposée/TM Marque de commerce de Whirlpool, U.S.A., Emploi licencié par Whirlpool Canada LP au Canada
Le symbole Woolmark est une marque déposée de The Woolmark Company.

9/06
Printed in Germany or Mexico
Impreso en Alemania o México
Imprimé en Allemagne ou Mexique



Whirlpool®

duet™

# FRONT-LOADING AUTOMATIC WASHER

## Use & Care Guide

For questions about features, operation/performance, parts, accessories or service call: **1-800-253-1301**

In Canada, for assistance call: **1-800-461-5681**, for installation and service call: **1-800-807-6777**

or visit our website at
**www.whirlpool.com** or **www.whirlpool.com/canada**

# LAVEUSE AUTOMATIQUE À CHARGEMENT FRONTAL

## Guide d'utilisation et d'entretien

Pour des questions à propos des caractéristiques, du fonctionnement/performance, des pièces, accessoires ou service, composez le **1-800-253-1301.**

Pour assistance au Canada, composez le **1-800-461-5681**, pour installation et service, composez le **1-800-807-6777**

ou visitez notre site internet à
**www.whirlpool.com** ou **www.whirlpool.com/canada**

**Table of Contents/Table des matières.............2**

4619 7020 5521

W0262582