**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION**<br><br>Gina Glazer v. Whirlpool Corporation | **1:08-wp-65001**<br>**1:08-wp-65000**<br><br>**MDL No. 2001**<br><br>**Class Action**<br><br>**Judge: Christopher Boyko** |

**WHIRLPOOL CORPORATION'S MOTION TO DECERTIFY THE OHIO CLASS**

Defendant Whirlpool Corporation ("Whirlpool"), pursuant to Rule 23(c)(1) of the Federal Rules of Civil Procedure, hereby moves for an order decertifying the Ohio class. As set forth more fully in the accompanying memorandum of law and attached exhibits, Plaintiffs are unable to demonstrate that each requirement of Rule 23(a) and 23(b)(3) remains met, and therefore class treatment is inappropriate for each of Plaintiffs' three class claims.

Dated: June 13, 2014

Respectfully submitted,

*s/ Michael T. Williams*

Michael T. Williams
Galen D. Bellamy
Joel S. Neckers
Theresa R. Wardon
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: williams@wtotrial.com

and

James T. Irvin, III
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, Suite 1700
Columbia, South Carolina 29201
Telephone: (803) 255-9450
Facsimile: (803) 255-9057
Email: jim.irvin@nelsonmullins.com

Robert H. Brunson
Nelson Mullins Riley & Scarborough, LLP
151 Meeting Street, Sixth Floor
Charleston, South Carolina 29401-2239
Telephone: (843) 534-4226
Facsimile: (843) 722-8700
Email: robert.brunson@nelsonmullins.com

and

F. Daniel Balmert (0013809)
Anthony J. O'Malley (0017506)
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone: (216) 479-6159
Facsimile: (216) 937-3735
Email: fdbalmert@vorys.com
ajomalley@vorys.com

and

Philip S. Beck (147168)
Rebecca Weinstein Bacon (6257492)
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
Email: philip.beck@bartlit-beck.com
rweinstein.bacon@bartlit-beck.com

Eric R. Olson
Alison G. Wheeler
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3186
Facsimile: (303) 592-3140
Email: eric.olson@bartlit-beck.com
alison.wheeler@bartlit-beck.com

Attorneys for Defendant Whirlpool Corporation

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 13, 2014, a copy of the foregoing **Whirlpool Corporation's Motion to Decertify the Ohio Class** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

*s/ Michael T. Williams*
One of the Attorneys for Defendant
Whirlpool Corporation