## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: WHIRLPOOL CORP.
FRONT-LOADING WASHER PRODUCTS
LIABILITY LITIGATION

Case No. 1:08-wp-65000
MDL No. 2001
Class Action
Judge: Christopher A. Boyko
Magistrate Judge: William H. Baughman, Jr.
Special Master: David R. Cohen

### DEFENDANT'S MOTION TO ADMIT COUNSEL TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.5(h), Defendant Whirlpool Corporation ("Whirlpool")

moves the Court to admit *pro hac vice* the following attorney:

> Eric R. Olson (CO State Bar No. 36414)
> Bartlit Beck Herman Palenchar & Scott LLP
> 1899 Wynkoop Street, 8th Floor
> Denver, CO 80202
> Telephone: (303) 592-3100
> Facsimile: (303) 592-3140
> eric.olson@bartlit-beck.com

As set forth in the affidavit attached as Exhibit 1, Eric R. Olson is a member in good

standing of the bars of the State of Colorado and the State of Illinois, and is admitted to practice

before the United States Supreme Court, the United States Court of Appeals for the Second

Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of

Appeals for the Federal Circuit, the United States District Court for the Northern District of

Illinois, the United States District Court for the Eastern District of Kentucky, the United States

District Court for the Western District of Kentucky, and the United States District Court for the

District of Colorado. He has never been disbarred or suspended from practice before any court,

department, bureau, or commission of any state of the United States, nor has he received any

reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar. No disciplinary proceeding is pending against him in any jurisdiction.

Defendant has submitted to the Clerk's Office the necessary filing fees for admission *pro hac vice*, including certificates of good standing for the states in which he is admitted.

For these reasons, Whirlpool respectfully requests that Mr. Olson be admitted *pro hac vice*.

Dated: September 4, 2014                    Respectfully submitted,


                                            */s/ F. Daniel Balmert*
                                            F. Daniel Balmert
                                            Vorys, Sater, Seymour and Pease LLP
                                            106 South Main Street, Suite 1100
                                            Akron, OH 44308
                                            Telephone: (330) 208-1016
                                            Facsimile: (330) 208-1067
                                            fdbalmert@vorys.com

                                            *Attorneys for Defendant Whirlpool Corporation*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 19th day of September, 2014, a copy of the foregoing

**DEFENDANT'S MOTION TO ADMIT COUNSEL TO APPEAR *PRO HAC VICE*** was

filed electronically with the District Court. Notice of this filing will be sent to all parties by

operation of the Court's electronic filing system.


*/s/ F. Daniel Balmert*
F. Daniel Balmert

*Attorneys for Defendant Whirlpool Corporation*