## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE:  WHIRLPOOL CORP.<br>FRONT-LOADING WASHER PRODUCTS<br>LIABILITY LITIGATION | Case No. 1:08-wp-65000<br>MDL No. 2001<br>Class Action<br>Judge: Christopher A. Boyko<br>Magistrate Judge: William H. Baughman, Jr.<br>Special Master: David R. Cohen |

### DEFENDANT'S MOTION TO ADMIT COUNSEL TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.5(h), Defendant Whirlpool Corporation ("Whirlpool")

moves the Court to admit *pro hac vice* the following attorney:

Alison G. Wheeler (CO Bar No. 30206)
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
(303) 592-3186 – Telephone
(303) 592-3140 – Facsimile
alison.wheeler@bartlit-beck.com

As set forth in the affidavit attached as Exhibit 1, Alison G. Wheeler is a member in good

standing of the bar in the State of Colorado and is admitted to practice before the United States

District Court of Colorado.  She has never been disbarred or suspended from practice before any

court, department, bureau, or commission of any State of the United States, nor has she received

any reprimand from any such court, department, bureau or commission pertaining to conduct or

fitness as a member of the bar.  No disciplinary proceeding is pending against her in any

jurisdiction.

Defendant has submitted to the Clerk's Office the necessary filing fees for admission *pro

hac vice*, including certificates of good standing for the states in which she is admitted.

For these reasons, Whirlpool respectfully requests that Ms. Wheeler be admitted *pro hac vice*.

Dated:  September 4, 2014

Respectfully submitted,


/s/ F. Daniel Balmert

F. Daniel Balmert

Vorys, Sater, Seymour and Pease LLP
106 S. Main Street, Suite 1100
Street Suite 300
Akron, Ohio 44308
(330) 208-1016 – Telephone
(330) 208-1067 – Facsimile
fdbalmert@vorys.com

**Attorneys for Defendant Whirlpool Corporation**

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 19th day of September 2014, a copy of the foregoing

Defendant's Motion to Admit Counsel to Appear *Pro Hac Vice* was filed electronically with the

District Court. Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system.

/s/ F. Daniel Balmert
One of the Attorneys for
Defendant Whirlpool Corporation