THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | Case No. 1:08-wp-65000<br>MDL No. 2001<br>Class Action<br>Judge: Christopher A. Boyko<br>Magistrate Judge: William H. Baughman, Jr.<br>Special Master: David R. Cohen |

**DEFENDANT'S MOTION TO ADMIT COUNSEL TO APPEAR *PRO HAC VICE***

Pursuant to Local Civil Rule 83.5(h), Defendant Whirlpool Corporation ("Whirlpool") moves the Court to admit *pro hac vice* the following attorney:

John C. Fitzpatrick (IL State Bar No. 6310860 and NY State Bar No. 4952735)
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
john.fitzpatrick@bartlit-beck.com

As set forth in the affidavit attached as Exhibit 1, John C. Fitzpatrick is a member in good standing of the bars of the State of Illinois and the State of New York, and is admitted to practice before the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York and the United States District Court for the Northern District of Illinois. He has never been disbarred or suspended from practice before any court, department, bureau, or commission of any state of the United States, nor has he received any reprimand from any such court, department, bureau or commission pertaining to conduct or

fitness as a member of the bar. No disciplinary proceeding is pending against him in any jurisdiction.

Defendant has submitted to the Clerk's Office the necessary filing fees for admission *pro hac vice*, including certificates of good standing for the states in which he is admitted.

For these reasons, Whirlpool respectfully requests that Mr. Fitzpatrick be admitted *pro hac vice*.

Dated: September 4, 2014       Respectfully submitted,

/s/ F. Daniel Balmert
F. Daniel Balmert
Vorys, Sater, Seymour and Pease LLP
106 South Main Street, Suite 1100
Akron, OH 44308
Telephone: (330) 208-1016
Facsimile:  (330) 208-1067
fdbalmert@vorys.com

*Attorneys for Defendant Whirlpool Corporation*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 19th day of September, 2014, a copy of the foregoing **DEFENDANT'S MOTION TO ADMIT COUNSEL TO APPEAR *PRO HAC VICE*** was filed electronically with the District Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ F. Daniel Balmert
F. Daniel Balmert

*Attorneys for Defendant Whirlpool Corporation*