**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION** | ) | **CASE NO. 1:08WP65000 (MDL NO. 2001)** |
| **GINA GLAZER ET AL.** | ) | **CASE NO. 1:08CV65001** |
| **Plaintiffs,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **vs.** | ) | |
| **WHIRLPOOL CORPORATION,** | ) | **<u>JUDGMENT IN A CIVIL CASE</u>** |
| **Defendant.** | ) | |

**<u>CHRISTOPHER A. BOYKO, J:</u>**

This action came before the Court for a trial by jury in case no. 1:08CV65001on the claims of Gina Glazer and Trina Allison, brought as members and representatives of a class of Ohio residents who bought certain Whirlpool washing machines. The issues have been tried and the jury has rendered its verdict. The Court polled the jury to verify its verdict.

Therefore, Judgment is entered in favor of Defendant and against the Ohio class on all of its claims.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

DATED: October 31, 2014