**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION**<br>--------------------------<br>Gina Glazer v. Whirlpool Corporation | **1:08-wp-65000**<br>**1:08-wp-65001**<br>**MDL No. 2001**<br>**Class Action**<br>**Judge: Christopher A. Boyko** |

## STIPULATION FOR FILING OF ADMITTED TRIAL EXHIBITS

WHEREAS, during the jury trial in this case, the Court admitted into evidence certain exhibits and demonstratives offered by Plaintiffs Gina Glazer and Trina Allison and Defendant Whirlpool Corporation;

WHEREAS, at the conclusion of the trial, Plaintiffs and Defendant filed lists of admitted exhibits and demonstratives (ECF No. 487), but did not file any of those exhibits and demonstratives in the official record of this Court;

WHEREAS, Plaintiffs have appealed from the judgment for Defendant in this case (ECF No. 499), and Defendant conditionally cross-appealed adverse rulings preceding the judgment (ECF No. 504);

WHEREAS, Sixth Circuit Rule 10(b) provides that "[e]xhibits should ordinarily be made part of the district court's electronic record";

WHEREAS, the parties believe that the admitted exhibits and demonstratives should be filed in the district court's electronic record, to the extent possible, so that those trial materials will be part of the record on appeal.

NOW, THEREFORE, the parties hereby stipulate, subject to approval by the Court, to the following:

1. Attached to this Stipulation are true and correct copies of all of the exhibits and demonstratives that the parties offered at trial and the Court admitted into evidence, except exhibits P1128, P1129A, P1129B, P1129C, P1129D, P1129E, P1129F, P1129G, P1129H, P1129I, and P1129J, which are non-documentary items that are not susceptible to electronic filing.

2. Also attached to this Stipulation are accurate photographs of exhibits P1128, P1129A, P1129B, P1129C, P1129D, P1129E, P1129F, P1129G, P1129H, P1129I, and P1129J.

3. Each exhibit, demonstrative, or set of photographs thereof that is attached to this Stipulation shall be electronically filed as a separate attachment identified by its trial exhibit number.

Dated: February 9, 2015

s/ *Jason L. Lichtman*
Jason L. Lichtman
LIEFF CABRASER HEIMAN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
(212) 355-9500
jlichtman@lchb.com

*One of the Attorneys for Plaintiffs Gina Glazer and Trina Allison*

s/ *Michael T. Williams*
Michael T. Williams
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
(303) 244-1800
williams@wtotrial.com

*One of the Attorneys for Defendant Whirlpool Corporation*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 9, 2015, a copy of the foregoing **Stipulation for Filing of Trial Exhibits** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

s/ *Michael T. Williams*
Michael T. Williams