UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In re: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION** <br><br> -------------------------- <br><br> Gina Glazer v. Whirlpool Corporation | 1:08-wp-65000 <br> 1:08-wp-65001 <br><br> MDL No. 2001 <br><br> Class Action <br><br> Judge: Christopher A. Boyko |

## [PROPOSED] ORDER REGARDING FILING OF INVOICES SUBMITTED BY WHIRLPOOL CORPORATION IN SUPPORT OF ITS MOTION FOR COSTS

For good cause shown, the Court hereby approves the parties' Stipulation and authorizes the filing of the true and correct copies of the invoices and other backup documentation that Whirlpool submitted to the Court in hard-copy form as part of Whirlpool's Motion for Costs.

**IT IS SO ORDERED.**

Dated: May ___, 2015

_____
Christopher A. Boyko
UNITED STATES DISTRICT JUDGE