IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | 1:08-wp-65000<br>1:08-wp-65001<br><br>MDL No. 2001<br><br>Judge:  Christopher A. Boyko<br><br>Magistrate Judge:  William H. Baughman, Jr.<br><br>Special Master:  David R. Cohen |

**PLAINTIFFS' MOTION TO ADMIT COUNSEL TO APPEAR *PRO HAC VICE***

Pursuant to Local Civil Rule 83.5(h), Plaintiffs move the Court to admit *pro hac vice* the following attorney:

John T. Spragens (TN Bar No. 31445)
Lieff Cabraser Heimann & Bernstein, LLP
150 Fourth Avenue North
One Nashville Place, Suite 1650
Nashville, Tennessee  37219
Telephone:  (615) 313-9000
Facsimile:   (615) 313-9965
E-mail: jspragens@lchb.com

As set forth in the affidavit attached as Exhibit 1, John T. Spragens is a member in good standing of the Bar of the State of Tennessee, admitted before the Tennessee Supreme Court on November 6, 2012.  He has never been disbarred or suspended from practice before any court, department, bureau, or commission of any State of the United States, nor has he received any reprimand from any such court, department, bureau or commission pertaining to conduct or

fitness as a member of the bar. No disciplinary proceeding is pending against him in any jurisdiction.

Plaintiffs have submitted to the Clerk's Office the necessary filing fees for admission *pro hac vice*, including certificates of good standing for the states in which he is admitted.

For these reasons, Plaintiffs respectfully request that Mr. Spragens be admitted *pro hac vice*.

Dated: November 25, 2015             Respectfully submitted,

                                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                     By:  */s/ Jason L. Lichtman*
                                              Jason L. Lichtman

                                     Jason L. Lichtman
                                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                     250 Hudson Street, 8th Floor
                                     New York, NY 10013-1413
                                     (212) 355-9500
                                     jlichtman@lchb.com


                                     *One of the Attorneys for Plaintiffs and the Certified Class*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on November 25, 2015, a copy of the foregoing Plaintiffs' Motion to Admit Counsel to Appear *Pro Hac Vice* was filed electronically with the District Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

             */s/ Jason L. Lichtman*
             Jason L. Lichtman