**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | Case No. 08-wp-65000<br><br>Judge: Christopher A. Boyko<br><br>Magistrate Judge: William H. Baughman, Jr.<br><br>Special Master: David R. Cohen |

**JOINT MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, FOR CERTIFICATION OF SETTLEMENT CLASS, AND FOR APPROVAL OF NOTICE PLAN AND FORM OF NOTICE**

The Parties move, under Federal Rule of Civil Procedure 23(e), for preliminary approval of a Settlement of this litigation.[1] The Settlement will resolve this litigation and the related actions consolidated and captioned *In re Sears, Roebuck & Co. Front-Loading Washer Prods. Liab. Litig.*, pending the U.S. District Court for the Northern District of Illinois. The Settlement Class is composed of:

> All residents of the United States and its territories who (a) purchased a new Class Washer; (b) acquired a Class Washer as part of the purchase or remodel of a home; or (c) received as gift, from a donor meeting those requirements, a new Class Washer not used by the donor or by anyone else after the donor purchased the Class Washer and before the donor gave the Class Washer to the Class Member.
>
> Excluded from the Settlement Class are:
>
> (a) Officers, directors, and employees of the Defendants, (b) insurers of Class Members, (c) subrogees or all entities claiming to be subrogated to the rights of a

[1] The Settlement Agreement is attached to this Motion as Exhibit A. Unless otherwise specified, all capitalized terms in this Motion carry the same meaning as set forth in the Settlement Agreement.

Washer purchaser, Washer owner, or a Class Member, and (d) all third-party issuers or providers of extended warranties or service contracts for the Washers.

As explained in the attached Memorandum and the Declaration of Jonathan D. Selbin, the Settlement is fair, reasonable, and adequate to the Class, is the product of good-faith bargaining between the Parties, and is well within the range of possible approval. Accordingly, the Parties request that the Court:

1. enter the Parties' proposed Order Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order"), attached hereto as Exhibit 2 (and also Exhibit 5 to the Parties' Settlement Agreement);
2. certify the Rule 23(b)(3) Settlement Class;
3. appoint Class Counsel as Settlement Class Counsel;
4. appoint Angeion Group, LLC as the Settlement Administrator;
5. order notice of the Settlement to be provided to members of the Settlement Class;
6. enter the proposed schedule, detailed in the Proposed Preliminary Approval Order (Exhibit 2 to this Joint Motion), for notice, opt-out deadlines, objections deadlines, and dates for final approval briefing and hearing.

Respectfully submitted,

Dated: April 18, 2016

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: ________________________________________
Jonathan D. Selbin

Jonathan D. Selbin
Jason L. Lichtman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
(212) 355-9500

Mark P. Chalos
John T. Spragens
Andrew R. Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
(615) 313-9000

Robert T. Glickman
MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
101 West Prospect Avenue, Suite 1800
Cleveland, OH 44115
(216) 696-1422

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 18, 2016 service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

Jason L. Lichtman