## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION | Case No. 08-wp-65000<br><br>Judge: Christopher A. Boyko<br><br>Magistrate Judge: William H. Baughman, Jr.<br><br>Special Master: David R. Cohen |

### AMENDMENT TO SETTLEMENT AGREEMENT

WHEREAS, the parties wish to clarify that the release and covenant not to sue, Sections XI and XII of the Settlement Agreement, do not waive any governmental claims;

WHEREAS, the Settlement, under ¶ XIV.H, may be amended by an agreement in writing and signed by the parties;

WHEREAS, all parties represent that they have authority to bind their respective clients;

WHEREAS, all parties agree that this change is not material;

WHEREAS, the parties agree to amend the Settlement Agreement in this matter as follows:

Nothing in the Settlement shall be construed as a waiver of Class Members' rights to contact, in any way or for any purpose, any state or federal agency regarding the activities of any party, nor do they waive any right to enjoy the benefits obtained by a state or federal agency.

AGREED:

Dated: August 25, 2016        By:  s/ *Jonathan D. Selbin*
        Jonathan D. Selbin (jselbin@lchb.com)
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        250 Hudson Street, 8th Floor
        New York, NY  10013-1413
        Telephone:  (212) 355-9500
        Facsimile:   (212) 255-9592

        *Attorney for Plaintiffs and the Settlement Class*


Dated: August 25, 2016         s/ *Michael T. Williams*
        Michael T. Williams (williams@wtotrial.com)
        Wheeler Trigg O'Donnell LLP
        370 Seventeenth Street, Suite 4500
        Denver, Colorado  80202
        Telephone:  (303) 244-1800
        Facsimile:   (303) 244-1879

        *Attorney for Whirlpool Corporation*
        *and Sears, Roebuck and Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2016, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

*s/ Michael T. Williams*
Michael T. Williams