UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: WHIRLPOOL CORP. FRONT- | ) | CASE NO.1:08CV65000 |
| | ) | |
| | ) | (MDL 2001) |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| | ) | |
| | ) | ORDER |

**CHRISTOPHER A. BOYKO, J:**

The Court Orders the parties to file the Fourth Amended Complaint in the above-captioned case so that the Final Approval Order will issue.

IT IS SO ORDERED.

                                          s/ Christopher A. Boyko
                                          CHRISTOPHER A. BOYKO
                                          United States District Judge

Dated:  September 23, 2016