# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: **WHIRLPOOL CORP. FRONT-LOADING WASHER PRODUCTS LIABILITY LITIGATION** | ) ) ) ) | **CASE NO. 1:08-WP-65000** <br> **(MDL 2001)** |
| **This document refers to:** <br> 1:08-wp-65001-CAB <br> 1:08-wp-65002-CAB <br> 1:08-wp-65003-CAB <br> 1:09-wp-65000-CAB <br> 1:09-wp-65001-CAB <br> 1:09-wp-65002-CAB <br> 1:09-wp-65004-CAB <br> 1:09-wp-65005-CAB <br> 1:12-wp-65000-CAB <br> 1:13-wp-65000-CAB | ) ) ) ) ) ) ) ) ) ) ) | **JUDGE CHRISTOPHER A. BOYKO** <br><br> <u>**SETTLEMENT AND DISMISSAL ENTRY**</u> |

**CHRISTOPHER A. BOYKO, J.:**

This Court having filed its Memorandum Opinion and Order (Case No. 1:08-WP-65000, docket no. 656), granting the Plaintiffs' Class Motion for Final Approval (docket no. 640), and there being no other claims remaining, this Court dismisses with prejudice the above-captioned cases. These cases are now closed.

**IT IS SO ORDERED.**

s/ <b>Christopher A. Boyko</b><br>
<b>CHRISTOPHER A. BOYKO</b><br>
<b>UNITED STATES DISTRICT JUDGE</b>

**DATED**: September 27, 2016