# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: WHIRLPOOL CORP.<br>FRONT-LOADING WASHER PRODUCTS<br>LIABILITY LITIGATION | Case No. 08-wp-65000<br><br>Judge:  Christopher A. Boyko<br><br>Magistrate Judge:  William H. Baughman, Jr.<br><br>Special Master:  David R. Cohen |

## JOINT STATUS UPDATE

Class counsel and defense counsel hereby jointly notify the Court that claimant John Carlson received compensation under the Settlement on Monday, October 23, 2017. Mr. Carlson emailed Class counsel on that date to confirm that he received the Settlement check that was sent via FedEx on Friday, October 20, 2017.  Mr. Carlson was not required to execute an additional release because he is bound by the Release included in the Settlement.

Class counsel and defense counsel respectfully submit that Mr. Carlson's claim may now be considered closed.

Respectfully submitted,

Dated:  October 24, 2017          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
Jonathan D. Selbin

1377400.1                           1

Jonathan D. Selbin
Jason L. Lichtman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
(212) 355-9500

Mark P. Chalos
John T. Spragens
Andrew R. Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
(615) 313-9000

*Class Counsel*

Michael T. Williams
Joel S. Neckers
Andrew W. Myers
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth St., Suite 4500
Denver, CO 80202
(303) 244-1867

*Defense Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 24, 2017 service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

_____
John T. Spragens

1377400.1